UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-cr-699 (JDB) |
| v. | : | |
| | : | |
| **ELAINDE TUNIS, et. al.** | : | |
| | : | |
| Defendant. | : | |

## STATUS REPORT

The United States and defense counsel hereby file this joint status report, as required by the Court's order:

1. Defense counsel anticipate filing a motion to continue the dispositive motions, presently due on June 30, 2023. The government does not oppose this continuance.

2. The parties continue to communicate regarding outstanding discovery questions from the defense, and the government is making supplemental productions as appropriate.

3. The parties believe that no hearing before the Court will be necessary until all pleadings on any motions have been received. The parties will file a motion requesting dates from the Court for a hearing once the number and type of motions received is clear.

4. At the February 16, 2023 status hearing, this Court excluded time in the interest of justice under the Speedy Trial Act until June 30, 2023. If no motions are filed by the June 30, 2023 deadline, the government will file a motion for exclusion of time.

WHEREFORE, the parties request to file a motion requesting for a hearing at the close of the briefing schedule.

Dated: June 23, 2023

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

BY:   /s/ Kimberly L. Paschall
        Karen P.W. Seifert
        Kimberly L. Paschall
        Assistant United States Attorneys
        National Security Section
        D.C. Bar No. 1015665 (Paschall)
        601 D Street, N.W.,
        Washington, D.C. 20530
        202-252-2650
        Kimberly.Paschall@usdoj.gov