## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-699 (JDB) |
| | : | |
| JOCELYN DOR, | : | |
| | : | |
| Defendant. | : | |

### AMENDED
### STATEMENT OF OFFENSE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, and the United States Department of Justice, National Security Division, Counterintelligence and Export Control Section (hereinafter referred to collectively as the "Government"), and Jocelyn Dor (hereinafter referred to as "the defendant") hereby submit this Stipulated Statement of Offense in support of a guilty plea.

### Background

### *400 Mawozo and Haiti Kidnappings*

1.    400 Mawozo is a Haitian gang and criminal organization that operated in and around the Croix-des-Bouquets area to the east of Port-au-Prince, Haiti.

2.    From at least on or about January 12, 2020, until the present, 400 Mawozo was engaged in armed kidnappings of U.S. citizens in Haiti for ransom, including:

3.    Between on or about June 24, 2021, and on or about July 10, 2021, two U.S. citizens were kidnapped at gunpoint and held by 400 Mawozo, and their release was secured after approximately $30,000 was paid as ransom.

4.    Between on or about August 5, 2021, and on or about August 13, 2021, a U.S.

1

citizen was kidnapped at gunpoint and held by 400 Mawozo, and her release secured after approximately $50,000 was paid as ransom.

5.      Further, on or about October 16, 2021, seventeen Christian missionaries, sixteen of whom were citizens of the United States, were kidnapped near Port-au-Prince, Haiti, including five children, one as young as eight months old ("the Hostages").

6.      On or about October 16, 2021, as part of their missionary organization's work, the Hostages took a van to visit a local orphanage outside of Port-au-Prince. While returning therefrom, armed men forced at gunpoint the group's van driver to stop and took control of the van. The armed men robbed the Hostages of their property and held the Hostages captive. The Hostages were not free to leave.

7.      On or about October 16, 2021, a representative of the missionary organization received a phone call from an individual claiming to be a leader of the kidnappers. The individual stated that he had the Hostages and was holding them for ransom of $1 million each. The individual told the representative stated that he would be in touch regarding next steps.

8.      Beginning on or about October 18, 2021, the 400 Mawozo gang began taking credit for the kidnapping on social media and making publicly known the aforementioned ransom demand. Specifically, on or about October 21, 2021, a leader of 400 Mawozo appeared in a social media video and announced that the gang was holding the Hostages for ransom.

9.      Two of the Hostages were released on or about November 20, 2021. Three of the Hostages were released on or about December 5, 2021.  The remaining Hostages escaped from captivity on or about December 16, 2021.

**Government's Evidence of the Offense**

10.     The defendant, Jocelyn Dor, is a Haitian citizen who resided in Florida.

11.     Beginning at least on or about September 12, 2021, and continuing until on or about November 8, 2021, the defendant and others, known and unknown, in the District of Columbia and elsewhere, knowingly conspired and agreed together and with each other (1) to commit a crime against the United States and its agency, the Department of Commerce, to wit, to export and smuggle and cause the exportation and smuggling of goods from the United States to Haiti without having first obtained the required licenses from BIS, in violation of 50 U.S.C. § 4819 and 18 U.S.C. § 554(a), and (2) to defraud the United States by interfering with and obstructing a lawful government function, that is, the enforcement by ATF of laws and regulations related to the purchase and sale of firearms, by means of deceit, craft, trickery, and dishonesty.

12.     On or about September 17, 2021, co-defendant Joly Germine sent a series of text messages to Eliande Tunis including a photograph of the defendant's Florida CCW permit, a photograph of a "SVD Romak sniper 7.62x54r" rifle on sale for $2,000, and a cell phone contact card for the defendant.

13.     On or about September 23, 2021, Joly GERMINE and the defendant had a 14-minute call.

14.     On or about September 26 and 27, 2021, Joly Germine and Eliande Tunis exchanged a series of WhatsApp text messages related to Germine authorizing gang money to be sent from Haiti for Tunis.

15.     Thereafter, also on or about September 27, 2021, an individual in Haiti wired $2,500 to Eliande Tunis.

16.     On or about September 28, 2021, an individual in Haiti wired $4,000 to the defendant, using two different money services.

17.     Also on or about September 28, 2021, Eliande Tunis caused an individual in Haiti to wire $4,000 to an associate of Eliande Tunis using two different money services.

18.     Thereafter, also on or about September 28, 2021, Joly Germine and Eliande Tunis exchanged a series of WhatsApp text and audio messages related to purchases of firearms by the defendant and Walder St. Louis. Joly Germine told Eliande Tunis that he would send money to the defendant the next day so that the defendant could purchase additional firearms.

19.     On or about September 29, 2021, Joly Germine called an individual in Haiti, who thereafter wired $4,500 to the defendant using two different money services.

20.     Also on or about September 29, 2021, Eliande Tunis caused an individual in Haiti to wire $4,500 to Eliande Tunis using two different money services.

21.     On or about October 4, 2021, Joly Germine had an 86-minute call with Eliande Tunis during which Joly Germine also placed a three-way call to the defendant, who was on the call for 46 minutes.

22.     On or about October 4, 2021, Eliande Tunis sent $1,000 to the defendant in two payments via an online payment application.

23.     On or about October 5, 2021, Eliande Tunis withdrew $15,000 in cash from a bank account registered in her name and deposited the same into an account registered to the defendant at his bank. Defendant sent a WhatsApp text message confirming he received the transfer.

24.     On or about October 5, 2021, Eliande Tunis and the defendant exchanged a series of WhatsApp text and audio messages while the defendant was purchasing firearms.

4

25.     On or about October 5, 2021, Eliande Tunis sent a text message via WhatsApp to the defendant, in which Eliande Tunis instructed the defendant, "have them pull it apart for you," in reference to a firearm the defendant was purchasing. Later that day, the defendant responded to Eliande Tunis with an audio message via WhatsApp, saying that two weapons were available for purchase yesterday, one was dismantled, and one was assembled. The defendant continued that he should have purchased the dismantled one yesterday, as it would have been easier to fit in a barrel for transport.

26.     On or about October 5, 2021, Eliande Tunis and the defendant exchanged text messages about exchanging money for firearms purchased by the defendant.

27.     On or about October 6, 2021, Joly Germine placed two phone calls to Walder St. Louis.

28.     On or about October 6, 2021, an individual in Haiti wired $1,000 to Eliande Tunis a payment which Eliande Tunis thereafter reported back to Joly Germine.

29.     On or about October 6, 2021, Eliande Tunis withdrew $16,000 from a bank account registered in her name.

30.     On or about October 6, 2021, Eliande Tunis forwarded to Walder St. Louis an audio message via WhatsApp, in which Joly Germine admonished Walder St. Louis for his failure to follow Joly Germine's instructions to purchase firearms and praised the defendant for quickly following similar orders.

31.     On or about October 7, 2021, Eliande Tunis and the defendant exchanged text messages about meeting to exchange firearms.

32.     On or about October 9, 2021, Eliande Tunis took pictures of the barrels she had

used to smuggle firearms and ammunition to Haiti.

33.     On or about October 11, 2021, Walder St. Louis sent an audio message via WhatsApp to Eliande Tunis stating that he had sent two barrels containing firearms to Haiti.

34.     On or about October 11, 2021, Eliande Tunis arranged for an individual in Haiti to wire $5,000 to Walder St. Louis using two different money services.

35.     Also on or about October 11, 2021, an individual in Haiti wired $2,500 to Eliande Tunis.

36.     On or about October 12, 2021, Eliande Tunis sent an audio message via WhatsApp to Joly Germine, stating that Walder St. Louis could not obtain the money. In response, Joly Germine sent a message to Eliande Tunis via WhatsApp with the phone number of an individual in Haiti.

37.     On or about October 14, 2021, an individual in Haiti wired $2,000 to Eliande Tunis.

38.     On or about October 18, 2021, Joly Germine had a 7-minute call with Individual 1, and then immediately thereafter placed an 8-minute call to Eliande Tunis.

39.     On or about October 19, 2021, Eliande Tunis took pictures of the barrels she had used to smuggle firearms and ammunition and sent the same to Joly Germine.

40.     On or about October 20, 2021, Joly Germine and Walder St. Louis exchanged iMessages.

41.     On or about October 22, 2021, Joly Germine and Walder St. Louis exchanged iMessages.

42.     On or about October 28, 2021, Joly Germine and Walder St. Louis exchanged iMessages.

43.     On or about the following dates, Eliande Tunis, the defendant, and Walder St. Louis purchased the following firearms at locations in Florida:

| | Make | Model | Type | Caliber/ Gauge | Purchased On or About |
|---|---|---|---|---|---|
| i. | Century Arms | VSKA w/ Red Dot Sight | Rifle | 7.62x39mm | 9/28/2021 |
| ii. | Century Arms | VSKA | Rifle | 7.62x39mm | 9/29/2021 |
| iii. | Century Arms | VSKA | Rifle | 7.62x39mm | 10/1/2021 |
| iv. | Century Arms | VSKA | Rifle | 7.62x39mm | 10/1/2021 |
| v. | Century Arms | VSKA w/ Red Dot Sight | Rifle | 7.62x39mm | 10/5/2021 |
| vi. | Riley Defense | Rak 47 | Rifle | 7.62x39mm | 10/5/2021 |
| vii. | Barrett Manufacturing | 82A1 | Rile | 50 | 10/6/2021 |
| viii. | Century Arms | VSKA | Rifle | 7.62x39mm | 10/6/2021 |
| ix. | Century Arms | WASR-10 | Rifle | 7.62x39mm | 10/6/2021 |
| x. | Palmetto Arms | PA15 | Rifle | 5.56 | 10/6/2021 |
| xi. | Springfield Armory | M1A | Rifle | 308 | 10/6/2021 |
| xii. | SAR | SAR-9 | Pistol | 9mm | 10/11/2021 |
| xiii. | Ruger | Five Seven | Pistol | 5.7x28mm | 10/14/2021 |
| xiv. | Century Arms | Centurion 12 Gauge | Shotgun | 12 gauge | 10/16/2021 |
| xv. | Century Arms | VSKA | Rifle | 7.62x39mm | 10/17/2021 |

7

| | | | | | |
|---|---|---|---|---|---|
| xvi. | Century Arms | VSKA | Rifle | 7.62x39mm | 10/17/2021 |

44.     On or about the following dates, Eliande Tunis, the defendant, and Walder St. Louis falsely filled out ATF Form 4473 in order to purchase firearms:

| | Date of Form | Buyer | Location of Dealer |
|---|---|---|---|
| i. | 9/28/2021 | DOR | Orlando, FL |
| ii. | 9/29/2021 | DOR | Orlando, FL |
| iii. | 10/1/2021 | DOR | Orlando, FL |
| iv. | 10/5/2021 | DOR | Apopka FL |
| v. | 10/6/2021 | DOR | Orlando, FL |
| vi. | 10/6/2021 | WALDER ST. LOUIS | Miami, FL |
| vii. | 10/11/2021 | ELIANDE TUNIS | Pompano Beach, Fl |
| viii. | 10/16/2021 | WALDER ST. LOUIS | Miami, FL |

45.     On or about the dates listed below, the defendant, did knowingly and willfully export, attempt to export, and cause to be exported goods, as described in each Count below, from the United States to Haiti, without having first obtained the required licenses from BIS, located in the District of Columbia, all in violation of ECRA:

| Count | Make | Model | Type | Caliber/ | On or About |
|---|---|---|---|---|---|

8

| | | | | | Gauge | |
|---|---|---|---|---|---|---|
| 2 | Century Arms | VSKA w/ Red Dot Sight | Rifle | | 7.62x39mm | 9/28/2021 |
| 7 | Riley Defense Inc | Rak 47 | Rifle | | 7.62x39mm | 10/5/2021 |
| 12 | Springfield Armory | M1A | Rifle | | 308 | 10/6/2021 |

46.    On or about the dates described below, in the District of Columbia and elsewhere, the defendant did transport, transmit, and transfer, and attempt to transport, transmit, and transfer, and cause the transportation, transmission, and transfer of monetary instruments and funds, as described below, from a place outside the United States, that is Haiti, to a place in the United States, that is Florida, with the intent to promote the carrying on of specified unlawful activity, to wit: the smuggling of firearms and ammunition from the United States to Haiti.

| Count | Date | Amount | | Service | Defendants |
|---|---|---|---|---|---|
| 24 | 9/28/2021 | $ | 2,000 | MoneyGram | DOR |
| 27 | 9/29/2021 | $ | 2,500 | Western Union | DOR, GERMINE |

K. Jayet  10/30/23    47.    On or about the dates listed below, in the District of Columbia and elsewhere, the defendants listed below did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the transactions involving financial institutions involved in interstate commerce as described below, which involved the proceeds of an unlawful activity, that is 400 Mawozo gang activity and kidnapping ransom payments for U.S. citizens, with the intent to promote the carrying on of specified unlawful activity, to wit, the smuggling of firearms and ammunition from the United States to, and that while conducting and attempting to



9



conduct such financial transactions knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

| Count | Date | Amount | Type of Transaction | Defendants |
|-------|------|--------|---------------------|------------|
| 35 | 10/4/2021 | $950 | Bank Transfer via Zelle | TUNIS & DOR |

48.     This factual proffer is a summary of the defendant's actions and is not intended to be a complete accounting of all facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offenses of Conspiracy to Violate the Export Control Reform Act, as charged in Count One of the Indictment in this case; Violation of the Export Control Reform Act, as charged in Counts Two, Seven and Twelve of the Indictment in this case and Laundering of Monetary Instruments, as charged in Counts Twenty-Four and Twenty-Seven of the Indictment in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   /s/

KAREN SEIFERT
N.Y. Bar No. 4742342
KIMBERLY L. PASCHALL
D.C. Bar No. 1015665
Assistant United States Attorneys
National Security Section
601 D Street, N.W.,

Washington, D.C. 20530
202-252-7527 (Seifert)
Karen.Seifert@usdoj.gov
202-252-2650 (Paschall)
Kimberly.Paschall@usdoj.gov

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

BEAU D. BARNES
D.C. Bar No. 1024150
Trial Attorney
Counterintelligence & Export Control
Section
National Security Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
202-305-4679
Beaudre.Barnes@usdoj.gov

11

<u>DEFENDANT'S ACKNOWLEDGMENT</u>

I have read this factual proffer and have discussed it with my attorney, Ned Smock, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 9/1/23

_JOCELYN DOR_
Jocelyn Dor
Defendant

<u>ATTORNEY'S ACKNOWLEDGMENT</u>

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate. To my knowledge, my client's decision to agree to and adopt this factual proffer is an informed and voluntary one.

Date: 9/1/23

Ned Smock, Esquire
Counsel for the Defendant

<u>INTERPRETER</u>

This statement of offense was read to Mr. Dor in Creole by interpreter Hyppolite Pierre on September 1, 2023.

Date: 9/1/23

Hyppolite Pierre

12