UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOLY GERMINE and ELIANDE TUNIS,<br><br>Defendants. | Criminal Action No. 21-699 (JDB) |

### ORDER

Upon consideration of the entire record herein, it is hereby **ORDERED** that the following schedule shall further govern pre-trial proceedings:

1. Defendant Germine shall file proposed jury instructions by not later than January 3, 2024.

2. The government shall produce cooperator information, if any, by not later than January 3, 2024.

3. The government shall produce exhibit lists by not later than January 8, 2024 at 10:00 a.m.

4. The government shall produce witness lists by not later than January 8, 2024 at 10:00 a.m.

5. The government shall produce copies of exhibits by not later than January 11, 2024 at 12:00 p.m.

6. The government shall produce any outstanding Jencks material by not later than January 11, 2024.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: December 22, 2023