UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CASE NO. 21-cr-699 (JDB) |
| v. | : |
| | : |
| JOLY GERMINE, AND | : |
| ELIANDE TUNIS | : |
| | : |
| Defendants. | : |

### NOTICE OF EXHIBIT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the attached exhibit, displayed for the Court during the motions hearing, held on December 21, 2023. This image was displayed as part of Government's Exhibit 20, and we request it be made part of the record for the hearing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: /s/ Kimberly Paschall
Karen P. W. Seifert (N.Y. Bar No. 4742342)
Kimberly Paschall (D.C. Bar No. 1015665)
Assistant United States Attorneys

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

Beau D. Barnes (D.C. Bar No. 1024150)
Trial Attorney
Counterintelligence and Export Control
Section, National Security Division
Department of Justice

# Kidnapping en Haïti : les États-Unis se prépareraient à négocier la libération des 17 missionnaires enlevés par le gang 400 Marozo

👁 1319   💬 0

By Rezo Nodwes  -  18 octobre 2021

