UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOLY GERMINE, et al.,<br>   Defendants. | Criminal Action No. 21-699-1 (JDB) |

### ORDER

Upon consideration of the ex parte request made by Attorney Allen H. Orenberg (counsel for defendant Joly Germine) during a sealed portion of the January 8, 2024 pretrial conference, and for good cause shown, it is hereby

**ORDERED** that the District of Columbia Department of Corrections ("DOC") shall promptly disclose to Attorney Orenberg any and all medical and mental health records for Germine (DCDC# 381-094); and it is further

**ORDERED** that DOC (including the medical department and command staff) shall promptly communicate (by email or orally) with Attorney Orenberg about the complete, up-to-date status of Germine's physical and/or mental health.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: January 8, 2024

1