# MarcusBonsib, LLC
ATTORNEYS AT LAW
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 116
GREENBELT, MARYLAND 20770

BRUCE L. MARCUS
ROBERT C. BONSIB*
MEGAN E. COLEMAN
SYDNEY M. PATTERSON

*ALSO ADMITTED IN DC

301-441-3000
FACSIMILE 301-441-3003
WWW.MARCUSBONSIB.COM

January 16, 2024

VIA ECF
Hon. John D. Bates
United States District Court for the District of Columbia
United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

    RE: United States v. John D. Bates (21-cr-00699 JDB)

Dear Judge Bates:

    The following are the defendant Eliande Tunis' proposed guidelines calculations with respect to her guilty pleas to counts 1-48 of the second superseding indictment in the above captioned matter.

| | |
|---|---|
| Count 1 | Conspiracy to Violate the Export Control Reform Act |
| | 2M5.1 & 2X1.1(a) |
| | Offense Level 26 |
| Count 2 | Conspiracy to Commit Smuggling and to Defraud the United States |
| | 2M5.1 & 2X1.1(a) |
| | Offense Level 26 |
| Counts 3-17 | Violation of the Export Control Reform Act |
| | 2M5.1 |
| | Offense Level 26 |

Letter to the Honorable John D. Bates
January 16, 2024
Page two

    Counts 18-20    Smuggling

                              2M5.2

                              Offense Level 26

    Counts 21-34    Money Laundering (Promotion)

                              2S1.1(a)

                              Offense Level 26

    Counts 35-48    Money Laundering (Proceeds)

                              2S1.1(a)

                              Offense Level 8

                              Value of laundered funds ($30,000) + 6

                              (b)(1)  Offense involving firearms +6

                              Offense Level 20

All offenses are grouped   3D1.2

Final Offense Level  26

Acceptance of Responsibility 3E1.1

                              Minus 2

Criminal History    Category I

Total Offense Level   24

Supervised Release  3 years

Special Assessment   $4800

Fine Range     $20,000 to $200,000

Letter to the Honorable John D. Bates
January 16, 2024
Page three

        Thank you for your consideration of the position of Ms. Tunis with respect to this matter.

        Respectfully submitted,

        */s/ Robert C. Bonsib*

        Robert C. Bonsib
        MarcusBonsib, LLC
        6411 Ivy Lane, Suite 116
        Greenbelt, Maryland 20770
        301-441-3000
        robertbonsib@marcusbonsib.com
        Bar Number 423-306

RCB/bc
cc: All counsel of record via ECF