# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-cr-699 (JDB)-3 |
| ) | |
| JOCELYN DOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL

Undersigned counsel, Assistant Federal Public Defender Alexis Gardner, requests withdrawal as counsel of record from the above captioned matter. The defendant, Jocelyn Dor, is instead being represented by another Assistant Federal Public Defender, Edward Smock.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
ALEXIS MORGAN GARDNER
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Alexis_Gardner@fd.org