1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                          CR No. 21-0699-01 (JDB)
4
          vs.                             Washington, D.C.
5                                         January 23, 2024
     JOLY GERMINE,                        1:30 p.m.
6
              Defendant.                  Pages 636 through 744
7    _____

8

9                            **P.M. SESSION**
                    **TRANSCRIPT OF THE BENCH TRIAL**
10               **BEFORE THE HONORABLE JOHN D. BATES**
                    **UNITED STATES DISTRICT JUDGE**

11

12   APPEARANCES:

13   For the Government:

14           KAREN P. SEIFERT, AUSA
             KIMBERLY L. PASCHALL, AUSA
15           U.S. Attorney's Office
             601 D Street NW
16           Washington, DC 20530

17           BEAUDRE D. BARNES, ESQ
             U.S. Department of Justice
18           950 Pennsylvania Avenue NW
             Washington, DC 20530

19
     For the Defendant:
20
             ALLEN HOWARD ORENBERG, ESQ.
21           The Orenberg Law Firm, PC
             12505 Park Potomac Avenue
22           6th Floor
             Potomac, MD 20854
23

24

25   (APPEARANCES CONTINUED:)

```
 1              ALITA AMATO, ESQ.
 2              2111 Wilson Boulevard
                Suite 8th Floor
 3              Arlington, VA 22201

 4
     Court Reporter:
 5
                Stacy Johns, RPR
 6              Official Court Reporter

 7              Proceedings recorded by mechanical stenography,
                transcript produced by computer-aided transcription
 8
```

```
 9                             INDEX

10   GOVERNMENT WITNESSES                                   PAGE

11   SPECIAL AGENT JAIME MORALES

12       Direct Examination By Mr. Barnes                      7

13       Cross-Examination By Mr. Orenberg                    77

14       Redirect Examination By Mr. Barnes                  723

15


16


17                           EXHIBITS

18   GOVERNMENT EXHIBITS                                   ADMIT

19   491                                                    643

20   302.10                                                 644

21   302.20                                                 644

22   302.11                                                 646

23   302.12                                                 648

24   302.15                                                 648

25   EXHIBITS CONTINUED:
```

| | GOVERNMENT EXHIBITS | ADMIT |
|---|---|---|
| 1 | | |
| 2 | 302.14 | 651 |
| 3 | 320 | 657 |
| 4 | 320.01 | 661 |
| 5 | 1050.06 (conditionally) | 666 |
| 6 | 1050.06 | 667 |
| 7 | 1051.05 | 669 |
| 8 | 1050.01 | 674 |
| 9 | 1050.02 | 676 |
| 10 | 1050.03 | 679 |
| 11 | 1050.04 | 681 |
| 12 | 1050.05 | 682 |
| 13 | 1051.03 | 684 |
| 14 | 1050.08 | 686 |
| 15 | 1050.07 | 687 |
| 16 | 1050.09 | 689 |
| 17 | 1050.10 | 690 |
| 18 | 1050.11 | 692 |
| 19 | 1050.12 | 694 |
| 20 | 1050.13 | 694 |
| 21 | 1050.14 | 698 |
| 22 | 1050.15 | 699 |
| 23 | | |
| 24 | | |
| 25 | | |

**P R O C E E D I N G S**

1

2          THE COURT:  All right.  Is this something

3   preliminarily?  All right.  Mr. Orenberg.

4          MR. ORENBERG:  May I approach ex parte?

5          MS. AMATO:  We informed the Government we intended to

6   bring it up to Your Honor.  They're aware.

7      (Bench Conference.)

8      (Sealed Proceedings.)



23    (Bench Conference Concluded.)

24    (Sealed Proceedings Concluded.)

25          THE COURT:  And the Government should be ready to put

1    back on the stand Special Agent Morales.

2        (Off-the-record discussion.)

3        THE COURT:  Special Agent Morales, welcome back, and I

4    remind you you're still under oath.

5        THE WITNESS:  Thank you.

6        THE COURT:  Mr. Barnes.

7                DIRECT EXAMINATION (Continued)

8        MR. BARNES:  If I could ask Mr. Casillas to pull up a

9    few pictures from Exhibit 140, which is already in evidence.

10        Your Honor, this is slide 173 of Exhibit 140.  And we

11   were just talking with -- before the break, we were talking

12   with Agent Morales about the store Lucky Pawn.

13   BY MR. BARNES:

14   Q.  So now I want to ask, Agent Morales, do you recognize the

15   store depicted in this picture?

16   A.  Yes, that appears to be Lucky Pawn.

17        MR. BARNES:  If you go to the next slide.  Slide 174

18   of Government's Exhibit 140.

19   BY MR. BARNES:

20   Q.  Same question for you, Agent Morales.  Do you recognize the

21   background in this picture?

22   A.  Yes, that also appears to be Lucky Pawn.

23        MR. BARNES:  I'm beginning to do it faster now.  If I

24   could ask Mr. Casillas to go through -- this is Government's

25   Exhibit 140, slide 175, and then the next one.  Excuse me --

1    sorry, 179.  And 180.  And 181.  And 182.

2    BY MR. BARNES:

3    Q.  Do you recognize the store background in all of these

4    pictures?

5    A.  Yes, sir, all of those photographs appear to have been

6    taken within the business, Lucky Pawn.

7    Q.  Backtracking just one bit with respect to the other store,

8    Agent Morales.  Have you ever been to A to Z Guns & Pawn?

9    A.  Yes, I have.

10           MR. BARNES:  Mr. Casillas, if you could pull up

11    Exhibit 491.

12    BY MR. BARNES:

13    Q.  Agent Morales, do you recognize this picture?

14    A.  Yes, that is A to Z Pawn.

15    Q.  And is that a fair and accurate picture of what A to Z Guns

16    & Pawn, the store, looks like?

17    A.  Yes.

18           MR. BARNES:  Your Honor, we move to admit Government's

19    Exhibit 491.

20           MR. ORENBERG:  No objection.  May I ask a point of

21    clarification, has 490 been admitted?

22           THE COURT:  490 was admitted.

23           MR. ORENBERG:  Thank you, Your Honor.

24           THE COURT:  And 491 now as well.

25           MR. ORENBERG:  Thank you.

MORALES - DIRECT

```
1         (Government's Exhibit 491 received in evidence.)
2    BY MR. BARNES:
3    Q.  Agent Morales, did you, when you were conducting your
4    investigation into the firearms in this case, did you also
5    contact a store called, I believe it's pronounced Rieg's Gun
6    Shop?
7    A.  Yes.
8    Q.  What names did you ask Rieg's Gun Shop to search?
9    A.  I believe I gave him all the names that we developed in the
10   investigation to date.
11   Q.  Did Rieg's Gun Shop provide you with any responsive
12   documents?
13   A.  Yes, they did.
14         MR. BARNES:  Your Honor, if I could approach.
15         THE COURT:  You may.
16         MR. BARNES:  For the record, Your Honor, I've handed
17   Agent Morales Government's Exhibit 302.10 and 302.20.
18   BY MR. BARNES:
19   Q.  Agent Morales, do you recognize these documents?
20   A.  Yes, I do.
21   Q.  What do you recognize them to be?
22   A.  These are firearms transaction records maintained by Rieg's
23   Gun store in Orlando.
24   Q.  Are these documents fair and accurate copies of the
25   documents provided to you by Rieg's Gun Shop?
```

MORALES - DIRECT

1  A.  Yes, they are.

2  Q.  Was Rieg's Gun Shop, during this period, subject to the

3  accuracy and recordkeeping requirements on federal firearms

4  licensees that we discussed before the break?

5  A.  They were.

6  Q.  Based on these requirements, were these forms filled out --

7  required to be filled out, excuse me, at or near the time the

8  firearms purchases were made?

9  A.  Yes.

10  Q.  And is selling firearms an activity that Rieg's Gun Shop

11  regularly conducts?

12  A.  Yes.

13  Q.  And is completing firearms transaction records a regular

14  practice of Rieg's Gun Shop as a federal firearms licensee?

15  A.  Yes, it is.

16      MR. BARNES:  At this time, we move to admit

17  Government's Exhibit 302.10 and 302.20.

18      MR. ORENBERG:  No objection.

19      THE COURT:  Without objection, 302.10 and 302.20 are

20  admitted.

21    (Government's Exhibit 302.10 received in evidence.)

22    (Government's Exhibit 302.20 received in evidence.)

23  BY MR. BARNES:

24  Q.  Moving to another store, Agent Morales.  Did you also

25  contact another store called The Shooting Gallery?

1    A.  Yes, I did.

2    Q.  Which name did you ask The Shooting Gallery to search?

3    A.  I provided them with a list of names of individuals that

4    had been developed throughout the investigation to date.

5    Q.  Did The Shooting Gallery provide you with any responsive

6    documents?

7    A.  They did.

8        MR. BARNES:  May I approach?

9        THE COURT:  You may.

10       MR. BARNES:  I handed the witness what's marked as

11   Government's Exhibit 302.11.

12   BY MR. BARNES:

13   Q.  Agent Morales, do you recognize that document?

14   A.  I do.

15   Q.  What do you recognize it to be?

16   A.  It's a firearms transaction record maintained by The

17   Shooting Gallery Range, Incorporated in Orlando Florida.

18   Q.  Is what you see here, that is a fair and accurate copy of

19   the document provided to you by The Shooting Gallery?

20   A.  It is.

21   Q.  Was The Shooting Gallery subject to the accuracy and

22   recordkeeping requirements on federal firearms licensees?

23   A.  Yes, they were.

24   Q.  And based on those requirements, was this form filled out

25   at or near the time the firearms purchases were made?

1    A.  Yes.

2    Q.  Is selling firearms an activity that this store regularly

3    conducts?

4    A.  Yes.

5    Q.  And is completing firearms transaction records a regular

6    practice of the store, The Shooting Gallery?

7    A.  Yes.

8         MR. BARNES:  Your Honor, we move to admit Government's

9    Exhibit 302.11.

10         MR. ORENBERG:  No objection.

11         THE COURT:  Without objection, 302.11 is admitted.

12    (Government's Exhibit 302.11 received in evidence.)

13    BY MR. BARNES:

14    Q.  Agent Morales, did you also contact a store called Shooters

15    World?

16    A.  Yes.

17    Q.  Did you provide the same list of names to Shooters World to

18    search?

19    A.  I did.

20    Q.  Did you receive any responsive documents from Shooters

21    World?

22    A.  Yes.

23         MR. BARNES:  Your Honor, permission to provide the

24    witness with Government's Exhibits 302.12 and 302.15.

25         MR. ORENBERG:  What was the second one?

1           MR. BARNES:  One, five.

2           MR. ORENBERG:  One, five.  Thank you.

3   BY MR. BARNES:

4   Q.  Agent Morales, do you recognize these documents?

5   A.  Yes.

6   Q.  What do you recognize them to be?

7   A.  These are firearms transaction records maintained by

8   Shooters World in Orlando, Florida.

9   Q.  And are the documents you're looking at, Government's

10  Exhibit 302.12 and 302.15, fair and accurate copies of the

11  documents that were provided to you by Shooters World?

12  A.  Yes, they are.

13  Q.  The same question from before, was Shooters World subject

14  to the accuracy and recordkeeping requirements on federal

15  firearms licensees?

16  A.  Yes.

17  Q.  And based on those requirements, were these forms required

18  to be filled out at or near the time the firearms purchases

19  were made?

20  A.  Yes.

21  Q.  Is selling firearms an activity that Shooters World

22  regularly conducts?

23  A.  Yes.

24  Q.  Is completing the firearms transaction record a regular

25  practice of Shooters World?

1    A.  Yes.

2         MR. BARNES:  Your Honor, we move to admit Government's

3    Exhibit 302.12 and 302.15.

4         MR. ORENBERG:  No objection.

5         THE COURT:  Without objection, 302.12 and 302.15 are

6    admitted.

7      (Government's Exhibits 302.12 and 302.15 were received in

8    evidence.)

9         MR. BARNES:  One more, Your Honor.

10   BY MR. BARNES:

11   Q.  Agent Morales, did you also contact a store called Shoot

12   Straight?

13   A.  Yes.

14   Q.  Did you provide that same list of names to Shoot Straight

15   to search?

16   A.  Yes, I did.

17   Q.  Did the store Shoot Straight provide you with any

18   responsive documents?

19   A.  They did.

20        MR. BARNES:  Your Honor, I'd like to approach the

21   witness with Government's Exhibit 302.14.

22   BY MR. BARNES:

23   Q.  Agent Morales, do you recognize this document?

24   A.  Yes.

25   Q.  What do you recognize it to be?

1    A.  It is a firearms transaction record maintained by Shoot

2    Straight, Incorporated, in Apopka, Florida.

3    Q.  Is that document you're looking at, Government's

4    Exhibit 302.11, a fair and accurate copy of the document

5    provided to you by Shoot Straight?

6    A.  Yes.

7    Q.  And was Shoot Straight the store subject to the accuracy

8    and recordkeeping requirements on federal firearms licensees

9    when you filled this out?

10   A.  Yes.

11   Q.  Based on these requirements, was this form filled out at or

12   near the time the firearms purchases were made?

13   A.  It was.

14   Q.  And is selling firearms an activity that the store

15   regularly conducts?

16   A.  Yes.

17   Q.  Finally, is completing firearms transaction records a

18   regular practice of Shoot Straight?

19   A.  Yes, it is.

20          MR. BARNES:  Your Honor, we move to admit Government's

21   Exhibit 302.11.

22          THE COURT:  Is this 302.14?

23          MR. BARNES:  Excuse me, it may be .14, Your Honor.

24          THE WITNESS:  302.14, Your Honor.

25          THE COURT:  No objection?

1          MR. ORENBERG:  I have an objection, Your Honor.  Your

2    Honor, what I have also includes, shall we say, appendices to

3    the Form 4473.  Is the Government seeking just to introduce the

4    FTR itself or with the additional four pages of information

5    with it?

6          MR. BARNES:  It would be the entirety.  I'm happy the

7    lay a foundation for that with the witness.

8          THE COURT:  You better lay the foundation in terms of

9    the entirety of the document.

10   BY MR. BARNES:

11   Q.  Agent Morales, when federal firearms licensees prepare and

12   fill out a Form 4473, firearms transaction record, do they

13   maintain other records in conjunction -- in connection with

14   filling out Form 4473?

15   A.  So federal firearms licensees are only required to maintain

16   ATF-owned paperwork, but they take it upon themselves in many

17   occasions to make copies of the individual's driver's license

18   or concealed firearms permit.  And then they also sometimes

19   copy receipts or keep copies.  In this case, they made copies

20   of the tags that were removed from the purchased firearms, and

21   they also provided an invoice.  And in most instances, I also

22   obtain a copy of the federal firearms license to show that they

23   are, in fact, a licensed federal firearms dealer.

24   Q.  And would any documents appended to a Form 4473 also be

25   subject to accuracy requirements by ATF?

1   A.  Not specifically.  Most of the time licensees obtain these

2   documents to indemnify themselves from further inquiry and to

3   be able to answer questions from ATF regarding criminal

4   investigations.

5   Q.  Do these stores that maintain the records in addition to

6   the 4473 with the Form 4473, do they maintain them -- is that a

7   regular practice of theirs to maintain those other records as

8   appendices to the 4473 receipts and forms of identification?

9   A.  Yes, they are often stored together.

10          MR. BARNES:  Your Honor, the Government proffers that

11  these are from the perspective of the stores who are

12  responding --

13          THE COURT:  You're moving in the entire batch, right?

14          MR. BARNES:  Correct.

15          MR. ORENBERG:  No objection.

16          THE COURT:  302.14 is admitted.

17      (Government's Exhibit 302.14 received in evidence.)

18  BY MR. BARNES:

19  Q.  Agent Morales, prior to your testimony today for the 15

20  different firearms transaction records and their attachments

21  that were just admitted, did you review for accuracy a summary

22  exhibit?

23  A.  Yes.

24          MR. BARNES:  Your Honor, I'd like the approach and

25  show the witness Government's Exhibit 320.

MORALES - DIRECT

1    BY MR. BARNES:

2    Q.  Agent Morales, is this the summary exhibit, one that you

3    reviewed for accuracy?

4    A.  Yes.

5    Q.  And does it contain relevant portions of the 15 exhibits

6    that were just admitted?

7    A.  It does.

8    Q.  And specifically for each of the firearms transaction

9    records, the Forms 4473, does the summary contain excerpts

10   showing the type of firearm purchased, the name, address, and

11   other personal information of the buyer, the buyer's

12   certification in response to question 21A and the buyer's

13   certification and recertification signatures?

14   A.  Yes.

15   Q.  And where provided, does it also include excerpts of the

16   underlying purchase receipts?

17   A.  Yes, it does.

18   Q.  Did you confirm that the excerpts provided in Exhibit 320,

19   the summary exhibit, are accurate representations of the

20   underlying firearms transaction records?

21   A.  Yes.

22   Q.  Just for clarification, the slides are different colors.

23   What do the different colored slides represent?

24   A.  I understand that they're connected to each individual

25   purchaser of the firearm that they purchased.

1  Q.  And which colors correspond to which individuals?

2  A.  I beg your pardon?

3  Q.  Which colors correspond to which individual purchasers?

4  A.  So blue appears to correspond to Eliande Tunis.  Yellow

5  appears to correspond to Walder St. Louis, and pink appears to

6  correspond to Jocelyn Dor.

7         MR. BARNES:  Your Honor, the Government moves to admit

8  this exhibit as a summary exhibit under Rule 1006.

9         MR. ORENBERG:  Your Honor, objection.  A sufficient

10  foundation has not been presented to the Court.  He said he

11  just reviewed these for accuracy.  We have not had any

12  information provided as to who prepared these reports; and in

13  addition, I think that there's information towards the end of

14  this exhibit, beginning with summary chart of Walder St. Louis,

15  and my copy says Page 64 that I'm not certain that we have had

16  the introduction of those FTRs for Mr. St. Louis.

17         MR. BARNES:  Sorry, these are the ones --

18         MR. ORENBERG:  Oh, we have an update?

19         Nevertheless, this witness says he's reviewed it for

20  accuracy.  He has not testified that I have prepared this and I

21  have --

22         THE COURT:  I take it that he didn't prepare it?

23         MR. ORENBERG:  Correct.

24         THE COURT:  That's not a reason that you can't use a

25  summary, but I do think that you're entitled to know a little

1    bit more information about who prepared it, if this witness

2    knows, and how it was prepared.  You say it includes

3    information from the exhibits that have been admitted?

4         MR. BARNES:  That's correct, Your Honor.

5         THE COURT:  Mr. Barnes, are you representing, or we

6    can ask the witness, that it doesn't include information from

7    any other source other than those exhibits that have already

8    been admitted in the 302 series?

9         MR. BARNES:  That's correct.  With apologies to

10    defense counsel, I believe the prior version --

11         THE COURT:  Talk into the microphone.

12         MR. BARNES:  Apologize, Your Honor.  A prior version

13    of this exhibit did include additional information and made

14    sure to update it so as to streamline the presentation.  But

15    yes, I represent it only contains information from the 15

16    firearms transaction records that were just admitted.

17         THE COURT:  And, Agent Morales, do you know who

18    prepared this?

19         THE WITNESS:  I don't, Your Honor.

20         THE COURT:  That's not a reason that it can't be

21    admitted under 1006.

22         Mr. Orenberg.

23         MR. ORENBERG:  I have another objection.  At least the

24    initial version we have, and Mr. Barnes just gave me some

25    updates and I looked at them real quickly.  On some of these

MORALES - DIRECT

```
 1    slides, it talks about where the gun was seized.  And that's
 2    not information that's on the FTRs.
 3            THE COURT:  But is that in the exhibit that they're
 4    attempting to use now?
 5            MR. BARNES:  No, Your Honor, it's not.
 6            THE COURT:  I don't care what was on an earlier draft.
 7            MR. ORENBERG:  All right.  Well, I would like -- I
 8    don't really -- I'm not comfortable sort of doing this on the
 9    fly.  I understand what Mr. Barnes is representing to the
10    Court.  I take his word as an officer of the court, but we will
11    review these later at a break, this evening, and if there are
12    any issues --
13            THE COURT:  We're going to ask the question right now.
14    There appear to be pictures included in here.  Do those come
15    from the 302 series that has been admitted?
16            MR. BARNES:  With apologies, Your Honor.  I believe
17    the Court also has a prior version.
18            THE COURT:  Oh, well give me a current version.  You
19    keep yours, Agent Morales.  I don't want to take yours.
20            MR. ORENBERG:  May I ask, is this the entirety of the
21    revision?  Or is this like slipped pages to put in for some
22    pages?
23            MR. BARNES:  No, no.  I can represent to the Court
24    that there's a prior Exhibit 320 and streamline the
25    presentation in response to some of the comments as the
```

MORALES - DIRECT

```
 1    proceedings previously and at trial, Government separated out
 2    the prior Exhibit 320 into two separate exhibits to make very
 3    clear where the information came from and removed anything that
 4    came from other sources such as pictures to make it clear that
 5    it was coming from one source of evidence.
 6         THE COURT:  All right.  My first comment is, I'm
 7    incidental.  But it would have been nice if you gave the
 8    defendants the actual copy of the exhibit you were going to use
 9    here today.
10         MR. BARNES:  Yes -- yes, it was provided last night,
11    Your Honor.
12         THE COURT:  I understand when you did it.  That's your
13    problem, really, but your real problem is you've got to provide
14    the exhibits to the other side.  Starting into an examination
15    and they're looking at something that you provided them that
16    isn't the exhibit you're using.
17         MR. BARNES:  Just to clarify, Your Honor, we did
18    provide it last night by email to the defense.
19         THE COURT:  Okay.  I --
20         MS. AMATO:  I understand --
21         THE COURT:  I understand.  That can be difficult.  You
22    don't have to launch into anything.  I understand that can be
23    difficult.  Your representation now is that the Exhibit 320
24    that you're using -- I have to look to you, Mr. Barnes, rather
25    than the witness -- is something that the witness has had a
```

1    chance to review prior to coming in here?

2             MR. BARNES:  Yes, Your Honor, that's correct.

3             THE COURT:  All right.  So he can testify from that

4    review, rather than having to review it in full here.  And is

5    there a copy for me, or are you out of copies?

6             And I'll tell you what, since it's irrelevant, I take

7    it, I'm going to hand back the earlier copy because I have

8    enough paper up here.

9             And you may -- Mr. Orenberg, do you have a continuing

10   objection with respect to the now reduced 320, the

11   representation being from both the witness and counsel that

12   this only contains information that was taken from the 302

13   series of exhibits that have already been admitted?

14            MR. ORENBERG:  Yes, Your Honor.

15            THE COURT:  All right.  There's a standing motion to

16   admit Exhibit 320.  Mr. Orenberg?

17            MR. ORENBERG:  I think at this juncture, Your Honor --

18            THE COURT:  Use the microphone.

19            MR. ORENBERG:  Oh, sorry.  This juncture, we will not

20   object to the admission.  Of course, I'll have questions on

21   cross-examination for him.

22            THE COURT:  All right.  320 is admitted.  You may

23   proceed, Mr. Barnes.

24        (Government's Exhibit 320 received in evidence.)

25            MR. BARNES:  The Court's indulgence.

MORALES - DIRECT

1            I apologize, Your Honor.  We had taken the prior

2    version of Exhibit 320 and broken it into two pieces to make it

3    clear what was happening.  I'm trying to make sure we're not

4    having the exact same problem with the next exhibit.

5            THE COURT:  Well, are we dealing with the next exhibit

6    now?

7            MR. BARNES:  Yes, Your Honor.  Sorry.  I'm going to

8    hand this to defense.

9            MS. AMATO:  What number is this?

10           THE COURT:  So this is a new exhibit, which is number?

11           MR. BARNES:  320.01.

12           THE COURT:  Could have called it 321.  320.01.  And

13   you want to tell me what it is so I can write in some

14   description?

15           MR. BARNES:  This is a summary of the firearms

16   purchases.

17           THE COURT:  So it's also a PowerPoint summary of

18   firearm purchases.

19           MR. BARNES:  This does not have a -- excerpts of the

20   forms.  This is a pure chart with just the information gleaned

21   from those forms.

22           THE COURT:  Okay.  I understand.  And what do you want

23   to do, show it to the witness?

24           MR. BARNES:  Yes, and with -- apologize, Your Honor.

25   We've had a printing problem.  We'll ask Mr. Casillas if he

1    could put it up on the screen and show it to the witness,

2    Mr. Morales, that way.

3    BY MR. BARNES:

4    Q.  Agent Morales, prior to your testimony today, did you also

5    review a summary chart of the relevant firearms purchases in

6    this case?

7    A.  Yes.

8    Q.  And you have in front of you on the screen Government's

9    Exhibit 320.01.  Do you recognize that exhibit?

10    A.  I'd like to see the actual data.

11         MR. BARNES:  I'll ask Mr. Casillas if he could go

12    slowly through the next --

13         THE COURT:  It's up on the screen.  How many pages is

14    it?

15         MR. BARNES:  It is five pages, Your Honor.

16         THE COURT:  You can leaf through it.

17         THE WITNESS:  Yes, I recognize it.

18    BY MR. BARNES:

19    Q.  And generally, Agent Morales, what do the charts in the

20    summary exhibit depict?

21         MR. ORENBERG:  Objection.  Has it been admitted?

22         THE COURT:  It hasn't been admitted yet.  He can only

23    give a general description.  He can't give any specific

24    contents.  He can describe what it is, what it sets out.

25         THE WITNESS:  So this provides a breakdown of the

1    types of firearms that were purchased, when, from which FFL,

2    information of that nature.

3    BY MR. BARNES:

4    Q.  And, Agent Morales, where does the information in this

5    chart come from?

6    A.  It comes from an aggregate of firearms trace reports, ATF

7    Forms 4473, multiple sale reports.

8    Q.  Did you participate in the preparation of this summary

9    exhibit?

10   A.  I believe the initial draft was produced by an FBI analyst,

11   and then I took that format and added some data to it.

12   Q.  And you've also reviewed this for accuracy?

13   A.  Yes.

14   Q.  And have you found it to be accurate?

15   A.  Yes.

16   Q.  So are the charts in Exhibit 320.01 a fair and accurate

17   summary of the information from the 15 firearms transaction

18   records that were previously admitted?

19   A.  Yes.

20           MR. BARNES:  Your Honor, the Government would move to

21   admit Exhibit 320.01.

22           MR. ORENBERG:  No objection.

23           THE COURT:  And the information comes from the 15

24   4473s that have previously been admitted?

25           MR. BARNES:  That's correct, Your Honor.

1          THE COURT:  And only from that?

2          MR. BARNES:  Correct.

3          THE COURT:  All right.  320.01 is admitted.

4      (Government's Exhibit 320.01 received in evidence.)

5          MR. BARNES:  I'd like to ask Mr. Casillas to go back

6   to Exhibit 320.  If you could turn to slide 2 please.

7   BY MR. BARNES:

8   Q.  Agent Morales, could you please read for the record the

9   information about firearms in section A of the excerpt in front

10  of you?

11  A.  Firearm 1 is an IWI Galil with serial number "G" as in

12  golf, 2044291.  It is a rifle chambered in 5.56-millimeter.

13  Q.  What is the second firearm?

14  A.  The second firearm is a PSA AK-47 bearing serial number

15  Alpha Kilo Bravo 039462, also a rifle chambered in

16  7.62-millimeter.

17  Q.  And to your knowledge, Agent Morales, as part of this

18  investigation, were these firearms ever recovered through this

19  investigation?

20  A.  Yes, they are.

21  Q.  Apologies, the Galil and the PSA AK-47?

22  A.  Well, let me digress.  I remember entering this information

23  in several different places.  I would have to check the

24  firearms trace record to see if they were, in fact, recovered.

25  Q.  Are you familiar with the two firearms described in section

1   A?

2   A.   Yes.

3   Q.   Could you describe for the Court what they are and what

4   they are used for?

5   A.   So they are both variants of the AK-47 design.

6   Q.   And what is an AK-47?

7   A.   An AK-47 is a gas-operated locking bolt blowback rifle

8   developed in the former Soviet Union as a combat weapon.

9   Q.   Agent Morales, who is the transferee in section B on the

10  excerpt on slide 2?

11  A.   Eliande Tunis.

12          MR. BARNES:   If you could turn to the next page.

13  BY MR. BARNES:

14  Q.   On slide 3, Agent Morales, what do the excerpted boxes show

15  here?

16  A.   So the answer to question 21A is checked yes, and then

17  signature appears in block 22.   And the date in block 23.

18  Q.   And what is the significance of checking yes for question

19  21A?

20  A.   The purchaser is attesting that they are the actual

21  purchaser of the firearm.

22  Q.   What are the dates on the two signatures?

23  A.   The certification date in block 23 is March 13th, 2021, and

24  the recertification date in block 31 is March 20th, 2021.

25  Q.   And turning to the next slide, what is on slide 4, Agent

1    Morales?

2    A.  That is a copy of the purchase receipt produced by Lucky

3    Pawn & Jewelry.

4    Q.  And what does it show in terms of the purchase?

5    A.  It shows the invoice number, which is the number put

6    together to the store itself, some dates, the driver's license

7    number of the purchaser is listed under ID.  And then it has

8    part numbers, amounts, descriptions, the fact that an FDLE

9    background check was performed, and the amounts paid.

10   Q.  And what were the purchase prices of these firearms?

11   A.  It looks like the Galil was purchased for $2,500, and the

12   PSA AK-47 was purchased for $1,261.68.

13   Q.  I'd like to direct your attention to the next slide, if I

14   could, slide 5.  Agent Morales, could you also read for the

15   record the information about the firearms in section A of this

16   excerpt?

17   A.  So the first firearm listed is a Jimenez Arms JA9,

18   9-millimeter pistol, serial number 455893.

19   Q.  What is the second firearm?

20   A.  That is a Colt M4 carbine, chambered in 5.56.  It's a rifle

21   bearing serial number, Lima, Echo 356171.

22   Q.  Are you familiar with the two firearms described in section

23   A?

24   A.  I am.

25   Q.  Could you describe for the Court what they are and what

1    they're used for?

2    A.   Jimenez Arms JA9 is a cost effective 9-millimeter pistol,

3    and a Colt M4 carbine is an Armalite rifle AR-15 platform

4    rifle.

5    Q.   Who is the transferee in section B on this form, Agent

6    Morales?

7    A.   Walder St. Louis.

8    Q.   And on the next slide, slide 6, what do the excerpted boxes

9    here show?

10   A.   The answer to question 21A is checked "yes."  The buyer's

11   signature appears in block 22.  Certification date, March 13th,

12   2021.  And then the recertification date in block 31 is

13   March 20th, 2021.  And the buyer's signature appears in block

14   30.

15   Q.   Again, just for the record, answering yes to question 21A,

16   what does that mean?

17   A.   The purchaser is certifying that they are the actual buyer

18   of the firearm.

19   Q.   Agent Morales, how do these dates compare to the dates from

20   the prior excerpt that you just looked at?

21   A.   They are the same -- both block 23 and block 31 were signed

22   on the same dates, respectively.

23   Q.   Turning to the next slide, what's depicted on slide 7?

24   A.   This is a purchase receipt from Lucky Pawn.

25   Q.   What does it show the purchase price of these firearms --

1    excuse me, these firearms to be?

2    A.  The Jimenez Arms pistol purchased by Mr. St. Louis was

3    $350, and the Colt rifle was $1,200.

4    Q.  Turning to the next firearms transaction record on slide 8,

5    could you read for the record the information about the

6    firearms in section A?

7    A.  The first firearm listed is an SAR-9, 9-millimeter pistol.

8    Serial number appears to be Tango 11221, Bravo, Victor 57826.

9    Q.  And what is the second firearm?

10   A.  A Taurus PT92 FS, 9-millimeter pistol bearing serial number

11   Tango, X-ray, Charley 59493.

12           MR. BARNES:  At this time, Your Honor, I'd like to ask

13   Agent Bonura, sitting at counsel table, if he could bring up

14   Government's Exhibit 1050.06, which is the firearm.

15           With the Court's permission, I'm going to ask Agent

16   Bonura if he could hand Government's Exhibit 1050.06 to Agent

17   Morales.

18           THE COURT:  Sure.  Agent Bonura can do it well.  This

19   is 1050 point --

20           MR. BARNES:  .06.

21   BY MR. BARNES:

22   Q.  Agent Morales, do you recognize this firearm?

23   A.  Yes.

24   Q.  And what kind of firearm do you recognize it to be?

25   A.  This is a SAR-9.  It's a 9-millimeter pistol.  It's a

1   Turkish clone of a Walther P99.

2   Q.  Are you able to determine the serial number on that

3   firearm, Government's Exhibit 1050.06?

4   A.  Yes, it is the serial number which I just read from the

5   copy of the 4473.

6   Q.  And to be clear, it matches the serial number on slide 8?

7   A.  Yes, it does.

8   Q.  And does it appear to be the same model firearm?

9   A.  Yes.

10          MR. BARNES:  Your Honor, the Government now moves to

11  conditionally admit Government's Exhibit 1050.06, subject to

12  future foundation from an additional witness.

13          MR. ORENBERG:  Conditionally because we don't have a

14  foundation where this gun came from.

15          THE COURT:  They're asking for conditional admission,

16  subject to providing that foundation with another witness.

17  Very well.  It will be conditionally admitted, assuming that

18  there is a foundation provided ultimately.

19      (Government's Exhibit 1050.06 (conditionally) received in

20  evidence.)

21          MR. BARNES:  Actually, Your Honor, if I could revise

22  my consulting with Ms. Seifert.  The Government would just move

23  to have this admitted.  The witness has proffered that this is

24  the same serial number as the weapon, the firearm in the

25  firearms transaction record.  So the Government would move just

MORALES - DIRECT

1  for its admission.

2          THE COURT:  Moves what?

3          MR. BARNES:  Just for its admission, not conditional.

4          THE COURT:  It might be better just so that everybody

5  has a fair shake here.  If the witness, rather than saying it's

6  the same, reads it off so we have it in the record.

7          MR. BARNES:  Okay.

8  BY MR. BARNES:

9  Q.  Agent Morales, could you please read for the record the

10  serial number on the firearms transaction record dated

11  March 23rd, 2021?

12  A.  The serial number of the firearm listed in the number 1

13  space is SAR-9 is "T" as in Tango, 11221, "B" as in Bravo, "V"

14  as in Victor, 57826.

15  Q.  Agent Morales, could you also then read the serial number

16  on the firearm in front of you, Government's Exhibit 1050.06?

17  A.  The serial number is Tango 110221, Bravo, Victor 57826.

18  Q.  And are those serial numbers the same?

19  A.  They are.

20          MR. BARNES:  On that basis, Your Honor, the Government

21  would move to admit Government's Exhibit 1050.06.

22          MR. ORENBERG:  No objection.

23          THE COURT:  Without objection, 1050.06 is admitted

24  without condition.

25      (Government's Exhibit 1050.06 (without condition) received

1    in evidence.)

2            MR. BARNES:  I'd ask Agent Bonura to remove that

3    firearm and bring to Agent Morales Government's Exhibit

4    1051.05.

5            THE COURT:  Which number is this?  I'm sorry, I was

6    looking at something else.

7            MR. BARNES:  1051.05.

8    BY MR. BARNES:

9    Q.  Agent Morales, does that appear to be -- the same exhibit

10   in front of you, does that appear to be the same model of

11   firearm listed on number 2, the firearms transaction record?

12   A.  This is a Taurus PT92, but it's marked with a designation

13   AR.  So 92 FS is a model number used by Beretta, of which this

14   is a replica.  So I believe the clerk may have written it down

15   wrong.

16           MR. ORENBERG:  Objection, speculation.

17           THE COURT:  Sustained.  We'll strike that answer.

18           THE WITNESS:  The serial number on this firearm is on

19   the left side of the frame, and I can't access it without

20   removing the zip ties and taking it out of the box.

21           MR. BARNES:  With the Court's permission, if you could

22   do that.

23           THE COURT:  He can remove it, yes.

24           THE WITNESS:  With your permission, Your Honor.

25           THE COURT:  Yes.

| | |
|---|---|
| 1 | THE WITNESS:  The serial number on this firearm is |
| 2 | Tango, X-ray, Charley 59493.  The serial number of the weapon |
| 3 | listed in block 2 of the 4473 is Tango, X-ray, Charley 59493. |
| 4 | BY MR. BARNES: |
| 5 | Q.  Those serial numbers are the same? |
| 6 | A.  Yes, they were. |
| 7 | MR. BARNES:  Your Honor, we move to admit Government's |
| 8 | Exhibit 1051.05. |
| 9 | MR. ORENBERG:  No objection. |
| 10 | THE COURT:  Without objection, 1051.05 is admitted. |
| 11 | (Government's Exhibit 1051.05 received in evidence.) |
| 12 | BY MR. BARNES: |
| 13 | Q.  Agent Morales, who is the transferee in section B on this |
| 14 | form? |
| 15 | A.  Eliande Tunis. |
| 16 | Q.  And on slide 9, the next slide, what did the excerpted |
| 17 | boxes show here? |
| 18 | A.  The answer to question 21A is checked "yes."  The |
| 19 | purchaser's signature appears in block 22.  The certification |
| 20 | date listed in block 23 is March 23rd, 2021.  The purchaser's |
| 21 | signature appears in block 30, and the recertification date in |
| 22 | block 31 is March 31st, 2021. |
| 23 | MR. BARNES:  Mr. Casillas, if you could go to the next |
| 24 | slide, slide 10. |
| 25 | BY MR. BARNES: |

1    Q.  Agent Morales, could you read for the record the

2    information about the firearm in section A of this firearms

3    transaction record?

4    A.  This is a Century Arms Paratrooper.  It's a 7.62-millimeter

5    rifle, and the serial number is not very legible.  The first

6    digit appears to be a "D" as in Delta.  The second, "T" as in

7    Tango, 00066620.

8    Q.  Are you familiar with this firearm?

9    A.  Yes, I am.

10   Q.  Could you describe for the Court what type of firearm it is

11   and what it's used for?

12   A.  It's an AK-47 variant.

13   Q.  What does the paratrooper designation mean?

14   A.  Usually paratroopers carry firearms that are shorter and

15   have folding stocks.  So paratrooper is the name -- the model

16   designated by Century Arms for this particular style of rifle.

17   Q.  The next slide on 11, what do the excerpted boxes show

18   here?

19   A.  The answer to question 21A is "yes."  The purchaser's

20   signature appears in block 22.  The certification date in block

21   23 is April 17th, 2021.  The signature again appears in block

22   30, and block 31 is dated 4/18/20 -- well, the copy appears to

23   trail off here, but I could refer to the original.

24        MR. BARNES:  If I could be of assistance, Agent

25   Morales, I can pull up Government's Exhibit 302.09.

1    BY MR. BARNES:

2    Q.  Agent Morales, we have Government's Exhibit 302.09.

3    A.  Yes, it's more legible on this copy.  So the date in block

4    36 is April 18th, 2021.

5    Q.  And because the initial certification date is in 2021, does

6    that appear to be a typo, a typographical error?

7    A.  It appears to be, yes.

8         THE COURT:  I'm sorry, what was that last question and

9    answer?  The reporter can read it back to me.

10        (The reporter read back the previous question and

11   answer.)

12        THE COURT:  What appears to be a typographical error?

13        MR. BARNES:  Apologies, Your Honor.  The year in the

14   recertification.

15        THE COURT:  In which box?

16        MR. BARNES:  If you go to the next page, please,

17   Mr. Casillas.

18        In box 30 -- or excuse me, 31, Your Honor, where it

19   says recertification date.  It says 4/18.  It appears to say

20   2020.  The initial certification date --

21        THE COURT:  The witness has testified that he thinks

22   it's a typographical error.  Okay.

23        MR. BARNES:  Mr. Casillas, if you could go to slide

24   12, please.

25   BY MR. BARNES:

1  Q.  Agent Morales, could you please read for the record the

2  information about the firearm here in section A?

3  A.  That is the Radom Hellpup 7.62-millimeter pistol, serial

4  number PAC1149751.  The first character is not very well

5  listed.  It may be a "D," or it may be a "P."  I would have to

6  check the sales receipt.

7          MR. BARNES:  Can we turn to slide 14, Mr. Casillas, to

8  check the sales receipt.

9          THE WITNESS:  The sales receipt lists the serial

10  number as PAC1148751.

11  BY MR. BARNES:

12  Q.  In going back to slide 12, are you familiar with this

13  firearm?

14  A.  Yes.

15  Q.  And could you describe for the Court what it is and what

16  it's used for?

17  A.  It is a pistol based on the AK-47 design.

18  Q.  And who is the transferee in section B?

19  A.  Walder St. Louis.

20          MR. BARNES:  And going to the next slide please,

21  Mr. Casillas.

22  BY MR. BARNES:

23  Q.  What do the excerpted boxes show on slide 13?

24  A.  The question 21A is answered "yes."  The purchaser's

25  signature appears in block 22.  Certification date in block 31

1    is also less than legible.  It's a 4 with a slash and a 1 in

2    the month block.  Then, in the date block, 17.  And in the year

3    block, 2021.  And then in block 30, the purchaser's signature

4    appears.  The month in block 31 is blank.  The date is 18, and

5    the year is 2021.

6            MR. BARNES:  Mr. Casillas, if you could go to the next

7    slide, please.

8    BY MR. BARNES:

9    Q.  What is depicted on slide 14?

10   A.  This is a sales receipt dated April 18th, 2021, showing

11   Walder St. Louis as the purchaser of the Radom Hellpup from

12   Lucky Pawn.  He paid $1401.87.

13   Q.  Turning to the next slide, slide 15, Agent Morales.  Could

14   you read for the record the information about the firearm in

15   Section A on slide 15?

16   A.  The firearm is a Century Arms Centurion 12-gauge.  Again,

17   the serial number is less than legible, as for the first three

18   or four digits.  The last five digits are 05244, and this is a

19   12-gauge shotgun.

20           MR. BARNES:  At this time, I'd ask Agent Bonura to

21   bring up Government's Exhibit 1050.01.

22           THE COURT:  Dot zero what?

23           MR. BARNES:  One.

24           THE COURT:  1050.01.

25   BY MR. BARNES:

MORALES - DIRECT

1  Q.  Agent Morales, do you recognize this firearm you're

2  holding?

3  A.  Yes, sir.  This is an Adler Arms model Centurion BP-12.

4  It's a 12-gauge shotgun.  The serial number is on the left side

5  of the frame, and it is 20 "U" as in uniform, "S" as in Sierra,

6  02544.

7      Those digits on the 4473 are not clear, but now that I

8  review the serial number on the firearm, it appears to be the

9  same, and the same serial number is listed on the same receipt,

10  20US02544.

11          MR. BARNES:  Your Honor, on that basis, the Government

12  would move to admit Exhibit 1050.01.

13          MR. ORENBERG:  No objection.

14          THE COURT:  Without objection, 1050.01 is admitted.

15      (Government's Exhibit 1050.01 received in evidence.)

16  BY MR. BARNES:

17  Q.  Agent Morales, could you describe for the Court what

18  this -- the characteristics of this firearm and what it's used

19  for?

20  A.  This is a magazine-fed semi-automatic shotgun.  It's in a

21  bullpup configuration; that is, the chamber is behind the grip

22  of the trigger mechanism.  This is a combat shotgun.  This is

23  for close-quarter engagements.

24  Q.  Thank you.

25      Agent Morales, looking at section B of the slide in front

MORALES - DIRECT

1    of you, who is the transferee?

2    A.    Walder St. Louis.

3    Q.    On slide 16, what do the excerpted boxes show?

4    A.    I'm sorry, would you repeat that?

5    Q.    What do the excerpted boxes show on slide 16?

6    A.    They show -- the answer to question 21 is marked "yes."

7    21A, rather, is marked yes; and the purchaser's signature

8    appears in certification block 22.  And the recertification

9    block 30, the date in block 33 is September 21st, 2021.  And

10   the date of -- in block 31, the recertification date is

11   October 16th, 2021.

12   Q.    Turning to the next slide, slide 17, what does that depict?

13   A.    This is a sales receipt from Lucky Pawn dated

14   September 21st, 2021, for the Centurion 12-gauge shotgun.

15   Q.    What was the purchase price, Agent Morales?

16   A.    $607.48.

17         MR. BARNES:  Turning now to the next slide,

18   Mr. Casillas, slide 18.

19   BY MR. BARNES:

20   Q.    Agent Morales, could you please read for the record the

21   information about the firearm in section A?

22   A.    This is a Century Arms VSKA, colloquially termed a "VSKA."

23   Serial number Sierra, Victor 7078924.  It's an AK-47

24   variant-type rifle chambered in --

25         MR. BARNES:  At this time, Your Honor, I'd like to ask

1    Agent Bonura to bring up Government's Exhibit 1050.02.

2    BY MR. BARNES:

3    Q.  Agent Morales, do you recognize the firearm?

4    A.  Yes, sir.

5    Q.  What type of firearm is that?

6    A.  This is a AK-47 variant, the affirmation, Century Arms

7    VSKA.

8    Q.  Are you able to determine the serial number written on this

9    firearm?

10   A.  Yes, sir.  The serial number is on the frame, Sierra,

11   Victor 7078924.

12   Q.  And is that the same serial number listed on the Form 4473,

13   section A?

14   A.  Yes.

15         MR. BARNES:  At this time, Your Honor, the Government

16   would move to admit Exhibit 1050.02.

17         MR. ORENBERG:  No objection.

18         THE COURT:  Without objection, 1050.02 is admitted.

19     (Government's Exhibit 1050.02 received in evidence.)

20   BY MR. BARNES:

21   Q.  Agent Morales, same question for this firearm.  What is it,

22   and what is it used for?

23   A.  This is an AK-47 variant.  It's a combat rifle.  This one

24   seems to be fitted with a holographic sight, which makes it

25   ideal for close-quarter engagements, picking up targets at a

MORALES - DIRECT

1    higher rate.  It also has a rail system that can accommodate

2    scopes or infrared, whatever type of objects you want to put on

3    it.

4    Q.  What is a holographic scope?  Could you describe that for

5    the Court?

6    A.  It's a sight.  It's a sighting system which incorporates a

7    holographic image that usually manifests like a red dot, which

8    allows the user to keep both eyes open and acquire targets more

9    rapidly, which is very helpful in combat.

10   Q.  Agent Morales, who is the transferee in section B?

11   A.  Jocelyn Dor.

12   Q.  And on the --

13        MR. BARNES:  Next slide, please, Mr. Casillas.

14   BY MR. BARNES:

15   Q.  -- on slide 19, what do the excerpted boxes show?

16   A.  Question 21A was marked "yes."  There was a mark in the

17   "no" block, but it is apparently scratched out and the initials

18   are placed next to it.  The -- there's a signature in block 22.

19   Block 23 has the date that appears to be January of 1993.  It's

20   quite illegible.  The date ends in 2, but I can't tell what it

21   says.

22        And then in block 30, there's a signature, and the date

23   9/7/1993 or 9/2/1993 is written in block 31, is then crossed

24   out, and the date 9/27/21 is written under it -- or excuse me,

25   9/28/21 is written under that.

1          MR. BARNES:  Your Honor, can I just confirm with the

2    Court that 1050.02 was admitted into evidence?

3          THE COURT:  It has been admitted, yes.

4          MR. BARNES:  And to the next slide, if you would

5    please, Mr. Casillas.

6    BY MR. BARNES:

7    Q.  Agent Morales, what does slide 20, what does that show?

8    A.  This is a handwritten sales receipt from Rieg's Gun Shop &

9    Range in Orlando, Florida, which shows Jocelyn Dor as the

10   purchaser of a VSKA 7.62, and it is dated 9/28/21.

11         MR. BARNES:  Going to the next slide, please,

12   Mr. Casillas, slide 21.

13   BY MR. BARNES:

14   Q.  Agent Morales, could you please read for the record the

15   information about the firearm in section A?

16   A.  This is a Century Arms VSKA 7.62 rifle.  The serial number

17   appears to be Sierra, Victor 7063271.

18         MR. BARNES:  At this time, I ask Agent Bonura if he

19   can bring up Government's Exhibit 1050.03.

20   BY MR. BARNES:

21   Q.  Agent Morales, do you recognize this -- the weapon you're

22   holding?

23   A.  Yes, sir.  This is a Century Arms VSKA AK-47 variant.

24   Q.  Are you able to determine the serial number on that

25   firearm?

1   A.  If I could make use of a magnifying glass, I could see it

2   more legibly.  It's rather faint.  Serial number Sierra, Victor

3   7063271.

4   Q.  Is that the same serial number in section A of box 1 of the

5   firearms transaction record?

6   A.  Yes, it is.

7        MR. BARNES:  Your Honor, the Government would move to

8   admit Exhibit 1050.03.

9        MR. ORENBERG:  I didn't hear you, .03?

10       MR. BARNES:  .03, yes.

11       MR. ORENBERG:  No objection.

12       THE COURT:  Without objection, 1050.03 is admitted.

13       (Government's Exhibit 1050.03 received in evidence.)

14   BY MR. BARNES:

15   Q.  Agent Morales, this is the same firearm that you just

16   described previously, the VSKA AK-47?

17   A.  Yes.

18   Q.  Agent Morales, who is the transferee in section B on the

19   4473 Form?

20   A.  Jocelyn Dor.

21   Q.  And going to the next slide, slide 22.  Agent Morales, what

22   did the excerpted boxes show?

23   A.  The answer to question 21A is "yes."  The transferee's

24   signature appears in block 22.  The certification date is

25   September 29th, 2021.

1   Q.  Just for clarification then, again, what does an
2   affirmative yes answer on question 21A mean?
3   A.  The purchaser is affirming that they are the actual
4   purchaser of the firearm.
5   Q.  There appears to be no -- is there a signature in box 30?
6   A.  No.  Block 30 and 31 are blank.
7   Q.  And in your experience, why would it typically be that a --
8   the recertification date is left blank?
9   A.  The firearm was transferred on the same date that block 22
10  and 23 were certified.
11  Q.  And why would a firearm get transferred on the same day,
12  rather than wait for a recertification?
13  A.  In counties where there's no waiting period for firearms,
14  weapons are often transferred on the same day.
15          MR. BARNES:  I'd like to move to slide 24, please.
16  BY MR. BARNES:
17  Q.  Could you please read for the record the information about
18  the two firearms in section A?
19  A.  The first one is a Century Arms VSKA 7.62 rifle.  Serial
20  number Sierra, Victor 7061803.
21      The firearm listed on the second line is the same firearm
22  model bearing serial number Sierra, Victor 7062023.
23          MR. BARNES:  I'd like to ask Agent Bonura if he could
24  bring up Government's Exhibit 1050.04.
25  BY MR. BARNES:

1   Q.  Do you recognize the type of firearm you're holding?

2   A.  Yes, sir.  This is a Century Arms VSKA.

3   Q.  Are you able to determine the serial number on that

4   firearm?

5   A.  Yes, it is Sierra, Victor 7061803.

6   Q.  And does that match the serial number in box 1 on section A

7   of the 4473?

8   A.  Yes, sir.  This is the firearm listed on line 1.

9           MR. BARNES:  At this time, Your Honor, the Government

10  would move to admit Exhibit 1050.04.

11          MR. ORENBERG:  No objection.

12          THE COURT:  Without objection, 1050.04 is admitted.

13      (Government's Exhibit 1050.04 received in evidence.)

14          MR. BARNES:  I will ask Agent Bonura if I can switch

15  with you and bring up Government's Exhibit 1050.05.

16  BY MR. BARNES:

17  Q.  Do you recognize what type of firearm you're holding right

18  now?

19  A.  Yes.  This is a Century Arms VSKA.

20  Q.  Another VSKA?

21  A.  Another AK-47 variant.

22  Q.  Are you able to determine the serial number for that rifle?

23  A.  Yes, sir.

24  Q.  What is it?

25  A.  It is Sierra, Victor 7062023.

MORALES - DIRECT

1    Q.  And does that appear to be the same serial number on line 2

2    of the firearms transaction record on slide 24?

3    A.  Yes.

4         MR. BARNES:  Your Honor, the Government would move to

5    admit Exhibit 1050.05.

6         MR. ORENBERG:  Dot what, please?  I'm having trouble

7    hearing.

8         MR. BARNES:  Apologies .05.

9         MR. ORENBERG:  No objection.

10        THE COURT:  Without objection, 1050.05 is admitted.

11    (Government's Exhibit 1050.05 received in evidence.)

12   BY MR. BARNES:

13   Q.  Agent Morales, who is the transferee in section B on this

14   form?

15   A.  Jocelyn Dor.

16   Q.  And moving to the next slide, what do the excerpted boxes

17   show on this slide?

18   A.  Question 21A is answered "yes."  The buyer's signature

19   appears in section 22 and 30.  Both those sections are dated --

20   that is, section 23 and section 31 are both dated October 10th,

21   2021.

22        MR. BARNES:  Going to the next slide, slide 26.

23   BY MR. BARNES:

24   Q.  What does this show?

25   A.  This is a purchase receipt from Shooters World in Orlando

 1  dated October 1st, 2021, listing Jocelyn Dor as a purchaser of

 2  two VSKA Arms AK-47 rifles.

 3  Q.  What was the purchase price for those rifles?

 4  A.  Each rifle was listed at $899.99.

 5         MR. BARNES:  Moving to slide 27, the next slide,

 6  please.

 7         THE COURT:  Before we go into slide 27, we'll take our

 8  afternoon break.  We will return in about 12 minutes.

 9         I will say from my examination of the exhibit list,

10  we're only about a third of the way through the items that

11  you're going to go through.  I mean, there's more than firearms

12  in terms of magazines, ammunition, et cetera.  It's going to be

13  a long afternoon and into the morning, it looks like, to me.

14         MR. BARNES:  Agent Morales will be admitting only the

15  firearms, Your Honor.

16         THE COURT:  We'll save that for another time with

17  another witness.  Okay.  See you in 12 minutes.

18         COURTROOM DEPUTY:  All rise.  The court is now in

19  recess.

20    (A recess was taken at 3:15 p.m.)

21         THE COURT:  Special Agent Morales, welcome back.  I

22  remind your you're still under oath.  Mr. Barnes.

23         MR. BARNES:  Thank you, Your Honor.

24  BY MR. BARNES:

25  Q.  I believe we are going to slide 27.  Agent Morales, could

1   you please read for the record the information about the

2   firearm in section A?

3   A.  This is a SAR-9, 9-millimeter pistol bearing serial number

4   Tango 110221, Bravo, Victor 65250.

5           MR. BARNES:  I'd like to ask Agent Bonura to bring up

6   Government's Exhibit 1051.03.

7           THE COURT:  Did you say .02?

8           MR. BARNES:  1051.03.

9           THE COURT:  Three, all right.

10          THE WITNESS:  So this is the SAR-9 pistol listed on

11  the 4473 bearing serial number Tango 110221, Bravo, Victor

12  65250.

13  BY MR. BARNES:

14  Q.  Is that the same -- the serial number on the firearm,

15  Government's Exhibit 1051.03 is the same serial number on the

16  Form 4473?

17  A.  Yes.

18          MR. BARNES:  Your Honor, the Government would move to

19  admit Exhibit 1051.03.

20          MR. ORENBERG:  No objection.

21          THE COURT:  Without objection, 1051.03 is admitted.

22      (Government's Exhibit 1051.03 received in evidence.)

23  BY MR. BARNES:

24  Q.  Who is the transferee in section B?

25  A.  Eliande Tunis.

1    Q.  Going to the next slide, please.  On this slide, slide 28,

2    who do the excerpted boxes show?

3    A.  The answer to the question 21A is marked "yes."  The

4    purchaser's signature appears in block 22.  Block 23 is dated

5    October 4th, 2021.  The purchaser's signature appears in the

6    recertification block 30, and the date in block 31 is

7    October 11, 2021.

8    Q.  Going to the next slide.  What does this slide show?

9    A.  This is a receipt from A to Z Guns & Pawn in Pompano Beach

10   listing Eliande Tunis as the purchaser.  It's a layaway receipt

11   for a SAR Arms pistol with the serial number ending in 5250,

12   and she paid $229.

13   Q.  Going to the next item, slide 30, please.  Agent Morales,

14   could you please read for the record the information about the

15   firearms in section A here?

16   A.  There are two firearms listed.  The first is a Riley

17   Defense AK-47 PSF.  It's an AK-47, a variant rifle chambered

18   7.62 by 39, bearing serial number "B" as in Bravo 21018.

19   Q.  What is the second weapon?

20   A.  That is a Century Arms VSKA bearing serial number Sierra,

21   Victor 7078918.

22           MR. BARNES:  I'd ask Agent Bonura if he can bring up

23   Government's Exhibit 1050.08.

24   BY MR. BARNES:

25   Q.  Agent Morales, do you recognize the firearm you're holding?

1    A.  Yes, sir.  This is the Riley Defense RAK-47.  It's an AK-47

2    variant imported by Riley Defense in Charlotte, North Carolina.

3    And it is bearing the serial number listed on the form, Bravo

4    21018.

5    Q.  That's the same serial number listed on the Form 4473?

6    A.  Yes.

7            MR. BARNES:  Your Honor, we move to admit

8    Exhibit 1050.08.

9            MR. ORENBERG:  No objection.

10            THE COURT:  1050.08 is admitted.

11      (Government's Exhibit 1050.08 received in evidence.)

12    BY MR. BARNES:

13    Q.  Agent Morales, since we haven't seen this one before, are

14    you familiar with this type of firearm?

15    A.  Yes.

16    Q.  What is it used for?

17    A.  So this is an AK-47 variant.  It's a combat weapon.  You

18    asked me earlier what a paratrooper designation was.  So

19    paratroopers carry weapons that have folding stocks.  This

20    firearm has a folding stock, but it appears that the pan has

21    been disabled so it doesn't quite fold.  But if that had not

22    been done, then this stock would fold against the frame of the

23    weapon making it more compact.

24    Q.  Thank you.

25            MR. BARNES:  Agent Bonura, if you could bring up

1  Government's Exhibit 1050.07.

2          THE WITNESS:  So this is a Century Arms VSKA bearing

3  serial number Sierra, Victor 7078918.  It's the second firearm

4  listed on this form.

5  BY MR. BARNES:

6  Q.  It's the same serial number listed on the Form 4473?

7  A.  It is.

8          MR. BARNES:  Your Honor, we move to admit Government's

9  Exhibit 1050.07.

10         MR. ORENBERG:  No objection.

11         THE COURT:  Without objection, 1050.07 is admitted.

12     (Government's Exhibit 1050.07 received in evidence.)

13 BY MR. BARNES:

14 Q.  That is another, what I believe, you called the VSKA AK-47

15 variant.  Is there anything particular about that firearm

16 different from the other VSKA models that we've seen?

17 A.  I mean, it has a fixed stock and a slanted flash

18 suppressor, which is indicative of the AK-47 M models.

19 Q.  Who is the transferee on section B?

20 A.  Jocelyn Dor.

21 Q.  And going to the next slide, slide 31.  What do the

22 excerpted boxes here show?

23 A.  Question 21A, it appears that the answer to question -- the

24 question was marked "no" and then crossed out and initialed

25 and then checked "yes."

1      The transferee signed block 22 and placed a date of, it

2  looks like 10/5/21.  And then, they also wrote that same date

3  above block 23 and initialed it JD.  Block 30 and 31 are blank.

4  Q.  Just for the record, what is the significance that block 30

5  and 31 are blank?

6  A.  That would indicate that the purchase occurred on the same

7  date as the certification.

8  Q.  Moving to the next slide if we could, please, slide 33.

9  Apologies -- yes.

10      What is depicted on slide 33?

11  A.  Thirty-two?

12  Q.  Apologies, 32.

13  A.  Slide 32 shows two of the -- it shows two tags.  Shoot

14  Straight, apparently, places a tag on the weapon as it's on the

15  display case.  And then once they sell it, they make copies of

16  the tag and attach them to the 4473.

17  Q.  What were the purchase prices of these firearms?

18  A.  The VSKA -- the Century Arms VSKA was listed at $769, and

19  the Riley Defense AK-47 was listed at $999.

20  Q.  Moving then to the next slide, slide 33.  Could you please

21  read for the record the information about the firearms in

22  section A?

23  A.  The first firearm listed is a Barrett Manufacturing,

24  Incorporated, model 82A1, 50-caliber rifle with serial number

25  Alpha, Alpha 012733.  The second firearm listed is a

MORALES - DIRECT

1    Springfield Armory M1A.  It's a 308 rifle bearing serial number

2    464977.

3            MR. BARNES:  I'd like to ask Agent Bonura if he could

4    bring up Government's Exhibit 1050.09.

5    BY MR. BARNES:

6    Q.  Agent Morales, do you recognize the firearm you're -- I

7    won't say holding -- but that's in front of you?

8    A.  Yes, sir.  This is a Barrett Manufacturing, Incorporated,

9    50-caliber rifle.

10   Q.  And are you able to determine the serial number on that

11   firearm?

12   A.  Yes.  It's listed here.  It's at a difficult angle, but

13   it's Alpha, Alpha 012733.

14   Q.  Is that the same serial number listed for the Barrett 82A1

15   in box 1 on the firearm transaction record?

16   A.  Yes, it is.

17           MR. BARNES:  Your Honor, the Government would move to

18   admit Exhibit 1050.09.

19           MR. ORENBERG:  No objection.

20           THE COURT:  Without objection, 1050.09 is admitted.

21      (Government's Exhibit 1050.09 received in evidence.)

22   BY MR. BARNES:

23   Q.  Agent Morales, are you familiar with this type of weapon,

24   the Barrett 82A1?

25   A.  Yes, I am.

MORALES - DIRECT

1    Q.  What is it used for?

2    A.  This type of firearm is used by the -- by many militaries

3    around the world, but specifically the U.S. military uses it

4    against equipment.  It's against the Geneva Convention to use

5    this against a human being.

6    Q.  What size caliber, what size bullet does this fire?

7    A.  A 50-caliber bullet, which is a half an inch in diameter.

8    Q.  Thank you.

9         MR. BARNES:  I'm going to ask Agent Bonura if he could

10   bring up -- I'll give him a moment.

11        If you could bring up Government's Exhibit 1050.01 --

12   excuse me, .10.

13        THE WITNESS:  This is a Springfield M1A listed on the

14   4473.  The serial number on the firearm is 464977.

15   BY MR. BARNES:

16   Q.  Is that the same serial number listed in box 2, the Form

17   4473 on slide 73?

18   A.  Yes, it is.

19        MR. BARNES:  Your Honor, the Government would move to

20   admit Exhibit 1050.10.

21        MR. ORENBERG:  No objection.

22        THE COURT:  Without objection, 1050.10 is admitted.

23     (Government's Exhibit 1050.10 received in evidence.)

24   BY MR. BARNES:

25   Q.  Agent Morales, what is the Springfield M1A?  What is it

MORALES - DIRECT

1  used for?

2  A.  So this is used by the NEOs military that designated the

3  M14.  It's also part of the M21 sniper system.  It's a

4  long-range sniper weapon.  Usually fitted with a scope mount

5  that can engage targets at long distances.

6  Q.  Who is the transferee in section B on this form?

7  A.  Jocelyn Dor.

8  Q.  On the next slide, slide 34, what do the excerpted boxes

9  show?

10  A.  The answer to question 21A is marked "yes."  The

11  purchaser's signature appears in block 22.  Block 23 is dated

12  October 6, 2021.  Block 30 bears the purchaser's signature, and

13  block 31 also lists the date October 6th, 2021.

14  Q.  And if you could turn to slide 5 -- excuse me, 35.  What is

15  the significance of slide 35?

16  A.  These are receipts produced by Shooters World in Orlando.

17  They list Jocelyn Dor as the purchaser of two firearms, one an

18  82A1, for which he paid $10,999.  And then the M1A 308 rifle,

19  for which he paid $2,399.99.

20  Q.  Now, moving on to the next slide, slide 36.  If you could

21  please read for the record the information about the three

22  firearms in section A here.

23  A.  The first firearm was a Century Arms VSKA, 7.62 AK-47 style

24  rifle, serial number Sierra, Victor 7034765.  The second

25  firearm listed is a Century Arms WASR 10, bearing serial

1  number 19222511, "R" as in Romeo, 0.  It's a rifle chambered

2  7.62.  And then the third one is a Palmetto Arms, PA15 5.56

3  pistol, Sierra, Charley, Delta 617477 is the serial number.

4       MR. BARNES:  I'll ask Agent Bonura if he could bring

5  up Government's Exhibit 1050.11.

6  BY MR. BARNES:

7  Q.  Agent Morales, do you recognize this firearm?

8  A.  Yes, sir.  This is a Century Arms VSKA.  The serial number

9  is Sierra, Victor 7034765.

10 Q.  And is that the same serial number as listed in slide 36 in

11 box 1?

12 A.  Yes.

13 Q.  And is there anything -- excuse me.

14      MR. BARNES:  Apologies, Your Honor.  I'd like to move

15 to admit Exhibit 1050.11.

16      MR. ORENBERG:  No objection.

17      THE COURT:  Without objection, 1050.11 is admitted.

18   (Government's Exhibit 1050.11 received in evidence.)

19 BY MR. BARNES:

20 Q.  Agent Morales, does the firearm you're holding have any

21 particular markings?

22 A.  Aside from the markings made by the manufacturer and the

23 importer, there is a sticker on the pistol grip produced.  It

24 looks like it's from the store.  It's a layaway tag with an

25 invoice date issued October 6, 2021, and it bears the name

MORALES - DIRECT

1    St. Louis Walder.

2    Q.  Thank you.

3         MR. BARNES:  I'll ask Agent Bonura to bring up

4    Government's Exhibit 1050.12.

5    BY MR. BARNES:

6    Q.  Agent Morales, do you recognize the firearm you're holding?

7    A.  Yes, sir.  This is the firearm listed on line 2.  It's a

8    WASR 10 imported by Century Arms.  It is missing the top cover.

9    But the serial number is listed on the receiver as 1922251-11,

10   "R" as in Romeo, and the last character could be a 0, or it

11   could be the letter "O" as in ocean.  It's difficult to tell

12   from the size of the lettering.

13        THE COURT:  Would you say the serial number again,

14   please?

15        THE WITNESS:  Yes, Your Honor.  19222511R0 or O.

16        THE COURT:  All right.  I think you added an extra one

17   in it the first time.  Go ahead.

18   BY MR. BARNES:

19   Q.  Agent Morales, can you describe the features and use for

20   this type of firearm, the WASR 10?

21   A.  This is a AK-47 AKM variant constructed in Poland.  It just

22   happens to be missing the cover on the top.  It's a combat

23   rifle.

24        THE COURT:  Did we move the admission of it?

25        MR. BARNES:  I believe we have, but if not, I will do

MORALES - DIRECT

1  so now, Your Honor.

2          MR. ORENBERG:  Is he moving for the --

3          THE COURT:  He's moving for the admission of 1050.12,

4  right?

5          MR. BARNES:  Correct.

6          MR. ORENBERG:  No objection.

7          THE COURT:  Without objection, 1050.12 is admitted.

8      (Government's Exhibit 1050.12 received in evidence.)

9          MR. BARNES:  I'll ask Agent Bonura to retrieve that

10  exhibit, and Agent Bonura, if you could please provide

11  Mr. Morales with Exhibit 1050.13.

12          THE WITNESS:  So this is a Palmetto State Armory

13  produced, AR-15 variant in a pistol configuration.  The serial

14  number is Sierra, Charley, Delta 617477.

15  BY MR. BARNES:

16  Q.  Is that the same serial number as the Palmetto Arms PA15

17  listed in box 3?

18  A.  Yes, it is.

19          MR. BARNES:  Your Honor, the Government would move to

20  admit 1050.13.

21          MR. ORENBERG:  No objection.

22          THE COURT:  Without objection, 1050.13 is admitted.

23      (Government's Exhibit 1050.13 received in evidence.)

24  BY MR. BARNES:

25  Q.  Agent Morales, what are the features of this firearm, and

1    what would it be used for?

2    A.   So this is an AR pistol.  It is characterized by having a

3    shorter barrel and not -- and an item on the rear, which is

4    sold as a stabilizing brace or a stabilizing blade, explicitly

5    not of stock.  It also has a holographic sight.  So the

6    practical application of this weapon being that it is short and

7    maneuverable and given to concealability would be, you know,

8    close-quarter combat.

9    Q.   You trailed off.  Just for the record, you said

10   close-quartered combat?

11   A.   Close-quartered combat, right, combat within less ranges.

12   Q.   Agent Morales, who is the transferee in section B of Form

13   4473?  Slide 36?

14   A.   Walder St. Louis.

15   Q.   Moving to the next slide, slide 37.  What do the excerpted

16   boxes show?

17   A.   The answer to question 21A is marked "yes."  The

18   transferee's signature appears in block 22.  Block 23 is dated

19   October 16th, 2021.  It could be October 6th, 2021.  There is a

20   line next to the 6.  It's not clear whether or not it's --

21   Q.   In turning to the next slide, slide 38, I believe --

22   A.   So the recertification date in block 30 is -- block 30 is

23   signed, and the recertification date is October 16th, 2021.

24       So the invoice in slide 38, the invoice, the layaway

25   receipt invoice is dated October 6, 2021, and all three

1  firearms on the 4473 are listed here.

2  Q.  What are the purchase prices of those firearms?

3  A.  The Century Arms VSKA is listed at 1,700 -- I'm sorry,

4  $174.77.  The Century Arms -- the second rifle is listed at

5  $841.12, and the Palmetto State Armory rifle is listed at

6  $747.66.

7          MR. BARNES:  Move to the next slide, please,

8  Mr. Casillas, slide 39.

9  BY MR. BARNES:

10  Q.  Please read for the record, Agent Morales, the information

11  about the firearm in section A.

12  A.  So the firearm listed is a Ruger model 57.  It's

13  5.7-millimeter pistol bearing serial number 64332404.

14  Q.  Agent Morales, are you familiar with this type of firearm?

15  A.  Yes.

16  Q.  What is it, and what is it used for?

17  A.  So the 5.7-millimeter round was developed by a European

18  military.  It's designed to penetrate armor.  It travels at a

19  high velocity and will penetrate and defeat most police-issued

20  body armor.

21  Q.  Just to be clear for the record, when you say "armor," you

22  mean body armor?

23  A.  Body armor, the kind of armor worn by police officers and

24  soldiers.

25  Q.  Who is the transferee in section B here?

MORALES - DIRECT

1    A.   Eliande Tunis.

2    Q.   Something is written above section A.  Do you see that?

3    A.   Yes, sir.  The world "layaway."

4    Q.   What is the significance of that?

5    A.   It appears that the purchaser filled out the form, put down

6    a deposit, or perhaps even the full amount and then -- not the

7    full amount, but the deposit and then intended to pay on the

8    firearm until they were able the pay the full cost of it.

9    Q.   And turning to the next slide, slide 40.  What do the

10   excerpted boxes show here?

11   A.   Yes 21A is answered "yes."  The buyer signature appears in

12   block 22.  Block 23 is dated October 14th, 2021.  And then

13   there appears to be an "X" next to the purchaser's signature in

14   block 22 and also next to the date in block 23.  And then,

15   block 30 has an "X."  And block 31 has a "X" next to it in

16   block 30.

17   Q.   What do you interpret these Xs to mean in the context of

18   this form?

19   A.   This firearm was not transferred.

20   Q.   Turning now to slide 41, if you could please read for the

21   record the information about the firearms in section A of this

22   form?

23   A.   Yes, sir.  Both of these firearms listed are Century Arms

24   VSKAs.  The first one bears serial number SV7085520, and the

25   second bears serial number SV7085042.

1          MR. BARNES:  At this time, I'd like to ask Agent

2   Bonura to bring up Government's Exhibit 1050.14.

3          THE WITNESS:  So this is the Century Arms VSKA.  It

4   does bear serial number SV7085520.

5   BY MR. BARNES:

6   Q.  Is that the same serial number that's written in box 1 of

7   the Form 4473 dated October 17th?

8   A.  Yes, it is.

9          MR. BARNES:  Your Honor, the Government would move to

10  admit Exhibit 1050.14.

11         MR. ORENBERG:  No objection.

12         THE COURT:  1050.14 is admitted.

13     (Government's Exhibit 1050.14 received in evidence.)

14  BY MR. BARNES:

15  Q.  I'd ask Agent Bonura to bring up the next exhibit,

16  Government's Exhibit 1050.15.

17  A.  So this is a Century Arms VSKA listed on line 2 of section

18  A bearing serial number Sierra, Victor 7085042.

19  Q.  Does that appear to be the same serial number that's listed

20  in box 2 of the firearms transaction record dated October 17th?

21  A.  Yes.

22         MR. BARNES:  Your Honor, the Government would move to

23  admit Exhibit 1050.15.

24         MR. ORENBERG:  No objection.

25         THE COURT:  1050.15 is admitted.

 1          (Government's Exhibit 1050.15 received in evidence.)

 2     BY MR. BARNES:

 3     Q.  Agent Morales, who was the transferee in section B of this

 4     form?

 5     A.  Jocelyn Dor.

 6          MR. BARNES:  And if you can turn to slide 42, please,

 7     Mr. Casillas.

 8     BY MR. BARNES:

 9     Q.  What do the excerpted boxes here show?

10     A.  Section 21A is answered "yes."  Section 22 shows the

11     signature of the purchaser.  Section 23 bears the date

12     10/17/21.  Section 30 also bears the signature of the

13     purchaser, and section 31 lists the same date, 10/17/21.

14     Q.  Thank you, Agent Morales.  Moving beyond the summary

15     exhibit that you've had in front of you for quite some time.

16     In the course of your participation in this investigation, were

17     there certain firearms that law enforcement recovered but law

18     enforcement wasn't able to initially successfully trace?

19     A.  Firearms that were recovered but not traced?  No, sir.  We

20     traced all the firearms recovered in this case.

21     Q.  Were there firearms that you traced but weren't able to

22     understand fully how they came into possession of the

23     individuals that had them when they were recovered?

24     A.  Yes.

25          MR. ORENBERG:  Objection, leading.

1              THE COURT:  It is leading, but I think, in this

2     instance, I'll allow it.  But be careful about the leading

3     questions, Mr. Barnes.

4     BY MR. BARNES:

5     Q.  Why did those difficulties occur?

6     A.  So some of the firearms traced in this case were found to

7     initially originate from purchases that occurred prior to the

8     circumstances of this case, and that is because as I earlier

9     explained, when a firearm is traced, we begin with the

10    manufacturer or importer and then follow the trail of

11    possession to the inline purchaser.

12         If a firearm is purchased and then enters the secondary

13    market and is sold, let's say, to a pawnshop, unless the

14    pawnshop is required to advise ATF of that acquisition, we will

15    not have awareness of it until we develop other means to locate

16    that pawnshop.

17    Q.  Understood.

18              MR. BARNES:  I would like to ask now, Agent Bonura, if

19    you can bring up 1050.02.

20    BY MR. BARNES:

21    Q.  Agent Morales, are you familiar with this firearm?

22    A.  Yes, sir.  This is a Ruger ranch rifle chambered in .223

23    caliber.  It's usually referred to as a Mini-14.

24    Q.  What are the characteristics and the use of a Mini-14?

25    A.  This is initially sold to ranchers for hunting, you know,

1    varmint animals, small game.  It is based on the full size M14,

2    which is the same model of the M1A that we looked at earlier.

3    It's just a scaled-down version of that.  That weapon was

4    chambered in .308.  This one is chambered in 5.56 -- or .223,

5    which is the same caliber as an AR-15 .

6    Q.  In the course of your investigation, did you initiate a

7    trace on that firearm?

8    A.  Yes.

9    Q.  What did you initially learn about that firearm?

10   A.  Initially, we traced it to a purchaser in another state in

11   2010, I believe, and only later determined that it was

12   purchased by --

13        THE COURT:  I'm going to ask you to use the

14   microphone.  You're a little bit far away from the microphone.

15        MR. BARNES:  If I can clarify for the record.

16   BY MR. BARNES:

17   Q.  Did you subsequently learn additional information about

18   this firearm?

19   A.  Yes.

20   Q.  What was that?

21   A.  We were provided with a name of a pawnshop, which is now

22   out of business, and I contacted the ATF national tracing

23   center out of business records section and obtained the ATF

24   Form 4473, which shows that this firearm was purchased, again,

25   by a transferee at an FFL.

1         MR. BARNES:  Your Honor, for this firearm, the

2    Government would move to conditionally admit this firearm

3    subject to future authentication from a witness who will

4    testify in the coming days.

5         THE COURT:  Well, in this instance, conditional

6    admission is the same as not admitting it.  But I'll go ahead

7    and call it conditional admitting it, and you can do what is

8    necessary in order to admit it, if you are able to at a later

9    time.

10        MR. BARNES:  Okay.  Thank you, Your Honor.

11        THE COURT:  And this is 1050.02?  Is that correct?

12        MR. BARNES:  The Court's indulgence.  Apologies for

13   clarification.  It was 1051.02.

14        I'd like to ask Mr. Casillas, if you could please pull

15   up Government's Exhibit -- or excuse me, 140 and slide 185.  I

16   should clarify, Your Honor, which is already in evidence.

17   BY MR. BARNES:

18   Q.  Agent Morales, do you recognize the picture on the right

19   side of the screen showing some sort of countertop and then an

20   address?

21   A.  Yes.  That appears to be part of a business card for a

22   licensee.  It says:  We buy and sell guns, gun transfers.  And

23   it's located at 31 South Federal Highway in Deerfield Beach.

24   Q.  In regards to the firearm you're holding, did you reach out

25   to this store to ascertain any information about this firearm?

1  A.  So there is a federal firearms licensee located at 31 South

2  Federal Highway in Deerfield Beach.  I contacted them and was

3  able to determine that they purchased the business from a

4  previous FFL that was located at that address.  That FFL has

5  since gone out of business.  They surrendered their license in,

6  I believe it was April of 2023, and transferred their records

7  to the national tracing center out-of-business records section.

8  Q.  Do you know the name of either of those entities?

9  A.  The out of business FFL did business under the name Itz,

10  I-T-Z, the Pawn Shop.  And the FFL, which purchased and now

11  operates on those premises is Queen of Pawns.

12       MR. BARNES:  I'd like to ask Agent Bonura if he could

13  remove the current exhibit and bring up Government's

14  Exhibit 1051.06.

15  BY MR. BARNES:

16  Q.  Agent Morales, are you familiar with this firearm?

17  A.  Yes, sir.  This is a Norinco SKS 7.62-millimeter rifle.

18  Q.  And in the course of the investigation, did you initially

19  trace this firearm?

20  A.  Yes.

21  Q.  What did you learn initially about this firearm?

22  A.  Initially, as with the previous rifle we just discussed,

23  the purchaser purchased this gun well before the events that we

24  were investigating in another state, I think.  And that

25  individual did not appear related to this investigation.

MORALES - DIRECT

1    Q.   And did you subsequently learn additional information about

2    this firearm?

3    A.   Yes.   Upon obtaining the 4473s from the out-of-business

4    record section, I found that this firearm was purchased at the

5    aforementioned Itz the Pawn Shop.

6    Q.   And for the record, Agent Morales, what is the serial

7    number for that weapon?

8    A.   The serial number of this weapon is 22046331.   There appear

9    to be two other characters at the end, but they're difficult to

10   make out.   It could be an "F" and an "N."

11   Q.   What are the characteristics of this -- the characteristics

12   and the uses for this firearm?

13   A.   This is a weapon that was developed for the Chinese

14   military.   It's a gas blowback autoloading rifle that fires a

15   7.62 by 39 bullet.   It also is fitted with a folding stock.

16        MR. BARNES:   I apologize, Agent Bonura, can you

17   actually bring back up the prior exhibit?   I realized I want to

18   make sure the serial number for that firearm is read into the

19   record.

20        For the record, I'm asking Agent Bonura to bring back

21   up what's been marked as Government's Exhibit 1051.02.

22   BY MR. BARNES:

23   Q.   Agent Morales, can you identify the serial number on that

24   firearm?

25   A.   Yes, sir.   The serial number on the Ruger range rifle is

MORALES - DIRECT

1    50 -- I'm sorry, let me begin again, 58022034.

2          MR. BARNES:  I'll ask Agent Bonura to retrieve that.

3    BY MR. BARNES:

4    Q.  Agent Morales, I want to switch gears a little bit and ask

5    you about a few terms and whether, to your understanding, they

6    relate to firearms and what they might mean.  I'm going to go

7    through these and ask you to explain them for the Court and

8    what this term might mean.  The first is a 30mm bullet.  What

9    does that mean to you in the context of firearms?

10   A.  In the context of a discussion of firearms, I would say

11   that the person who used that terminology was incorrect in the

12   nomenclature.  A 30mm, 30-millimeter would not actually be a

13   bullet, it would be a cannon round used by several militaries.

14   In fact, our own military uses it as the ammunition for the

15   electric rotary cannon on an A-10 Warthog.

16       The --

17   Q.  If I could just pause you there to make sure we're all on

18   the same page.  What is an A-10 Warthog?

19   A.  An attack aircraft, combat aircraft used by the air force

20   to destroy tanks.

21   Q.  The phrase M1, what does that mean to you?

22   A.  An M1 is a designation for a 30-caliber rifle.  A rifle

23   that can be chambered in .30 caliber and some other calibers.

24   Q.  Is that different from an M1A?

25   A.  So the M1 was typically -- typically first is the M1

1    Garand, which is the rifle that most U.S. servicemen carried

2    during the Second World War.

3    Q.   Okay.

4    A.   That rifle was chambered in .30 caliber.

5    Q.   And the next phrase is a Galil, G-A-L-I-L.  What does that

6    mean to you in the context of firearms?

7    A.   Galil is a model of combat rifle produced by the Israeli

8    Weapons Industries.  It is an improvement on the AK-47 original

9    design.

10    Q.   And an M14, same question?

11    A.   An M14 is the military designation of the rifle that we

12    looked at, the Springfield Ordnance M1A.  It's that same firing

13    system.  But it's also used by the Marine Corps.  They call it

14    the M21, put a sniper scope on it, and that's how they

15    designate it.  But it's an M14.  It's the same firing system,

16    built by Springfield.

17    Q.   What would a small M14 mean?

18    A.   That would be the Mini-14, which is the rifle that we just

19    looked at.

20    Q.   And the number 5.56, by itself, what does that mean?

21    A.   5.56 denotes the caliber in millimeters, 5.56 millimeters.

22    It is the caliber of round used by the -- most AR platforms.

23    Q.   Same question with respect to the number 7.62?

24    A.   7.62 would be the 7.62-millimeter round used by most AK

25    platforms.

1    Q.   What is an M1-30?

2    A.   An M1-30 would denote the aforementioned M1 Garand or M1

3    carbine chambered in a .30 caliber.

4    Q.   And an X22, is that a firearm?

5    A.   I believe there is a -- there's a Galil that is an ACE 22.

6    It's a -- it's an AK-47 style rifle that is produced by the

7    Israeli Weapons Industries.

8    Q.   And an M249?

9    A.   An M249 is a belt-fed machine gun used by the U.S. military

10   as a Squad Automatic Weapon.

11   Q.   It's an automatic weapon or a semi-automatic weapon?

12   A.   It is an automatic weapon.  It's a machine gun that fires

13   the 5.56 round but in a belt-fed configuration.

14   Q.   And an M15.

15   A.   That sounds like a mischaracterization of the AR-15.  The

16   military uses the designation M4 or M16 to denote a

17   fully-automatic AR platform.  The civilian version is the

18   AR-15.  So that sounds like a confluence of those two terms.

19   Q.   The word "Kalashnikov"?

20   A.   Kalashnikov?  Mikhail Kalashnikov was the designer of the

21   AK-47.  The weapon bears his name AK.  It stands for Avtomat

22   Kalashnikov, which is Russian for automatic rifle Kalashnikov.

23   Q.   In the context of firearms, what does the number 12 mean?

24   A.   That would refer to a 12-gauge shotgun.

25   Q.   In the context of firearms, what is a mag?

1    A.  A mag is short for magazine.

2    Q.  And .50 cal?

3    A.  .50 cal is a .50 cal.  It's the caliber of the rounds that

4    the Barrett fires.

5    Q.  That's the 82A1?

6    A.  Yes, sir.

7            MR. BARNES:  I just have one more exhibit that I'd

8    like to show the witness and ask him one question about that,

9    Your Honor.

10           Mr. Casillas, if you could pull up Government's

11   Exhibit 106.03.

12           Your Honor, I was clarifying with my colleague that

13   this has already been admitted into evidence.

14           THE COURT:  That what?

15           MR. BARNES:  This has already been admitted into

16   evidence, Exhibit --

17           THE COURT:  Which number is it?

18           MR. BARNES:  106.03.

19           THE COURT:  106.03?

20           MR. BARNES:  Correct.  It's a video, and I'd like to

21   show it to the witness.

22           THE COURT:  All right.  It is in evidence.

23           MR. BARNES:  Mr. Casillas, if you could please play

24   this.

25       (Video played.)

1    BY MR. BARNES:

2    Q.  To review what you've seen so far, Agent Morales, have you

3    recognized the firearms that were seen in this video?

4    A.  Yes.  Some of them are recognizable.

5    Q.  What do you recognize them to be?

6         MR. ORENBERG:  Objection -- I'm sorry, I don't think

7    enough of a foundation has been presented for him to make an

8    opinion just based on reviewing a video over the -- on the past

9    90 seconds.

10         THE COURT:  Overruled.  If he can recognize the

11    firearms, he can testify to the firearms.

12         THE WITNESS:  So the first individual who's sitting on

13    the couch had what appeared to be an AKMS variant.  That is an

14    AKM variant that has a folding stock, which he unfolded.  It

15    has the peculiar -- the peculiarity of having an AR-15 H2-type

16    flash suppressor attached to the barrel, which is something

17    that one usually sees on AR platforms.  So it's a bit of an

18    oddity to see it on an AK, but it is consistent with the

19    Century Arms VSKAs that we've viewed here in court today, some

20    of which did have the H2 flash suppressor attached.

21    BY MR. BARNES:

22    Q.  Did you recognize the other firearms that the other

23    individuals -- beyond the first individual that they were

24    holding, this individual?

25    A.  So the other individual sitting on the couch, the camera

1    panned to the right, there was what appeared to be an AR
2    platform with the triangular site mounted front side post.  And
3    then as the camera panned around, you saw other AK-47 variants
4    in the possession of several other individuals.
5    Q.  And those AK-47 variants, how would you compare them to the
6    firearms that were admitted today as exhibits for the
7    Government?
8    A.  They are similar, identical in operation because they're AK
9    platforms, but they are similar in configuration to the
10   firearms we viewed.
11         MR. BARNES:  At this time, I ask Mr. Casillas to play
12   the remainder of the video.
13         THE COURT:  I'm sorry, you're talking --
14         MR. BARNES:  I'm sorry, Your Honor.  I asked
15   Mr. Casillas to play the remainder of the video so I can ask
16   the witness about the other firearms that are depicted.
17      (Video played.)
18   BY MR. BARNES:
19   Q.  Agent Morales, the same question.  Are you familiar with
20   the firearms you saw in that portion of the video?
21   A.  Yes, several of the individuals are holding AK platform
22   style firearms, and one individual is holding an AR, an
23   Armalite rifle platform firearm.  And the individual who's
24   holding two weapons, one appears to be an AR, and one appears
25   to be an AK.

MORALES - CROSS

```
 1              MR. BARNES:  Ms. Seifert is reminding me to say we
 2    paused the video at timestamp 2:46.
 3              THE COURT:  I'm sorry, what?
 4              MR. BARNES:  We paused it at time stamp 2:46 of the
 5    video.
 6              No further questions for this witness, Your Honor.
 7              THE COURT:  All right.  Mr. Orenberg?
 8              MR. ORENBERG:  Yes, Your Honor.
 9                           CROSS-EXAMINATION
10    BY MR. ORENBERG:
11    Q.  Good afternoon, Agent Morales.
12    A.  Good afternoon.
13    Q.  Let's start with that video we just saw.  I believe it's
14    Government's Exhibit 106.13.
15              THE COURT:  106.03.
16              MR. ORENBERG:  Zero three.  Thank you, Your Honor.
17    BY MR. ORENBERG:
18    Q.  The Government had you talk about the weapons that were
19    depicted in that video, correct?
20    A.  Yes, sir.
21    Q.  Okay.  And had you seen that video before?
22    A.  No, sir, I haven't.
23    Q.  Okay.  And you would agree with me that that's all you can
24    do with respect to that video is identify those weapons or in
25    your professional opinion give an opinion as to what those
```

MORALES - CROSS

1   weapons are?

2   A.  Yes.

3   Q.  You don't know any of those individuals?

4   A.  No, sir, I don't.

5   Q.  And you don't know where that video came from?

6   A.  No, sir.

7   Q.  And you don't know what country, for example?

8   A.  Not for sure, sir.

9   Q.  Okay.  All right.  Thank you.

10      So you told the Court earlier that the ATF cannot maintain

11  a database for the purchasing of firearms; is that correct?

12  A.  Yes.

13  Q.  Okay.  But on the other hand, there's something called the

14  FTR, which is the firearms transaction records.  You're

15  shaking -- you have to say yes or no.

16  A.  The firearms transaction record is the form which we've

17  been discussing.

18  Q.  Right.

19          THE COURT:  Actually, he didn't have to say anything

20  because you didn't ask a question.

21          MR. ORENBERG:  I apologize.

22  BY MR. ORENBERG:

23  Q.  So the FTR -- if I understand you correctly -- is

24  maintained by the seller?

25  A.  Yes, sir.  The licensee is mandated to maintain the

MORALES - CROSS

1    original 4473 as long as he remains in business.

2    Q.    Okay.  Is there any sort of compliance mechanism to make

3    sure that licensees throughout the United States are properly

4    maintaining these forms?

5    A.    Yes.

6    Q.    Can you tell us about it a little, please?

7    A.    Licensees undergo an inspection by industry ops

8    investigators on usually a one- to three-year basis.

9    Q.    So for example, when you talked about the Lucky Pawn, I

10   think it was called the Lucky Pawn Pawn Shop?

11   A.    Yes.

12   Q.    And the A to Z Pawn shop?

13   A.    Yes.

14   Q.    When you were doing your work in this case, did you go back

15   and check to see when their, I guess, compliance inspections

16   were conducted?

17   A.    I did not.

18   Q.    Why not?

19   A.    It didn't have any bearing on the case.  They produced the

20   records that they were mandated to maintain.

21   Q.    Let's talk about that for a second.  So you sent them --

22   somehow you got to them, email, letter, whatever, a list of

23   names?

24   A.    Yes.

25   Q.    And in response, for example, those two pawnshops that I

1   just mentioned, Lucky Seven -- is it Lucky Seven or just Lucky

2   Pawn Shop?

3   A.   Lucky Pawn.

4   Q.   Lucky Pawn.  Thank you.  And the A to Z Pawn shop responded

5   in writing?

6   A.   They responded via email with documents.

7   Q.   Now, I just want to go back a little bit to the overall

8   mechanism about the ATF and what it can and cannot do.

9        You also talked about demand to notices.  Do you remember

10  that?

11  A.   Yes.

12  Q.   Can you explain what a demand to notice is?

13  A.   So pawnshops -- the way the ATF's tracing mechanism works,

14  it begins with the manufacturer/importer and ends with the

15  first-line purchaser.  So after that firearm leaves that chain

16  of production from manufacturer or importer to last-line

17  purchaser, we don't have any awareness as to where the firearm

18  goes.

19  Q.   Right.

20  A.   The firearms are often transferred between private

21  citizens.  They're sold to pawnshops or sold to private

22  dealers -- collectors, if you will.

23       When a firearm is sold to a pawnshop, that pawnshop is

24  under no obligation to notify ATF that they now have possession

25  of that particular firearm unless they have been served with a

MORALES - CROSS

1    demand to notice.

2    Q.  And is that what you serve, for example, the Lucky Pawn

3    Shop and the A to Z Pawn shop with?

4    A.  Neither Lucky Pawn nor A to Z are under demand to notices,

5    as far as I'm aware.

6    Q.  So you, in your capacity as a special agent, just sent them

7    an email or some form of communication with a list of names and

8    saying, I'm asking for these, if you have any records that are

9    responsive to these names?

10   A.  I usually call the licensee and explain to him what I'm

11   looking for and then follow up with an email.

12   Q.  So you mentioned the Lucky Pawn Shop, the A to Z Pawn shop.

13   We heard about Rieg's, R-I-E-G-S.

14   A.  Yes.

15   Q.  Is that a pawnshop?

16   A.  Rieg's?  It's a gun store.

17   Q.  Gun store.  Shooting gallery, gun store.  Shooters World,

18   gun store.  Shoot Straight, gun store, and that may be it.

19        Did any or all of these stores -- or licensees, excuse me,

20   did they respond to you right away?

21   A.  Yes.

22   Q.  Did you have any reason to believe that they did not fully

23   respond to you?

24   A.  No.

25   Q.  Okay.  And with respect to these licensees that I just

1  mentioned, with any of them, had you had occasion before this

2  case, this investigation to contact them and ask about other

3  FTRs?

4  A.  Yes.

5  Q.  So they were familiar with you?

6  A.  I can't speak to whether they were familiar with me.  I was

7  familiar with them.

8  Q.  You were what?

9  A.  I was familiar with them.

10  Q.  You were familiar with them.  In fact, you say you visited,

11  I think, the Lucky Pawn Shop?

12  A.  So I operate in the Miami-Dade area.  So I've had occasion

13  to visit Lucky Pawn and A to Z in my capacity as an agent

14  connected to other investigations.

15  Q.  Now, we've spent some time today talking about Exhibit 320,

16  the summary, the firearms purchase documents.

17  A.  Yes.

18        MR. ORENBERG:  Perhaps, do you want to retrieve your

19  exhibits?  With the Court's permission, may he retrieve his

20  exhibits?

21        THE COURT:  Certainly.

22  BY MR. ORENBERG:

23  Q.  And with respect to Exhibit 320, by my calculations -- and

24  I apologize if I'm off by one or two -- you discussed 16 or 17

25  separate FTRs?

MORALES - CROSS

1    A.  Yes.

2    Q.  Okay.  And Mr. Barnes took you through them and asked you a

3    series of questions about each of these individual FTRs?

4    A.  Yes.

5    Q.  Okay.  And these FTRs began -- the first one began on

6    March 13th, 2021, and went all the way through October 17th,

7    2021?

8    A.  Yes.

9    Q.  Some seven months?

10   A.  Yes.

11   Q.  Okay.  And do you know -- let me ask you this question:

12   When -- as a senior special agent, for what you do, do all the

13   requests for FTRs come to your desk, come to your attention?

14   A.  I'm sorry.  I don't understand what you're asking.

15   Q.  I'm sorry.  Do you -- are you in a supervisory role at your

16   job?

17   A.  No.

18   Q.  And you're assigned specific investigations?

19   A.  Yes.

20   Q.  And between March of 2021 and October of 2021, how many

21   investigations were you working on?

22   A.  All together?

23   Q.  If you --

24   A.  Eight or ten.

25   Q.  And do you know how many investigations were ongoing within

1    your office, similar to this investigation?

2    A.   No, sir, I don't.

3    Q.   Okay.  Do you know for this time period how many FTRs were

4    requested by the ATF?

5    A.   I don't know.

6    Q.   Now, turning back to these particular FTRs, for most of

7    them, I think you would agree with me, they were receipts

8    attached to what Mr. Barnes -- Mr. Barnes showed you receipts

9    that were attached to the FTR?

10   A.   Yes.

11   Q.   Okay.  And you would agree with me that every receipt that

12   he showed you was in cash?

13   A.   I believe that's correct.

14   Q.   You didn't see any credit card records?

15   A.   No, sir.

16   Q.   Now, it's not unusual for weapons or guns to be bought in

17   cash, is it?

18   A.   It's not unusual, but it is an indicater of firearms

19   trafficking and straw purchasing, when they are paid for in

20   cash.  It's one of several indicators.

21   Q.   Right.  But you would agree with me that many people go and

22   purchase firearms with cash?

23   A.   It's not unheard of.

24   Q.   I'm sorry, what?

25   A.   It's not unheard of.

MORALES - CROSS

1  Q.  Not unheard of.  Okay.  By the way, there was one purchase,

2  and I believe it was for the .50-caliber rifle, for $10,999?

3  A.  Yes.

4  Q.  That was paid for in cash?

5  A.  I don't have any indication that it wasn't, according to

6  the receipts.

7  Q.  If it was paid for in cash, are you aware of something

8  called a cash transaction report that has to be filed?

9  A.  Yes.

10 Q.  Did you ask that particular licensee if he filed the CTR,

11 cash transaction report?

12 A.  I did not.

13 Q.  Did you, yourself, check with other agencies that handle

14 the CTR records if a cash transaction report had been filed?

15 A.  I did not.  My understanding of the cash transaction report

16 is it's filed by banking institutions when large sums are

17 deposited or removed.  This is a gun store.  It's like a car

18 dealership doesn't file those, either.  He simply made a large

19 purchase.

20 Q.  You're correct on that.  Did you -- in the course --

21         THE COURT:  Are you testifying?

22         MR. ORENBERG:  No, Your Honor.  I'm just agreeing with

23 him.  Thank you for pointing that out.

24         THE WITNESS:  It never occurred to me to check that,

25 sir, for those reasons.

1    BY MR. ORENBERG:

2    Q.   Okay.  Did you check -- do you know the bank, for example,

3    that that store was using, the one that sold the .50-caliber

4    rifle?  Do you know the bank?

5    A.   I do not.

6    Q.   Did you look into any of the banks that were used by the

7    Lucky Pawn Shop, A to Z, and Shooters World and all the rest?

8    A.   No, sir.  That would constitute an investigation into the

9    FFL themselves, and ATF makes it a point to not investigate

10   FFLs without due cause.

11   Q.   Mr. Barnes took you through these -- I'm still referring to

12   Exhibit 320 -- these particular FTRs.  And the -- and

13   particularly with respect to box 21, section A, where the

14   person attests to being the transferee, the actual transferee?

15   A.   Yes.

16   Q.   And there's a date and a signature on that form?

17   A.   Yes, sir.

18   Q.   So that person, you would agree with me, is attesting to,

19   "I am the transferee on this particular date"?

20   A.   Yes, sir, they were attesting to all of the answers to the

21   questions that they posed -- that were posed to them and that

22   they answered in that section.

23   Q.   So, for example, on the Exhibit 320, slide 3, when he

24   showed you that Eliande Tunis, there was a certification date

25   of March 3rd -- excuse me, March 13th, 2021.  So on that

1   particular date, Ms. Tunis was certifying that she was the

2   transferee?

3   A.  Yes.

4   Q.  And you would agree on that date, there was no crystal ball

5   as to what may happen in the future?

6   A.  No.

7   Q.  Okay.

8           MR. ORENBERG:  The Court's indulgence.

9           THE COURT:  Certainly.

10  BY MR. ORENBERG:

11  Q.  I just want to see if I understood this correctly.  Towards

12  the end of your testimony on direct with Mr. Barnes, you told

13  us about Exhibit 1051.02 that you traced to a purchaser back in

14  2010 with a pawnshop that had since gone out of business.  Do

15  you recall that testimony?

16  A.  No.  I believe my reference to the 2010 purchase had to do

17  with a trace -- where the trace came back to a person who

18  purchased that gun in 2010.

19  Q.  Right.  It was a trace.  But the business, and I think you

20  called it Itz the Pawn Shop?

21  A.  Yes.

22  Q.  That was the place of the original sale?

23  A.  No, sir.  That was the subsequent FFL that we developed

24  where that rifle was purchased by one of the persons involved

25  in this case.

MORALES - CROSS

1   Q.   Right, 34 South Federal Highway in Deerfield Beach?

2   A.   Yes, sir.

3   Q.   And since that time, it's gone out of business?

4   A.   Yes.  Itz the Pawn Shop surrendered their license on

5   April 18th of 2023.

6   Q.   Okay.  And in turn -- I guess in compliance with

7   regulations, they sent all their records to -- is it the NIC

8   office?

9   A.   They are mandated to send all of their records to the

10  national tracing center out-of-business records section in

11  Falling Waters, West Virginia.

12  Q.   And now, the same location is operating under a different

13  business entity called the Queen of Hearts Pawnshop?

14  A.   Different pawnshop that is also an FLL is operating on the

15  same premises.

16  Q.   Right.

17  A.   I believe it's a strip mall.

18  Q.   You believe what?

19  A.   It's a strip mall.

20  Q.   A strip mall.  Okay.

21          MR. ORENBERG:  The Court's indulgence.

22          THE COURT:  Certainly.

23          MR. ORENBERG:  Thank you, Your Honor, I have no

24  further questions.

25          THE COURT:  Mr. Barnes, anything on redirect?

MORALES - REDIRECT

| 1 | MR. BARNES:  Very briefly.

| 2 | REDIRECT EXAMINATION

| 3 | BY MR. BARNES:

| 4 | Q.  Agent Morales, you were asked by Mr. Orenberg about whether

| 5 | you had ever been to Lucky Pawn.  I just want to make sure we

| 6 | clarify for the record.  How did you authenticate the photos

| 7 | that you were shown of Lucky Pawn?

| 8 | A.  I went there and observed the interior of the business,

| 9 | spoke with the manager.

| 10 | Q.  You went to Lucky Pawn, in the context of this

| 11 | investigation, you went to that store?

| 12 | A.  I did.

| 13 | Q.  One other question.  When you purchase the firearm and you

| 14 | see the warning on the firearms transaction record form that

| 15 | says, "You are not the actual transferee if you are acquiring

| 16 | the firearm on behalf of another person."  If at that time you

| 17 | buy that firearm and you intend to send the firearm to someone

| 18 | else, how should you answer that question?

| 19 | MR. ORENBERG:  Objection, calls for speculation.  And

| 20 | it's beyond the scope of cross-examination.

| 21 | THE COURT:  I don't think it's beyond the scope given

| 22 | one or two questions you asked, and given the witness's

| 23 | extensive knowledge in this area, I don't think it's

| 24 | necessarily speculation.  So I'll allow the witness to answer

| 25 | the question.  Do you need it repeated?

MORALES - REDIRECT

1          THE WITNESS:  Yes, please.

2          THE COURT:  Mr. Barnes.

3   BY MR. BARNES:

4   Q.  Agent Morales, when a person purchases a firearm and they

5   see the warning on the firearms transaction record, Form 4473,

6   that warning says, among other things, "You are not the actual

7   transferee if you are acquiring the firearm on behalf of

8   another person."  In the moment you read that, if at that time

9   you are buying the firearm and you intend to send it to someone

10  else, should you agree with that statement?

11  A.  If the individual is purchasing the firearm with someone

12  else's funds or they are purchasing the firearm with the intent

13  to traffic the firearm to another individual who is not

14  entitled to possess it, they must answer no at that question.

15  And the result of that will be that the FFL will not be able to

16  transfer the firearm.

17         MR. BARNES:  If I could ask Mr. Casillas to pull up

18  briefly Government's Exhibit 301.02.

19         THE COURT:  This is exhibit what?

20         MR. BARNES:  301.02.

21  BY MR. BARNES:

22  Q.  And just to clarify for -- just to clarify, Agent Morales,

23  so question 21A, what does that say?

24  A.  Question 21A reads:  Are you the actual transferee/buyer of

25  the firearms listed on this form and any continuation pages

1    (ATF Form 5300.9A)?  Warning, you are not the actual

2    transferee/buyer if you are acquiring the firearm on behalf of

3    another person.  If you are not the actual transferee/buyer,

4    the licensee cannot transfer the firearms to you.

5        And then the answer in the scenario you posed must be no.

6    Q.  So if in the moment when you're reviewing this part of the

7    form and you have an intention at that time to send the firearm

8    to someone else, then you are not the actual transferee/buyer?

9    A.  Correct.

10            MR. BARNES:  The Court's indulgence.

11            Nothing further, Your Honor.

12            THE COURT:  All right.  Thank you, Special Agent

13    Morales.  You may step down.

14            THE WITNESS:  Thank you, Your Honor.

15            THE COURT:  We've got eight minutes.  Should we use it

16    or not?  It's use it or lose it time.

17            MS. SEIFERT:  Your Honor, I'm happy -- I have other

18    witnesses waiting, and we're happy to call them.  None of them

19    are eight minutes or less.  They would need to come back

20    tomorrow, and that is fine.

21            THE COURT:  We'll just assume -- begin again in the

22    morning?

23            MS. SEIFERT:  It might be more convenient for the

24    witness.  I will also inform the Court we are going at a good

25    clip, and we may not necessarily need all of the Court's time

1    on Friday.  We have about four witnesses who can't testify

2    until the beginning of next week, but I think we will finish

3    the remaining witnesses this week.  So if it's okay to take

4    those eight minutes, I don't think it will change much about

5    how we proceed in general.

6           THE COURT:  Let me see if I understood what you just

7    said.  Of your total list of witnesses, which is something like

8    23, are you representing that you believe that you will finish

9    all but four of those witnesses by Friday?

10          MS. SEIFERT:  Yeah, four or potentially five.  There's

11   one additional witness that might come next week as well.

12          THE COURT:  I was going to use this time to ask you

13   how you were doing on your time schedule.  I think that

14   basically answers the question that you're doing all right, in

15   your view; is that right?

16          MS. SEIFERT:  I always like to exceed your

17   expectations, Your Honor.  I think we're doing great.  We'll be

18   done, I hope, by Tuesday.  You don't have to comment, but I

19   think we'll be done by Tuesday.

20          THE COURT:  So is there anything else that we can

21   benefit from doing here if we don't call any further witnesses

22   other than turning to Mr. Orenberg, who has his hand in the

23   air?  So anything further from the Government that you think we

24   could benefit from doing before I hear from Mr. Orenberg?

25   Apparently not.

1           Mr. Orenberg?

2           MR. ORENBERG:  Your Honor, Ms. Amato and I would like

3    to approach ex parte as a follow up from our earlier ex parte.

4           THE COURT:  Come on up.

5        (Sealed Proceedings.)

6        (Bench Conference.)

7    ████████████    ████████████████████████████████████

8    ██████████████████████████

9    ██████████████    ████████████████████████

10   ██████████████    ██████████████████████████████████

11   ████████████████████████████████████████████████████

12   ██████████████████████████████████████████████████

13   ████████████████████████████████████████████████████

14   ██████████████████████████

15   ████████████    ████████████████████████████████████

16   ████████████████████████████████

17   ████████████    ██████████████

18   ████████████    ████████████████████████████████

19   ████████████    ██████████████████████

20   ████████████    ██████████████

21   ████████████    ██████████████████

22       (Sealed Proceedings Concluded.)

23       (Bench Conference ends.)

24           THE COURT:  All right.  So with that, are we done for

25   the day?

1              MS. SEIFERT:  Yes, Your Honor.

2              THE COURT:  Thank you all.  We'll see you at

3    9:30 tomorrow morning, ready to begin, and I'll look forward to

4    that.  Thank you.

5         (Proceedings concluded at 4:57 p.m.)

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


/s/ Stacy Johns                    Date: January 23, 2024
Stacy Johns, RPR
Official Court Reporter

**BY MR. BARNES: [72]**
643/2 643/18 644/23
645/12 646/13 647/3
648/10 648/22 650/10
651/18 652/1 659/3
659/18 660/3 661/7
662/13 665/21 667/8
668/8 669/4 669/12
669/25 671/1 671/25
672/11 673/8 673/25
674/16 675/19 676/2
676/20 678/6 678/13
678/20 679/14 680/16
680/25 682/12 682/23
683/24 684/13 684/23
685/24 686/12 687/5
687/13 689/5 690/15
690/24 692/6 692/19
693/5 693/18 694/15
694/24 696/9 698/5
698/14 699/2 700/4
700/20 701/16 702/17
703/15 704/22 705/3
709/1 709/21 710/14
723/3 724/3 724/21

**BY MR. ORENBERG:**
**[6]** 711/10 711/17
712/22 716/22 720/1
721/10

**COURTROOM**
**DEPUTY: [1]** 683/18
**MR. BARNES: [132]**
**MR. ORENBERG: [63]**
639/4 639/9 639/17
639/23 640/17 640/22
642/20 642/23 642/25
644/18 646/10 646/25
647/2 648/4 650/1
651/15 653/9 653/18
653/23 654/23 655/7
655/20 657/14 657/17
657/19 659/21 660/22
666/13 667/22 668/16
669/9 674/13 676/17
679/9 679/11 681/11
682/6 682/9 684/20
686/9 687/10 689/19
690/21 692/16 694/2
694/6 694/21 698/11
698/24 699/25 709/6
711/8 711/16 712/21
716/18 719/22 721/8
722/21 722/23 723/19
727/2 727/9 727/19

**MS. AMATO: [11]**
639/5 639/20 639/22
640/6 640/12 640/21
656/20 658/9 727/10
727/17 727/20

**MS. SEIFERT: [5]**
725/17 725/23 726/10
726/16 728/1

**THE COURT: [127]**
**THE WITNESS: [19]**
641/5 649/24 654/19
659/17 659/25 668/18

668/24 669/1 672/9
684/10 687/2 690/13
693/15 694/12 698/3
709/12 719/24 724/1
725/14

**$**

**$1,200 [1]** 665/3
**$1,261.68 [1]** 663/12
**$10,999 [2]** 691/18
719/2
**$1401.87 [1]** 673/12
**$174.77 [1]** 696/4
**$2,399.99 [1]** 691/19
**$2,500 [1]** 663/11
**$229 [1]** 685/12
**$350 [1]** 665/3
**$607.48 [1]** 675/16
**$747.66 [1]** 696/6
**$769 [1]** 688/18
**$841.12 [1]** 696/5
**$899.99 [1]** 683/4
**$999 [1]** 688/19

**.**

**.02 [1]** 684/7
**.03 [2]** 679/9 679/10
**.05 [1]** 682/8
**.06 [1]** 665/20
**.10 [1]** 690/12
**.14 [1]** 649/23
**.223 [2]** 700/22 701/4
**.30 [3]** 705/23 706/4
707/3
**.308 [1]** 701/4
**.50 [5]** 708/2 708/3
708/13 719/2 720/3
**.50-caliber [2]** 719/2
720/3

**/**

**/s [1]** 729/8

**0**

**00066620 [1]** 670/7
**01 [1]** 636/3
**012733 [2]** 688/25
689/13
**02544 [1]** 674/6
**039462 [1]** 661/15
**05244 [1]** 673/18

**1**

**1,700 [1]** 696/3
**10 [6]** 669/24 691/25
693/8 693/20 705/15
705/18
**10/17/21 [2]** 699/12
699/13
**10/5/21 [1]** 688/2
**1006 [2]** 653/8 654/21
**1050 [1]** 665/19
**1050.01 [7]** 638/8
673/21 673/24 674/12
674/14 674/15 690/11
**1050.02 [8]** 638/9 676/1
676/16 676/18 676/19
678/2 700/19 702/11

**1050.03 [5]** 638/10
678/19 679/8 679/12
679/13
**1050.04 [5]** 638/11
680/24 681/10 681/12
681/13
**1050.05 [5]** 638/12
681/19 682/5 682/10
682/11
**1050.06 [11]** 638/5
638/6 665/14 665/16
666/3 666/11 666/19
667/16 667/21 667/23
667/25
**1050.07 [5]** 638/15
687/1 687/9 687/11
687/12
**1050.08 [5]** 638/14
685/23 686/8 686/10
686/11
**1050.09 [5]** 638/16
689/4 689/18 689/20
689/21
**1050.10 [4]** 638/17
690/20 690/22 690/23
**1050.11 [5]** 638/18
692/5 692/15 692/17
692/18
**1050.12 [5]** 638/19
693/4 694/3 694/7
694/8
**1050.13 [5]** 638/20
694/11 694/20 694/22
694/23
**1050.14 [5]** 638/21
698/2 698/10 698/12
698/13
**1050.15 [5]** 638/22
698/16 698/23 698/25
699/1
**1051.02 [3]** 702/13
704/21 721/13
**1051.03 [7]** 638/13
684/6 684/8 684/15
684/19 684/21 684/22
**1051.05 [6]** 638/7 668/4
668/7 669/8 669/10
669/11
**1051.06 [1]** 703/14
**106.03 [4]** 708/11
708/18 708/19 711/15
**106.13 [1]** 711/14
**10th [1]** 682/20
**11 [3]** 670/17 685/7
693/9
**110221 [3]** 667/17
684/4 684/11
**11221 [2]** 665/8 667/13
**12 [6]** 671/24 672/12
674/3 683/8 683/17
707/23
**12-gauge [5]** 673/16
673/19 674/4 675/14
707/24
**12505 [1]** 636/21
**13 [1]** 672/23
**13th [4]** 662/23 664/11
717/6 720/25

**14 [5]** 672/7 673/9
700/23 700/24 706/18
**140 [5]** 641/9 641/10
641/18 641/25 702/15
**14th [1]** 697/12
**15 [31]** 651/19 652/5
654/15 660/17 660/23
664/3 673/13 673/15
694/13 701/5 707/15
707/18 709/15
**16 [3]** 675/3 675/5
716/24
**16th [3]** 675/11 695/19
695/23
**17 [3]** 673/2 675/12
716/24
**173 [1]** 641/10
**174 [1]** 641/17
**175 [1]** 641/25
**179 [1]** 642/1
**17th [4]** 670/21 698/7
698/20 717/6
**18 [3]** 671/19 673/4
675/18
**180 [1]** 642/1
**181 [1]** 642/1
**182 [1]** 642/1
**185 [1]** 702/15
**18th [2]** 671/4 673/10
**19 [1]** 677/15
**1922251-11 [1]** 693/9
**19222511 [1]** 692/1
**19222511R0 [1]** 693/15
**1993 [1]** 677/19
**1:30 [1]** 636/5
**1st [1]** 683/1

**2**

**20 [3]** 670/22 674/5
678/7
**2010 [4]** 701/11 721/14
721/16 721/18
**2020 [1]** 671/20
**2021 [34]** 662/23
662/24 664/12 664/13
667/11 669/20 669/22
670/21 671/4 671/5
673/3 673/5 673/10
675/9 675/11 675/14
679/25 682/21 683/1
691/13 692/25 695/19
695/19 695/23 695/25
697/12 717/6 717/7
717/20 717/20 720/25
**2023 [2]** 703/6 722/5
**2024 [2]** 636/5 729/8
**2044291 [1]** 661/12
**20530 [2]** 636/16
636/18
**20854 [1]** 636/22
**20th [2]** 662/24 664/13
**20US02544 [1]** 674/10
**21 [7]** 675/6 678/10
678/12 688/2 699/12
699/13 720/13
**21-0699-01 [1]** 636/3
**21018 [2]** 685/18 686/4

**2111 [1]** 637/2
**21A [21]** 652/12 662/16
662/19 664/10 664/15
669/18 670/19 672/24
675/7 677/16 679/23
680/2 682/18 685/3
687/23 691/10 695/17
697/11 699/10 724/23
724/24
**21st [2]** 675/9 675/14
**22 [19]** 662/17 664/11
669/19 670/20 672/25
675/8 677/18 679/21
679/24 680/9 682/19
685/4 688/1 691/11
695/18 697/12 697/14
699/10 707/5
**22046331 [1]** 704/8
**22201 [1]** 637/3
**23 [18]** 636/5 662/17
662/23 664/21 669/20
670/21 677/19 680/10
682/20 685/4 688/3
691/11 695/18 697/12
697/14 699/11 726/8
729/8
**23rd [2]** 667/11 669/20
**24 [2]** 680/15 682/2
**26 [1]** 682/22
**27 [3]** 683/5 683/7
683/25
**28 [1]** 685/1
**29th [1]** 679/25
**2:46 [1]** 711/2
**2:46 of [1]** 711/4

**3**

**30 [22]** 664/14 669/21
670/22 671/18 673/3
675/9 677/22 680/5
680/6 682/19 685/6
685/13 688/3 688/4
691/12 695/22 695/22
697/15 697/16 699/12
707/1 707/2
**30-caliber [1]** 705/22
**30-millimeter [1]**
705/12
**301.02 [2]** 724/18
724/20
**302 [3]** 654/8 655/15
657/12
**302.09 [2]** 670/25 671/2
**302.10 [5]** 637/20
643/17 644/17 644/19
644/21
**302.11 [7]** 637/22
645/11 646/9 646/11
646/12 649/4 649/21
**302.12 [6]** 637/23
646/24 647/10 648/3
645/5 648/7
**302.14 [6]** 638/2 648/21
649/22 649/24 651/16
651/17
**302.15 [6]** 637/24
646/24 647/10 648/3
648/5 648/7

**3**

**302.20 [5]** 637/21 643/17 644/17 644/19 644/22
**308 [2]** 689/1 691/18
**30mm [2]** 705/8 705/12
**31 [21]** 662/24 664/12 664/21 669/22 670/22 671/18 672/25 673/4 675/10 677/23 680/6 682/20 685/6 687/21 688/3 688/5 691/13 697/15 699/13 702/23 703/1
**31st [1]** 669/22
**32 [2]** 688/12 688/13
**320 [16]** 638/3 651/25 652/18 655/24 656/2 656/23 657/10 657/16 657/22 657/24 658/2 661/6 716/15 716/23 720/12 720/23
**320.01 [8]** 638/4 658/11 658/12 659/9 660/16 660/21 661/3 661/4
**321 [1]** 658/12
**33 [4]** 675/9 688/8 688/10 688/20
**34 [2]** 691/8 722/1
**35 [2]** 691/14 691/15
**356171 [1]** 663/21
**36 [4]** 671/4 691/20 692/10 695/13
**37 [1]** 695/15
**38 [2]** 695/21 695/24
**39 [3]** 685/18 696/8 704/15
**3:15 [1]** 683/20
**3rd [1]** 720/25

**4**

**4/18 [1]** 671/19
**4/18/20 [1]** 670/22
**40 [1]** 697/9
**41 [1]** 697/20
**42 [1]** 699/6
**4473 [28]** 650/3 650/12 650/14 650/24 651/6 651/6 651/8 652/9 660/7 666/5 669/3 674/7 676/12 679/19 681/7 684/11 684/16 686/5 687/6 688/16 690/14 690/17 695/13 696/1 698/7 701/24 713/1 724/5
**4473s [2]** 660/24 704/3
**455893 [1]** 663/18
**464977 [2]** 689/2 690/14
**47 [30]** 661/14 661/21 662/5 662/6 662/7 663/12 670/12 672/17 675/23 676/6 676/23 678/23 679/16 681/17 683/2 685/17 685/17 686/1 686/1 686/17

**687/14** 687/18 688/14 691/8 693/3 706/8 707/6 707/21 710/3 710/5
**490 [2]** 642/21 642/22
**491 [5]** 637/19 642/11 642/19 642/24 643/1
**4:57 [1]** 728/5
**4th [1]** 685/5

**5**

**5.56 [7]** 663/20 692/2 701/4 706/20 706/21 706/21 707/13
**5.56-millimeter [1]** 661/12
**5.7-millimeter [2]** 696/13 696/17
**50 [1]** 705/1
**50-caliber [3]** 688/24 689/9 690/7
**5250 [1]** 685/11
**5300.9A [1]** 725/1
**57 [1]** 696/12
**57826 [3]** 665/8 667/14 667/17
**58022034 [1]** 705/1
**59493 [3]** 665/11 669/2 669/3

**6**

**601 [1]** 636/15
**617477 [2]** 692/3 694/14
**636 [1]** 636/6
**64 [1]** 653/15
**64332404 [1]** 696/13
**65250 [2]** 684/4 684/12
**6th [3]** 636/22 691/13 695/19

**7**

**7.62 [9]** 678/10 678/16 680/19 685/18 691/23 692/2 704/15 706/23 706/24
**7.62-millimeter [5]** 661/16 670/4 672/3 703/17 706/24
**7034765 [2]** 691/24 692/9
**7061803 [2]** 680/20 681/5
**7062023 [2]** 680/22 681/25
**7063271 [2]** 678/17 679/3
**7078918 [2]** 685/21 687/3
**7078924 [2]** 675/23 676/11
**7085042 [1]** 698/18
**73 [1]** 690/17
**744 [1]** 636/6
**77 [1]** 637/13

**8**

**82A1 [5]** 688/24 689/14

**689/24** 691/18 708/5
**8th [1]** 637/2

**9**

**9-millimeter [6]** 663/18 664/2 665/7 665/10 665/25 684/3
**9/2/1993 is [1]** 677/23
**9/27/21 is [1]** 677/24
**9/28/21 [1]** 678/10
**9/28/21 is [1]** 677/25
**9/7/1993 or [1]** 677/23
**90 [1]** 709/9
**92 [1]** 668/13
**950 [1]** 636/18
**9:30 tomorrow [1]** 728/3

**A**

**able [13]** 651/3 666/2 676/8 678/24 681/3 681/22 689/10 697/8 699/18 699/21 702/8 703/3 724/15
**about [44]** 641/12 654/1 655/1 661/9 663/15 665/5 670/2 672/2 673/14 675/21 678/15 680/17 683/8 683/10 684/1 685/14 687/15 688/21 691/21 696/11 697/21 700/2 701/9 701/17 702/25 703/21 704/1 705/5 708/8 710/16 711/18 713/6 713/9 713/21 714/8 714/9 715/13 716/2 716/15 717/3 721/13 723/4 726/1 726/4
**above [3]** 688/3 697/2 729/5
**above-entitled [1]** 729/5
**access [1]** 668/19
**accommodate [1]** 677/1
**according [1]** 719/5
**accuracy [10]** 644/3 645/21 647/14 649/7 650/25 651/21 652/3 653/11 653/20 660/12
**accurate [9]** 642/15 643/24 645/18 647/10 649/4 652/19 660/14 660/16 729/4
**ACE [1]** 707/5
**acquire [1]** 677/8
**acquiring [3]** 723/15 724/7 725/2
**acquisition [1]** 700/14
**activity [4]** 644/10 646/2 647/21 649/14
**actual [12]** 656/8 659/10 662/20 664/17 680/3 720/14 723/15 724/6 724/24 725/1 725/3 725/8

**actually [4]** 686/22 704/17 705/12 712/19 693/16
**added [2]** 660/11 693/16
**addition [2]** 651/5 653/13
**additional [6]** 650/4 654/13 666/12 701/17 704/1 726/11
**address [3]** 652/10 702/20 703/4
**Adler [1]** 674/3
**admission [7]** 657/20 666/15 667/1 667/3 693/24 694/3 702/6
**admit [29]** 637/18 638/1 642/18 644/16 646/8 648/2 649/20 653/7 657/16 660/21 666/11 667/21 669/7 674/12 676/16 679/8 681/10 682/5 684/19 686/7 687/8 689/18 690/20 692/15 694/20 698/10 698/23 702/2 702/8
**admitted [44]** 642/21 642/22 644/20 646/11 648/6 651/16 651/21 652/6 654/3 654/8 654/16 654/21 655/15 657/13 657/22 659/21 659/22 660/18 660/24 661/3 666/17 666/23 667/23 669/10 674/14 676/18 678/2 678/3 679/12 681/12 682/10 684/21 686/10 687/11 689/20 690/22 692/17 694/7 694/22 698/12 698/25 708/13 708/15 710/6
**admitting [3]** 683/14 702/6 702/7
**advise [1]** 700/14
**affirmation [1]** 676/6
**affirmative [1]** 680/2
**affirming [1]** 680/3
**aforementioned [2]** 704/5 707/2
**after [1]** 714/15
**afternoon [4]** 683/8 683/13 711/11 711/12
**again [8]** 664/15 670/21 673/16 680/1 693/13 701/24 705/1 725/21
**against [4]** 686/22 690/4 690/4 690/5
**agencies [1]** 719/13
**agent [120]**
**aggregate [1]** 660/6
**agree [7]** 711/23 718/7 718/11 718/21 720/18 721/4 724/10
**agreeing [1]** 719/22
**ahead [2]** 693/17 702/6
**aided [1]** 637/7

**air [2]** 705/19 726/23
**aircraft [2]** 705/19 705/19
**AK [35]** 661/14 661/21 662/5 662/6 662/7 663/12 670/12 672/17 675/23 676/6 676/23 678/23 679/16 681/21 683/2 685/17 685/17 686/1 686/17 687/14 687/18 688/19 691/23 693/21 706/8 706/24 707/6 707/21 707/21 709/18 710/3 710/5 710/8 710/21 710/25
**AK-47 [29]** 661/14 661/21 662/5 662/6 662/7 663/12 670/12 672/17 675/23 676/6 676/23 678/23 679/16 681/21 683/2 685/17 685/17 686/1 686/17 687/14 687/18 688/19 691/23 693/21 706/8 707/6 707/21 710/3 710/5
**AKM [2]** 693/21 709/14
**AKMS [1]** 709/13
**ALITA [1]** 637/1
**all [35]** 639/2 639/3 642/3 642/5 643/9 655/7 656/6 657/3 657/15 657/22 661/3 683/18 684/9 693/16 695/25 699/20 705/17 708/22 711/7 711/23 712/9 715/19 717/6 717/12 717/22 720/7 720/20 722/7 722/9 725/12 725/25 726/9 726/14 727/24 728/2
**ALLEN [1]** 636/20
**allow [2]** 700/2 723/24
**allows [1]** 677/8
**Alpha [5]** 661/15 688/25 688/25 689/13 689/13
**already [6]** 641/9 654/7 657/13 702/16 708/13 708/15
**also [31]** 641/22 643/4 644/24 646/14 648/11 650/2 650/18 650/21 650/21 650/24 652/15 655/17 658/17 659/4 660/12 661/15 663/14 667/15 673/1 677/1 688/2 691/3 691/13 695/5 697/14 699/12 704/15 706/13 714/9 722/14 725/24
**always [1]** 726/16
**am [4]** 663/24 670/9 672/14 725/24
**AMATO [2]** 637/1 727/2
**AMERICA [1]** 636/3
**ammunition [2]** 683/12 705/14

**A**

**among [1]** 724/6
**amount [2]** 697/6 697/7
**amounts [2]** 663/8 663/9
**analyst [1]** 660/10
**angle [1]** 689/12
**animals [1]** 701/1
**another [15]** 644/24 644/25 654/23 666/16 681/20 681/21 683/16 683/17 687/14 701/10 703/24 723/16 724/8 724/13 725/3
**answer [19]** 651/3 662/16 664/10 668/17 669/18 670/19 671/9 671/11 675/6 679/23 680/2 685/3 687/23 691/10 695/17 723/18 723/24 724/14 725/5
**answered [5]** 672/24 682/18 697/11 699/10 720/22
**answering [1]** 664/15
**answers [2]** 720/20 726/14
**any [24]** 643/11 645/5 646/20 648/17 650/24 653/11 654/7 655/12 659/23 692/20 702/25 712/3 713/2 713/19 714/17 715/8 715/19 715/22 716/1 718/14 719/5 720/6 724/25 726/21
**anything [8]** 656/3 656/22 687/15 692/13 712/19 722/25 726/20 726/23
**apologies [9]** 654/9 655/16 661/21 671/13 682/8 688/9 688/12 692/14 702/12
**apologize [6]** 654/12 658/1 658/24 704/16 712/21 716/24
**Apopka [1]** 649/2
**apparently [3]** 677/17 688/14 726/25
**appear [10]** 642/5 655/14 666/8 668/9 668/10 671/6 682/1 698/19 703/25 704/8
**APPEARANCES [2]** 636/12 636/25
**appeared [2]** 709/13 710/1
**appears [39]** 641/16 641/22 653/4 653/5 653/5 662/17 664/11 664/13 665/8 669/19 669/21 670/6 670/20 670/21 670/22 671/7 671/12 671/19 672/25 673/4 674/8 675/8 677/19 678/17 679/24

688/3 682/19 685/4 685/5 686/20 687/23 691/11 695/18 697/5 697/11 697/13 702/21 710/24 710/24
**appended [1]** 650/24
**appendices [2]** 650/2 651/8
**application [1]** 695/6
**approach [6]** 639/4 643/14 645/8 648/20 651/24 727/3
**April [5]** 670/21 671/4 673/10 703/6 722/5
**April 17th [1]** 670/21
**April 18th [2]** 671/4 673/10
**April 18th of [1]** 722/5
**AR [14]** 664/3 668/13 694/13 695/2 701/5 706/22 707/15 707/17 707/18 709/15 709/17 710/1 710/22 710/24
**AR-15 [6]** 664/3 694/13 701/5 707/15 707/18 709/15
**are [101]**
**area [2]** 716/12 723/23
**Arlington [1]** 637/3
**Armalite [2]** 664/3 710/23
**armor [6]** 696/18 696/20 696/21 696/22 696/23 696/23
**Armory [3]** 689/1 694/12 696/5
**Arms [31]** 663/17 664/2 665/2 670/4 670/16 673/16 674/3 675/22 676/6 678/16 678/23 680/19 681/2 681/19 683/2 685/11 685/20 687/2 688/18 691/23 691/25 692/2 692/8 693/8 694/16 696/3 698/17 709/19
**around [2]** 690/3 710/3
**as [60]** 642/24 644/14 645/10 651/7 653/8 653/12 654/14 655/10 655/25 656/4 661/11 661/17 662/8 666/24 667/13 667/13 667/14 670/6 670/6 672/10 673/11 673/17 674/5 674/5 678/9 683/1 685/10 685/18 688/7 688/14 691/17 692/1 692/10 693/9 693/10 693/11 694/16 695/4 700/8 700/23 701/5 702/6 703/22 704/21 705/14 707/10 710/3 710/6 711/25 713/1 713/1 714/17 715/5 715/5 715/6 716/13 717/12 721/5 726/11

**ascertain [1]** 702/25
**Aside [1]** 692/22
**ask [45]** 641/8 641/14 641/24 642/20 643/8 645/2 654/6 655/13 655/20 658/25 659/11 661/5 665/12 665/15 668/2 673/20 675/25 678/18 680/23 681/14 684/5 685/22 689/3 690/9 692/4 693/3 694/9 698/1 698/15 700/18 701/13 702/14 703/12 705/2 705/4 705/7 708/8 710/11 710/15 712/20 716/2 717/11 719/10 724/17 726/12
**asked [5]** 686/18 710/14 717/2 723/4 723/22
**asking [4]** 666/15 704/20 715/8 717/14
**assigned [1]** 717/18
**assistance [1]** 670/24
**assume [1]** 725/21
**assuming [1]** 666/17
**ATF [13]** 650/16 650/25 651/3 660/6 700/14 701/22 701/23 712/10 714/8 714/24 718/4 720/9 725/1
**ATF's [1]** 714/13
**ATF-owned [1]** 650/16
**attach [1]** 688/16
**attached [4]** 709/16 709/20 718/8 718/9
**attachments [1]** 651/20
**attack [1]** 705/19
**attempting [1]** 655/4
**attention [2]** 663/13 717/13
**attesting [3]** 662/20 720/18 720/20
**attests [1]** 720/14
**Attorney's [1]** 636/15
**AUSA [2]** 636/14 636/14
**authenticate [1]** 723/6
**authentication [1]** 702/3
**autoloading [1]** 704/14
**automatic [7]** 674/20 707/10 707/11 707/11 712/17 707/17 707/22
**Avenue [2]** 636/18 636/21
**Avtomat [1]** 707/21
**aware [3]** 639/6 715/5 719/7
**awareness [2]** 700/15 714/17
**away [1]** 701/14 715/20

**B**

**back [16]** 641/1 641/3

657/7 661/5 669/9 671/10 672/12 683/21 704/17 704/20 713/14 714/7 718/6 721/13 721/17 725/19
**background [3]** 641/21 642/3 663/9
**Backtracking [1]** 642/7
**ball [1]** 721/4
**bank [2]** 720/2 720/4
**banking [1]** 719/16
**banks [1]** 720/6
**BARNES [26]** 636/17 637/12 641/6 641/13 641/19 642/2 642/12 654/5 654/24 655/9 656/24 657/23 672/22 677/14 681/16 683/22 689/22 699/8 700/3 717/2 718/8 718/8 720/11 721/12 722/25 724/2
**barrel [2]** 695/3 709/16
**Barrett [5]** 688/23 689/8 689/14 689/24 708/4
**based [7]** 644/6 645/24 647/17 649/11 672/17 701/1 709/8
**basically [1]** 726/14
**basis [3]** 667/20 674/11 713/8
**batch [1]** 651/13
**BATES [1]** 636/9
**be [75]** 640/25 641/16 641/22 643/21 644/7 645/15 647/6 647/18 648/25 649/23 650/6 650/24 651/3 654/20 655/14 656/21 656/22 660/14 665/1 665/8 665/24 666/6 666/8 666/17 667/4 668/9 668/10 670/6 670/24 671/6 671/7 671/12 672/5 672/5 674/8 676/24 677/19 678/17 680/5 680/7 682/1 683/12 683/14 693/10 693/11 693/22 695/1 695/7 695/19 696/21 697/13 698/19 700/2 702/21 704/9 704/10 705/12 705/13 705/23 706/18 706/24 709/5 709/13 710/1 710/24 710/25 715/18 718/16 719/8 724/15 724/15 725/5 725/23 726/17 726/19

696/18 713/19
**bears [7]** 691/12 692/25 697/24 697/25 699/11 699/12 707/21
**BEAUDRE [1]** 636/17
**because [8]** 657/7 666/13 671/5 700/8 710/8 712/20
**been [24]** 642/5 642/8 642/21 645/4 653/10 654/3 654/8 655/15 656/7 657/13 659/21 659/22 660/24 678/3 686/21 686/22 704/21 708/13 708/15 709/7 712/17 714/25 719/14 723/5
**before [10]** 636/9 641/11 644/4 647/13 683/7 686/13 703/23 711/21 716/1 726/24
**beg [1]** 653/2
**began [2]** 717/5 717/5
**begin [4]** 700/9 705/1 725/21 728/3
**beginning [3]** 641/23 653/14 726/2
**begins [1]** 714/14
**behalf [3]** 723/16 724/7 725/2
**behind [1]** 674/21
**being [4]** 657/11 690/5 695/6 720/14
**believe [21]** 643/5 643/9 654/10 655/16 660/10 668/14 683/25 687/14 693/25 695/21 701/11 703/6 707/5 711/13 715/22 718/13 719/2 721/16 722/17 722/18 726/8
**belt [2]** 707/9 707/13
**belt-fed [1]** 707/9 707/13
**BENCH [5]** 636/9 639/7 640/23 727/6 727/23
**benefit [2]** 726/21 726/24
**Beretta [1]** 668/13
**better [2]** 650/8 667/4
**between [2]** 714/20 717/20
**beyond [4]** 699/14 709/23 723/20 723/21
**bit [6]** 642/7 654/1 701/14 705/4 709/17 714/7
**blade [1]** 695/4
**blank [5]** 673/4 680/6 680/8 688/3 688/5
**block [61]** 662/17 662/17 662/23 662/24 664/11 664/12 664/13 664/21 664/21 669/19 669/19 669/20 669/21 669/22 670/20 670/20 670/21 670/22 671/3 672/25 672/25 673/2

ball [1] 698/4
**bearing [15]** 661/14 663/21 665/10 680/22 684/3 684/11 685/18 685/20 686/3 687/2 689/1 691/25 696/13

**B**

**block...** **[39]** 673/2
673/3 673/3 673/4
675/8 675/9 675/9
675/10 677/17 677/18
677/19 677/22 677/23
679/24 680/6 680/9
685/4 685/4 685/6
685/6 688/1 688/3
688/3 688/4 691/11
691/11 691/12 691/13
695/18 695/18 695/22
695/22 697/12 697/12
697/14 697/14 697/15
697/15 697/16

**blowback [2]** 662/7
704/14

**blue [1]** 653/4

**body [3]** 696/20 696/22
696/23

**bolt [1]** 662/7

**Bonura [25]** 665/13
665/16 665/18 668/2
673/20 676/1 678/18
680/23 681/14 684/5
685/22 686/25 689/3
690/9 692/4 693/3
694/9 694/10 698/2
698/15 700/18 703/12
704/16 704/20 705/2

**both [7]** 657/11 662/5
664/21 677/8 682/19
682/20 697/23

**bought [1]** 718/16

**Boulevard [1]** 637/2

**box [13]** 668/20 671/15
671/18 679/4 680/5
681/6 689/15 690/16
692/11 694/17 698/6
698/20 720/13

**boxes [16]** 662/14
664/8 669/17 670/17
672/23 675/3 675/5
677/15 679/22 682/16
685/2 687/22 691/8
695/16 697/10 699/9

**BP [1]** 674/3

**BP-12 [1]** 674/3

**brace [1]** 695/4

**Bravo [8]** 661/15 665/8
667/13 667/17 684/4
684/11 685/18 686/3

**break [4]** 641/11 644/4
655/11 683/8

**breakdown [1]** 659/25

**briefly [2]** 723/1 724/18

**bring [22]** 639/6 665/13
668/3 673/21 676/1
678/19 680/24 681/15
684/5 685/22 686/25
689/4 690/10 690/11
692/4 693/3 698/2
698/15 700/19 703/13
704/17 704/20

**broken [1]** 658/2

**built [1]** 706/16

**bullet [5]** 690/6 690/7
704/15 705/8 705/9

**bullpup [1]** 674/21

**business [17]** 642/6
701/22 701/23 702/21
703/3 703/5 703/7
703/9 703/9 704/3
713/1 721/14 721/19
722/3 722/10 722/13
723/8

**buy [2]** 702/22 723/17

**buyer [7]** 652/11
664/17 697/11 724/24
725/2 725/3 725/8

**buyer's [5]** 652/11
652/12 664/10 664/13
682/18

**buying [1]** 724/9

**C**

**cal [3]** 708/2 708/3
708/3

**calculations [1]** 716/23

**caliber [15]** 688/24
689/9 690/6 690/7
700/23 701/5 705/22
705/23 706/4 706/21
706/22 707/3 708/3
719/2 720/3

**calibers [1]** 705/23

**call [5]** 702/7 706/13
715/10 725/18 726/21

**called [11]** 643/5
644/25 646/14 648/11
658/12 687/14 712/13
713/10 719/8 721/20
722/13

**calls [1]** 723/19

**came [6]** 656/3 656/4
666/14 699/22 712/5
721/17

**camera [2]** 709/25
710/3

**can [36]** 654/6 655/23
656/21 656/22 657/3
658/13 659/16 659/22
659/24 665/18 668/23
670/25 671/9 672/7
677/1 678/1 678/19
681/14 685/22 691/5
693/19 699/6 700/19
701/15 702/7 704/16
704/23 705/23 709/10
709/11 710/15 711/23
713/6 714/8 714/12
726/20

**can't [7]** 653/24 654/20
659/23 668/19 677/20
716/6 726/1

**cannon [2]** 705/13
705/15

**cannot [3]** 712/10
714/8 725/4

**capacity [2]** 715/6
716/13

**car [1]** 719/17

**carbine [3]** 663/20
664/3 707/3

**card [2]** 702/21 718/14

**care [1]** 655/6

**careful [1]** 700/2

**Carolina [1]** 686/2

**carried [1]** 706/1

**carry [2]** 670/14 686/19

**case [11]** 643/4 650/19
659/6 688/15 699/20
700/6 700/8 713/14
713/19 716/2 721/25

**cash [10]** 718/12
718/17 718/20 718/22
719/4 719/7 719/8
719/11 719/14 719/15

**Casillas [24]** 641/8
641/24 642/10 658/25
659/11 661/5 669/23
671/17 671/23 672/7
672/21 673/6 675/18
677/13 678/5 678/12
696/8 699/7 702/14
702/18 708/23 710/11
710/15 724/17

**cause [1]** 720/10

**center [3]** 701/23 703/7
722/10

**Centurion [1]** 673/16
674/3 675/14

**Century [23]** 670/4
670/16 673/16 675/22
676/6 678/16 678/23
680/19 681/2 681/19
685/20 687/2 688/18
691/23 691/25 692/8
693/8 696/3 696/4
697/23 698/3 698/17
709/19

**certain [2]** 653/15
699/17

**Certainly [3]** 716/21
721/9 722/22

**certification [13]**
652/12 652/13 662/23
664/11 669/19 670/20
671/5 671/20 672/25
675/8 679/24 688/7
720/24

**certified [1]** 680/10

**certify [1]** 729/3

**certifying [2]** 664/17
721/1

**cetera [1]** 683/12

**chain [1]** 714/15

**chamber [1]** 674/21

**chambered [12]**
661/12 661/15 663/20
675/24 685/17 692/1
700/22 701/4 701/4
705/23 706/4 707/3

**chance [1]** 657/1

**change [1]** 726/4

**character [2]** 672/4
693/10

**characteristics [4]**
674/18 700/24 704/11
704/11

**characterized [1]**
695/2

**characters [1]** 704/9

**Charley [5]** 668/11
669/2 669/3 692/3
694/14

**Charlotte [1]** 686/2

**chart [4]** 653/14 658/20
659/5 660/5

**charts [2]** 659/19
660/16

**check [8]** 661/23 663/9
672/6 672/8 713/15
719/13 719/24 720/2

**checked [4]** 662/16
664/10 669/18 687/25

**checking [1]** 662/18

**Chinese [1]** 704/13

**circumstances [1]**
700/8

**citizens [1]** 714/21

**civilian [1]** 707/17

**clarification [4]** 642/21
652/22 680/1 702/13

**clarify [6]** 656/17
701/15 702/16 723/6
724/22 724/22

**clarifying [1]** 708/12

**clear [7]** 656/3 656/4
658/3 666/6 674/7
695/20 696/21

**clerk [1]** 668/14

**clip [1]** 725/25

**clone [1]** 666/1

**close [5]** 674/23
676/25 695/8 695/10
695/11

**close-quarter [3]**
674/23 676/25 695/8

**close-quartered [2]**
695/10 695/11

**colleague [1]** 708/12

**collectors [1]** 714/22

**colloquially [1]** 675/22

**colored [1]** 652/23

**colors [3]** 652/22 653/1
653/3

**Colt [3]** 663/20 664/3
665/3

**COLUMBIA [1]** 636/1

**combat [12]** 662/8
674/22 676/23 677/9
686/17 693/22 695/8
695/10 695/11 695/11
705/19 706/7

**come [7]** 655/14 660/5
717/13 717/13 725/19
726/11 727/4

**comes [2]** 660/6
660/23

**comfortable [1]** 655/8

**coming [3]** 656/5 657/1
702/4

**comment [2]** 656/6
726/18

**comments [1]** 655/25

**communication [1]**
715/7

**compact [1]** 686/23

**compare [2]** 664/19
710/5

**completing [4]** 644/13
646/5 647/24 649/17

**compliance [3]** 713/2
713/15 722/6

**computer [1]** 637/7

**computer-aided [1]**
637/7

**concealability [1]**
695/7

**concealed [1]** 650/18

**concluded [4]** 640/23
640/24 727/22 728/5

**condition [2]** 667/24
667/25

**conditional [4]** 666/15
673/2 702/5 702/7

**conditionally [6]** 638/5
666/11 666/13 666/17
666/19 702/2

**conducted [1]** 713/16

**conducting [1]** 643/3

**conducts [4]** 644/11
646/3 647/22 649/15

**Conference [2]** 639/7
640/23 727/6 727/23

**configuration [4]**
674/21 694/13 707/13
710/9

**confirm [2]** 652/18
678/1

**confluence [1]** 707/18

**conjunction [1]** 650/13

**connected [2]** 652/24
716/14

**connection [1]** 650/13

**consistent [1]** 709/18

**constitute [1]** 720/8

**constructed [1]** 693/21

**consulting [1]** 666/22

**contact [5]** 643/5
644/25 646/14 648/11
716/2

**contacted [2]** 701/22
703/2

**contain [2]** 652/5 652/9

**contains [2]** 654/15
657/12

**contents [1]** 659/24

**context [7]** 697/17
705/9 705/10 706/6
707/23 707/25 723/10

**continuation [1]**
724/25

**CONTINUED [3]**
636/25 637/25 641/7

**continuing [1]** 657/9

**convenient [1]** 725/23

**Convention [1]** 690/4

**copies [2]** 643/24
647/10 650/17 650/19
650/19 657/5 688/15

**copy [12]** 645/18 649/4
650/19 650/22 653/15
656/8 657/5 657/7
663/2 666/5 670/22
671/3

**Corps [1]** 706/13

**correct [15]** 651/14

**C**

**correct... [14]** 653/23 654/4 654/9 657/2 660/25 661/2 694/5 702/11 708/20 711/19 712/11 718/13 719/20 725/9

**correctly [2]** 712/23 721/11

**correspond [5]** 653/1 653/3 653/4 653/5 653/6

**cost [2]** 664/2 697/8

**couch [2]** 709/13 709/25

**could [63]** 641/8 641/24 642/10 643/14 658/12 659/1 659/11 661/6 661/8 662/3 662/12 663/14 663/14 663/25 665/5 665/13 665/16 666/21 667/9 667/15 668/21 669/23 670/1 670/10 670/23 670/24 671/23 672/1 672/15 673/6 673/13 674/17 675/20 677/4 678/14 679/1 679/1 680/17 680/23 683/25 685/14 686/25 688/8 688/20 689/3 690/9 690/11 691/14 691/20 692/4 693/10 693/11 694/10 695/19 697/20 702/14 703/12 704/10 705/17 708/10 708/23 724/17 726/24

**counsel [3]** 654/10 657/11 665/13

**countertop [1]** 702/19

**counties [1]** 680/13

**country [1]** 712/7

**course [5]** 657/20 699/16 701/6 703/18 719/20

**court [21]** 636/1 637/4 637/6 653/10 655/10 655/10 655/17 655/23 662/3 663/25 670/10 672/15 674/17 677/5 678/2 683/18 705/7 709/19 712/10 725/24 729/9

**Court's [9]** 657/25 665/15 668/21 702/12 716/19 721/8 722/21 725/10 725/25

**cover [2]** 693/8 693/22

**CR [1]** 636/3

**credit [1]** 718/14

**criminal [1]** 651/3

**cross [4]** 637/13 657/21 711/9 723/20

**cross-examination [4]** 637/13 657/21 711/9 723/20

**crossed [2]** 677/23

**crystal [1]** 721/4

**CTR [2]** 719/10 719/14

**current [2]** 655/18 703/13

**D**

**D.C [1]** 636/4

**Dade [1]** 716/12

**data [2]** 659/10 660/11

**database [1]** 712/11

**date [44]** 643/10 645/4 662/17 662/23 662/24 664/11 664/12 669/20 669/21 670/20 671/3 671/5 671/19 671/20 672/25 673/2 673/4 675/9 675/10 675/10 677/19 677/20 677/22 677/24 679/24 680/8 680/9 685/6 688/1 688/2 688/7 691/13 692/25 695/22 695/23 697/14 699/11 699/13 720/16 720/19 720/24 721/1 721/4 729/8

**dated [15]** 667/10 670/22 673/10 675/13 678/10 682/19 682/20 683/1 685/4 691/11 695/18 695/25 697/12 698/7 698/20

**dates [5]** 662/22 663/6 664/19 664/19 664/22

**day [3]** 680/11 680/14 727/25

**days [1]** 702/4

**DC [2]** 636/16 636/18

**dealer [1]** 650/23

**dealers [1]** 714/22

**dealership [1]** 719/18

**dealing [1]** 658/5

**Deerfield [3]** 702/23 703/2 722/1

**defeat [1]** 696/19

**Defendant [2]** 636/6 636/19

**defendants [1]** 656/8

**defense [7]** 654/10 656/18 658/8 685/17 686/1 686/2 688/19

**Delta [3]** 670/6 692/3 694/14

**demand [4]** 714/9 714/12 715/1 715/4

**denote [2]** 707/2 707/16

**denotes [1]** 706/21

**Department [1]** 636/17

**depict [2]** 659/20 675/12

**depicted [6]** 641/15 664/23 673/9 688/10 710/16 711/19

**deposit [2]** 697/6 697/7

**deposited [1]** 719/17

**describe [8]** 659/24 662/3 663/25 670/10

**described [3]** 661/25 663/22 679/16

**description [2]** 658/14 659/23

**descriptions [1]** 663/8

**design [3]** 662/5 672/17 706/9

**designate [1]** 706/15

**designated [2]** 670/16 691/2

**designation [6]** 668/12 670/13 686/18 705/22 706/11 707/16

**designed [1]** 696/18

**designer [1]** 707/20

**desk [1]** 717/13

**destroy [1]** 705/20

**determine [7]** 666/2 676/8 678/24 681/3 681/22 689/10 703/3

**determined [1]** 701/11

**develop [1]** 700/15

**developed [6]** 643/9 645/4 662/8 696/17 704/13 721/23

**diameter [1]** 690/7

**did [57]** 643/3 643/4 643/8 643/11 643/13 644/24 645/1 645/2 645/5 645/7 646/14 646/17 646/19 646/20 648/11 648/14 648/16 648/17 648/19 651/21 652/18 654/13 656/12 656/17 659/4 660/8 669/16 679/22 684/7 693/24 700/5 701/6 701/9 701/17 702/24 703/9 703/18 703/21 703/25 704/1 709/20 709/22 713/14 713/17 715/19 715/20 715/22 715/22 719/10 719/12 719/13 719/15 719/17 718/14

**different [8]** 651/20 652/22 652/23 661/23 687/16 705/24 722/12 722/14

**difficult [5]** 656/21 656/23 689/12 693/11 704/9

**difficulties [1]** 700/5

**digit [1]** 670/6

**digits [3]** 673/18 673/18 674/7

**digress [1]** 661/22

**direct [4]** 637/12 641/7 663/13 721/12

**disabled [1]** 686/21

**discussed [3]** 644/4 703/22 716/24

**discussing [1]** 712/17

**discussion [2]** 641/2 705/10

**display [1]** 688/15

**distances [1]** 691/5

**DISTRICT [3]** 636/1 636/1 636/10

**do [78]** 641/14 641/20 641/23 642/3 642/13 643/19 643/20 643/21 645/13 645/14 645/15 647/4 647/6 648/23 648/25 650/12 651/5 651/6 652/23 653/25 654/17 655/14 657/9 658/22 658/23 659/9 659/19 662/14 664/8 664/19 665/18 665/22 665/24 668/22 670/17 672/23 674/1 675/3 675/5 676/3 677/15 678/21 681/1 681/17 682/16 685/2 685/25 687/21 689/6 691/8 692/7 693/6 693/25 695/15 697/2 697/9 697/17 699/9 702/7 702/18 703/8 709/5 711/24 714/8 714/9 716/18 717/11 717/12 717/12 717/15 717/25 718/3 720/2 720/4 720/5 721/14 721/16 723/25

**document [6]** 645/13 645/19 648/23 649/3 649/4 650/9

**documents [14]** 643/12 643/19 643/24 643/25 645/6 646/20 647/4 647/9 647/11 648/18 650/24 651/2 714/6 716/16

**does [34]** 652/5 652/7 652/9 652/15 652/17 658/19 660/4 663/4 664/16 664/25 666/7 666/8 668/9 668/10 670/13 671/5 675/12 678/7 678/7 680/1 681/6 682/1 682/24 685/8 690/6 692/20 698/4 698/19 705/9 705/21 706/5 706/20 707/23 724/23

**doesn't [3]** 654/6 686/21 719/18

**doing [7]** 655/8 713/14 726/13 726/14 726/17 726/21 726/24 726/24

**don't [21]** 654/19 655/6 655/8 655/19 656/22 666/13 709/6 712/3 712/4 712/5 712/7 714/17 717/14 718/2 718/5 719/5 723/21 723/23 726/4 726/18 726/21

**dot [3]** 673/22 677/7 682/6

**done [4]** 686/22 726/18 726/19 727/24

**Dor [10]** 653/6 677/11 678/9 679/20 682/15 683/1 687/20 691/7 691/17 699/5

**dot [3]** 673/22 677/7 682/6

**down [4]** 668/14 697/5 701/3 725/13

**draft [2]** 655/6 660/10

**driver's [2]** 650/17 663/6

**due [1]** 720/10

**during [2]** 644/2 706/2

**E**

**each [4]** 652/8 652/24 683/4 717/3

**earlier [7]** 655/6 657/7 686/18 700/8 701/2 712/10 727/3

**Echo [1]** 663/21

**effective [1]** 664/2

**eight [4]** 717/24 725/15 725/19 726/4

**either [2]** 703/8 719/18

**electric [1]** 705/15

**Eliande [7]** 653/4 662/11 669/15 684/25 685/10 697/1 720/24

**else [6]** 668/6 723/18 724/10 725/8 726/20

**else's [1]** 724/12

**email [5]** 656/18 713/22 714/6 715/7 715/11

**end [3]** 653/13 704/9 721/12

**ending [1]** 685/11

**ends [3]** 677/20 714/14 727/23

**enforcement [2]** 699/17 699/18

**engage [1]** 691/5

**engagements [2]** 674/23 676/25

**enough [2]** 657/8 709/7

**entering [1]** 661/22

**enters [1]** 700/12

**entire [1]** 651/13

**entirety [3]** 650/6 650/9 655/20

**entities [1]** 703/8

**entitled [3]** 653/25 724/14 729/5

**entity [1]** 722/13

**equipment [1]** 690/4

**error [3]** 671/6 671/12 671/22

**ESQ [3]** 636/17 636/20 637/1

**et [1]** 683/12

**European [1]** 696/17

**even [1]** 697/6

**evening [1]** 655/11

**events [1]** 703/23

**ever [3]** 642/8 661/18

**E**

**ever... [1]** 723/5
**every [1]** 718/11
**everybody [1]** 667/4
**evidence [33]** 641/9
643/1 644/21 644/22
646/12 648/8 651/17
656/5 657/24 661/4
666/20 668/1 669/11
674/15 676/19 678/2
679/13 681/13 682/11
684/22 686/11 687/12
689/21 690/23 692/18
694/8 694/23 698/13
699/1 702/16 708/13
708/16 708/22
**ex [3]** 639/4 727/3
727/3
**exact [1]** 658/4
**examination [9]** 637/12
637/13 641/7 656/14
657/21 683/9 711/9
723/2 723/20
**example [6]** 712/7
713/9 713/25 715/2
720/2 720/23
**exceed [1]** 726/16
**excerpt [4]** 661/9
662/10 663/16 664/20
**excerpted [16]** 662/14
664/8 669/16 670/17
672/23 675/3 675/5
677/15 679/22 682/16
685/2 687/22 691/8
695/15 697/10 699/9
**excerpts [4]** 652/9
652/15 652/18 658/19
**excuse [12]** 641/25
644/7 649/23 665/1
671/18 677/24 690/12
691/14 692/13 702/15
715/19 720/25
**exhibit [127]**
**Exhibit 1050.01 [2]**
673/21 690/11
**Exhibit 1050.02 [2]**
676/1 676/16
**Exhibit 1050.03 [2]**
678/19 679/8
**Exhibit 1050.05 [1]**
681/15
**Exhibit 1050.06 [4]**
665/14 665/16 667/16
667/21
**Exhibit 1050.07 [2]**
687/1 687/9
**Exhibit 1050.08 [2]**
685/23 686/8
**Exhibit 1050.09 [1]**
689/4
**Exhibit 1050.10 [1]**
690/20
**Exhibit 1050.11 [2]**
692/5 692/15
**Exhibit 1050.12 [1]**
693/4
**Exhibit 1050.13 [1]**
694/11
**Exhibit 1050.14 [2]**
698/2 698/10
**Exhibit 1050.15 [2]**
698/16 698/23
**Exhibit 1051.02 [2]**
704/21 721/13
**Exhibit 1051.03 [1]**
684/15
**Exhibit 1051.05 [1]**
669/8
**Exhibit 1051.06 [1]**
703/14
**Exhibit 106.03 [1]**
708/11
**Exhibit 106.13 [1]**
711/14
**Exhibit 140 [4]** 641/9
641/10 641/18 641/25
**Exhibit 301.02 [1]**
724/18
**Exhibit 302.09 [1]**
670/25
**Exhibit 302.10 [1]**
643/17
**Exhibit 302.11 [4]**
645/11 646/9 649/4
649/21
**Exhibit 302.12 [2]**
647/10 648/3
**Exhibit 302.14 [1]**
648/21
**Exhibit 320 [11]** 651/25
652/18 656/2 656/23
657/16 658/2 661/6
716/15 716/23 720/12
720/23
**Exhibit 320.01 [3]**
659/9 660/16 660/21
**Exhibit 491 [2]** 642/11
642/19
**exhibits [15]** 637/17
637/18 637/25 638/1
646/24 648/7 652/5
654/3 654/7 656/2
656/14 657/13 710/6
716/19 716/20
**expectations [1]**
726/17
**experience [1]** 680/7
**explain [3]** 705/7
714/12 715/10
**explained [1]** 700/9
**explicitly [1]** 695/4
**extensive [1]** 723/23
**extra [1]** 693/16
**eyes [1]** 677/8

**F**

**fact [5]** 650/23 661/24
663/8 705/14 716/10
**faint [1]** 679/2
**fair [7]** 642/15 643/24
645/18 647/10 649/4
660/16 667/5
**Falling [1]** 722/11
**familiar [15]** 661/25
663/22 670/8 672/12

686/14 689/25 696/14
700/21 703/16 710/19
716/5 716/6 716/7
716/9 716/10
**far [3]** 701/14 709/2
715/5
**faster [1]** 641/23
**FBI [1]** 660/10
**FDLE [1]** 663/8
**features [2]** 693/19
694/25
**fed [3]** 674/20 707/9
707/13
**federal [13]** 644/3
644/14 645/22 647/14
649/8 650/11 650/15
650/22 650/23 702/23
703/1 703/2 722/1
**few [2]** 641/9 705/5
**FFL [9]** 660/1 701/25
703/4 703/4 703/9
703/10 720/9 721/23
724/15
**FFLs [1]** 720/10
**file [1]** 719/18
**filed [4]** 719/8 719/10
719/14 719/16
**fill [1]** 650/12
**filled [5]** 644/6 644/7
645/24 647/18 649/9
649/11 697/5
**filling [1]** 650/14
**Finally [1]** 649/17
**fine [1]** 725/20
**finish [2]** 726/2 726/8
**fire [1]** 690/6
**firearm [116]**
**firearms [103]**
**fires [3]** 704/14 707/12
708/4
**firing [2]** 706/12 706/15
**Firm [1]** 636/21
**first [18]** 656/6 663/17
665/7 670/5 672/4
673/17 680/19 685/16
688/23 691/23 693/17
697/24 705/8 705/25
709/12 709/23 714/15
717/5
**first-line [1]** 714/15
**fitted [3]** 676/24 691/4
704/15
**five [5]** 647/1 647/2
659/15 673/18 726/10
**fixed [1]** 687/17
**flash [3]** 687/17 709/16
709/20
**FLL [1]** 722/14
**Floor [2]** 636/22 637/2
**Florida [5]** 645/17
647/8 649/2 678/9
**fly [1]** 655/9
**fold [2]** 686/21 686/22
**folding [5]** 670/15
686/19 686/20 704/15
709/14
**follow [3]** 700/10
715/11 727/3

**force [1]** 709/5
**foregoing [1]** 729/3
**form [34]** 645/24
649/11 650/3 650/12
650/14 650/24 651/6
664/5 669/14 676/12
679/19 682/14 684/16
686/3 686/5 687/4
687/6 690/16 691/6
695/12 697/5 697/18
697/22 698/7 699/4
701/24 712/16 715/7
720/16 723/14 724/5
724/25 725/1 725/7
**format [1]** 660/11
**former [1]** 662/8
**forms [8]** 644/6 647/17
651/8 652/9 658/20
658/21 660/7 713/4
**forward [1]** 728/3
**found [3]** 660/14 700/6
704/4
**foundation [8]** 650/7
650/8 653/10 666/12
666/14 666/16 666/18
709/7
**four [5]** 650/4 673/18
726/1 726/9 726/10
**frame [4]** 668/19 674/5
676/10 686/22
**Friday [2]** 726/1 726/9
**front [8]** 659/8 661/9
667/16 668/10 674/25
689/7 699/15 710/2
**FS [2]** 665/10 668/13
**FTR [4]** 650/4 712/14
712/23 718/9
**FTRs [10]** 653/16 655/2
716/3 716/25 717/3
717/5 717/13 718/3
718/6 720/12
**full [5]** 657/4 697/6
697/7 697/8 701/1
**fully [3]** 699/22 707/17
715/22
**fully-automatic [1]**
707/17
**funds [1]** 724/12
**further [6]** 651/2 711/6
722/24 725/11 726/21
726/23
**future [3]** 666/12 702/3
721/5

**G**

**G-A-L-I-L [1]** 706/5
**Galil [6]** 661/11 661/21
663/11 706/5 706/7
707/5
**gallery [8]** 644/25
645/2 645/5 645/17
645/19 645/21 646/6
715/17
**game [1]** 701/1
**Garand [2]** 706/1 707/2
**gas [2]** 662/7 704/14
**gas-operated [1]** 662/7
**gauge [5]** 673/16

673/19 674/4 675/14
707/24
**gave [3]** 643/9 654/24
656/7
**gears [1]** 705/4
**general [2]** 659/23
726/5
**generally [1]** 659/19
**Geneva [1]** 690/4
**GERMINE [1]** 636/5
**get [1]** 680/11
**give [5]** 655/18 659/23
659/23 690/10 711/25
**given [2]** 695/7 723/21
723/22
**glass [1]** 679/1
**gleaned [1]** 658/20
**go [16]** 641/17 641/24
659/11 661/5 669/23
671/16 671/23 673/6
683/7 683/11 693/17
702/6 705/6 713/14
714/7 718/21
**goes [1]** 714/18
**going [22]** 655/13
656/8 657/7 658/7
665/15 672/12 672/20
678/11 679/21 682/22
683/11 683/12 683/25
685/1 685/8 685/13
687/21 690/9 701/13
705/6 725/24 726/13
**golf [1]** 661/12
**gone [3]** 703/5 721/14
722/3
**good [3]** 711/11 711/12
725/24
**got [3]** 656/13 713/22
725/15
**Government [30]**
636/13 637/10 637/18
638/1 639/5 640/25
650/3 651/10 653/7
656/1 660/20 666/10
666/22 666/25 667/20
674/11 676/15 679/7
681/9 682/4 684/18
689/17 690/19 694/19
698/9 698/22 702/2
710/7 711/18 726/23
**Government's [73]**
641/11 641/24 642/18
643/1 643/17 644/17
644/21 644/22 645/11
646/8 646/12 646/24
647/9 648/2 648/7
648/21 649/3 649/20
651/17 651/25 657/24
659/8 661/4 665/14
665/16 666/3 666/11
666/19 667/16 667/21
667/25 668/3 669/7
669/11 670/25 671/2
673/21 674/15 676/1
676/19 678/19 679/13
680/24 681/13 681/15
682/11 684/6 684/15
684/22 685/23 686/17

**G**

**Government's...** [22]
687/1 687/8 687/12
689/4 689/21 690/11
690/23 692/5 692/18
693/4 694/8 694/23
698/2 698/13 698/16
699/1 702/15 703/13
704/21 708/10 711/14
724/18
**great** [1] 726/17
**grip** [2] 674/21 692/23
**guess** [2] 713/15 722/6
**gun** [22] 643/5 643/8
643/11 643/23 643/25
644/2 644/10 644/14
655/1 666/14 678/8
702/22 703/23 707/9
707/12 715/16 715/17
715/17 715/18 715/18
719/17 721/18
**guns** [5] 642/8 642/15
685/9 702/22 718/16

**H**

**H2** [2] 709/15 709/20
**H2-type** [1] 709/15
**had** [19] 645/4 653/11
653/15 656/25 658/1
658/25 686/21 699/15
699/23 709/13 711/18
711/21 716/1 716/1
716/12 719/14 721/14
721/16 723/5
**half** [1] 690/7
**hand** [5] 657/7 658/8
665/16 712/13 726/22
**handed** [2] 643/16
645/10
**handle** [1] 719/13
**handwritten** [1] 678/8
**happen** [1] 721/5
**happening** [1] 658/3
**happens** [1] 693/22
**happy** [5] 650/6 725/17
725/18
**has** [28] 642/21 653/10
653/20 655/15 655/17
656/25 659/21 663/7
666/23 667/5 671/21
677/1 677/19 678/3
686/20 686/20 687/17
695/5 697/15 697/15
703/4 708/13 708/15
709/7 709/14 709/15
719/8 726/22
**hasn't** [1] 659/22
**have** [55] 642/5 642/8
642/9 650/1 650/2
653/11 653/15 653/18
653/20 653/21 654/3
654/7 654/23 654/24
656/7 656/22 656/24
657/7 657/9 657/13
657/20 658/12 658/19
659/8 660/14 660/24
661/23 666/13 666/23

670/6 670/14 670/14
671/2 672/5 686/19
692/20 693/25 700/15
708/7 709/2 709/20
712/15 712/19 713/19
714/17 714/24 714/25
715/8 715/22 719/5
722/23 725/7 725/17
726/1 726/18
**haven't** [2] 686/13
711/22
**having** [5] 657/4 658/4
682/6 695/2 709/15
**he** [35] 653/10 653/10
653/20 653/22 657/3
658/25 659/11 659/22
659/23 659/24 665/13
665/16 668/23 671/21
673/12 678/18 680/23
685/22 689/3 690/9
691/18 691/19 692/4
694/2 703/12 709/10
709/11 709/14 712/19
713/1 716/19 718/12
719/10 719/18 720/23
**he's** [2] 653/19 694/3
**hear** [2] 679/9 726/24
**heard** [1] 715/13
**hearing** [1] 682/7
**Hearts** [1] 722/13
**Hellpup** [2] 672/3
673/11
**helpful** [1] 677/9
**here** [23] 645/18
655/14 656/9 657/1
657/4 657/8 662/15
664/9 667/5 669/17
670/18 670/23 672/2
685/15 687/22 689/12
691/22 696/1 696/25
697/10 699/9 709/19
726/21
**high** [1] 696/19
**higher** [1] 677/1
**Highway** [3] 702/23
703/2 722/1
**him** [7] 643/9 657/21
690/10 708/8 709/7
715/10 719/23
**his** [4] 655/10 707/21
716/19 726/22
**holding** [13] 674/2
678/22 681/1 681/17
685/25 689/7 692/20
693/6 702/24 709/24
710/21 710/22 710/24
**holographic** [4] 676/24
677/4 677/7 695/5
**Honor** [81] 639/6
641/10 642/18 642/23
643/14 643/16 646/8
646/23 648/2 648/9
648/20 649/20 649/23
649/24 650/1 650/2
651/10 651/24 653/7
653/9 654/4 654/12
654/19 655/5 655/16
656/11 656/17 657/2

657/14 657/17 658/1
658/7 658/24 659/1
660/20 660/25 665/12
666/10 666/21 667/20
668/24 669/7 671/1
671/18 674/11 675/25
676/15 678/1 679/7
681/9 682/4 683/15
683/23 684/18 686/7
687/8 689/17 690/19
692/14 693/15 694/1
694/19 698/9 698/22
702/1 702/10 702/16
708/9 708/12 710/14
711/6 711/8 711/16
719/22 722/23 725/11
725/14 725/17 726/17
727/2 728/1
**HONORABLE** [1] 636/9
**hope** [1] 726/18
**how** [13] 654/2 659/13
664/19 699/22 706/14
710/5 717/20 717/25
718/3 723/6 723/18
726/5 726/13
**HOWARD** [1] 636/20
**human** [1] 690/5
**hunting** [1] 700/25

**I**

**I'd** [21] 648/20 651/24
659/10 661/5 663/13
665/12 668/2 673/20
675/25 680/15 680/23
684/5 685/22 689/3
692/14 698/1 698/15
702/14 703/12 708/7
708/20
**I'll** [12] 657/6 657/20
659/11 690/10 692/4
693/3 694/9 700/2
702/6 705/2 723/24
728/3
**I'm** [33] 641/23 650/6
653/15 655/8 656/6
657/7 658/3 658/7
665/15 668/5 671/8
675/4 682/6 690/9
696/3 701/13 704/20
705/1 705/6 709/6
710/13 710/14 711/3
715/5 715/8 715/10
716/24 717/14 717/15
718/24 719/22 720/11
725/17
**I've** [2] 643/16 716/12
**I-T-Z** [1] 703/10
**ID** [1] 663/7
**ideal** [1] 676/25
**identical** [1] 710/8
**identification** [1] 651/8
**identify** [2] 704/23
711/24
**illegible** [1] 677/20
**image** [1] 677/7
**imported** [2] 686/2
693/8
**importer** [4] 692/23

706/10 714/14 714/16
**improvement** [1] 706/8
**inch** [1] 690/7
**incidental** [1] 656/7
**include** [3] 652/15
654/6 654/13
**included** [1] 655/14
**includes** [2] 650/2
654/2
**Incorporated** [4]
645/17 649/2 688/24
689/8
**incorporates** [1] 677/6
**incorrect** [1] 705/11
**indemnify** [1] 651/2
**INDEX** [1] 637/9
**indicate** [1] 688/6
**indicater** [1] 718/18
**indication** [1] 719/5
**indicative** [1] 687/18
**indicators** [1] 718/20
**individual** [12] 652/24
653/3 703/25 709/12
709/23 709/24 709/25
710/22 710/23 717/3
724/11 724/13
**individual's** [1] 650/17
**individuals** [7] 645/3
653/1 699/23 709/23
710/4 710/21 712/3
**indulgence** [5] 657/25
702/12 721/8 722/21
725/10
**Industries** [2] 706/8
707/7
**industry** [1] 713/7
**inform** [1] 725/24
**information** [36] 650/4
652/11 653/12 653/13
654/1 654/3 654/6
654/13 654/15 655/2
656/3 657/12 658/20
660/2 660/4 660/17
660/23 661/9 661/22
663/15 665/5 670/2
672/2 673/14 675/21
678/15 680/17 684/1
685/14 688/21 691/21
696/10 697/21 701/17
702/25 704/1
**informed** [1] 639/5
**infrared** [1] 677/2
**initial** [4] 654/24
660/10 671/5 671/20
**initialed** [2] 687/24
688/3
**initially** [8] 699/18
700/7 700/25 701/9
701/10 703/18 703/21
703/22
**initials** [1] 677/17
**initiate** [1] 701/6
**inline** [1] 700/11
**inquiry** [1] 651/2
**inspection** [1] 713/7
**inspections** [1] 713/15
**instance** [2] 700/2
702/5

**Instances** [1] 650/21
**institutions** [1] 719/16
**intend** [2] 723/17 724/9
**intended** [2] 639/5
697/7
**intent** [1] 724/12
**intention** [1] 725/7
**interior** [1] 723/8
**interpret** [1] 697/17
**introduce** [1] 650/3
**introduction** [1] 653/16
**investigate** [1] 720/9
**investigating** [1]
703/24
**investigation** [13]
643/4 643/10 645/4
661/18 661/19 699/16
701/6 703/18 703/25
716/2 718/1 720/8
723/11
**investigations** [5]
651/4 716/14 717/18
717/21 717/25
**investigators** [1] 713/8
**invoice** [6] 650/21
663/5 692/25 695/24
695/24 695/25
**involved** [1] 721/24
**irrelevant** [1] 657/6
**is** [369]
**isn't** [1] 656/16
**Israeli** [2] 706/7 707/7
**issued** [2] 692/25
696/19
**issues** [1] 655/12
**it** [198]
**it's** [84] 643/5 645/16
655/5 657/6 658/17
659/13 663/20 665/25
665/25 667/5 668/12
670/4 670/11 670/12
671/3 671/22 672/16
673/1 674/4 674/18
674/20 675/23 676/23
677/6 677/6 677/19
679/2 683/12 685/10
685/17 686/1 686/17
687/3 687/6 688/14
689/1 689/12 689/12
689/13 690/4 691/3
691/3 692/1 692/24
692/24 693/7 693/11
693/22 695/20 695/20
696/12 696/18 700/23
701/3 702/23 704/14
706/12 706/13 706/15
706/15 707/6 707/6
707/11 707/12 708/3
708/20 709/17 711/13
715/16 718/16 718/18
718/20 718/23 718/25
719/16 719/17 722/12
722/17 722/19 723/20
723/21 723/23 725/16
726/3
**item** [1] 685/13 695/3
**items** [1] 683/10
**its** [2] 667/1 667/3

**I**

itself [3]  650/4 663/6 706/20
Itz [4]  703/9 704/5 721/20 722/4
IWI [1]  661/11

**J**

JA9 [2]  663/17 664/2
JAIME [1]  637/11
January [3]  636/5 677/19 729/8
JD [1]  688/3
JDB [1]  636/3
Jewelry [1]  663/3
Jimenez [3]  663/17 664/2 665/2
job [1]  717/16
Jocelyn [10]  653/6 677/11 678/9 679/20 682/15 683/1 687/20 691/7 691/17 699/5
JOHN [1]  636/9
Johns [4]  637/5 729/3 729/8 729/8
JOLY [1]  636/5
JUDGE [1]  636/10
juncture [2]  657/17 657/19
just [44]  641/11 642/7 650/3 651/21 652/6 652/22 653/11 654/16 654/24 656/17 658/20 664/15 664/20 666/4 666/22 666/25 667/3 667/4 678/1 679/15 680/1 688/4 693/21 695/9 696/21 701/3 703/22 705/17 706/18 708/7 709/8 711/13 714/1 714/1 714/7 715/6 715/25 719/22 721/11 723/5 724/22 724/22 725/21 726/6
Justice [1]  636/17

**K**

Kalashnikov [5]  707/19 707/20 707/20 707/22 707/22
KAREN [1]  636/14
keep [3]  650/19 655/19 677/8
Kilo [1]  661/15
KIMBERLY [1]  636/14
kind [2]  665/24 696/23
know [14]  653/25 654/17 695/7 700/25 703/8 712/3 712/5 712/7 717/11 717/25 718/3 718/5 720/2 720/4
knowledge [2]  661/17 723/23
knows [1]  654/2

**L**

large [2]  719/16 719/18

last [6]  656/10 658/16 671/8 673/18 693/10 714/16
last-line [1]  714/16
later [3]  655/11 701/11 702/8
launch [1]  656/22
law [3]  636/21 699/17 699/17
lay [2]  650/7 650/8
layaway [1]  685/10 692/24 695/24 697/3
leading [3]  699/25 700/1 700/2
leaf [1]  659/16
learn [4]  701/9 701/17 703/21 704/1
least [1]  654/23
leaves [1]  714/15
left [3]  668/19 674/4 680/8
legible [4]  670/5 671/3 673/1 673/17
legibly [1]  679/2
less [4]  673/1 673/17 695/11 725/19
let [4]  661/22 705/1 717/11 726/6
let's [3]  700/13 711/13 713/21
letter [2]  693/11 713/22
lettering [1]  693/12
license [5]  650/17 650/22 663/6 703/5 722/4
licensed [1]  650/23
licensee [7]  644/14 702/22 703/1 712/25 715/10 719/10 725/4
licensees [11]  644/4 645/22 647/15 649/8 650/11 650/15 651/1 713/3 713/7 715/19 715/25
like [32]  642/16 648/20 651/24 655/7 655/21 659/10 661/5 663/11 663/13 665/12 675/25 677/7 680/15 680/23 683/13 684/5 688/2 689/3 692/14 692/24 698/1 700/18 702/14 703/12 707/15 707/18 708/8 708/20 719/17 726/7 726/16 727/2
Lima [1]  663/21
line [8]  680/21 681/8 682/1 693/7 695/20 698/17 714/15 714/16
list [8]  645/3 646/17 648/14 683/9 691/17 713/22 715/7 726/7
listed [41]  663/7 663/17 665/7 667/12 668/11 669/3 669/20 672/5 674/9 676/12 680/21 681/8 683/4 684/10 685/16 686/3

686/5 687/4 687/6 688/18 688/19 688/23 688/25 689/12 689/14 690/13 690/16 691/25 692/10 693/7 693/9 694/17 696/1 696/3 696/4 696/5 696/12 697/23 698/17 698/19 724/25
listing [2]  683/1 685/10
lists [3]  672/9 691/13 699/13
little [5]  653/25 701/14 705/4 713/6 714/7
locate [1]  700/15
located [3]  702/23 703/1 703/4
location [1]  722/12
locking [1]  662/7
long [4]  683/13 691/4 691/5 713/1
long-range [1]  691/4
look [3]  656/24 720/6 728/3
looked [5]  654/25 664/20 701/2 706/12 706/19
looking [6]  647/9 649/3 656/15 668/6 674/25 715/11
looks [5]  642/16 663/11 683/13 688/2 692/24
lose [1]  725/16
Louis [10]  653/5 653/14 653/16 664/7 665/2 672/19 673/11 675/2 693/1 695/14
Lucky [24]  641/12 641/16 641/22 642/6 663/2 664/24 673/12 675/13 713/9 713/10 714/1 714/1 714/1 714/3 714/4 715/2 715/4 715/12 716/11 716/13 720/7 723/5 723/7 723/10

**M**

M1 [8]  705/21 705/22 705/25 705/25 707/1 707/2 707/2 707/2
M1-30 [2]  707/1 707/2
M14 [6]  691/3 701/1 706/10 706/11 706/15 706/17
M15 [1]  707/14
M16 [1]  707/16
M1A [7]  689/1 690/13 690/25 691/18 701/2 705/24 706/12
M21 [2]  691/3 706/14
M249 [2]  707/8 707/9
M4 [3]  663/20 664/3 707/16
machine [2]  707/9 707/12
made [8]  644/8 645/25

647/9 649/12 650/15 654/13 692/22 719/18
mag [2]  707/25 708/1
magazine [2]  674/20 708/1
magazine-fed [1]  674/20
magazines [1]  683/12
magnifying [1]  673/17
maintain [8]  650/13 650/15 651/5 651/6 651/7 712/10 712/25 713/20
maintained [5]  643/22 645/16 647/7 649/1 712/24
maintaining [1]  713/4
make [13]  650/17 656/2 656/4 658/2 658/3 679/1 688/15 704/10 704/18 705/17 709/7 713/2 723/5
makes [2]  676/24 720/9
making [1]  686/23
mall [3]  722/17 722/19 722/20
manager [1]  723/9
mandated [3]  712/25 713/20 722/9
maneuverable [1]  695/7
manifests [1]  677/7
manufacturer [4]  692/22 700/10 714/14 714/16
manufacturer/importer [1]  714/14
Manufacturing [2]  688/23 689/8
many [5]  650/16 659/13 690/2 717/20 717/25 718/3 718/21
March [11]  662/23 662/24 664/11 664/13 667/11 669/20 669/22 717/6 717/20 720/25 720/25
March 13th [4]  662/23 664/11 717/6 720/25
March 20th [2]  662/24 664/13
March 23rd [2]  667/11 669/20
March 31st [1]  669/22
Marine [1]  706/13
mark [1]  677/16
marked [10]  645/10 668/12 675/6 675/7 677/16 685/3 687/24 691/10 695/17 704/21
market [1]  700/13
markings [2]  692/21 692/22
match [1]  681/6
matches [1]  666/6
matter [1]  729/5
may [17]  639/4 642/20 643/15 645/8 645/9

647/19 649/12 650/19 654/13 692/22 719/18
mag [2]  707/25 708/1
magazine [2]  674/20 708/1
magazine-fed [1]  674/20
magazines [1]  683/12
magnifying [1]  673/17
maintain [8]  650/13 650/15 651/5 651/6 651/7 712/10 712/25 713/20
maintained [5]  643/22 645/16 647/7 649/1 712/24
649/23 655/20 657/9
657/22 668/14 672/5
672/5 715/18 716/19
721/5 725/13 725/25
MD [1]  636/22
me [31]  641/25 644/7
649/23 654/24 655/18
657/5 658/13 661/22
665/1 671/9 671/18
677/24 683/13 686/18
690/12 691/14 692/13
702/15 705/1 711/1
711/23 715/19 716/6
717/11 718/7 718/11
718/21 719/24 720/18
720/25 726/6
mean [15]  664/16
670/13 680/2 683/11
687/17 696/22 697/17
705/6 705/8 705/9
705/21 706/6 706/17
706/20 707/23
means [1]  700/15
mechanical [1]  637/7
mechanism [4]  674/22
713/2 714/8 714/13
mentioned [3]  714/1
715/12 716/1
Miami [1]  716/12
Miami-Dade [1]  716/12
microphone [2]  654/11
657/18 701/14 701/14
might [5]  667/4 705/6
705/8 725/23 726/11
Mikhail [1]  707/20
militaries [2]  690/2
705/13
military [8]  690/3 691/2
696/18 704/14 705/14
706/11 707/9 707/16
millimeter [15]  661/12
661/16 663/18 664/2
665/7 665/10 665/25
670/4 672/3 684/3
696/13 696/17 703/17
705/12 706/24
millimeters [2]  706/21
706/21
Mini [3]  700/23 700/24
706/18
Mini-14 [3]  700/23
700/24 706/18
minutes [5]  683/8
683/17 725/15 725/19
726/4
mischaracterization [1]  707/15
missing [3]  693/8
693/22
model [10]  666/8
668/10 668/13 670/15
674/3 680/22 688/24
696/12 701/2 706/7
models [2]  687/16
687/18
moment [3]  690/10
724/8 725/6
month [2]  673/2 673/4

**M**

**months [1]** 717/9
**MORALES [94]** 637/11
641/1 641/3 641/12
641/14 641/20 642/8
642/13 643/3 643/17
643/19 644/24 645/13
646/14 647/4 648/11
648/23 650/11 651/19
652/2 654/17 655/19
659/2 659/4 659/19
660/4 661/8 661/17
662/9 662/14 663/1
663/14 664/6 664/19
665/17 665/22 667/9
667/15 668/3 668/9
669/13 670/1 670/25
671/2 672/1 673/13
674/1 674/17 674/25
675/15 675/20 676/3
676/21 677/10 678/7
678/14 678/21 679/15
679/18 679/21 682/13
683/14 683/21 683/25
685/13 685/25 686/13
689/6 689/23 690/25
692/7 692/20 693/6
693/19 694/11 694/25
695/12 696/10 696/14
699/3 699/14 700/21
702/18 703/16 704/6
704/23 705/4 709/2
710/19 711/11 723/4
724/4 724/22 725/13
**more [9]** 648/9 654/1
671/3 677/8 679/2
683/11 686/23 708/7
725/23
**morning [3]** 683/13
725/22 728/3
**most [7]** 650/21 651/1
696/19 706/1 706/22
706/24 718/6
**motion [1]** 657/15
**mount [1]** 691/4
**mounted [1]** 710/2
**move [28]** 642/18
644/16 646/8 648/2
649/20 660/20 666/22
666/25 667/21 669/7
674/12 676/16 679/7
680/15 681/10 682/4
684/18 686/7 687/8
689/17 690/19 692/14
693/24 694/19 696/7
698/9 698/22 702/2
**moves [3]** 653/7
666/10 667/2
**moving [11]** 644/24
651/13 682/16 683/5
688/8 688/20 691/20
694/2 694/3 695/15
699/14
**Mr [12]** 637/12 637/13
641/13 641/19 642/2
642/12 672/22 677/14
681/16 689/22 699/8

**Mr. [51]** 639/3 641/6
641/8 641/24 642/10
653/16 654/5 654/22
654/24 655/9 656/24
657/9 657/16 657/23
658/25 659/2 659/11
661/5 665/2 669/23
671/17 671/23 672/7
672/21 673/6 675/18
677/13 678/5 678/12
683/22 694/11 696/8
699/7 700/3 702/14
708/10 708/23 710/11
710/15 711/7 717/2
718/8 718/8 720/11
721/12 722/25 723/4
724/2 724/17 726/22
726/24
**Mr. Barnes [15]** 641/6
654/5 654/24 655/9
656/24 657/23 683/22
700/3 717/2 718/8
718/8 720/11 721/12
722/25 724/2
**Mr. Casillas [24]** 641/8
641/24 642/10 658/25
659/11 661/5 669/23
671/17 671/23 672/7
672/21 673/6 675/18
677/13 678/5 678/12
696/8 699/7 702/14
708/10 708/23 710/11
710/15 724/17
**Mr. Morales [2]** 659/2
694/11
**Mr. Orenberg [8]** 639/3
654/22 657/9 657/16
711/7 723/4 726/22
726/24
**Mr. St. Louis [2]**
653/16 665/2
**Ms [1]** 666/22
**Ms. [3]** 711/1 721/1
727/2
**Ms. Amato [1]** 727/2
**Ms. Seifert [1]** 711/1
**Ms. Tunis [1]** 721/1
**much [1]** 726/4
**multiple [1]** 660/7
**must [2]** 724/14 725/5
**my [9]** 653/15 656/6
666/22 683/9 708/12
716/13 716/23 719/15
721/16

**N**

**name [8]** 645/2 652/10
670/15 692/25 701/21
703/8 703/9 707/21
**names [8]** 643/8 643/9
645/3 646/17 648/14
713/23 715/7 715/9
**national [3]** 701/22
703/7 722/10
**nature [1]** 660/2
**near [4]** 644/7 645/25
647/18 649/12

**necessarily [2]** 723/24
725/25
**necessary [1]** 702/8
**need [3]** 723/25 725/19
725/25
**Neither [1]** 715/4
**NEOs [1]** 691/2
**never [1]** 719/24
**Nevertheless [1]**
653/19
**new [1]** 658/10
**next [48]** 641/17
641/25 658/4 658/5
659/12 662/12 662/25
663/13 664/8 664/23
665/4 669/16 669/23
670/17 671/16 672/20
673/6 673/13 675/12
675/17 677/13 677/18
678/4 678/11 679/21
682/16 682/22 683/5
685/1 685/8 685/13
687/21 688/8 688/20
691/8 691/20 695/15
695/20 695/21 696/7
697/9 697/13 697/14
697/15 698/15 706/5
726/2 726/11
**NIC [1]** 722/7
**nice [1]** 656/7
**night [2]** 656/10 656/18
**no [53]** 636/3 642/20
644/18 646/10 648/4
649/25 651/15 655/5
655/23 655/23 660/22
667/22 669/9 674/13
676/17 677/17 679/11
680/5 680/6 680/13
681/11 682/9 684/20
686/9 687/10 687/24
689/19 690/21 692/16
694/6 694/21 698/11
711/22 712/4 712/6
712/15 714/24 715/24
717/17 718/2 718/15
719/22 720/8 721/4
721/6 721/16 721/23
722/23 724/14 725/5
**nomenclature [1]**
705/12
**None [1]** 725/18
**Norinco [1]** 703/17
**North [1]** 686/2
**not [53]** 651/1 653/10
653/11 653/15 653/20
653/24 654/20 655/2
655/5 655/8 657/19
658/3 658/19 667/3
670/5 672/4 674/7
686/21 691/25 695/3
695/5 695/20 695/20
697/6 697/19 699/19
700/15 702/6 703/25
705/12 712/8 713/17
713/18 715/22 718/16
718/18 718/23 718/25
719/1 719/12 719/15

**necessarily [2]** 720/9 725/15
**724/6** 724/13 724/15
725/1 725/3 725/8
725/16 725/25 726/25
**Nothing [1]** 725/11
**notice [2]** 714/12 715/1
**notices [2]** 714/9 715/4
**notify [1]** 714/24
**now [25]** 641/14
641/23 642/24 655/4
655/13 656/23 657/10
658/6 666/10 674/7
675/17 681/18 683/18
691/20 694/1 697/20
700/18 701/21 703/10
714/7 714/24 716/15
718/6 718/16 722/12
**number [89]** 658/9
658/10 661/11 661/14
663/5 663/5 663/7
663/18 663/21 665/8
665/10 666/2 666/4
666/6 666/24 667/10
667/12 667/12 667/15
667/17 668/5 668/11
668/13 668/18 669/1
669/2 670/5 672/4
672/10 673/17 674/4
674/8 674/9 675/23
676/8 676/10 676/12
678/16 678/24 679/2
679/4 680/20 680/22
681/3 681/6 681/22
682/1 684/3 684/11
684/14 684/15 685/11
685/18 685/20 686/3
686/5 687/3 687/6
688/24 689/1 689/10
689/14 690/14 690/16
691/24 692/1 692/3
692/8 692/10 693/9
693/13 694/14 694/16
696/13 697/24 697/25
698/4 698/6 698/18
698/19 704/7 704/8
704/18 704/23 704/25
706/20 706/23 707/23
708/17
**number 1 [1]** 667/12
**number 12 [1]** 707/23
**number 19222511 [1]**
692/1
**number 455893 [1]**
663/18
**number 5.56 [1]**
706/20
**number 7.62 [1]**
706/23
**numbers [3]** 663/8
667/18 669/5
**NW [2]** 636/15 636/18

**O**

**oath [2]** 641/4 683/22
**object [1]** 657/20
**objection [50]** 642/20
644/18 644/19 646/10
646/11 648/4 648/5

**649/25** 650/1 651/15
653/9 654/23 657/10
659/21 660/22 667/22
667/23 668/16 669/9
669/10 674/13 674/14
676/17 676/18 679/11
679/12 681/11 681/12
682/9 682/10 684/20
684/21 686/9 687/10
687/11 689/19 689/20
690/21 690/22 692/16
692/17 694/6 694/7
694/21 694/22 698/11
698/24 699/25 709/6
723/19
**objects [1]** 677/2
**obligation [1]** 714/24
**observed [1]** 723/8
**obtain [2]** 650/22 651/1
**obtained [1]** 701/23
**obtaining [1]** 704/3
**occasion [2]** 716/1
716/12
**occasions [1]** 650/17
**occur [1]** 700/5
**occurred [3]** 688/6
700/7 719/24
**ocean [1]** 693/11
**October [17]** 657/11
682/20 683/1 685/5
685/7 691/12 691/13
692/25 695/19 695/19
695/23 695/25 697/12
698/7 698/20 717/6
717/20
**October 10th [1]**
682/20
**October 11 [1]** 685/7
**October 14th [1]**
697/12
**October 16th [3]**
675/11 695/19 695/23
**October 17th [3]** 698/7
698/20 717/6
**October 1st [1]** 683/1
**October 4th [1]** 685/5
**October 6 [3]** 691/12
692/25 695/25
**October 6th [2]** 691/13
695/19
**oddity [1]** 709/18
**off [5]** 641/2 667/6
670/23 695/9 716/24
**office [3]** 636/15 718/1
722/8
**officer [1]** 655/10
**officers [1]** 696/23
**Official [2]** 637/6 729/9
**often [3]** 651/9 680/14
714/20
**Oh [3]** 653/18 655/18
657/19
**okay [24]** 656/19
658/22 667/7 671/22
683/17 702/10 706/3
711/21 711/23 712/9
712/13 713/2 715/25
717/2 717/5 717/11

**O**

**okay... [8]** 718/3
718/11 719/1 720/2
721/7 722/6 722/20
726/3
**once [1]** 688/15
**one [33]** 641/25 642/7
646/25 647/1 647/2
648/9 652/2 656/5
673/23 676/23 680/19
686/13 691/17 692/2
693/16 697/24 701/4
708/7 708/8 709/17
710/22 710/24 710/24
713/8 716/24 717/5
718/20 719/1 720/3
721/24 723/13 723/22
726/11
**ones [1]** 653/17
**ongoing [1]** 717/25
**only [8]** 650/15 654/15
657/12 659/22 661/1
683/10 683/14 701/11
**open [1]** 677/8
**operate [1]** 716/12
**operated [1]** 662/7
**operates [1]** 703/11
**operating [2]** 722/12
722/14
**operation [1]** 710/8
**opinion [3]** 709/8
711/25 711/25
**ops [1]** 713/7
**order [1]** 702/8
**Ordnance [1]** 706/12
**ORENBERG [12]**
636/20 636/21 637/13
639/3 654/22 657/9
657/16 711/7 723/4
726/22 726/24 727/1
**original [4]** 670/23
706/8 713/1 721/22
**originate [1]** 700/7
**Orlando [6]** 643/23
645/17 647/8 678/9
682/25 691/16
**other [26]** 642/7 650/13
651/7 652/11 654/7
654/7 656/4 656/14
687/16 700/15 704/9
705/23 709/22 709/22
709/25 710/3 710/4
710/16 712/13 716/2
716/14 719/13 723/13
724/6 725/17 726/22
**our [3]** 683/7 705/14
727/3
**out [28]** 644/6 644/7
645/24 647/18 649/9
649/11 650/12 650/14
656/1 657/5 659/24
668/20 677/17 677/24
687/24 697/5 701/22
701/23 702/24 703/5
703/7 703/9 704/3
704/10 719/23 721/14
722/3 722/10

**over [4]** 709/8
722/14 722/15 728/14
**overall [1]** 714/7
**Overruled [1]** 709/10
**own [1]** 705/14
**owned [1]** 650/16

**P**

**p.m [4]** 636/5 636/8
683/20 728/5
**P99 [1]** 666/1
**PA15 [2]** 692/2 694/16
**PAC1148751 [1]**
672/10
**PAC1149751 [1]** 672/4
**page [5]** 637/10 653/15
662/12 671/16 705/18
**Page 64 [1]** 653/15
**pages [7]** 636/6 650/4
655/21 655/22 659/13
659/15 724/25
**paid [8]** 663/9 673/12
685/12 691/18 691/19
718/19 719/4 719/7
**Palmetto [4]** 692/2
694/12 694/16 696/5
**pan [1]** 686/20
**panned [2]** 710/1 710/3
**paper [1]** 657/8
**paperwork [1]** 650/16
**paratrooper [4]** 670/4
670/13 670/15 686/18
**paratroopers [2]**
670/14 686/19
**pardon [1]** 653/2
**Park [1]** 636/21
**part [5]** 661/17 663/8
691/3 702/21 725/6
**parte [3]** 639/4 727/3
727/3
**participate [1]** 660/8
**participation [1]**
699/16
**particular [9]** 670/16
687/15 692/21 714/25
718/6 719/10 720/12
720/19 721/1
**particularly [1]** 720/13
**PASCHALL [1]** 636/14
**past [1]** 709/8
**pause [1]** 705/17
**paused [2]** 711/2 711/4
**Pawn [35]** 641/12
641/16 641/22 642/6
642/8 642/14 642/16
663/3 664/24 673/12
675/13 685/9 703/10
704/5 713/9 713/10
713/10 713/12 714/2
714/3 714/4 714/4
715/2 715/3 715/4
715/12 715/12 716/11
716/13 720/7 721/20
722/4 723/5 723/7
723/10
**Pawns [1]** 703/11
**pawnshop [10]** 700/13
700/14 700/16 701/21
714/23 714/23 715/15

**721/14 722/15 728/14**
**pawnshops [3]** 713/25
714/13 714/21
**pay [2]** 697/7 697/8
**PC [1]** 636/21
**peculiar [1]** 709/15
**peculiarity [1]** 709/15
**penetrate [2]** 696/18
696/19
**Pennsylvania [1]**
636/18
**people [1]** 718/21
**performed [1]** 663/9
**perhaps [2]** 697/6
716/18
**period [3]** 644/2 680/13
718/3
**permission [5]** 646/23
665/15 668/21 668/24
716/19
**permit [1]** 650/18
**person [8]** 705/11
720/14 720/18 721/17
723/16 724/4 724/8
725/3
**personal [1]** 652/11
**persons [1]** 721/24
**perspective [1]** 651/11
**photographs [1]** 642/5
**photos [1]** 723/6
**phrase [2]** 705/21
706/5
**picking [1]** 676/25
**picture [5]** 641/15
641/21 642/13 642/15
702/18
**pictures [4]** 641/9
642/4 655/14 656/4
**pieces [1]** 658/2
**pink [1]** 653/5
**pistol [16]** 663/18
664/2 665/2 665/7
665/10 665/25 672/3
672/17 684/3 684/10
685/11 692/3 692/23
694/13 695/2 696/13
**place [1]** 721/22
**placed [2]** 677/18
688/1
**places [2]** 661/23
688/14
**platform [5]** 664/3
707/17 710/2 710/21
710/23
**platforms [4]** 706/22
706/25 709/17 710/9
**play [3]** 708/23 710/11
710/15
**played [2]** 708/25
710/17
**please [34]** 661/6
661/8 667/9 671/16
671/24 672/1 672/20
673/7 675/20 677/13
678/5 678/11 678/14
680/15 680/17 682/6
683/6 684/1 685/1
685/13 685/14 688/8

**668/20 691/2 693/14**
694/10 696/7 696/10
697/20 699/6 702/14
708/23 713/6 724/1
**point [3]** 642/20 665/19
720/9
**pointing [1]** 719/23
**Poland [1]** 693/21
**police [2]** 696/19
696/23
**police-issued [1]**
696/19
**Pompano [1]** 685/9
**portion [1]** 710/20
**portions [1]** 652/5
**posed [3]** 720/21
720/21 725/5
**possess [1]** 724/14
**possession [4]** 699/22
700/11 710/4 714/24
**post [1]** 710/2
**potentially [1]** 726/10
**Potomac [2]** 636/21
636/22
**PowerPoint [1]** 658/17
**practical [1]** 695/6
**practice [5]** 644/14
646/6 647/25 649/18
651/7
**preliminarily [1]** 639/3
**premises [2]** 703/11
722/15
**preparation [1]** 660/8
**prepare [2]** 650/11
653/22
**prepared [5]** 653/12
653/20 654/1 654/2
654/18
**presentation [2]**
654/14 655/25
**presented [2]** 653/10
709/7
**previous [3]** 671/10
703/4 703/22
**previously [4]** 656/1
660/18 660/24 679/16
**price [2]** 664/25 675/15
683/3
**prices [3]** 663/10
688/17 696/2
**printing [1]** 658/25
**prior [12]** 651/19
654/10 654/12 655/17
655/24 656/2 657/1
658/1 659/4 664/20
700/7 704/17
**private [2]** 714/20
714/21
**problem [4]** 656/13
656/13 658/4 658/25
**proceed [2]** 657/23
726/5
**proceedings [8]** 637/7
639/8 640/24 646/16
727/5 727/22 728/5
729/4
**produced [9]** 637/7
660/10 663/2 691/16

**652/23 694/13 706/7**
707/6 713/19
**production [1]** 714/16
**professional [1]**
711/25
**proffered [1]** 666/23
**proffers [1]** 651/10
**pronounced [1]** 643/5
**properly [1]** 713/3
**provide [9]** 643/11
645/5 646/17 646/23
648/14 648/17 656/13
656/18 694/10
**provided [13]** 643/25
645/3 645/19 647/11
649/5 650/21 652/15
652/18 653/12 656/10
656/15 666/18 701/21
**provides [1]** 659/25
**providing [1]** 666/16
**PSA [3]** 661/14 661/21
663/12
**PSF [1]** 685/17
**PT92 [2]** 665/10 668/12
**pull [6]** 641/8 642/10
670/25 702/14 708/10
724/17
**purchase [18]** 652/16
663/2 663/4 663/10
664/24 664/25 675/15
682/25 683/3 688/6
688/17 696/2 716/16
718/22 719/1 719/19
721/16 723/13
**purchased [16]** 650/20
652/10 652/25 660/1
663/11 663/12 665/2
700/12 701/12 701/24
703/3 703/10 703/23
704/4 721/18 721/24
**purchaser [21]** 652/25
662/20 662/21 663/7
664/17 673/11 678/10
680/3 680/4 683/1
685/10 691/17 697/5
699/11 699/13 700/11
701/10 703/23 714/15
714/17 721/13
**purchaser's [11]**
669/19 669/20 670/19
672/24 673/3 675/7
685/4 685/5 691/11
691/12 697/13
**purchasers [1]** 653/3
**purchases [9]** 644/8
645/25 647/18 649/12
658/16 658/18 659/5
700/7 724/4
**purchasing [4]** 712/11
718/19 724/11 724/12
**pure [1]** 658/20
**put [7]** 640/25 655/21
659/1 663/5 677/2
697/5 706/14

**Q**

**quarter [3]** 674/23
676/25 695/8

## Q

**quartered [2]** 695/10 695/11
**Queen [2]** 703/11 722/13
**question [38]** 641/20 647/13 652/12 655/13 662/16 662/18 664/10 664/15 669/18 670/19 671/8 671/10 672/24 675/6 676/21 677/16 679/23 680/2 682/18 685/3 687/23 687/23 687/24 691/10 695/17 706/10 706/23 708/8 710/19 712/20 717/11 723/13 723/18 723/25 724/14 724/23 724/24 726/14
**questions [8]** 651/3 657/20 700/3 711/6 717/3 720/21 722/24 723/22
**quickly [1]** 654/25
**quite [3]** 677/20 686/21 699/15

## R

**R-I-E-G-S [1]** 715/13
**Radom [2]** 672/3 673/11
**rail [1]** 677/1
**RAK [1]** 686/1
**RAK-47 [1]** 686/1
**ranch [1]** 700/22
**ranchers [1]** 700/25
**range [4]** 645/17 678/9 691/4 704/25
**ranges [1]** 695/11
**rapidly [1]** 677/9
**rate [1]** 677/1
**rather [6]** 656/24 657/4 667/5 675/7 679/2 680/12
**ray [3]** 665/11 669/2 669/3
**reach [1]** 702/24
**read [22]** 661/8 663/14 665/5 666/4 667/9 667/15 670/1 671/9 671/10 672/1 673/14 675/20 678/14 680/17 684/1 685/14 688/21 691/21 696/10 697/20 704/18 724/8
**reads [2]** 667/6 724/24
**ready [2]** 640/25 728/3
**real [2]** 654/25 656/13
**realized [1]** 704/17
**really [2]** 655/8 656/13
**rear [1]** 695/3
**reason [3]** 653/24 654/20 715/22
**reasons [1]** 719/25
**recall [1]** 721/15
**receipt [14]** 663/2 664/24 672/6 672/8

672/9 673/10 674/9 675/13 678/8 682/25 685/9 685/10 695/25 718/11
**receipts [7]** 650/19 651/8 652/16 691/16 718/7 718/8 719/6
**receive [1]** 646/20
**received [26]** 643/1 644/21 644/22 646/12 648/7 651/17 657/24 661/4 666/19 667/25 669/11 674/15 676/19 679/13 681/13 682/11 684/22 686/11 687/12 689/21 690/23 692/18 694/8 694/23 698/13 699/1
**receiver [1]** 693/9
**recertification [13]** 652/13 662/24 664/12 669/21 671/14 671/19 675/8 675/10 680/8 680/12 685/6 695/22 695/23
**recess [2]** 683/19 683/20
**recognizable [1]** 709/4
**recognize [29]** 641/14 641/20 642/3 642/13 643/19 643/21 645/13 645/15 647/4 647/6 648/23 648/25 659/9 659/17 665/22 665/24 674/1 676/3 678/21 681/1 681/17 685/25 689/6 692/7 693/6 702/18 709/5 709/10 709/22
**recognized [1]** 709/3
**record [46]** 641/2 643/16 645/16 647/24 649/1 650/12 661/8 661/24 663/15 664/15 665/4 665/5 666/25 667/6 667/9 667/10 668/11 670/1 670/3 672/1 673/14 675/20 678/14 679/5 680/17 682/2 684/1 685/14 688/4 688/21 689/15 691/21 695/9 696/10 696/21 697/21 698/20 701/15 704/4 704/6 704/19 704/20 712/16 723/6 723/14 724/5
**recorded [1]** 637/7
**recordkeeping [4]** 644/3 645/22 647/14 649/8
**records [24]** 643/22 644/13 646/5 647/7 649/17 650/13 651/5 651/7 651/20 652/9 652/20 654/16 660/18 701/23 703/6 703/7 712/14 713/20 715/8 718/14 719/14 722/7

672/10 675/22 676/10
**recovered [6]** 661/18 661/24 699/17 699/19 699/20 699/23
**red [1]** 677/7
**redirect [2]** 722/25 723/2
**reduced [1]** 657/10
**refer [2]** 670/23 707/24
**reference [1]** 721/16
**referred [1]** 700/23
**referring [1]** 720/11
**regarding [1]** 651/3
**regards [1]** 702/24
**regular [5]** 644/13 646/5 647/24 649/18 651/7
**regularly [4]** 644/11 646/2 647/22 649/15
**regulations [1]** 722/7
**relate [1]** 705/6
**related [1]** 703/25
**relevant [2]** 652/5 659/5
**remainder [2]** 710/12 710/15
**remaining [1]** 726/3
**remains [1]** 713/1
**remember [2]** 661/22 714/9
**remind [1]** 641/4 683/22
**reminding [1]** 711/1
**remove [3]** 668/2 668/23 703/13
**removed [3]** 650/20 656/3 719/17
**removing [1]** 668/20
**repeat [1]** 675/4
**repeated [1]** 723/25
**replica [1]** 668/14
**report [4]** 719/8 719/11 719/14 719/15
**reporter [5]** 637/4 637/6 671/9 671/10 729/9
**reports [3]** 653/12 660/6 660/7
**represent [3]** 652/23 654/15 655/23
**representation [2]** 656/23 657/11
**representations [1]** 652/19
**representing [3]** 654/5 655/9 726/8
**requested [1]** 718/4
**requests [1]** 717/13
**required [4]** 644/7 647/17 650/15 700/14
**requirements [9]** 644/3 644/6 645/22 645/24 647/14 647/17 649/8 649/11 650/25
**respect [7]** 642/7 657/10 706/23 711/24 715/25 716/23 720/13
**respectively [1]** 664/22

**respond [2]** 705/20 715/23
**responded [2]** 714/4 714/6
**responding [1]** 651/12
**response [2]** 652/12 655/25 713/25
**responsive [5]** 643/11 645/5 646/20 648/18 715/9
**rest [1]** 720/7
**result [1]** 724/15
**retrieve [4]** 694/9 705/2 716/18 716/19
**return [1]** 683/8
**review [8]** 651/21 655/11 657/1 657/4 657/4 659/5 674/8 709/2
**reviewed [4]** 652/3 653/11 653/19 660/12
**reviewing [2]** 709/8 725/6
**revise [1]** 666/21
**revision [1]** 655/21
**Rieg's [11]** 643/5 643/8 643/11 643/22 643/25 644/2 644/10 644/14 678/8 715/13 715/16
**rifle [43]** 661/12 661/15 662/7 663/20 664/3 664/4 665/3 670/5 670/16 675/24 676/23 678/16 680/19 681/22 683/4 685/17 688/24 689/1 689/9 691/18 691/24 692/1 693/23 696/4 696/1 700/22 703/17 703/22 704/14 704/25 705/22 705/22 706/1 706/4 706/7 706/11 706/18 707/6 707/22 710/23 719/2 720/4 721/24
**rifles [2]** 683/2 683/3
**right [31]** 639/2 639/3 651/13 655/7 655/13 656/6 657/3 657/15 657/22 661/3 681/17 684/9 693/16 694/4 695/11 702/18 708/22 710/1 711/7 712/9 712/18 714/19 715/20 718/21 721/19 722/1 722/16 725/12 726/14 726/15 727/24
**Riley [4]** 685/16 686/1 686/2 688/19
**rise [1]** 683/18
**role [1]** 717/15
**Romeo [2]** 692/1 693/10
**rotary [1]** 705/15
**round [5]** 696/17 705/13 706/22 706/24 707/13
**rounds [1]** 708/3
**RPR [1]** 637/5 729/8

**Ruger [3]** 696/12 700/22 704/25
**Rule [1]** 653/8
**Rule 1006 [1]** 653/8
**Russian [1]** 707/22

## S

**said [3]** 653/10 695/9 726/7
**sale [2]** 660/7 721/22
**sales [6]** 672/6 672/8 672/9 673/10 675/13 678/8
**same [50]** 641/20 646/17 647/13 648/14 658/4 664/21 664/22 666/8 666/24 667/6 667/18 668/9 668/10 669/5 674/9 674/9 674/9 676/12 676/21 679/4 679/15 680/9 680/11 680/14 680/21 682/1 684/14 684/15 686/5 687/6 688/2 688/6 689/14 690/16 692/10 694/16 698/6 698/19 699/13 701/2 701/5 702/6 705/18 706/10 706/12 706/15 706/23 710/19 722/12 722/15
**SAR [6]** 665/7 665/25 667/13 684/3 684/10 685/11
**SAR-9 [5]** 665/7 665/25 667/13 684/3 684/10
**save [1]** 683/16
**saw [3]** 710/3 710/20 711/13
**say [15]** 650/2 654/2 671/19 683/9 684/7 689/7 693/13 696/21 700/13 705/10 711/1 712/15 712/19 716/10 724/23
**saying [2]** 667/5 715/8
**says [8]** 653/15 653/19 671/19 671/19 677/21 702/22 723/15 724/6
**scaled [1]** 701/3
**scaled-down [1]** 701/3
**scenario [1]** 725/5
**schedule [1]** 726/13
**scope [5]** 677/4 691/4 706/14 723/20 723/21
**scopes [1]** 677/2
**scratched [1]** 677/17
**screen [4]** 659/1 659/8 659/13 702/19
**Sealed [4]** 639/8 640/24 727/5 727/22
**search [4]** 643/8 645/2 646/18 648/15
**second [15]** 646/25 661/13 661/14 663/19 665/9 670/6 680/21 685/19 687/3 688/25 691/24 696/4 697/25

**second... [2]** 706/2
713/21
**secondary [1]** 700/12
**seconds [1]** 709/9
**section [50]** 661/9
661/25 662/9 663/15
663/22 664/5 665/6
669/13 670/2 672/2
672/18 673/15 674/25
675/21 676/13 677/10
678/15 679/4 679/18
680/18 681/6 682/13
682/19 682/20 682/20
684/2 684/24 685/15
687/19 688/22 691/6
691/22 695/12 696/11
696/25 697/2 697/21
698/17 699/3 699/10
699/10 699/11 699/12
699/13 701/23 703/7
704/4 720/13 720/22
722/10
**Section 21A [1]** 699/10
**Section 22 [1]** 699/10
**Section 23 [1]** 699/11
**Section 30 [1]** 699/12
**sections [1]** 682/19
**see [14]** 645/18 659/10
661/24 679/1 683/17
697/2 709/18 713/15
718/14 721/11 723/14
724/5 726/6 728/2
**seeking [1]** 650/3
**seems [1]** 676/24
**seen [5]** 686/13 687/16
709/2 709/3 711/21
**sees [1]** 709/17
**SEIFERT [3]** 636/14
666/22 711/1
**seized [1]** 655/1
**sell [2]** 688/15 702/22
**seller [1]** 712/24
**selling [4]** 644/10
646/2 647/21 649/14
**semi [2]** 674/20 707/11
**semi-automatic [2]**
674/20 707/11
**send [4]** 722/9 723/17
724/9 725/7
**senior [1]** 717/12
**sent [3]** 713/21 715/6
722/7
**separate [2]** 656/2
716/25
**separated [1]** 656/1
**September [3]** 675/9
675/14 679/25
**September 21st [2]**
675/9 675/14
**September 29th [1]**
679/25
**serial [78]** 661/11
661/14 663/18 663/21
665/8 665/10 666/2
666/4 666/6 666/24
667/10 667/12 667/15

667/17 667/18 668/18
669/1 669/2 669/5
670/5 672/3 672/9
673/17 674/4 674/8
674/9 675/23 676/8
676/10 676/12 678/16
678/24 679/2 679/4
680/19 680/22 681/3
681/6 681/22 682/1
684/3 684/11 684/14
684/15 685/11 685/18
685/20 686/3 686/5
687/3 687/6 688/24
689/1 689/10 689/14
690/14 690/16 691/24
691/25 692/3 692/8
692/10 693/9 693/13
694/13 694/16 696/13
697/24 697/25 698/4
698/6 698/18 698/19
704/6 704/8 704/18
704/23 704/25
**series [4]** 654/8 655/15
657/13 717/3
**serve [1]** 715/2
**served [1]** 714/25
**servicemen [1]** 706/1
**SESSION [1]** 636/8
**sets [1]** 659/24
**seven [3]** 714/1 714/1
717/9
**several [5]** 661/23
705/13 710/4 710/21
718/20
**shake [1]** 667/5
**shaking [1]** 712/15
**shall [1]** 650/2
**she [2]** 685/12 721/1
**Shoot [9]** 648/11
648/14 648/17 649/1
649/5 649/7 649/18
688/13 715/18
**Shooters [12]** 646/14
646/17 646/20 647/8
647/11 647/13 647/21
647/25 682/25 691/16
715/17 720/7
**Shooting [8]** 644/25
645/2 645/5 645/17
645/19 645/21 646/6
715/17
**shop [22]** 643/6 643/8
643/11 643/25 644/2
644/10 644/14 678/8
703/10 704/5 713/10
713/12 714/2 714/4
715/3 715/3 715/12
715/12 716/11 720/7
721/20 722/4
**short [2]** 695/6 708/1
**shorter [2]** 670/14
695/3
**shotgun [6]** 673/19
674/4 674/20 674/22
675/14 707/24
**should [5]** 640/25
702/16 723/18 724/10
725/15

**show [26]** 650/22
651/25 658/23 659/1
662/14 663/4 664/9
664/25 669/17 670/17
672/23 675/3 675/5
675/6 677/15 678/7
679/22 682/17 682/24
685/2 685/8 687/22
691/9 695/16 697/10
699/9 708/8 708/21
**showed [3]** 718/8
718/12 720/24
**showing [3]** 652/10
673/10 702/19
**shown [1]** 723/7
**shows [6]** 663/5 678/9
688/13 688/13 699/10
701/24
**side [5]** 656/14 668/19
674/4 702/19 710/2
**Sierra [16]** 674/5
675/23 676/10 678/17
679/2 680/20 680/22
681/5 681/25 685/20
687/3 691/24 692/3
692/9 694/14 698/18
**sight [3]** 676/24 677/6
695/5
**sighting [1]** 677/6
**signature [25]** 662/17
664/11 664/13 669/19
669/21 670/20 670/21
672/25 673/3 675/7
677/18 677/22 679/24
680/5 682/18 685/4
685/5 691/11 691/12
695/18 697/11 697/13
699/11 699/12 720/16
**signatures [2]** 652/13
662/22
**signed [3]** 664/21
688/1 695/23
**significance [4]** 662/18
688/4 691/15 697/4
**similar [3]** 710/8 710/9
718/1
**simply [1]** 719/18
**since [5]** 657/6 686/13
703/5 721/14 722/3
**sir [33]** 642/5 674/3
674/6 676/10 678/23
681/2 681/8 681/23
686/1 689/8 692/8
693/7 697/3 697/23
699/19 700/22 703/17
704/25 708/6 711/20
711/22 712/4 712/6
712/8 712/25 718/2
718/15 719/25 720/8
720/17 720/20 721/23
722/2
**site [1]** 710/2
**sitting [3]** 665/13
709/12 709/25
**size [4]** 690/6 690/6
693/12 701/1
**SKS [1]** 703/17
**slanted [1]** 687/17

**slash [1]** 650/22
**slide [93]** 641/10
641/17 641/17 641/25
661/6 662/10 662/14
662/25 662/25 663/13
663/14 664/8 664/8
664/23 664/23 665/4
666/6 669/16 669/16
669/24 669/24 670/17
671/23 672/7 672/12
672/20 672/23 673/7
673/9 673/13 673/13
673/15 674/25 675/3
675/5 675/12 675/12
675/17 675/18 677/13
677/15 678/4 678/7
678/11 678/12 679/21
679/21 680/15 682/2
682/16 682/17 682/22
682/22 683/5 683/5
683/7 683/25 685/1
685/1 685/1 685/8
685/8 685/13 687/21
687/21 688/8 688/8
688/10 688/13 688/20
688/20 690/17 691/8
691/8 691/14 691/15
691/20 691/20 692/10
695/13 695/15 695/15
695/21 695/21 695/24
696/7 696/8 697/9
697/9 697/20 699/6
702/15 720/23
**slides [3]** 652/22
652/23 655/1
**slipped [1]** 655/21
**slowly [1]** 659/12
**small [2]** 701/1 706/17
**sniper [3]** 691/3 691/4
706/14
**so [66]** 641/14 650/15
653/4 654/14 657/3
658/10 658/13 658/17
659/25 660/16 662/5
662/16 663/17 666/25
667/4 667/6 668/13
668/14 670/15 671/3
684/10 686/17 686/18
686/21 687/2 691/2
694/1 694/12 695/2
695/5 695/22 695/24
696/12 696/17 698/3
698/17 700/6 703/1
705/25 707/18 709/2
709/12 709/17 709/25
710/15 712/10 712/23
713/9 713/21 714/1
714/15 716/5 715/12
716/5 716/12 716/12
720/18 720/23 720/25
723/24 724/23 725/6
726/3 726/20 726/23
727/24
**sold [7]** 695/4 700/13
700/25 714/21 714/21
714/23 720/3
**soldiers [1]** 696/24
**some [16]** 654/24

**STATES [4]** 636/1
636/3 636/10 713/3

**slash [1]** 650/22
**654/25** 655/21 655/25
658/13 660/11 663/6
699/15 700/6 702/19
705/23 709/4 709/19
715/7 716/15 717/9
**somehow [1]** 713/22
**someone [4]** 723/17
724/9 724/11 725/8
**something [9]** 639/2
656/15 656/25 668/6
697/2 709/16 712/13
719/7 726/7
**sometimes [1]** 650/18
**sorry [16]** 642/1 653/17
657/19 658/7 668/5
671/8 675/4 695/3
705/1 709/6 710/13
710/14 711/3 717/14
715/15 718/24
**sort [3]** 655/8 702/19
713/2
**sounds [2]** 707/15
707/18
**source [2]** 654/7 656/5
**sources [1]** 656/4
**South [3]** 702/23 703/1
722/1
**Soviet [1]** 662/8
**space [1]** 667/13
**speak [1]** 716/6
**special [7]** 637/11
641/1 641/3 683/21
715/6 717/12 725/12
**specific [2]** 659/23
717/18
**specifically [3]** 651/1
652/8 690/3
**speculation [3]** 668/16
723/19 723/24
**spent [1]** 716/15
**spoke [1]** 723/9
**Springfield [5]** 689/1
690/13 690/25 706/12
706/16
**Squad [1]** 707/10
**St [1]** 675/2
**St. [9]** 653/5 653/14
653/16 664/7 665/2
672/19 673/11 693/1
695/14
**St. Louis [7]** 653/5
653/14 664/7 672/19
673/11 693/1 695/14
**stabilizing [2]** 695/4
695/4
**Stacy [4]** 637/5 729/3
729/8 729/8
**stamp [1]** 711/4
**stand [1]** 641/1
**standing [1]** 657/15
**stands [1]** 707/21
**start [1]** 711/13
**Starting [1]** 656/14
**state [4]** 694/12 696/5
701/10 703/24
**statement [1]** 724/10

**stenography [1]** 637/7
**step [1]** 725/13
**sticker [1]** 692/23
**still [3]** 641/4 683/22
720/11
**stock [6]** 686/20
686/22 687/17 695/5
704/15 709/14
**stocks [2]** 670/15
686/19
**store [27]** 641/12
641/15 642/3 642/7
642/16 643/5 643/23
644/24 644/25 646/2
646/6 646/14 648/11
648/17 649/7 649/14
663/6 692/24 702/25
715/16 715/17 715/17
715/18 715/18 719/17
720/3 723/11
**stored [1]** 651/9
**stores [3]** 651/5 651/11
715/19
**Straight [9]** 648/12
648/14 648/17 649/2
649/5 649/7 649/18
688/14 715/18
**straw [1]** 718/19
**streamline [2]** 654/14
655/24
**Street [1]** 636/15
**strike [1]** 668/17
**strip [3]** 722/17 722/19
722/20
**style [4]** 670/16 691/23
707/6 710/22
**subject [8]** 644/2
645/21 647/13 649/7
650/25 666/11 666/16
702/3
**subsequent [1]** 721/23
**subsequently [1]**
701/17 704/1
**successfully [1]**
699/18
**such [1]** 656/4
**sufficient [1]** 653/9
**Suite [1]** 637/2
**summary [15]** 651/21
652/2 652/9 652/19
653/8 653/14 653/25
658/15 658/17 659/5
659/20 660/8 660/17
699/14 716/16
**sums [1]** 719/16
**supervisory [1]** 717/15
**suppressor [3]** 687/18
709/16 709/20
**sure [8]** 654/14 658/13
665/18 704/18 705/17
712/8 713/3 723/5
**surrendered [2]** 703/5
722/4
**Sustained [1]** 668/17
**SV7085042 [1]** 697/25
**SV7085520 [2]** 697/24

**switch [2]** 681/14
705/4
**system [5]** 677/1 677/6
691/3 706/13 706/15

T

**table [1]** 665/13
**tag [3]** 688/14 688/16
692/24
**tags [2]** 650/20 688/13
**take [7]** 650/16 653/22
655/10 655/19 657/6
683/7 726/3
**taken [4]** 642/6 657/12
658/1 683/20
**taking [1]** 668/20
**talk [3]** 654/11 711/18
713/21
**talked [2]** 713/9 714/9
**talking [4]** 641/11
641/11 710/13 716/15
**talks [1]** 655/1
**Tango [9]** 665/8 665/11
667/13 667/17 669/2
669/3 670/7 684/4
684/11
**tanks [1]** 705/20
**targets [2]** 676/25
677/8 691/5
**Taurus [2]** 665/10
668/12
**tell [5]** 657/6 658/13
677/20 693/11 713/6
**ten [1]** 717/24
**term [1]** 705/8
**termed [1]** 675/22
**terminology [1]** 705/11
**terms [5]** 650/8 663/4
683/12 705/5 707/18
**testified [2]** 653/20
671/21
**testify [4]** 657/3 702/4
709/11 726/1
**testifying [1]** 719/21
**testimony [4]** 651/19
659/4 721/12 721/15
**than [9]** 654/7 656/25
657/4 667/5 673/1
673/17 680/12 683/11
726/22
**Thank [20]** 641/5
642/23 642/25 647/2
674/24 683/23 686/24
690/8 693/2 699/14
702/10 711/16 712/9
714/4 719/23 722/23
725/12 725/14 728/2
728/4
**that [299]**
**that's [17]** 653/24
654/4 654/9 654/20
655/1 655/2 656/12
657/2 660/25 686/5
689/7 698/6 698/19
706/14 708/5 711/23
718/13
**their [7]** 651/20 703/5

**705/6 713/15 722/4**
722/7 722/9
**theirs [1]** 651/7
**them [26]** 643/21 645/3
647/6 651/6 654/25
656/15 688/16 699/23
703/2 705/7 709/4
709/5 710/5 713/21
713/22 715/6 716/1
716/2 716/7 716/9
716/10 717/2 718/7
720/21 725/18 725/18
**themselves [3]** 650/16
651/2 720/9
**then [31]** 641/25
650/18 660/11 662/16
663/7 664/12 667/15
673/2 673/3 677/22
677/23 680/1 686/22
687/24 687/25 688/2
688/15 688/20 691/18
692/2 697/6 697/7
697/12 697/14 700/10
700/12 702/19 710/3
715/11 725/5 725/8
**there [26]** 655/11
655/14 657/5 666/18
677/16 680/5 680/5
685/16 687/15 692/13
692/23 695/19 697/13
699/17 699/21 703/1
704/8 705/17 707/5
710/1 713/2 719/1
720/24 721/4 723/8
726/20
**there's [11]** 653/13
655/24 657/15 677/18
677/22 680/13 683/11
707/5 712/13 720/16
726/10
**these [38]** 642/3
643/19 643/22 643/24
644/6 644/6 647/4
647/17 649/17 649/11
651/1 651/5 651/11
653/11 653/12 653/17
654/25 655/11 661/18
663/10 664/19 664/25
665/1 688/17 691/16
697/17 697/23 705/7
713/4 715/8 715/9
715/19 715/25 717/3
717/5 718/6 720/11
720/12
**they [65]** 643/13 644/1
644/5 645/7 645/23
647/12 648/19 650/12
650/16 650/18 650/19
650/21 650/22 651/6
651/9 652/25 661/20
661/24 662/3 662/4
662/5 662/20 663/25
664/17 664/21 667/19
669/6 675/6 680/3
688/2 688/15 688/15
691/17 697/8 699/22
699/23 703/3 703/5
705/5 705/6 706/13

**706/14 709/25 710/8**
710/9 713/19 713/20
714/6 714/24 714/25
715/20 715/22 716/5
716/6 718/7 718/19
720/20 720/21 720/22
722/7 722/9 724/4
724/12 724/14 725/19
**they're [9]** 639/6
652/24 655/3 656/15
664/1 666/15 704/9
710/8 714/21
**things [1]** 724/6
**think [19]** 653/13
653/25 657/17 693/16
700/1 703/24 709/6
713/10 716/11 718/7
721/19 723/21 723/23
726/2 726/4 726/13
726/17 726/19 726/23
**thinks [1]** 671/21
**third [2]** 683/10 692/2
**Thirty [1]** 688/11
**Thirty-two [1]** 688/11
**this [192]**
**those [27]** 642/5
645/24 647/17 651/7
653/16 654/7 655/14
658/21 667/18 669/5
674/7 682/19 683/3
696/2 700/5 703/8
703/11 707/18 710/5
711/24 711/25 712/3
713/25 719/18 719/25
726/4 726/9
**three [6]** 673/17 684/9
691/21 695/25 711/16
713/8
**three-year [1]** 713/8
**through [11]** 636/6
641/24 659/12 659/16
661/18 683/10 683/11
705/7 717/2 717/6
720/11
**throughout [2]** 645/4
713/3
**ties [1]** 668/20
**time [29]** 644/7 644/16
645/25 647/18 649/12
651/1 665/12 673/20
675/25 676/15 678/18
681/9 683/16 693/17
698/1 699/15 702/9
710/11 711/4 716/15
718/3 722/3 723/16
724/8 725/7 725/16
725/25 726/12 726/18
**timestamp [1]** 711/2
**today [6]** 651/19 656/9
659/4 709/19 710/6
716/15
**together [3]** 651/9
663/6 717/22
**told [2]** 712/10 721/12
**tomorrow [2]** 725/20
728/3
**took [3]** 660/11 717/2
720/11

**top [2]** 693/8 693/22
**total [1]** 726/7
**towards [2]** 653/13
721/11
**trace [8]** 660/6 661/24
699/18 701/7 703/19
721/17 721/17 721/19
**traced [7]** 699/19
699/20 699/21 700/6
700/9 701/10 721/13
**tracing [4]** 701/22
703/7 714/13 722/10
**traffic [1]** 724/13
**trafficking [1]** 718/19
**trail [2]** 670/23 700/10
**trailed [1]** 695/9
**transaction [31]**
643/22 644/13 645/16
646/5 647/7 647/24
649/1 649/17 650/12
651/20 652/8 652/20
654/16 660/17 665/4
666/25 667/10 668/11
670/3 679/5 682/2
689/15 698/20 712/14
712/16 719/8 719/11
719/14 719/15 723/14
724/5
**transcript [2]** 636/9
637/7
**transcription [2]** 637/7
729/4
**transfer [2]** 724/16
725/4
**transferee [26]** 662/9
664/5 669/13 672/18
675/1 677/10 679/18
682/13 684/24 687/19
688/1 691/6 695/12
696/25 699/3 701/25
720/14 720/14 720/19
721/2 723/15 724/7
724/24 725/2 725/3
725/8
**transferee's [2]** 679/23
695/18
**transferee/buyer [4]**
724/24 725/2 725/3
725/8
**transferred [6]** 680/9
680/11 680/14 697/19
703/6 714/20
**transfers [1]** 702/22
**travels [1]** 689/10
**trial [2]** 636/9 656/1
**triangular [1]** 710/2
**trigger [1]** 674/22
**trouble [1]** 682/6
**trying [1]** 658/3
**Tuesday [2]** 726/18
726/19
**Tunis [8]** 653/4 662/11
669/15 684/25 685/10
697/1 720/24 721/1
**Turkish [1]** 666/1
**turn [6]** 661/6 662/12
672/7 691/14 699/6
722/6

**T**

**turning [11]** 662/25 664/23 665/4 673/13 675/12 675/17 695/21 697/9 697/20 718/6 726/22
**two [18]** 656/2 658/2 661/25 662/22 663/22 680/18 683/2 685/16 688/11 688/13 688/13 691/17 704/9 707/18 710/24 713/25 716/24 723/22
**type [13]** 652/10 670/10 675/24 676/5 677/2 681/1 681/17 686/14 689/23 690/2 693/20 696/14 709/15
**types [1]** 660/1
**typically [3]** 680/7 705/25 705/25
**typo [1]** 671/6
**typographical [3]** 671/6 671/12 671/22

**U**

**U.S [5]** 636/15 636/17 690/3 706/1 707/9
**ultimately [1]** 666/18
**under [11]** 641/4 653/8 654/21 663/7 677/24 677/25 683/22 703/9 714/24 715/4 722/12
**undergo [1]** 713/7
**underlying [2]** 652/16 652/20
**understand [10]** 652/24 655/9 656/12 656/20 656/21 656/22 658/22 699/22 712/23 717/14
**understanding [2]** 705/5 719/15
**understood [3]** 700/17 721/11 726/6
**unfolded [1]** 709/14
**unheard [3]** 718/23 718/25 719/1
**uniform [1]** 674/5
**Union [1]** 662/8
**UNITED [4]** 636/1 636/3 636/10 713/3
**unless [2]** 700/13 714/25
**until [3]** 697/8 700/15 726/2
**unusual [2]** 718/16 718/18
**up [34]** 639/6 641/8 642/10 657/8 659/1 659/13 665/13 670/25 673/21 676/1 676/25 678/19 680/24 681/15 684/5 685/22 686/25 689/4 690/10 690/11 692/5 693/3 698/2 698/15 700/19 702/15

**V**

709/3 704/17 704/21 708/10 715/11 724/17 727/3 727/4
**update [2]** 653/18 654/14
**updates [1]** 654/25
**upon [2]** 650/16 704/3
**us [2]** 713/6 721/13
**use [12]** 653/24 655/4 656/8 657/18 679/1 690/4 693/19 700/24 701/13 725/15 725/16 726/12
**used [22]** 662/4 664/1 668/13 670/11 672/16 674/18 676/22 686/16 690/1 690/2 691/1 691/2 695/1 696/16 705/11 705/13 705/19 706/13 706/22 706/24 707/9 720/6
**user [1]** 677/8
**uses [4]** 690/3 704/12 705/14 707/16
**using [3]** 656/16 656/24 720/3
**usually [7]** 670/14 677/7 691/4 700/23 709/17 713/8 715/10

**V**

**VA [1]** 637/3
**variant [14]** 670/12 675/24 676/6 676/23 678/23 681/21 685/17 686/2 686/17 687/15 693/21 694/13 709/13 709/14
**variant-type [1]** 675/24
**variants [3]** 662/5 710/3 710/5
**varmint [1]** 701/1
**velocity [1]** 696/19
**version [8]** 654/10 654/12 654/24 655/17 655/18 658/2 701/3 707/17
**very [6]** 656/2 666/17 670/5 672/4 677/9 723/1
**via [1]** 714/6
**Victor [18]** 665/8 667/14 667/17 675/23 676/11 678/17 679/2 680/20 680/22 681/5 681/25 684/4 684/11 685/21 687/3 691/24 692/9 698/18
**video [15]** 708/20 708/25 709/3 709/8 710/12 710/15 710/17 710/20 711/2 711/5 711/13 711/19 711/21 711/24 712/5
**view [1]** 726/15
**viewed [2]** 709/19 710/10
**Virginia [1]** 722/11

**visit [1]** 716/13
**visited [1]** 716/10
**vs [1]** 636/4
**VSKA [23]** 675/22 675/22 676/7 678/10 678/16 678/23 679/16 680/19 681/2 681/19 681/20 683/2 685/20 687/2 687/14 687/16 688/18 688/18 691/23 692/8 696/3 698/3 698/17
**VSKAs [2]** 697/24 709/19

**W**

**wait [1]** 680/12
**waiting [2]** 680/13 725/18
**Walder [8]** 653/5 653/14 664/7 672/19 673/11 675/2 693/1 695/14
**Walther [1]** 666/1
**want [11]** 641/14 655/19 658/13 658/22 677/2 704/17 705/4 714/7 716/18 721/11 723/5
**War [1]** 706/2
**warning [4]** 723/14 724/5 724/6 725/1
**Warthog [2]** 705/15 705/18
**was [74]** 642/22 644/2 645/21 645/24 646/25 647/13 649/7 649/11 649/13 654/2 655/1 655/6 656/5 656/10 657/12 658/3 660/10 663/9 663/11 663/12 665/2 665/3 668/5 671/8 675/15 677/16 677/16 678/2 680/9 683/3 683/4 683/20 686/18 687/24 688/18 688/19 691/23 696/17 697/19 699/3 701/3 701/11 701/20 701/24 702/13 703/2 703/4 703/6 704/4 704/13 705/11 705/25 706/4 707/20 708/12 710/1 713/10 716/6 716/9 718/12 719/1 719/2 719/4 719/7 720/3 720/24 721/1 721/1 721/4 721/19 721/22 721/23 721/24 726/12 **Washington [3]** 636/4 636/16 636/18 **wasn't [2]** 699/18 719/5 **WASR [3]** 691/25 693/8 693/20 **Waters [1]** 722/11 **way [5]** 659/2 683/10 714/13 717/6 719/1

**we [66]** 639/5 639/5 641/9 641/11 642/18 643/9 644/4 644/16 646/8 648/2 649/20 650/2 653/11 653/15 653/18 654/5 654/24 655/10 656/17 657/19 658/1 658/5 666/13 667/6 669/7 671/2 672/7 683/7 683/8 683/25 686/7 686/13 687/8 688/8 693/24 693/25 699/19 700/9 700/14 700/15 701/2 701/10 701/21 702/22 703/22 703/23 706/11 706/18 710/10 711/1 711/4 711/13 714/17 715/13 721/23 723/5 725/25 725/24 725/25 726/1 726/2 726/21 726/23 727/24
**we'll [8]** 658/25 668/17 683/7 683/16 725/21 726/17 726/19 728/2
**we're [6]** 655/13 658/3 683/10 705/17 725/18 726/17
**we've [6]** 658/25 687/16 709/19 712/16 716/15 725/15
**weapon [20]** 662/8 666/24 669/2 678/21 685/19 686/17 686/23 688/14 689/23 691/4 695/6 701/3 704/7 704/8 704/13 707/10 707/11 707/11 707/12 707/21
**weapons [9]** 680/14 686/19 706/8 707/7 710/24 711/18 711/24 712/1 718/16
**week [3]** 726/2 726/3 726/11
**welcome [2]** 641/3 683/21
**well [12]** 642/24 655/7 655/18 658/5 661/22 665/18 666/17 670/22 672/4 702/5 703/23 726/11
**went [4]** 717/6 723/8 723/10 723/11
**were [57]** 641/11 641/11 643/3 644/5 644/6 644/8 645/23 645/25 647/11 647/17 647/19 648/7 649/12 650/20 651/21 652/6 654/16 656/8 660/1 660/18 661/18 661/24 663/10 664/21 669/6 680/10 688/17 697/8 699/16 699/19 699/21 699/23 700/6 701/21 703/24 709/3 709/23

**we're [1]** 716/9 711/18 713/14 713/16 713/20 716/5 716/6 716/8 716/10 717/21 717/25 718/3 718/7 718/9 720/6 720/20 720/21 723/4 723/7 726/13
**weren't [1]** 699/21
**West [1]** 722/11
**what [139]**
**what's [3]** 645/10 664/23 704/21
**whatever [2]** 677/2 713/22
**when [19]** 643/3 649/20 650/11 656/12 660/1 696/21 699/23 700/9 713/9 713/14 713/15 714/23 717/12 718/19 719/16 720/23 723/13 724/4 725/6
**where [12]** 652/15 655/1 656/3 660/4 666/14 671/18 680/13 712/5 714/17 720/13 721/17 721/24
**whether [4]** 695/20 705/5 716/6 723/4
**which [40]** 641/9 645/2 653/1 653/1 653/3 653/3 658/10 660/1 663/5 665/14 666/4 668/5 668/13 671/15 676/24 677/6 677/7 677/9 678/9 687/18 690/7 691/18 691/19 695/3 701/2 701/5 701/21 701/24 702/16 703/10 706/1 706/18 707/22 708/17 709/14 709/16 709/20 712/14 712/16 726/7
**who [25]** 651/11 653/12 654/1 654/17 662/9 664/5 669/13 672/18 675/1 677/10 679/18 682/13 684/24 685/22 687/19 691/6 695/12 696/25 699/3 702/3 705/11 721/17 724/13 726/1 726/22
**who's [2]** 709/12 710/23
**why [4]** 680/7 680/11 700/5 713/18
**will [18]** 655/10 657/19 666/17 681/14 683/8 683/9 683/14 693/25 696/19 700/14 702/3 714/22 724/15 724/15 725/24 726/2 726/4 726/8
**Wilson [1]** 637/2
**within [3]** 642/6 695/11 717/25
**without [21]** 644/19 646/11 648/5 667/23 667/24 667/25 668/17

**W**

**without... [14]** 669/10
674/14 676/18 679/12
681/12 682/10 684/21
687/11 689/20 690/22
692/17 694/7 694/22
720/10
**witness [27]** 645/10
646/24 648/21 650/7
651/25 653/19 654/1
654/6 656/25 656/25
657/11 658/23 659/1
666/12 666/16 666/23
667/5 671/21 683/17
702/3 708/8 708/21
710/16 711/6 723/24
725/24 726/11
**witness's [1]** 723/22
**witnesses [7]** 637/10
725/18 726/1 726/3
726/7 726/9 726/21
**won't [1]** 689/7
**word [2]** 655/10 707/19
**work [1]** 713/14
**working [1]** 717/21
**works [1]** 714/13
**world [15]** 646/15
646/17 646/21 647/8
647/11 647/13 647/21
647/25 682/25 690/3
691/16 697/3 706/2
715/17 720/7
**worn [1]** 696/23
**would [50]** 650/6
650/24 655/7 656/7
660/20 661/23 666/22
666/25 667/21 672/5
674/12 675/4 676/16
678/4 679/7 680/7
680/11 681/10 682/4
684/18 686/22 688/6
689/17 690/19 693/13
694/19 695/1 695/7
698/9 698/22 700/18
702/2 705/10 705/12
705/13 706/17 706/18
706/24 707/2 707/24
710/5 711/23 718/7
718/11 718/21 720/8
720/18 721/4 725/19
727/2
**write [1]** 658/13
**writing [1]** 714/5
**written [7]** 668/14
676/8 677/23 677/24
677/25 697/2 698/6
**wrong [1]** 668/15
**wrote [1]** 688/2

**X**

**X-ray [3]** 665/11 669/2
669/3
**X22 [1]** 707/4
**Xs [1]** 697/17

**Y**

**Yeah [1]** 726/10

**year [4]** 671/13 673/2
673/5 713/8
**Yellow [1]** 653/4
**yes [163]**
**yet [1]** 659/22
**you [318]**
**you're [26]** 641/4 647/9
649/3 651/13 653/25
656/16 656/24 674/1
678/21 681/1 681/17
683/11 683/22 685/25
689/6 692/20 693/6
701/14 702/24 710/13
712/14 717/14 717/18
719/20 725/6 726/14
**you've [4]** 656/13
660/12 699/15 709/2
**your [109]**
**yours [2]** 655/19
655/19
**yourself [1]** 719/13

**Z**

**zero [2]** 673/22 711/16
**zip [1]** 668/20