```
1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2

3     UNITED STATES OF AMERICA,
                                           CR No. 21-0699-01 (JDB)
4              Plaintiff,

5         vs.                              Washington, D.C.
                                           January 24, 2024
6     JOLY GERMINE,                        1:50 p.m.

7              Defendant.                  Pages 871 through 1024
      _____

8

9                              P.M. SESSION
                      TRANSCRIPT OF THE BENCH TRIAL
10              BEFORE THE HONORABLE JOHN D. BATES
                      UNITED STATES DISTRICT JUDGE
11

12    APPEARANCES:

13    For the Government:

14             KAREN P. SEIFERT, AUSA
               KIMBERLY L. PASCHALL, AUSA
15             U.S. Attorney's Office
               601 D Street NW
16             Washington, DC 20530

17             BEAUDRE D. BARNES, ESQ
               U.S. Department of Justice
18             950 Pennsylvania Avenue NW
               Washington, DC 20530

19

20    For the Defendant:

21             ALLEN HOWARD ORENBERG, ESQ.
               The Orenberg Law Firm, PC
22             12505 Park Potomac Avenue
               6th Floor
23             Potomac, MD 20854

24

25
```

```
 1   (APPEARANCES CONTINUED:)

 2
              ELITA AMATO, ESQ.
 3            2111 Wilson Boulevard
              Suite 8th Floor
 4            Arlington, VA 22201

 5
     Court Reporter:
 6
              Stacy Johns, RPR
 7            Official Court Reporter

 8            Proceedings recorded by mechanical stenography,
              transcript produced by computer-aided transcription
 9   GOVERNMENT WITNESSES                                       PAGE

10   SPECIAL AGENT JAMES KAELIN

11      Direct Examination By Ms. Seifert                        875

12      Cross-Examination By Mr. Orenberg                        916

13      Redirect Examination By Ms. Seifert                      924

14   SPECIAL AGENT JOSE LOUREIRO

15      Cross-Examination By Ms. Amato                           925

16      Redirect Examination By Ms. Seifert                      978

17   JEANTY LOUIS

18      Direct Examination By Ms. Seifert                        946

19      Cross-Examination By Mr. Orenberg                        970

20   SPECIAL AGENT DEREK BEYSS

21   Direct Examination By Mr. Barnes                            979

22

23                         EXHIBITS

24   GOVERNMENT EXHIBITS                                       ADMIT

25   320.02                                                     916
```

| | | |
|---|---|---|
| 1 | (Exhibits Continued) | |
| 2 | GOVERNMENT EXHIBITS | ADMIT |
| 3 | 320.03 | 997 |
| 4 | 430.01 | 981 |
| 5 | 430.02 | 983 |
| 6 | 430.03 | 984 |
| 7 | 430.09 | 985 |
| 8 | 430.10 | 985 |
| 9 | 430.11 | 986 |
| 10 | 430.12 | 989 |
| 11 | 430.13 | 989 |
| 12 | 430.14 | 991 |
| 13 | 430.15 | 992 |
| 14 | 430.16 | 994 |
| 15 | 430.17 | 994 |
| 16 | 430.18 | 995 |
| 17 | 1051.04 | 893 |
| 18 | 1051.06 | 880 |
| 19 | 1052 | 906 |
| 20 | 1053 | 895 |
| 21 | 1054 | 897 |
| 22 | DEFENSE EXHIBITS | ADMIT |
| 23 | 1 | 927 |
| 24 | 2 | 930 |
| 25 | 3 | 932 |

```
 1    (Exhibits Continued)                              934

 2    3B

 3    3C                                                935

 4    3D                                                936

 5    3E                                                937

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              **P R O C E E D I N G S**

2          THE COURT:  Before we resume with Special Agent

3     Kaelin, is there going to be something with another witness

4     that I'm going to -- oh, he's not here yet.  We're waiting for

5     the defendant.

6          MS. SEIFERT:  Not the most important person, but maybe

7     one of the most.

8          THE COURT:  All right.  Just a question for counsel.

9     We don't have to deal it with now.  Will there be something

10    that I need to deal with, with respect to a witness who's not

11    on the witness list for next week?

12         MS. SEIFERT:  We can approach with counsel with the

13    husher on.

14         THE COURT:  We don't --

15         MS. SEIFERT:  Or we can address it later.  I don't

16    know that I would address it publicly, Your Honor, at this

17    time.

18         THE COURT:  Okay.  Special Agent Kaelin, welcome back,

19    and I remind you you're still under oath.

20         THE WITNESS:  Yes, Your Honor.

21         THE COURT:  Ms. Seifert.

22                    DIRECT EXAMINATION (Con't)

23    BY MS. SEIFERT:

24    Q.  I believe, Special Agent Kaelin, that we are on Page 9 of

25    Government's 450.

 1              THE COURT:  We were going into another room.

 2              MS. SEIFERT:  Which we had just entered a different

 3     room of the house.

 4              Oh, not 9.  If you could go to 10, please.  Eleven.

 5     Twelve.  Here we go.

 6              Okay we're on 450, Page 12.

 7     BY MS. SEIFERT:

 8     Q.   What room is depicted on 450, Page 12?

 9     A.   That's the room that we labeled "Room E" in master bedroom.

10     Q.   And how did you think it was -- why did you think, excuse

11     me, that this was the master bedroom?

12     A.   I think just because it was the -- seemed to be the owner's

13     suite.  It had, like, a king sized bed.

14     Q.   Looking at your list, which is Exhibit 912, the remaining

15     items that the FBI collected, were they found in which room?

16     A.   Room E.

17     Q.   So everything we're going to talk about for the rest of

18     your testimony is from this room?

19     A.   Correct.

20     Q.   Thank you.

21              MS. SEIFERT:  If we could go to Page 13 of 450.

22     BY MS. SEIFERT:

23     Q.   Okay.  Now, what do we see on Page 13?

24     A.   That is picture of the -- what we labeled as the tall

25     dresser.  And in the bottom drawer, which I think we had six

Kaelin - DIRECT

1   drawers, we labeled that as "drawer 6."  It's a Norinco SKS

2   long gun and rifle.

3   Q.  Looking at Exhibit 912, which line of your exhibit is this?

4   A.  It's the second line.

5   Q.  And could you read the item description on that line,

6   please?

7   A.  It says "Norinc," but it's a typo.  It should be:  Norinco

8   SKS rifle bearing seal number 22046331 November, 7.62 by

9   39 millimeter.

10  Q.  Who located this item?

11  A.  That would have been SA Matt Abadi (ph.).

12  Q.  You mentioned this was in drawer six.

13      MS. SEIFERT:  Could we go back one slide to Page 12.

14  BY MS. SEIFERT:

15  Q.  When you say -- it says "tall dresser."  Can you see the

16  tall dresser on Page 12?

17  A.  Yes.

18  Q.  Could you circle it for the Court?

19  A.  (Witness complies.)

20      MS. SEIFERT:  For the record, there are two dressers

21  in the picture on Page 12, and the witness has circled the one

22  on the left.

23      THE COURT:  The tall one.

24      MS. SEIFERT:  The tall one.

25      If you could go to Page 13.

Kaelin - DIRECT

```
1   BY MS. SEIFERT:

2   Q.  So this is the bottom drawer?

3   A.  Yes.

4   Q.  What evidence number did you give it?

5   A.  Number 2.

6         MS. SEIFERT:  Could we go to the next page.

7   BY MS. SEIFERT:

8   Q.  What do we see here?  This is Page 14.

9   A.  It's another depiction of that item.  And then you can also

10  see that there's a firearm -- a handgun box, as well, in the

11  picture.

12  Q.  Where is that located in the photo that is Page 14?

13  A.  Just to the right.

14  Q.  Is this how the object was found?

15  A.  Yes.

16        MS. SEIFERT:  Next page, please.

17  BY MS. SEIFERT:

18  Q.  What do we see here on Page 15 of 450?

19  A.  That's one of the more optimal photos, where we've removed

20  it from that drawer, and that's an actual gun box that it's

21  being placed on.  It's an overall photograph of the long gun.

22  Q.  This is still the same item that we've been talking about,

23  the Norinco?

24  A.  Correct.

25        MS. SEIFERT:  If I could have Agent Bonura approach
```

Kaelin - DIRECT

1  with what's been admitted into evidence as -- at least, I

2  believe it's been admitted, Your Honor.  1051.06.

3          THE COURT:  It's not admitted.

4          MS. SEIFERT:  Not admitted.  Okay.

5          Could you please approach with what's been marked as

6  1051.06.

7          THE COURT:  It was marked for identification as an

8  exhibit, but it was not admitted.

9          MS. SEIFERT:  Yes, thank you.

10 BY MS. SEIFERT:

11 Q.  And Special Agent Kaelin, before you came in the room

12 today, did you review this item which has been marked as

13 1051.06?

14 A.  I did.

15 Q.  Did you review the serial number on this item?

16 A.  Yes.

17 Q.  Did you match the serial number up to your notes of the

18 item that you recovered in the address 2951 Northeast

19 10th Terrace, Pompano Beach, Florida, in Room E, tall dresser,

20 drawer six?

21 A.  I did.

22 Q.  Did the serial numbers, in fact, match with what was in

23 your notes for that item?

24 A.  Yes.

25 Q.  Is the item in front of you the same item that you

Kaelin - DIRECT

1    previously reviewed?

2    A.  It is.

3    Q.  Is the item in front of you the same item that was noted in

4    your chart as Exhibit Number 1051.06?

5    A.  It is.

6            MS. SEIFERT:  Your Honor, move to admit 1051.06.

7            MR. ORENBERG:  No objection.

8            THE COURT:  Without objection, 1051.06 is admitted.

9        (Government Exhibit 1051.06 received in evidence.)

10   BY MS. SEIFERT:

11   Q.  If you could please take the item out of the box and show

12   it to the Court.

13   A.  (Witness complies.)

14   Q.  Okay.  If you could please find the serial number and, for

15   the record, read the serial number to the Court.

16   A.  It's hard to see.  It is 22046331, November.

17   Q.  And on the weapon that's in your hands, it looked like you

18   manipulated some part of it.  Can you show the Court what you

19   were doing?

20   A.  It's a side-folding stock.

21   Q.  I'm sorry, can you be a little closer to the mic so our

22   court reporter can hear you.

23   A.  Yeah.  It's a foldable stock.  So the stock folds out into

24   this position.  That's the lock position.  You hit this

25   button -- manipulate that button there and it folds the stock

Kaelin - DIRECT

1  in.

2  Q.  In 450, Page 15, it looks like that apparatus is closed in

3  the photo?

4  A.  Correct.  The stock is in the closed position.

5  Q.  Was the stock closed when you found it?

6  A.  Yes.

7  Q.  Thank you.

8     And you can return the weapon to Agent Bonura.

9         MS. SEIFERT:  We can go on to the next page, please.

10  BY MS. SEIFERT:

11  Q.  What do we see here on Page 16?

12  A.  It's another view of the firearm on the opposing side of

13  the stock.

14         MS. SEIFERT:  And the next page?

15  BY MS. SEIFERT:

16  Q.  We're on 17.  What do we see here?

17  A.  That is a close-up of the actual serial number.

18  Q.  Is that the same serial number you just read?

19  A.  Yes.  It's easier to read there than it is on the rifle,

20  though.

21         MS. SEIFERT:  Next page, which is 18.

22  BY MS. SEIFERT:

23  Q.  Okay.  What do we see here?

24  A.  That is a SAR 9mm pistol.

25  Q.  And what is it contained in?

Kaelin - DIRECT

1    A.  That is going to be the gun box that we saw in that

2    previous photo with the rifle.

3    Q.  Okay.  And did you previously --

4            MS. SEIFERT:  Actually, can we go forward one photo,

5    please.

6    BY MS. SEIFERT:

7    Q.  And is this the same weapon?

8    A.  Yes.

9    Q.  Can you see the serial number on this photo?

10   A.  Yes.

11   Q.  And can you read it for the Court?

12   A.  It's Tango 1102-21 Bravo, Victor, 57826.

13           MS. SEIFERT:  Can we go to the next picture, please.

14           I'm sorry, let's go back to the prior picture.  I

15   apologize.  So that's 450, 19, please.

16   BY MS. SEIFERT:

17   Q.  On your chart, which is Exhibit 912, could you go down to

18   the exhibit that's marked 1051.03.  Do you see that line?

19   A.  Yes.

20   Q.  Is that the same weapon that's here?

21   A.  Yes.

22   Q.  Was this also recovered from that location?

23   A.  Yes.

24   Q.  Could you please --

25           THE COURT:  Wait a minute.  Which line are we on?

Kaelin - DIRECT

```
 1              MS. SEIFERT:  It is Exhibit Number 1051.03.
 2              THE WITNESS:  Tenth line, Your Honor.
 3              THE COURT:  .03 or .06?
 4              MS. SEIFERT:  I'm sorry.
 5              THE WITNESS:  You're correct, Your Honor.  It would be
 6    the dot 06.
 7              THE COURT:  I know I'm right, Special Agent.  I can
 8    check serial numbers.
 9              MS. SEIFERT:  Hang on.
10    BY MS. SEIFERT:
11    Q.  Okay.  This is 912 and I'm calling your attention to this
12    line here, which has a Sarulus Max (ph.) model SAR9 pistol,
13    bearing the serial number T1102.  Is this the same one we were
14    just talking about or is --
15    A.  No, ma'am.
16    Q.  Oh, I'm sorry.
17              THE COURT:  Go down three lines.
18              MS. SEIFERT:  Thank you.
19              THE WITNESS:  Second from the bottom.  It's drawer
20    six.  That's how you know.
21    BY MS. SEIFERT:
22    Q.  I apologize.  This one?
23    A.  Yes.
24    Q.  Sarulus Max SAR9 pistol, bearing the serial number
25    T1102-21BV57826, 9mm.
```

Kaelin - DIRECT

1    A.  Correct.

2    Q.  That's the same pistol we're talking about?

3    A.  Yes, ma'am.

4         MS. SEIFERT:  Apologies.  Thank you for that

5    correction, Your Honor.

6         If Agent Bonura could please approach the witness with

7    1050.06.

8    BY MS. SEIFERT:

9    Q.  Are you familiar with this exhibit?

10   A.  Yes.

11        MS. SEIFERT:  And I believe 1050.06 has been admitted,

12   Your Honor.

13        THE COURT:  I think so, but let me check to make sure.

14        Yes, it is in evidence.  It was conditional at one

15   point, but the condition was removed.  So it's in evidence.

16   BY MS. SEIFERT:

17   Q.  Special Agent, could you please read the serial number on

18   the weapon that is in the box, please?

19   A.  That is Tango 1102-21, Bravo, Victor 57826.

20   Q.  Is this the same weapon that you found in Room E?

21   A.  Yes.

22   Q.  In drawer six?

23   A.  Correct.

24        MS. SEIFERT:  I think the Court has already seen it.

25   So unless the Court would like to see it again, I can return

 1    it.
 2            THE COURT:  I've seen it.
 3            MS. SEIFERT:  Thank you.
 4            We'll go back to 450.  And we're now going to go to
 5    the next page, which is Page 20.
 6            MR. ORENBERG:  What page?
 7            MS. SEIFERT:  Twenty of 450.
 8    BY MS. SEIFERT:
 9    Q.  What do we see in Page 20?
10    A.  That's a U.S. passport.
11    Q.  Is this also on your list, which is Government's 920, the
12    summary exhibit?
13    A.  Yes.
14    Q.  Where is that located?
15    A.  It's the third item on that list.
16    Q.  Whose name is on the passport?
17    A.  Eliande Tunis.
18    Q.  I don't need do you read the passport number, but can you
19    just give me the last three digits of the passport?
20    A.  489.
21    Q.  Where was this found?
22    A.  It was in a top drawer of the tall dresser.
23    Q.  Same dresser we are talking about before?
24    A.  Correct.
25            MS. SEIFERT:  If we could go to the next page, please.

Kaelin - DIRECT

1   BY MS. SEIFERT:

2   Q.  What do we see in this picture?  This is Page 21.

3   A.  That's going to be a Taurus 9mm.

4   Q.  Is this also located on your summary chart?

5   A.  Yes.

6   Q.  Where is it located?

7   A.  That is Line Number 4.

8   Q.  And what do we see -- let's take a step back.  In general

9   in this picture, which is 450, Page 21, can you describe all

10  the items seen?  Maybe you can circle them for the Judge as you

11  discuss.

12  A.  Yeah.  So as we talked about before, it's also kind of

13  layered.  But there's a Taurus handgun.  It's sitting in a

14  Smith & Wesson box.  And then there's a box of Fiocchi 9mm

15  ammo, and then there's also another black gun box off to the

16  right.

17  Q.  For the record, as you were describing those items, you

18  were moving left to right in the photo; is that correct?

19  A.  Correct.

20          MS. SEIFERT:  If we could go to the next page,

21  Page 22.

22  BY MS. SEIFERT:

23  Q.  What do we see here?

24  A.  That's, again, another -- we're starting to open up items

25  in that drawer.  And then there's a box of CCI Blazer

Kaelin - DIRECT

1    ammunition, and you can see the butt end of a silver-colored

2    magazine, pistol magazine.

3            MS. SEIFERT:  The next page, please, 23.

4    BY MS. SEIFERT:

5    Q.  What do we see in this photo?

6    A.  That's another one of those where we removed it from the

7    location to take more optimal photos.  You can see there's a

8    black magazine, silver-colored magazine, the box of Blazer

9    ammunition, the Fiocchi box, and then the Taurus and then

10   underneath that Taurus is another handgun, the Smith & Wesson.

11           MS. SEIFERT:  The next picture, please.

12   BY MS. SEIFERT:

13   Q.  What's up close in Picture 24?

14   A.  That's a close-up of the box of CCI Blazer ammunition, and

15   then the silver-colored magazine, which contains rounds, and

16   then a black magazine that is empty.

17           MS. SEIFERT:  The next photo, please, Page 25.

18   BY MS. SEIFERT:

19   Q.  What do we see here?

20   A.  That is a Taurus pistol and magazine.

21   Q.  What's the serial number on the Taurus?

22   A.  On the Taurus it's Tango, X-ray, Charley, 59493.

23   Q.  And on your chart, this is on Line 4?

24   A.  Correct.

25           MS. SEIFERT:  If Special Agent Bonura can approach

1    with 1051.05.

2              Oh, we already did this one, didn't we?

3              THE COURT:  I don't think this one has been --

4              MS. SEIFERT:  We'll keep going then.

5              THE COURT:  It is in evidence, though.

6              MS. SEIFERT:  It is in evidence.

7    BY MS. SEIFERT:

8    Q.  If you could just confirm for the Court the serial number

9    on 1051.05.

10   A.  Tango, X-ray, Charley 59493.

11   Q.  And according to the summary exhibit, where was this found?

12   A.  This was in the Room E in the tall dresser, drawer four.

13             MS. SEIFERT:  On 450, we can go to slide 26.

14   BY MS. SEIFERT:

15   Q.  What do we see here?

16   A.  That is a -- that's the silver-colored magazine that you

17   can see a round protruding from the top of the magazine.

18   Q.  Can you just circle where the round is for the Court?

19   A.  (Witness complies.)

20             MS. SEIFERT:  For the record, the witness has circled

21   the left side of the photo, where the gold object is protruding

22   from the silver object.

23             Next line, Page 27.

24   BY MS. SEIFERT:

25   Q.  What do we see here?

Kaelin - DIRECT

1    A.  So that is that same magazine and we have down loaded the

2    rounds from the magazine.

3    Q.  And when you say "down loaded," what does that mean?

4    A.  Removed.

5         MS. SEIFERT:  Next page, Page 28.

6    BY MS. SEIFERT:

7    Q.  What's here?

8    A.  That is the other SAR 9mm pistol.

9         MS. SEIFERT:  Let's go to the next slide, please, 29.

10   BY MS. SEIFERT:

11   Q.  What do we see here?

12   A.  That's the same firearm, just opposing view.

13        MS. SEIFERT:  Next page.

14   BY MS. SEIFERT:

15   Q.  What do we see?

16   A.  That's a close-up of that firearm depicting the serial

17   number.

18   Q.  And do you see the SAR9 with the serial number on your

19   chart, which is Exhibit 912?

20   A.  Yes.

21   Q.  Can you tell the Court what the court exhibit number for

22   that weapon is?

23   A.  The court exhibit number for that one is 1051.03.

24        MS. SEIFERT:  Agent Bonura, please approach.

25        THE COURT:  It's in evidence?

Kaelin - DIRECT

1          MS. SEIFERT:  It is in evidence.

2    BY MS. SEIFERT:

3    Q.  If you could confirm for the Court the serial number on the

4    weapon in front of you that's 1051?

5    A.  Yes.  It's Tango 1002-21 Bravo, Victor 65250.

6    Q.  According to your chart, where was this found?

7    A.  According to the chart, that was Room E in the tall

8    dresser, drawer five.

9    Q.  When I say according to the chart, really what I'm saying

10   is according to you.

11   A.  Yes.

12   Q.  Because you were there.

13          MS. SEIFERT:  All right.  We can go to the next slide,

14   please, Page 31.

15   BY MS. SEIFERT:

16   Q.  What do we see here?

17   A.  That's another picture of a drawer that is opened, and it

18   has like various handwritten notes.

19          MS. SEIFERT:  Okay.  Slide 32.

20          THE WITNESS:  The handwritten notes.

21          MS. SEIFERT:  Slide 33.

22   BY MS. SEIFERT:

23   Q.  What do we see in this picture?

24   A.  More handwritten notes.

25   Q.  And these notes, were they also collected by the FBI?

Kaelin - DIRECT

1    A.  Yes.

2    Q.  And are those also on your list?

3    A.  Yes.

4    Q.  And could you just tell the Court where the Court can find

5    those on your list of collected items?

6    A.  So starting from the top, it would be one, two, three,

7    four -- it would be the fifth line and the sixth line of that

8    chart.

9    Q.  Where were these collected from?

10   A.  Those were from the mirrored dresser, the top drawer.

11          MS. SEIFERT:  We can go on to Page 34, please.

12   BY MS. SEIFERT:

13   Q.  Can you read what the note says?

14   A.  Yeah.  It's a pink sticky note.  It says $828.53 money

15   order, with address of 4041 Northeast 7th Avenue, Oakland Park,

16   Florida 33334, with a phone number of (954)290-3922.

17          MS. SEIFERT:  And the next slide, please, Page 35.

18   BY MS. SEIFERT:

19   Q.  What do we see here?

20   A.  So that is the picture of the Smith & Wesson pistol that

21   was in that Smith & Wesson box, but it was underneath the

22   Taurus 9mm.

23          MS. SEIFERT:  Okay.  The next picture, Page 36.

24          THE WITNESS:  Another view of the Smith & Wesson

25   handgun.

Kaelin - DIRECT

1   BY MS. SEIFERT:

2   Q.  Thirty-seven please?

3   A.  That's a picture of the box, which contains the serial

4   number, the model of the pistol.

5          MS. SEIFERT:  Next page, 38.

6   BY MS. SEIFERT:

7   Q.  What do we see here?

8   A.  That's another picture of the Smith & Wesson in a box with

9   everything removed from the box.

10  Q.  And what do we see here next to the Smith & Wesson?

11  A.  That is another magazine.

12         MS. SEIFERT:  And for the record, I circled the silver

13  item inside the box in the photo.

14         Okay.  Next picture, please.

15  BY MS. SEIFERT:

16  Q.  What is this?

17  A.  That is the Fiocchi 9mm ammunition, with the box opened to

18  expose the number of rounds.

19         MS. SEIFERT:  And before you move on to the

20  ammunition, actually, could we go back one page, please, to 38.

21  BY MS. SEIFERT:

22  Q.  And is the Smith & Wesson on your chart the summary

23  Exhibit 912?

24  A.  It is.

25  Q.  What exhibit number is it bearing for the Court?

Kaelin - DIRECT

1    A.  It's going to be the seventh line down.

2    Q.  And what's the number in the left hand column?

3    A.  1051.04.

4           MS. SEIFERT:  And could the Court --

5           THE COURT:  It is not in evidence.

6           MS. SEIFERT:  If Special Agent Bonura could please

7    approach with 1051.04.

8    BY MS. SEIFERT:

9    Q.  And, Special Agent Kaelin, are you familiar with the item

10   that is inside the box?

11   A.  I am.

12   Q.  And did you review this item before you took the stand

13   today?

14   A.  I did.

15   Q.  Did you compare the serial number of the item to your notes

16   and the photos that you have been discussing?

17   A.  Yes.

18   Q.  Does it appear to be the same item that you recovered on

19   October 31st, 2021, from 2951 Northeast 10th Terrace?

20   A.  It is.

21          MS. SEIFERT:  Your Honor, we move to admit

22   Government's Exhibit's 1051.04.

23          MR. ORENBERG:  No objection.

24          THE COURT:  Without objection, 1051.04 is admitted.

25      (Government Exhibit 1051.04 received in evidence.)

Kaelin - DIRECT

BY MS. SEIFERT:

Q.  Could you please read the serial number for the Court.

A.  The serial number on the Smith & Wesson is Foxtrot, Bravo, Uniform 3477.

Q.  Where was this located?

A.  This was located in Room E, the tall dresser, drawer five.

        MS. SEIFERT:  Does the Court want to see the weapon?

        THE COURT:  I don't need to.  I've seen pictures of it.

        MS. SEIFERT:  Moving right along.  We've looked at 39. So can we move ahead to Page 40, please.

BY MS. SEIFERT:

Q.  What do we see here on Page 40?

A.  That is a picture of the silver magazine and that black magazine, and we've placed the ammunition, the rounds, from this that we'd removed from the silver magazine into a plastic evidence bag.

        MS. SEIFERT:  Page 41.

        Now, we're going to pause here for a second, and if I could ask Agent Bonura to please approach with 1053 and 1054.

        Let's start with 1053, please.

BY MS. SEIFERT:

Q.  Now, have you reviewed 1053 before you took the stand today?

A.  Yes.

Kaelin - DIRECT

1    Q.  Did you review the outside markings on the package?

2    A.  Yes.

3    Q.  What, upon your review, did 1053 appear to contain?

4    A.  This is my handwriting.  And it has the box of Fiocchi

5    ammunition.

6    Q.  And are there any markings on the evidence packaging that

7    indicate that it's from the case that we're discussing?

8    A.  Yes.  It has the case ID number, the date, the item number

9    and the collector's information and location.

10   Q.  Does the packaging appear to be tampered in any way from

11   the last time you saw it when you put it into evidence?

12   A.  It has my initials with the date that it was sealed.

13   Q.  And has it been unsealed since that time?

14   A.  No, it has not.

15          MS. SEIFERT:  Your Honor, move to admit 1053.

16          MR. ORENBERG:  No objection.

17          THE COURT:  Without objection, 1053 will be admitted

18   and added to the exhibit list.  I think I'm adding it to your

19   version, but it hasn't been added to mine yet.  But it is

20   admitted.

21      (Government Exhibit 1051.06 received in evidence.)

22   BY MS. SEIFERT:

23   Q.  Agent Kaelin, this is also on your chart, the summary

24   exhibit for the Court.  Could you tell the Court where -- just

25   for clarity, where the Fiocchi ammunition was located in the

Kaelin - DIRECT

1   house.

2   A.   That was in the tall dresser, drawer five.

3   Q.   In Room E?

4   A.   In Room E.  And it's the number 8 on the chart.

5   Q.   Could you hold up the exhibit, just so the Court can see

6   it.

7            THE COURT:   Thank you.

8   BY MS. SEIFERT:

9   Q.   And 1054, are you familiar with the exhibit that's been

10  marked 1054?

11  A.   Yes.

12  Q.   Did you review it before you took the stand today?

13  A.   I did.

14  Q.   Does it have any markings on the package that led you to

15  believe it was an exhibit you previously handled?

16  A.   It's in the original packaging from the date that it was

17  seized.

18  Q.   And does it appear that any of the packages have been

19  opened or any of the items removed from when you last sealed

20  it?

21  A.   It still has my initial seal on it.

22  Q.   What is contained in 1054?

23  A.   This is a box of CCI Blazer .380 caliber, 38 caliber.

24  Q.   Based on your review of the item in front of you and your

25  markings on the bag, is 1054 the same evidence that you

Kaelin - DIRECT

1   collected on October 31st, 2021, at 2159 Northeast 10th

2   Terrace?

3   A.  It is.

4           MS. SEIFERT:  Your Honor, move to admit 1054.

5           MR. ORENBERG:  No objection.

6           THE COURT:  Without objection, 1054 is admitted.

7       (Government Exhibit 1054 received in evidence.)

8   BY MS. SEIFERT:

9   Q.  Could you please show the court the exhibit.

10  A.  (Witness complies.)

11  Q.  Thank you.

12      And could you tell the Court where this item was located?

13  A.  This item was located Room E, tall dresser, drawer five.

14  Q.  Back on screen 450, Page 41.  And what do we see here?

15  A.  That's going to be a SAR 9mm pistol as well.

16          MS. SEIFERT:  Can we go to the next page, please.

17  BY MS. SEIFERT:

18  Q.  What is the serial number?

19  A.  That is Tango 1102-21 Bravo, Victor 65250.

20  Q.  This is 450, Page 42.

21      Is this weapon also displayed on your summary chart, which

22  is Government's Exhibit 912?

23  A.  It is.

24  Q.  What is the exhibit number for this proceeding?

25  A.  1051.03.

Kaelin - DIRECT

1          MS. SEIFERT:  Your Honor, may Special Agent Bonura

2    approach the witness with this weapon?

3          THE COURT:  You may.  And the weapon is in evidence.

4          MS. SEIFERT:  1051.03.

5          THE COURT:  Are you sure we didn't do this one

6    already?

7          MS. SEIFERT:  We might have actually done it.  Thank

8    you, Your Honor.  We'll keep moving.  And it's in evidence.

9          So we'll go to 43, please.

10   BY MS. SEIFERT:

11   Q.  What do we see here?

12   A.  It's a blurry photo of it secured in a firearms box.

13   Q.  Is that how the FBI secures firearms?

14   A.  Yes.

15   Q.  With those zip ties?

16   A.  Yes.

17         MS. SEIFERT:  Page 44.

18   BY MS. SEIFERT:

19   Q.  What do we see here?

20   A.  That's an overall picture of Room E.

21   Q.  We saw this picture before, but now if you could just point

22   to the Court where the mirrored dresser is that you were

23   referring to earlier.

24   A.  That's what I'm calling the mirrored dresser.

25   Q.  Thank you.

 1          MS. SEIFERT:  For the record, the witness is referring
 2    to the dresser on the right-hand side as we look at the
 3    picture, which appears to have a mirror on the top of the
 4    dresser.
 5          Okay.  Page 45.
 6    BY MS. SEIFERT:
 7    Q.  What do we see here?
 8    A.  It's a lockbox containing U.S. currency.
 9    Q.  Where was this item found?
10    A.  That was located under the bed.
11          MS. SEIFERT:  If we can go back one slide to Page 44
12    of 450.
13    BY MS. SEIFERT:
14    Q.  Can you circle the bed in this picture for the Court,
15    please.
16          MS. SEIFERT:  And the witness has circled the
17    furniture that's on the bottom, left-hand corner, and it has a
18    bedspread with pink and flowers.
19          Okay.  Next slide, please, 45.
20    BY MS. SEIFERT:
21    Q.  Now, how much currency was obtained from the lockbox under
22    the bed in Room E?
23    A.  $22,550.
24          MS. SEIFERT:  Could I have the next photo, please, 46.
25

Kaelin - DIRECT

```
 1   BY MS. SEIFERT:
 2   Q.  What do we see here?
 3   A.  That is the currency laid out on the bedspread for
 4   demonstrative purposes, to show the money.
 5           MS. SEIFERT:  Forty-seven.
 6   BY MS. SEIFERT:
 7   Q.  What do we see here?
 8   A.  That's more U.S. currency that is in the top drawer, and I
 9   believe referred to that as the side table.
10   Q.  How much money was located in the top drawer of the side
11   table?
12   A.  $1,000.
13   Q.  Both of these two currency seizures, are those noted on
14   your chart, 912?
15   A.  Yes.
16   Q.  Could you tell the Court where they're located on the
17   chart?
18   A.  So it would be Line Number 11 and Line Number 12.
19           MS. SEIFERT:  Page 48.
20   BY MS. SEIFERT:
21   Q.  What do we see here?
22   A.  That is the money fanned out to show the money.
23           MS. SEIFERT:  Next page, 49.
24   BY MS. SEIFERT:
25   Q.  What do we see here?
```

Kaelin - DIRECT

1   A.  That's another, like, handwritten note, and then with four
2   credit cards, debit cards.
3   Q.  And at the bottom -- actually, before we move on to the
4   credit cards, on the money, is there any kind of special
5   handling that the FBI does with respect to currency that it
6   seizes?
7   A.  So for any currency that we seize, it has to be counted by
8   two agents or an agent and like a TFO.  And then when we -- we
9   place it into what we call a Kapak bag, which is different from
10  the zippered bags that you were shown, Your Honor.
11      And the Kapak bags, we transport those -- any valuable
12  evidence, particularly drugs and money, it has to be placed
13  immediately into evidence.
14      So in this circumstance, because it was on a Halloween
15  night, myself and my supervisor transported that evidence back
16  to the main office where we -- we have the Kapak backs and we
17  heat seal them shut.  We put a label on it with the amount, the
18  denominations.  We heat seal it and it goes into -- in this
19  case, we dropped it into the drop safe for the night vault.
20          MS. SEIFERT:  Let's move to slide 49 of Government's
21  450.
22  BY MS. SEIFERT:
23  Q.  You mentioned there were several credit cards and a pink
24  sticky note.  Can you tell us what the sticky note says?
25  A.  Yeah.  It says:  PJ ammo and 2450 West Sample Road, Pompano

Kaelin - DIRECT

1  Beach, Florida, 33073.  Phone number (954)590-2666.  And it has

2  7.62 by 39.

3  Q.  Do you know what that means, based on your experiences as

4  an FBI agent?

5  A.  Yes.  7.62 by 39 is the caliber for what's more commonly

6  used by AK-47s or the Norinco.  It's a Soviet round.

7            MS. SEIFERT:  Next page, please, 50.

8  BY MS. SEIFERT:

9  Q.  Now, what do we see here on Page 50?

10 A.  This is a picture of that Room E but from the opposite side

11 of the bed.  So the dressers, the mirrored dresser, the tall

12 dresser, that side table would be behind the photographer.

13 Q.  I want to draw your attention to the items on the left-hand

14 side of the picture that appear to be hanging on the wall.

15 What are those items?

16 A.  It appears to be a number of purses.

17 Q.  Did the FBI search the purses?

18 A.  Yes.

19            MS. SEIFERT:  Next page, 51.

20 BY MS. SEIFERT:

21 Q.  What do we see here?

22 A.  More handwritten notes.

23 Q.  Next to those notes is an item.  It appears to be that this

24 is that same bedspread, but what's the item on the left-hand

25 side of the page that I circled?

Kaelin - DIRECT

1    A.  One of the purses that was hanging on the wall.

2          MS. SEIFERT:  Okay.  Next page, please.

3    BY MS. SEIFERT:

4    Q.  Do we see the purse now?

5    A.  Yes.

6          MS. SEIFERT:  This is 52.

7          Okay.  Next page, please.

8    BY MS. SEIFERT:

9    Q.  What do we see here?

10   A.  Those are the contents of a purse.

11   Q.  Okay.  And is it the purse that's displayed in this

12   picture?

13   A.  Yes.

14   Q.  And could you circle it for the Court?

15   A.  (Witness complies.)

16   Q.  And this is also a purse hanging on the wall?

17   A.  Yes.

18         MS. SEIFERT:  Next page.

19   BY MS. SEIFERT:

20   Q.  What do we see here?

21   A.  That's a picture of one of the handgun boxes for one of the

22   SAR nine-millimeters.

23         MS. SEIFERT:  Next picture, please.

24   BY MS. SEIFERT:

25   Q.  What do we see here?

Kaelin - DIRECT

1    A.   That's another one of the handgun boxes for a SAR 9mm.

2              MS. SEIFERT:   Next picture.   This is 56.

3    BY MS. SEIFERT:

4    Q.   Now, we're back to nose notes that you saw earlier.   What

5    do we see here?

6    A.   Just more handwritten notes.

7    Q.   And were these all collected by the FBI?

8    A.   Yes.

9    Q.   And on your chart, your summary chart, which is 912, if we

10   turn to Page 2, do you see a line referring to the handwritten

11   notes?

12   A.   Yes.

13   Q.   And could you tell the Court where that is?

14   A.   It would be the second line from the top.

15             MS. SEIFERT:   And next page, please.

16   BY MS. SEIFERT:

17   Q.   It's closer in of the same --

18   A.   Just a close-up of the handwritten notes.

19             MS. SEIFERT:   Next page.

20   BY MS. SEIFERT:

21   Q.   Now, we have a different person, 58 of 450.   Can you

22   describe it for the Court, please.

23   A.   It appears to be a black leather-type purse with two strap.

24   Q.   And there's some other pieces of paper in front of the

25   purse.   Could you describe those?

Kaelin - DIRECT

1    A.    They're pawnshop receipts.

2    Q.    Were those collected?

3    A.    Yes.

4    Q.    And have you reviewed those in anticipation -- well, let me

5    rephrase that, please.

6        Have you reviewed the evidence container those receipts

7    went into?

8    A.    Yes.

9    Q.    Prior to your testimony today, did you affix an exhibit

10    number to that container and also onto your list, which is 912?

11    A.    I did.

12    Q.    What is the exhibit number for court?

13    A.    1052.

14        MS. SEIFERT:   If Special Agent Bonura could approach

15    with 1052 and a scissors.

16    BY MS. SEIFERT:

17    Q.    Do you recognize the envelope that is 1052?

18    A.    Yes.

19    Q.    How do you recognize it?

20    A.    Well, this is the packaging, and it did have my -- it's

21    been resealed, but it did have my initials and date on the

22    original seal.

23    Q.    And when you viewed it yesterday, was it fully sealed in

24    its original condition?

25    A.    Yes, it was.

Kaelin - DIRECT

1   Q.  Did it have your name on the seal?

2   A.  Yes, my initials and the date.

3   Q.  Based on your review of the item yesterday, when you looked

4   at the item, did it appear to be the same item that you

5   collected on October 31st of 2021, at 2951 Northeast 10th

6   Terrace?

7   A.  Yes.

8   Q.  And that is the receipts located in Room E inside the black

9   purse?

10  A.  Correct.

11          MS. SEIFERT:  Your Honor, move to admit 1052.

12          MR. ORENBERG:  No objection.

13          THE COURT:  Without objection, 1052 is admitted.

14      (Government Exhibit 1052 received in evidence.)

15  BY MS. SEIFERT:

16  Q.  Could you open the packaging, please?

17          THE WITNESS:  Not the sharpest scissors, Your Honor.

18          MS. SEIFERT:  May I retrieve the exhibit?

19          THE COURT:  I'm sorry?

20          MS. SEIFERT:  May I retrieve the exhibit?

21          THE COURT:  You may.

22          MS. SEIFERT:  Okay.  So there's a stack here and I'll

23  display them for the Court and counsel.

24          Defense counsel has already seen this, Your Honor,

25  just for the record.

Kaelin - DIRECT

1  BY MS. SEIFERT:

2  Q.  Where is this receipt located from, Special Agent Kaelin?

3  A.  Could you repeat the question?

4  Q.  Where is this receipt located from?  Can you read --

5  A.  Lucky Pawn and Jewelry, 10207 Northwest 7th Avenue, Miami,

6  Florida 33150.

7  Q.  And what is the item listed under description?

8  A.  In this case, it's a PSA AK-47, 7.62.  It's Sem auto rifle.

9  Q.  What is the date on the receipt?

10  A.  3/13/2021.

11  Q.  Who is it made out to?

12  A.  Eliande Tunis.

13  Q.  And this receipt is very similar, would you agree?

14  A.  Yes.

15      MS. SEIFERT:  In the interest of time, and with

16  Counsel's permission, may I just confirm the similarities and

17  ask about the differences between the receipts?

18      MR. ORENBERG:  Yes.

19      MS. SEIFERT:  Thank you.

20  BY MS. SEIFERT:

21  Q.  So also Lucky Pawn, also from 3/13, also Eliande Tunis.

22  What is the item under description?

23  A.  It's a Galil rifle 556.

24  Q.  Again, another similar receipt.  Lucky Pawn, 3/13, Eliande

25  Tunis.  What is listed under the descriptions?

Kaelin - DIRECT

1    A.  In this case, that is for Pro Mag AK-47 drum, 50 round, in
2    a Pro Mag AK drum 50 round.
3    Q.  Next receipt.  This one is also Lucky Pawn?
4    A.  Yes.
5    Q.  And different sales date now.  What date is it?
6    A.  3/20/2021.
7    Q.  Whose name is on this receipt?
8    A.  Walder St. Louis.
9    Q.  What are the items listed in the descriptions?
10   A.  Jimenez JA 9mm pistol.
11   Q.  You don't need to read the serial number.  You can just
12   read the item, please.
13   A.  Then a Colt Blue 556 semi-auto rifle.
14   Q.  Now, the next receipt.  Also Lucky Pawn, also March 20th.
15   Who's it made out to?
16   A.  Eliande Tunis.
17   Q.  And what is the description of the item?
18   A.  It's another PSA AK-47, 7.62 semi-auto rifle.
19   Q.  Another receipt.  Also Lucky Pawn, also March 20th, also
20   Ms. Tunis.  What's the description of the item?
21   A.  It's an IWI Galil ACE SAR 556 rifle.
22   Q.  Another receipt.  Also Lucky Pawn, different date.  What's
23   the date, please?
24   A.  4/17/2021.
25   Q.  Who's it made out to?

Kaelin - DIRECT

```
 1   A.  Walder St. Louis.
 2   Q.  What's the description on the item?
 3   A.  A Radom Hellpup 7.62 pistol.
 4   Q.  Another receipt.  Same date, same store, Lucky Pawn.  Who's
 5   this one made --
 6   A.  It's a Rifle Century Blue 7.62 semi-auto.
 7   Q.  Same store, another receipt, Lucky Pawn.  What's the date?
 8   A.  3/20/2021.
 9   Q.  What does it say above the date?
10   A.  Layaway receipt.
11   Q.  What's the name on the receipt?
12   A.  Walder St. Louis.
13   Q.  What's the description?
14   A.  A Radom Hellpup 7.62 pistol.
15   Q.  Another receipt, also Lucky Pawn.  This one also says
16   layaway and March 20th, 2021.  Who's it made out to?
17   A.  Eliande Tunis.
18   Q.  And what is the description?
19   A.  It's a Rifle Century Blue, 762 semi-auto.
20   Q.  Another receipt, also Lucky Pawn.  This one says what date?
21   A.  3/20/2021.
22   Q.  Name?
23   A.  Eliande Tunis.
24   Q.  Item?
25   A.  Ammo box.
```

Kaelin - DIRECT

1  Q.  Another receipt.  Also Lucky Pawn, also March 20th, also
2  Ms. Tunis.  What's the item?
3  A.  It's a ETS Glock clear mag.
4  Q.  Another receipt.  Also March 20th, also Lucky Pawn, also
5  Ms. Tunis.  What's the item?
6  A.  Ammo box.
7  Q.  And another receipt from Lucky Pawn.  What's the date on
8  this one?
9  A.  4/18/2021.
10  Q.  Who's it made out to?
11  A.  Eliande Tunis.
12  Q.  What are the items?
13  A.  This is a Rifle Century Blue, 7.62, semi-auto.
14  Q.  And the last one.  Lucky Pawn, also --
15  A.  4/18/2021.
16  Q.  The name?
17  A.  Walder St. Louis.
18  Q.  The item?
19  A.  A Radom Hellpup 7.62 pistol.
20          MS. SEIFERT:  If we can return to 450.  We're almost
21  there.  So slide 59, please -- sorry, Page 59 of slide 450.
22  We're back in the interior of the room here.
23          If we can go forward one slide to 460, please.
24  BY MS. SEIFERT:
25  Q.  What do we see here?

Kaelin - DIRECT

1   A.   That is the Smith & Wesson cardboard box containing a

2   silver-colored magazine and a light, a rail attachment light.

3   Q.   Can you circle the attachment light that you're talking

4   about?

5   A.   (Witness complies.)

6   Q.   What is that item?  Can you describe it for the Court,

7   please.

8   A.   So certain firearms are equipped with a rail on the bottom,

9   in front of the pistol trigger guard.  And the rail is able to

10  accommodate, in this case, a weapons light, a light that

11  attaches and can be activated by your finger when you're

12  handling the weapon.

13  Q.   Okay.  And is that item located on your summary Exhibit 912

14  on the second page?

15  A.   It is.  It's the fifth item down.  It says:  Smith & Wesson

16  pistol box.  Label is serial number one magazine and CT pistol

17  light.

18  Q.   We've been talking about the pistol box as well.  Is that

19  one line up?

20  A.   Yes.

21  Q.   And below -- we'll just go through the remaining

22  descriptions.  Below the Smith & Wesson pistol box with the

23  pistol light, what is the next item below?

24  A.   Black Taurus pistol magazine.

25  Q.   And the item below that?

Kaelin - DIRECT

1    A.  There's one black pistol magazine and one silver pistol

2    magazine.

3    Q.  And where were these items located?

4    A.  The black Taurus pistol magazine and the black pistol

5    magazine -- silver pistol magazine, those two items were --

6    three in total, were from Room E, the tall dresser, drawer

7    five.

8         And the Smith & Wesson pistol box with the magazine -- with

9    one magazine and the CT pistol light were from Room E, the tall

10   dresser, drawer six.

11        MS. SEIFERT:  If we could go back to Page 61, please.

12   BY MS. SEIFERT:

13   Q.  What do we see here?

14   A.  Those are the 15 9mm rounds that were removed from the

15   Smith & Wesson silver magazine.

16        MS. SEIFERT:  And the next page, 62.

17   BY MS. SEIFERT:

18   Q.  Are these some of the same items we've been discussing?

19   A.  Yes.  That would be just a box with the magazine and the

20   pistol light.

21        MS. SEIFERT:  Okay.  And the next page, 63.

22        THE WITNESS:  That's the black Taurus magazine.

23        MS. SEIFERT:  And the next page, 64, please.

24        THE WITNESS:  That's 1, 9mm rounds from the Smith

25   & Wesson magazine.

Kaelin - DIRECT

1           MS. SEIFERT:  And the next page, 65.

2           THE WITNESS:  And then that would be the one black

3    pistol magazine and the one silver pistol magazine.

4           MS. SEIFERT:  And finally, 66.

5    BY MS. SEIFERT:

6    Q.  What do we see here?

7    A.  That is a copy of the search warrant that's left at the

8    scene.  I believe we left it on the dining room table.

9    Q.  Okay.

10          MS. SEIFERT:  We can take down 450.

11   BY MS. SEIFERT:

12   Q.  When the items are all collected by the FBI, how are they

13   tracked?

14   A.  So they're transported to our evidence control room --

15   well, initially I complete report, my 302, and then I do an

16   evidence entry log, which each item is -- it's not the same

17   as -- sometimes there's some confusion with an item number that

18   we assign it at the search.

19       But when we take that evidence and we enter it into a case,

20   it's going to be assigned what we call 1B number, a 1, Bulky,

21   number.  So that number does not necessarily correspond with

22   the evidence numbers that were at the scene.

23       So then we enter that evidence into the system and then we

24   take that evidence to the evidence control room.  And the

25   evidence control room is going to take that -- each one of

Kaelin - DIRECT

1  those evidence items have a 1B number, and they're going to --

2  they have an individual bar code that they're going to affix to

3  that evidence.  And then that's -- that's how they track the

4  inventories, through the bar codes.

5     But as far as the evidence is concerned in the case, it's

6  tracked by our 1B numbers.

7          THE WITNESS:  Which I can show you that here, Your

8  Honor.

9          That would be our evidence inventory bar code, but

10  then that's the actual 1B number assigned in our evidence

11  control for the file.

12          MS. SEIFERT:  And for the record, the witness pointed

13  to a label affixed to the outside of the envelope that he has

14  been using that contains Government's Exhibit 1052.

15          I just have a couple final questions.  I'm going to

16  approach with what has been admitted as 320.01.

17          And if I can have it pulled up on the screen, just

18  Page 5, please.

19  BY MS. SEIFERT:

20  Q.  And this list, Agent, I just would like you to add -- do

21  you see on the right-hand column of the list, there's two

22  columns.  One says "note" and one says "date seized"?

23  A.  Yes.

24  Q.  Okay.  And I'd like you to add a note of your initials and

25  the date for any of the items that you seized which are on this

Kaelin - DIRECT

1    list.  So let's start with the third item down, which is the

2    SAR9 ending in 7862, which you previously testified was

3    Government's 1050.06.

4    A.  Correct.

5    Q.  Then the next item down, which is the Taurus pistol ending

6    in serial number 923, which I believe you previously testified

7    was 1051.05?

8    A.  Correct.

9    Q.  And then two items down from there is the SAR9 pistol with

10   serial number ending in 5250, which you previously testified is

11   1051.03.

12   A.  Correct.

13   Q.  Could you please fill in on the chart your initials and the

14   date that you seized each of those items?

15   A.  (Witness complies.)

16        Done.

17            MS. SEIFERT:  May I retrieve the exhibit?

18            THE COURT:  You may.

19            MS. SEIFERT:  And I am displaying 320.02 for the

20   Court, and move to introduce 320.02 as written on by the

21   witness.

22            MR. ORENBERG:  No objection.

23            MS. SEIFERT:  No questions.

24            THE COURT:  Without objection, 320.02 is admitted.

25   And the witness is passed.

1          (Government Exhibit 320.02 received in evidence.)

2                MR. ORENBERG:  Good afternoon, Special Agent.  One

3     second, please.

4                           CROSS-EXAMINATION

5     BY MR. ORENBERG:

6     Q.  I just want to clear up a couple of things about your

7     background.  Currently, you're with the public corruption and

8     civil rights division --

9     A.  Civil rights squad, yes, sir.

10    Q.  Civil rights squad in Miami, Florida?

11    A.  Field office.

12    Q.  And you've been on the -- and everything refers to the

13    Miami field office, because I think I heard you say you've been

14    there your entire career except for the time you were in TDY up

15    here to D.C., right?

16    A.  Correct.

17    Q.  You've been on the evidence response team for 11 years?

18    A.  I was on our evidence response team for 11 years, and then

19    when I went to headquarters, I had to resign because I would be

20    out-of-pocket for a year and a half.

21    Q.  I see.  When you left Washington and went back to south

22    Florida, you went to the public corruption civil rights squad?

23    A.  I did not.  I went to the gang squad, the Broward County

24    gang squad, from -- I was there from July 2016 until July of

25    2019.

Kaelin - CROSS

1    Q.  Now, Ms. Seifert or you mentioned along the way the C5

2    squad.  Will you tell the Court what that means.  I believe

3    it's capital C-5 squad.

4        (Off-the-record discussion.)

5            THE COURT:  All right.  We're going to take an early

6    afternoon break for technological reasons.  I'll see you in

7    15 minutes, which will be close to five after 3.

8        (A recess was taken at 2:49 PM)

9            THE COURT:  Make sure that Mr. Germine lets us know if

10   he can't hear at some point and we'll make an adjustment.

11       (Off-the-record discussion.)

12           All right.  We've turned things around, so to speak.

13           MR. ORENBERG:  Good observation.

14           (Continued Direct Examination.)

15   BY MR. ORENBERG:

16   Q.  Special Agent Kaelin, where we left off was I asked you if

17   you could describe or tell us what "C5 squad" means?

18   A.  I'm not familiar with C5 squad, sir.

19   Q.  Now, back in October 2021, you told us that you were called

20   to participate --

21       (Off-the-record discussion.)

22           THE COURT:  Special Agent, I don't think she's telling

23   you to stop breathing.

24           THE WITNESS:  I haven't changed my position in front

25   of the microphone, Your Honor.  So I don't think it's me.

1    BY MR. ORENBERG:

2    Q.  Let me rephrase the question, October 31st, 2021, were you

3    asked to participate in the execution of a search warrant?

4    A.  They sent out an email canvas seeking volunteers -- seeking

5    people who would be able to participate in the execution of

6    search warrants.

7    Q.  And you responded in the affirmative?

8    A.  Yes, sir.

9    Q.  What was your particular role in that particular search

10   warrant?

11   A.  I was the team leader for the search.

12   Q.  As the team leader, you would assign the other roles that

13   were essential to the execution of the search warrant?

14   A.  Yes.

15   Q.  Now, in preparation for the execution of the search

16   warrant, you would read the search warrant?

17   A.  Correct.

18   Q.  And you would read -- well, what else would you read?

19   A.  We basically read the search warrant and the attachment,

20   the items we seized -- that we're searching for.

21   Q.  And on the search warrant there's an address?

22   A.  Correct.

23   Q.  And were there any names on the search warrant?

24   A.  I don't recall.

25   Q.  Okay.  But you would agree with me that there's an address?

Kaelin - CROSS

1    A.  Correct.

2    Q.  Prior to the execution of the search warrant, did you do

3    any, I would say, pre-investigation about the location?

4    A.  I did not.

5    Q.  Did a member of your team do that?

6    A.  I do not know.  Not of my team.  We took the scene from the

7    SWAT team.  So they had done some type of -- they would have

8    done an ops plan, and that ops plan would have been reviewed by

9    our executive management for approval.  And then the SWAT team

10   executed the entry into the residence, and then we took custody

11   of the scene from the SWAT team.

12   Q.  So it's fair to say you're sort of the second group on the

13   scene?

14   A.  Correct.

15   Q.  Again, in preparation for the execution of the search

16   warrant, did the SWAT team share their ops plan with you?

17   A.  No.

18   Q.  So other than what was contained in the search warrant,

19   what a court, presumably in Florida, had authorized to be

20   searched, that's all you knew about this investigation?

21   A.  Correct.

22   Q.  And you told us that once the SWAT team cleared the

23   premises for the search team's entry, you went inside?

24   A.  Correct.

25   Q.  And that you were -- you found, I guess, an older man?

Kaelin - CROSS

1    A.  I believe his name was Erick Alic.

2    Q.  Okay.

3    A.  I believe he represented himself as a homeowner.

4    Q.  You also told us that there was a younger person.  I think

5    you said he was in 10th grade?

6    A.  No, it was a female.

7    Q.  Oh, it was a female.

8    A.  I think her name was --

9         MS. SEIFERT:  Objection.  That's a nonresponsive

10   answer.

11        MR. ORENBERG:  I have just a couple questions about

12   this, Your Honor.

13   BY MR. ORENBERG:

14   Q.  How did you know she was in 10th grade?

15   A.  I asked her.

16   Q.  And she was able to speak English?

17   A.  Yes.

18   Q.  And did you ask her any other questions?

19   A.  I believe -- I think I got her cell phone number.

20   Q.  What about the man?  Did you ask him any questions?

21   A.  Name, date of birth and cell phone number.  I was trying to

22   get contact information.

23   Q.  During the execution of the search warrant, where were

24   these two people?

25   A.  They were outside.

Kaelin - CROSS

1   Q.   And at the completion of the execution of the search

2   warrant, what happened with those two persons?

3   A.   They were allowed to take control of the residence.

4   Q.   So they weren't arrested?

5   A.   No, sir.

6   Q.   Now, do you remember when Ms. Seifert was taking you

7   through 66 photographs?

8   A.   Yes, sir.

9   Q.   Part of Exhibit 450.

10      Okay.  Let me back up for a second.

11      Ms. Seifert asked you whether or not you had prepared a

12  report following the execution of the search warrant?

13  A.   A 302.

14  Q.   Yeah.  And you said you prepared that the next day?

15  A.   Yes.

16  Q.   She also asked you if you had any notes that you had

17  contemporaneously made during the execution of the search

18  warrant?

19  A.   Correct.

20  Q.   You said you don't know what happened to those notes?

21  A.   I would have placed them in what we call a physical 1A,

22  which is an envelope.  But because it wasn't a case that was on

23  our squad, I would have submitted them, and I don't know what

24  happened to them from there.

25  Q.   Okay.  But when Ms. Seifert was taking you through

Kaelin - CROSS

1    Exhibit 450, the 66 photographs, do you recall at one point,

2    she asked you if you had reviewed your notes in connection with

3    this investigation prior to your testifying today?

4    A.   I reviewed my 302.

5    Q.   It was your 302?

6    A.   Correct.

7    Q.   So you did not review any notes prior to your testimony

8    today?

9    A.   I don't have those notes to review.

10   Q.   And we talked a lot about Exhibit 912, the summary chart.

11   A.   Correct.

12   Q.   And I believe it's your testimony that you put this chart

13   together?

14   A.   In conjunction with Ms. Seifert.

15   Q.   And in connection with your putting this chart together

16   with Ms. Seifert, did you review your 302?

17   A.   All of the information on that chart comes from that 302.

18   Q.   Did you review any notes?

19   A.   As I said before, my notes would have been used to produce

20   the 302, and I would have submitted those notes as an

21   attachment.

22   Q.   But you haven't seen those notes since -- I think you said

23   you prepared the 302 the day after the execution of the search

24   warrant, which would have been November 1st, November 2nd?

25   A.   Yes.

Kaelin - CROSS

1  Q.  And you haven't seen those notes since that time?

2  A.  No.

3  Q.  Okay.  I just wanted to clear up one other thing with you.

4  You talked about something called a Kapak bag?

5  A.  It's the brand.  It's a generic term for the type of bag,

6  yes.

7  Q.  How do you spell that?

8  A.  I believe it's K-A-P-A-K.  Or maybe like K-dash-P-A-K.

9  Q.  And that during the course of the execution of the search

10  warrant, you used the Kapak bag to put currency in the Kapak

11  bag?

12  A.  Well, it was temporarily placed -- I believe we had the

13  Kapaks, but we don't have a way to seal them on site.  So it

14  would have been placed in the Kapak and then we immediately

15  transport it to the main field office, where there's a sealer

16  with the seals to seal it, to heat seal it.  And then we place

17  it in the night drop vault.

18  Q.  And you would agree with me that prior to the execution of

19  the search warrant on October 31st, 2021, you were -- you had

20  never heard the name Eliande Tunis before, had you?

21  A.  No, sir.

22  Q.  And you had never heard the name Walder St. Louis?

23  A.  No, sir.

24  Q.  And you had never heard any other names, except the

25  gentleman -- I don't know if it's his daughter or whatever the

1  relationship was, the young lady that was there in the home

2  that evening?

3  A.  Correct.

4        MR. ORENBERG:  Okay.  I have no further questions.

5        THE COURT:  All right.  Ms. Seifert.

6                    REDIRECT EXAMINATION

7  BY MS. SEIFERT:

8  Q.  Special Agent Kaelin, you were assisting another squad?

9  A.  Yes.

10  Q.  So who controls the file of the case, your squad or the

11  other squad?

12  A.  The other squad.

13  Q.  So when you say that your notes, you put them in a 1A, can

14  you tell the Court what a 1A is?

15  A.  It's a little envelope.  It has the case number.  You put

16  your name, the title of the case and then what it is.  And it

17  would be, you know, notes from search of the address, and then

18  you send it off.  I don't necessarily know how they get there

19  or if they get there, but it's not unusual for things to not

20  get there.

21  Q.  Well, let me ask you:  When it's your case, like, where --

22  in general, as an agent, where do the 1As go?  Are they stored?

23  A.  We have a file room and we have a -- most everything is --

24  you know, anything that has what we call a wet signature or

25  it's, you know, original, then we keep a physical copy.  So if

1    this case is on the squad, then we have a file room where we

2    have the little red wallets where we keep the evidence in.

3    Those physical 1As go into those wallets and they're retained

4    on that squad.

5    Q.  So in this case when you were preparing for trial, you just

6    didn't have access to the red wallet because it was somewhere

7    else?

8    A.  Correct.  It's not on my squad.

9    Q.  Okay.  Thank you.

10           THE COURT:  All right.  Special Agent, thank you very

11   much for coming.  You may step down and you're excused.

12           THE WITNESS:  Thank you, Your Honor.

13           THE COURT:  And I believe we probably want to get

14   Special Agent Loureiro back on the stand in hopes of allowing

15   him to make his flight.

16           Good afternoon, Special Agent Loureiro.  I remind you,

17   you're still under oath.  Please have a seat.

18           And we will now commence the cross-examination of this

19   witness.

20           Ms. Amato.

21           MS. AMATO:  Thank you, Your Honor.

22                          CROSS-EXAMINATION

23   BY MS. AMATO:

24   Q.  Good afternoon.

25   A.  Good afternoon.

Loureiro - CROSS

1    Q.  So taking you back to October 31st of 2021, you were asked

2    to process -- well, you were asked to assist an investigation,

3    correct?

4    A.  I was asked to -- I was asked to participate in the

5    investigation.  Not the investigation itself but to help out

6    with certain tasks, certain things, yes.

7    Q.  And you took on the role of processing a vehicle that

8    belonged to Walder St. Louis?

9    A.  Yes.

10   Q.  This is a vehicle, Government's Exhibit --

11       Government's Exhibit 410.01.

12           THE COURT:  What you just said to the ELMO, I don't

13   know if the court reporter picked it up.

14           MS. AMATO:  Okay.  All right.  Here we go.

15   BY MS. AMATO:

16   Q.  So showing you what's been already introduced into evidence

17   as Government's Exhibit 410.01, correct?

18   A.  Yes.

19           MR. BARNES:  Your Honor, for clarification, that

20   exhibit has not been introduced into evidence.

21           MS. AMATO:  I'm sorry?

22           THE COURT:  It's not in evidence.

23           MR. BARNES:  It's not in evidence.

24   BY MS. AMATO:

25   Q.  Well, do you recognize what's depicted in Defense

Loureiro - CROSS

1    Exhibit 1?

2    A.   Yes.

3    Q.   That is the vehicle belonging to Walder St. Louis that you

4    processed, correct?

5    A.   Correct.

6         MS. AMATO:   I'd like to move Defense Exhibit 1 into

7    evidence.

8         THE COURT:   You're going to make a Defense Exhibit 1?

9         MS. AMATO:   Correct.

10        THE COURT:   I don't have an exhibit list from you.

11        MS. AMATO:   That's correct, Your Honor.   And that's

12   because -- well, because --

13        THE COURT:   I'll go ahead and do my best to keep track

14   of it without a list.

15        MS. AMATO:   Thank you.

16        THE COURT:   That's Defense 1, which is the same as

17   410.01.   And is indeed marked as 410.01.

18   BY MS. AMATO:

19   Q.   Now, sir --

20        THE COURT:   You've moved it into evidence.

21        Any objection?

22        MR. BARNES:   No, Your Honor.

23        THE COURT:   Defense 1 is admitted.

24      (Defendant's Exhibit 1 received in evidence.)

25        MS. AMATO:   Thank you.

Loureiro - CROSS

1    BY MS. AMATO:

2    Q.  Now, once you located the vehicle, searched the vehicle,

3    you did a diagram of the vehicle; is that correct?

4    A.  Correct.

5        And I actually would like to make a correction to an

6    earlier statement I said.  I think I said I believed it was

7    quadrant I, I designated it.  It's actually quadrant E that I

8    designated it as, just to make sure it's accurate.

9    Q.  The trunk?

10   A.  Yes.

11   Q.  Okay.  So you created this diagram of the vehicle, and in

12   this diagram of the vehicle, you identified certain areas of

13   the vehicle with quadrants?

14   A.  Correct.

15   Q.  And that was, then, to identify where certain items were

16   found in the vehicle?

17   A.  Correct.

18   Q.  And so you identified a quadrant A, as the driver's side

19   area of the vehicle, correct?

20   A.  The driver -- the driver's area.  So the front quadrant,

21   yes, where the driver sits.  And that includes the center

22   console.

23   Q.  And within this diagram, you also then put numbers to

24   identify where certain items were recovered?

25   A.  Correct.

Loureiro - CROSS

1    Q.   So --

2    A.   Approximately where they were recovered.

3    Q.   So the diagram has quadrants with letters, correct?

4    A.   Yes.

5    Q.   And then it has numbers identifying where certain items

6    within a quadrant were recovered?

7    A.   Yes.

8    Q.   That was done, of course, so that you would be able to

9    then -- particularly when taking photographs of items and

10   taking items out, you would be able to recall where these items

11   were located?

12   A.   Yes.

13   Q.   All right.

14           MS. AMATO:   And I'd like the show the witness Defense

15   Exhibit Number 2, which I've shown to the Government.

16   BY MS. AMATO:

17   Q.   If you can take a look at this.

18   A.   Yes.

19   Q.   You recognize this is your diagram that you created of the

20   vehicle, that you drew of the vehicle, correct?

21   A.   Yes.

22   Q.   So again, quadrant --

23           MS. AMATO:   Your Honor, at this time, I would like to

24   move into evidence Defense Exhibit 2.

25           THE COURT:   Did you say no objection?

1          MR. BARNES:  I was about to, Your Honor.  But no

2    objection.

3          THE COURT:  Okay.  Thank you.

4          Defense 2 is admitted.

5      (Defendant's Exhibit 2 received in evidence.)

6    BY MS. AMATO:

7    Q.  Now, in diagram Defense 2, again, quadrant A is the part of

8    the vehicle of the front driver's seat area, correct?

9    A.  Yes.

10   Q.  And then you have a number 1, number 2, 3 and 4 in this

11   area, correct?

12   A.  Along with 5, 6 and 7.

13   Q.  Right.  But those appear to be on the console area; is that

14   correct?

15   A.  Yes.  It's quadrant A, but the console area, within reach

16   of the driver.

17   Q.  So when we see number 1, that circle, that means that there

18   were actually items that were found on the seat of the vehicle;

19   is that correct?

20   A.  So this diagram complements the photography.  So the

21   diagram itself, in all likelihood, it was found on the seat.

22   It's possible it could have been under the seat too.  But the

23   photographs would tell me that.

24   Q.  And likewise, for number 3, it appears to be where the seat

25   it, correct?

1    A.  Correct.

2    Q.  And then number 2 appears to be where the door is, correct?

3    A.  Yes, 2 and 4.

4    Q.  2 and 4.

5        And the door had, actually, like a pocket, right?  And

6    there were items recovered in the pocket?

7    A.  I believe in this case it was.  Generally, it is like that

8    with vehicles.

9    Q.  So now I'd like to show to witness, which is going to be

10   Defense Exhibit Number 3.  And it's both --

11           MS. AMATO:  For identification.  It's slide 71.

12   BY MS. AMATO:

13   Q.  So you recognize this photograph, correct?

14   A.  Yes.

15   Q.  And you took the photographs; is that right?

16   A.  Yes.

17   Q.  And this, we see a number 2, correct?

18   A.  Correct.

19   Q.  And this is consistent with your diagram of a number 2, the

20   driver's side area, the door?

21   A.  Yes.

22   Q.  All right.  And in this number 2, we see certain items that

23   are in this pocket, correct?

24   A.  Correct.

25   Q.  And this is a fair and accurate depiction of what you saw

1   when you came upon the vehicle and searched this area, correct?

2   A.   Yes.

3   Q.   After you put your number 2?

4   A.   Right.  The number 2 wasn't there when I found it.  I put

5   that number 2.

6          MS. AMATO:  Your Honor, at this time, I move Defense

7   Exhibit Number 3, which is slide 71 of binder one of the

8   Government's exhibits.

9          MR. BARNES:  No objection.

10         THE COURT:  Without objection, Defense 3 is admitted.

11      (Defendant's Exhibit 3 received in evidence.)

12  BY MS. AMATO:

13  Q.   I'd like to zero in, you see this crumpled yellow piece of

14  paper?  It has some wording on it?

15  A.   Yes.  You're referring to the yellow one?

16  Q.   Yes, the yellow one.  Which I'm going to circle now in

17  purple.

18  A.   Yes.

19  Q.   What you did with these items after you found them in the

20  location they were in is you then took them out, and then

21  certain ones which you found to be relevant, you then took

22  pictures independently of those items, correct?

23  A.   In all likelihood, I'll need to see the rest of the

24  pictures concerning this.  I can't recall which one was item

25  two exactly.

1   Q.  I'm not trying to trick you.  So, for example, moving to

2   slide number 72, do you recognize having taken this photograph?

3   A.  Yes.

4   Q.  And this, again, in this photograph --

5           MS. AMATO:  And I'm identifying slide number 72.  And

6   this will be -- we'll do this -- I guess the first one will be

7   3A, Your Honor.  And this will be 3B.

8   BY MS. AMATO:

9   Q.  And, again, we see the number 2 here, correct?

10  A.  Yes.

11  Q.  And that is your marking to identify where these items were

12  located in the vehicle?

13  A.  Correct.

14  Q.  And so we have a better picture of these two -- there's two

15  yellow papers that appear to have been crumpled up in the

16  earlier page, correct?

17  A.  Yes.

18  Q.  Okay.  So these items were -- because they were found in

19  number 2, that is, again, the pocket area on the driver's side

20  door, correct.

21  A.  Yes.

22  Q.  And we see -- you can read what is on the top of both of

23  these, and they say, it says "Benita Container," correct?

24          THE COURT:  You can't read it until you move to admit

25  it into evidence.

Loureiro - CROSS

1              MS. AMATO:  I'm sorry, I forgot.  I'm jumping ahead.

2    BY MS. AMATO:

3    Q.  Sir, is this a fair and accurate picture of the items that

4    you recovered from this area, number 2?

5    A.  I haven't had a chance to review it prior to trial.  But it

6    looks like a photo I would have taken, a photo I took that day.

7              MS. AMATO:  Well, Your Honor, these are from the

8    Government's exhibits.

9              THE COURT:  Well, move it into evidence.

10             MS. AMATO:  I will move it into evidence.

11             THE COURT:  Mr. Barnes will take care of any problem,

12   but I don't think there'll be any.

13             MR. BARNES:  No objection.

14             THE COURT:  3B is admitted.

15        (Government's Exhibit 3B received in evidence.)

16             MS. AMATO:  Thank you.

17   BY MS. AMATO:

18   Q.  Special Agent, you can read both of these are two different

19   Benita Container receipts, correct?

20   A.  Yeah, two different ones.

21   Q.  Because they actually have numbers on them, right?  The one

22   on the right has the number 2999, correct?

23   A.  Yes.

24   Q.  And it has a date of June 5th -- let me take this off.

25   June 5th, 2021.  June 5th, '21.

Loureiro - CROSS

1    A.  I believe the '21 is there too.  That one is not as clear

2    as the six and five.

3    Q.  Okay.  Then moving to slide number 73, which I will mark as

4    Defense Exhibit 3B, C, slide 73.  This is just a photo, then,

5    of one of those documents, correct?

6    A.  Yes.

7          MS. AMATO:  Your Honor, at this time, I would move

8    into evidence as Defense 3C, slide 73?

9          MR. BARNES:  No objection, Your Honor.

10          THE COURT:  Without objection, Defense 3C is admitted.

11    (Government's Exhibit 3C received in evidence.)

12   BY MS. AMATO:

13   Q.  Enlarging it a little bit, you can see there seems to be a

14   number here for this invoice of 0314, correct?

15   A.  It appears as B031.  314 is clear.  I think it is a zero,

16   too, but can't tell at that angle.

17   Q.  It's a different number than the first one we looked at?

18   A.  Yes.

19   Q.  And this one appears to have a date of 7/26/21?

20   A.  Yes, I believe so.

21          THE COURT:  You're saying it's a seven or a four?

22   BY MS. AMATO:

23   Q.  Sir, if you can read that.  There might be a clearer

24   photograph.

25   A.  Twenty-one is really the only numbers that are clear, but I

Loureiro - CROSS

1    do believe the other numbers are 26.  I can't really tell what

2    that first digit is.

3    Q.  Moving to 3D, and this is slide 74.  I think we have a

4    clearer photograph, correct?

5    A.  Yes.

6    Q.  This is a clear photograph of that upper right-hand corner

7    that we were just looking at of the yellow sheet, correct?

8    Sir, this is a clearer photograph, correct?

9    A.  Yes.

10            MS. AMATO:  Your Honor, at this time, I would move

11   into evidence Defense 3D, which is slide 74.

12            MR. BARNES:  No objection, Your Honor.

13            THE COURT:  Defense 3D is admitted.

14       (Government's Exhibit 3D received in evidence.)

15            MS. AMATO:  It appears Your Honor's eyes are better

16   than everyone's.

17   BY MS. AMATO:

18   Q.  We can see now there is a date of 4/26/2021?

19   A.  Yes.

20            MS. AMATO:  And I moved this into evidence, Your

21   Honor?

22            THE COURT:  You already moved it in.

23            MS. AMATO:  Okay.  Thank you.

24            All right.  Let me just take this off now.

25   BY MS. AMATO:

Loureiro - CROSS

1  Q.  Not to belabor the point, but I'm going to show you

2  slide 75, which is Defense Exhibit 3E.

3      And this, again, is a photograph of what we were just

4  looking at, dated 4/26/2021, invoice number 0314, correct?

5  A.  Yes.

6          MS. AMATO:  Your Honor, at this time, I would move

7  into evidence Defense 3E, which is slide 75.

8          MR. BARNES:  No objection.

9          THE COURT:  Without objection, 3E, which does belabor

10 the point to some extent, the cumulative point, will be

11 admitted.

12     (Government's Exhibit 3E received in evidence.)

13         MS. AMATO:  Thank you.

14 BY MS. AMATO:

15 Q.  And, sir, underneath "Benita Container," it indicates that

16 this is a shipping from Miami to Haiti, correct?

17 A.  That's what it says.

18 Q.  And at the bottom of this page, it shows -- seems to show a

19 dollar amount of $375, correct?

20 A.  375 or maybe 3.75.

21 Q.  And 400, correct?  There seems to be two different amounts

22 listed here.

23 A.  Yeah, 400 or maybe 407.  It looks like it's scratched out.

24 Q.  All right.  Okay.

25     Now, I'd like to show you a photograph, which I'm going to

1    mark as Defense Exhibit 4.

2              THE COURT:  I'm asking so I know where to be writing

3    things, since I don't have an exhibit list from the defense.

4    How many exhibits do you expect to have, approximately?

5              MS. AMATO:  Well, Your Honor, let's see.

6              THE COURT:  Just approximately, in a range of --

7              MS. AMATO:  Maybe 10 to 15.

8              THE COURT:  All right.  Please continue.

9              MS. AMATO:  Okay.  Thank you.

10    BY MS. AMATO:

11    Q.  Sir --

12              MR. BARNES:  Your Honor, if I could just briefly,

13    perhaps for efficiency's sake, the Government would stipulate

14    that all of the pictures that were taken of the vehicle are --

15    can be admitted into evidence.

16              THE COURT:  No objection to your admitting them.  So

17    if you'll just identify them, we'll know what's in evidence.

18              MS. AMATO:  All right.  Defense Exhibit 4A, which is

19    slide 84 --

20              THE COURT:  Wait a minute.  I think you can deal with

21    them one-by-one.  You just don't have to move them into

22    evidence.  But go ahead.

23              MS. AMATO:  I just want to make sure which ones I've

24    admitted and what they are.  And just so the Government knows

25    as well.  That's why I want to put on the record 4A and the

1    slide number.

2    BY MS. AMATO:

3    Q.  So we see a number 3, correct?

4    A.  Yes.

5    Q.  That's something that you and your team would have put in

6    this vehicle, correct?

7    A.  Yes.

8    Q.  All right.  And going back to Defense Exhibit 2, which is

9    the diagram of the vehicle, we see the number 3 in quadrant A,

10   correct?

11   A.  Correct.

12   Q.  And that appears to be in the area of the seat of the

13   vehicle, correct?

14   A.  Yes.  On top of the seat.

15   Q.  So when we look at this photograph, we know that -- what

16   was found here that we're looking at was in that front

17   passenger seat?

18   A.  Yes.

19   Q.  And, again, there was an item here, a piece of paper, that

20   you then opened up and then took a photograph of, of the whole

21   item, correct?  The whole piece of paper, correct?

22   A.  In all likelihood.  I would need to see the picture.

23   Q.  Okay.

24          MS. AMATO:  Okay.  I'm going to mark this and move

25   into evidence Defense 4B, which is slide number 86.

Loureiro - CROSS

1  BY MS. AMATO:

2  Q.  Again, we see number 3 is marked there, correct?  To

3  identify where it was from?

4  A.  Nothing --

5          THE COURT:  Nothing is coming up on the screen here.

6          MS. AMATO:  I'm going back and forth.  Okay.

7  BY MS. AMATO:

8  Q.  So we've got number 3, correct?

9  A.  Yes.

10 Q.  That's because that's where it was found, correct?

11 A.  Yes.

12 Q.  And this document seems to have a signature on the

13 left-hand side of the paperwork, correct?

14 A.  It appears to be a signature, yes.

15 Q.  And a date of 9/31/2021.  Under number 23?

16 A.  9/31.

17         THE COURT:  There is no such date as 9/31/2021.

18         MS. AMATO:  I'm sorry.  I can't see.

19 BY MS. AMATO:

20 Q.  It's 9/20/2021?

21 A.  It appears to be that date, yes.

22         MS. AMATO:  Now I'd like to go to slide 209.

23 Slide 210, which will be Defense Exhibit 5A.  That's slide 210.

24         The Court's indulgence.

25         THE COURT:  Certainly.

Loureiro - CROSS

```
1              MS. AMATO:  I'm going to skip that one for now.  I'm

2      going to go to slide 192.

3              THE COURT:  So 5A is no longer something you're using?

4              MS. AMATO:  I will use it, but I'm going to move to

5      Defense 6, which is -- Defense 6A, and it's slide 192.

6              THE COURT:  This is 6A?

7              MS. AMATO:  Yes -- actually, wait a minute.

8      Slide 191, excuse me.

9      BY MS. AMATO:

10     Q.  Now --

11             THE COURT:  It's not up.

12             MS. AMATO:  Oh, okay.  That's fine.

13     BY MS. AMATO:

14     Q.  So slide 191, Defense 6A, that is the trunk of the vehicle,

15     correct?

16     A.  Yes.

17     Q.  Okay.  And on direct examination, you testified about some

18     ammunition that you found back here in this trunk, correct?

19     A.  Yes.

20     Q.  And you also found a bag, a blue bag with documents,

21     correct?

22     A.  I believe it did have documents in it.  It appears that it

23     did.

24     Q.  Okay.  And, in fact, there were many documents throughout

25     the vehicle in English, right, English documents that you found
```

Loureiro - CROSS

1    throughout the vehicle, correct?

2    A.   I can't recollect whether all of them were in English, but

3    I'm pretty sure they were.

4    Q.   Okay.  So I'm going to now show you what is Defense

5    Exhibit 6B, which is slide 192.  And this is the bag and the

6    documents that had been taken out of the bag, correct?

7    A.   Correct.

8    Q.   And moving to Defense Exhibit -- slide number 195 for 6C.

9    And this was one of the documents that was found in the bag?

10   A.   Yes.

11   Q.   Okay.  And additionally, in this bag -- I am now going to

12   move back to Defense Exhibit 5A, which is slide 210.  Was a

13   document with this money order receipt that was attached to it,

14   stapled to it as well, correct?

15   A.   Yeah.

16   Q.   And this document has the name of Walder St. Louis,

17   correct?

18   A.   Yes.

19   Q.   And it is on the top right-hand corner, it's identifying as

20   a USCIS Form I-90, correct?

21   A.   Correct.

22   Q.   And the document that's stapled to it indicates it's a

23   receipt for a certain amount of money, correct?

24   A.   Yes.

25   Q.   And it has a date of July 7th of 2018?

Loureiro - CROSS

1    A.   07/07/18.

2    Q.   Okay.  And I believe this one document -- let's see.

3         You were shown a Lucky Pawn and Jewelry receipt on direct

4    examination.  Do you recall that?

5    A.   Yes.

6    Q.   And I'm going to show it to you again.  And this was found

7    in the quadrant 1 of the vehicle, correct?

8    A.   Item one?  I believe --

9    Q.   I'm sorry, not quadrant one, number 1?

10   A.   Right, number 1, yeah.

11   Q.   And again, going back to where number 1 was, that is

12   located in quadrant A, correct?

13   A.   Correct.

14   Q.   And this document, which is Government's Exhibit --

15        (Off-the-record discussion.)

16   Q.   So this is Government's Exhibit 410.05.  It also appears to

17   have a date, correct, on the right-hand corner?

18             THE COURT:  410.05 is not in evidence.

19             MS. AMATO:  Okay.  I'm going to go back then.

20   BY MS. AMATO:

21   Q.   So Defense Exhibit 7, I'm going to mark this as Defense

22   Exhibit 7 and it's slide 64.

23        And you established for us that this was found, again, in

24   quadrant A, which is the driver's seat area in section 1,

25   correct?

Loureiro - CROSS

1    A.  Not section 1.  Item 1 in quadrant A, yes.

2    Q.  When you say item 1, I mean, item 1 involves more than just

3    one item, correct?

4    A.  I put a bunch of documents into item 1, but collectively

5    call it as item 1.

6    Q.  Looking to the right-hand corner, there appears to be a

7    date of 2017, correct, the year?

8    A.  It appears to be, yes, '17.

9           MS. AMATO:  The Court's indulgence.

10          Thank you, Your Honor.  I have no further questions.

11          THE COURT:  All right.  Mr. Barnes.

12          MR. BARNES:  Brief indulgence, Your Honor.

13          THE COURT:  Certainly.

14          MR. BARNES:  Your Honor, the Government has no

15   questions for this witness.  But once he's excused, we'd like

16   to approach with a brief question for the Court.

17          THE COURT:  So once the witness is excused or before

18   the witness is excused?  Which?

19          MR. BARNES:  After the witness is excused.

20          THE COURT:  So we can excuse the witness.

21          Thank you, Special Agent.  We appreciate your coming.

22   You can step down.  You are excused.

23          And then you would like to approach or have a question

24   from there?

25          MR. BARNES:  Approach.

Loureiro - CROSS

1           THE COURT:  With opposing counsel?  All right.  Come

2    on up.

3       (Bench Conference.)

4           MS. SEIFERT:  Your Honor, I think that we are making a

5    request that one of the defense exhibits, I think it was 3 or

6    4 -- I apologize, I lost count -- with respect to --

7           THE COURT:  Was it Exhibit 3 or 4?

8           MS. SEIFERT:  The one with the Benita shipping

9    container, the two receipts next to each other.  There is a

10   name on one of those receipts, and we would ask that in the

11   public version of the exhibit and as it's admitted, that may be

12   redacted for the privacy of that person, with the Court's

13   permission.

14          THE COURT:  I'm fine with that.  I can't do it, but

15   you may do it.

16          MS. AMATO:  That's fine.  That's fine.  No problem.

17          MS. SEIFERT:  Thank you.

18      (Bench Conference concluded.)

19          THE COURT:  Next witness, please.

20          MS. SEIFERT:  May we actually approach one more time

21   with counsel?

22          THE COURT:  Sure.

23          MS. SEIFERT:  One very small other issue.

24          THE COURT:  Mr. Orenberg, Ms. Amato.

25      (Sealed Bench Conference.)



11    (Sealed Bench Conference Concluded.)

12                        JEANTY LOUIS,

13    having been first duly sworn on oath, was examined and

14    testified as follows:

15            THE COURT:  Good afternoon, sir.

16            THE WITNESS:  Good afternoon.

17            MS. SEIFERT:  I should have said, the Government calls

18    Mr. Jeanty Louis.

19    BY MS. SEIFERT:

20    Q.  Mr. Louis, could you please introduce yourself and spell

21    your name.

22    A.  My name is Jeanty Louis, J-E-A-N-T-Y, Louis, L-O-U-I-S.

23    Q.  If you could sit a little closer to the microphone for us.

24        Where were you born?

25    A.  Port-au-Prince Haiti.

Loureiro - CROSS

1  Q.  Where do you live now?

2  A.  I currently live in Haiti and also in Florida.

3  Q.  When did you come to the United States?

4  A.  1993.  I was about 16.

5  Q.  How long -- have you lived in the United States on and off

6  since 1993?

7  A.  Yes.  From 2012 to now.

8  Q.  How far did you go in school?

9  A.  Some college.

10  Q.  And did you serve in the armed forces?

11  A.  Yes.

12  Q.  What branch?

13  A.  Marine Corps and Army Reserve.

14  Q.  How long were you in the Marines for?

15  A.  Four years in the Marine Corps and four years in the Army

16  Reserve.

17  Q.  And you said that sometimes you're in Haiti and sometimes

18  you're in Florida.  What is the nature of your work?

19  A.  I am a corporate security specialist, working with INGOs in

20  Haiti.

21  Q.  You said IGOs?

22  A.  INGOs, international and government organizations.

23  Q.  Thank you.

24      Have you been back and forth from Haiti since at least

25  2012?

Loureiro - CROSS

1    A.  Yes.

2    Q.  And you said your corporate --

3    A.  Corporate security specialist.

4    Q.  Specialist.  Tell us what that means.

5    A.  We -- what I do is I do security risk analysis for

6    organizations working in Haiti.  I do evaluation -- what we

7    call country risk rating.  We assess the safety and security

8    contacts of Haiti.  So activities that may be putting staff at

9    risk or the organization at risk.

10   Q.  Have you worked for more than one non-governmental

11   organization in Haiti?

12   A.  Yes, I have.

13   Q.  You don't have to give us all the names, but can you tell

14   us the different types of organizations you've worked for?

15   A.  Yes, ma'am.  I've worked for World Vision International as

16   their security director.  I've worked for Save the Children as

17   a security director.  I've also worked for PSI as their

18   security director.

19   Q.  All of those were in Haiti?

20   A.  Yes, ma'am.

21   Q.  As a security director, have you ever employed any local

22   Haitians?

23   A.  Yes, I have.

24   Q.  What do you employ them to do?

25   A.  We have assistant security -- corporate security

Loureiro - CROSS

1   specialists and we also have security guards that we hire.

2   Q.  Let's take the security guards.  For instance, how much did

3   you pay them in their salary?

4   A.  The court salary for a security is about 30,000 gourde.

5   Their take-home is about 25,000 gourde, which is roughly $200.

6   Q.  Is that a month?

7   A.  Yes, ma'am.

8   Q.  Is that -- based on your knowledge living in Haiti, where

9   does that fall on the range of salaries for people who live in

10  Haiti?

11  A.  It's pretty low.

12  Q.  It's pretty low?

13  A.  Yes, it's pretty low.  They're not able to do much with

14  that.

15  Q.  Is a security guard, is that considered a good job, one

16  that pays well?  Tell me more about sort of like your

17  experiences in Haiti.  How much money is a local Haitian living

18  off of, on average?

19  A.  In comparison, the salary of a security guard in Haiti is

20  comparable to the security of a brand-new police officer in

21  Haiti.  So they make about the same.  Once again, it doesn't

22  cover all their basic needs.  That's the problem.

23  Q.  Now, as part of your testimony today, I just want to

24  clarify, you were born in Haiti.  Do you have any family

25  connections to the Haitian government?

1    A.  Yes, I do.

2    Q.  Without, again, telling me specifics, could you just

3    generally explain to the Court some of your family connections?

4    A.  My father was a minister for former Haitian government.  My

5    older brother was prime minister.  My uncle was prime minister.

6    I have an uncle, a distant uncle, that was president.

7    Q.  Based on those connections to government employees from

8    Haiti, would it be fair to say that some people know your last

9    name, know who you are?

10   A.  Yes, it would.

11   Q.  When you're in Haiti?

12   A.  Yes.

13   Q.  In your experience in Haiti in August of 2021, did you have

14   occasion to meet with -- or meet members of a gang called 400

15   Mawozo?

16   A.  Yes.

17   Q.  Tell me how that happened.

18   A.  On August 27th, 2021, I was kidnapped in

19   Croix-des-Bouquets.  And following my kidnapping, I was taken

20   to a location where I was -- I was greeted by certain members

21   of kat san Mawozo.

22   Q.  You said kat san Mawozo?

23   A.  Yes.

24   Q.  What does that mean?

25   A.  400 Mawozo.  The Mawozo -- it's hard to translate.

Loureiro - CROSS

1   Q.  Is kat san Mawozo the Creole version?

2   A.  Yes, it is.

3   Q.  Do you speak Creole?

4   A.  Yes, ma'am.

5   Q.  Should have asked that.  Sorry.

6        You said you were taken to a location where you met members

7   of that gang.  Who did you meet?

8   A.  The leader of the group at that time, which is Lanmo San

9   Jou.

10  Q.  Had you met that individual before?

11  A.  No.

12  Q.  Were you aware of him in some way?

13  A.  Yes, I was aware.

14  Q.  How were you aware?

15  A.  Part of the work that I was doing in Haiti, we've

16  identified different group leaders or gang leaders in the

17  country and the different gangs operating in different areas.

18  Q.  When you met the individual who calls himself Lanmo San

19  Jou, what did he say to you?

20  A.  He told me that I had -- one of the people that

21  participated in that kidnapping had been hurt and I was about

22  to be shot.  And then he asked me to call my family and tell

23  them that, so he could start negotiating for my release.

24  Q.  Did he take anything from you?

25  A.  My cell phone, my wallet.  I was carrying a firearm.  They

Loureiro - CROSS

1    took it as well.

2    Q.  You said that -- I'll call him Mr. San Jou.  You said that

3    Mr. San Jou told you someone was hurt.  Tell me more about

4    that.

5    A.  When I was taken, one of the individuals in the area where

6    I was taken, the neighbor started shooting, and one of the

7    individuals got out of the vehicle and he accidentally shot

8    himself in the foot.

9    Q.  How many people participated in your kidnapping as the

10   individuals trying to kidnap you?

11   A.  I would say seven.

12   Q.  Were they carrying any weapons?

13   A.  Yes, they were.  They were carrying assault rifles.

14   Q.  You said one of them injured themselves with their own

15   rifle?

16   A.  That is correct.

17   Q.  So after you were taken hostage by those folks, you met

18   Mr. San Jou, were there any stops along the way?

19   A.  Yes.  Initially, when I was first taken, they made an

20   initial stop with us.  And we could hear the conversation that

21   there were police patrols in the area.  So they wanted them to

22   clear first.  And we left that site and made a second stop,

23   where I met Mr. San Jou.  From there, they took us to the

24   location where we were being held.

25   Q.  Okay.  You said you could hear the conversation.  Whose

Loureiro - CROSS

1    conversation could you hear?

2    A.   The first stop they made, it's an area where they have -- I

3    guess they have friends there, and they were discussing what

4    had taken place, and they were talking to the gentleman that

5    was hurt.

6    Q.   When you say "they," are you referring to your captors?

7    A.   Other people that were there with them.

8    Q.   What language were they speaking in?

9    A.   Creole.

10   Q.   Did you have any challenges understanding the Creole

11   speakers?

12   A.   No.

13   Q.   You said after you met Mr. San Jou, you made a third stop,

14   where you were being held.  Tell me about that place.

15   A.   They took us to this house, which had two rooms.  They

16   brought me in.  My hands were tied.  They had armed guards

17   there watching over us.  We are searched again and asked to

18   just stay there and go to sleep, basically.

19   Q.   You said there were two rooms.  Can you describe the layout

20   of the room a little bit more?

21   A.   The rooms were basically divided by something that's

22   similar to drywall.  So in the room where I was, it was me and

23   another person.  And the other room, there was another group of

24   people that were there.

25   Q.   Did you see the people in the other room?

Loureiro - CROSS

1    A.  Later on, yes.

2    Q.  Let me ask you, how many days in total were you held by 400

3    Mawozo?

4    A.  Five days.

5    Q.  For the entire five-day period where you were there, who

6    else was with you in that place where you were being held

7    captive?

8    A.  We were roughly about seven initially.  So it was -- in the

9    room where I was being held, it was myself and another

10   gentleman.  And on the other side, we had five more people,

11   including a young lady.

12   Q.  Including a young lady, you said?

13   A.  Yes.

14   Q.  So the person who was being held in the room with you, was

15   that person an American or Haitian?

16   A.  That person is Haitian, but we had another person brought

17   later on that was also an American.

18   Q.  Was that person also in the room with you?

19   A.  Yes.

20   Q.  So your room, in total, during the five days has three

21   people?

22   A.  Yes, ma'am.

23   Q.  You mentioned the other room?

24   A.  Uh-huh.

25   Q.  You said that had --

Loureiro - CROSS

1    A.   Five.  Five.

2    Q.   Okay.  And one female?

3    A.   Yes, ma'am.

4    Q.   And how many --

5    A.   Four males, yes, ma'am.

6    Q.   Great.  The folks in the other room, did you know what

7    nationality they were?

8    A.   Later on, yes, I did find out they were Haitian.

9    Q.   Did they appear to be speaking Creole or English?

10   A.   Creole.

11   Q.   During the time period when you were held, you said the

12   first night they told you to go to sleep.  What happens the

13   next morning?

14   A.   The next morning, Mr. San Jou came to -- it seems like --

15   to check in on us, and he was asking everybody to call their

16   relative so they could negotiate their release.  He had asked

17   me to phone my relatives, so they can start negotiating.

18   Q.   And Mr. San Jou, was he speaking in Creole?

19   A.   Yes, he was.

20   Q.   Did you overhear him making calls with respect to the other

21   people who were being held?

22   A.   Yes.

23   Q.   What types of amounts of money was he requesting for the

24   individuals being held?

25              MR. ORENBERG:  Objection, leading.

Loureiro - CROSS

1          MS. SEIFERT:  What types of?

2          THE COURT:  I think you'll have to ask a different

3    question.

4    BY MS. SEIFERT:

5    Q.  Okay.  So you overheard him negotiating ransom?

6    A.  Yes.

7    Q.  That was in Creole?

8    A.  Yes.

9    Q.  Did you understand what he was saying?

10   A.  Yes.

11   Q.  Could you hear the amount of money he was demanding?

12   A.  We could hear.

13         MR. ORENBERG:  Objection, Your Honor.  Leading.

14         THE COURT:  That's overruled.  I think there's

15   sufficient foundation for the negotiating involving ransom

16   money.  That's overruled.  You may answer the question.

17         THE WITNESS:  I could hear the family members telling

18   him --

19         MR. ORENBERG:  Objection.  Hearsay.

20         THE COURT:  Ms. Seifert?

21         MS. SEIFERT:  So I'm not introducing the family

22   member's statements for the truth of the matter.  It's for

23   context as to what Mr. San Jou responds.

24         THE COURT:  You may answer.  Overruled.

25         THE WITNESS:  So when speaking on the phone, because

Loureiro - CROSS

1   they're not -- they're speaking -- they are on speaker.  So you

2   can hear the statement of the people that he's talking to,

3   telling them how much money they have, and him saying, you

4   know, you need to have more than this.  So the number they were

5   giving were in Haitian gourde, not in U.S. dollars.

6   BY MS. SEIFERT:

7   Q.  Sorry, let me just clarify.  Right now I'm just asking you

8   about those folks who were being held who were Haitians.  With

9   respect to those conversations, you said the numbers, were they

10   in Haitian gourde or in U.S. dollars?

11   A.  They were in gourde.

12   Q.  You stated that the family members were giving numbers and

13   Mr. San Jou was saying something in reply.

14   A.  So he would reply that the amount was not what he expected,

15   and he would tell them if they reach this number or that number

16   to call him back.

17   Q.  In your recollection, what was the number that Mr. San Jou

18   was saying was not enough?

19   A.  At the time, the number the people were offering was the

20   equivalent of a thousand dollars.

21   Q.  In U.S.?

22   A.  Yes.

23   Q.  But --

24   A.  But in gourde.

25   Q.  Thank you.

Loureiro - CROSS

1    A.   The gourde equivalent of that.

2    Q.   What about for you?  You were a U.S. citizen.  Did anyone

3    say anything --

4            MR. ORENBERG:  Objection.  Leading.

5            MS. SEIFERT:  I haven't asked the question yet.

6            THE COURT:  I'm waiting to hear what the thing you're

7    objecting to is.  So let's let the question be framed.

8    BY MS. SEIFERT:

9    Q.   You're a U.S. citizen.  Did anyone say anything to you

10   about your citizenship?

11   A.   Yes.  Mr. San Jou came to talk to me on Monday about my

12   nationality and my service, my military service.

13   Q.   Tell me more about that conversation.

14   A.   So basically, we were -- because we were being held, they

15   listened to the news in the morning and we could hear the

16   radio.  And on the radio, they were announcing that there was

17   an American service member that was kidnapped.  So we heard

18   that.  All of us, we all heard that.

19       And Mr. San Jou showed up a couple of minutes later, and he

20   was asking which one of us was an American citizen.  He asked

21   me had I been traveling before.  And I said yes.  He asked me

22   if I was an American citizen.  I said yes.  He asked me if I

23   was in the military.  I told him not anymore.  He basically

24   said to me, don't you know that when you join the military, you

25   never leave?  Call your family so you can be released.

Loureiro - CROSS

1  Q.  I'm sorry, that was a little fast.  Could you repeat it,
2  please.
3  A.  He asked me if I was a U.S. citizen.  I told him yes.  He
4  asked me if I was in the service.  I told him not anymore.  He
5  stated that once you're in the military, you're always in the
6  military, or something like that.  And for me to call my family
7  so they can get me out, so I can be released.
8  Q.  And did you call your family?
9  A.  Yes, I did.
10 Q.  Without telling me the name of the person you called, who
11 did you call?
12 A.  My cousin.
13 Q.  What happened after you called your cousin?
14 A.  I handed Mr. San Jou the phone.  He left the room to talk
15 to my cousin.
16 Q.  At any point during your kidnapping, did Mr. San Jou
17 conduct a negotiation in your presence about the amount of
18 money?
19 A.  No.
20 Q.  Now, this was Monday?
21 A.  Uh-huh -- yes.
22 Q.  Sorry, just need a "yes" or "no."  Thanks.
23     How many days more were you held at that point?
24 A.  I was released that Wednesday.
25 Q.  Tell me about the circumstances that came about for your

1    release.

2    A.   Wednesday morning, I was pulled out of the room where they

3    were holding me.  They sat me down.  I had a conversation with

4    Mr. San Jou.  He told me that I would be released, that they

5    would not take a ransom from my family for my release, but I

6    needed to call my family members so they can finalize how I

7    would be released, which I did.

8        That evening, around 11:00 p.m., they came to the room

9    where I was being held.  They asked me to get up, get dressed.

10   I walked out.  My vehicle was outside.

11       They took me to a secondary location, where a gentleman

12   asked me to verify that I'm being returned all the items that

13   was taken from me.  So they handed me my wallet.  They verified

14   that I had my ID, my credit cards, my phone.  And then they

15   took me to a third location where I met with Mr. San Jou for

16   the last time.

17   Q.   What, if anything, did Mr. San Jou say in that last

18   conversation?

19   A.   He told me that it was partially my fault that I was taken,

20   that I should have let them know that I was in the area.  That

21   it was a misunderstanding.  He also told me to take -- asked me

22   to take down his phone number.  If I were ever to have a

23   problem, I could contact him.

24   Q.   And did you take down his phone number?

25   A.   Yes, I did.

1    Q.  How did you record it?

2    A.  He gave it to me on a paper and we put it on the phone.

3    Q.  On your phone?

4    A.  Yes.

5    Q.  Did he give you your phone back?

6    A.  Yes, he did.

7    Q.  The time that you put it in your phone, did you accurately

8    record in your phone the phone number that was on the piece of

9    paper that Mr. San Jou had given you?

10   A.  Yes, I did.

11   Q.  Now, when he said it was a "misunderstanding," why did he

12   say he wanted you to call in the future?

13   A.  That --

14            MR. ORENBERG:  Objection, speculation.

15            THE COURT:  It seems to be.

16   BY MS. SEIFERT:

17   Q.  Why did he say -- what did he say about why he wanted --

18            THE COURT:  Ask that question specifically.

19            MS. SEIFERT:  That's what I'm asking.

20            THE WITNESS:  In case I had any issues or if there was

21   another incident.

22   BY MS. SEIFERT:

23   Q.  Now, let's go back and just follow up on a couple of things

24   in your testimony.

25            MS. SEIFERT:  If I could have displayed to the

Loureiro - CROSS

1   witness -- these exhibits are all admitted.  So if they could
2   also be displayed to the audience.  Exhibit 3, please.
3   BY MS. SEIFERT:
4   Q.  Do you recognize the person in Exhibit 3?
5   A.  Yes, ma'am.
6   Q.  Who is that?
7   A.  That's Lanmo San Jou.
8           MS. SEIFERT:  And if I could have displayed to the
9   witness what's been admitted as Exhibit 902, and it's Page 5
10  from Exhibit 902 that's been admitted.
11  BY MS. SEIFERT:
12  Q.  Do you recognize this individual?
13  A.  Yes, ma'am.
14  Q.  And who is it?
15  A.  That's Lanmo San Jou.
16          MS. SEIFERT:  If I could have please shown to the
17  witness what's been admitted as 106.03.
18          If you could pause, please.
19          MR. ORENBERG:  Objection.
20          THE COURT:  Why?
21          MR. ORENBERG:  Well -- may we approach?
22          THE COURT:  Okay.  This exhibit is in evidence.  If
23  you need to approach, I'll let you approach.
24          Sir, could you step over to those chairs.  Thank you.
25      (Bench Conference.)

```
 1            MR. ORENBERG:  I wanted to do this out the presence of
 2    the witness.  They've shown two pictures already that's
 3    identified him.  Now they're going to show him a video that
 4    contains a lot of highly prejudicial information.
 5            THE COURT:  Do you think it's really going to
 6    influence me?  I've seen it already.  I'm not going to let them
 7    show the whole video again.
 8            Are you intending to show the whole video?
 9            MS. SEIFERT:  No.  But one of the things that the
10    Government needs to do --
11            THE COURT:  Sure, but you don't need to show the whole
12    video.
13            MS. SEIFERT:  No.
14       (Bench Conference Concluded.)
15            MS. SEIFERT:  Thank you.
16            If I could have shown to the witness and the audience
17    what's been admitted as 106.03.
18    BY MS. SEIFERT:
19    Q.  And before we play, do you recognize the individual that's
20    displayed on the screen?
21    A.  Yes, ma'am.
22    Q.  And who is it?
23    A.  That's Lanmo San Jou.
24            MS. SEIFERT:  If I could just play the first
25    15 seconds.
```

1      (Video played.)

2          MS. SEIFERT:  And pause, please.

3   BY MS. SEIFERT:

4   Q.  Did you hear Mr. San Jou say anything that you recognized?

5   A.  Yes.  He introduced himself.

6   Q.  How did he introduce himself?

7   A.  He said that he was Lanmo San Jou.

8   Q.  Is that a name that he used with you?

9   A.  Yes.

10         MS. SEIFERT:  If I could have shown to the witness

11  Government's Exhibit 900, which has also been admitted.

12         We don't need to play this video.

13  BY MS. SEIFERT:

14  Q.  If you could just look at the video, do you recognize the

15  individual in this video?

16  A.  Yes, ma'am.

17  Q.  Who is it?

18  A.  Lanmo San Jou.

19         MS. SEIFERT:  Thank you.  You can take the exhibit

20  down.

21  BY MS. SEIFERT:

22  Q.  If we could go back to a couple of other things.  You

23  mentioned, while you were being held, that there were

24  individuals with weapons?

25  A.  Yes, ma'am.

Loureiro - CROSS

1   Q.  What types of weapons did you see at the location that you

2   were being held?

3   A.  For the most part, the guards watching over us had assault

4   rifles, varying from AR15s, M14s, Siegers --

5   Q.  I'm sorry, what was that?

6   A.  Sieger, which is a semi-automatic on an AR platform

7   shotgun.

8   Q.  How are you familiar with these types of weapons?

9   A.  My time and service in the military.  The type of job I do,

10  I train people on weapons systems.

11  Q.  Did you feel that you were free to leave while you were

12  being held by the gang?

13  A.  No, ma'am.

14  Q.  In general, let's talk about the structure of the operation

15  of the gang while you were held.  Can you describe for me how

16  the folks who were holding you from the gang interacted with

17  each other and interacted with you?

18  A.  There was a hierarchy.  You could clearly see that there

19  was a hierarchy established.  There was an individual that

20  was -- the location where they keep us is called a var.  He was

21  the person in charge of the var, the commander of the var.  And

22  there was another gentleman that managed all the logistics for

23  us.  If we needed toothbrush, toothpaste, soap, water,

24  medicine, that was the person to speak to and that would

25  provide that to you.  And then he had the guards that were on

Loureiro - CROSS

1    duty that would work different shifts.

2    Q.  You mentioned the ward "var"?

3    A.  Var, V-A-R.

4    Q.  Could you describe that?

5    A.  It's the location where anybody that's kidnapped is held.

6    So -- and they would -- from the conversation we would hear

7    them have, they identified the var with a number, so var one,

8    two, three, for the different locations they have to hold

9    people.

10   Q.  So that isn't your term.  That's a term you heard --

11   A.  Yes.

12   Q.  Sorry, just let me finish so the record is really clear.

13       That's a term that you heard your captors using?

14   A.  That is correct, ma'am.

15           MR. ORENBERG:  Objection.  Leading.

16           MS. SEIFERT:  I'm just trying to clarify, Your Honor.

17           THE COURT:  Overruled.

18           MS. SEIFERT:  Thank you.

19   BY MS. SEIFERT:

20   Q.  You mentioned there was a logistics person.  What types of

21   things did he personally give you?

22   A.  I had requested water, lots of water.  He provided me with

23   a five-gallon jug full of water and a cup that they bought for

24   me.  I had gotten sick.  He got me the medicine that I needed

25   when I got sick.

Loureiro - CROSS

1   Q.  And you mentioned also that when you left, there was
2   someone in the gang who gave you your items back?
3   A.  Uh-huh.
4   Q.  Can you describe how that person accounted for your items?
5   A.  He had a notebook, like the big green notebooks, where my
6   name was in there with all the items that was taken from me
7   when I was picked up.
8   Q.  The items you received back, was it all the items that were
9   taken from you?
10  A.  No, ma'am.
11  Q.  What was not given back to you?
12  A.  My firearm.
13  Q.  Did you ask for it back?
14  A.  Yes.
15  Q.  What was the response?
16  A.  Had I been him, would I hand me back the gun?
17  Q.  Who said that?
18  A.  Lanmo San Jou.
19          MR. ORENBERG:  Your Honor, we didn't hear -- can we
20  have --
21  BY MS. SEIFERT:
22  Q.  Could you repeat it, please, what he said?
23  A.  Mr. San Jou told me, had I been him, would I return the gun
24  to me?
25  Q.  What type of gun was it?

1  A.  It's a SIG Sauer 45 caliber, ma'am.

2  Q.  Is that a pistol?

3  A.  Yes, ma'am.

4  Q.  If we could just go back and clarify a couple more things

5  about when you overheard Mr. San Jou negotiating ransom

6  demands.

7     You mentioned that the payments for the Haitians, they were

8  talking about local currency.

9  A.  Uh-huh.

10 Q.  Was there anything about the nature of the conversation

11 that you could understand the manner of payment, whether it's

12 cash or card or a check?

13 A.  In the demands that were being made, it was clear that when

14 they had the cash on hand, they could call him.

15 Q.  So specifically cash?

16 A.  Yes, ma'am.

17 Q.  And at the time you were held, do you recall what the

18 conversion was between a dollar and a gourde?

19 A.  It's going to be difficult for me to recall exactly.

20 Q.  Approximate?

21     MR. ORENBERG:  Objection.  Speculation.

22     THE COURT:  Don't speculate, but if you have an

23 approximation that you can give, you can give the

24 approximation.

25     THE WITNESS:  I believe it was around 75 gourde to the

1    dollar.

2    BY MS. SEIFERT:

3    Q.  Okay.  While you were present there, were there any -- let

4    me take a step back.  When you were kidnapped, what type of

5    vehicle were you in at that time?

6    A.  I was in a hardtop Toyota Land Cruiser.

7    Q.  And what happened to your car?

8    A.  It was given back to me when I was released.

9    Q.  While you were being held, what happened to your car?

10   A.  It was being used by the members of the gang.

11   Q.  How do you know that?

12   A.  Because when they returned to car to me, I was told that

13   they had to take the car and get it washed before they give it

14   back.

15   Q.  Okay.  And was -- while you were present with Mr. San Jou,

16   did he negotiate for anything other than money for any of the

17   other victims?

18   A.  No.

19   Q.  Did any of them have cars that were taken?

20   A.  Yes.  One of the gentleman, yes.

21   Q.  Was there any discussion about whether the gentleman could

22   keep his car?

23   A.  No.

24   Q.  Did you see anyone actually get released while you were

25   there?

Louis - CROSS

1    A.  Yes.  An older gentleman was released the morning that I

2    was released also.

3    Q.  Which one of the folks who was being held with you was

4    that?

5    A.  He was -- he had been there for about a month.  But they

6    had just paid the ransom for him, from my understanding.

7    Q.  Was he one of the folks that was the three people in the

8    room with you --

9    A.  No.  He was in the other room.

10   Q.  Did you hear how much money had been paid for his ransom?

11   A.  No.

12   Q.  Okay.

13            MS. SEIFERT:  No other questions, Your Honor.

14            THE COURT:  Mr. Orenberg?

15            MR. ORENBERG:  Yes, Your Honor.  Thank you.

16                       CROSS-EXAMINATION

17   BY MR. ORENBERG:

18   Q.  Mr. Louis, good afternoon.

19   A.  Thank you.

20   Q.  You mentioned that you grew up in Haiti?

21   A.  Yes, sir.

22   Q.  When did you become an American citizen?

23   A.  2004.

24   Q.  And when were you in the United States Army -- excuse me,

25   Marine Corps?

Louis - CROSS

1   A.   1996 to 2000.

2   Q.   And then you went back to Haiti and became a corporate

3   security specialist?

4   A.   Yes, sir.

5   Q.   Okay.  And since -- I'm sorry, when did you go back to

6   Haiti?

7   A.   I moved back to Haiti in 2012.

8   Q.   In 2012.  Okay.

9        So since 2012, you've been a corporate security specialist?

10  A.   That is correct, sir.

11  Q.   And that's still your profession?

12  A.   That is correct, sir.

13  Q.   Now, you mentioned or you told Ms. Seifert when she asked

14  you when the kidnapping occurred, how many kidnappers

15  participated in your kidnapping?

16  A.   Seven.

17  Q.   And then you were released just a few days later?

18  A.   Five days, yes, sir.

19  Q.   Just to be clear, what was the date you were kidnapped

20  again?

21  A.   August 27th.

22  Q.   2021?

23  A.   That is correct, sir.

24  Q.   After you were released, were you interviewed by law

25  enforcement from the United States about the kidnapping?

Louis - CROSS

1   A.  That is correct, sir.

2   Q.  When did that occur?

3   A.  The very next day at the U.S. Embassy.  We had an initial

4   interview.  I left Haiti within that week as well, and I had an

5   interview with the FBI.

6   Q.  And that interview occurred on the mainland of the United

7   States?

8   A.  Yes, in Miami.

9   Q.  And that occurred about a month later?

10  A.  No, no.  Within a week.

11  Q.  Within a week.

12      Now, wouldn't you agree with me that you initially told law

13  enforcement authorities that only four kidnappers participated

14  in the kidnapping?

15  A.  No.

16  Q.  You don't remember that?

17  A.  No.

18  Q.  Okay.  And during the time that you were kidnapped, you met

19  with Mr. Lanmo San Jou?

20  A.  That is correct, sir.

21  Q.  And you also mentioned that there was a commander of the

22  VAR?

23  A.  Yes, sir.

24  Q.  I think you mentioned it was someone who may have worked

25  with him?  There was another person that worked with --

Louis - CROSS

1   A.   Yes, that managed logistics.

2   Q.   And then there were some guards?

3   A.   Yes, sir.

4   Q.   And the guards worked different shifts?

5   A.   Yes, sir.

6   Q.   But primarily, you spoke with Lanmo San Jou.  I'm sorry if

7   I'm pronouncing him name wrong, Mr. San Jou?

8   A.   Yes, sir.

9   Q.   He was the one who instructed you to call someone in your

10  family?

11  A.   That is correct, sir.

12  Q.   And you called your cousin?

13  A.   That is correct, sir.

14  Q.   And you handed the phone to Mr. San Jou?

15  A.   That is correct, sir.

16  Q.   And Mr. San Jou went into another room or area where he

17  spoke to him privately?

18  A.   That is correct, sir.

19  Q.   You couldn't overhear that conversation?

20  A.   No, sir.

21  Q.   And then Mr. San Jou came back -- well, what did he say to

22  you after he had a conversation with your cousin?

23  A.   Nothing, sir.

24  Q.   And then a few days later, you were informed you were going

25  to be released?

Louis - CROSS

1    A.   That is correct, sir.

2    Q.   And that was Mr. San Jou that told you that?

3    A.   Yes, sir.

4    Q.   And then at some point, I think you said later that day, it

5    might have been late in the evening, he told you to get up,

6    we're going to go?

7    A.   Yes, sir.

8    Q.   Was it Mr. San Jou who did that?

9    A.   No, it was not Mr. San Jou.

10   Q.   It was the commander of the VAR?

11   A.   No.  It was another gentleman.

12   Q.   And then they took you to a location where you met Mr. San

13   Jou?

14   A.   Yes, sir.

15   Q.   And he explained to you that this has all been some sort of

16   unfortunate misunderstanding?

17   A.   That is correct, sir.

18   Q.   Did he explain why it was an unfortunate misunderstanding

19   to you?

20   A.   No, sir.

21   Q.   And then either during that meeting or in that same time

22   period, another gentleman came with a green book, the list of

23   items that were taken from you, and they gave you back your

24   cell phone, your wallet and your credit cards?

25   A.   That is correct, sir.

Louis - CROSS

1   Q.  And you asked about your firearm, your sidearm?

2   A.  Yes, sir.

3   Q.  And Mr. San Jou was there, because he said to you, if you

4   were me, would you do that, or something to that effect?

5   A.  Yes, sir.

6   Q.  In other words, he wasn't going to allow you to have your

7   gun --

8   A.  We're talking about two different locations.

9   Q.  Okay.

10  A.  There was a second stop where I met the gentleman with the

11  green book that gave me my wallet, phone and my IDs and

12  everything and the list of everything I had in my wallet.  Then

13  I was taken to a third location, where I met with Mr. San Jou.

14  Q.  So the third location, which was a location where you were

15  released --

16  A.  No, that's not where I was released.

17  Q.  Was that the last time you met with Mr. San Jou?

18  A.  That is correct, sir.

19  Q.  And that's where he told you that it was some sort of

20  misunderstanding?

21  A.  That is correct, sir.

22  Q.  And you asked him for your weapon back?

23  A.  Yes, sir.

24  Q.  And that's when he said, if you were in my position, if you

25  were me, would you do this?

Louis - CROSS

1    A.    That is correct, sir.

2    Q.    And then he went on to say, hey, here's my phone number,

3    take it with you?

4    A.    That is correct, sir.

5    Q.    In case you need it in the future?

6    A.    That is correct, sir.

7    Q.    Did you understand -- what did that mean, to you?

8    A.    Standard operating procedure for them.

9    Q.    Had you heard of Mr. San Jou giving his phone number to any

10   other hostages who were released?

11   A.    Pretty much everybody gets a phone number when they're

12   released, yeah.

13   Q.    They get his phone number?

14   A.    They get a phone number to call.

15   Q.    They get a phone number?

16   A.    Yes.

17   Q.    On this occasion, you got his phone number?

18   A.    Yes.

19   Q.    Mr. San Jou was the leader of the gang?

20   A.    Yes, from my understanding.

21   Q.    And you still have his phone number?

22   A.    I don't have the phone anymore.

23   Q.    You had it?

24   A.    Yes.

25   Q.    Okay.

Louis - CROSS

1    A.  On my phone.

2    Q.  And you would consider it some sort of get-out-of-trouble

3    card.  If you ever got into trouble, you were to call Mr. San

4    Jou?

5    A.  No.

6    Q.  What did you think it meant?

7    A.  Are you asking me the intent of him giving me the phone

8    number?

9    Q.  Yes.

10   A.  Yes --

11          MS. SEIFERT:  Objection, Your Honor.  Speculation.

12   Objection.  Calls for speculation.

13          THE COURT:  Sustained.

14   BY MR. ORENBERG:

15   Q.  So Mr. San Jou was the person who, for the most part, I

16   think you'd agree with me, managed your period of being held

17   captive for ransom?

18   A.  That is correct.

19   Q.  And at the very end, he gives you his phone number and

20   says, "Give me a call if you get in trouble"?

21   A.  That is correct.

22          MR. ORENBERG:  I have no further questions, Your

23   Honor.

24          THE COURT:  Ms. Seifert.

25                      REDIRECT EXAMINATION

```
 1   Loureiro - REDIRECT
 2   BY MS. SEIFERT:
 3   Q.  Do you recall that phone number that Mr. San Jou gave you
 4   as you sit here today?
 5   A.  No.
 6   Q.  You mentioned that you did an interview with the FBI
 7   approximately a week later?
 8   A.  Yes.
 9   Q.  Did you provide the phone number to the agent?
10   A.  Yes, I did.
11   Q.  At the time you provided it to the agent, did you have the
12   phone number with you?
13   A.  Yes, I did.
14   Q.  How did you provide it to the agent?
15   A.  I took it from my phone.
16           MS. SEIFERT:  Thank you.  No other questions.
17           THE COURT:  All right.  Thank you for coming.  You may
18   step down.  You are excused.
19           Next witness, please.
20           MR. BARNES:  Your Honor, the Government calls Special
21   Agent Derek Beyss.
22           (Witness Sworn.)
23           THE COURT:  Good afternoon, Special Agent Beyss.
24   Please have a seat.
25           THE WITNESS:  Thank you.
```

1           THE COURT:  Mr. Barnes.

2           MR. BARNES:  Thank you, Your Honor.

3                      DIRECT EXAMINATION

4  BY MR. BARNES:

5  Q.  Sir, could you please introduce yourself.  State and spell

6  your name for the record.

7  A.  Certainly.  I'm Special Agent Derek Beyss.  My first name

8  is spelled D-E-R-E-K.  Last name is B-E-Y-S-S.  And I'm a

9  Special Agent with the FBI in Miami.

10 Q.  How long have you worked with the FBI?

11 A.  Since 2003.

12 Q.  And have you received any specialized training at the FBI?

13 A.  Well, I went through the FBI Academy, which I think was

14 five months at the time.  And then since then, I've received

15 various specialized training, which is called in-service, on

16 different subjects.

17 Q.  What is your current role at the FBI?

18 A.  At the moment, I'm the ground surveillance coordinator for

19 the FBI office.

20 Q.  What was your role before that?

21 A.  In October of 2021, I was on the investment fraud squad,

22 specializing in elder fraud.

23 Q.  Special Agent Beyss, in the fall of 2021, did you take part

24 in an investigation into the hostage taking of 17 missionaries

25 in Haiti?

Beyss - DIRECT

1    A.   Yes.   On the morning of October 31st, the office put out an

2    email to see who was available to help out with some searches

3    that were planned later on that day.   So I volunteered and we

4    got a team together later on that afternoon to form a search

5    team.

6    Q.   And then what did you do, based on volunteering for that

7    duty?

8    A.   Correct.   And then later that afternoon we rallied at a

9    location near the residence, which was 1240 Northwest 117th

10   Street in Miami.   We obtained copies of the signed search

11   warrant and the items to be seized.   We briefed those before

12   initiating the search, and we liaisoned with the SWAT team,

13   which then made entry into the residence and cleared it and

14   turned it over to us.   And around 6:30 p.m., we started our

15   search of the residence, which ended around 9:15 p.m. that day.

16   Q.   And apart from the search that we're going to talk about,

17   did you have any other role in the investigation?

18   A.   No, not before or after.

19        MR. BARNES:   I'd like to ask Mr. Casillas to show you

20   Government's Exhibit 430.01.

21   BY MR. BARNES:

22   Q.   Do you recognize this document?

23   A.   Yes.   It's a photograph of the front of the residence we

24   searched.

25   Q.   Does this document fairly and accurately represent the

Beyss - DIRECT

1  exterior of the house you searched?

2  A.  It does.

3      MR. BARNES:  I would move to admit this at this time,

4  Your Honor.  That's Exhibit 430.01.

5      MS. AMATO:  No objection.

6      THE COURT:  Without objection, 430.01 is admitted.

7      (Government's Exhibit 430.01 received in evidence.)

8  BY MR. BARNES:

9  Q.  Agent Beyss, did you speak --

10     THE COURT:  Is this a photograph that was taken at the

11  time of the search?

12     THE WITNESS:  Yes.

13     THE COURT:  Was it taken by you?

14     THE WITNESS:  No, not by me.

15     THE COURT:  Go ahead.

16  BY MR. BARNES:

17  Q.  Did you speak with anyone who lived at the home -- at the

18  residence when you arrived?

19  A.  Yes.  Before we initiated the search, I had a brief

20  conversation with an older gentleman who was a resident of the

21  house.  And I just explained to him what would be happening,

22  what the process was, and that he and his family could stay at

23  the residence if they wanted to, but if they left, they would

24  not be allowed to reenter.

25      He stated that they would be going to a family nearby with

Beyss - DIRECT

1   some friends, and he gave me his phone number to call him at

2   the end of our search.  Which then at 9:00, I did, and let him

3   know that we were clearing the residence and he could come

4   back.

5   Q.  What connection did that individual have, if you know, to

6   Mr. Walder St. Louis?

7   A.  He was a resident of that address.

8   Q.  Generally speaking, Agent Beyss, what did you find in your

9   search?

10  A.  In our search of the residence, we found five firearms,

11  four rifles and a shotgun, as well as a number of documents,

12  including bank statements, shipping receipts, a Western Union

13  receipt, an airline label, and a number of financial documents,

14  all in the name of Mr. Walder St. Louis.

15  Q.  Were those documents -- did you find them in any particular

16  location in the house?

17  A.  Yes.  With the exception of one letter, which we found in a

18  different location, all the other items were found in what we

19  labeled "Room E" of the residence.

20  Q.  And what type of room was Room E?

21  A.  Well, it looked, to me, like a bedroom.

22      MR. BARNES:  I'd like to show you Government's

23  Exhibit 430.02.

24  BY MR. BARNES:

25  Q.  What is this picture?

Beyss - DIRECT

1    A.    That's a picture of Room E that we searched.  And the label
2    on the wall that says "E" is how we identify then that this is
3    Room E for the search.
4    Q.    To clarify, just for the record, you're referring to the
5    sign in the middle of the picture, Government's Exhibit --
6    A.    Correct.
7    Q.    -- 430.02, which is a page with the letter E affixed to the
8    wall?
9    A.    Correct.
10   Q.    That was something that was there before or that you or a
11   member of your team put on --
12   A.    No.  When a search team would make entry, then we start
13   labeling each room because it's a lot easier to refer to "Room
14   E," instead of saying the second room down the hallway on the
15   left.  So it's something we place.  And then at the end of it,
16   we take it down, of course.
17   Q.    Does this picture fairly and accurately represent part of a
18   room, Room E in this case, within the house you searched on the
19   day in question?
20   A.    Yes, it does.
21            MR. BARNES:  Move to admit Exhibit 430.02.
22            MS. AMATO:  No objection.
23            THE COURT:  Without objection, 430.02 is admitted.
24       (Government's Exhibit 430.02 received in evidence.)
25   BY MR. BARNES:

Beyss - DIRECT

1    Q.  Agent Beyss, in what location in the house did you find the

2    firearms you recovered?

3    A.  We found all five firearms in Room E.

4          MR. BARNES:  I'd like to show you now Government's

5    Exhibit 430.03.

6    BY MR. BARNES:

7    Q.  Do you recognize that exhibit?

8    A.  Yes, I do.  It's one of the photographs of the firearms we

9    seized.

10   Q.  Does this picture fairly and accurately depict the firearms

11   that you found, that you recovered in Room E of the house in

12   question?

13   A.  Yes, it does.

14         MR. BARNES:  The Government would move to admit

15   Exhibit 430.03.

16         MS. AMATO:  No objection.

17         THE COURT:  430.03 is admitted.

18     (Government's Exhibit 430.03 received in evidence.)

19   BY MR. BARNES:

20   Q.  I'd like to ask you, Agent Beyss, about some of the

21   firearms in question.  So I'm going to start with --

22         MR. BARNES:  Mr. Casillas, you can put up 430.09.

23   BY MR. BARNES:

24   Q.  Do you recognize that picture?

25   A.  Yes.

Beyss - DIRECT

1    Q.  What is that picture?

2    A.  It's an AK-type rifle that we found at the residence.

3    Q.  Does it fairly and accurately depict one of the firearms

4    you recovered?

5    A.  That's correct.

6            MR. BARNES:  Move to admit 430.09, Your Honor.

7            MS. AMATO:  No objection.

8            THE COURT:  Without objection, 430.09 is admitted.

9        (Government's Exhibit 430.09 received in evidence.)

10           MR. BARNES:  Moving to the next picture, Mr. Casillas,

11   430.10.

12   BY MR. BARNES:

13   Q.  Do you recognize this picture?

14   A.  Yes, I do.

15   Q.  What do you recognize it to be?

16   A.  It's another photograph of the same firearm, with a label

17   on it from -- that's a layaway tag that has Mr. St. Louis's

18   name on there, on the tag.

19   Q.  Does this picture fairly and accurately depict a portion of

20   one of the firearms you recovered on the day in question?

21   A.  Yes, it does.

22           MR. BARNES:  Move to admit Exhibit 430.10.

23           MS. AMATO:  No objection.

24           THE COURT:  430.10 is admitted.

25       (Government's Exhibit 430.10 received in evidence.)

Beyss - DIRECT

1  BY MR. BARNES:

2  Q.  Just for clarity's sake for the record, Agent Beyss, if you

3  could read -- I know it's a bit askew, but read the name on the

4  label.

5  A.  It says:  St. Louis, Walder.  It's partially torn off at

6  the end there, but W-A-L-D is visible.  It says:  Layaway tag.

7  And it identifies the weapon as a CAN VSKA 7.2 by 39

8  semiautomatic firearm.

9  Q.  I'd like to show you one more picture, Exhibit 430.11.  Do

10 you recognize this picture?

11 A.  Yes, I do.

12 Q.  And what is it?

13 A.  It's a close-up of the receiver of the Kalashnikov-type

14 rifle, with a serial number on there.

15 Q.  Does this picture fairly and accurately depict part of the

16 firearm that you recovered on the day in question from that

17 house?

18 A.  Yes, it does.

19        MR. BARNES:  Move to admit Exhibit 430.11.

20        MS. AMATO:  No objection.

21        THE COURT:  430.11 is admitted.

22     (Government's Exhibit 430.11 received in evidence.)

23 BY MR. BARNES:

24 Q.  Agent Beyss, could you please read the serial number?

25 A.  Serial number on the WASR is a 1-92225-11RO -- the letters

Beyss - DIRECT

1    R-O.

2            MR. BARNES:  I'm going to ask Agent Bonura if he could

3    please bring up Government's Exhibit 1050.12.

4            THE COURT:  This is in evidence.

5    BY MR. BARNES:

6    Q.  Agent Beyss, do you recognize Exhibit 1050.12?

7    A.  Yes.

8    Q.  Does that appear to be the same firearm you recovered from

9    Room E of Mr. St. Louis's residence?

10   A.  Yes, it is.

11   Q.  Does it appear to be the same or substantially the same

12   condition as of the time you found it?

13   A.  Yes, it does.

14   Q.  Are you able to determine the serial number on that

15   firearm?

16   A.  Can you flip it over?

17       The serial number on this rifle is 1-92225-11.  And then

18   followed by the letters RO.

19   Q.  And does that match the serial number on Exhibit 430.11 on

20   your screen?

21   A.  It does.

22           MR. BARNES:  Brief indulgence.

23           Your Honor, if I could approach, I'd like to hand

24   Agent Beyss what's been marked as Government's Exhibit 320.03,

25   which is Page 5 of previously admitted Government's

Beyss - DIRECT

1  Exhibit 320.01, which is a summary of the firearms purchases.
2            THE COURT:  But you're marking it as 320.03?
3            MR. BARNES:  .03.
4            THE COURT:  All right.  It's already in evidence.
5  BY MR. BARNES:
6  Q.  Agent Beyss, do you see a row on this document that
7  corresponds to the firearm you just identified,
8  Exhibit 1050.12?
9  A.  I do.  It's the third one from the --
10 Q.  On the right side of that document, do you see an empty
11 columns for "notes" and "date seized"?
12 A.  I do.
13 Q.  In the row corresponding to this firearm, could you please
14 write your last name in the "notes" box and then the date the
15 weapon was seized in the "date seized" box?
16 A.  Certainly.
17     (Witness complies.)
18     Okay.
19 Q.  I'd like to show you Government's Exhibit 430.12.  Do you
20 recognize this picture?
21 A.  I do.
22 Q.  What is it?
23 A.  It's a photograph of item 11, which is a Centurion shotgun
24 we seized from Room E.
25 Q.  Does it fairly and accurately depict one of the firearms

Beyss - DIRECT

1    you recovered?

2    A.  It does.

3            MR. BARNES:  Move to admit Exhibit 430.12.

4            MS. AMATO:  No objection.

5            THE COURT:  Without objection, 430.12 is admitted.

6        (Government's Exhibit 430.12 received in evidence.)

7            MR. BARNES:  Thank you, Agent Bonura.

8    BY MR. BARNES:

9    Q.  I'd like to show you Exhibit 430.13.  Do you recognize this

10   picture?

11   A.  I do.

12   Q.  What do you recognize this picture to be?

13   A.  It's a close-up of the receiver of the previously mentioned

14   shotgun.

15   Q.  Does that picture fairly and accurately depict a portion of

16   this shotgun you recovered from Mr. Walder St. Louis's

17   residence?

18   A.  It does.

19           MR. BARNES:  Your Honor, move to admit Exhibit 430.13.

20           MS. AMATO:  No objection.

21           THE COURT:  430.13 is admitted.

22       (Government's Exhibit 430.13 received in evidence.)

23   BY MR. BARNES:

24   Q.  Agent Beyss, could you please read the serial number that's

25   depicted in this picture?

Beyss - DIRECT

1   A.   20US-02544.

2          MR. BARNES:  I'm going to ask Agent Bonura to bring up

3   Government's Exhibit 1050.01, which is already in evidence.

4          THE COURT:  In evidence.

5   BY MR. BARNES:

6   Q.   Agent Beyss, do you recognize Exhibit 1050.01?

7   A.   Yes, I do.  It's the same shotgun as depicted in the

8   photograph.

9   Q.   Does it appear to be in the same or substantially the same

10  condition as when you found it?

11  A.   Yes, it does.

12  Q.   Are you able to determine the serial number on that

13  firearm, the physical firearm?

14  A.   Certainly.  The serial number is 20US-02544.

15  Q.   Does that match the serial number on the firearm as part of

16  Government's Exhibit 430.13?

17  A.   It does.

18  Q.   Agent Beyss, I'd like to refer you to Government's

19  Exhibit 320.03, the summary chart I handed you.  Do you see a

20  row in that document that corresponds to this firearm, which is

21  Government's Exhibit 1050.01?

22  A.   I do.

23  Q.   Could you please write your last name in the "notes" box

24  and then the date it was seized in the "date seized" box as

25  well?

Beyss - DIRECT

1   A.   Certainly.

2        (Witness complies.)

3        Okay.

4   Q.   I'd like to show you Exhibit 430.14.  Do you recognize that

5   picture?

6   A.   I do.

7   Q.   What do you recognize it to be?

8   A.   It is another photograph of item 12, which is also one of

9   the rifles seized from Room E during the search.

10  Q.   Does it fairly and accurately depict one of the firearms

11  you recovered?

12  A.   It does.

13           MR. BARNES:  We move to admit 430.14, Your Honor.

14           MS. AMATO:  No objection.

15           THE COURT:  Without objection, 430.14 is admitted.

16       (Government's Exhibit 430.14 received in evidence.)

17  BY MR. BARNES:

18           MR. BARNES:  Going to the next picture, please,

19  Mr. Casillas, 430.15.

20  BY MR. BARNES:

21  Q.   Agent Beyss, do you recognize this picture?

22  A.   I do.  It's a close-up of the receiver of that same rifle.

23  Q.   Does this picture also fairly and accurately depict a

24  portion of one of the firearms you recovered that day from

25  Walder St. Louis's residence?

Beyss - DIRECT

1  A.  It does.

2         MR. BARNES:  Your Honor, we move to admit

3  Exhibit 430.15.

4         MS. AMATO:  No objection.

5         THE COURT:  Without objection, 430.15 is admitted.

6     (Government's Exhibit 430.15 received in evidence.)

7  BY MR. BARNES:

8  Q.  Agent Beyss, are you able to read the serial number on that

9  firearm?

10        THE COURT:  Perhaps it can be blown up a little.

11  There we go.

12  A.  Yes, I can.  The serial number is the letters SCD617477.

13  Q.  Thank you.

14        MR. BARNES:  I'd like to ask Agent Bonura now if he

15  wouldn't mind bringing up Exhibit 1050.13.

16        THE COURT:  This is 1050 dot what?

17        MR. BARNES:  1-3, Your Honor.

18        THE COURT:  1-3.  It's in evidence.  But it's lost.

19  BY MR. BARNES:

20  Q.  Agent Beyss, do you recognize that firearm that Agent

21  Bonura just brought up to you?

22  A.  Yes.  It's the same firearm as depicted in the photographs.

23  Q.  And does that firearm appear to be in the same or

24  substantially same condition as the time you found it at the

25  residence in the search?

Beyss - DIRECT

1    A.  It does.

2    Q.  Are you able to determine the serial number on that

3    firearm?

4    A.  Certainly.  The serial number is the letters SCD and the

5    number 617477.

6    Q.  Does that match the serial number on Exhibit 430.15 on your

7    screen?

8    A.  It does.

9    Q.  Bring us, again, to Exhibit 320.03.  Have that in front of

10   you.  Do you see a row on this document that corresponds to

11   this firearm?

12   A.  I do.

13   Q.  If you could please, also, mark in the "notes" and the

14   "date seized" box your name and the date this was seized?

15   A.  Certainly.

16       (Witness complied.)

17   Q.  I'll now show you Government's Exhibit 430.16.  Do you

18   recognize this picture, Agent Beyss?

19   A.  I do.  It's a photograph of one of the other firearms we

20   seized.

21   Q.  Does this picture fairly and accurately depict one of the

22   firearms recovered on the day in question?

23   A.  It does.

24       MR. BARNES:  Move to admit Government's

25   Exhibit 430.16.

Beyss - DIRECT

1          MS. AMATO:  No objection.

2          THE COURT:  Without objection, 430.16 is admitted.

3     (Government's Exhibit 430.16 received in evidence.)

4  BY MR. BARNES:

5  Q.  Next, I'd like to show you Exhibit 430.17.  Do you

6  recognize this picture?

7  A.  Yes.  It's a close-up of the rear portion of the rifle with

8  a stuck-on layaway tag.

9  Q.  And does this picture fairly and accurately depict a

10 portion of one of the firearms you recovered on that day?

11 A.  It does.

12          MR. BARNES:  Move to admit Exhibit 430.17.

13          MS. AMATO:  No objection.

14          THE COURT:  430.17 is admitted.

15     (Government's Exhibit 430.17 received in evidence.)

16 BY MR. BARNES:

17 Q.  Agent Beyss, could you please read for the record what it

18 says on the label?

19 A.  Sure.  The label says: St. Louis, Walder.  Underneath, it

20 says: Layaway tag.  Followed by:  Invoice issued 10/06/21.

21 And then there's some numbers underneath that are cut off that

22 I can't read.

23 Q.  I'd like to show you, then, finally, for this firearm

24 Exhibit 430.18.  Do you recognize this picture?

25 A.  Yes.  It's the bottom of the -- photograph of the bottom of

1    the receiver of this rifle.

2    Q.  Does it fairly and accurately depict a portion of that

3    firearm that you recovered that day?

4    A.  It does.

5           MR. BARNES:  We move to admit Exhibit 430.18.

6           MS. AMATO:  No objection.

7           THE COURT:  430.18 is admitted.

8       (Government's Exhibit 430.18 received in evidence.)

9    BY MR. BARNES:

10   Q.  Agent Beyss, could you please read the serial number

11   represented on that picture?

12   A.  Certainly.  It's the letter SV and the numbers 7034765.

13          MR. BARNES:  I ask Agent Bonura to hand you

14   Government's Exhibit 1050.11.

15          THE COURT:  In evidence.

16   BY MR. BARNES:

17   Q.  Agent Beyss, do you recognize that firearm?

18   A.  Yes, I do.

19   Q.  And does that appear to be the same firearm that you

20   recovered from Room E of Mr. St. Louis's residence?

21   A.  It does.

22   Q.  Does it appear to be in the same or substantially the same

23   condition as when you found it?

24   A.  It does.

25   Q.  Are you able to determine the serial number on that

Beyss - DIRECT

1   firearm?

2   A.  Yes.  The serial number starts with the letters SV and the

3   numbers 7034765.

4   Q.  Thank you.  And does that match the serial number on

5   Exhibit 430.18 on your screen?

6   A.  It does.

7   Q.  I'd like to refer you once more to Government's

8   Exhibit 320.03.  Do you see a row on this document that refers

9   to this firearm, Exhibit 1050.11?

10  A.  I do.

11  Q.  If you could also make a notation for the "notes" for your

12  name and the "date seized"?

13  A.  Certainly.

14  Q.  Agent Beyss, on that document, Exhibit 320.03, I believe

15  you now marked four rows indicating your name and the date of

16  the seizure for four firearms?

17  A.  Yeah.

18  Q.  Does that exhibit, as annotated by you, accurately depict

19  the seizure date of the four firearms you recovered?

20  A.  It does.

21       MR. BARNES:  Your Honor, we move to admit Government's

22  Exhibit 320.03, I believe.

23       THE COURT:  If you need to see it, we'll let you see

24  it.

25       MS. AMATO:  Yeah.

Beyss - DIRECT

1              THE COURT:  Go ahead.

2          (Off-the-record discussion.)

3              MS. AMATO:  No objection.

4              THE COURT:  Without objection, 320.03, which is this

5     witness's annotations of one page of the summary firearm

6     purchases that is 320.01, will be admitted.

7          (Government's Exhibit 320.03 received in evidence.)

8              THE COURT:  And with that, I don't think you're going

9     to get the rest of the documents done -- the rest of the

10    material done quickly enough with this witness.  So we probably

11    have to break for the day.  It's 5:00.  I assume you still have

12    a few minutes of examination to go.

13             MR. BARNES:  A few.

14             THE COURT:  All right.  So you may step down, and

15    we'll see you again at 9:30 tomorrow morning.

16             THE WITNESS:  Yes, Your Honor.

17             THE COURT:  Thank you, Special Agent Beyss.

18             What might we benefit from discussing at 5:00 here

19    today before we adjourn for the day?

20             MR. ORENBERG:  Your Honor, I have a request.  We have

21    agreed in principle on two stipulations.  We have them ready to

22    execute.  There are signature blocks, not only for myself and

23    Ms. Amato, but for Mr. Germine.  I'm requesting the Court to

24    ask the marshals if tomorrow morning, prior to the commencement

25    of the proceedings, if they can bring Mr. Germine out a few

1  minutes early, so we can sit here with one of the interpreters

2  and go over the documents and have him sign the documents in

3  the courtroom.

4          THE COURT:  Do the marshals think they can accommodate

5  that?

6          THE MARSHAL:  That's fine.

7          THE COURT:  Your request has been agreed to by those

8  who are in charge of that aspect.

9          MR. ORENBERG:  I know they control this aspect.  Thank

10  you, Your Honor.

11          THE COURT:  Anything else that we can benefit from

12  addressing here today?

13          MS. SEIFERT:  Not from the Government.

14          THE COURT:  Remember, I did raise one thing about

15  something.

16          MS. SEIFERT:  I apologize.  You did, Your Honor.

17          THE COURT:  When do you want to address that?

18          MS. SEIFERT:  We can address it now.  At the bench

19  just because there is still public.

20      (Bench Conference.)

21          THE COURT:  Ms. Seifert.

22          MS. SEIFERT:  Your Honor, based on the information

23  that defense counsel opened on, the Government is prepared to

24  call an additional witness not on the witness list for a

25  limited purpose.  And that is Mr. Jean Pelice.

Beyss - DIRECT

1          We notified defense of the same on Saturday.  Provided

2    all of his prior testimony, the portions that we would call him

3    on that were Jencks material, as well as any prior statements

4    that related to the topic.

5          Mr. Pelice had testified in the grand jury under oath.

6    He does have a pending case before Your Honor.

7          THE COURT:  Significant case.

8          MS. SEIFERT:  And he has not pled guilty in that case.

9    And the Government, as I explained to Counsel, would be

10   prepared to provide him either with lettered immunity or the

11   Government is also, in an abundance of caution, seeking

12   authority to ask the Court to provide statutory immunity for

13   his testimony, so that he does not need to worry that the

14   statements that he gives in this trial would be used against

15   him in another case.

16         So just to be clear, it's just with respect to the

17   statement of trial, not with respect to his case.  He is not

18   under a plea agreement of any kind with the Government.

19         THE COURT:  Have you discussed this yet with his

20   counsel?

21         MS. SEIFERT:  I have.

22         THE COURT:  I don't remember who his counsel is.

23         MS. SEIFERT:  Mr. McDaniel.

24         THE COURT:  All right.  And Mr. McDaniel, on his

25   behalf, is agreeable to this?

Beyss - DIRECT

 1           MS. SEIFERT:  I don't want to represent Mr. McDaniel's
 2    position to the Court at this time because I'm not sure that
 3    Mr. McDaniel and his client have developed fully their
 4    position.
 5           THE COURT:  So that remains to be explored and we'll
 6    see where it winds up.
 7           And you've asked for a come-up for him, Mr. Pelice, on
 8    Monday and Tuesday?
 9           MS. SEIFERT:  I did ask for a come-up on those days.
10           MS. AMATO:  So, Your Honor, we'd like to lodge an
11    objection, basically, to the Government putting on this
12    witness.  I think that this witness would be -- if we were to
13    provide testimony and evidence relating to, I believe, what the
14    Government believes this witness would rebut, then I could
15    appreciate the need for this witness coming on.  But our
16    opening is just a statement.  If we can't prove it up, we can't
17    prove it up, and they should not be putting on witnesses to
18    rebut an opening statement, just as an opening statement.
19           THE COURT:  Well, we don't know what you're going to
20    try to put on in the case.
21           MS. AMATO:  We don't, correct.
22           THE COURT:  I don't have enough of a degree of
23    specificity with respect to what he would testify to, what the
24    Government would want him to testify to.  So I'm not sure I can
25    rule on it.

Beyss - DIRECT

1          I take it that the Government would not make -- well,

2     has the Government already made a decision that it wants to put

3     him on?  Or will you make that decision based on what the

4     defense case winds up being?

5          MS. SEIFERT:  I think that at this point, we think

6     it's most efficient use of the time to actually just put him on

7     for the limited purpose that we disclosed to the defense, which

8     is to discuss how the money the gang collects is basically

9     transferred.  That is the source of the money.

10          And the reason why we think that is called into

11    question is that in opening, defense said that Mr. Germine is a

12    bean farmer and he has all this land and he has sort of

13    independent wealth.  He had an import/export business.  I

14    assume that's part of what defense is getting at when they're

15    talking to, for instance, the shipping witness about -- the

16    back and forth of the shipping and containers and all the

17    things.

18          So you're right, I don't know what their case is going

19    to be.  But certainly, I think -- I anticipate what they'll say

20    is the source of this income that Mr. Germine directs.

21          THE COURT:  They can't say whether they can establish

22    any evidence to support that.

23          MS. SEIFERT:  They should have had that evidence if

24    they opened on it.  So I'm assuming they do have that evidence

25    and are prepared to proffer it to the Court.

Beyss - DIRECT

1           Which is why I want to put and the Government thinks
2    it's important to put our best case on, to be able to have
3    context for that information.
4           Again, it's a very limited scope and it will be
5    subject to cross.  He's certainly not a fan of the Government,
6    so it might completely backfire.  But he has given sworn
7    testimony, which counsel has.
8           THE COURT:  I don't think I need to make a ruling
9    right now.  I need to see how this develops a little, and I
10   need to make sure that Mr. McDaniel is involved in decisions
11   made with respect to Mr. Pelice.  He may decline to testify
12   unless and until that immunity is provided, if it's provided.
13   So we'll store this in our memory bank and be ready to deal
14   with it next week.
15          MS. SEIFERT:  That's fine.
16          THE COURT:  You wouldn't be putting him on first thing
17   Monday morning?
18          MS. SEIFERT:  No, we would not.  Just wanted to give
19   the marshals as much notice as possible.
20          THE COURT:  I appreciate that.  That's why I raised it
21   with you.  I want as much notice as possible.
22          MS. SEIFERT:  Thank you, Your Honor.
23       (Bench Conference Concluded.)
24       (Off-the-record discussion.)
25          THE COURT:  All right.  That's going to adjourn the

Beyss - DIRECT

1    case, unless Ms. Seifert wants to keep it open.

2         MS. SEIFERT:  I just wanted to provide the Court with

3    an update with respect to where the Government is in its case.

4    We have, as I mentioned yesterday, several witnesses who are

5    not available to testify until Monday.  We think that tomorrow

6    we will take a full day.  And it might run into Friday, but I

7    don't envision that we would need all day Friday.

8         So with the Court's permission, we would ask to

9    evaluate how much on Friday tomorrow at the close of business,

10   if that's okay for the Court.

11        THE COURT:  Close to the close of business, let me

12   know what we need for Friday.

13        MS. SEIFERT:  Sure.  And I'm happy to give -- we are a

14   little more prepared today than some days, and we do know, I

15   think, the witnesses for tomorrow.  So I'm happy to give those

16   to the Court or we can email them later this evening.  Whatever

17   the Court prefers.

18        THE COURT:  Why don't you email them.  I won't be

19   doing anything with them tonight.

20        MS. SEIFERT:  Wonderful.  Okay.  Thank you so much.

21     (Off-the-record discussion)

22        MS. SEIFERT:  To be clear, I did also give it to

23   Counsel at 5:30 yesterday.  Thank you.

24        THE COURT:  Okay.  I have one other thing that I need

25   to do.  It involves questioning of someone who's in the

Beyss - DIRECT

1  audience right now.  I'm going to go off the record to begin
2  with to do that.
3      (Off-the-record discussion.)
4          THE COURT:  All right.  I don't know if you're going
5  to be attending any more of these proceedings, and you're
6  welcome to do so.  If you do, please recall what happened here
7  and you're not permitted to take photographs.
8          That concludes us for the day.  We're all set.  See
9  you in the morning.  Thank you.
10          (Proceedings concluded at 5:12 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Beyss - DIRECT

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an
accurate transcription of the proceedings in the
above-entitled matter.


/s/ Stacy Johns                Date: January 25, 2024

Stacy Johns, RPR
Official Court Reporter

**BY MR. BARNES: [25]**
979/4 980/21 981/8
981/16 982/24 983/25
984/6 984/19 984/23
985/12 986/1 986/23
987/5 988/5 989/8
989/23 990/5 991/17
991/20 992/7 992/19
994/4 994/16 995/9
995/16

**BY MR. ORENBERG:**
**[6]** 916/5 917/15 918/1
920/13 970/17 977/14

**BY MS. AMATO: [25]**
925/23 926/15 926/24
927/18 928/1 929/16
930/6 931/12 932/12
933/8 934/2 934/17
935/12 935/22 936/17
936/25 937/14 938/10
939/2 940/1 940/7
940/19 941/9 941/13
943/20

**BY MS. SEIFERT: [93]**
875/23 876/7 876/22
877/14 878/1 878/7
878/17 879/10 880/10
881/10 881/15 881/22
882/6 882/16 883/10
883/21 884/8 884/16
885/8 886/1 886/22
887/4 887/12 887/18
888/7 888/14 888/24
889/6 889/10 889/14
890/2 890/15 890/22
891/12 891/18 892/1
892/6 892/15 892/21
893/8 894/1 894/12
894/22 895/22 896/8
897/8 897/17 898/10
898/18 899/6 899/13
899/20 899/25 900/6
900/20 900/24 901/22
902/8 902/20 903/3
903/8 903/19 903/24
904/3 904/16 904/20
905/16 906/15 907/1
907/20 910/24 912/12
912/17 913/5 913/11
914/19 924/7 946/19
956/4 957/6 958/8
961/16 961/22 962/3
962/11 963/18 964/3
964/13 964/21 966/19
967/21 969/2 978/2

**MR. BARNES: [45]**
926/19 926/23 927/22
930/1 932/9 934/13
935/9 936/12 937/8
938/12 944/12 944/14
944/19 944/25 978/20
979/2 980/19 981/3
982/22 983/21 984/4
984/14 984/22 985/6
985/10 985/22 986/19
987/2 987/22 988/3

988/3 988/7 989/19
990/2 991/13 991/18
992/2 992/14 992/17
993/24 994/12 995/5
995/13 996/21 997/13

**MR. ORENBERG: [27]**
880/7 885/6 893/23
895/16 897/5 906/12
907/18 915/22 916/2
917/13 920/11 924/4
955/25 956/13 956/19
958/4 961/14 962/19
962/21 963/1 966/15
967/19 968/21 970/15
977/22 997/20 998/9

**MS. AMATO: [57]**
925/21 926/14 926/21
927/6 927/9 927/11
927/15 927/25 929/14
929/23 931/11 932/6
933/5 934/1 934/7
934/10 934/16 935/7
936/10 936/15 936/20
936/23 937/6 937/13
938/5 938/7 938/9
938/18 938/23 939/24
940/6 940/18 940/22
941/1 941/4 941/7
941/12 943/19 944/9
945/16 981/5 983/22
984/16 985/7 985/23
986/20 989/4 989/20
991/14 992/4 994/1
994/13 995/6 996/25
997/3 1000/10 1000/21

**MS. SEIFERT: [148]**
**THE COURT: [155]**
**THE MARSHAL: [1]**
998/6

**THE WITNESS: [22]**
875/20 883/2 883/5
883/19 890/20 891/24
906/17 912/22 912/24
913/2 914/7 917/24
925/12 946/16 956/17
956/25 961/20 968/25
978/25 981/12 981/14
997/16

**$**

**$1,000 [1]** 900/12
**$200 [1]** 949/5
**$22,550 [1]** 899/23
**$375 [1]** 937/19
**$828.53 [1]** 891/14

**'**

**'17 [1]** 944/8
**'21 [2]** 934/25 935/1

**.**

**.03 [2]** 883/3 988/3
**.06 [1]** 883/3
**.380 [1]** 896/23

**/**

**/s [1]** 1005/8

**0**

**01 [1]** 871/3
**02544 [2]** 990/1 990/14
**0314 [2]** 935/14 937/4
**06 [1]** 883/6
**07/07/18 [1]** 943/1

**1**

**1-3 [2]** 992/17 992/18
**1-92225-11 [1]** 987/17
**1-92225-11RO [1]**
986/25
**10 [2]** 876/4 938/7
**10/06/21 [1]** 994/20
**1002-21 [1]** 890/5
**10207 [1]** 907/5
**1024 [1]** 871/7
**1050 [1]** 992/16
**1050.01 [3]** 990/3 990/6
990/21
**1050.06 [3]** 884/7
884/11 915/3
**1050.11 [2]** 995/14
996/9
**1050.12 [3]** 987/3 987/6
988/8
**1050.13 [1]** 992/15
**1051 [1]** 890/4
**1051.03 [6]** 882/18
883/1 889/23 897/25
898/4 915/11
**1051.04 [6]** 873/17
893/3 893/7 893/22
893/24 893/25
**1051.05 [3]** 888/1 888/9
915/7
**1051.06 [9]** 873/18
879/2 879/6 879/13
880/4 880/6 880/8
880/9 895/21
**1052 [8]** 873/19 905/13
905/15 905/17 906/11
906/13 906/14 914/14
**1053 [7]** 873/20 894/20
894/21 894/23 895/3
895/15 895/17
**1054 [9]** 873/21 894/20
896/9 896/10 896/22
896/25 897/4 897/6
897/7
**106.03 [2]** 962/17
963/17
**10th [2]** 897/1 906/5
**10th grade [2]** 920/5
920/14
**10th Terrace [2]**
879/19 893/19
**11 [3]** 900/18 987/17
988/23
**11 years [2]** 916/17
916/18
**1102-21 [3]** 882/12
884/19 897/19
**117th [1]** 980/9
**11:00 p.m [1]** 960/8
**11RO [1]** 986/25
**12 [7]** 876/6 876/8

877/3 877/6 877/21
900/18 991/8
**1240 [1]** 980/9
**12505 [1]** 871/22
**13 [5]** 876/21 876/23
877/25 907/21 907/24
**14 [2]** 878/8 878/12
**15 [4]** 878/18 881/2
912/14 938/7
**15 minutes [1]** 917/7
**15 seconds [1]** 963/25
**16 [2]** 881/11 947/4
**17 [2]** 881/16 979/24
**18 [2]** 881/21 943/1
**19 [1]** 882/15
**191 [2]** 941/8 941/14
**192 [3]** 941/2 941/5
942/5
**195 [1]** 942/8
**1993 [2]** 947/4 947/6
**1996 [1]** 971/1
**1:50 [1]** 871/6
**1A [3]** 921/21 924/13
924/14
**1As [2]** 924/22 925/3
**1B [4]** 913/20 914/1
914/6 914/10
**1st [1]** 922/24

**2**

**20 [2]** 885/5 885/9
**2000 [1]** 971/1
**2003 [1]** 979/11
**2004 [1]** 970/23
**2012 [5]** 947/7 947/25
971/7 971/8 971/9
**2016 [1]** 916/24
**2017 [1]** 944/7
**2018 [1]** 942/25
**2019 [1]** 916/25
**2021 [26]** 893/19 897/1
906/5 907/10 908/6
908/24 909/8 909/16
909/21 910/9 910/15
917/19 918/2 923/19
926/1 934/25 936/18
937/4 940/15 940/17
940/20 950/13 950/18
971/22 979/21 979/23
**2024 [2]** 871/5 1005/8
**20530 [2]** 871/16
871/18
**20854 [1]** 871/23
**209 [1]** 940/22
**20th [5]** 908/14 908/19
909/16 910/1 910/4
**20US-02544 [2]** 990/1
990/14
**21 [8]** 882/12 884/19
886/2 886/9 890/5
897/19 935/19 994/20
**21-0699-01 [1]** 871/3
**210 [3]** 940/23 940/23
942/12
**2111 [1]** 872/3
**2159 [1]** 897/1
**21BV57826 [1]** 883/25
**22 [1]** 886/21

**2204 [1]** 877/8
880/16
**22201 [1]** 872/4
**23 [2]** 887/3 940/15
**24 [2]** 871/5 887/13
**2450 [1]** 901/25
**25 [2]** 887/17 1005/8
**25,000 [1]** 949/5
**26 [2]** 888/13 936/1
**2666 [1]** 902/1
**27 [1]** 888/23
**27th [2]** 950/18 971/21
**28 [1]** 889/5
**29 [1]** 889/9
**290-3922 [1]** 891/16
**2951 [3]** 879/18 893/19
906/5
**2999 [1]** 934/22
**2:49 [1]** 917/8
**2nd [1]** 922/24

**3**

**3.75 [1]** 937/20
**3/13 [2]** 907/21 907/24
**3/13/2021 [1]** 907/10
**3/20/2021 [3]** 908/6
909/8 909/21
**30,000 [1]** 949/4
**302 [8]** 913/15 921/13
922/4 922/5 922/16
922/17 922/20 922/23
**31 [2]** 890/14 940/16
**314 [1]** 935/15
**31st [6]** 893/19 897/1
906/5 918/2 923/19
980/1
**32 [1]** 890/19
**33073 [1]** 902/1
**33150 [1]** 907/6
**33334 [1]** 891/16
**34 [1]** 891/11
**3477 [1]** 894/4
**35 [1]** 891/17
**36 [1]** 891/23
**375 [1]** 937/20
**38 [2]** 892/5 892/20
**38 caliber [1]** 896/23
**39 [4]** 894/10 902/2
902/5 986/7
**39 millimeter [1]** 877/9
**3922 [1]** 891/16
**3A [1]** 933/7
**3B [5]** 874/2 933/7
934/14 934/15 935/4
**3C [4]** 874/3 935/8
935/10 935/11
**3D [5]** 874/4 936/3
936/11 936/13 936/14

**3**

**3E [5]** 874/5 937/2
937/7 937/9 937/12

**4**

**4/17/2021 [1]** 908/24
**4/18/2021 [2]** 910/9
910/15
**4/26/2021 [2]** 936/18
937/4
**40 [2]** 894/11 894/13
**400 [5]** 937/21 937/23
950/14 950/25 954/2
**4041 [1]** 891/15
**407 [1]** 937/23
**41 [2]** 894/18 897/14
**410.01 [4]** 926/11
926/17 927/17 927/17
**410.05 [2]** 943/16
943/18
**42 [1]** 897/20
**43 [1]** 898/9
**430.01 [5]** 873/4 980/20
981/4 981/6 981/7
**430.02 [6]** 873/5 982/23
983/7 983/21 983/23
983/24
**430.03 [5]** 873/6 984/5
984/15 984/17 984/18
**430.09 [5]** 873/7 984/22
985/6 985/8 985/9
**430.10 [5]** 873/8 985/11
985/22 985/24 985/25
**430.11 [6]** 873/9 986/9
986/19 986/21 986/22
987/19
**430.12 [5]** 873/10
988/19 989/3 989/5
989/6
**430.13 [6]** 873/11 989/9
989/19 989/21 989/22
990/16
**430.14 [5]** 873/12 991/4
991/13 991/15 991/16
**430.15 [6]** 873/13
991/19 992/3 992/5
992/6 993/6
**430.16 [5]** 873/14
993/17 993/25 994/2
994/3
**430.17 [5]** 873/15 994/5
994/12 994/14 994/15
**430.18 [6]** 873/16
994/24 995/5 995/7
995/8 996/5
**44 [2]** 898/17 899/11
**45 [2]** 899/5 899/19
**45 caliber [1]** 968/1
**450 [21]** 875/25 876/6
876/8 876/21 878/18
881/2 882/15 885/4
885/7 886/9 888/13
897/14 897/20 899/12
901/21 904/21 910/20
910/21 913/10 921/9
922/1
**46 [1]** 899/24

**468 [1]** 916/23
**47 [3]** 907/8 908/1
908/18
**47s [1]** 902/6
**48 [1]** 900/19
**489 [1]** 885/20
**49 [2]** 900/23 901/20
**4A [2]** 938/18 938/25
**4B [1]** 939/25

**5**

**50 [4]** 902/7 902/9
908/1 908/2
**51 [1]** 902/19
**52 [1]** 903/6
**5250 [1]** 915/10
**556 [3]** 907/23 908/13
908/21
**56 [1]** 904/2
**57826 [2]** 882/12
884/19
**58 [1]** 904/21
**59 [2]** 910/21 910/21
**590-2666 [1]** 902/1
**59493 [2]** 887/22
888/10
**5:00 [2]** 997/11 997/18
**5:12 [1]** 1004/10
**5:30 yesterday [1]**
1003/23
**5A [3]** 940/23 941/3
942/12
**5th [3]** 934/24 934/25
934/25

**6**

**601 [1]** 871/15
**61 [1]** 912/11
**617477 [1]** 993/5
**62 [1]** 912/16
**63 [1]** 912/21
**64 [2]** 912/23 943/22
**65 [1]** 913/1
**65250 [2]** 890/5 897/19
**66 [3]** 913/4 921/7
922/1
**6:30 p.m [1]** 980/14
**6A [3]** 941/5 941/6
941/14
**6B [1]** 942/5
**6C [1]** 942/8
**6th [1]** 871/22

**7**

**7.2 [1]** 986/7
**7.62 [10]** 877/8 902/2
902/5 907/8 908/18
909/3 909/6 909/14
910/13 910/19
**7/26/21 [1]** 935/19
**7034765 [2]** 995/12
996/3
**71 [2]** 931/11 932/7
**72 [2]** 933/2 933/5
**73 [3]** 935/3 935/4
935/8
**74 [2]** 936/3 936/11
**75 [3]** 937/2 937/7

**762 [1]** 909/19
**7862 [1]** 915/2
**7th [1]** 907/5
**7th Avenue [1]** 891/15

**8**

**84 [1]** 938/19
**86 [1]** 939/25
**871 [1]** 871/7
**875 [1]** 872/11
**8th [1]** 872/3

**9**

**9/20/2021 [1]** 940/20
**9/31 [1]** 940/16
**9/31/2021 [2]** 940/15
940/17
**90 [1]** 942/20
**900 [1]** 964/11
**902 [2]** 962/9 962/10
**912 [12]** 876/14 877/3
882/17 883/11 889/19
892/23 897/22 900/14
904/9 905/10 911/13
922/10
**916 [1]** 872/12
**920 [1]** 885/11
**923 [1]** 915/6
**946 [1]** 872/18
**950 [1]** 871/18
**954 [2]** 891/16 902/1
**978 [1]** 872/16
**979 [1]** 872/21
**9:00 [1]** 982/2
**9:15 p.m [1]** 980/15
**9:30 tomorrow [1]**
997/15
**9mm [12]** 881/24
883/25 886/3 886/14
889/8 891/22 892/17
897/15 904/1 908/10
912/14 912/24

**A**

**Abadi [1]** 877/11
**able [12]** 911/9 918/5
920/16 929/8 929/10
949/13 987/14 990/12
992/8 993/2 995/25
1002/2
**about [50]** 876/17
878/22 883/14 884/2
885/23 886/12 907/17
911/4 911/18 916/6
919/3 919/20 920/11
920/20 922/10 923/4
930/1 941/17 947/4
949/4 949/5 949/16
949/21 951/21 952/3
953/14 954/8 957/8
958/2 958/10 958/11
958/13 959/17 959/25
959/25 961/17 965/14
968/5 968/8 968/10
969/21 970/5 971/25
972/9 975/1 975/8
980/16 984/20 998/14

**1007**

**989/3** 989/21 991/15
992/5 994/2 994/14
995/7 997/6
**admitting [1]** 938/16
**affirmative [1]** 918/7
**affix [2]** 905/9 914/2
**affixed [2]** 914/13
983/7
**after [11]** 917/7 922/23
932/3 932/19 944/19
952/17 953/13 959/13
971/24 973/22 980/18
**afternoon [11]** 916/2
917/6 925/16 925/24
925/25 946/15 946/16
970/18 978/23 980/4
980/8
**again [23]** 884/25
886/24 907/24 919/15
929/22 930/7 933/4
933/9 933/19 937/3
939/19 940/2 943/6
943/11 943/23 949/21
950/2 953/17 963/7
971/20 993/9 997/15
1002/4
**against [1]** 999/14
**agent [69]** 872/10
872/14 872/20 875/2
875/18 875/24 878/25
879/11 881/8 883/7
884/6 884/17 887/25
889/24 893/6 893/9
894/20 895/23 898/1
901/8 902/4 905/14
907/2 914/20 916/2
917/16 917/22 924/8
924/22 925/10 925/14
925/16 934/18 944/21
978/9 978/11 978/14
978/21 978/23 979/7
979/9 979/23 981/9
982/8 984/1 984/20
986/2 986/24 987/2
987/6 987/24 988/6
989/7 989/24 990/2
990/6 990/18 991/21
992/8 992/14 992/20
992/20 993/18 994/17
995/10 995/13 995/17
996/14 997/17
**Agent Kaelin [1]**
895/23
**agents [1]** 901/8
**agree [5]** 907/13
918/25 923/18 972/12
977/16
**agreeable [1]** 999/25
**agreed [2]** 997/21
998/7
**agreement [1]** 999/18
**ahead [6]** 894/11
927/13 934/1 938/22
981/15 997/1
**aided [1]** 872/8
**airline [1]** 982/13
**AK [6]** 902/6 907/8
908/1 908/2 908/18

**989/3** 989/21 991/15
992/5 994/2 994/14
995/7 997/6
**admitting [1]** 938/16
**affirmative [1]** 918/7

**1001 [1]** 983/15

**above [2]** 909/9 1005/5
**above-entitled [1]**
1005/5
**abundance [1]** 999/11
**Academy [1]** 979/13
**access [1]** 925/6
**accidentally [1]** 952/7
**accommodate [2]**
911/10 998/4
**according [5]** 888/11
890/6 890/7 890/9
890/10
**accounted [1]** 967/4
**accurate [4]** 928/8
931/25 934/3 1005/4
**accurately [15]** 961/7
980/25 983/17 984/10
985/3 985/19 986/15
988/25 989/15 991/10
991/23 993/21 994/9
995/2 996/18
**ACE [1]** 908/21
**activated [1]** 911/11
**activities [1]** 948/8
**actual [3]** 878/20
881/17 914/10
**actually [13]** 882/4
892/20 898/7 901/3
928/5 928/7 930/18
931/5 934/21 941/7
945/20 969/24 1001/6
**add [2]** 914/20 914/24
**added [2]** 895/18
895/19
**adding [1]** 895/18
**additional [1]** 998/24
**additionally [1]** 942/11
**address [10]** 875/15
875/16 879/18 891/15
918/21 918/25 924/17
982/7 998/17 998/18
**addressing [1]** 998/12
**adjourn [2]** 997/19
1002/25
**adjustment [1]** 917/10
**admit [23]** 872/24
873/2 873/22 880/6
893/21 895/15 897/4
906/11 933/24 981/3
983/21 984/14 985/6
985/22 986/19 989/3
989/19 991/13 992/2
993/24 994/12 995/5
996/21
**admitted [45]** 879/1
879/2 879/3 879/4
879/8 880/8 884/11
893/24 895/17 895/20
897/6 906/13 914/16
915/24 927/23 930/4
932/10 934/14 935/10
936/13 937/11 938/15
938/24 945/11 962/1
962/9 962/10 962/17
963/17 964/11 981/6
983/23 984/17 985/8
985/24 986/21 987/25

**A**

**AK... [1]** 985/2
**AK-47 [3]** 907/8 908/1 908/18
**AK-47s [1]** 902/6
**AK-type [1]** 985/2
**Alic [1]** 920/1
**all [51]** 875/8 886/9 890/13 904/7 913/12 917/5 917/12 919/20 922/17 924/5 925/10 926/14 929/13 930/21 931/22 932/23 936/24 937/24 938/8 938/14 938/18 939/8 939/22 942/2 944/11 945/1 948/13 948/19 949/22 958/18 958/18 960/12 962/1 965/22 967/6 967/8 974/15 978/17 982/14 982/18 984/3 988/4 997/14 999/2 999/24 1001/12 1001/16 1002/25 1003/7 1004/4 1004/8
**ALLEN [1]** 871/21
**allow [1]** 975/6
**allowed [2]** 921/3 981/24
**allowing [1]** 925/14
**almost [1]** 910/20
**along [4]** 894/10 917/1 930/12 952/18
**already [11]** 884/24 888/2 898/6 906/24 926/16 936/22 963/2 963/6 988/4 990/3 1001/2
**also [54]** 878/9 882/22 885/11 886/4 886/12 886/15 890/25 891/2 895/23 897/21 903/16 905/10 907/21 907/21 907/21 908/3 908/14 908/14 908/19 908/19 908/19 908/22 909/15 909/15 909/20 910/1 910/1 910/4 910/4 910/4 910/14 920/4 921/16 928/23 941/20 943/16 947/2 948/17 949/1 954/17 954/18 960/21 962/2 964/11 967/1 970/2 972/21 991/8 991/23 993/13 996/11 999/11 1003/22
**always [1]** 959/5
**am [4]** 893/11 915/19 942/11 947/19
**AMATO [4]** 872/2 925/20 945/24 997/23
**AMERICA [1]** 871/3
**American [6]** 954/15 954/17 958/17 958/20 958/22 970/22
**ammo [4]** 886/15

**ammunition [9]** 887/1 887/9 887/14 892/17 892/20 894/15 895/5 895/25 941/18
**amount [6]** 901/17 937/19 942/23 956/11 957/14 959/17
**amounts [2]** 937/21 955/23
**analysis [1]** 948/5
**angle [1]** 935/16
**annotated [1]** 996/18
**annotations [1]** 997/5
**announcing [1]** 958/16
**another [39]** 875/3 876/1 878/9 881/12 886/15 886/24 887/6 887/10 890/17 891/24 892/8 892/11 901/1 904/1 907/24 908/18 908/19 908/22 909/4 909/7 909/15 909/20 910/1 910/4 910/7 924/8 953/23 953/23 954/9 954/16 961/21 965/22 972/25 973/16 974/11 974/22 985/16 991/8 999/15
**answer [3]** 920/10 956/16 956/24
**anticipate [1]** 1001/19
**anticipation [1]** 905/4
**any [39]** 895/6 895/10 896/14 896/18 896/19 901/4 901/7 901/11 914/25 918/23 919/3 920/18 920/20 921/16 922/7 922/18 923/24 927/21 934/11 934/12 948/21 949/24 952/12 952/18 953/10 959/16 961/20 969/3 969/16 969/19 969/21 976/9 979/12 980/17 982/15 999/3 999/18 1001/22 1004/5
**anybody [1]** 966/5
**anymore [3]** 958/23 959/4 976/22
**anyone [4]** 958/2 958/9 969/24 981/17
**anything [10]** 924/24 951/24 958/3 958/9 960/17 964/4 968/10 969/16 998/11 1003/19
**apart [1]** 980/16
**Apologies [1]** 884/4
**apologize [4]** 882/15 883/22 945/6 998/16
**apparatus [1]** 881/2
**appear [15]** 893/18 895/3 895/10 896/18 902/14 906/4 930/13 933/15 955/9 987/8 987/11 990/9 992/23 995/19 995/22
**APPEARANCES [2]**

**appears [16]** 899/3 902/16 902/23 904/23 930/24 931/2 935/15 935/19 936/15 939/12 940/14 940/21 941/22 943/16 944/6 944/8
**appreciate [3]** 944/21 1000/15 1002/20
**approach [19]** 875/12 878/25 879/5 884/6 887/25 889/24 893/7 894/20 898/2 905/14 914/16 944/16 944/23 944/25 945/20 962/21 962/23 962/23 987/23
**approval [1]** 919/9
**Approximate [1]** 968/20
**approximately [4]** 929/2 938/4 938/6 978/7
**approximation [2]** 968/23 968/24
**AR [1]** 965/6
**AR15s [1]** 965/4
**are [52]** 875/24 877/20 882/25 884/9 885/23 891/2 893/9 895/6 896/9 898/5 900/13 902/15 903/10 908/9 910/12 911/8 912/14 912/18 913/12 913/12 914/25 924/22 931/23 934/7 934/18 935/25 936/1 936/15 938/14 938/24 944/22 945/4 950/9 953/6 953/17 957/1 962/1 963/8 965/8 977/7 978/18 987/14 990/12 992/8 993/2 994/21 995/25 997/22 998/8 1001/25 1003/4 1003/13
**area [17]** 928/19 928/20 930/8 930/11 930/13 930/15 931/20 932/1 933/19 934/4 939/12 943/24 952/5 952/21 953/2 960/20 973/16
**areas [2]** 928/12 951/17
**Arlington [1]** 872/4
**armed [2]** 947/10 953/16
**Army [3]** 947/13 947/15 970/24
**around [5]** 917/12 960/8 968/25 980/14 980/15
**arrested [1]** 921/4
**arrived [1]** 981/18
**as [81]** 876/24 877/1 878/10 879/1 879/5 879/7 879/12 880/4 886/10 886/12 886/17 897/15 899/2 900/9

907/12 909/25 910/6 911/6 914/8 914/12 914/12 914/12 915/16 918/9 918/15 918/19 919/12 919/13 920/13 921/25 923/6 923/15 923/23 924/2 924/3 924/5 924/15 925/5 925/10 925/14 926/3 926/25 931/9 934/23 939/2 942/19 948/18 952/3 952/9 956/23 959/17 959/17 961/18 967/13 980/19 984/20 987/2 990/2 992/12 995/13 997/24 999/12 1000/9 1003/8 909/11 918/9 923/18 925/18 927/16 927/24 928/3 929/11 930/23 931/13 936/6 942/25 955/14 968/16 975/11
**ask [20]** 894/20 907/17 920/18 920/20 924/21 945/10 954/2 956/2 961/18 967/13 980/19 984/20 987/2 990/2 992/14 995/13 997/24 999/12 1000/9 1003/8
**asked [27]** 917/16 918/3 920/15 921/11 921/16 922/2 926/1 926/2 926/4 926/4 951/5 951/22 953/17 955/16 958/5 958/20 958/21 958/22 959/3 959/4 960/9 960/12 960/21 971/13 975/1 975/22 1000/7
**askew [1]** 986/3
**asking [6]** 938/2 955/15 957/7 958/20 961/19 977/7
**aspect [2]** 998/8 998/9
**assault [2]** 952/13 965/3
**assess [1]** 948/7
**assign [2]** 913/18 918/12
**assigned [2]** 913/20 914/10
**assist [1]** 926/2
**assistant [1]** 948/25
**assisting [1]** 924/8
**assume [2]** 997/11 1001/14
**assuming [1]** 1001/24
**attached [1]** 942/13
**attaches [1]** 911/11
**attachment [4]** 911/2 911/3 918/19 922/21
**attending [1]** 1004/5
**attention [2]** 883/11 902/13
**Attorney's [1]** 871/15
**au [1]** 946/25
**audience [3]** 962/2

902/3 911/18 913/3 914/5 914/5 914/16 915/20 918/12 920/3 922/17 920/22 924/22 926/17 927/16 927/17 928/8 928/18 935/1 935/2 935/3 935/8 938/1 938/25 940/17 942/14 942/19 943/21 944/5 945/11 946/14 948/15 948/16 948/17 948/21 949/23 952/1 952/9 956/23 962/9 962/17 963/17 972/4 978/4 982/11 982/11 986/7 987/12 987/24 988/2 990/7 990/10 990/15 990/24 992/22 992/24 995/23 996/18 999/3 999/3 999/9 1000/18 1002/19 1002/19 1002/21 1002/21 1003/4
**ask [20]** 894/20 907/17
**August [3]** 950/13 950/18 971/21
**August 27th [2]** 950/18 971/21
**AUSA [2]** 871/14 871/14
**authorities [1]** 972/13
**authority [1]** 999/12
**authorized [1]** 919/19
**auto [6]** 907/8 908/13 908/18 909/6 909/19 910/13
**automatic [1]** 965/6
**available [2]** 980/2 1003/5
**Avenue [4]** 871/18 871/22 891/15 907/5
**average [1]** 949/18
**aware [3]** 951/12 951/13 951/14

**B**

**B-E-Y-S-S [1]** 979/8
**B031 [1]** 935/15
**back [45]** 875/18 877/13 882/14 885/4 886/8 892/20 897/14 899/11 901/15 904/4 910/22 912/11 916/21 917/19 921/10 925/14 926/1 939/8 940/6 941/18 942/12 943/11 943/19 947/24 957/16 961/5 961/23 964/22 967/2 967/8 967/11 967/13 967/16 968/4 969/4 969/8 969/14 971/2 971/5 971/7 973/21 974/23 975/22 982/4 1001/16
**backfire [1]** 1002/6
**background [1]** 916/7
**backs [1]** 901/16
**bag [13]** 894/17 896/25 901/9 923/4 923/5 923/10 923/11 941/20 941/20 942/5 942/6 942/9 942/11
**bags [2]** 901/10 901/11
**bank [2]** 982/12 1002/13
**bar [3]** 914/2 914/4 914/9
**BARNES [5]** 871/17 872/21 934/11 944/11 979/1
**based [8]** 896/24 902/3 906/3 949/8 950/7 980/6 998/22 1001/3
**basic [1]** 949/22
**basically [7]** 918/19 953/18 953/21 958/14 958/23 1000/11 1001/8
**BATES [1]** 871/10
**be [102]** 875/3 875/9 876/12 877/7 880/21 882/1 883/5 886/3

**B**

be... **[94]** 891/6 891/7
893/1 893/18 895/10
895/17 897/15 900/18
901/7 901/12 902/12
902/14 902/16 902/23
904/14 904/23 906/4
911/11 912/19 913/2
913/20 914/9 916/19
917/7 918/5 919/19
924/17 929/8 929/10
930/13 930/24 931/2
931/9 932/21 933/6
933/6 933/7 934/12
935/13 935/23 937/10
937/21 938/2 938/15
939/12 940/14 940/21
940/23 944/6 944/8
945/11 948/8 950/8
951/22 955/9 958/7
958/25 959/7 960/4
960/7 961/15 962/2
968/19 971/19 973/25
980/11 981/21 981/24
981/25 985/15 987/8
987/11 989/12 990/9
991/7 992/10 992/23
995/19 995/22 997/6
999/9 999/14 999/16
1000/5 1000/12
1000/17 1001/19
1002/2 1002/4 1002/13
1002/16 1003/18
1003/22 1004/5
**Beach [2]** 879/19 902/1
**bean [1]** 1001/13
**bearing [4]** 877/8
883/13 883/24 892/25
**BEAUDRE [1]** 871/17
**became [1]** 971/2
**because [19]** 876/12
890/12 901/14 916/13
916/19 921/22 925/6
927/12 927/12 933/18
934/21 940/10 956/25
958/14 969/12 975/3
983/13 998/19 1000/2
**become [1]** 970/22
**bed [5]** 876/13 899/10
899/14 899/22 902/11
**bedroom [3]** 876/9
876/11 982/21
**bedspread [3]** 899/18
900/3 902/24
**been [48]** 877/11
878/22 879/1 879/2
879/5 879/12 884/11
888/3 893/16 895/13
895/19 896/9 896/18
905/21 911/18 912/18
914/14 914/16 916/12
916/13 916/17 919/18
922/19 922/24 923/14
926/16 926/20 930/22
933/15 942/6 946/13
947/24 951/21 958/21
962/9 962/10 962/17

983/17 964/11 967/18
967/23 970/5 970/10
971/9 974/5 974/15
987/24 998/7
**before [25]** 871/10
875/2 879/11 885/23
886/12 892/19 893/12
894/23 896/12 898/21
901/3 922/19 923/20
944/17 951/10 958/21
963/19 969/13 979/20
980/11 980/18 981/19
983/10 997/19 999/6
**begin [1]** 1004/1
**behalf [1]** 999/25
**behind [1]** 902/12
**being [21]** 878/21
952/24 953/14 954/6
954/9 954/14 955/21
955/24 957/8 958/14
960/9 960/12 964/23
965/2 965/12 968/13
969/9 969/10 970/3
977/16 1001/4
**belabor [2]** 937/1 937/9
**believe [26]** 875/24
879/2 884/11 896/15
900/9 913/8 915/6
917/2 920/1 920/3
920/19 922/12 923/8
923/12 925/13 931/7
935/1 935/20 936/1
941/22 943/2 943/8
968/25 996/14 996/22
1000/13
**believed [1]** 928/6
**believes [1]** 1000/14
**belonged [1]** 926/8
**belonging [1]** 927/3
**below [4]** 911/21
911/22 911/23 911/25
**bench [10]** 871/9 945/3
945/18 945/25 946/11
962/25 963/14 998/18
998/20 1002/23
**benefit [2]** 997/18
998/11
**Benita [4]** 933/23
934/19 937/15 945/8
**best [2]** 927/13 1002/2
**better [2]** 933/14
936/15
**between [2]** 907/17
968/18
**BEYSS [26]** 872/20
978/21 978/23 979/7
979/23 981/9 982/8
984/1 984/20 986/2
986/24 987/6 987/24
988/6 989/24 990/6
990/18 991/21 992/8
992/20 993/18 994/17
995/10 995/17 996/14
997/17
**big [1]** 967/5
**binder [1]** 932/7
**birth [1]** 920/21
**bit [3]** 935/13 953/20

936/5 937/4
**black [12]** 886/15
887/8 887/16 894/14
904/23 906/8 911/24
912/1 912/4 912/4
912/22 913/2
**Blazer [4]** 886/25 887/8
887/14 896/23
**blocks [1]** 997/22
**blown [1]** 992/10
**blue [5]** 908/13 909/6
909/19 910/13 941/20
**blurry [1]** 898/12
**Bonura [15]** 878/25
881/8 884/6 887/25
889/24 893/6 894/20
898/1 905/14 987/2
989/7 990/2 992/14
992/21 995/13
**book [2]** 974/22 975/11
**born [2]** 946/24 949/24
**both [4]** 900/13 931/10
933/22 934/18
**bottom [9]** 876/25
878/2 883/19 899/17
901/3 911/8 937/18
994/25 994/25
**bought [1]** 966/23
**Boulevard [1]** 950/19
**Bouquets [1]** 950/19
**box [35]** 870/10 878/20
880/11 882/1 884/18
886/14 886/14 886/15
886/25 887/8 887/9
887/14 891/21 892/3
892/8 892/9 892/13
892/17 893/10 895/4
896/23 898/12 909/25
910/6 911/1 911/16
911/18 911/22 912/8
912/19 988/14 988/15
990/23 990/24 993/14
**boxes [2]** 903/21 904/1
**branch [1]** 947/12
**brand [2]** 923/5 949/20
**brand-new [1]** 949/20
**Bravo [5]** 882/12
884/19 890/5 894/3
897/19
**break [2]** 917/6 997/11
**breathing [1]** 917/23
**brief [4]** 944/12 944/16
981/19 987/22
**briefed [1]** 980/11
**briefly [1]** 938/12
**bring [4]** 987/3 990/2
993/9 997/25
**bringing [1]** 992/15
**brother [1]** 950/5
**brought [1]** 953/16
954/16 992/21
**Broward [1]** 916/23
**Bulky [1]** 913/20
**bunch [1]** 944/4
**business [3]** 1001/13
1003/9 1003/11
**butt [1]** 887/1
**button [2]** 880/25

886/25

**C**

**C-5 [1]** 917/3
**C5 [3]** 917/1 917/17
917/18
**caliber [4]** 896/23
896/23 902/5 968/1
**call [24]** 901/9 913/20
921/21 924/24 944/5
948/7 951/22 952/2
955/15 957/16 958/25
959/6 959/8 959/11
960/6 961/12 968/14
973/9 976/14 977/3
977/20 982/1 998/24
999/2
**called [9]** 917/19 923/4
950/14 959/10 959/13
965/20 973/12 979/15
1001/10
**calling [2]** 883/11
898/24
**calls [5]** 946/17 951/18
955/20 977/12 978/20
**came [8]** 879/11 932/1
955/14 958/11 959/25
960/8 973/21 974/22
**can [84]** 875/12 875/15
877/15 878/9 880/18
880/21 880/22 881/8
881/9 882/4 882/9
882/11 882/13 883/7
884/25 885/18 886/9
886/10 887/1 887/7
887/25 888/13 888/17
888/18 889/21 890/13
894/11 896/5 897/16
899/11 899/14 901/24
904/21 907/4 908/11
910/20 910/23 911/3
911/6 911/11 913/10
914/7 914/17 924/13
929/17 933/22 934/18
935/13 935/23 936/18
938/15 938/20 944/20
944/22 948/13 953/19
955/17 957/2 958/25
959/7 959/7 960/6
964/19 965/15 967/4
967/19 968/23 968/23
984/22 986/7 987/16
992/10 992/12 997/25
998/1 998/4 998/11
998/18 1000/24
1001/21 1003/16
**can't [12]** 917/10
932/24 933/24 935/16
936/1 940/18 942/2
945/14 994/22 1000/16
1000/16 1001/21
**canvas [1]** 918/4
**capital [1]** 917/3
**captive [2]** 954/7
977/17
**captors [2]** 953/6
963/13

**car [5]** 969/7 969/9
969/12 969/13 969/22
**card [2]** 968/12 977/3
**cardboard [1]** 911/1
**cards [6]** 901/2 901/2
901/4 901/23 960/14
974/24
**care [1]** 934/11
**career [1]** 916/14
**carrying [3]** 951/25
952/12 952/13
**cars [1]** 969/19
**case [30]** 895/7 895/8
901/19 907/8 908/1
911/10 913/19 914/5
921/22 924/10 924/15
924/16 924/21 925/1
925/5 931/7 961/20
976/5 983/18 999/6
999/7 999/8 999/15
999/17 1000/20 1001/4
1001/18 1002/2 1003/1
1003/3
**cash [3]** 968/12 968/14
968/15
**Casillas [4]** 980/19
984/22 985/10 991/19
**caution [1]** 999/11
**CCI [3]** 886/25 887/14
896/23
**cell [4]** 920/19 920/21
951/25 974/24
**center [1]** 928/21
**Centurion [1]** 988/23
**Century [3]** 909/6
909/19 910/13
**certain [1]** 911/8
926/6 926/6 928/12
928/15 928/24 929/5
931/22 932/21 942/23
950/20
**certainly [12]** 940/25
944/13 979/7 988/16
990/14 991/1 993/4
993/15 995/12 996/13
1001/19 1002/5
**certify [1]** 1005/3
**chairs [1]** 962/24
**challenges [1]** 953/10
**chance [1]** 934/5
**changed [1]** 917/24
**charge [2]** 965/21
998/8
**Charley [2]** 887/22
888/10
**chart [23]** 880/4 882/17
886/4 887/23 889/19
890/6 890/7 890/9
891/8 892/22 895/23
896/4 897/21 900/14
900/17 904/9 904/9
915/13 922/10 922/12
922/15 922/17 990/19
**check [4]** 883/8 884/13
955/15 968/12
**Children [1]** 948/16
**circle [8]** 877/18
886/10 888/18 899/14

# C

**circle... [4]** 903/14 911/3 930/17 932/16
**circled [5]** 877/21 888/20 892/12 899/16 902/25
**circumstance [1]** 901/14
**circumstances [1]** 959/25
**citizen [6]** 958/2 958/9 958/20 958/22 959/3 970/22
**citizenship [1]** 958/10
**civil [4]** 916/8 916/9 916/10 916/22
**clarification [1]** 926/19
**clarify [5]** 949/24 957/7 966/16 968/4 983/4
**clarity [1]** 895/25
**clarity's [1]** 986/2
**clear [13]** 910/3 916/6 923/3 935/1 935/15 935/25 936/6 952/22 966/12 968/13 971/19 999/16 1003/22
**cleared [2]** 919/22 980/13
**clearer [3]** 935/23 936/4 936/8
**clearing [1]** 982/3
**clearly [1]** 965/18
**client [1]** 1000/3
**close [13]** 881/17 887/13 887/14 889/16 904/18 917/7 986/13 989/13 991/22 994/7 1003/9 1003/11 1003/11
**close-up [8]** 881/17 887/14 889/16 904/18 986/13 989/13 991/22 994/7
**closed [3]** 881/2 881/4 881/5
**closer [3]** 880/21 904/17 946/23
**code [2]** 914/2 914/9
**codes [1]** 914/4
**collected [9]** 876/15 890/25 891/5 891/9 897/1 904/7 905/2 906/5 913/12
**collectively [1]** 944/4
**collector's [1]** 895/9
**collects [1]** 1001/8
**college [1]** 947/9
**colored [5]** 887/1 887/8 887/15 888/16 911/2
**Colt [1]** 908/13
**COLUMBIA [1]** 871/1
**column [2]** 893/2 914/21
**columns [2]** 914/22 988/11
**come [5]** 945/1 947/3 982/3 1000/7 1000/9
**come-up [2]** 1000/7 1000/9
**comes [1]** 922/17
**coming [5]** 925/11 940/5 944/21 978/17 1000/15
**commander [3]** 965/21 972/21 974/10
**commence [1]** 925/18
**commencement [1]** 997/24
**commonly [1]** 902/5
**comparable [1]** 949/20
**compare [1]** 893/15
**comparison [1]** 949/19
**complements [1]** 930/20
**complete [1]** 913/15
**completely [1]** 1002/6
**completion [1]** 921/1
**complied [1]** 993/16
**complies [9]** 877/19 880/13 888/19 897/10 903/15 911/5 915/15 988/17 991/2
**computer [1]** 872/8
**computer-aided [1]** 872/8
**Con't [1]** 875/22
**concerned [1]** 914/5
**concerning [1]** 932/24
**concluded [5]** 945/18 946/11 963/14 1002/23 1004/10
**concludes [1]** 1004/8
**condition [6]** 884/15 905/24 987/12 990/10 992/24 995/23
**conditional [1]** 884/14
**conduct [1]** 959/17
**Conference [8]** 945/3 945/18 945/25 946/11 962/25 963/14 998/20 1002/23
**confirm [3]** 888/8 890/3 907/16
**confusion [1]** 913/17
**conjunction [1]** 922/14
**connection [3]** 922/2 922/15 982/5
**connections [3]** 949/25 950/3 950/7
**consider [1]** 977/2
**considered [1]** 949/15
**consistent [1]** 931/19
**console [3]** 928/22 930/13 930/15
**contact [2]** 920/22 960/23
**contacts [1]** 948/8
**contain [1]** 895/3
**contained [3]** 881/25 896/22 919/18
**container [6]** 905/6 905/10 933/23 934/19 937/15 945/9
**containers [1]** 1001/16
**containing [2]** 899/8
**contains [4]** 887/15 892/3 914/14 963/4
**contemporaneously [1]** 921/17
**contents [1]** 903/10
**context [2]** 956/23 1002/3
**continue [1]** 938/8
**CONTINUED [4]** 872/1 873/1 874/1 917/14
**control [6]** 913/14 913/24 913/25 914/11 921/3 998/9
**controls [1]** 924/10
**conversation [11]** 952/20 952/25 953/1 958/13 960/3 960/18 966/6 968/10 973/19 973/22 981/20
**conversations [1]** 957/9
**conversion [1]** 968/18
**coordinator [1]** 979/18
**copies [1]** 980/10
**copy [2]** 913/7 924/25
**corner [5]** 899/17 936/6 942/19 943/17 944/6
**corporate [6]** 947/19 948/2 948/3 948/25 971/2 971/9
**Corps [3]** 947/13 947/15 970/25
**correct [125]** 876/19 878/24 881/4 883/5 884/1 884/23 885/24 886/18 886/19 887/24 906/10 915/4 915/8 915/12 916/16 918/17 918/22 919/1 919/14 919/21 919/24 921/19 922/6 922/11 924/3 925/8 926/3 926/17 927/4 927/5 927/9 927/11 928/3 928/4 928/14 928/17 928/19 928/25 929/3 929/20 930/8 930/11 930/14 930/19 930/25 931/1 931/2 931/13 931/17 931/18 931/23 931/24 932/1 932/22 933/9 933/13 933/16 933/20 933/23 934/19 934/22 935/5 935/14 936/4 936/7 936/8 937/4 937/16 937/19 937/21 939/3 939/6 939/10 939/11 939/13 939/21 939/21 940/2 940/8 940/10 940/13 941/15 941/18 941/21 942/1 942/6 942/7 942/14 942/17 942/20 942/21 942/23 943/7 943/12 943/13 943/17 943/25 944/3 944/7 952/16
**correction [2]** 884/5 928/5
**correspond [1]** 913/21
**corresponding [1]** 988/13
**corresponds [3]** 988/7 990/20 993/10
**corruption [2]** 916/7 916/22
**could [90]** 876/4 876/21 877/5 877/13 877/18 877/25 878/6 878/25 879/5 880/11 880/14 882/17 882/24 884/6 884/17 885/25 886/20 888/8 890/3 891/4 892/20 893/4 893/6 894/2 894/20 895/24 896/5 897/9 897/12 898/21 899/24 900/16 903/14 904/13 904/25 905/14 906/16 907/3 912/11 915/13 917/17 930/22 938/12 946/20 946/23 950/2 951/23 952/20 952/25 953/1 955/16 956/11 956/12 956/17 958/15 959/1 960/23 961/25 962/1 962/8 962/16 962/18 962/24 963/16 963/24 964/10 964/14 964/22 965/18 966/4 967/22 968/4 968/11 968/14 969/21 979/5 981/22 982/3 986/3 986/24 987/2 987/23 988/13 989/24 990/23 993/13 994/17 995/10 996/11 1000/14
**couldn't [1]** 973/19
**counsel [12]** 875/8 875/12 906/23 906/24 945/1 945/21 998/23 999/9 999/20 999/22 1002/7 1003/23
**Counsel's [1]** 907/16
**count [1]** 945/6
**counted [1]** 901/7
**country [2]** 948/7 951/17
**County [1]** 916/23
**couple [7]** 914/15 916/6 920/11 958/19 961/23 964/22 968/4
**course [3]** 923/9 929/8 983/16
**court [54]** 871/1 872/5 872/7 877/18 880/12
**966/24 971/10 971/12** 971/23 972/1 972/20 973/11 973/13 973/15 973/18 974/1 974/17 974/25 975/18 975/21 976/1 976/4 976/6 977/18 977/21 980/8 983/6 983/9 985/5 1000/21
**court's [4]** 940/24 944/9 945/12 1003/8
**courtroom [1]** 998/3
**cousin [5]** 959/12 959/13 959/15 973/12 973/22
**cover [1]** 949/22
**CR [1]** 871/3
**created [2]** 928/11 929/19
**credit [5]** 901/2 901/4 901/23 960/14 974/24
**Creole [8]** 951/1 951/3 953/9 953/10 955/9 955/10 955/18 956/7
**Croix [1]** 950/19
**Croix-des-Bouquets [1]** 950/19
**cross [6]** 872/12 916/4 925/18 925/22 970/16 1002/5
**cross-examination [5]** 872/12 916/4 925/18 925/22 970/16
**Cruiser [1]** 969/6
**crumpled [2]** 932/13 933/15
**CT [2]** 911/16 912/9
**cumulative [1]** 937/10
**cup [1]** 966/23
**currency [9]** 899/8 899/21 900/3 900/8 900/13 901/5 901/7 923/10 968/8
**current [1]** 979/17
**currently [2]** 916/7 947/2
**custody [1]** 919/10
**cut [1]** 994/21

# D

**D-E-R-E-K [1]** 979/8
**D.C [2]** 871/5 916/15
**dash [1]** 923/8
**date [40]** 895/8 895/12 896/16 905/21 906/2 907/9 908/5 908/5 908/22 908/23 909/4 909/7 909/9 909/20 910/7 914/22 914/25 915/14 920/21 934/24

**D**

date... [20] 935/19
936/18 940/15 940/17
940/21 942/25 943/17
944/7 971/19 988/11
988/14 988/15 990/24
990/24 993/14 993/14
996/12 996/15 996/19
1005/8
dated [1] 937/4
daughter [1] 923/25
day [20] 921/14 922/23
934/6 954/5 972/3
974/4 980/3 980/15
983/19 985/20 986/16
991/24 993/22 994/10
995/3 997/11 997/19
1003/6 1003/7 1004/8
days [9] 954/2 954/4
954/20 959/23 971/17
971/18 973/24 1000/9
1003/14
DC [2] 871/16 871/18
deal [4] 875/9 875/10
938/20 1002/13
debit [1] 901/2
decision [2] 1001/2
1001/3
decisions [1] 1002/10
decline [1] 1002/11
defendant [3] 871/7
871/20 875/5
Defendant's [3] 927/24
930/5 932/11
defense [42] 873/22
906/24 926/25 927/6
927/8 927/16 927/23
929/14 929/24 930/4
930/7 931/10 932/6
932/10 935/4 935/8
935/10 936/11 936/13
937/2 937/7 938/1
938/3 938/18 939/8
939/25 940/23 941/5
941/5 941/14 942/4
942/8 942/12 943/21
943/21 945/5 998/23
999/1 1001/4 1001/7
1001/11 1001/14
Defense 6 [1] 941/5
Defense 6A [1] 941/5
degree [1] 1000/22
demanding [1] 956/11
demands [2] 968/6
968/13
demonstrative [1]
900/4
denominations [1]
901/18
Department [1] 871/17
depict [12] 984/10
985/3 985/19 986/15
988/25 989/15 991/10
991/23 993/21 994/9
995/2 996/18
depicted [5] 876/8
926/25 989/25 990/7

932/22
depicting [1] 889/16
depiction [2] 878/9
931/25
DEREK [3] 872/20
978/21 979/7
des [1] 950/19
describe [9] 886/9
904/22 904/25 911/6
917/17 953/19 965/15
966/4 967/4
describing [1] 886/17
description [8] 877/5
907/7 907/22 908/17
908/20 909/2 909/13
909/18
descriptions [3]
907/25 908/9 911/22
designated [2] 928/7
928/8
determine [4] 987/14
990/12 993/2 995/25
developed [1] 1000/3
develops [1] 1002/9
diagram [11] 928/3
928/11 928/12 928/23
929/3 929/19 930/7
930/20 930/21 931/19
939/9
did [113] 876/10
876/10 878/4 879/12
879/14 879/15 879/17
879/21 879/22 882/3
888/2 893/12 893/14
893/15 895/1 895/3
896/12 896/13 902/17
905/9 905/11 905/20
905/21 906/1 906/4
916/23 919/2 919/4
919/5 919/16 920/14
920/18 920/20 922/7
922/16 922/18 928/3
929/25 932/19 941/22
941/23 947/3 947/8
947/10 949/2 950/13
951/7 951/19 951/24
953/10 953/25 955/6
955/8 955/9 955/20
956/9 958/2 958/9
959/8 959/9 959/11
959/16 960/7 960/17
960/24 960/25 961/1
961/5 961/6 961/7
961/10 961/11 961/17
961/17 964/4 964/6
965/1 965/11 966/21
967/13 969/16 969/19
969/24 970/10 970/22
971/5 972/2 973/21
974/8 974/18 976/7
976/7 977/6 978/6
978/9 978/10 978/11
978/13 978/14 979/23
980/6 980/17 981/9
981/17 982/2 982/5
982/8 982/15 984/1
998/14 998/16 1000/9
1003/22

didn't [4] 888/2 898/5
925/6 967/19
differences [1] 907/17
different [20] 876/2
901/9 904/21 908/5
908/22 934/18 934/20
935/17 937/21 948/14
951/16 951/17 951/17
956/2 966/1 966/8
973/4 975/8 979/16
982/18
difficult [1] 968/19
digit [1] 936/2
digits [1] 885/19
dining [1] 913/8
direct [8] 872/11
872/18 872/21 875/22
917/14 941/17 943/3
979/3
director [4] 948/16
948/17 948/18 948/21
directs [1] 1001/20
disclosed [1] 1001/7
discuss [2] 886/11
1001/8
discussed [1] 999/19
discussing [5] 893/16
895/7 912/18 953/3
997/18
discussion [9] 917/4
917/11 917/21 943/15
969/21 997/2 1002/24
1003/21 1004/3
display [1] 906/23
displayed [6] 897/21
903/11 961/25 962/2
962/8 963/20
displaying [1] 915/19
distant [1] 950/6
DISTRICT [3] 871/1
871/1 871/10
divided [1] 953/21
division [1] 916/8
do [137]
document [14] 940/12
942/13 942/16 942/22
943/2 943/14 980/22
980/25 988/6 988/10
990/20 993/10 996/8
996/14
documents [14] 935/5
941/20 941/22 941/24
941/25 942/6 942/9
944/4 982/11 982/13
982/15 997/9 998/2
998/2
does [60] 889/3 893/18
894/7 895/10 896/14
896/18 901/5 909/9
913/21 937/9 949/9
950/24 980/25 981/2
983/17 983/20 984/10
984/13 985/3 985/19
985/21 986/15 986/18
987/8 987/11 987/13
987/19 987/21 988/25
989/2 989/15 989/18
990/9 990/11 990/15

990/17 991/10 991/12
991/23 992/1 992/23
993/1 993/6 993/8
993/21 993/23 994/9
994/11 995/2 995/4
995/19 995/21 995/22
995/24 996/4 996/6
996/18 996/20 999/6
999/13
doesn't [1] 949/21
doing [3] 880/19
951/15 1003/19
dollar [3] 937/19
968/18 969/1
dollars [3] 957/5
957/10 957/20
don't [39] 875/9 875/14
875/15 885/18 888/3
894/8 908/11 917/22
917/25 918/24 921/20
921/23 922/9 923/13
923/25 924/18 926/12
927/10 934/12 938/3
938/21 948/13 958/24
963/11 964/12 968/22
972/16 976/22 997/8
999/22 1000/1 1000/19
1000/21 1000/22
1001/18 1002/8 1003/7
1003/18 1004/4
done [7] 898/7 915/16
919/7 919/8 929/8
997/9 997/10
door [4] 931/2 931/5
931/20 933/20
dot [2] 883/6 992/16
down [20] 882/17
883/17 889/1 889/3
893/11 911/15 913/10
915/1 915/5 915/9
925/11 944/22 960/3
960/22 960/24 964/20
978/18 983/14 983/16
997/14
draw [1] 902/13
drawer [21] 876/25
877/1 877/12 878/2
878/20 879/20 883/19
884/22 885/22 886/25
888/12 890/8 890/17
891/10 894/6 896/2
897/13 900/8 900/10
912/6 912/10
drawers [1] 877/1
dressed [1] 960/9
dresser [20] 876/25
877/15 877/16 879/19
885/22 885/23 888/12
890/8 891/10 894/6
896/2 897/13 898/22
898/24 899/2 899/4
902/11 902/12 912/6
912/10
dressers [2] 877/20
902/11
drew [1] 929/20
driver [3] 928/20
928/21 930/16

936/17 991/19 991/12
driver's [6] 928/18
928/20 930/8 931/20
933/19 943/24
drop [2] 901/19 923/17
dropped [1] 901/19
drugs [1] 901/12
drum [2] 908/1 908/2
drywall [1] 953/22
duly [1] 946/13
during [2] 920/23
921/17 923/9 954/20
955/11 959/16 972/18
974/21 991/9
duty [2] 966/1 980/7

**E**

each [6] 913/16 913/25
915/14 945/9 965/17
983/13
earlier [4] 898/23 904/4
928/6 933/16
early [2] 917/5 998/1
easier [2] 881/19
983/13
effect [1] 975/4
efficiency's [1] 938/13
efficient [1] 1001/6
either [2] 974/21
999/10
elder [1] 979/22
Eleven [1] 876/4
Eliande [9] 885/17
907/12 907/21 907/24
908/16 909/17 909/23
910/11 923/20
ELITA [1] 872/2
ELMO [1] 926/12
else [4] 918/18 925/7
954/6 998/11
email [4] 918/4 980/2
1003/16 1003/18
Embassy [1] 972/3
employ [1] 948/24
employed [1] 948/21
employees [1] 950/7
empty [2] 887/16
988/10
end [5] 887/1 977/19
982/2 983/15 986/6
ended [1] 980/15
ending [3] 915/2 915/5
915/10
enforcement [2]
971/25 972/13
English [5] 920/16
941/25 941/25 942/2
955/9
Enlarging [1] 935/13
enough [3] 957/18
997/10 1000/22
enter [2] 913/19 913/23
entered [1] 876/2
entire [2] 916/14 954/5
entitled [1] 1005/5
entry [5] 913/16 919/10
919/23 980/13 983/12
envelope [4] 905/17
914/13 921/22 924/15

**E**

**envision [1]** 1003/7
**equipped [1]** 911/8
**equivalent [2]** 957/20 958/1
**Erick [1]** 920/1
**ESQ [3]** 871/17 871/21 872/2
**essential [1]** 918/13
**establish [1]** 1001/21
**established [2]** 943/23 965/19
**ETS [1]** 910/3
**evaluate [1]** 1003/9
**evaluation [1]** 948/6
**evening [4]** 924/2 960/8 974/5 1003/16
**ever [3]** 948/21 960/22 977/3
**everybody [2]** 955/15 976/11
**everyone's [1]** 936/16
**everything [6]** 876/17 892/9 916/12 924/23 975/12 975/12
**evidence [92]** 878/4 879/1 880/9 884/14 884/15 888/5 888/6 889/25 890/1 893/5 893/25 894/17 895/6 895/11 895/21 896/25 897/7 898/3 898/8 901/12 901/13 901/15 905/6 906/14 913/14 913/16 913/19 913/22 913/23 913/24 913/24 913/25 914/1 914/3 914/5 914/9 914/10 916/1 916/17 916/18 925/2 926/16 926/20 926/22 926/23 927/7 927/20 927/24 929/24 930/5 932/11 933/25 934/9 934/10 934/15 935/8 935/11 936/11 936/14 936/20 937/7 937/12 938/15 938/17 938/22 939/25 943/18 962/22 981/7 983/24 984/18 985/9 985/25 986/22 987/4 988/4 989/6 989/22 990/3 990/4 991/16 992/6 992/18 994/3 994/15 995/8 995/15 997/7 1000/13 1001/22 1001/23 1001/24
**exactly [2]** 932/25 968/19
**examination [17]** 872/11 872/12 872/16 872/18 872/21 875/22 916/4 917/14 924/6 925/18 925/22 941/17 943/4 970/16 977/25 979/3 997/12
**examined [1]** 946/13

**example [1]** 930/7
**except [2]** 916/14 923/24
**exception [1]** 982/17
**excuse [4]** 876/10 941/8 944/20 970/24
**excused [2]** 925/11 944/15 944/17 944/18 944/19 944/22 978/18
**execute [1]** 997/22
**executed [1]** 919/10
**execution [13]** 918/3 918/5 918/13 918/15 919/2 919/15 920/23 921/1 921/12 921/17 922/23 923/9 923/18
**executive [1]** 919/9
**exhibit [140]**
**Exhibit 1 [3]** 927/1 927/6 927/8
**Exhibit 1050.01 [3]** 990/3 990/6 990/21
**Exhibit 1050.11 [2]** 995/14 996/9
**Exhibit 1050.12 [3]** 987/3 987/6 988/8
**Exhibit 1050.13 [1]** 992/15
**Exhibit 1052 [1]** 914/14
**Exhibit 2 [2]** 929/24 939/8
**Exhibit 3 [3]** 945/7 962/2 962/4
**Exhibit 320.01 [1]** 988/1
**Exhibit 320.03 [6]** 987/24 990/19 993/9 996/8 996/14 996/22
**Exhibit 3B [1]** 935/4
**Exhibit 3E [1]** 937/2
**Exhibit 4 [1]** 938/1
**Exhibit 410.01 [2]** 926/11 926/17
**Exhibit 410.05 [1]** 943/16
**Exhibit 430.01 [2]** 980/20 981/4
**Exhibit 430.02 [2]** 982/23 983/21
**Exhibit 430.03 [2]** 984/5 984/15
**Exhibit 430.10 [1]** 985/22
**Exhibit 430.11 [3]** 986/9 986/19 987/19
**Exhibit 430.12 [2]** 988/19 989/3
**Exhibit 430.13 [3]** 989/9 989/19 990/16
**Exhibit 430.14 [1]** 991/4
**Exhibit 430.15 [2]** 992/3 993/6
**Exhibit 430.16 [2]** 993/17 993/25
**Exhibit 430.17 [2]** 994/5 994/12
**Exhibit 430.18 [3]**

994/24 995/5 996/5
**Exhibit 450 [2]** 921/9 922/1
**Exhibit 4A [1]** 938/18
**Exhibit 5A [2]** 940/23 942/12
**Exhibit 6B [1]** 942/5
**Exhibit 7 [2]** 943/21 943/22
**Exhibit 900 [1]** 964/11
**Exhibit 902 [2]** 962/9 962/10
**Exhibit 912 [8]** 876/14 877/3 882/17 889/19 892/23 897/22 911/13 922/10
**Exhibit's [1]** 893/22
**exhibits [11]** 872/23 872/24 873/1 873/2 873/22 874/1 932/8 934/8 938/4 945/5 962/1
**expect [1]** 938/4
**expected [1]** 957/14
**experience [1]** 950/13
**experiences [2]** 902/3 949/17
**explain [2]** 950/3 974/18
**explained [3]** 974/15 981/21 999/9
**explored [1]** 1000/5
**export [1]** 1001/13
**expose [1]** 892/18
**extent [1]** 937/10
**exterior [1]** 981/1
**eyes [1]** 936/15

**F**

**fact [2]** 879/22 941/24
**fair [4]** 919/12 931/25 934/3 950/8
**fairly [13]** 980/25 983/17 984/10 985/3 985/19 986/15 988/25 989/15 991/10 991/23 993/21 994/9 995/2
**fall [2]** 949/9 979/23
**familiar [5]** 884/9 893/9 896/9 917/18 965/8
**family [14]** 949/24 950/3 951/22 956/17 956/21 957/12 958/25 959/6 959/8 960/5 960/6 973/10 981/22 981/25
**fan [1]** 1002/5
**fanned [1]** 900/22
**far [2]** 914/5 947/8
**farmer [1]** 1001/12
**fast [1]** 959/1
**father [1]** 950/4
**fault [1]** 960/19
**FBI [16]** 876/15 890/25 898/13 901/5 902/4 902/17 904/7 913/12 972/5 978/6 979/9 979/10 979/12 979/13

**feel [1]** 965/11
**female [3]** 920/6 920/7 955/2
**few [5]** 971/17 973/24 997/12 997/13 997/25
**field [3]** 916/11 916/13 923/15
**fifth [2]** 891/7 911/15
**file [4]** 914/11 924/10 924/23 925/1
**fill [1]** 915/13
**final [1]** 914/15
**finalize [1]** 960/6
**finally [2]** 913/4 994/23
**financial [1]** 982/13
**find [6]** 880/14 891/4 955/8 982/8 982/15 984/1
**fine [6]** 941/12 945/14 945/16 945/16 998/6 1002/15
**finger [1]** 911/11
**finish [1]** 966/12
**Fiocchi [5]** 886/14 887/9 892/17 895/4 895/25
**firearm [31]** 878/10 881/12 889/12 889/16 951/25 967/12 975/1 985/16 986/8 986/16 987/8 987/15 988/7 988/13 990/13 990/13 990/15 990/20 992/9 992/20 992/22 992/23 993/3 993/11 994/23 995/3 995/17 995/19 996/1 996/9 997/5
**firearms [20]** 898/12 898/13 911/8 982/10 984/2 984/3 984/8 984/10 984/21 985/3 985/20 988/1 988/25 991/10 991/24 993/19 993/22 994/10 996/16 996/19
**Firm [1]** 871/21
**first [11]** 933/6 935/17 936/2 946/13 952/19 952/22 953/2 955/12 963/24 979/7 1002/16
**five [18]** 890/8 894/6 896/2 897/13 912/7 917/7 935/2 954/4 954/5 954/10 954/20 955/1 955/1 966/23 971/18 979/14 982/10 984/3
**five days [1]** 954/20
**five months [1]** 979/14
**five-day [1]** 954/5
**five-gallon [1]** 966/23
**flight [1]** 925/15
**flip [1]** 987/16
**Floor [2]** 871/22 872/3
**Florida [9]** 879/19 891/16 902/1 907/6 916/10 916/22 919/19

**972 [2]** 947/18
**flowers [1]** 899/18
**foldable [1]** 880/23
**folding [1]** 880/20
**folds [2]** 880/23 880/25
**folks [6]** 952/17 955/6 957/8 965/16 970/3 970/7
**follow [1]** 961/23
**followed [2]** 987/18 994/20
**following [2]** 921/12 950/19
**follows [1]** 946/14
**foot [1]** 952/8
**forces [1]** 947/10
**foregoing [1]** 1005/3
**forgot [1]** 934/1
**form [2]** 942/20 980/4
**Form I-90 [1]** 942/20
**former [1]** 950/4
**forth [3]** 940/6 947/24 1001/16
**Forty [1]** 900/5
**Forty-seven [1]** 900/5
**forward [1]** 882/4 910/23
**found [34]** 876/15 878/14 881/5 884/20 885/21 888/11 890/6 899/9 919/25 928/16 930/18 930/21 932/4 932/19 932/21 933/18 939/16 940/10 941/18 941/20 941/25 942/9 943/6 943/23 982/10 982/17 982/18 984/3 984/11 985/2 987/12 990/10 992/24 995/23 996/19
**foundation [1]** 956/15
**four [12]** 888/12 891/7 901/1 935/21 947/15 947/15 955/5 972/13 982/11 996/15 996/16 996/19
**Foxtrot [1]** 894/3
**framed [1]** 958/7
**fraud [2]** 979/21 979/22
**free [1]** 965/11
**Friday [4]** 1003/6 1003/7 1003/9 1003/12
**friends [2]** 953/3 982/1
**front [12]** 879/25 880/3 890/4 896/24 904/24 911/9 917/24 928/20 930/8 939/16 980/23 939/9
**full [2]** 966/23 1003/6
**fully [2]** 905/23 1003/9
**furniture [1]** 899/17
**further [3]** 924/4 944/10 977/22
**future [2]** 961/12 976/5

**G**

**Galil [2]** 907/23 908/21
**gallon [1]** 966/23
**gang [12]** 916/23

**G**

**gang... [11]** 916/24
950/14 951/7 951/16
965/12 965/15 965/16
967/2 969/10 976/19
1001/8

**gangs [1]** 951/17

**gave [6]** 961/2 967/2
974/23 975/11 978/3
982/1

**general [3]** 886/8
924/22 965/14

**generally [3]** 931/7
950/3 982/8

**generic [1]** 923/5

**gentleman [12]** 923/25
953/4 954/10 960/11
965/22 969/20 969/21
970/1 974/11 974/22
975/10 981/20

**GERMINE [6]** 871/6
917/9 997/23 997/25
1001/11 1001/20

**get [17]** 920/22 924/18
924/19 924/20 925/13
959/7 960/9 960/9
969/13 969/24 974/5
976/13 976/14 976/15
977/2 977/20 997/9

**gets [1]** 976/11

**getting [1]** 1001/14

**give [13]** 878/4 885/19
948/13 961/5 966/21
968/23 968/23 969/13
977/20 1002/18
1003/13 1003/15
1003/22

**given [4]** 961/9 967/11
969/8 1002/6

**gives [2]** 977/19 999/14

**giving [4]** 957/5 957/12
976/9 977/7

**Glock [1]** 910/3

**go [49]** 876/4 876/5
876/21 877/13 877/25
878/6 881/9 882/4
882/13 882/14 882/17
883/17 885/4 885/14
885/25 886/20 888/13
889/9 890/13 891/11
892/20 897/16 898/9
899/11 910/23 911/21
912/11 924/22 925/3
926/14 927/13 938/22
940/22 941/2 943/19
947/8 953/18 955/12
961/23 964/22 968/4
971/5 974/6 981/15
992/11 997/1 997/12
998/2 1004/1

**goes [1]** 901/18

**going [53]** 875/3 875/4
876/1 876/17 882/1
885/4 886/3 888/4
893/1 894/19 897/15
913/20 913/25 914/1
914/2 914/15 917/5

**G**

92/78 951/9 931/16
937/1 937/25 939/8
939/24 940/6 941/1
941/2 941/4 942/4
942/11 943/6 943/11
943/19 943/21 963/3
963/5 963/6 968/19
973/24 974/6 975/6
980/16 981/25 984/21
987/2 990/2 991/18
997/8 1000/19 1001/18
1002/25 1004/1 1004/4

**gold [1]** 888/21

**good [10]** 916/2 917/13
925/16 925/24 925/25
946/15 946/16 949/15
970/18 978/23

**got [8]** 920/19 940/8
952/7 966/24 966/25
976/17 977/3 980/4

**gotten [1]** 966/24

**gourde [9]** 949/4 949/5
957/5 957/10 957/11
957/24 958/1 968/18
968/25

**government [35]**
871/13 872/9 872/24
873/2 880/9 893/25
895/21 897/7 906/14
916/1 929/15 938/13
938/24 944/14 946/17
947/22 949/25 950/4
950/7 963/10 978/20
984/14 998/13 998/23
999/9 999/11 999/18
1000/11 1000/14
1000/24 1001/1 1001/2
1002/1 1002/5 1003/3

**Government's [50]**
875/25 885/11 893/22
897/22 901/20 914/14
915/3 926/10 926/11
926/17 932/8 934/8
934/15 935/11 936/14
937/12 943/14 943/16
964/11 980/20 981/7
982/22 983/5 983/24
984/4 984/18 985/9
985/25 986/22 987/3
987/24 987/25 988/19
989/6 989/22 990/3
990/16 990/18 990/21
991/16 992/6 993/17
993/24 994/3 994/15
995/8 995/14 996/7
996/21 997/7

**Government's 450 [1]**
875/25

**governmental [1]**
948/10

**grade [2]** 920/5 920/14

**grand [1]** 999/5

**Great [1]** 955/6

**green [3]** 967/5 974/22
975/11

**greeted [1]** 950/20

**grew [1]** 970/20

**ground [1]** 979/18

**group [4]** 915/12 951/8
951/16 953/23

**guard [3]** 911/9 949/15
949/19

**guards [7]** 949/1 949/2
953/16 965/3 965/25
973/2 973/4

**guess [3]** 919/25 933/6
953/3

**guilty [1]** 999/8

**gun [9]** 877/2 878/20
878/21 882/1 886/15
967/16 967/23 967/25
975/7

**H**

**had [55]** 876/2 876/13
876/25 916/19 919/7
919/19 921/11 921/16
921/16 922/2 923/12
923/19 923/20 923/22
923/24 931/5 934/5
942/6 951/10 951/20
951/21 953/4 953/15
953/16 954/10 954/16
954/25 955/16 958/21
960/3 960/14 961/9
961/20 965/3 965/25
966/22 966/24 967/5
967/16 967/23 968/14
969/13 970/5 970/6
970/10 972/3 972/4
973/22 975/12 976/9
976/23 981/19 999/5
1001/13 1001/23

**Haiti [26]** 937/16
946/25 947/2 947/17
947/20 947/24 948/6
948/8 948/11 948/19
949/8 949/10 949/17
949/19 949/21 949/24
950/8 950/11 950/13
951/15 970/20 971/2
971/6 971/7 972/4
979/25

**Haitian [8]** 949/17
949/25 950/4 954/15
954/16 955/8 957/5
957/10

**Haitians [3]** 948/22
957/8 968/7

**half [1]** 916/20

**Halloween [1]** 901/14

**hallway [1]** 983/14

**hand [15]** 893/2 899/2
899/17 902/13 902/24
914/21 936/6 940/13
942/19 943/17 944/6
967/16 968/14 987/23
995/13

**handed [4]** 959/14
960/13 973/14 990/19

**handgun [6]** 878/10
886/13 887/10 891/25
903/21 904/1

**handled [1]** 896/15

**handling [2]** 901/5
911/12

**hands [2]** 880/7
953/16

**handwriting [1]** 895/4

**handwritten [8]** 890/18
890/20 890/24 901/1
902/22 904/6 904/10
904/18

**Hang [1]** 883/9

**hanging [3]** 902/14
903/1 903/16

**happened [8]** 921/2
921/20 921/24 950/17
959/13 969/7 969/9
1004/6

**happening [1]** 981/21

**happens [1]** 955/12

**happy [2]** 1003/13
1003/15

**hard [2]** 880/16 950/25

**hardtop [1]** 969/6

**has [44]** 877/21 879/12
883/12 884/11 884/24
888/3 888/20 890/18
895/4 895/8 895/12
895/13 895/14 896/21
899/16 899/17 901/7
901/12 902/1 906/24
914/13 914/16 924/15
924/24 926/20 929/3
929/5 932/14 934/22
934/24 942/16 942/25
944/14 954/20 964/11
974/15 985/17 998/7
999/8 1001/2 1001/12
1001/12 1002/6 1002/7

**hasn't [1]** 895/19

**have [119]** 875/9
877/11 878/25 889/1
893/16 894/23 896/14
896/18 898/7 899/3
899/24 901/16 904/21
905/4 905/6 905/20
905/21 906/1 914/1
914/2 914/15 914/17
919/7 919/8 920/11
921/21 921/23 922/9
922/19 922/20 922/24
923/13 923/14 924/4
924/23 924/23 925/1
925/2 925/6 925/17
927/10 930/10 930/22
933/14 933/15 934/6
934/21 935/19 936/3
938/3 938/4 938/21
939/5 940/12 941/22
943/17 944/10 944/23
946/17 947/5 947/24
948/10 948/12 948/13
948/21 948/23 948/25
949/1 949/24 950/6
950/13 951/5 953/2
953/3 953/10 956/2
957/3 957/4 960/20
960/22 961/25 962/8
962/16 963/16 964/10
966/7 966/8 967/20
968/22 969/19 972/24
974/5 975/6 976/21

**976/22 977/22 978/11**
978/24 979/10 979/12
980/17 982/5 993/9
997/11 997/11 997/20
997/20 997/21 998/2
999/6 999/19 999/21
1000/3 1000/22
1001/23 1001/24
1002/2 1003/4 1003/24

**haven't [5]** 917/24
922/22 923/1 934/5
958/5

**having [2]** 933/2
946/13

**he [89]** 914/13 917/10
920/3 920/5 951/19
951/20 951/22 951/23
951/24 952/7 955/15
955/16 955/18 955/19
955/23 956/9 956/11
957/14 957/14 957/15
958/19 958/20 958/21
958/22 958/23 959/3
959/3 959/4 959/14
960/4 960/19 960/21
961/2 961/5 961/6
961/11 961/11 961/12
961/17 961/17 961/17
964/5 964/6 964/7
964/7 964/8 965/20
965/25 966/21 966/22
966/24 967/5 967/22
969/16 970/5 970/5
970/7 970/9 970/9
973/16 973/21 973/22
974/5 974/15 974/18
975/3 975/6 975/19
975/24 976/2 977/19
981/22 981/25 982/1
982/3 982/7 987/2
992/14 999/6 999/8
999/13 999/14 999/17
1000/23 1001/12
1001/12 1001/13
1002/6 1002/11

**he's [4]** 875/4 944/15
957/2 1002/5

**headquarters [1]**
916/19

**hear [15]** 880/22
917/10 952/20 952/25
953/1 956/11 956/12
956/17 957/2 958/6
958/15 964/4 966/6
967/19 970/10

**heard [9]** 916/13
923/20 923/22 923/24
958/17 958/18 966/10
966/13 976/9

**Hearsay [1]** 956/19

**heat [3]** 901/17 901/18
923/16

**held [22]** 952/24
953/14 954/2 954/6
954/9 954/14 955/11
955/21 955/24 957/8
958/14 959/23 960/9
964/23 965/2 965/12

**held... [6]** 965/15 966/5
968/17 969/9 970/3
977/16
**Hellpup [3]** 909/3
909/14 910/19
**help [2]** 926/5 980/2
**her [4]** 920/8 920/15
920/18 920/19
**here [55]** 875/4 876/5
878/8 878/18 881/11
881/16 881/23 882/20
883/12 886/23 887/19
888/15 888/25 889/7
889/11 890/16 891/19
892/7 892/10 894/13
894/19 897/14 898/11
898/19 899/7 900/2
900/7 900/21 900/25
902/9 902/21 903/9
903/20 903/25 904/5
906/22 910/22 910/25
912/13 913/6 914/7
916/15 926/14 933/9
935/14 937/22 939/16
939/19 940/5 941/18
978/4 997/18 998/1
998/12 1004/6
**here's [1]** 976/2
**hey [1]** 976/2
**hierarchy [2]** 965/18
965/19
**highly [1]** 963/4
**him [36]** 920/20 925/15
951/12 952/2 955/20
956/5 956/18 957/3
957/16 958/23 959/3
959/4 960/23 963/3
963/3 967/16 967/23
968/14 970/6 972/25
973/7 973/17 975/22
977/7 981/21 982/1
982/2 998/2 999/2
999/10 999/15 1000/7
1000/24 1001/3 1001/6
1002/16
**himself [5]** 920/3
951/18 952/8 964/5
964/6
**hire [1]** 949/1
**his [21]** 920/1 923/25
925/15 960/22 960/24
969/22 970/10 976/9
976/13 976/17 976/21
977/19 981/22 982/1
999/2 999/13 999/17
999/19 999/22 999/24
1000/3
**hit [1]** 880/24
**hold [2]** 896/5 966/8
**holding [2]** 960/3
965/16
**home [3]** 924/1 949/5
981/17
**homeowner [1]** 920/3
**Honor [67]** 875/16
875/20 879/2 880/6

883/2 883/5 884/5
884/12 893/21 895/15
897/4 898/1 898/8
901/10 906/11 906/17
906/24 914/8 917/25
920/12 925/12 925/21
926/19 927/11 927/22
929/23 930/1 932/6
933/7 934/7 935/7
935/9 936/10 936/12
936/21 937/6 938/5
938/12 944/10 944/12
944/14 945/4 956/13
966/16 967/19 970/13
970/15 977/11 977/23
978/20 979/2 981/4
985/6 987/23 989/19
991/13 992/2 992/17
996/21 997/16 997/20
998/10 998/16 998/22
999/6 1000/10 1002/22
**Honor's [1]** 936/15
**HONORABLE [1]**
871/10
**hopes [1]** 925/14
**hostage [2]** 952/17
979/24
**hostages [1]** 976/10
**house [10]** 876/3 896/1
953/15 981/1 981/21
982/16 983/18 984/1
984/11 986/17
**how [40]** 876/10
878/14 883/20 898/13
899/21 900/10 905/19
913/12 914/3 920/14
923/7 924/18 938/4
947/5 947/8 947/14
949/2 949/17 950/17
951/14 952/9 954/2
955/4 957/3 959/23
960/6 961/1 964/6
965/8 965/15 967/4
969/11 970/10 971/14
978/14 979/10 983/2
1001/8 1002/9 1003/9
**HOWARD [1]** 871/21
**huh [4]** 954/24 959/21
967/3 968/9
**hurt [3]** 951/21 952/3
953/5
**husher [1]** 875/13

I

**I'd [21]** 914/24 927/6
929/14 931/9 932/13
937/25 940/22 980/19
982/22 984/4 984/20
986/9 987/23 988/19
989/9 990/18 991/4
992/14 994/5 994/23
996/7
**I'll [7]** 906/22 917/6
927/13 932/23 952/2
962/23 993/17
**I'm [60]** 875/4 880/21
882/14 883/4 883/7
883/11 883/16 890/9

935/18 898/24 906/19
914/15 917/18 926/21
932/16 933/1 933/5
934/1 934/1 937/1
937/25 938/2 939/24
940/6 940/18 941/1
941/1 941/4 942/3
942/4 943/6 943/9
943/19 943/21 945/14
956/21 957/7 958/6
959/1 960/12 961/19
963/6 965/5 966/16
971/5 973/6 973/7
979/7 979/8 979/18
984/21 987/2 990/2
997/23 1000/2 1000/24
1001/24 1003/13
1003/15 1004/1
**I've [9]** 885/2 894/8
929/15 938/23 948/15
948/16 948/17 963/6
979/14
**ID [2]** 895/8 960/14
**identification [2]** 879/7
931/11
**identified [6]** 928/12
928/18 951/16 963/3
966/7 988/7
**identifies [1]** 986/7
**identify [6]** 928/15
928/24 933/11 938/17
940/3 983/2
**identifying [3]** 929/5
933/5 942/19
**IDs [1]** 975/11
**IGOs [1]** 947/21
**immediately [2]** 901/13
923/14
**immunity [3]** 999/10
999/12 1002/12
**import [1]** 1001/13
**import/export [1]**
1001/13
**important [2]** 875/6
1002/2
**incident [1]** 961/21
**includes [1]** 928/21
**including [1]** 954/11
954/12 982/12
**income [1]** 1001/20
**indeed [1]** 927/17
**independent [1]**
1001/13
**independently [1]**
932/22
**indicate [1]** 895/7
**indicates [2]** 937/15
942/22
**indicating [1]** 996/15
**individual [8]** 914/2
951/10 951/18 962/12
963/19 964/15 965/19
982/5
**individuals [5]** 952/5
952/7 952/10 955/24
964/24
**indulgence [4]** 940/24
944/9 944/12 987/22

**influence [1]** 963/6
**information [6]** 895/9
920/22 922/17 963/4
998/22 1002/3
**informed [1]** 973/24
**INGOs [2]** 947/19
947/22
**initial [3]** 896/21
952/20 972/3
**initially [4]** 913/15
952/19 954/8 972/12
**initials [5]** 895/12
905/21 906/2 914/24
915/13
**initiated [1]** 981/19
**initiating [1]** 980/12
**injured [1]** 952/14
**inside [4]** 892/13
893/10 906/8 919/23
**instance [2]** 949/2
1001/15
**instead [1]** 983/14
**instructed [1]** 973/9
**intending [1]** 963/8
**intent [1]** 977/7
**interacted [2]** 965/16
965/17
**interest [1]** 907/15
**interior [1]** 910/22
**international [2]**
947/22 948/15
**interpreters [1]** 998/1
**interview [4]** 972/4
972/5 972/6 978/6
**interviewed [1]** 971/24
**introduce [1]** 915/20
946/20 964/6 970/15
**introduced [3]** 926/16
926/20 964/5
**introducing [1]** 956/21
**inventories [1]** 914/4
**inventory [1]** 914/9
**investigation [8]** 919/3
919/20 922/3 926/2
926/5 926/5 979/24
980/17
**investment [1]** 979/21
**invoice [3]** 935/14
937/4 994/20
**involved [1]** 1002/10
**involves [2]** 944/2
1003/25
**involving [1]** 956/15
**is [308]**
**isn't [1]** 966/10
**issue [1]** 945/23
**issued [1]** 994/20
**issues [1]** 961/20
**it [309]**
**it's [116]** 877/1 877/4
877/7 878/9 878/20
878/21 879/2 879/3
880/16 880/20 880/23
881/12 881/19 882/12
883/19 884/15 885/15
886/12 886/13 887/22
889/25 890/5 891/14
893/1 895/7 896/4

896/16 898/8 898/12
899/8 902/6 904/17
905/20 907/8 907/8
907/23 908/18 908/21
909/6 909/19 910/3
911/15 913/16 913/20
914/5 917/3 917/25
919/12 922/12 923/5
923/5 923/8 923/25
924/15 924/19 924/21
924/25 925/8 926/22
926/23 928/7 928/8
930/15 930/22 931/10
931/11 935/17 935/21
937/23 940/20 941/5
941/11 942/19 942/22
943/22 945/11 949/11
949/12 949/13 950/25
953/2 956/22 962/9
963/5 966/5 968/1
968/11 968/19 980/23
983/13 983/15 984/8
985/2 985/16 986/3
986/5 986/13 988/4
988/9 988/23 989/13
990/7 991/22 992/18
992/18 992/22 993/19
994/7 994/25 995/12
997/11 999/16 1001/6
1002/2 1002/4 1002/12
**item [60]** 877/5 877/10
878/9 878/22 879/12
879/15 879/18 879/23
879/25 879/25 880/3
880/3 880/11 885/15
892/13 893/9 893/12
893/15 893/18 895/8
896/24 897/12 897/13
899/9 902/23 902/24
906/3 906/4 906/4
907/7 907/22 908/12
908/17 908/20 909/2
909/24 910/2 910/5
910/18 911/6 911/13
911/15 911/23 911/25
913/16 913/17 915/1
915/5 932/24 939/19
939/21 943/8 944/1
944/2 944/2 944/3
944/4 944/5 988/23
991/8
**item 1 [5]** 944/1 944/2
944/2 944/4 944/5
**items [42]** 876/15
886/10 886/17 886/24
891/5 896/19 902/13
902/15 908/9 910/12
912/3 912/5 912/18
913/12 914/1 914/25
915/9 915/14 918/20
928/15 928/24 929/5
929/9 929/10 929/10
930/18 931/6 931/22
932/19 932/22 933/11
933/18 934/3 960/12
967/2 967/4 967/6
967/8 967/8 974/23
980/11 982/18

**I**

**its [2]** 905/24 1003/3
**itself [2]** 926/5 930/21
**IWI [1]** 908/21

**J**

**J-E-A-N-T-Y [1]** 946/22
**JA [1]** 908/10
**JAMES [1]** 872/10
**January [2]** 871/5
1005/8
**JDB [1]** 871/3
**Jean [1]** 998/25
**JEANTY [4]** 872/17
946/12 946/18 946/22
**Jencks [1]** 999/3
**Jewelry [2]** 907/5
943/3
**Jimenez [1]** 908/10
**job [2]** 949/15 965/9
**JOHN [1]** 871/10
**Johns [4]** 872/6 1005/3
1005/8 1005/9
**join [1]** 958/24
**JOLY [1]** 871/6
**JOSE [1]** 872/14
**Jou [48]** 951/9 951/19
952/2 952/3 952/18
952/23 953/13 955/14
955/18 956/23 957/13
957/17 958/11 958/19
959/14 959/16 960/4
960/15 960/17 961/9
962/7 962/15 963/23
964/4 964/7 964/18
967/18 967/23 968/5
969/15 972/19 973/6
973/7 973/14 973/16
973/21 974/2 974/8
974/9 974/13 975/3
975/13 975/17 976/9
976/19 977/4 977/15
978/3
**JUDGE [2]** 871/10
886/10
**jug [1]** 966/23
**July [3]** 916/24 916/24
942/25
**July 2016 [1]** 916/24
**July 7th of [1]** 942/25
**jumping [1]** 934/1
**June [3]** 934/24 934/25
934/25
**June 5th [2]** 934/25
934/25
**jury [1]** 999/5
**just [69]** 875/8 876/2
876/12 878/13 881/18
883/14 885/19 888/8
888/18 889/12 891/14
895/24 896/5 898/21
904/6 904/18 906/25
907/16 908/11 911/21
912/19 914/15 914/17
914/20 916/6 920/11
923/3 925/5 926/12
928/8 935/4 936/7

**K**

**KAELIN [10]** 872/10
875/3 875/18 875/24
879/11 893/9 895/23
907/2 917/16 924/8
**Kalashnikov [1]** 986/13
**Kalashnikov-type [1]**
986/13
**Kapak [7]** 901/9 901/11
901/16 923/4 923/10
923/10 923/14
**Kapaks [1]** 923/13
**KAREN [1]** 871/14
**kat [3]** 950/21 950/22
951/1
**keep [8]** 888/4 898/8
924/25 925/2 927/13
965/20 969/22 1003/1
**kidnap [1]** 952/10
**kidnapped [6]** 950/18
958/17 966/5 969/4
971/19 972/18
**kidnappers [2]** 971/14
972/13
**kidnapping [8]** 950/19
951/21 952/9 959/16
971/14 971/15 971/25
972/14
**KIMBERLY [1]** 871/14
**kind [3]** 886/12 901/4
999/18
**king [1]** 876/13
**knew [1]** 919/20
**know [34]** 875/16
883/7 883/20 902/3
917/9 919/6 920/14
921/20 921/23 923/25
924/17 924/18 924/24
924/25 926/13 938/2
938/17 939/15 950/8
950/9 955/6 957/4
958/24 960/20 969/11
982/3 982/5 986/3
998/9 1000/19 1001/18
1003/12 1003/14
1004/4
**knowledge [1]** 949/8
**knows [1]** 938/24

**L**

**L-O-U-I-S [1]** 946/22
**label [9]** 901/17 911/16
914/13 982/13 983/1

935/16 986/4 994/14
994/19
**labeled [4]** 876/9
876/24 877/1 982/19
**labeling [1]** 983/13
**lady [3]** 924/1 954/11
954/12
**laid [1]** 900/3
**land [2]** 969/6 1001/12
**language [1]** 953/8
**Lanmo [10]** 951/8
951/18 962/7 962/15
963/23 964/7 964/18
967/18 972/19 973/6
**last [11]** 885/19 895/11
896/19 910/14 950/8
960/16 960/17 975/17
979/8 988/14 990/23
**late [1]** 974/5
**later [14]** 875/15 954/1
954/17 955/8 958/19
971/17 972/9 973/24
974/4 978/7 980/3
980/4 980/8 1003/16
**law [3]** 871/21 971/24
972/12
**layaway [6]** 909/10
909/16 985/17 986/6
994/8 994/20
**layered [1]** 886/13
**layout [1]** 953/19
**leader [4]** 918/11
918/12 951/8 976/19
**leaders [2]** 951/16
951/16
**leading [4]** 955/25
956/13 958/4 966/15
**least [2]** 879/1 947/24
**leather [1]** 904/23
**leather-type [1]** 904/23
**leave [2]** 958/25 965/11
**led [1]** 896/14
**left [18]** 877/22 886/18
888/21 893/2 899/17
902/13 902/24 913/7
913/8 916/21 917/16
940/13 952/22 959/14
967/1 972/4 981/23
983/15
**left-hand [4]** 899/17
902/13 902/24 940/13
**let [18]** 884/13 905/4
918/2 921/10 924/21
934/24 936/24 954/2
957/7 958/7 960/20
962/23 963/6 966/12
969/3 982/2 996/23
1003/11
**let's [12]** 882/14 886/8
889/9 894/21 901/20
915/1 938/5 943/2
949/2 958/7 961/23
965/14
**lets [1]** 917/9
**letter [3]** 982/17 983/7
995/12
**lettered [1]** 999/10
**letters [6]** 929/3 986/25

987/18 992/12 993/4
996/2
**liaisoned [1]** 980/12
**light [9]** 911/2 911/2
911/3 911/10 911/10
911/17 911/23 912/9
912/20
**like [45]** 876/13 880/17
881/2 884/25 890/18
901/1 901/8 914/20
914/24 923/8 924/21
927/6 928/5 929/14
929/23 931/5 931/7
931/9 932/13 934/6
937/23 937/25 940/22
944/15 944/23 949/16
955/14 959/6 967/5
980/19 982/21 982/22
984/4 984/20 986/9
987/23 988/19 989/9
990/18 991/4 992/14
994/5 994/23 996/7
1000/10
**likelihood [3]** 930/21
932/23 939/22
**likewise [1]** 930/24
**limited [3]** 998/25
1001/7 1002/4
**line [18]** 877/3 877/4
877/5 882/18 882/25
883/2 883/12 886/7
887/23 888/23 891/7
891/7 893/1 900/18
900/18 904/10 904/14
911/19
**Line 4 [1]** 887/23
**lines [1]** 883/17
**list [17]** 875/11 876/14
885/11 885/15 891/2
891/5 895/18 905/10
914/20 914/21 915/1
927/10 927/14 938/3
974/22 975/12 998/24
**listed [4]** 907/7 907/25
908/9 937/22
**listened [1]** 958/15
**little [10]** 880/21
924/15 925/2 935/13
946/23 953/20 959/1
992/10 1002/9 1003/14
**live [3]** 947/1 947/2
949/9
**lived [2]** 947/5 981/17
**living [2]** 949/8 949/17
**loaded [2]** 889/1 889/3
**local [3]** 948/21 949/17
968/8
**located [22]** 877/10
878/12 885/14 886/4
886/6 894/5 894/6
895/25 897/12 897/13
899/10 900/10 900/16
906/8 907/2 907/4
911/13 912/3 928/2
929/11 933/12 943/12
**location [21]** 882/22
887/7 895/9 919/3
932/20 950/20 951/6

952/24 960/11 960/15
965/1 965/20 966/5
974/12 975/13 975/14
975/14 980/9 982/16
982/18 984/1
**locations [2]** 966/8
975/8
**lock [1]** 880/24
**lockbox [2]** 899/8
899/21
**lodge [1]** 1000/10
**log [1]** 913/16
**logistics [3]** 965/22
966/20 973/1
**long [5]** 877/2 878/21
947/5 947/14 979/10
**longer [1]** 941/3
**look [4]** 899/2 929/17
939/15 964/14
**looked [5]** 880/17
894/10 906/3 935/17
982/21
**looking [6]** 876/14
877/3 936/7 937/4
939/16 944/6
**looks [3]** 881/2 934/6
937/23
**lost [2]** 945/6 992/18
**lot [3]** 922/10 963/4
983/13
**lots [1]** 966/22
**LOUIS [19]** 872/17
908/8 909/1 909/12
910/17 923/22 926/8
927/3 942/16 946/12
946/18 946/20 946/22
946/22 970/18 982/6
982/14 986/5 994/19
**Louis's [5]** 985/17
987/9 989/16 991/25
995/20
**LOUREIRO [4]** 872/14
925/14 925/16 978/1
**low [3]** 949/11 949/12
949/13
**Lucky [16]** 907/5
907/21 907/24 908/3
908/14 908/19 908/22
909/4 909/7 909/15
909/20 910/1 910/4
910/7 910/14 943/3

**M**

**M14s [1]** 965/4
**ma'am [20]** 883/15
884/3 948/15 948/20
949/7 951/4 954/22
955/3 955/5 962/5
962/13 963/21 964/16
964/25 965/13 966/14
967/10 968/1 968/3
968/16
**made [15]** 907/11
908/15 908/25 909/5
909/16 910/10 921/17
952/19 952/22 953/2
953/13 968/13 980/13
1001/2 1002/11

**M**

**mag [3]** 908/1 908/2 910/3
**magazine [31]** 887/2 887/2 887/8 887/8 887/15 887/16 887/20 888/16 888/17 889/1 889/2 892/11 894/14 894/15 894/16 911/2 911/16 911/24 912/1 912/2 912/4 912/5 912/5 912/8 912/9 912/15 912/19 912/22 912/25 913/3 913/3
**main [2]** 901/16 923/15
**mainland [1]** 972/6
**make [15]** 884/13 917/9 917/10 925/15 927/8 928/5 928/8 938/23 949/21 983/12 996/11 1001/1 1001/3 1002/8 1002/10
**making [2]** 945/4 955/20
**males [1]** 955/5
**man [2]** 919/25 920/20
**managed [3]** 965/22 973/1 977/16
**management [1]** 919/9
**manipulate [1]** 880/25
**manipulated [1]** 880/18
**manner [1]** 968/11
**many [7]** 938/4 941/24 952/9 954/2 955/4 959/23 971/14
**March [5]** 908/14 908/19 909/16 910/1 910/4
**March 20th [5]** 908/14 908/19 909/16 910/1 910/4
**Marine [3]** 947/13 947/15 970/25
**Marines [1]** 947/14
**mark [5]** 935/3 938/1 939/24 943/21 993/13
**marked [9]** 879/5 879/7 879/12 882/18 896/10 927/17 940/2 987/24 996/15
**marking [2]** 933/11 988/2
**markings [4]** 895/1 895/6 896/14 896/25
**marshals [3]** 997/24 998/4 1002/19
**master [2]** 876/9 876/11
**match [6]** 879/17 879/22 987/19 990/15 993/6 996/4
**material [2]** 997/10 999/3
**Matt [1]** 877/11
**matter [2]** 956/22 1005/5

**Mawozo [7]** 950/15 950/21 950/22 950/25 950/24 950/25 950/25 951/1 954/3
**Max [2]** 883/12 883/24
**may [20]** 898/1 898/3 906/18 906/20 906/21 907/16 915/17 915/18 925/11 945/11 945/15 945/20 948/8 956/16 956/24 962/21 972/24 978/17 997/14 1002/11
**maybe [6]** 875/6 886/10 923/8 937/20 937/23 938/7
**McDaniel [4]** 999/23 999/24 1000/3 1002/10
**McDaniel's [1]** 1000/1
**MD [1]** 871/23
**me [78]** 876/11 884/13 885/19 905/4 917/25 918/2 918/25 921/10 923/18 924/21 930/23 934/24 936/24 941/8 949/16 950/2 950/17 951/20 951/22 952/3 953/14 953/16 953/22 954/2 955/17 957/7 958/11 958/13 958/21 958/21 958/22 958/24 959/3 959/4 959/6 959/7 959/10 959/25 960/3 960/3 960/4 960/9 960/11 960/12 960/13 960/13 960/15 960/19 960/21 960/21 961/2 963/6 965/15 966/12 966/22 966/24 966/24 967/6 967/16 967/23 967/24 968/19 969/4 969/8 969/12 970/24 972/12 975/4 975/11 975/25 977/7 977/7 977/16 977/20 981/14 982/1 982/21 1003/11
**mean [4]** 889/3 944/2 950/24 976/7
**means [5]** 902/3 917/2 917/17 930/17 948/4
**meant [1]** 977/6
**mechanical [1]** 872/8
**medicine [2]** 965/24 966/24
**meet [3]** 950/14 950/14 951/7
**meeting [1]** 974/21
**member [3]** 919/5 958/17 983/11
**member's [1]** 956/22
**members [7]** 950/14 950/20 951/6 956/17 957/12 960/6 969/10
**memory [1]** 1002/13
**mentioned [16]** 877/12 901/23 917/1 954/23 964/23 966/2 966/20 967/1 968/7 970/20 971/13 972/21 972/24

**976/6** 980/9/13 1003/4
**met [12]** 951/6 951/10 951/18 952/17 952/23 953/13 960/15 972/18 974/12 975/10 975/13 975/17
**Miami [7]** 907/5 916/10 916/13 937/16 972/8 979/9 980/10
**mic [1]** 880/21
**microphone [2]** 917/25 946/23
**middle [1]** 983/5
**might [6]** 898/7 935/23 974/5 997/18 1002/6 1003/6
**military [6]** 958/12 958/23 958/24 959/5 959/6 965/9
**millimeter [1]** 877/9
**millimeters [1]** 903/22
**mind [1]** 992/15
**mine [1]** 895/19
**minister [3]** 950/4 950/5 950/5
**minute [3]** 882/25 938/20 941/7
**minutes [4]** 917/7 958/19 997/12 998/1
**mirror [1]** 899/3
**mirrored [4]** 891/10 898/22 898/24 902/11
**missionaries [1]** 979/24
**misunderstanding [5]** 960/21 961/11 974/16 974/18 975/20
**model [2]** 883/12 892/4
**moment [1]** 979/18
**Monday [5]** 958/11 959/20 1000/8 1002/17 1003/5
**money [19]** 891/14 900/4 900/10 900/22 900/22 901/4 901/12 942/13 942/23 949/17 955/23 956/11 956/16 957/3 959/18 969/16 970/10 1001/8 1001/9
**month [3]** 949/6 970/5 972/9
**months [1]** 979/14
**more [22]** 878/19 887/7 890/24 900/8 902/5 902/22 904/6 944/2 945/20 948/10 949/16 952/3 953/20 954/10 957/4 958/13 959/23 968/4 986/9 996/7 1003/14 1004/5
**morning [10]** 955/13 955/14 958/15 960/2 970/1 980/1 997/15 997/24 1002/17 1004/9
**most [6]** 875/6 875/7 924/23 965/3 977/15 1001/6
**move [37]** 880/6

**892/19** 893/2 893/11
**895/15** 897/4 901/3 901/20 906/11 915/20 927/6 929/24 932/6 933/24 934/9 934/10 935/7 936/10 937/6 938/21 939/24 941/4 942/12 981/3 983/21 984/14 985/6 985/22 986/19 989/3 989/19 991/13 992/2 993/24 994/12 995/5 996/21
**moved [4]** 927/20 936/20 936/22 971/7
**moving [8]** 886/18 894/10 898/8 933/1 935/3 936/3 942/8 985/10
**Mr [3]** 872/12 872/21 946/20
**Mr. [70]** 917/9 934/11 944/11 945/24 946/18 952/2 952/3 952/18 952/23 953/13 955/14 955/18 956/23 957/13 957/17 958/11 958/19 959/14 959/16 960/4 960/7 960/15 960/17 961/9 964/4 967/23 968/5 969/15 970/14 970/18 972/19 973/7 973/14 973/16 973/21 974/2 974/8 974/9 974/12 975/3 975/13 975/17 976/9 976/11 977/3 977/15 978/3 979/1 980/19 982/6 982/14 984/22 985/10 985/17 987/9 989/16 991/19 995/20 997/23 997/25 998/25 999/5 999/23 999/24 1000/3 1000/7 1001/11 1001/20 1002/10 1002/11
**Mr. Barnes [3]** 934/11 944/11 979/1
**Mr. Casillas [4]** 980/19 984/22 985/10 991/19
**Mr. Germine [5]** 917/9 997/23 997/25 1001/11 1001/20
**Mr. Jean [1]** 998/25
**Mr. Jeanty [1]** 946/18
**Mr. Lanmo [1]** 972/19
**Mr. Louis [1]** 970/18
**Mr. McDaniel [4]** 999/23 999/24 1000/3 1002/10
**Mr. McDaniel's [1]** 1000/1
**Mr. Orenberg [2]** 945/24 970/14
**Mr. Pelice [3]** 999/5 1000/7 1002/11
**Mr. San [38]** 952/2 952/3 952/18 952/23 953/13 955/14 955/18

**956/23** 957/13 957/17 958/11 958/19 959/14 959/16 960/4 960/15 960/17 961/9 964/4 967/23 968/5 969/15 973/7 973/14 973/16 973/21 974/2 974/8 974/9 974/12 975/3 975/13 975/17 975/17 976/9 976/11 977/3 977/15 978/3
**Mr. St. Louis's [3]** 985/17 987/9 995/20
**Mr. Walder [3]** 982/6 982/14 989/16
**Ms [6]** 872/11 872/13 872/16 872/18 875/21 998/21
**Ms. [17]** 908/20 910/2 910/5 917/1 921/6 921/11 921/25 922/14 922/16 924/5 925/20 945/24 956/20 971/13 977/24 997/23 1003/1
**Ms. Amato [3]** 925/20 945/24 997/23
**Ms. Seifert [11]** 917/1 921/6 921/11 921/25 922/14 922/16 924/5 956/20 971/13 977/24 1003/1
**Ms. Tunis [3]** 908/20 910/2 910/5
**much [13]** 899/21 900/10 925/11 949/2 949/13 949/17 957/3 970/10 976/11 1002/19 1002/21 1003/9 1003/20
**my [53]** 895/4 895/12 896/21 901/15 905/20 905/21 906/2 913/15 917/24 919/6 922/4 922/19 925/8 927/13 946/22 950/4 950/4 950/5 950/19 951/22 951/23 951/25 951/25 953/16 955/17 958/11 958/12 958/12 958/12 959/6 960/5 960/6 960/10 960/13 960/14 960/14 960/19 960/19 965/9 967/5 967/12 970/6 975/11 975/11 975/12 975/24 976/2 976/20 977/1 978/15 979/7
**myself [3]** 901/15 954/9 997/22

**N**

**name [32]** 885/16 906/1 908/7 909/11 909/22 910/16 920/1 920/8 920/21 923/20 923/22 924/16 942/16 945/10 946/21 946/22 950/9 959/10 964/8

**N**

**name... [13]** 967/6
973/7 979/6 979/7
979/8 982/14 985/18
986/3 988/14 990/23
993/14 996/12 996/15
**names [3]** 918/23
923/24 948/13
**nationality [2]** 955/7
958/12
**nature [2]** 947/18
968/10
**near [1]** 980/9
**nearby [1]** 981/25
**necessarily [2]** 913/21
924/18
**need [21]** 875/10
885/18 894/8 908/11
932/23 939/22 957/4
959/22 962/23 963/11
964/12 976/5 996/23
999/13 1000/15 1002/8
1002/9 1002/10 1003/7
1003/12 1003/24
**needed [3]** 960/6
965/23 966/24
**needs [2]** 949/22
963/10
**negotiate [2]** 955/16
969/16
**negotiating [5]** 951/23
955/17 956/5 956/15
968/5
**negotiation [1]** 959/17
**neighbor [1]** 952/6
**never [4]** 923/20
923/22 923/24 958/25
**new [1]** 949/20
**news [1]** 958/15
**next [56]** 875/11 878/6
878/16 881/9 881/14
881/21 882/13 885/5
885/25 886/20 887/3
889/5 889/9 889/13
890/13 891/17 891/23
892/5 892/10 892/14
897/16 899/19 899/24
900/23 902/7 902/19
902/23 903/2 903/7
903/18 903/23 904/2
904/15 904/19 908/3
908/14 911/23 912/16
912/21 912/23 913/1
915/5 921/14 945/9
945/19 955/13 955/14
972/3 978/19 985/10
991/18 994/5 1002/14
**night [4]** 901/15 901/19
923/17 955/12
**nine [1]** 903/22
**nine-millimeters [1]**
903/22
**no [75]** 871/3 880/7
883/15 893/23 895/14
895/16 897/5 906/12
915/22 915/23 919/17

920/6 921/5 923/2
923/21 923/23 924/4
927/22 929/25 930/1
932/9 934/13 935/9
936/12 937/8 938/16
940/17 941/3 944/10
944/14 945/16 951/11
953/12 959/19 959/22
963/9 963/13 965/13
967/10 969/18 969/23
970/9 970/11 970/13
972/10 972/10 972/15
972/17 973/20 974/9
974/11 974/20 975/16
977/5 977/22 978/5
978/16 980/18 981/5
981/14 983/12 983/22
984/16 985/7 985/23
986/20 989/4 989/20
991/14 992/4 994/1
994/13 995/6 997/3
1002/18
**non [1]** 948/10
**non-governmental [1]**
948/10
**nonresponsive [1]**
920/9
**Norinc [1]** 877/7
**Norinco [4]** 877/1
877/7 878/2 902/6
**Northeast [5]** 879/18
891/15 893/19 897/1
906/5
**Northwest [2]** 907/5
980/9
**nose [1]** 904/4
**not [64]** 875/4 875/6
875/10 876/4 879/3
879/4 879/8 893/5
895/14 906/17 913/16
913/21 916/23 917/18
919/4 919/6 919/6
921/11 922/7 924/19
924/19 925/8 926/5
926/20 926/22 926/23
933/1 935/1 937/1
941/11 943/9 943/18
944/1 949/13 956/21
957/1 957/5 957/14
957/18 958/23 959/4
960/5 963/6 967/11
974/9 975/16 980/18
981/14 981/24 997/22
998/13 998/24 999/8
999/13 999/17 999/17
1000/2 1000/17
1000/24 1001/1 1002/5
1002/18 1003/5 1004/7
**notation [1]** 996/11
**note [7]** 891/13 891/14
901/1 901/24 901/24
914/22 914/24
**notebook [1]** 967/5
**notebooks [1]** 967/5
**noted [2]** 880/3 900/13
**notes [30]** 879/17
879/23 890/18 890/20
890/24 890/25 893/15

920/22 902/25 904/4
904/6 904/11 904/18
921/16 921/20 922/2
922/7 922/9 922/18
922/19 922/20 922/22
923/1 924/13 924/17
988/11 988/14 990/23
993/13 996/11
**Nothing [3]** 940/4
940/5 973/23
**notice [2]** 1002/19
1002/21
**notified [1]** 999/1
**November [4]** 877/8
880/16 922/24 922/24
**November 1st [1]**
922/24
**November 2nd [1]**
922/24
**now [48]** 875/9 876/23
885/4 894/19 894/23
898/21 899/21 902/9
903/4 904/4 904/21
908/5 908/14 917/1
917/19 918/15 921/6
925/18 927/19 928/2
930/7 931/9 932/16
936/18 936/24 937/25
940/22 941/1 941/10
942/4 942/11 947/1
947/7 949/23 957/7
959/20 961/11 961/23
963/3 971/13 972/12
984/4 992/14 993/17
996/15 998/18 1002/9
1004/1
**number [136]**
**number 0314 [1]** 937/4
**number 1 [5]** 930/10
930/17 943/9 943/10
943/11
**Number 1051.03 [1]**
883/1
**Number 1051.06 [1]**
880/4
**Number 11 [1]** 900/18
**Number 12 [1]** 900/18
**number 195 [1]** 942/8
**number 2 [13]** 878/5
929/15 930/10 931/12
931/17 931/19 931/22
932/3 932/4 932/5
933/9 933/19 934/4
**number 23 [1]** 940/15
**number 2999 [1]**
934/22
**number 3 [7]** 930/24
931/10 932/7 939/3
939/9 940/22 940/25
**Number 4 [1]** 886/7
**number 617477 [1]**
993/5
**number 72 [2]** 933/2
933/5
**number 73 [1]** 935/3
**number 8 [1]** 896/4
**number 86 [1]** 939/25
**numbers [14]** 879/22

883/9 913/22 914/6
928/23 929/5 934/21
935/25 936/1 957/9
957/12 994/21 995/12
996/3
**NW [2]** 871/15 871/18

**O**

**Oakland [1]** 891/15
**oath [4]** 875/19 925/17
946/13 999/5
**object [3]** 878/14
888/21 888/22
**objecting [1]** 958/7
**objection [58]** 880/7
880/8 893/23 893/24
895/16 895/17 897/5
897/6 906/12 906/13
915/22 915/24 920/9
927/21 929/25 930/2
932/9 932/10 934/13
935/9 935/10 936/12
937/8 937/9 938/16
955/25 956/13 956/19
958/4 961/14 962/19
966/15 968/21 977/11
977/12 981/5 981/6
983/22 983/23 984/16
985/7 985/8 985/23
986/20 989/4 989/5
989/20 991/14 991/15
992/4 992/5 994/1
994/2 994/13 995/6
997/3 997/4 1000/11
**observation [1]** 917/13
**obtained [2]** 899/21
980/10
**occasion [2]** 950/14
976/17
**occur [1]** 972/2
**occurred [3]** 971/14
972/6 972/9
**October [9]** 893/19
897/1 906/5 917/19
918/2 923/19 926/1
979/21 980/1
**October 2021 [1]**
917/19
**October 31st [5]**
893/19 897/1 906/5
918/2 923/19
**October 31st of [1]**
926/1
**off [18]** 886/15 917/4
917/11 917/16 917/21
924/18 934/24 936/24
943/15 947/5 949/18
986/5 994/21 997/2
1002/24 1003/21
1004/1 1004/3
**offering [1]** 957/19
**office [7]** 871/15
901/16 916/11 916/13
923/15 979/19 980/1
**officer [1]** 949/20
**Official [2]** 872/7
1005/9
**oh [6]** 875/4 876/4

883/16 888/2 920/7
941/12
**okay [63]** 875/18 876/6
876/23 879/4 880/14
881/23 882/3 883/11
890/19 891/23 892/14
899/5 899/19 903/2
903/7 903/11 906/22
911/13 912/21 913/9
914/24 918/25 920/2
921/10 921/25 923/3
924/4 925/9 926/14
928/11 930/3 933/18
935/3 936/23 937/24
938/9 939/23 939/24
940/6 941/12 941/17
941/24 942/4 942/11
943/2 943/19 952/25
955/2 956/5 962/22
969/3 969/15 970/12
971/5 971/8 972/18
975/9 976/25 988/18
991/3 1003/10 1003/20
1003/24
**older [4]** 919/25 950/5
970/1 981/20
**once [7]** 919/22 928/2
944/15 944/17 949/21
959/5 996/7
**one [97]** 875/7 877/13
877/21 877/23 877/24
878/19 882/4 883/13
883/22 884/14 887/6
888/2 888/3 889/23
891/6 892/20 898/5
899/11 903/1 903/21
903/21 904/1 908/3
909/5 909/15 909/20
910/8 910/14 910/23
911/16 911/19 912/1
912/1 912/9 913/2
913/3 913/25 914/22
914/22 916/2 922/1
923/3 932/7 932/15
932/16 932/24 933/6
934/21 935/1 935/5
935/17 935/19 935/25
938/21 938/21 941/1
942/9 943/2 943/8
943/9 944/3 945/5
945/8 945/10 945/20
945/23 948/10 949/15
951/20 952/5 952/6
952/14 955/2 958/20
963/9 966/7 969/20
970/3 970/7 973/9
982/17 984/8 985/3
985/20 986/9 988/9
988/25 991/8 991/10
991/24 993/19 993/21
994/10 997/5 998/1
998/14 1003/24
**ones [3]** 932/21 934/20
938/23
**only [3]** 935/25 972/13
997/22
**open [3]** 886/24 906/16
1003/1

**O**

**opened [6]** 890/17 892/17 896/19 939/20 998/23 1001/24

**opening [4]** 1000/16 1000/18 1000/18 1001/11

**operating [2]** 951/17 976/8

**operation [1]** 965/14

**opposing [3]** 881/12 889/12 945/1

**opposite [1]** 902/10

**ops [3]** 919/8 919/8 919/16

**optimal [2]** 878/19 887/7

**order [2]** 891/15 942/13

**ORENBERG [5]** 871/21 871/21 872/12 945/24 970/14

**organization [2]** 948/9 948/11

**organizations [3]** 947/22 948/6 948/14

**original [4]** 896/16 905/22 905/24 924/25

**other [32]** 889/8 904/24 918/12 919/18 920/18 923/3 923/24 924/11 924/12 936/1 945/9 945/23 953/7 953/23 955/6 955/20 964/22 965/17 969/16 969/17 970/9 970/13 975/6 976/10 978/16 980/17 982/18 993/19 1003/24

**our [14]** 880/21 913/14 914/6 914/9 914/10 916/18 919/9 921/23 980/14 982/2 982/10 1000/15 1002/2 1002/13

**out [26]** 880/11 880/23 900/3 900/22 907/11 908/15 908/25 909/16 910/10 916/20 918/4 926/5 929/10 932/20 937/23 942/6 952/7 955/8 959/7 960/2 960/10 963/1 977/2 980/1 980/2 997/25

**outside [4]** 895/1 914/13 920/25 960/10

**over [6]** 953/17 962/24 965/3 980/14 987/16 998/2

**overall [2]** 878/21 898/20

**overhear [2]** 955/20 973/19

**overheard [2]** 956/5 968/5

**overruled [4]** 956/14 956/16 956/24 966/17

**own [1]** 932/14

**owner's [1]** 876/12

**P**

**p.m [6]** 871/6 871/9 960/8 980/14 980/15 1004/10

**package [2]** 895/1 896/14

**packages [1]** 896/18

**packaging [5]** 895/6 895/10 896/16 905/20 906/16

**page [76]** 872/9 875/24 876/6 876/8 876/21 876/23 877/13 877/16 877/21 877/25 878/6 878/8 878/12 878/16 878/18 881/2 881/9 881/11 881/14 881/21 885/5 885/5 885/6 885/9 885/25 886/2 886/9 886/20 886/21 887/3 887/17 888/23 889/5 889/5 889/13 890/14 891/11 891/17 891/23 892/5 892/20 894/11 894/13 894/18 897/14 897/16 897/20 898/17 899/5 899/11 900/19 900/23 902/7 902/9 902/19 902/25 903/2 903/7 903/18 904/10 904/15 904/19 910/21 911/14 912/11 912/16 912/21 912/23 913/1 914/18 933/16 937/18 962/9 983/7 987/25 997/5

**Page 12 [5]** 876/6 876/8 877/13 877/16 877/21

**Page 13 [3]** 876/21 876/23 877/25

**Page 14 [2]** 878/8 878/12

**Page 15 [2]** 878/18 881/2

**Page 16 [1]** 881/11

**Page 2 [1]** 904/10

**Page 20 [2]** 885/5 885/9

**Page 21 [2]** 886/2 886/9

**Page 22 [1]** 886/21

**Page 25 [1]** 887/17

**Page 27 [1]** 888/23

**Page 28 [1]** 889/5

**Page 31 [1]** 890/14

**Page 34 [1]** 891/11

**Page 35 [1]** 891/17

**Page 36 [1]** 891/23

**Page 40 [2]** 894/11 894/13

**Page 41 [1]** 894/18 897/14

**Page 42 [1]** 897/20

**Page 44 [2]** 898/17

**Page 45 [1]** 899/5

**Page 48 [1]** 900/19

**Page 5 [3]** 914/18 962/9 987/25

**Page 50 [1]** 902/9

**Page 59 [1]** 910/21

**Page 61 [1]** 912/11

**Page 9 [1]** 875/24

**Pages [1]** 871/7

**paid [2]** 970/6 970/10

**paper [6]** 904/24 932/14 939/19 939/21 961/2 961/9

**papers [1]** 933/15

**paperwork [1]** 940/13

**Park [2]** 871/22 891/15

**part [12]** 880/18 921/9 930/7 949/23 951/15 965/3 977/15 979/23 983/17 986/15 990/15 1001/14

**partially [2]** 960/19 986/5

**participate [4]** 917/20 918/3 918/5 926/4

**participated [4]** 951/21 952/9 971/15 972/13

**particular [3]** 918/9 918/9 982/15

**particularly [2]** 901/12 929/9

**PASCHALL [1]** 871/14

**passed [1]** 915/25

**passenger [1]** 939/17

**passport [4]** 885/10 885/16 885/18 885/19

**patrols [1]** 952/21

**pause [3]** 894/19 962/18 964/2

**Pawn [16]** 907/5 907/21 907/24 908/3 908/14 908/19 908/22 909/4 909/7 909/15 909/20 910/1 910/4 910/7 910/14 943/3

**pawnshop [1]** 905/1

**pay [1]** 949/3

**payment [1]** 968/11

**payments [1]** 968/7

**pays [1]** 949/16

**PC [1]** 871/21

**Pelice [4]** 998/25 999/5 1000/7 1002/11

**pending [1]** 999/6

**Pennsylvania [1]** 871/18

**people [17]** 918/5 920/24 949/9 950/8 951/20 952/9 953/7 953/24 953/25 954/10 954/21 955/21 957/2 957/19 965/10 966/9 970/7

**perhaps [2]** 938/13 992/10

**period [4]** 954/5 955/11 974/22 977/16

**permission [3]** 907/16 945/13 1003/8

**permitted [1]** 1004/7

**person [18]** 875/6 904/21 920/4 945/12 953/23 954/14 954/15 954/16 954/16 954/18 959/10 962/4 965/21 965/24 966/20 967/4 972/25 977/15

**personally [1]** 966/21

**persons [1]** 921/2

**ph [2]** 877/11 883/12

**phone [37]** 891/16 902/1 920/19 920/21 951/25 955/17 956/25 959/14 960/14 960/22 960/24 961/2 961/3 961/5 961/7 961/8 961/8 973/14 974/24 975/11 976/2 976/9 976/11 976/13 976/14 976/15 976/17 976/21 976/22 977/1 977/7 977/9 977/8 978/9 978/12 978/15 982/1

**photo [15]** 878/12 881/3 882/2 882/4 882/9 886/18 887/5 887/17 888/21 892/13 898/12 899/24 934/6 934/6 935/4

**photograph [20]** 878/21 931/13 933/2 933/4 935/24 936/4 936/6 936/8 937/3 937/25 939/15 939/20 980/23 981/10 985/16 988/23 990/8 991/8 993/19 994/25

**photographer [1]** 902/12

**photographs [8]** 921/7 922/1 929/9 930/23 931/15 984/8 992/22 1004/7

**photography [1]** 930/20

**photos [3]** 878/19 887/7 893/16

**physical [4]** 921/21 924/25 925/3 990/13

**picked [2]** 926/13 967/7

**picture [58]** 876/24 877/21 878/11 882/13 882/14 886/2 886/9 887/11 887/13 890/17 890/23 891/20 891/24 892/3 892/3 892/8 892/14 894/14 898/20 898/21 899/3 899/14 902/10 902/4 912/18 902/14 912/19 912/19 901/19 912/19 902/4 912/19 920/18 915/13 916/13 915/4 915/5 919/5 962/2 962/16 962/18 964/2 967/22 978/19 978/24 979/5 986/24 987/3 988/13 989/24 990/22

**pictures [5]** 894/8 932/22 932/24 938/14 963/2

**piece [4]** 932/13 939/19 939/21 941/16

**pieces [1]** 904/24

**pink [3]** 891/14 899/18 901/23

**pistol [34]** 881/24 883/12 883/24 884/2 887/2 887/20 889/8 891/20 892/4 897/15 908/10 909/3 909/14 910/19 911/9 911/16 911/16 911/18 911/22 911/23 911/24 912/1 912/1 912/4 912/4 912/5 912/8 912/9 912/20 913/3 913/3 915/5 915/9 968/2

**PJ [1]** 901/25

**place [6]** 901/9 923/16 953/4 953/14 954/6 983/15

**placed [6]** 878/21 894/15 901/12 921/21 923/12 923/14

**Plaintiff [1]** 871/4

**plan [3]** 919/8 919/8 919/16

**planned [1]** 980/3

**plastic [1]** 894/16

**platform [1]** 965/6

**play [3]** 963/19 963/24 964/12

**played [1]** 964/1

**plea [1]** 999/18

**please [78]** 876/4 877/6 878/16 879/5 880/11 880/14 881/9 882/5 882/13 882/15 882/24 884/6 884/17 884/18 885/25 887/3 887/11 887/17 889/9 889/24 890/14 891/11 891/17 892/2 892/14 892/20 893/6 894/2 894/11 894/20 894/21 897/9 897/16 898/9 899/15 899/19 899/24 902/7 903/2 903/7 903/23 904/15 904/22 905/5 906/16 908/12 908/23 910/21 910/23 911/7 912/11 912/23 914/18 915/13 916/13 925/17 938/8 945/19 946/20 959/2 962/2 962/16 962/18 964/2 967/22 978/19 978/24 979/5 986/24 987/3 988/13 989/24 990/22

**P**

please... **[5]** 991/18
993/13 994/17 995/10
1004/6
**pled [1]** 999/8
**PM [1]** 917/8
**pocket [5]** 916/20
931/5 931/6 931/23
933/19
**point [11]** 884/15
898/21 917/10 922/1
937/1 937/10 937/10
959/16 959/23 974/4
1001/5
**pointed [1]** 914/12
**police [2]** 949/20
952/21
**Pompano [2]** 879/19
901/25
**Port [1]** 946/25
**Port-au-Prince [1]**
946/25
**portion [6]** 985/19
989/15 991/24 994/7
994/10 995/2
**portions [1]** 999/2
**position [7]** 880/24
880/24 881/4 917/24
975/24 1000/2 1000/4
**possible [3]** 930/22
1002/19 1002/21
**Potomac [2]** 871/22
871/23
**pre [1]** 919/3
**pre-investigation [1]**
919/3
**prefers [1]** 1003/17
**prejudicial [1]** 963/4
**premises [1]** 919/23
**preparation [2]** 918/15
919/15
**prepared [7]** 921/11
921/14 922/23 998/23
999/10 1001/25
1003/14
**preparing [1]** 925/5
**presence [2]** 959/17
963/1
**present [2]** 969/3
969/15
**president [1]** 950/6
**presumably [1]** 919/19
**pretty [5]** 942/3 949/11
949/12 949/13 976/11
**previous [1]** 882/2
**previously [8]** 880/1
882/3 896/15 915/2
915/6 915/10 987/25
989/13
**primarily [1]** 973/6
**prime [2]** 950/5 950/5
**Prince [1]** 946/25
**principle [1]** 997/21
**prior [10]** 882/14 905/9
919/2 922/3 922/7
923/18 934/5 997/24
999/2 999/3

**privacy [1]** 945/17
**privately [1]** 973/17
**Pro [2]** 908/1 908/2
**probably [2]** 925/13
997/10
**problem [4]** 934/11
945/16 949/22 960/23
**procedure [1]** 976/8
**proceeding [1]** 897/24
**proceedings [5]** 872/8
997/25 1004/5 1004/10
1005/4
**process [2]** 926/2
981/22
**processed [1]** 927/4
**processing [1]** 926/7
**produce [1]** 922/19
**produced [1]** 872/8
**profession [1]** 971/11
**proffer [1]** 1001/25
**pronouncing [1]** 973/7
**protruding [2]** 888/17
888/21
**prove [2]** 1000/16
1000/17
**provide [7]** 965/25
978/9 978/14 999/10
999/12 1000/13 1003/2
**provided [5]** 966/22
978/11 999/1 1002/12
1002/12
**PSA [2]** 907/8 908/18
**PSI [1]** 948/17
**public [4]** 916/7 916/22
945/11 998/19
**publicly [1]** 875/16
**pulled [2]** 914/17 960/2
**purchases [2]** 988/1
997/6
**purple [1]** 932/17
**purpose [2]** 998/25
1001/7
**purposes [1]** 900/4
**purse [7]** 903/4 903/10
903/11 903/16 904/23
904/25 906/9
**purses [3]** 902/16
902/17 903/1
**put [22]** 895/11 901/17
922/12 923/10 924/13
924/15 928/23 932/3
932/4 938/25 939/5
944/4 961/2 961/7
980/1 983/11 984/22
1000/20 1001/2 1001/6
1002/1 1002/2
**putting [5]** 922/15
948/8 1000/11 1000/17
1002/16

**Q**

**quadrant [14]** 928/7
928/7 928/18 928/20
929/6 929/22 930/7
930/15 939/9 943/7
943/9 943/12 943/24
944/1
**quadrant A [3]** 943/12

945/9 944/1
**quadrant I [1]** 928/7
**quadrants [2]** 928/13
929/3
**question [17]** 875/8
907/3 918/2 944/16
944/23 956/3 956/16
958/5 958/7 961/18
983/19 984/12 984/21
985/20 986/16 993/22
1001/11
**questioning [1]**
1003/25
**questions [11]** 914/15
915/23 920/11 920/18
920/20 924/4 944/10
944/15 970/13 977/22
978/16
**quickly [1]** 997/10

**R**

**R-O [1]** 987/1
**radio [2]** 958/16 958/16
**Radom [3]** 909/3
909/14 910/19
**rail [3]** 911/2 911/8
911/9
**raise [1]** 998/14
**raised [1]** 1002/20
**rallied [1]** 980/8
**range [2]** 938/6 949/9
**ransom [7]** 956/5
956/15 960/5 968/5
970/6 970/10 977/17
**rating [1]** 948/7
**ray [2]** 887/22 888/10
**reach [2]** 930/15
957/15
**read [28]** 877/5 880/15
881/18 881/19 882/11
884/17 885/18 891/13
894/2 907/4 908/11
908/12 918/16 918/18
918/18 918/19 933/22
933/24 934/18 935/23
986/3 986/3 986/24
989/24 992/8 994/17
994/22 995/10
**ready [2]** 997/21
1002/13
**really [5]** 890/9 935/25
936/1 963/5 966/12
**rear [1]** 994/7
**reason [1]** 1001/10
**reasons [1]** 917/6
**rebut [2]** 1000/14
1000/18
**recall [9]** 918/24 922/1
929/10 932/24 943/4
968/17 968/19 978/3
1004/6
**receipt [23]** 907/2
907/4 907/9 907/13
907/24 908/3 908/7
908/14 908/19 908/22
909/4 909/7 909/10
909/11 909/15 909/20
910/1 910/4 910/7

942/3 942/23 943/3
982/13
**receipts [8]** 905/1
905/6 906/8 907/17
934/19 945/9 945/10
982/12
**received [30]** 880/9
893/25 895/21 897/7
906/14 916/1 927/24
930/5 932/11 934/15
935/11 936/14 937/12
967/8 979/12 979/14
981/7 983/24 984/18
985/9 985/25 986/22
989/6 989/22 991/16
992/6 994/3 994/15
995/8 997/7
**receiver [4]** 986/13
989/13 991/22 995/1
**recess [1]** 917/8
**recognize [29]** 905/17
905/19 926/25 929/19
931/13 933/2 962/4
962/12 963/19 964/14
980/22 984/7 984/24
985/13 985/15 986/10
987/6 988/20 989/9
989/12 990/6 991/4
991/7 991/21 992/20
993/18 994/6 994/24
995/17
**recognized [1]** 964/4
**recollect [1]** 942/2
**recollection [1]** 957/17
**record [25]** 877/20
880/15 886/17 888/20
892/12 899/1 906/25
914/12 917/4 917/11
917/21 938/25 943/15
961/1 961/8 966/12
979/6 983/4 986/2
994/17 997/2 1002/24
1003/21 1004/1 1004/3
**recorded [1]** 872/8
**recovered [23]** 879/18
882/22 893/18 928/24
929/2 929/6 931/6
934/4 984/2 984/11
985/4 985/20 986/16
987/8 989/1 989/16
991/11 991/24 993/22
994/10 995/3 995/20
996/19
**red [2]** 925/2 925/6
**redacted [1]** 945/12
**Redirect [4]** 872/16
924/6 977/25 978/1
**reenter [1]** 981/24
**refer [3]** 983/13 990/18
996/7
**referred [1]** 900/9
**referring [6]** 898/23
899/1 904/10 932/15
953/6 983/4
**refers [2]** 916/12 996/8
**related [1]** 999/4
**relating [1]** 1000/13
**relationship [1]** 924/1

**relative [1]** 955/16
**relatives [1]** 955/17
**release [4]** 951/23
955/16 960/1 960/5
**released [16]** 958/25
959/7 959/24 960/4
960/7 969/8 969/24
970/1 970/2 971/17
971/24 973/25 975/15
975/16 976/10 976/12
**relevant [1]** 932/21
**remaining [1]** 876/14
911/21
**remains [1]** 1000/5
**remember [4]** 921/6
972/16 998/14 999/22
**remind [2]** 875/19
925/16
**removed [8]** 878/19
884/15 887/6 889/4
892/9 894/16 896/19
912/14
**repeat [3]** 907/3 959/1
967/22
**rephrase [2]** 905/5
918/2
**reply [2]** 957/13 957/14
921/12
**report [2]** 913/15
921/12
**reporter [5]** 872/5
872/7 880/22 926/13
1005/9
**represent [3]** 980/25
983/17 1000/1
**represented [2]** 920/3
995/11
**request [3]** 945/5
997/20 998/7
**requested [1]** 966/22
**requesting [2]** 955/23
997/23
**resealed [1]** 905/21
**Reserve [2]** 947/13
947/16
**residence [17]** 919/10
921/3 980/9 980/13
980/15 980/23 981/18
981/23 982/3 982/10
982/19 985/2 987/9
989/17 991/25 992/25
995/20
**resident [2]** 981/20
982/7
**resign [1]** 916/19
**respect [10]** 875/10
901/5 945/6 955/20
957/9 999/16 999/17
1000/23 1002/11
1003/3
**responded [1]** 918/7
**responds [1]** 956/23
**response [3]** 916/17
916/18 967/15
**rest [4]** 876/17 932/23
997/9 997/9
**resume [1]** 875/2
**retained [1]** 925/3
**retrieve [3]** 906/18

**R**

**retrieve... [2]** 906/20 915/17

**return [4]** 881/8 884/25 910/20 967/23

**returned [2]** 960/12 969/12

**review [13]** 879/12 879/15 893/12 895/1 895/3 896/12 896/24 906/3 922/7 922/9 922/16 922/18 934/5

**reviewed [7]** 880/1 894/23 905/4 905/6 919/8 922/2 922/4

**rifle [19]** 877/2 877/8 881/19 882/2 907/8 907/23 908/13 908/18 908/21 909/6 909/19 910/13 952/15 985/2 986/14 987/17 991/22 994/7 995/1

**rifles [4]** 952/13 965/4 982/11 991/9

**right [47]** 875/8 878/13 883/7 886/16 886/18 890/13 894/10 899/22 914/21 916/15 917/5 926/14 929/13 930/13 931/5 931/15 931/22 932/4 934/21 934/22 936/6 936/24 937/24 938/8 938/18 939/8 941/25 942/19 943/10 943/17 944/6 944/11 945/1 957/7 978/17 988/4 988/10 997/14 999/24 1001/18 1002/9 1002/25 1004/1 1004/4

**right-hand [6]** 899/2 914/21 936/6 942/19 943/17 944/6

**rights [4]** 916/8 916/9 916/10 916/22

**risk [4]** 948/5 948/7 948/9 948/9

**RO [1]** 987/18

**Road [1]** 901/25

**role [5]** 918/9 926/7 979/17 979/20 980/17

**roles [1]** 918/12

**room [62]** 876/1 876/3 876/8 876/9 876/9 876/15 876/16 876/18 879/11 879/19 884/20 888/12 890/7 894/6 896/3 896/4 897/13 898/20 899/22 902/10 906/8 910/22 912/6 912/9 913/8 913/14 913/24 913/25 924/23 925/1 953/20 953/22 953/23 953/25 954/9 954/14 954/18 954/20 954/23 955/6 959/14 960/2 960/8 970/8

970/9 973/16 982/16 982/20 982/20 983/1 983/3 983/13 983/13 983/14 983/18 983/18 984/3 984/11 987/9 988/24 991/9 995/20

**rooms [3]** 953/15 953/19 953/21

**roughly [2]** 949/5 954/8

**round [5]** 888/17 888/18 902/6 908/1 908/2

**rounds [6]** 887/15 889/2 892/18 894/15 912/14 912/24

**row [5]** 988/6 988/13 990/20 993/10 996/8

**rows [1]** 996/15

**RPR [2]** 872/6 1005/9

**rule [1]** 1000/25

**ruling [1]** 1002/8

**run [1]** 1003/6

**S**

**SA [1]** 877/11

**safe [1]** 901/19

**safety [1]** 948/7

**said [35]** 920/5 921/14 921/20 922/19 922/22 926/12 928/6 928/6 946/17 947/17 947/21 948/2 950/22 951/6 952/2 952/2 952/14 952/25 953/13 953/19 954/12 954/25 955/11 957/9 958/21 958/22 958/24 961/11 964/7 967/17 967/22 974/4 975/3 975/24 1001/11

**sake [2]** 938/13 986/2

**salaries [1]** 949/9

**salary [3]** 949/3 949/4 949/19

**sales [1]** 908/5

**same [40]** 878/22 879/25 880/3 881/18 882/7 882/20 883/13 884/2 884/20 885/23 889/1 889/12 893/18 896/25 902/24 904/17 906/4 909/4 909/4 909/7 912/18 913/16 927/16 949/21 974/21 985/16 987/8 987/11 987/11 990/7 990/9 990/9 991/22 992/22 992/23 992/24 995/19 995/22 995/22 999/1

**Sample [1]** 901/25

**san [51]** 950/21 950/22 951/1 951/8 951/18 952/2 952/3 952/18 952/23 953/13 955/14 955/18 956/23 957/13 957/17 958/11 958/19 959/14 959/16 960/4 960/15 960/17 961/9

960/7 962/15 963/23 964/4 964/7 964/18 967/18 967/23 968/5 969/15 972/19 973/6 973/7 973/14 973/16 973/21 974/2 974/8 974/9 974/12 975/3 975/13 975/17 976/9 976/19 977/3 977/15 978/3

**SAR [6]** 881/24 889/8 897/15 903/22 904/1 908/21

**SAR9 [5]** 883/12 883/24 889/18 915/2 915/9

**Sarulus [2]** 883/12 883/24

**sat [1]** 960/3

**Saturday [1]** 999/1

**Sauer [1]** 968/1

**Save [1]** 948/16

**saw [5]** 882/1 895/11 898/21 904/4 931/25

**say [26]** 877/15 889/3 890/9 909/9 916/13 919/3 919/12 924/13 929/25 933/23 944/2 950/8 951/19 952/11 953/6 958/3 958/9 960/17 961/12 961/17 961/17 964/4 973/21 976/2 1001/19 1001/21

**saying [7]** 890/9 935/21 956/9 957/3 957/13 957/18 983/14

**says [20]** 877/7 877/15 891/13 891/14 901/24 901/25 909/15 909/20 911/15 914/22 914/22 933/23 937/17 977/20 983/2 986/5 986/6 994/18 994/19 994/20

**SCD [1]** 993/4

**SCD617477 [1]** 992/12

**scene [5]** 913/8 913/22 919/6 919/11 919/13

**school [1]** 947/8

**scissors [2]** 905/15 906/17

**scope [1]** 1002/4

**scratched [1]** 937/23

**screen [7]** 897/14 914/17 940/5 963/20 987/20 993/7 996/5

**seal [9]** 877/8 896/21 901/17 901/18 905/22 906/1 923/13 923/16 923/16

**sealed [5]** 895/12 896/19 905/23 945/25 946/11

**sealer [1]** 923/15

**seals [1]** 923/16

**search [39]** 902/17 913/7 913/18 918/3 918/6 918/9 918/11 918/13 918/15 918/16

918/9 918/25 918/25 919/2 919/15 919/18 919/23 920/23 921/1 921/12 921/17 922/23 923/9 923/19 924/17 940/4 980/10 980/12 980/15 980/16 981/11 981/19 982/2 982/9 982/10 983/3 983/12 991/9 992/25

**searched [8]** 919/20 928/2 932/1 953/17 980/24 981/1 983/1 983/18

**searches [1]** 980/2

**searching [1]** 918/20

**seat [11]** 925/17 930/8 930/18 930/21 930/22 930/24 939/12 939/14 939/17 943/24 978/24

**second [11]** 877/4 883/19 894/19 904/14 911/14 916/3 919/12 921/10 952/22 975/10 983/14

**secondary [1]** 960/11

**seconds [1]** 963/25

**section [2]** 943/24 944/1

**section 1 [2]** 943/24 944/1

**secured [1]** 898/12

**secures [1]** 898/13

**security [18]** 947/19 948/3 948/5 948/7 948/16 948/17 948/18 948/21 948/25 948/25 949/1 949/2 949/4 949/15 949/19 949/20 971/3 971/9

**see [88]** 876/23 877/15 878/8 878/10 878/18 880/16 881/11 881/16 881/23 882/9 882/18 884/25 885/9 886/2 886/8 886/23 887/1 887/5 887/7 887/19 888/15 888/17 888/25 889/11 889/15 889/18 890/16 890/23 891/19 892/7 892/10 894/7 894/13 896/5 897/14 898/11 898/19 899/7 900/2 900/7 900/21 900/25 902/9 902/21 903/4 903/9 903/20 903/25 904/5 904/10 910/25 912/13 913/6 914/21 916/21 917/6 930/17 931/17 931/22 932/13 932/23 933/9 933/22 935/13 936/18 938/5 939/3 939/9 939/22 940/2 940/18 943/2 953/25 965/1 965/18 969/24 980/2 988/6 988/10 990/19 993/10 996/8 996/23

996/23 997/15 1000/6 1002/9 1004/8

**seeking [3]** 918/4 918/4 999/11

**seemed [1]** 876/12

**seems [6]** 935/13 937/18 937/21 940/12 955/14 961/15

**seen [8]** 884/24 885/2 886/10 894/8 906/24 922/22 923/1 963/6

**SEIFERT [18]** 871/14 872/11 872/13 872/16 872/18 875/21 917/1 921/6 921/11 921/25 922/14 922/16 924/5 956/20 971/13 977/24 998/21 1003/1

**seize [1]** 901/7

**seized [18]** 896/17 914/22 914/25 915/14 918/20 980/11 984/9 988/11 988/15 988/15 988/24 990/24 990/24 991/9 993/14 993/14 993/20 996/12

**seizes [1]** 901/6

**seizure [2]** 996/16 996/19

**seizures [1]** 900/13

**Sem [1]** 907/8

**semi [6]** 908/13 908/18 909/6 909/19 910/13 965/6

**semi-auto [5]** 908/13 908/18 909/6 909/19 910/13

**semi-automatic [1]** 965/6

**semiautomatic [1]** 986/8

**send [1]** 924/18

**sent [1]** 918/4

**serial [45]** 879/15 879/17 879/22 880/14 880/15 881/17 881/18 882/9 883/8 883/13 883/24 884/17 887/21 888/8 889/16 889/18 890/3 892/3 893/15 894/2 894/3 897/18 908/11 911/16 915/6 915/10 986/14 986/24 986/25 987/14 987/17 987/19 989/24 990/12 990/14 990/15 992/8 992/12 993/2 993/4 993/6 995/10 995/25 996/2 996/4

**serve [1]** 947/10

**service [6]** 958/12 958/12 958/17 959/4 965/9 979/15

**SESSION [1]** 871/9

**set [1]** 1004/8

**seven [6]** 892/2 900/5 935/21 952/11 954/8 971/16

**S**

seventh [1] 893/1
several [2] 901/23 1003/4
share [1] 919/16
sharpest [1] 906/17
she [5] 920/14 920/16 921/16 922/2 971/13
she's [1] 917/22
sheet [1] 936/7
shifts [2] 966/1 973/4
shipping [5] 937/16 945/8 982/12 1001/15 1001/16
shooting [1] 952/6
shot [2] 951/22 952/7
shotgun [6] 965/7 982/11 988/23 989/14 989/16 990/7
should [6] 877/7 946/17 951/5 960/20 1000/17 1001/23
show [27] 880/11 880/18 897/9 900/4 900/22 914/7 929/14 931/9 937/1 937/18 937/25 942/4 943/6 963/3 963/7 963/8 963/11 980/19 982/22 984/4 986/9 988/19 989/9 991/4 993/17 994/5 994/23
showed [1] 958/19
showing [1] 926/16
shown [7] 901/10 929/15 943/3 962/16 963/2 963/16 964/10
shows [1] 937/18
shut [1] 901/17
sick [2] 966/24 966/25
side [16] 880/20 881/12 888/21 899/2 900/9 900/10 902/10 902/12 902/14 902/25 928/18 931/20 933/19 940/13 954/10 988/10
side-folding [1] 880/20
sidearm [1] 975/1
Sieger [1] 965/6
Siegers [1] 965/4
SIG [1] 968/1
sign [2] 983/5 998/2
signature [4] 924/24 940/12 940/14 997/22
signed [1] 980/10
Significant [1] 999/7
silver [13] 887/1 887/8 887/15 888/16 888/22 892/12 894/14 894/16 911/2 912/1 912/5 912/15 913/3
silver-colored [5] 887/1 887/8 887/15 888/16 911/2
similar [3] 907/13 907/24 953/22
similarities [1] 907/16

since [10] 895/15 922/22 923/1 938/3 947/16 947/24 971/5 971/9 979/11 979/14
sir [49] 916/9 917/18 918/8 921/5 921/8 923/21 923/23 927/19 934/3 935/23 936/8 937/15 938/11 946/15 962/24 970/21 971/4 971/10 971/12 971/18 971/23 972/1 972/20 972/23 973/3 973/5 973/8 973/11 973/13 973/15 973/18 973/20 973/23 974/1 974/3 974/7 974/14 974/17 974/20 974/25 975/2 975/5 975/18 975/21 975/23 976/1 976/4 976/6 979/5
sit [3] 946/23 978/4 998/1
site [2] 923/13 952/22
sits [1] 928/21
sitting [1] 886/13
six [7] 876/25 877/12 879/20 883/20 884/22 912/10 935/2
sixth [1] 891/7
sized [1] 876/13
skip [1] 941/1
SKS [2] 877/1 877/8
sleep [2] 953/18 955/12
slide [38] 877/13 888/13 889/9 890/13 890/19 890/21 891/17 899/11 899/19 901/20 910/21 910/21 910/23 931/11 932/7 933/2 933/5 935/3 935/4 935/8 936/3 936/11 937/2 937/7 938/19 939/1 939/25 940/22 940/23 940/23 941/2 941/5 941/8 941/14 942/5 942/8 942/12 943/22
slide 191 [2] 941/8 941/14
slide 192 [3] 941/2 941/5 942/5
slide 209 [1] 940/22
slide 210 [2] 940/23 942/12
Slide 32 [1] 890/19
Slide 33 [1] 890/21
slide 75 [1] 937/2
slide 84 [1] 938/19
small [1] 945/23
Smith [15] 886/14 887/10 891/20 891/21 891/24 892/8 892/10 892/22 894/3 911/1 911/15 911/22 912/8 912/15 912/24
so [123] 876/17 878/2

880/8 880/25 883/15 884/13 884/15 884/25 886/12 889/1 891/6 891/20 894/11 896/5 898/9 900/18 901/7 901/14 902/11 906/22 907/21 910/21 911/8 913/14 913/21 913/23 915/1 917/12 917/25 919/7 919/12 919/18 921/4 922/7 923/13 924/10 924/13 924/25 925/5 926/1 926/16 928/11 928/18 928/20 929/1 929/3 929/8 929/22 930/17 930/20 930/20 931/9 931/13 931/1 933/1 933/14 933/18 935/20 938/2 938/16 938/24 939/3 939/15 940/8 941/3 941/4 942/4 943/16 943/2 944/17 944/20 948/8 949/21 951/23 952/17 952/21 953/22 954/8 954/14 954/20 955/16 955/17 956/5 956/21 956/25 957/1 957/4 957/14 958/7 958/14 958/17 958/25 959/7 959/7 960/6 960/13 962/1 966/6 966/7 966/10 966/12 968/15 971/9 975/14 977/15 980/3 983/15 984/21 997/10 997/14 998/1 999/13 999/16 1000/5 1000/10 1000/24 1001/18 1001/24 1002/6 1002/13 1003/8 1003/15 1003/20 1004/6
soap [1] 965/23
some [23] 880/18 904/24 912/18 913/17 917/10 919/7 932/14 937/10 941/17 947/9 950/3 950/8 951/12 973/2 974/4 974/15 975/19 977/2 980/2 982/1 984/20 994/21 1003/14
someone [5] 952/3 967/2 972/24 973/9 1003/25
something [12] 875/3 875/9 923/4 939/5 941/3 953/21 957/13 959/6 975/4 983/10 983/15 998/15
sometimes [3] 913/17 947/17 947/17
somewhere [1] 925/6
sorry [18] 880/21 882/14 883/4 883/16 906/19 910/21 926/21 934/1 940/18 943/9 951/5 957/7 959/1

955/22 965/9 966/12 971/5 973/6
sort [6] 919/12 949/16 974/15 975/19 977/2 1001/12
source [2] 1001/9 1001/20
south [1] 916/21
Soviet [1] 902/6
speak [6] 917/12 920/16 951/3 965/24 981/9 981/17
speaker [1] 957/1
speakers [1] 953/11
speaking [6] 953/8 955/9 955/18 956/25 957/1 982/8
special [31] 872/10 872/14 872/20 875/2 875/18 875/24 879/11 883/7 884/17 887/25 893/6 893/9 898/1 901/4 905/14 907/2 916/2 917/16 917/22 924/8 925/10 925/14 925/16 934/18 944/21 978/20 978/23 979/7 979/9 979/23 997/17
Special Agent Kaelin [3] 875/24 879/11 893/9
Special Agent Loureiro [2] 925/14 925/16
specialist [5] 947/19 948/3 948/4 971/3 971/9
specialists [1] 949/1
specialized [2] 979/12 979/15
specializing [1] 979/22
specifically [2] 961/18 968/15
specificity [1] 1000/23
specifics [1] 950/2
speculate [1] 968/22
speculation [4] 961/14 968/21 977/11 977/12
spell [3] 923/7 946/20 979/5
spelled [1] 979/8
spoke [2] 973/6 973/17
squad [18] 916/9 916/10 916/22 916/23 916/24 917/2 917/3 917/17 917/18 921/23 924/8 924/10 924/11 924/12 925/1 925/4 925/8 979/21
St [1] 986/5
St. [16] 908/8 909/1 909/12 910/17 923/22 926/8 927/3 942/16 926/8 927/3 942/16 982/6 982/14 985/17 987/9 989/16 991/25 994/19 995/20
St. Louis [11] 908/8 909/1 909/12 910/17 923/22 926/8 927/3 942/16 982/6 982/14

994/19
St. Louis's [2] 989/16 991/25
stack [1] 906/22
Stacy [4] 872/6 1005/3 1005/8 1005/9
staff [1] 948/8
stand [4] 893/12 894/23 896/12 925/14
Standard [1] 976/8
stapled [1] 942/14 942/22
start [6] 894/21 915/1 951/23 955/17 983/12 984/21
started [2] 952/6 980/14
starting [2] 886/24 891/6
starts [1] 996/2
State [1] 979/5
stated [3] 957/12 959/5 981/25
statement [6] 928/6 957/2 999/17 1000/16 1000/18 1000/18
statements [4] 956/22 982/12 999/3 999/14
STATES [8] 871/1 871/3 871/10 947/3 947/5 970/24 971/25 972/7
statutory [1] 999/12
stay [2] 953/18 981/22
stenography [1] 872/8
step [7] 886/8 925/11 944/22 962/24 969/4 978/18 997/14
sticky [3] 891/14 901/24 901/24
still [8] 875/19 878/22 896/21 925/17 971/11 976/21 997/11 998/19
stipulate [1] 938/13
stipulations [1] 997/21
stock [7] 880/20 880/23 880/23 880/25 881/4 881/5 881/13
stop [6] 917/23 952/20 952/22 953/2 953/13 975/10
stops [1] 952/18
store [3] 909/4 909/7 1002/13
stored [1] 924/22
strap [1] 904/23
Street [2] 871/15 980/10
structure [1] 965/14
stuck [1] 994/8
stuck-on [1] 994/8
subject [1] 1002/5
subjects [1] 979/16
submitted [2] 921/23 922/20
substantially [4] 987/11 990/9 992/24 995/22

**S**

such [1] 940/17
sufficient [1] 956/15
suite [2] 872/3 876/11
summary [12] 885/12
886/4 888/11 892/22
895/23 897/21 904/9
911/13 922/10 988/1
990/19 997/5
supervisor [1] 901/15
support [1] 1001/22
sure [13] 884/13 898/5
917/9 928/8 938/23
942/3 945/22 963/11
994/19 1000/2 1000/24
1002/10 1003/13
surveillance [1] 979/18
Sustained [1] 977/13
SV [2] 995/12 996/2
SWAT [6] 919/7 919/9
919/11 919/16 919/22
980/12
sworn [3] 946/13
978/22 1002/6
system [1] 913/23
systems [1] 965/10

**T**

T1102 [2] 883/13
883/25
T1102-21BV57826 [1]
883/25
table [4] 900/9 900/11
902/12 913/8
tag [5] 985/17 985/18
986/6 994/8 994/20
take [29] 880/11 886/8
887/7 913/10 913/19
913/24 913/25 917/5
921/3 929/17 934/11
934/24 936/24 949/2
949/5 951/24 960/5
960/21 960/22 960/24
964/19 969/4 969/13
976/3 979/23 983/16
1001/1 1003/6 1004/7
take-home [1] 949/5
taken [21] 917/8 933/2
934/6 938/14 942/6
950/19 951/6 952/5
952/6 952/17 952/19
953/4 960/13 960/19
967/6 967/9 969/19
974/23 975/13 981/10
981/13
taking [6] 921/6 921/25
926/1 929/9 929/10
979/24
talk [5] 876/17 958/11
959/14 965/14 980/16
talked [3] 886/12
922/10 923/4
talking [11] 878/22
883/14 884/2 885/23
911/3 911/18 953/4
957/2 968/8 975/8
1001/15

tall [3] 876/24 877/18
877/16 877/23 877/24
879/19 885/22 888/12
890/7 894/6 896/2
897/13 902/11 912/6
912/9
tampered [1] 895/10
Tango [6] 882/12
884/19 887/22 888/10
890/5 897/19
tasks [1] 926/6
Taurus [12] 886/3
886/13 887/9 887/10
887/20 887/21 887/22
891/22 911/24 912/4
912/22 915/5
TDY [1] 916/14
team [17] 916/17
916/18 918/11 918/12
919/5 919/6 919/7
919/9 919/11 919/16
919/22 939/5 980/4
980/5 980/12 983/11
983/12
team's [1] 919/23
technological [1]
917/6
tell [23] 889/21 891/4
895/24 897/12 900/16
901/24 904/13 917/2
917/17 924/14 930/23
935/16 936/1 948/4
948/13 949/16 950/17
951/22 952/3 953/14
957/15 958/13 959/25
telling [5] 917/22 950/2
956/17 957/3 959/10
temporarily [1] 923/12
Tenth [1] 883/2
term [4] 923/5 966/10
966/10 966/13
Terrace [4] 879/19
893/19 897/2 906/6
testified [6] 915/2
915/6 915/10 941/17
946/14 999/5
testify [4] 1000/23
1000/24 1002/11
1003/5
testifying [1] 922/3
testimony [10] 876/18
905/9 922/7 922/12
949/23 961/24 999/2
999/13 1000/13 1002/7
TFO [1] 901/8
than [9] 881/19 919/18
935/17 936/16 944/2
948/10 957/4 969/16
1003/14
thank [46] 876/20
879/9 881/7 883/18
884/4 885/3 896/7
897/11 898/7 898/25
907/19 925/9 925/10
925/12 925/21 927/15
927/25 930/3 934/16
936/23 937/13 938/9
944/10 944/21 945/17

947/23 957/25 963/24
963/15 964/19 966/18
970/15 970/19 978/16
978/17 978/25 979/2
989/7 992/13 996/4
997/17 998/9 1002/22
1003/20 1003/23
1004/9
Thanks [1] 959/22
that [496]
that's [82] 876/9
878/19 878/20 880/17
880/24 882/15 882/18
882/20 883/20 884/2
885/10 886/3 886/24
887/6 887/14 888/16
889/12 889/16 890/4
890/17 892/3 892/8
896/9 897/15 898/20
898/24 899/17 900/8
901/1 903/11 903/21
904/1 912/22 912/24
913/7 914/3 914/3
914/10 919/20 920/9
927/11 927/11 927/16
937/17 938/25 939/5
940/10 940/10 940/23
941/12 942/22 945/16
945/16 949/22 953/21
956/14 956/16 961/19
962/7 962/10 962/15
963/2 963/19 963/23
966/5 966/10 966/13
971/11 975/16 975/19
975/24 981/4 983/1
985/5 985/17 989/24
998/6 1001/14 1002/15
1002/20 1002/25
1003/10
their [11] 919/16
948/16 948/17 949/3
949/5 949/22 952/14
955/15 955/16 1000/3
1001/18
them [34] 886/10
901/17 906/23 921/21
921/23 921/24 923/13
924/13 932/19 932/20
934/21 938/16 938/17
938/21 938/21 942/2
948/24 949/3 951/23
952/14 952/21 953/7
957/3 957/15 960/20
963/6 966/7 969/19
976/8 982/15 997/21
1003/16 1003/18
themselves [1] 952/14
then [72] 878/9 886/14
886/15 886/25 887/9
887/9 887/15 887/16
888/4 901/1 901/8
908/13 913/2 913/15
913/23 913/23 914/3
914/10 915/5 915/9
916/18 919/9 919/10
923/14 923/16 924/16
924/17 924/25 925/1

928/16 928/23 928/23
929/9 930/10 931/2
932/20 932/20 932/21
935/3 935/4 939/20
939/20 943/19 944/23
951/22 960/14 965/25
971/2 971/17 973/2
973/21 973/24 974/4
974/12 974/21 975/12
976/2 979/14 979/14
980/6 980/8 980/13
982/2 983/2 983/12
983/15 987/17 988/14
990/24 994/21 994/23
1000/14
there [74] 875/3 875/9
877/20 880/25 881/19
890/12 895/6 901/4
901/23 910/21 915/9
916/14 916/24 918/23
920/4 921/24 924/1
924/18 924/19 924/20
930/17 931/6 932/4
935/1 935/13 935/23
936/18 937/21 939/19
940/2 940/17 941/24
944/6 944/24 945/9
952/18 952/21 952/23
953/3 953/7 953/17
953/18 953/19 953/23
953/24 954/5 958/16
961/20 964/23 965/18
965/18 965/19 965/22
966/20 967/1 967/6
968/10 969/3 969/3
969/21 969/25 970/5
972/21 972/25 973/2
975/3 975/10 983/10
985/18 986/6 986/14
992/11 997/22 998/19
there'll [1] 934/12
there's [17] 878/10
886/13 886/14 886/15
886/25 887/7 904/24
906/22 912/1 913/17
914/21 918/21 918/25
923/15 933/14 956/14
994/21
these [18] 890/25
891/9 900/13 904/7
912/3 912/18 920/24
929/10 932/19 933/11
933/14 933/18 933/23
934/7 934/18 962/1
965/8 1004/5
they [95] 876/15
890/25 913/12 914/2
914/3 918/4 919/7
919/7 920/25 921/3
921/4 924/18 924/19
924/22 929/2 932/20
933/18 933/23 934/21
938/24 942/3 949/21
951/25 952/12 952/13
952/13 952/19 952/21
952/23 953/2 953/2
953/3 953/3 953/4
953/6 953/8 953/15

953/15 953/16 955/7
955/8 955/9 955/12
955/16 955/17 957/1
957/3 957/4 957/9
957/11 957/15 958/14
958/16 959/7 960/2
960/3 960/4 960/6
960/8 960/9 960/11
960/13 960/13 960/14
962/1 965/20 966/6
966/7 966/8 966/23
968/7 968/14 968/14
969/12 969/13 969/13
970/5 974/12 974/23
976/13 976/14 976/15
981/23 981/23 981/23
981/25 997/25 998/4
998/9 1000/17 1001/21
1001/21 1001/23
1001/24 1001/24
they'll [1] 1001/19
they're [12] 900/16
905/1 913/14 914/1
914/2 925/3 949/13
957/1 957/1 963/3
976/11 1001/14
They've [1] 963/2
thing [5] 923/3 958/6
998/14 1002/16
1003/24
things [11] 916/6
917/12 924/19 926/6
938/3 961/23 963/9
964/22 966/21 968/4
1001/17
think [40] 876/10
876/10 876/12 876/25
884/13 884/24 888/3
895/18 916/13 917/22
917/25 920/4 920/8
920/19 922/22 928/6
934/12 935/15 936/3
938/20 945/4 945/5
956/2 956/14 963/5
972/24 974/4 977/6
977/16 979/13 997/8
998/4 1000/12 1001/5
1001/5 1001/10
1001/19 1002/8 1003/5
1003/15
thinks [1] 1002/1
third [7] 885/15 915/1
953/13 960/15 975/13
975/14 988/9
Thirty [1] 892/2
Thirty-seven [1] 892/2
this [217]
those [42] 886/17
887/6 891/2 891/5
891/10 898/15 900/13
901/11 902/15 902/23
903/10 904/25 905/2
905/4 905/6 912/5
912/14 914/1 915/14
921/2 921/20 922/9
922/20 922/22 923/1
925/3 925/3 930/13
932/22 935/5 945/10

**T**

those... **[11]** 948/19 950/7 952/17 957/8 957/9 962/24 980/11 982/15 998/7 1000/9 1003/15
though **[2]** 881/20 888/5
thousand **[1]** 957/20
three **[7]** 883/17 885/19 891/6 912/6 954/20 966/8 970/7
through **[6]** 871/7 911/21 914/4 921/7 921/25 979/13
throughout **[2]** 941/24 942/1
tied **[1]** 953/16
ties **[1]** 898/15
time **[31]** 875/17 895/11 895/13 907/15 916/14 923/1 929/23 932/6 935/7 936/10 937/6 945/20 951/8 955/11 957/19 960/16 961/7 965/9 968/17 969/5 972/18 974/21 975/17 978/11 979/14 981/3 981/11 987/12 992/24 1000/2 1001/6
title **[1]** 924/16
today **[12]** 879/12 893/13 894/24 896/12 905/9 922/3 922/8 949/23 978/4 997/19 998/12 1003/14
together **[3]** 922/13 922/15 980/4
told **[19]** 917/19 919/22 920/4 951/20 952/3 955/12 958/23 959/3 959/4 960/4 960/19 960/21 967/23 969/12 971/13 972/12 974/2 974/5 975/19
tomorrow **[5]** 997/15 997/24 1003/5 1003/9 1003/15
tonight **[1]** 1003/19
too **[3]** 930/22 935/1 935/16
took **[18]** 893/12 894/23 896/12 919/6 919/10 926/7 931/15 932/20 932/21 934/6 939/20 952/1 952/23 953/15 960/11 960/15 974/12 978/15
toothbrush **[1]** 965/23
toothpaste **[1]** 965/23
top **[11]** 885/22 888/17 891/6 891/10 899/3 900/8 900/10 904/14 933/22 939/14 942/19
topic **[1]** 999/4
torn **[1]** 986/5
total **[3]** 912/6 954/2

954/20
**Toyota [1]** 969/6
**track [2]** 914/3 927/13
**tracked [2]** 913/13 914/6
**train [1]** 965/10
**training [2]** 979/12 979/15
**transcript [2]** 871/9 872/8
**transcription [2]** 872/8 1005/4
**transferred [1]** 1001/9
**translate [1]** 950/25
**transport [2]** 901/11 923/15
**transported [2]** 901/15 913/14
**traveling [1]** 958/21
**trial [5]** 871/9 925/5 934/5 999/14 999/17
**trick [1]** 933/1
**trigger [1]** 911/9
**trouble [3]** 977/2 977/3 977/20
**trunk [3]** 928/9 941/14 941/18
**truth [1]** 956/22
**try [1]** 1000/20
**trying [4]** 920/21 933/1 952/10 966/16
**Tuesday [1]** 1000/8
**Tunis [12]** 885/17 907/12 907/21 907/25 908/16 908/20 909/17 909/23 910/2 910/5 910/11 923/20
**turn [1]** 904/10
**turned [2]** 917/12 980/14
**Twelve [1]** 876/5
**Twenty [2]** 885/7 935/25
**Twenty-one [1]** 935/25
**two [23]** 877/20 891/6 900/13 901/8 904/23 912/5 914/21 915/9 920/24 921/2 932/25 933/14 933/14 934/18 934/20 937/21 945/9 953/15 953/19 963/2 966/8 975/8 997/21
**type [9]** 904/23 919/7 923/5 965/9 967/25 969/4 982/20 985/2 986/13
**types [6]** 948/14 955/23 956/1 965/1 965/8 966/20
**typo [1]** 877/7

**U**

**U.S [12]** 871/15 871/17 885/10 899/8 900/8 957/5 957/10 957/21 958/2 958/9 959/3 972/3
**Uh [4]** 954/24 959/21

967/3 968/9
**Uh-huh [4]** 954/24 959/21 967/3 968/9
**uncle [3]** 950/5 950/6 950/6
**under [11]** 875/19 899/10 899/21 907/7 907/22 907/25 925/17 930/22 940/15 999/5 999/18
**underneath [5]** 887/10 891/21 937/15 994/11 994/21
**understand [3]** 956/9 968/11 976/7
**understanding [3]** 953/10 970/6 976/20
**unfortunate [2]** 974/16 974/18
**Uniform [1]** 894/4
**Union [1]** 982/12
**UNITED [8]** 871/1 871/3 871/10 947/3 947/5 970/24 971/25 972/6
**unless [3]** 884/25 1002/12 1003/1
**unsealed [1]** 895/13
**until [4]** 916/24 933/24 1002/12 1003/5
**unusual [1]** 924/19
**up [42]** 879/17 881/17 886/24 887/13 887/14 889/16 896/5 904/18 911/19 914/17 916/6 916/14 921/10 923/3 926/13 933/15 939/20 940/5 941/11 945/2 958/19 960/9 961/23 967/7 970/20 974/5 984/22 986/13 987/3 989/13 990/2 991/22 992/10 992/15 992/21 994/7 1000/6 1000/7 1000/9 1000/16 1001/4
**update [1]** 1003/3
**upon [2]** 895/3 932/1
**upper [1]** 936/6
**us [24]** 901/24 917/9 917/17 917/19 919/22 920/4 943/23 946/23 948/4 948/13 948/14 952/20 952/23 953/15 953/17 955/15 958/18 958/20 965/3 965/20 965/23 980/14 993/9 1004/8
**USCIS [1]** 942/20
**use [2]** 941/4 1001/6
**used [6]** 902/6 922/19 923/10 964/8 969/10 999/14
**using [3]** 914/14 941/3 966/13

**V**

**VA [1]** 872/4

**valuable [1]** 901/1
**var [9]** 965/20 965/21 965/21 966/2 966/3 966/7 966/7 972/22 974/10
**various [2]** 890/18 979/15
**varying [1]** 965/4
**vault [2]** 901/19 923/17
**vehicle [28]** 926/7 926/10 927/3 928/2 928/2 928/3 928/11 928/12 928/13 928/16 928/19 929/20 929/20 930/8 930/18 932/1 933/12 938/14 939/6 939/9 939/13 941/14 941/25 942/1 943/7 952/7 960/10 969/5
**vehicles [1]** 931/8
**verified [1]** 960/13
**verify [1]** 960/12
**version [3]** 895/19 945/11 951/1
**very [6]** 907/13 925/10 945/23 972/3 977/19 1002/4
**victims [1]** 969/17
**Victor [4]** 882/12 884/19 890/5 897/19
**video [8]** 963/3 963/7 963/8 963/12 964/1 964/12 964/14 964/15
**view [3]** 881/12 889/12 891/24
**viewed [1]** 905/23
**visible [1]** 986/6
**Vision [1]** 948/15
**volunteered [1]** 980/3
**volunteering [1]** 980/6
**volunteers [1]** 918/4
**vs [1]** 871/5
**VSKA [1]** 986/7

**W**

**W-A-L-D [1]** 986/6
**wait [3]** 882/25 938/20 941/7
**waiting [2]** 875/4 958/6
**Walder [14]** 908/8 909/1 909/12 910/17 923/22 926/8 927/3 942/16 982/6 982/14 986/5 989/16 991/25 994/19
**walked [1]** 960/10
**wall [5]** 902/14 903/1 903/16 983/2 983/8
**wallet [6]** 925/16 925/25 960/13 974/24 975/11 975/12
**wallets [2]** 925/2 925/3
**want [12]** 894/7 902/13 916/6 925/13 938/23 938/25 949/23 998/17 1000/1 1000/24 1002/1 1002/21
**wanted [8]** 923/3

952/21 961/12 961/17 963/1 981/23 1002/18 1003/2
**wants [2]** 1001/2 1003/1
**ward [1]** 966/2
**warrant [20]** 913/7 918/3 918/10 918/13 918/16 918/16 918/19 918/21 918/23 919/2 919/16 919/18 920/23 921/2 921/12 921/18 922/24 923/10 923/19 980/11
**warrants [1]** 918/6
**was [225]**
**washed [1]** 969/13
**Washington [4]** 871/5 871/16 871/18 916/21
**wasn't [3]** 921/22 932/4 975/6
**WASR [1]** 986/25
**watching [2]** 953/17 965/3
**water [4]** 965/23 966/22 966/22 966/23
**way [5]** 895/10 917/1 923/13 951/12 952/18
**we [234]**
**we'd [3]** 894/16 944/15 1000/10
**we'll [12]** 885/4 888/4 898/8 898/9 911/21 917/10 933/6 938/17 996/23 997/15 1000/5 1002/13
**we're [19]** 875/4 876/6 876/17 881/16 884/2 885/4 886/24 894/19 895/7 904/4 910/20 910/22 917/5 918/20 939/16 974/6 975/8 980/16 1004/8
**we've [19]** 878/19 878/22 894/10 894/15 911/18 912/18 917/12 940/8 951/15
**wealth [1]** 1001/13
**weapon [16]** 880/17 881/8 882/7 882/20 884/18 884/20 889/22 890/4 894/7 897/21 898/2 898/3 911/12 975/22 986/7 988/15
**weapons [6]** 911/10 952/12 964/24 965/1 965/8 965/10
**Wednesday [2]** 959/24 960/2
**week [6]** 875/11 972/4 972/10 972/11 978/7 1002/14
**welcome [2]** 875/18 1004/6
**well [29]** 878/10 897/15 905/4 905/20 911/18 913/15 918/18 923/12 924/21 926/2 926/25

**W**

**well... [18]** 927/12
934/7 934/9 938/5
938/25 942/14 949/16
952/1 962/21 972/4
973/21 979/13 982/11
982/21 990/25 999/3
1000/19 1001/1

**went [10]** 905/7 916/19
916/21 916/22 916/23
919/23 971/2 973/16
976/2 979/13

**were [142]**

**weren't [1]** 921/4

**Wesson [15]** 886/14
887/10 891/20 891/21
891/24 892/8 892/10
892/22 894/3 911/1
911/15 911/22 912/8
912/15 912/25

**West [1]** 901/25

**Western [1]** 982/12

**wet [1]** 924/24

**what [170]**

**what's [24]** 879/1
879/5 887/13 887/21
889/7 893/2 902/5
902/24 908/20 908/22
909/2 909/7 909/11
909/13 910/2 910/5
910/7 926/16 926/25
938/17 962/9 962/17
963/17 987/24

**whatever [2]** 923/25
1003/16

**when [57]** 877/15
881/5 889/3 890/9
895/11 896/19 901/8
905/23 906/3 911/11
913/12 913/19 916/19
916/21 921/6 921/25
924/13 924/21 925/5
929/9 930/17 932/1
932/4 939/15 944/2
947/3 950/11 951/18
952/5 952/19 953/6
955/11 956/25 958/24
961/11 966/25 967/1
967/7 968/5 968/13
969/4 969/8 969/12
970/22 970/24 971/5
971/13 971/14 972/2
975/24 976/11 981/18
983/12 990/10 995/23
998/17 1001/14

**where [74]** 878/12
878/19 885/14 885/21
886/6 887/6 888/11
888/18 888/21 890/6
891/4 891/9 894/5
895/24 895/25 897/12
898/22 899/9 900/16
901/16 904/13 907/2
907/4 912/3 917/16
920/23 923/15 924/21
924/22 925/1 925/2
928/15 928/21 928/24

92/2 929/5 929/10
930/24 931/2 933/11
938/2 940/3 940/10
943/11 946/24 947/1
949/8 950/20 951/6
952/5 952/23 952/24
953/2 953/14 953/22
954/5 954/6 954/9
960/2 960/9 960/11
960/15 965/20 966/5
967/5 973/16 974/12
975/10 975/13 975/14
975/16 975/19 1000/6
1003/3

**whether [5]** 921/11
942/2 968/11 969/21
1001/21

**which [83]** 876/2
876/14 876/15 876/25
877/3 879/12 881/21
882/17 882/25 883/12
885/5 885/11 886/9
887/15 889/19 892/3
897/21 899/3 901/9
904/9 905/10 913/16
914/7 914/25 915/1
915/2 915/5 915/6
915/10 917/7 921/22
922/24 927/16 929/15
931/9 932/7 932/16
932/21 932/24 935/3
936/11 937/2 937/7
937/9 937/25 938/18
938/23 939/8 939/25
940/23 941/5 942/5
942/12 943/14 943/24
944/18 949/5 951/8
953/15 958/20 960/7
964/11 965/6 970/3
975/14 979/13 979/15
980/9 980/13 980/15
982/2 982/17 983/7
987/25 988/1 988/23
990/3 990/20 991/8
997/4 1001/7 1002/1
1002/7

**while [7]** 964/23
965/11 965/15 969/3
969/9 969/15 969/24

**who [33]** 877/10
907/11 918/5 924/10
949/9 950/9 951/7
951/18 954/5 954/14
955/21 957/8 957/8
959/10 962/6 962/14
963/22 964/17 965/16
967/2 967/17 970/3
972/24 973/9 974/8
976/10 977/15 980/2
981/17 981/20 998/8
999/22 1003/4

**who's [7]** 875/10
908/15 908/25 909/4
909/16 910/10 1003/25

**whole [5]** 939/20
939/21 963/7 963/8
963/11

**Whose [3]** 885/16

906/8 952/25

**why [11]** 876/10 938/25
961/11 961/17 961/17
962/20 974/18 1001/10
1002/1 1002/20
1003/18

**will [18]** 875/9 895/17
917/2 917/7 925/18
933/6 933/6 933/7
934/10 934/11 935/3
937/10 940/23 941/4
997/6 1001/3 1002/4
1003/6

**Wilson [1]** 872/3

**winds [2]** 1000/6
1001/4

**within [7]** 928/23 929/6
930/15 972/4 972/10
972/11 983/18

**without [20]** 880/8
893/24 895/17 897/6
906/13 915/24 927/14
932/10 935/10 937/9
950/2 959/10 981/6
983/23 985/8 989/5
991/15 992/5 994/2
997/4

**witness [47]** 875/3
875/10 875/11 877/19
877/21 880/13 884/6
888/19 888/20 897/10
898/2 899/1 899/16
903/15 911/5 914/12
915/15 915/21 915/25
925/19 929/14 931/9
944/15 944/17 944/18
944/19 944/20 945/19
962/1 962/9 962/17
963/2 963/16 964/10
978/19 978/22 988/17
991/2 993/16 997/10
998/24 998/24 1000/12
1000/12 1000/14
1000/15 1001/15

**witness's [1]** 997/5

**witnesses [4]** 872/9
1000/17 1003/4
1003/15

**won't [1]** 1003/18

**Wonderful [1]** 1003/20

**wording [1]** 932/14

**words [1]** 975/6

**work [3]** 947/18 951/15
966/1

**worked [9]** 948/10
948/14 948/15 948/16
948/17 972/24 972/25
973/4 979/10

**working [2]** 947/19
948/6

**World [1]** 948/15

**worry [1]** 999/13

**would [80]** 875/16
877/11 883/5 884/25
891/6 891/7 900/18
902/12 904/14 907/13
912/19 913/2 914/9
914/20 916/19 918/5

918/14 918/16 918/18

918/18 918/25 919/3
919/7 919/8 921/21
921/23 922/19 922/20
922/24 923/14 923/18
924/17 928/5 929/8
929/10 929/23 930/23
934/6 935/7 936/10
937/6 938/13 939/5
939/22 944/23 945/10
950/8 950/10 952/11
957/14 957/15 960/4
960/5 960/7 965/24
966/1 966/6 966/6
967/16 967/23 975/4
975/25 977/2 981/3
981/21 981/23 981/25
983/12 984/14 999/2
999/9 999/14 1000/12
1000/14 1000/23
1000/24 1001/1
1002/18 1003/7 1003/8

**wouldn't [3]** 972/12
992/15 1002/16

**write [2]** 988/14 990/23

**writing [1]** 938/2

**written [1]** 915/20

**wrong [1]** 973/7

**X**

**X-ray [2]** 887/22 888/10

**Y**

**yeah [12]** 880/23
886/12 891/14 901/25
921/14 934/20 937/23
942/15 943/10 976/12
996/17 996/25

**year [2]** 916/20 944/7

**years [4]** 916/17
916/18 947/15 947/15

**yellow [5]** 932/13
932/15 932/16 933/15
936/7

**yes [219]**

**yesterday [4]** 905/23
906/3 1003/4 1003/23

**yet [4]** 875/4 895/19
958/5 999/19

**you [673]**

**you'd [1]** 977/16

**you'll [2]** 938/17 956/2

**you're [27]** 875/19
883/5 911/3 911/11
916/7 919/12 925/11
925/17 927/8 932/15
935/21 941/3 947/17
947/18 950/11 958/6
958/9 959/5 959/5
983/4 988/2 997/8
1000/19 1001/18
1004/4 1004/5 1004/7

**you've [7]** 916/12
916/13 916/17 927/20
948/14 971/9 1000/7

**young [3]** 924/1 954/11
954/12

**younger [1]** 920/4

**your [185]**

**yourself [2]** 946/20
979/5

**Z**

**zero [2]** 932/13 935/15

**zip [1]** 898/15

**zippered [1]** 901/10