1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2    - - - - - - - - - - - - - - - x
     THE UNITED STATES OF AMERICA,
3                                     Criminal Action No.
                        Plaintiff,    1:21-cr-00699-JDB
4                                     Thursday, January 25, 2024
     vs.                              9:42 a.m.
5
     JOLY GERMINE,
6
                        Defendant.
7    - - - - - - - - - - - - - - - x
     _____
8
                   TRANSCRIPT OF BENCH TRIAL
9         HELD BEFORE THE HONORABLE JOHN D. BATES
                UNITED STATES DISTRICT JUDGE
10   _____

11   APPEARANCES:

12   For the United States:    **KAREN P. SEIFERT, AUSA**
                               **KIMBERLY L. PASCHALL, AUSA**
13                             **U.S. ATTORNEY'S OFFICE**
                               601 D Street NW
14                             Washington, DC 20530

15                             **BEAUDRE D. BARNES, ESQ.**
                               **U.S. DEPARTMENT OF JUSTICE**
16                             950 Pennsylvania Avenue NW
                               Washington, DC 20530

17
     For the Defendant:        **ALLEN H. ORENBERG, ESQ.**
18                             **THE ORENBERG LAW FIRM, PC**
                               12505 Park Potomac Avenue, 6th Floor
19                             Potomac, MD 20854

20                             **ELITA AMATO, ESQ.**
                               2111 Wilson Boulevard, 8th Floor
21                             Arlington, VA 22201

22   Court Reporter:           Lisa A. Moreira, RDR, CRR
                               Official Court Reporter
23                             U.S. Courthouse, Room 6718
                               333 Constitution Avenue, NW
24                             Washington, DC  20001
                               (202) 354-3187

25

I N D E X

WITNESS                                                          PAGE

**SPECIAL AGENT DEREK BEYSS, Resumed**
    (By Mr. Barnes)....................................1030
    (By Ms. Amato)......................................1035
    (By Mr. Barnes)....................................1045

**SPECIAL AGENT ALEXANDRA MONTILLA (appearing remotely)**
    (By Ms. Seifert)...................................1047

**WALDER ST. LOUIS**
    (By Ms. Seifert)...................................1055

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Good morning, Your Honor.
 3    We're on the record in Criminal Case 21-699, United States
 4    of America v. Joly Germine.
 5              We have Ms. Regine Durska-Murray and Ms. Vophsie
 6    Centave as interpreters who have been sworn in, for the
 7    record.
 8              Starting with government counsel, please approach
 9    the podium and state your name for the record.
10              MS. PASCHALL:  Good morning, Your Honor; Kimberly
11    Paschall with the United States, with my co-counsel, AUSA
12    Karen Seifert and Beau Barnes.
13              THE COURT:  Good morning.  I'm not sure I can deal
14    with the variety.
15              MR. ORENBERG:  Good morning, Your Honor; Allen
16    Orenberg on behalf of Mr. Germine, who is present.
17              THE COURT:  Good morning, Mr. Orenberg,
18    Mr. Germine, and...
19              MS. AMATO:  Good morning, Your Honor; Elita Amato
20    on behalf of Mr. Germine.
21              THE COURT:  Good morning, Ms. Amato.
22              All right.  Anything preliminary other than to say
23    that the government has advised defense, I take it, and me
24    that they want to put a witness on remotely?
25              MS. SEIFERT:  That's right, Your Honor.
```

1    Apologies.  We advised -- we sent an email on
2    Tuesday evening with the witness list witness and Wednesday
3    noted that Special Agent Montilla was going to testify
4    remotely on Thursday, but in the late hour neglected to
5    include chambers, which, of course...
6        MR. ORENBERG:  I think we have a problem with the
7    audio, Your Honor.
8        THE COURT:  Oh.  Surprise, surprise.
9        MS. SEIFERT:  I'll start again so the defendant
10   can hear.
11       We apologize.  On Tuesday evening we sent an email
12   with the updated exhibit list, the witnesses, and noting
13   that defense had agreed that Special Agent Montilla, who is
14   going to have a very brief testimony today, was -- defense
15   had agreed to allow her to testify by Zoom, but in the late
16   hour neglected to include Ms. Duncan, of course, one of the
17   most important people in the courtroom.
18       So defense has agreed that Special Agent
19   Montilla can appear remotely.  She is going to testify just
20   to her recollection and recordation of the phone number that
21   Mr. Jeanty Louis gave her in her interview.
22       THE COURT:  All right.  And, Ms. Duncan, we're all
23   set with that?
24       THE COURTROOM DEPUTY:  I'm setting it up now.
25   I'll forward the link.

```
 1              MS. SEIFERT:  Thank you, Ms. Duncan.

 2              THE COURT:  Anything else preliminarily?

 3              MS. SEIFERT:  No, Your Honor.

 4              THE COURT:  From the defense?

 5              MR. ORENBERG:  No, Your Honor.

 6              THE COURT:  All right.  Then I guess we need to

 7     get Special Agent Beyss.

 8              MR. ORENBERG:  Judge, I'm sorry, maybe I should

 9     say something really quickly.

10              THE COURT:  All right.

11              MR. ORENBERG:  I apologize.

12              My briefcase --

13              THE COURT:  Just wait a second.

14              MR. ORENBERG:  This morning I arrived about 9:00

15     a.m., and we have a witness prep room, and I put my

16     briefcase in there and locked the door behind me.

17              When I came back to the room, the lock does not

18     work.  And I have, with the assistance of Ms. Duncan also,

19     asked someone from maintenance to come up and unlock the

20     door.  My computer, my files, my computer, everything is in

21     there.

22              We can proceed, but perhaps at some point, if I

23     get some sort of signal from Ms. Duncan or somehow, I can

24     run down and get my briefcase?

25              THE COURT:  All right.  Thank you for notifying
```

 1    me, and it's a better excuse than my dog ate the homework.

 2              MR. ORENBERG:  Yes, it is.  Thank you.

 3              THE COURT:  All right.

 4              Special Agent Beyss, good morning.  I remind you

 5    you're still under oath.  Please have a seat.

 6              THE WITNESS:  Thank you, Your Honor.

 7              THE COURT:  Mr. Barnes.

 8              MR. BARNES:  Good morning, Your Honor.

 9                 SPECIAL AGENT DEREK BEYSS, Resumed

10                 DIRECT EXAMINATION, Continued

11    BY MR. BARNES:

12    Q.  Good morning, Special Agent Beyss.

13    A.  Good morning.

14              MR. BARNES:  I'll ask Mr. Casillas to start us

15    back up again to show us Government's Exhibit 403.04.

16              MS. AMATO:  I'm sorry, can you say it again?

17              MR. BARNES:  430.04.

18    Q.  Agent Beyss, do you recognize this picture?

19    A.  Yes.  It's one of the pictures we took during the

20    search.

21    Q.  And does it fairly and accurately depict a portion of

22    Room E of the house you searched?

23    A.  It does.

24              MR. BARNES:  All right.  The government would move

25    to admit Government Exhibit 430.04.

1    MS. AMATO:  No objection.

2    THE COURT:  Without objection, 430.04 is admitted.

3    MR. BARNES:  I'd like to ask Mr. Casillas to move

4    to the next picture, Exhibit 430.05.

5    Q.  Agent Beyss, do you recognize this picture?

6    A.  I do.  It's a picture from the same closet.

7    Q.  And does that fairly and accurately depict a portion of

8    Room E of the house you searched, the same closet that was

9    depicted from a different angle in Exhibit 430.04?

10    A.  It does.

11    MR. BARNES:  The government would move to admit

12    Exhibit 430.05.

13    MS. AMATO:  No objection.

14    THE COURT:  Without objection, 430.05 is admitted.

15    MR. BARNES:  And moving to Exhibit 430.06.

16    Q.  Agent Beyss, do you recognize this picture?

17    A.  Yes.  It's a picture of the same wrapped item that we

18    found in the closet.

19    Q.  And does that picture fairly and accurately depict the

20    item that you recovered from the closet in Room E of the

21    house you were searching, but now on the ground?

22    A.  Correct.

23    MR. BARNES:  The government would move to admit

24    Exhibit 430.06.

25    MS. AMATO:  No objection.

1      THE COURT:  Without objection, 430.06 is admitted.

2      MR. BARNES:  And the next picture, please,

3   Mr. Casillas.

4   Q.  Showing you Government's Exhibit 430.07, do you

5   recognize this picture, Agent Beyss?

6   A.  Yes.

7   Q.  And what do you recognize this picture to be?

8   A.  It's the unwrapped rifle that was depicted in the

9   previous photographs.

10  Q.  So this is the same rifle, Item No. 3 from the prior

11  exhibit, just without the plastic wrapping on it?

12  A.  That's correct.

13  Q.  Does this fairly and accurately depict one of the rifles

14  that you recovered from your search of Walder St. Louis's

15  residence from Room E?

16  A.  It does.

17      MR. BARNES:  The government would move to admit

18  Document 430.07.

19      MS. AMATO:  No objection.

20      THE COURT:  430.07 is admitted.

21      MR. BARNES:  Finally, one more picture,

22  Exhibit 430.08, please.

23  Q.  Agent Beyss, do you recognize this picture?

24  A.  Yes.  It's a close-up of that same rifle.

25  Q.  And the lighting notwithstanding, does that picture

1    fairly and accurately depict a portion of the rifle that you

2    recovered in the prior exhibit from your search of Walder

3    St. Louis's residence and from Room E specifically?

4    A.  It does.

5         MR. BARNES:  The government would move to admit

6    Government's Exhibit 430.08.

7         MS. AMATO:  No objection.

8         THE COURT:  430.08 is admitted.

9    Q.  And I'd like to ask Mr. Casillas if he would please zoom

10   in on the portion of the serial number and ask you, Agent

11   Beyss, to read that, if you would.

12        THE COURT:  Good luck.

13   A.  Yes.  The serial number is 5808-22034.

14   Q.  Thank you, Agent Beyss.

15        MR. BARNES:  I'd like to ask Agent Bonura, if you

16   could please bring up Government's Exhibit 1051.12.

17   Q.  Agent Beyss, do you recognize Exhibit 1051.12?

18   A.  I do.

19   Q.  And does that appear to be the same firearm you

20   recovered from Room E of Mr. St. Louis's residence?

21   A.  It is.

22   Q.  And does that appear to be in the same or substantially

23   the same condition as at the time you found it?

24   A.  Yes, it is.

25   Q.  And are you able to determine the serial number on that

```
 1    firearm?

 2    A.  Yes.  The serial number is 580-22034.

 3    Q.  And does that serial number match the serial number on

 4    the screen in front of you from Exhibit 430.08?

 5    A.  It does.

 6              MR. BARNES:  At this time, Your Honor, the

 7    government would move to admit this exhibit, Government's

 8    1051., I believe, 12.

 9              THE COURT:  I believe it's 02.

10              MR. BARNES:  Oh, excuse me, 02.  Apologies.

11              MS. AMATO:  No objection.

12              THE COURT:  Without objection, 1051.02 will be

13    admitted.  It was admitted earlier conditionally, and I will

14    remove the condition, and it is admitted.

15              MR. BARNES:  Thank you, Agent Bonura.

16              Just one more picture, Mr. Casillas.  Will you

17    show the witness, please, Exhibit 430.19.

18    Q.  Agent Beyss, I'm showing you Exhibit 430.19.  Do you

19    recognize this picture?

20    A.  Yes.  It's a photograph of a Western Union receipt we

21    found in Room E during the search.

22    Q.  And does this picture fairly and accurately depict a

23    receipt that you recovered from your search of Walder

24    St. Louis's residence, and specifically from Room E?

25    A.  It does.
```

```
 1              MR. BARNES:  The government would move to admit
 2    Government's 430.19.
 3              MS. AMATO:  No objection.
 4              THE COURT:  430.19 is admitted.
 5    Q.  And just briefly, Agent Beyss, I'd like to ask if you
 6    can read the date on this receipt?
 7              MR. BARNES:  Perhaps I can ask Mr. Casillas to
 8    blow up the date portion.
 9    A.  The date of the transaction is listed as October 13,
10    2021.
11    Q.  And who is listed as the sender?
12    A.  The sender is a Chesly Jean, and the receiver is Walder
13    St. Louis.
14    Q.  And what is the amount?
15    A.  The amount is 3,000 U.S. dollars.
16              MR. BARNES:  Thank you.
17              The Court's brief indulgence.
18              THE COURT:  Certainly.
19              MR. BARNES:  No further questions, Your Honor.
20              THE COURT:  Ms. Amato.
21              MS. AMATO:  Thank you.
22                         CROSS EXAMINATION
23    BY MS. AMATO:
24    Q.  Good morning.
25    A.  Good morning.
```

1   Q.  So I want to go back to Government's Exhibit 430.05.

2          And you identified this photograph, and you also

3   were shown two other exhibits, 430.06 and I believe it was

4   430.07 of this -- what this particular item that I'm

5   circling now was, correct?

6   A.  Correct.

7   Q.  All right.  And so that item was a weapon, correct?

8   A.  Correct.

9   Q.  All right.  And that, as we see it in 430.05, is how it

10  was found, correct?

11  A.  Correct.

12  Q.  All right.  So it was not found in any type of suitcase

13  or any container?

14  A.  No.

15  Q.  Okay.  It was found freestanding, as we see it, covered

16  in this wrapping?

17  A.  Correct.

18  Q.  All right.  Thank you.

19          All right.  Now, besides the five weapons I

20  believe you've testified about that were recovered from the

21  residence, there were a variety of documents that were also

22  found, correct?

23  A.  That's correct.

24  Q.  All right.  And so I would like -- and in the photos

25  that we have been looking at that the government has

1    introduced, there have been numbers located with the items

2    that have been pictured, correct?

3    A.  That's correct.

4    Q.  All right.  And those items -- those numbers indicate

5    not necessarily a location but a number that has been given

6    to the various items that have been observed in the

7    residence, correct?

8    A.  Correct.

9    Q.  Because, as you stated, the room where the focus was was

10   identified with a letter, correct?

11   A.  That's correct.

12   Q.  So the rooms were given letters, correct?

13   A.  Correct.

14   Q.  And then the items were given numbers?

15   A.  Correct.

16   Q.  Okay.

17            Okay.  All right.  So one of the things, in terms

18   of documents, that you found were immigration documents,

19   correct?

20   A.  That's correct.

21            MS. AMATO:  All right.  And my computer won't pull

22   it up.

23            Okay.  All right.  So I'm going to show you what

24   I'm going to mark as Defense Exhibit 8A, as in apple.  And

25   this would be the Slide 209.

1    Q.  And I'd like to show you this photograph.  Do you see

2    the photograph?

3    A.  Yes.

4    Q.  Okay.  And this photograph was taken to show Item No.

5    15, correct?

6    A.  That's correct.

7    Q.  All right.  And so this is a fair and accurate depiction

8    of Item No. 15, correct?

9    A.  That's correct.

10   Q.  All right.  And this --

11              MS. AMATO:  So, Your Honor, at this time I would

12   move into evidence Document 7A -- excuse me, 8A.

13              MR. BARNES:  No objection.  And similar with the

14   last witness, the government has no objection to the

15   admission of any picture from the search.

16              MS. AMATO:  From the residence.  Okay?  Thank you.

17              THE COURT:  All right.  8A is admitted.

18              MS. AMATO:  All right.

19   Q.  All right.  So on this document -- to enlarge it a

20   little bit more -- we see the name where I'm circling it

21   here, Walder St. Louis, correct?

22   A.  That's correct.

23   Q.  And it has a date and time of appointment, which is

24   actually circled in red on the document itself?

25   A.  That's correct.

1    Q.  Okay.  And that date reads July 31st of 2018?

2    A.  Yes, it does.

3    Q.  Okay.  All right.  Thank you.

4            All right.  And besides documents, you also found

5    identifications?

6    A.  That's correct.

7    Q.  All right.  And you found actually identifications

8    pertaining to specifically Mr. Walder St. Louis, correct?

9    A.  Correct.

10   Q.  All right.  And I am going to show you what I'm marking

11   as Defense Exhibit 8B, which is Slide 215.

12            THE COURT:  This is 8B?

13            MS. AMATO:  8B, yes, as in boy.

14   Q.  And in this photograph we see a variety of things,

15   correct?

16   A.  That's correct.

17   Q.  We see two permanent resident cards, correct?

18   A.  Yes, that's correct.

19   Q.  And those cards are in the name of Walder St. Louis,

20   correct?

21   A.  That is also correct.

22   Q.  All right.  And one -- the one on the right --

23            THE COURT:  By the way, 8B is admitted.

24            I think the government has said it has no

25   objection to these photos.

1    MR. BARNES:  No objection in principle, Your

2  Honor, but we would just request that they be redacted when

3  they're finally admitted and sent to the Court.

4    MS. AMATO:  That's fine.  And I can work with the

5  government as to what they'd like to redact.

6    THE COURT:  All right.

7  BY MS. AMATO:

8  Q.  All right.  So looking at the photo on the right-hand

9  side, the permanent resident card, excuse me, on the right-

10  hand side, it indicates that there is an expiration of

11  October 14, 2018, correct?

12  A.  That is correct.

13  Q.  All right.  And then the one on the left-hand side

14  indicates the card expires on June 22nd of 2029?

15  A.  That is correct.

16  Q.  And in this photo we also see some airline ticket

17  documents, correct?

18  A.  Yes.

19  Q.  All right.  As well as a passport?

20  A.  Yes.

21  Q.  Okay.  All right.

22    And I'm going to move on to Exhibit Slide 213,

23  which I will mark as 8 -- I'm sorry, where is my list? -- 8C

24  as in cat.  And this is Slide 213.

25    And this is -- basically brings us out from the

```
 1    documents so we can see all of the documents, in essence,
 2    that were -- that you've labeled -- that has been labeled as
 3    No. 16, correct?
 4    A.  That's correct.
 5    Q.  All right.  And so, again, we see the two resident
 6    cards, correct?
 7    A.  Yes.
 8    Q.  We see a passport?
 9    A.  Yes.
10    Q.  Okay.  And there's several airline tickets?
11    A.  Yes.
12    Q.  And the immigration document?
13    A.  Yes.
14    Q.  Okay.
15              THE COURT:  And this will be admitted as well?
16    This is 8C?
17              MS. AMATO:  Yes, Your Honor.
18              All right.  Now I'm moving to what I'm going to --
19    what I've marked and will move into evidence as 8D, as in
20    dog, and this is Slide 221.
21    BY MS. AMATO:
22    Q.  All right.  You see the photograph here of these items?
23    A.  Yes.
24    Q.  Okay.  And this is under -- these items are all under
25    No. 17, correct?
```

1    A.  That's correct.

2    Q.  All right.  And in here we have what are two shipping

3    documents, correct?

4    A.  Yes, that's correct.

5    Q.  All right.  And just zeroing in on them --

6            MS. AMATO:  And, again, I know the government may

7    seek some of this to be redacted, which is fine.  We can

8    deal with that.

9    Q.  -- on the top shipping receipt it shows that it's an

10   invoice of shipping from Miami to Haiti, correct?

11   A.  Correct.

12   Q.  All right.  And it has an invoice number, correct?

13   A.  That's correct.

14   Q.  Of 0647?

15   A.  Yes.

16   Q.  And it also has a date above that, correct?

17   A.  Yes.  March 20th of '21.

18   Q.  Okay.  And then there are certain items listed, which

19   I'm not asking you to identify.

20           And there appear to be dollar amounts of totals

21   that need to be paid or were paid, correct?

22   A.  Yes.

23   Q.  All right.  And then the second one has a different

24   date, correct, the one on the bottom?

25   A.  Yes.  I believe its July 12th of '21.

```
1    Q.  Okay.  Enlarging it on my computer.

2            It also has a different invoice number, correct?

3    A.  Yes.

4    Q.  All right.  Which is somewhat difficult to read, all

5    right.  Thank you.

6            And this one also.  The one on the bottom also has

7    a price listed as well, correct?

8    A.  Yes.

9    Q.  All right.  Now, in addition to these documents we've

10   talked about, you also came across a, during the search,

11   blue container, correct?

12   A.  Yes.

13   Q.  Like a drum?  A barrel?

14   A.  That's correct.

15           MS. AMATO:  Okay.  The Court's indulgence.

16           (Pause)

17           MS. AMATO:  I'm just waiting for the file to load

18   up.

19           Okay.  All right.  So this is Slide 148.  And I

20   will mark this as 8E, as in elephant, and move this into

21   evidence.

22   Q.  Do you see this photograph?

23   A.  I do.

24   Q.  All right.  And this has a number 6 next to it, correct?

25   A.  That is correct.
```

```
 1   Q.  All right.  And this is -- is this the blue barrel?

 2   A.  Yes.

 3   Q.  Okay.  All right.  And this blue barrel, did you search

 4   the blue barrel, or did one of the team members search the

 5   blue barrel?

 6   A.  I don't recall who searched it.

 7   Q.  Okay.  It wasn't taken, though, correct?

 8   A.  That is correct.

 9   Q.  It was left in the residence?

10   A.  Correct.

11   Q.  All right.

12   A.  After it was searched.

13   Q.  All right.  And are you familiar with these blue

14   barrels?  Just have you seen them in other instances?

15   A.  Not particularly, no.

16   Q.  Okay.  Do you recall the size of the blue barrel?

17   A.  Not exactly, but it was a pretty big barrel, yes.

18   Q.  Okay.  It was a substantially big barrel, correct?

19   A.  (No verbal response)

20   Q.  All right.  And it seems like there is a piece of

21   furniture to the right of it; is that right?

22   A.  There appears to be, yes.

23   Q.  Okay.  And it seems to be about the level of that or a

24   little higher?

25   A.  Correct.
```

1    Q.  All right.  And that furniture piece, if you recall, was

2    it some type of a desk or a -- do you recall what it was?

3    A.  I don't recall.

4            MS. AMATO:  All right.  So I move that one in as

5    well.

6            THE COURT:  All right.  Just for the record, we've

7    admitted 8D and 8E as well --

8            MS. AMATO:  Okay, thank you.

9            THE COURT:  -- without objection.

10            MS. AMATO:  All right.

11            Your Honor, I have no further questions of this

12    witness.  Thank you.

13            THE COURT:  All right.  Mr. Barnes?

14            MR. BARNES:  Just very briefly, Your Honor.

15                    REDIRECT EXAMINATION

16    BY MR. BARNES:

17    Q.  Agent Beyss, when you conduct a search, do you remove

18    things and put them into evidence if they have no

19    evidentiary value?

20    A.  No.  If they don't appear to be relevant to the

21    investigation or the warrant, we don't take it.

22    Q.  So did you -- why didn't you remove the blue barrel that

23    you saw in the prior picture?

24    A.  I believe we thoroughly searched it, removing all the

25    items from there.  And if I recall, they were just pretty

1    random clothing items that didn't appear to relate to the

2    matter under investigation, so we left it.

3              MR. BARNES:  No further questions.

4              THE COURT:  All right.  Special Agent Beyss, thank

5    you.

6              THE WITNESS:  Thank you, Your Honor.

7              THE COURT:  I appreciate you coming.  You may step

8    down, and you're excused.

9              MS. SEIFERT:  The government calls Special Agent

10   Alexandra Montilla.

11             THE COURT:  And are we ready?

12             THE COURTROOM DEPUTY:  Yes, Your Honor.  It's

13   going to take a couple of minutes just to get her up on the

14   screen.

15             THE COURT:  And this witness is not on the witness

16   list, but the defense has not raised any objection.

17             MR. ORENBERG:  No objection, Your Honor.

18             (Pause)

19             THE COURTROOM DEPUTY:  Okay, Your Honor, the

20   special agent is on Zoom, and if I can have you -- can you

21   hear me?

22             THE WITNESS:  I can hear you.

23             THE COURTROOM DEPUTY:  Okay.  Can I have you raise

24   your right hand, please.

25             (Witness sworn)

```
 1              SPECIAL AGENT ALEXANDRA MONTILLA, Sworn

 2                        DIRECT EXAMINATION

 3    BY MS. SEIFERT:

 4    Q.  Good morning, Special Agent Montilla.

 5              Could you please introduce yourself to the Court

 6    and spell your name for the record.

 7    A.  Good morning.  My name is Alexandra Montilla, M-O-N-T-I-

 8    L-L-A.  I'm a special agent with the Federal Bureau of

 9    Investigation.

10    Q.  Where are you assigned?

11    A.  I am assigned to the Miami division, to the

12    extraterritorial squad.

13    Q.  Is that squad the C-5 squad?

14    A.  Correct, yes.

15    Q.  How long have you been an FBI agent?

16    A.  I have been an agent for 27 years, and I have been in

17    the squad for 18 years.

18    Q.  In September of 2021, did you interview an individual

19    who testified as Jeanty Louis?

20    A.  Yes.

21    Q.  Did Mr. Louis provide you with a phone number given to

22    him by an individual that he identified as Lanmo San Jou?

23    A.  Yes.

24    Q.  Did you record that phone number in your 302, which is

25    Exhibit 980?
```

1    A.  I did.

2    Q.  And when you recorded it, did you record it accurately?

3    A.  Yes.

4    Q.  As you sit here today, do you independently recall that

5    phone number without reference to your 302?

6    A.  No.

7             MS. SEIFERT:  Your Honor, I move to admit just the

8    portion of the phone number in Exhibit 980 under Federal

9    Rule of Evidence 803(5).

10             MR. ORENBERG:  No objection.

11             THE COURT:  Without objection, you may do so.

12             And is that the -- is that all of 980 that you

13    will be moving into evidence?

14             MS. SEIFERT:  Yes, so the government has made

15    980.A.

16             THE COURT:  So we'll just call it 980.A.

17             MS. SEIFERT:  Which is the portion of 980.A --

18    excuse me, of 980 which contains the phone number, which I

19    would ask at this time Agent Montilla read into the record.

20             THE COURT:  Just so I have it straight, it's one

21    page of Exhibit 980.A.

22             MS. SEIFERT:  No.  980.A is one page of

23    Exhibit 980.

24             THE COURT:  That's what I thought, but I was

25    afraid that I misunderstood you.

```
 1              MS. SEIFERT:  That page is blank with the
 2     exception of the phone number.
 3              THE COURT:  All right.
 4     BY MS. SEIFERT:
 5     Q.  Agent Montilla, can you please read the phone number.
 6              MR. ORENBERG:  We don't have 980.
 7              MS. SEIFERT:  It was provided yesterday.
 8              MR. ORENBERG:  I'm sorry, I said we do not have a
 9     copy of 980.
10              MS. SEIFERT:  This was also provided by email to
11     the defense a couple of days ago.
12     Q.  But, Agent Montilla, could you please read into the
13     record the phone number that is on 980.A.
14     A.  Yes.  It's 509 --
15              MS. SEIFERT:  I'm sorry, we're having a hard time
16     hearing you now.
17              Ms. Duncan, did I do something?
18              THE COURTROOM DEPUTY:  I think it's the static
19     from the thing.
20     Q.  Okay.  Could you try to read the phone number, please,
21     into the record.
22     A.  Yes, it's 509 -- can you hear me?
23     Q.  We can.
24     A.  Okay.  It's 509-353-54-217.
25              MS. SEIFERT:  No other questions, Your Honor.
```

1          MR. ORENBERG:  We have no questions, Your Honor.

2          THE COURT:  All right.  Thank you for your brief

3    appearance, Special Agent Montilla, and good day to you.

4          THE WITNESS:  Thank you, Your Honor.

5          Thank you.

6          MS. SEIFERT:  Your Honor, I have not moved to

7    admit 980.A because my reading of the rules states that if I

8    am the proponent of the past recollection recorded, it does

9    not come into evidence.

10         THE COURT:  All right.

11         MS. SEIFERT:  And, Your Honor, at this time the

12   government would ask the Court to take judicial notice of a

13   fact.

14         So the fact that the government is requesting

15   judicial notice of is that according to the docket, which I

16   have a copy of for the Court and have highlighted relevant

17   dates --

18         THE COURT:  The docket in this case?

19         MS. SEIFERT:  The docket in this case, correct,

20   which, of course, the Court also has.

21         -- February 16th of 2023 was the only in-person

22   status hearing where both Defendant Germine and Defendant

23   St. Louis were present.

24         And I can hand up to the Court my marked copy of

25   the docket for the Court's reference, which we're not asking

1    to introduce, but just as a reference document which I've

2    labeled as 993.

3             THE COURT:  I'm not going to read through the --

4    how many pages is the docket now?

5             MS. SEIFERT:  The docket is 26 pages.  I have

6    highlighted all of the notices that the Court gave of

7    when -- following Mr. Germine's arrest of when there were

8    status conferences set, and all of the status conferences

9    set were telephonic with the exception of February 16th of

10   2023.

11            I'll hand that up just for the Court's reference

12   only.

13            THE COURT:  You can hand it up.

14            The request is that I take judicial notice of --

15   excuse me -- that I take judicial notice of the fact

16   revealed from the docket, which is that there was only one

17   status call, and it was February 16, you said, 2023?

18            MS. SEIFERT:  There's only one -- excuse me, Your

19   Honor, only one in-person status conference.

20            THE COURT:  I know.

21            MS. SEIFERT:  February 16th.

22            THE COURT:  I just wanted to get the right one.

23   February 16, 2023?

24            MS. SEIFERT:  That's right.

25            THE COURT:  That is the only in-person status

```
 1    conference at which both Mr. Germine and Mr. St. Louis were
 2    present?
 3              MS. SEIFERT:  That's correct.
 4              THE COURT:  Any problem with my taking judicial
 5    notice of that from the defense's perspective?
 6              MR. ORENBERG:  No, Your Honor.
 7              THE COURT:  All right.  So noted.
 8              THE COURTROOM DEPUTY:  Your Honor, we're waiting
 9    for Mr. -- for the next witness to be brought up.
10              MS. SEIFERT:  And at this time the government
11    calls Walder St. Louis.
12              THE COURT:  All right.  It will be a moment.
13              THE COURTROOM DEPUTY:  He's on his way up.
14              MS. SEIFERT:  He's on his way.  Thank you.
15              MR. ORENBERG:  With the Court's permission, may I
16    just run down to our trial prep room and see if it's been
17    unlocked so I can retrieve my briefcase?
18              THE COURT:  With the Court's permission, you may
19    walk down.
20              MR. ORENBERG:  Okay.  Ms. Amato is here.
21              (Pause)
22              MS. AMATO:  Your Honor, while my counsel's doing
23    that, may I use the restroom?
24              THE COURT:  Certainly.
25              (Pause)
```

1           MS. AMATO:  Your Honor, there's one issue I just

2    wanted to raise before --

3           THE COURT:  I'm sorry, what?

4           MS. AMATO:  There is one *Jencks* issue I'd like to

5    raise with the Court relating to this witness.

6           THE COURT:  Okay.

7           MS. AMATO:  So, Your Honor, the government did

8    provide us the *Jencks* for Mr. Walder St. Louis; however,

9    there was one piece of item that we believe is *Jencks*

10   which we didn't receive, and that is the transcript of

11   Walder St. Louis's testimony during his plea hearing.  And

12   that is not usually a transcript that we're able to receive

13   because it's under seal, and there are a variety of other

14   reasons.

15          So we asked the government to provide us a copy of

16   the transcript of his testimony during the plea hearing,

17   which quite frankly we're used to receiving as *Jencks* in

18   these cases.  And we asked for it, I believe it was last

19   week, and the government came back to us last night and

20   informed us that they do not have it; and so, therefore,

21   they do not believe it's *Jencks*.  But it's our position that

22   it is.

23          I mean, usually -- again, we usually get it as

24   part of the *Jencks* material, and that it's something that

25   the government is in a position to obtain and which we are

1       usually not in a position to obtain.

2              MS. SEIFERT:  I received an email from Ms. Amato

3       on Tuesday at 6:40 p.m. asking for the transcript.

4       Yesterday we searched the files and determined that the

5       transcript had not been delivered.

6              THE COURT:  Had it been ordered?

7              MS. SEIFERT:  Had not been delivered.  I actually

8       don't -- we're still trying to figure out if it had been

9       ordered.  I don't have it for today.

10             I disclosed that this witness was testifying on

11      January 3rd, and Tuesday at 6:40 was the first time defense

12      asked for that information, and I disclosed all of the

13      *Jencks* in my possession on January 3rd.

14             So I don't have it for today.  It is not yet in

15      the government's possession.  Once the government gets it,

16      we're happy to provide it to defense, and Mr. St. Louis can

17      be recalled.

18             My recollection of the hearing is that there was

19      very little, if any, independent statements by the witness

20      except for "yes" or "no" answers.  So I don't actually think

21      this will end up being much of an issue, but we're happy to

22      follow up and make sure that it is delivered to defense as

23      quickly as possible.

24             THE COURT:  But there was a statement of offense

25      and plea.

```
 1                MS. SEIFERT:  Oh, I've provided that.

 2                THE COURT:  And he signed that?

 3                MS. SEIFERT:  Yes, and they have that.

 4                THE COURT:  And that's been provided?

 5                MS. SEIFERT:  Oh, yes, yes.

 6           But at the hearing -- my recollection of the

 7      hearing was that he merely adopted the statement at the

 8      hearing in front of Your Honor.

 9                THE COURT:  All right.

10           So the government is saying that they are still

11      going to obtain it; and when they do, they will provide it,

12      and they will have no objection to Mr. St. Louis being

13      recalled, if necessary.

14                With that, is the defense comfortable?

15                MS. AMATO:  With that, yes.  At this point, yes.

16      Thank you.

17                THE COURT:  All right.  Then we'll proceed with

18      the testimony here this morning.

19                          WALDER ST. LOUIS, Sworn

20                           DIRECT EXAMINATION

21      BY MS. SEIFERT:

22      Q.  Good morning, Mr. St. Louis.

23      A.  I'm okay.

24      Q.  Could you please introduce yourself to the Court.

25      A.  My name is St. Louis, Walder.
```

1    Q.  And, Mr. St. Louis, is your name spelled W-A-L-D-E-R,

2    S-T, L-O-U-I-S?

3    A.  Yes.

4    Q.  Where were you born?

5    A.  Haiti.

6    Q.  And how long did you live in Haiti?

7    A.  18 years.

8    Q.  When you lived in Haiti, where did you live?

9    A.  I used to live in Rue Lamarre.

10   Q.  Is that near Port-au-Prince?

11   A.  Yes, Rue Lamarre, yes.

12   Q.  When did you come to the United States?  How old were

13   you?

14   A.  I came to the U.S. in 2008.  When arrived, I was going

15   to turn 19 years old.

16   Q.  What's the language you spoke growing up?

17   A.  Creole and French.

18   Q.  And you're using an interpreter today, correct?

19   A.  Yes.

20   Q.  Do you understand English?

21   A.  No.

22   Q.  I just want you to make sure you wait for my question to

23   be asked, if you do understand any of it, and translated

24   before you answer.

25   A.  Yes, yes.

```
 1   Q.  When you moved to the U.S., what state did you move to?

 2   A.  Florida.

 3   Q.  And how old are you now?

 4   A.  35 years old.

 5   Q.  How far did you go in school in Haiti?

 6   A.  I was in the 11th grade.

 7   Q.  When you came to the U.S., did you do any schooling?

 8   A.  Yes.

 9   Q.  What was that?

10   A.  Lindsey ESOL 4.

11   Q.  Was that English language schooling?

12   A.  Yes.

13   Q.  And prior to your arrest did you still live in Florida?

14   A.  Yes.

15   Q.  Who did you live with?

16   A.  My mother, my father, my brother, and my sisters.

17   Q.  What did you do for work?

18   A.  I worked in construction.  I drove a backhoe and

19   asphalt.

20   Q.  Did you have authority to work?

21   A.  Yes.

22   Q.  What was that authority?

23   A.  At first -- since I arrived in this country I worked

24   every day.  I've never missed a day of work.

25   Q.  Did you have a Green Card or some other type of
```

```
 1    authority from the government to work?

 2    A.   I had my Green Card.

 3    Q.   When's the last time that you obtained a Green Card?

 4    A.   In 2021 I had a Green Card, and it's going to be my

 5    second Green Card.

 6    Q.   Now, prior to your arrest did you obtain a gun permit?

 7    A.   Yes, I had a license to carry weapons.

 8    Q.   And why did you seek the gun license?

 9    A.   So I could work as a security wearing weapons.

10    Q.   Did you obtain a firearm for that job?

11    A.   No.  You buy your own weapon, and when you have the

12    license to be a security agent, then you can use a weapon.

13    Q.   Did you buy a weapon?

14    A.   Yes.  I purchased the weapon in 2017.

15    Q.   And where did you keep that gun?

16    A.   It was new in its original box, and I put it in the back

17    of my car.

18    Q.   Do you recall the type of gun it was?

19    A.   Yes.

20    Q.   Can you tell the Court.

21    A.   It was a 9 millimeter.

22    Q.   I'm sorry, I didn't hear the translation.

23              THE INTERPRETER:  It was a 9 millimeter.

24    Q.   Is that a pistol?

25    A.   Yes.  It was a 9 millimeter, and I don't remember what
```

1    the serial number was.

2    Q.  That's okay.

3         Now, after you moved to the U.S., did you ever

4    visit Haiti?

5    A.  I used to travel to Haiti every year.

6    Q.  Where would you go when you visited?

7    A.  Sometimes I would go in an area near the airport, or I

8    would go to a hotel.

9    Q.  And who would you see when you were there?

10   A.  I had family members.  They would come to see me where I

11   would stay.

12   Q.  How long would you stay on your visits to Haiti?

13   A.  Two weeks, one week.

14   Q.  And prior to your arrest, did you have any immediate

15   family members who were in Haiti?

16   A.  Yes, I did have close family.

17   Q.  Okay.  And without telling me their names, can you tell

18   me their relation is to you?

19   A.  The lady with whom I have a child, and then my child.

20   Q.  Now, you were arrested in this case in October of 2021;

21   is that right?

22   A.  Yes.

23   Q.  Did you plead guilty in this case?

24   A.  Yes.

25              MS. SEIFERT:  Might I show the witness Exhibit

 1    960?

 2              And Exhibit 960 is -- well, the first part of

 3    Exhibit 960 is a 15-page document.  If we could go to Page

 4    15.

 5    BY MS. SEIFERT:

 6    Q.  And do you see this document on the screen?

 7    A.  Yes.

 8    Q.  Is this your signature, the first of the two signatures

 9    on the page?

10    A.  Yes.

11              MS. SEIFERT:  And, Your Honor, I'd move to unseal

12    this document just for the purposes of this hearing.

13              MS. AMATO:  No objection.

14              THE COURT:  Without objection, it is unsealed for

15    purposes of this hearing.

16              MS. SEIFERT:  I'm sorry, this proceeding, not

17    hearing.

18              And we can take down the document.  Thank you.

19    Q.  Mr. St. Louis, what crimes did you plead guilty to?

20    A.  It was related to weapons.

21    Q.  Did that include a conspiracy to export weapons?

22    A.  Yes.

23    Q.  And what about -- did you plead to any crimes with

24    respect to the movement of money?

25    A.  Yes.

1    Q.   Okay.  Do you know what the maximum amount of time is

2    that you can be sent to jail for each of your crimes?

3    A.   Yes.

4    Q.   And what is that?

5    A.   You can be in jail for awhile.

6    Q.   Do you know how many years you can be sent to jail?

7    A.   I don't know.

8    Q.   Let me ask you some other questions.

9         Do you know how long you'll be sent to jail for?

10   A.   I don't -- I don't know.

11   Q.   Who will decide how long you'll be sent to jail?

12   A.   The judge.

13   Q.   Is that Judge Bates?

14   A.   Yes.

15   Q.   And am I the attorney for the government that you've

16   worked with in this case?

17   A.   Yes.

18   Q.   What have I told you about how long you'll be sent to

19   jail?

20   A.   You didn't tell me anything.

21        MS. SEIFERT:  I'm sorry, could you speak up a

22   little bit?  We can't hear that.

23        THE INTERPRETER:  You did not tell me anything.

24   Q.   Under your agreement with the government, are you

25   obligated to testify today?

1    A.   Yes.

2    Q.   And do you have any -- with respect to your testimony,

3    are you obligated to say anything in particular?

4    A.   No, no.

5    Q.   Okay.  Are you a U.S. citizen?

6    A.   No.

7    Q.   And prior to your arrest, did you have legal status in

8    the United States?

9    A.   Yes.

10    Q.   Okay.  When you signed your plea, how did you think that

11    would affect your ability to stay in the United States?

12            THE INTERPRETER:  If the interpreter can ask Mr.

13    Louis to repeat what he said because she did not hear him.

14            Can you please repeat what you just said?

15    A.   I believe the government can do anything.

16    Q.   When you say "do anything," what do you mean?  Do you

17    think it's possible you could be sent back to Haiti?

18    A.   I believe it can happen.  However, if I were to go back

19    to Haiti, they will kill me.

20    Q.   Well, let's just focus on what might happen after you

21    serve your time in jail.

22            Do you want to go back to Haiti?

23    A.   No.

24    Q.   And what are you hoping happens?

25    A.   I believe there's a lot that can happen to me.

1   Q.  Okay.  Are you hoping that you'll be allowed to stay in
2   the United States?
3   A.  I believe the decision resides with the immigration
4   services.
5   Q.  Okay.  But do you want to stay in the United States?
6   A.  Yes.
7   Q.  Okay.  In our conversations have I made any promises to
8   you about whether or not you'll be deported?
9   A.  No.
10  Q.  Okay.  I want to ask you a series of questions about
11  your experiences in Haiti before you were arrested.
12              When you were in Haiti, did you know of a gang
13  called 400 Mawozo?
14  A.  Yes.
15  Q.  How did you know about them?
16  A.  I know the gang because they are everywhere.  They are
17  on social media everywhere.
18  Q.  What part of Haiti did you understand that they operated
19  in?
20  A.  They appeared everywhere.  They are in Croix-des-
21  Bouquets, Mawozo, everywhere.
22  Q.  Did you have any relatives who lived in those areas?
23  A.  Yes.
24  Q.  And what is your understanding of the types of crimes
25  that the gang was alleged to have committed?

1    A.  Kidnapping, killing people, a lot of crimes.

2    Q.  Have you ever met any of the leaders of the gang 400

3    Mawozo?

4    A.  Yes.

5    Q.  Who did you meet?

6    A.  Lanmo, Lanmo.

7    Q.  Are you referring to an individual who goes by the name

8    Lanmo San Jou?

9    A.  Yes.

10   Q.  Tell me about when you met him.

11   A.  I met him in 2016.  He was behind the wheel of a car

12   driving shirtless.

13   Q.  And where were you when that happened?

14   A.  I was in Haiti.

15   Q.  What part of Haiti?

16   A.  In the Croix-des-Bouquets area.

17   Q.  Did you meet the individual who goes by "Mr. San Jou"

18   face-to-face at any other times?

19   A.  Yes.

20   Q.  Could you tell me about that.

21   A.  That was in 2017.

22   Q.  What happened?

23   A.  He was in the process of killing a U.S. citizen, and I

24   helped the U.S. citizen to escape.

25   Q.  And what happened that you actually then met Mr. San

```
 1    Jou?

 2    A.  He put a hot iron between my legs.

 3    Q.  Okay.  Did Mr. San Jou personally do that, or was it

 4    someone he was with?

 5    A.  Two of his soldiers.

 6    Q.  And when you say "a hot iron," are you referring to an

 7    iron that's on an ironing board, or something else?

 8    A.  It's a rod.

 9    Q.  It's a rod?

10    A.  Yes, it's a hot iron.  It's a piece of iron, a long one.

11    Q.  And how does it get hot?

12    A.  They put it in fire and charcoal.

13    Q.  And where did the guards with Mr. San Jou apply the iron

14    on your body?

15    A.  On my legs.

16    Q.  Mr. San Jou, was he with the guards when this happened?

17    A.  Yes.  He was sitting behind.

18    Q.  Okay.

19              MS. SEIFERT:  I'd like to have shown to the

20    witness what's been admitted as Exhibit 3.  It can also be

21    shown to the audience.

22    Q.  Do you recognize the individual displayed in Exhibit 3?

23    A.  This is Lanmo San Jou, Toup.

24              MS. SEIFERT:  Thank you.  You can take down the

25    exhibit.
```

```
 1    Q.  Mr. St. Louis, do you know someone named Joly Germine?

 2    A.  Yes.

 3    Q.  Is there another nickname that you know that person by?

 4    A.  Yeah, Dekole.

 5    Q.  Okay.  How did you refer to Mr. Germine in your

 6    conversations with people?

 7    A.  Dekole, Yonyon.

 8    Q.  Before your arrest had you ever met Mr. Germine in

 9    person?

10    A.  In 2015.

11    Q.  What were the circumstances in 2015 when you met

12    Mr. Germine?

13    A.  Because he was a leader of the 400 Mawozo, he was

14    arrested in 2015.

15    Q.  And did you see him then?

16    A.  Yes, I saw him in 2015.

17    Q.  And since your arrest, have you seen Mr. Germine in

18    person?

19    A.  I saw him in the month of February 2022.

20    Q.  Okay.  Where were you when you saw him?

21    A.  I believe it was in this courtroom, inside this

22    courtroom.

23    Q.  And, Mr. St. Louis, have you been in prison since your

24    arrest in October of 2021?

25    A.  Yes.
```

1    Q.  Do you see the person that you know as Yonyon or

2    Mr. Germine located in the courtroom today?

3    A.  Yes.

4    Q.  Could you please point him out for the Court and

5    identify a piece of clothing that he's wearing.

6    A.  He is wearing a navy blue suit and a pale blue shirt.

7          MS. SEIFERT:  Your Honor, let the record reflect

8    an in-court identification of the defendant, Mr. Joly

9    Germine.

10          THE COURT:  The record will so reflect.

11          MS. SEIFERT:  Can I also show you, please, what's

12    been admitted as Exhibit 1.  This can also be shown to the

13    gallery.

14    Q.  Do you recognize the photo displayed in Exhibit 1?

15    A.  Yes.

16    Q.  Who is this person?

17    A.  Joly, Yonyon, Dekole.

18          MS. SEIFERT:  Thank you.  You can take down

19    Exhibit 1, please.

20    Q.  And prior to your arrest, what did you know about

21    Mr. Germine's role in the gang 400 Mawozo?

22    A.  He is a king in the 400 Mawozo and does whatever he

23    pleases.

24    Q.  Where did you think Mr. Germine was living?

25          MS. AMATO:  Objection.  Objection to speculation.

```
 1    What did he think?
 2                MS. SEIFERT:  It just goes to his state of mind.
 3                THE COURT:  If he knows, he can answer.  The
 4    objection's overruled.
 5    A.   He used to live at Bwa Gö.
 6    Q.   What about in 2021, where did you believe Mr. Germine
 7    was located?
 8    A.   In 2021 it was in prison.
 9    Q.   And what country?
10    A.   In Haiti at the penitentiary.
11    Q.   Mr. St. Louis, do you know an individual named Eliande
12    Tunis?
13    A.   Yes.
14    Q.   How did you meet her?
15    A.   I met her in August 2020.
16    Q.   Had you talked to her before you met her in person?
17    A.   No.  That was the first time I met her, in August 2020.
18                MS. SEIFERT:  May I have shown to the witness
19    what's been admitted as Exhibit 2?
20    Q.   Do you recognize the individual displayed in Exhibit 2?
21    A.   Yes.
22    Q.   Who is this?
23    A.   She is the mother of the base, Tunis.
24    Q.   Okay.  Is that Eliande Tunis?
25    A.   Yes.
```

1    Q.  And you said the mother of the base.  What does that

2    mean?

3    A.  It means both she and Yonyon are queen and king.

4    Q.  Of what?

5    A.  The leader of 400 Mawozo.  And, as a matter of fact, she

6    has her own gang.

7                MS. SEIFERT:  Okay.  We can take down Exhibit 2,

8    please.

9    Q.  Tell me about the first time you met Ms. Tunis.  Where

10   did you meet her?

11   A.  She came by my house driving a Jeep Wrangler.

12   Q.  And what did she say to you?

13   A.  She told me the king sent her to go get a gun license

14   for security.

15   Q.  When she said "the king," who did you think she was

16   referring to?

17   A.  She was talking about Dekole.

18   Q.  Is that another name you use for Mr. Germine?

19   A.  Yeah; Dekole, Yonyon, Joly.

20   Q.  This meeting in August of 2020, was this the first time

21   you'd ever seen Ms. Tunis in person?

22   A.  Yes.

23   Q.  And did she explain how she had found you?

24   A.  She told me the king sent her to my house.

25   Q.  Did you go with her to obtain a gun license?

1    A.   Yes.  She told me to leave my car, and I got in her car.

2    Q.   Now, why would you get into a car with a total stranger?

3    A.   She told me the king sent her.  I had no way -- I mean,

4    I had --

5              THE INTERPRETER:  Court's indulgence.

6    A.   She told me the king sent her; therefore, I had no other

7    choice but to go.

8    Q.   When you say you had no other choice, what did you think

9    would happen if you didn't go with her?

10   A.   I could have died.

11   Q.   Where did you go with Ms. Tunis that day?

12   A.   I told her that I was going to go with her at 120 Fifth

13   Street Northeast; however, she turned around and entered a

14   pawn shop where they sold firearms.

15   Q.   Did you go in the pawn shop with her?

16   A.   Yes.  She went and looked around, and I said, "Well,

17   what are you doing?"

18              And she said, "Relax."

19              MS. SEIFERT:  I'm sorry, I missed the last part of

20   the answer.  What are you doing?

21              THE INTERPRETER:  "What are you doing?"

22              She said, "Relax."

23   Q.   And did you purchase any weapons that day?

24   A.   No.

25   Q.   Did Ms. Tunis purchase any weapons?

1    A.  No.

2    Q.  What did you -- go ahead.

3    A.  She went back two or three days later.

4    Q.  Were you with her when she went back?

5    A.  Yes.  She went to the Lucky Pawn Shop.

6    Q.  Okay.  Well, we'll get to the Lucky Pawn in a minute.

7            Let me ask you, on this day, the first day you met

8    Ms. Tunis, did she take you back home?

9    A.  Yes, she took me back home.

10    Q.  Okay.  Now, following that first time you met Ms. Tunis,

11    were you ever asked if you would buy any weapons for her?

12    A.  She hadn't told me anything back then.  She simply said

13    she needed to go get a license so that she could carry a

14    weapon.

15    Q.  Okay.  But after that day, did Ms. Tunis make any

16    requests about buying guns?

17    A.  Yes.  Two or three days later she went with me to Lucky

18    Pawn Shop.

19    Q.  Okay.  At some point later did you start buying guns for

20    Ms. Tunis?

21    A.  Yes, I bought guns.  They wanted to give her an

22    application or form.  She handed it over to me to fill out.

23    Q.  Okay.  Why did you assist Ms. Tunis in the purchase of

24    the weapons?

25    A.  She told me Yonyon sent her, and there was another guy

1    who worked at the National Palace with whom she used to

2    talk, and he, too, sent her for that purpose.

3    Q.  What, if anything, did Ms. Tunis say would happen to

4    your family if you didn't assist?

5    A.  She said she was going to kill everyone in my house.

6    Q.  Do you know an individual who goes by the name Koleg?

7    A.  Yes.

8    Q.  Who is that person?

9    A.  He is Tunis's cousin.

10   Q.  Did you ever speak with him on the phone?

11   A.  Yes, but I used to observe Tunis when she was talking to

12   Koleg, she would turn the phone away so that you wouldn't

13   see his face.

14   Q.  Were you ever present on a call when Koleg spoke with

15   anyone in your family?

16   A.  Yes.

17   Q.  Can you tell me more about that call.

18   A.  Yes.  He was talking to my child and my child's mother,

19   and he said, "If you do not do as you are told, I will shoot

20   both of them."

21   Q.  This phone call, was this on your phone or on someone

22   else's phone?

23   A.  It was Tunis's phone.

24   Q.  Were you with Ms. Tunis when this phone call took place?

25   A.  Yes.  Koleg works for Tunis.

```
 1    Q.  Okay.  Let's move on.

 2              You said you went --

 3              THE COURT:  Ms. Seifert.

 4              MS. SEIFERT:  Oh, I'm sorry.

 5              THE COURT:  At some point we'll need to take a

 6    morning break.  You pick the moment.

 7              MS. SEIFERT:  This is a perfect time, Your Honor.

 8              THE COURT:  All right.  Marshals, all set?

 9              All right.  Let's take a break, and we'll be back

10    in 12 minutes.  That will be 11:20.

11              MS. SEIFERT:  Thank you.

12              (Recess taken)

13              THE COURT:  All right.  Welcome back.  I'll remind

14    you, the witness, that you're still under oath.

15              Ms. Seifert.

16    BY MS. SEIFERT:

17    Q.  Mr. St. Louis, you mentioned that you went to a pawn

18    shop called Lucky Pawn?

19    A.  Yes.

20    Q.  And where was that pawn shop located?

21    A.  In Miami.

22    Q.  Who did you go there with?

23    A.  With Tunis.

24              MS. SEIFERT:  If I could have shown to the witness

25    and the public what's been admitted as 302.5.
```

1    And if we could zoom in on Section B.  Just the

2    first -- there we go.

3    BY MS. SEIFERT:

4    Q.  Mr. St. Louis, I'm showing you a portion of 302.5, and

5    there's some handwriting in Box 9.  Do you recognize that

6    handwriting?

7    A.  Yes.

8    Q.  Who wrote that?

9    A.  Tunis told me what to write.

10    Q.  Okay.  But who wrote it?

11    A.  I did.

12    MS. SEIFERT:  And if we could zoom back out,

13    please.

14    And if we could go to the next page in this

15    exhibit, 302.5 Page 2, and if you could zoom in on Box 22.

16    Q.  Mr. St. Louis, do you recognize the signature in Box 22?

17    A.  Yes.

18    Q.  Whose signature is that?

19    A.  My signature.

20    Q.  And the date of the signature is March 13th of 2021.  Is

21    that the first time you purchased weapons at Lucky Pawn?

22    A.  Yes.  I bought guns four times.

23    MS. SEIFERT:  Okay.  Well, let's -- we can take

24    this exhibit --

25    THE COURT:  Just for the record, it's 302.05.

```
 1                  MS. SEIFERT:  Oh, I apologize.  302.05, Page 2.

 2                  THE COURT:  We need to put the zeros in, otherwise

 3        it could be a little confusing.

 4                  MS. SEIFERT:  Thank you, Your Honor.

 5                  We can take this exhibit down, please.

 6        Q.  Now, you mentioned you bought guns at Lucky Pawn four

 7        times, and let's talk in general about those purchases.

 8                  When you went to the purchase -- when you went to

 9        purchase the guns, who did you go with?

10        A.  With Tunis, who was always on the phone with Joly/Yonyon

11        and the guy who works for the National Palace.

12        Q.  When you were at the shop, who paid for the guns?

13        A.  Tunis.

14        Q.  Who did you give the guns to after they were purchased?

15        A.  Tunis took them.

16        Q.  Did you receive the guns on the same day you went to the

17        shop, or did you have to wait?

18        A.  Sometimes you will have to go back a day later to pick

19        it up or to pick them up.

20        Q.  Now, you mentioned that you went to a shop called Lucky

21        Pawn.  But were there any other shops that you went to?

22        A.  Yes, in Pompano Beach.

23                  MS. SEIFERT:  Okay.  And I'd like to have shown to

24        the witness first Exhibit 991.

25                  And 991 is a Google -- it's not in evidence.  It
```

1    is a Google map screenshot of 31 South Federal Highway.

2    Q.  Mr. St. Louis, do you recognize the area depicted in

3    this picture?

4    A.  Yes.

5    Q.  And what is it?

6    A.  That's where Tunis took me so that we can buy weapons.

7    Q.  Is this the same gun shop you were just referring to?

8    A.  Yes.  It was in Pompano.

9         MS. SEIFERT:  Let me just clarify for the record.

10   Q.  You said you went to Lucky Pawn, correct?

11   A.  Yes.  I went to Lucky Pawn in Miami, and the other one

12   is located in Pompano.

13   Q.  And is that the one -- the other one, is that the one

14   that we see on Government's 991?

15   A.  Yes.  This is the other store Tunis took me to, and she

16   told me she bought a lot of weapons there.

17   Q.  Okay.

18        MS. SEIFERT:  Your Honor, and -- sorry.

19   Q.  991, does this picture look accurate as to the second

20   store that you went to with Ms. Tunis?

21   A.  Yes, that's the store itself.

22        MS. SEIFERT:  Move to admit --

23   A.  That's the store in Pompano Beach.

24        MS. SEIFERT:  Move to admit 991.

25        MS. AMATO:  Your Honor, I don't have objection

 1    except I'd ask that they redact the -- there's a portion on

 2    this exhibit that seems to not be relevant.

 3                MS. SEIFERT:  What is the portion?

 4                THE COURT:  You mean what's on the left side?

 5                MS. AMATO:  Right.  He's not being asked to

 6    identify that aspect.  He's asked to identify the store.  So

 7    yes, Your Honor, the left side, correct.

 8                MS. SEIFERT:  Your Honor, I think that is

 9    relevant.  I think it's relevant that, when you put the

10    address in Google Maps, this is what comes up.

11                THE COURT:  It's relevant and confusing if you

12    look at the address and where he testified that it is.

13                MS. SEIFERT:  Well, I will clear that up, but I

14    still think it is relevant.

15                THE COURT:  Why don't you clear that up.

16                MS. SEIFERT:  Okay.

17    BY MS. SEIFERT:

18    Q.  Now, have you lived in Florida for some time?

19    A.  Yes.

20    Q.  Okay.  On this Google Maps address it says Deerfield

21    Beach, Florida.  Is Deerfield Beach nearby Pompano Beach?

22    A.  This address is located in Pompano.  That's Pompano.

23    Q.  Okay.  My question is, how close are Deerfield Beach and

24    Pompano Beach, Florida, to each other?

25    A.  Say between that place and my home, it's located at 45

1    minutes away.

2    Q.  And Deerfield Beach, is it located near Pompano Beach?

3    A.  I don't know Pompano Beach very well, but when she sent

4    me the address, I just put it on my phone.

5    Q.  Okay.  And the image on the right-hand side, that is the

6    image -- you agree the image on the right-hand side, though,

7    is the store you went to, the one I put a box around?

8    A.  Yes, that's the store located at Pompano.

9    Q.  Okay.

10          MS. SEIFERT:  Your Honor, move to admit, and we

11    can prove up the left-hand side at a later point.  So I'll

12    move to admit the right-hand side of the photo for now.

13          THE COURT:  All right.  We'll admit just the

14    photo, not with the descriptive information on the left-hand

15    side.

16          MS. SEIFERT:  Okay.  We can take down --

17          THE COURT:  That's 991.

18          MS. SEIFERT:  -- 991, please.

19    Q.  And this shop in Pompano, do you recall the type of

20    weapon that you purchased there?

21    A.  Well, I do not remember the type of weapon that I

22    bought, but the store owner filled out the application for

23    me, and I signed it.

24    Q.  Okay.

25          MS. SEIFERT:  Could I have shown to the witness

1    what's been admitted as 430.05?  This can also be displayed

2    to the gallery.

3    Q.  Do you recognize what's depicted in 430.05?

4    A.  Yes.

5    Q.  What's in this picture?

6    A.  These are my weapons that I retrieved from Tunis.

7    Q.  And do you know where this picture is taken?

8    A.  Yes.  I put them in my closet at home.

9         MS. SEIFERT:  If I could have 430.07, please.

10   Q.  Do you recognize what's displayed in 430.07?

11   A.  Yes.  As a matter of fact, this is the weapon from

12   Pompano that Yonyon stated that he needed so that they could

13   fight the police.

14   Q.  When did Mr. Germine make that statement?

15   A.  Tunis told me that.

16        MS. SEIFERT:  Now we can take down this exhibit,

17   please.

18        I'd like to look with you at the forms from your

19   purchases at Lucky Pawn.

20        So we already looked at 302.05.  And let's go to

21   302.08, please, which has been admitted.

22        Okay.  And if you could please just zoom in on the

23   middle part of this page.

24   Q.  Okay.  Mr. St. Louis, do you recognize the handwriting

25   on this form?

```
 1    A.  Yes.

 2            MS. SEIFERT:  For the record, this is 302.08, and

 3    we're looking at Boxes 9 and 10.

 4    Q.  Who filled out the information in Boxes 9 and 10?

 5    A.  I did, and Tunis told me what to write down.

 6    Q.  Do you read English?

 7    A.  No.

 8            MS. SEIFERT:  You can take this down, please.  And

 9    we can go to the next page.

10            Sorry, I'm going to have several forms.  So

11    302.08, Page 2, please.

12            Okay.  If we could zoom in on the Box 22

13    information.

14    Q.  Mr. St. Louis, whose signature is in Box 22?

15    A.  That's my signature.

16    Q.  Okay.

17            MS. SEIFERT:  We can take this form down and

18    please put up what is 302.18.  And if we could again

19    highlight the information in Boxes 9 and 10 on 302.18, Page

20    1.

21    Q.  Mr. St. Louis, whose handwriting is this?

22    A.  That's my handwriting.

23            MS. SEIFERT:  And if we could go to the second

24    page, please, and if we could focus on the box on Line 22

25    and 23.
```

1        And this is also admitted and can be shown to the

2     gallery.

3     Q.  Whose signature is in Box 22?

4     A.  That's my signature.

5     Q.  Okay.  And the date of the signature is October 6th of

6     2021?

7     A.  Yes.

8          MS. SEIFERT:  Okay.  We can take this down,

9     please.

10         And 302.19, which has been admitted.

11         Okay.  If we could, again, focus on Boxes 9 and

12    10.

13    Q.  Mr. St. Louis, whose handwriting is this?

14    A.  That's my handwriting.

15    Q.  Okay.  And on the next page?

16         MS. SEIFERT:  We can focus on Box 22 again,

17    please.  This is 302.19, Page 2.

18    Q.  Whose signature is in Box 22?

19    A.  My signature.

20    Q.  And this is dated September 21st of 2021.  Is that

21    right?

22    A.  Yes.

23         MS. SEIFERT:  Okay.  We can take the forms down.

24    Q.  Mr. St. Louis, do you know an individual that goes by

25    the name of Patrick who worked at Lucky Pawn?

1    A.  Yes.  Tunis sent money via Cash App for him.

2    Q.  Okay.  And what was Patrick -- did you ever meet

3    Patrick?

4    A.  Yes, I saw him two or three times at the pawn shop.  As

5    a matter of fact, he was the one who used to tell me what to

6    write down in the applications.

7    Q.  Okay.  Now, in addition to purchasing the guns, did you

8    also receive money for Ms. Tunis?

9    A.  Yes.  Money came to Tunis from Haiti, and that's money

10   that came from Lanmo via Yonyon and then Shirley, Shirley

11   was sent money to Tunis here.

12   Q.  Okay.  Let's break that down.

13           How did you know that money was coming from Haiti

14   to Ms. Tunis?

15   A.  Because Yonyon always talked to her over the phone.

16   Q.  And did they discuss money?

17           MS. AMATO:  Objection; leading.

18           THE COURT:  Sustained.

19           Let's ask it a different way.

20   Q.  What topics did they discuss that had to do with money?

21           THE COURT:  If any.

22           MS. AMATO:  Well, objection, Your Honor; no

23   foundation.

24           THE COURT:  Overruled.

25           MS. SEIFERT:  I believe he just testified to the

```
 1    same.

 2            Thank you.

 3    Q.  What topics did they discuss that had to do with money,

 4    if any?

 5    A.  Yes, they talked about money, and all this money has to

 6    do with sacrifices.

 7            MS. SEIFERT:  I'm sorry, can you say that again?

 8            THE INTERPRETER:  And all this money has to do

 9    with sacrifices.

10    Q.  What do you mean by that, "sacrifices"?

11    A.  By that I mean killing people, kidnapping people,

12    killing babies, killing old people, killing small traitors,

13    killing poor people, killing everybody.

14    Q.  Mr. St. Louis, I want to focus just on what you heard

15    Ms. Tunis say or Mr. Germine say.

16            MS. AMATO:  I would object and strike the last

17    statement that he made.

18            THE COURT:  You're moving to strike her --

19            MS. AMATO:  His -- no, not her.  The question was

20    fine; but the answer, I'd ask that it be stricken.

21            THE COURT:  That's denied.

22            MS. SEIFERT:  I'm happy to ask more directed

23    questions, if counsel will permit.

24    Q.  Let's focus on what you heard Ms. Tunis and Mr. Germine

25    say.  Okay?
```

1        When you were on the phone with Ms. Tunis and

2   Mr. Germine, did they specifically talk about any transfers

3   of money itself?

4   A.  Yes, yes.

5   Q.  Can you tell us about that.

6   A.  The money came from Haiti via Shirley Jean who sent it

7   under the directives of Yonyon and then sent to Tunis here

8   so that she could purchase guns.

9   Q.  And how do you know that?

10  A.  Because when she used to talk to Yonyon and the guy who

11  worked at the National Palace, I was always present.

12  Q.  And was that one of the topics on the phone that they

13  were discussing?

14          MS. AMATO:  Leading; objection.

15          (Pause)

16          MS. SEIFERT:  I believe counsel objected to the

17  question, Your Honor.

18          THE COURT:  Oh, I'm sorry.  I thought it came from

19  the interpreter.  My apologies.

20          What was the objection?

21          MS. AMATO:  Leading, Your Honor.

22          THE COURT:  You're waiting for me, and I'm waiting

23  for someone else.

24          MS. AMATO:  Leading.

25          MS. SEIFERT:  Was that one of the topics?

```
 1                THE COURT:  Why don't you repeat the question so
 2     that I can --
 3     Q.  Was that one of the topics on the phone that was being
 4     discussed?
 5                THE COURT:  Overruled.
 6                You may answer.
 7     A.  Yes, they talked about money.
 8                MS. SEIFERT:  Is that the whole answer?
 9                THE INTERPRETER:  Interpretation, yes, they talked
10     about money.
11                MS. SEIFERT:  I thought I heard something
12     additional.
13                THE INTERPRETER:  No, that was the interpreter
14     with a turn of the mic.  You heard me breathing.
15                MS. SEIFERT:  I thought you mentioned the name.
16                THE INTERPRETER:  No, ma'am.
17                THE COURT:  I don't want you testifying to what
18     you thought.
19                THE INTERPRETER:  Indulgence, Your Honor.
20                The first part of the answer that was interpreted
21     already was she spoke on the phone with the guy who worked
22     at the National Palace and Yonyon.
23                And then there was an objection.
24                And the answer was after that they talked about
25     money.
```

```
 1                    MS. SEIFERT:  Okay.  Thank you.

 2                    THE COURT:  Thank you.

 3                    THE INTERPRETER:  You're welcome, Your Honor.

 4         BY MS. SEIFERT:

 5         Q.  Did you -- before I move on, you mentioned involvement

 6         of Lanmo San Jou and the money.  Can you explain what you

 7         heard about Lanmo San Jou's involvement with the money?

 8                    MS. AMATO:  Your Honor, objection.

 9                    THE COURT:  If anything?

10                    MS. AMATO:  Excuse me.

11                    The question was too broad, and, again, no

12         foundation.

13                    THE COURT:  I think there's sufficient foundation,

14         and I think the question is sufficiently focused, so I'll

15         overrule the objection.

16         Q.  Would you like me to repeat the question, Mr. St. Louis?

17                    THE COURT:  Let's do these questions that

18         aren't -- it's a little bit leading the way you're doing

19         them.

20                    MS. SEIFERT:  Your Honor, may I approach with

21         counsel?

22                    THE COURT:  Sure, come on up.

23                    (The following is a conference held at the

24                     bench outside the hearing of the gallery)

25                    MS. SEIFERT:  Your Honor, I'm quite confident that
```

1    if I ask open-ended, nonleading questions that the witness

2    will say all kinds of things that will have to go well

3    beyond the scope, and I am trying to prevent that

4    prejudicial information from coming out.  So I would ask

5    counsel for a little bit of leeway so that we can get to

6    where we need to go without him saying things like he said

7    in the last answer, which were, I believe, eliciting all

8    kinds of information that they don't want to come out.  But

9    if we want to do this the other way, we can be here all day,

10   and he will tell you everything he knows about everything.

11          It's really up to the Court and counsel to object

12   or sustain those objections, but I am doing my best to try

13   to narrowly confine the topics with this witness based on my

14   prior experiences with the witness and his challenges in

15   understanding what is admissible evidence before this Court.

16          THE COURT:  Any response?

17          MS. AMATO:  Well, Your Honor, I understand and

18   appreciate that, but it puts us a bit in a position of not

19   knowing if it's a particular question that she's asking in a

20   leading form for those purposes or for another purpose, and

21   so it's a little difficult on our side to make those

22   determinations.

23          And so we object.

24          THE COURT:  All right.  You both have legitimate

25   perspectives here.

 1          I will allow you to continue questioning him the

 2   way you are, but I think at times you're asking, as an

 3   example -- I'm not referring to a specific question, just as

 4   an example, you're asking along the lines of tell me what

 5   Lanmo said about money, whereas you could be asking instead

 6   was there any conversation instead of -- your question is

 7   sort of telling him there was, and I'm just asking you to

 8   avoid doing that.

 9          MS. SEIFERT:  Sure.  I can do that, Your Honor.

10          I believe the witness said that he was on the

11   phone and -- with them, and --

12          THE COURT:  With Lanmo?

13          MS. SEIFERT:  No.  Let me finish.

14          That he was on the phone with the defendant and

15   Ms. Tunis, and he said separately that the money was coming

16   from Lanmo; that Yonyon was directing the money to come from

17   Lanmo.  So that's what I'm following up on.

18          And he did say that.  He said Lanmo San Jou, the

19   defendant, and Ms. Tunis.  So that's what I'm following up

20   on.

21          So I think I have a factual basis now that he's

22   mentioned Lanmo's name, and I have to follow up on that

23   basis.  I will happily rephrase the question.

24          THE COURT:  I'm not saying you don't have a

25   factual basis, but I'm saying you can ask the question in a

1  less leading way that won't run into the problems that

2  you're worried about.

3          MS. SEIFERT:  Sure.

4          THE COURT:  And I'll ask you to do that, please.

5  Thank you.

6          MS. SEIFERT:  Sure.

7          (This is the end of the bench conference)

8  BY MS. SEIFERT:

9  Q.  Mr. St. Louis, what, if anything, did you hear Ms. Tunis

10  say about Lanmo's involvement with money from the gang to

11  Ms. Tunis?

12  A.  The gang -- the gang's money purchased weapons.  They

13  sent money here to purchase weapons.

14  Q.  And specifically what, if anything, did Ms. Tunis say

15  about Lanmo San Jou and money?

16  A.  She stated that Lanmo San Jou and Yonyon were the same

17  people, so when he made money, he gave it to Yonyon.

18  Q.  What, if anything, did you hear in your conversations

19  that you observed of Mr. Germine, Yonyon, talking about

20  Lanmo's involvement?

21  A.  They were talking about kidnappings.

22  Q.  Mr. Germine?

23  A.  Tunis, Yonyon, and Lanmo, and Koleg.

24  Q.  Okay.  I want to narrow what we're talking about though.

25          You mentioned that you heard conversations between

1    Ms. Tunis and Yonyon, Mr. Germine.

2    A.  Yes.

3    Q.  In the conversations that you heard, did Mr. Germine

4    reference Lanmo San Jou?

5    A.  Yes.  He always talked about Lanmo San Jou referring to

6    him as someone who works for him.

7    Q.  Okay.  Let's talk about the money.

8         Were you ever asked to obtain -- or sorry.  Let me

9    strike that.

10        Did there ever come a time where you were asked to

11   receive money on behalf of Ms. Tunis?

12   A.  Yes, Shirley Jean sent money.

13   Q.  Okay.  Do you remember when that was?

14   A.  I do not remember the date, but I do remember the year,

15   and it was in 2021.

16   Q.  Okay.

17        MS. SEIFERT:  I'd like to have shown to the

18   witness Exhibit -- well, first we'll start with what's been

19   admitted as Exhibit 103 at Page 63.

20        Okay.  And if we can zoom in -- first of all --

21   actually, let's first zoom in on the box that's in blue on

22   the left-hand side.

23   Q.  Mr. St. Louis, this phone number that's on the page

24   ending in 5735, do you recognize that number?

25   A.  Yes.

1    Q.   Whose phone number is that?

2    A.   That's my phone number.

3    Q.   Okay.  Was this the phone you were using in 2021?

4    A.   Yes.

5              MS. SEIFERT:  And we can take this down; not the

6    whole exhibit, just unzoom.

7              And then if we could zoom in on the green box,

8    please.

9    Q.   Okay.  This is a message dated October 11th of 2021, and

10   there's a picture here.  And it says this message was sent

11   to the same phone number that you identified as your phone

12   number.  And I want to show you a blow-up of this picture.

13             MS. SEIFERT:  Take this down, please.  And I'll

14   ask to display 10 -- this has not been admitted.

15             It's been admitted.  It's drawn from it, but I'll

16   pull the picture out, which is 103.09?

17             Brief indulgence, Your Honor?

18             THE COURT:  Certainly.

19             (Pause)

20             MS. SEIFERT:  So we're just going to stay with

21   103, Page 63, which has been admitted into evidence.

22             And if we could zoom in on the picture.

23   Q.   Mr. St. Louis, do you recognize the image?  It's a

24   little fuzzy, I realize.  Do you recognize the image that's

25   sent here to your phone?

1   A.  Yes, Western Union, uh-huh.

2   Q.  Okay.  Can you tell me about why this was sent to you,

3   if you know?

4   A.  Tunis sent it to me so that I can go pick up money.

5   Q.  Okay.  And who sent you the money?  Do you know?

6   A.  She told me Shirley Jean sent it.

7   Q.  Did you ever speak to that person before?

8   A.  I never spoke to Shirley Jean in my life.

9   Q.  Okay.  Did you go to a Western Union?

10  A.  Yes.  I went to Western Union located at Tropical.

11  Tunis was there, and I handed over the money to her.

12  Q.  Were you -- did you ever pick up money at anywhere else

13  for Ms. Tunis?

14  A.  She was bugging me to go pick up money at Western Union,

15  and I did not want to.

16  Q.  What about at MoneyGram?

17  A.  Oh, sorry.  Yes, the MoneyGram money, she told me to go

18  pick up $2,500, and I did not want to.

19  Q.  So this receipt for Western Union, is this the only time

20  you picked up money for Ms. Tunis?

21  A.  Yes.

22          MS. SEIFERT:  We can take this down, please.

23  Q.  Did Ms. Tunis tell you where -- let me rephrase.

24          What did Ms. Tunis say about where she was going

25  to take the guns that you gave her?

1    A.  She told me she was -- she told me she was going to send

2    them to Haiti, to the 400 Mawozo and also to Koleg because

3    she, too, has her own base.

4    Q.  Now, what did Ms. Tunis say about how the weapons would

5    get to Haiti?

6    A.  She told me she was going to put them in barrels.

7    That's what she told me.

8    Q.  Have you ever shipped items to Haiti?

9    A.  Yes, I sent stuff to Haiti.  But they were not barrels;

10   they were small boxes.

11   Q.  Okay.  When did you ship items to Haiti?

12   A.  2020, 2021, something like that.

13   Q.  What types of items were you shipping?

14   A.  My mom used to send stuff to Haiti, and I used to send

15   secondhand clothes, oil, rice, and many other items to

16   people, including cornmeal, to Haiti.

17   Q.  Okay.  Have you sent, in those packages, firearms or

18   ammunition?

19   A.  No.  You cannot ship guns in boxes.  Tunis sent them in

20   barrels.

21   Q.  Let me ask you:  Do you recall telling Ms. Tunis that

22   you did ship items, specifically firearms, to Haiti?

23   A.  Tunis instructed me to say that because she was lying to

24   Yonyon.

25   Q.  Tell me more about what she instructed you.

1    A.  Yonyon was pressuring her for the weapons, so therefore

2    she told me, "Just, you know, lie to him and tell him that

3    you sent stuff."  It was in a voice message.

4    Q.  Okay.  How did you send that voice message?

5    A.  She instructed me to send her the voicemail so that she

6    herself could send it to him.

7    Q.  Who is "him"?

8    A.  Yonyon.

9    Q.  Okay.  Do you recall having any conversations with

10   Ms. Tunis after she returned from Haiti in October of 2021?

11   A.  Yes.

12   Q.  What did she tell you had happened to her?

13           THE INTERPRETER:  The Court's indulgence.

14   A.  She told me the FBI stopped her at the airport and that

15   the game was turning on her.

16   Q.  What did she ask you to do?

17   A.  She wanted to take my guns so that she could hide them

18   in Orlando.

19   Q.  Where did you go based on what she told you?

20   A.  After that, I went over to her sister's house.  I

21   retrieved my guns and put them at my house.

22   Q.  Did you contact anyone else about going over to Tunis's

23   sister's house?

24   A.  Yes.

25   Q.  Who was that?

1    A.  Tunis sent me an address for me to send it to Jocelyn

2    Dor.

3    Q.  How do you know Mr. Dor?

4    A.  That was when I met Dor, because he's not someone that I

5    knew before that.

6    Q.  And how did you send him the information?

7    A.  She gave me the address and told me to send it to

8    Jocelyn Dor so that Jocelyn Dor could go inside because

9    there was a lot of stuff inside, I don't know.

10   Q.  But how did you send it to him?

11            THE INTERPRETER:  Counsel, the interpreter did not

12   hear you.

13   Q.  How did you send that message to Mr. Dor?

14   A.  If I remember correctly, I did not send the message via

15   WhatsApp.  I sent it directly.

16   Q.  Was it written, or did you orally tell him the message?

17   A.  I sent him the address in a message.

18   Q.  Was it on your phone, or was it in writing?

19   A.  Well, Tunis said it on my phone because the FBI was

20   watching her, and she said it on the phone because they had

21   wanted the FBI to know what was happening.

22            MS. SEIFERT:  Could I have shown please -- or

23   have shown to the witness, please, what is marked as

24   government's -- I'm sorry, admitted as Exhibit 5, which

25   should also be shown to the gallery.

1    Q.  Okay.  Mr. St. Louis, do you recognize the individual

2    displayed in Exhibit 5?

3    A.  Yes.

4    Q.  Who is this?

5    A.  Jocelyn Dor.

6            MS. SEIFERT:  If I could have shown to the witness

7    what I believe has been admitted as 121.01.

8            THE COURT:  121.01 is not in evidence.

9            MS. SEIFERT:  Okay.  Then just to the witness,

10   please.

11           I'll take that down.

12   Q.  You mentioned that you went to Ms. Tunis's sister's

13   house.  What did you see -- sorry.

14           If you went inside, what did you see inside?

15   A.  I saw a lot of guns.

16   Q.  Okay.  Did you recognize any of the guns that you saw

17   there?

18   A.  Yes.

19   Q.  How did you recognize them?

20   A.  I saw Jocelyn's weapons.  I saw the weapons that Tunis

21   had bought, and I also saw hot weapons she bought.

22   Q.  What about the weapons -- let me rephrase my question.

23           You have mentioned that you purchased weapons.

24   What, if any, of those weapons did you see at Ms. Tunis's

25   sister's house?

1    A.  Yes, I took what belonged to me.  I took what belonged

2    to me.

3    Q.  Where did you store those weapons?

4    A.  Well, I took them home because she said she was going to

5    send them to Orlando and that --

6              THE INTERPRETER:  The interpreter will repeat what

7    she just said.

8              MS. SEIFERT:  May I just interrupt?  Because I

9    think the answer's somewhat nonresponsive.  May I ask a more

10   directed question, please, and strike -- move to strike?

11             THE COURT:  I'm trusting you, Ms. Seifert, because

12   I don't know what the answer is, and I can't really say it's

13   nonresponsive.

14             If you believe it's nonresponsive, though --

15             MS. SEIFERT:  Yes.

16             THE COURT:  -- I'll go ahead and let the answer be

17   stricken, and you can ask another question.

18   Q.  Mr. St. Louis, I'm just asking about what you did.

19   Okay?  Where did you take those weapons?

20   A.  I took my weapons.  I left with them and took them home.

21   Q.  I want to ask you a series of questions about statements

22   that you heard from either Ms. Tunis or Mr. Germine.

23             Before I ask that, did you ever speak to

24   Mr. Germine yourself, just the two of you, on a phone call?

25   A.  Yes.  He was forcing me to buy guns.

1    Q.  Okay.  What did Ms. Tunis tell you about what her

2    relationship was with Mr. Germine?

3    A.  She told me when she goes to Haiti, she will go to the

4    prison where Joly/Yonyon was and slept with her, and she did

5    whatever she wanted because she was provided security by the

6    police.

7    Q.  What did Ms. -- rephrase, please.

8            How did Ms. Tunis refer to herself in relationship

9    with Mr. Germine?

10   A.  She said queen and the mother of the base.

11   Q.  What, if anything, did Ms. Tunis say about whether or

12   not she and Mr. Germine had any children?

13   A.  Yes, she said she wanted to conceive a son with Yonyon

14   because every time she went to visit him in jail she was

15   unable to get pregnant.  That's what she told me.

16   Q.  What, if anything, did Ms. Tunis say about the firearms,

17   where they were going after they got to Haiti?

18   A.   To 400 Mawozo and Koleg.  And they were also going to be

19   used during the elections.

20           MS. SEIFERT:  I'd like to have shown to the

21   witness Exhibit 140 at Slide 98.  This has been admitted and

22   can be shown also to the gallery, please.

23           If you could please play the video for the

24   witness.  That's 108 -- 140, Slide 98.

25           We can come back to that.

1   Q.  Were you ever present during any phone conversations

2   with Ms. Tunis and the individual you referenced earlier

3   that you know as Ms. Jean?

4   A.  No, I was present when she had conversations with Yonyon

5   and the National Palace guard regarding weapons.

6   Q.  What did Ms. Tunis say was Ms. Jean's role?

7   A.  She would transfer the money, or the large amounts, she

8   would transfer them here.

9   Q.  What, if anything, did Ms. Tunis tell you about

10  Ms. Jean's relationship with Lanmo San Jou?

11  A.  I never had a conversation about that.  Never asked

12  about that.  All I know is that they talked about money, and

13  I cannot lie.

14              MS. SEIFERT:  Brief indulgence, Your Honor.

15              (Pause)

16              MS. SEIFERT:  Okay.  Now we'll show 140, Slide 98,

17  which has been admitted.

18              (Pause)

19              THE COURT:  There it is.

20              MS. SEIFERT:  Oh, here we go.  Great.  Thank you.

21              Okay.  If we can play this video, which is in 108,

22  Slide 98.

23              (Video played)

24              MS. SEIFERT:  You can stop the video, please.

25  Q.  Mr. St. Louis, do you recognize the firearm that's

1   depicted in this video?

2   A.  Yes.  It was for Jocelyn Dor.

3   Q.  What, if anything, did Ms. Tunis say about this firearm?

4   A.  She said that she needed that weapon to be used during

5   the election because there was going to be an election for

6   senators and congressmen, so they could pierce armored

7   vehicles.

8   Q.  Who did she say she was purchasing this weapon for?

9   Who, if anyone?

10  A.  The purchase was made for Yonyon, and there was a

11  transfer in the amount of $16,000 that Tunis made to Jocelyn

12  Dor.

13  Q.  You mentioned that you met Mr. Germine one time after

14  your arrest here in this courthouse.  What, if anything --

15  A.  Yes.  I met him on February 22nd, and Tunis was also

16  there, and all four of us were there.

17  Q.  When you say "all four of us," do you mean the co-

18  defendants in this case?

19  A.  They were here.  I remember that.

20          THE INTERPRETER:  And to correct the record, he

21  also mentioned Jocelyn Dor.

22          MS. SEIFERT:  Thank you.

23  Q.  What, if anything, did the defendant, Mr. Germine, say

24  to you when you were in the cell block at the courthouse on

25  that day?

```
1    A.  He told me go -- correction.  He told me that I was fat.

2    Q.  Did Mr. Germine -- excuse me, what if any other --

3               MS. AMATO:  Objection.

4               THE COURT:  Wait a minute.  There's a whispered

5    objection over there.

6               MS. AMATO:  Objection.

7               THE COURT:  To what?  She hasn't asked the

8    question yet.

9               MS. AMATO:  Well --

10              THE COURT:  Do you want to let her ask the

11   question?

12              MS. AMATO:  I think she was going to -- anyway,

13   I'll let her ask the question.

14   Q.  What, if any, other movements did Mr. Germine make

15   towards you --

16              MS. AMATO:  Objection.  There's been no foundation

17   of any movement.

18              THE COURT:  Don't answer yet.

19              You said "other movements."  I haven't heard any

20   evidence that there had been movements, so just rephrase the

21   question.

22   Q.  What happened after Mr. Germine told you that you looked

23   fat?

24   A.  He winked at me.  He winked at me.

25              Yes, so he closed one of his eyes, winked.
```

```
 1    Q.  What, if any, hand motions did he make while he winked?

 2    A.  (No verbal response)

 3          MS. SEIFERT:  Your Honor, let the record reflect

 4    that the witness picked up his right hand and held a single

 5    finger to his lips while he made that sound.

 6          THE COURT:  The record will so reflect.

 7    Q.  What did you yourself understand that to mean?

 8          MS. AMATO:  Your Honor, objection.

 9          THE COURT:  Wait.  Don't answer yet.

10          MS. AMATO:  Speculative.

11          THE COURT:  I'm sorry, what?

12          MS. AMATO:  Speculative.

13          THE COURT:  Overruled.

14    A.  I believe that the winking meant for me not to talk.  It

15    was to shush me because Tunis told me a lot of things.

16          MS. AMATO:  I'm sorry, Tunis would what?

17          THE INTERPRETER:  Told me a lot of things.

18    Q.  Mr. St. Louis, after you decided -- I want to ask you a

19    few questions about what happened after you decided to

20    cooperate in this case.

21          THE COURT:  Ms. Seifert, it's 12:30.  I'm going to

22    give you the liberty to pick the moment, but at some point

23    we should break for lunch.

24          MS. SEIFERT:  I think I will be no more than five

25    minutes.
```

1          THE COURT:  All right.  Then finish up.

2     Q.  After you decided to cooperate in this case, what were

3     your concerns for your family in Haiti?

4     A.  Because they could burn my family members and turn them

5     into dust because they have the power of the state, and they

6     have the power of themselves.

7     Q.  Besides what you've already discussed, were you aware of

8     any other threats against your girlfriend?

9     A.  Yes.

10    Q.  What, if any, photographs of your girlfriend or child

11    have you provided to the other defendants in this case?

12    A.  Yes.

13    Q.  What did you provide?

14    A.  Tunis asked me for the pictures, and I sent them to her.

15    She forwarded them to Koleg, and she told me that she would

16    kill my family, my mother and my father included.

17    Q.  What did you ask the government to do with respect to

18    your family in Haiti?

19    A.  Provide safety, security.

20    Q.  What do you know about what the government has done with

21    respect to your family in Haiti?

22    A.  I believe they do a lot for my family because those

23    gangs, they have a lot of power.

24    Q.  Let me ask a more specific question.

25          What do you know about where your girlfriend and

1   child are currently located, without telling me the exact

2   place?

3   A.  Yes.

4   Q.  Where are they currently located?  Again, without

5   telling me the exact place.

6   A.  I believe they're here.

7   Q.  Do you mean they're here in the United States?

8   A.  Yes.

9   Q.  Who helped them come to the United States?

10  A.  I'm not aware of all the details because I am in jail so

11  a lot of things are unknown to me.

12  Q.  Were you told that the FBI was assisting them in coming

13  to the United States?

14          MS. AMATO:  Your Honor, asked and answered.

15          THE COURT:  Overruled.

16  A.  No one told me that specifically, but after they have

17  arrived in the U.S., I was told that they were here.

18  Q.  How long are they allowed to stay here?

19  A.  I don't know.  It depends on the government because over

20  there it's dangerous.  It's a dangerous field.

21          THE INTERPRETER:  Court's indulgence.

22          (Pause)

23  A.  Yes, because over there it is a minefield.  It is a very

24  dangerous place.

25          MS. SEIFERT:  Your Honor, I have no other

1       questions for this witness.

2              THE COURT:  All right.  We'll take our lunch break

3       and be back for cross-examination at 1:45.

4              MS. SEIFERT:  Your Honor, may I request that the

5       Court permit the transcript of Mr. St. Louis's plea hearing

6       be unsealed for the purposes of obtaining the transcript?

7              THE COURT:  Yes.

8              MS. SEIFERT:  Which is apparently why it was not

9       produced previously.

10             THE COURT:  I noticed that there had been no

11      request to unseal the transcript.  I will now order that the

12      transcript is unsealed so that it may be produced and

13      provided to the defense.

14             MS. SEIFERT:  And I should clarify, the government

15      is only asking --

16             THE COURT:  We probably need --

17             MS. SEIFERT:  An order.

18             THE COURT:  The person who needs it is the court

19      reporter.

20             MS. SEIFERT:  Absolutely.

21             THE COURT:  And she may need an order.

22             MS. SEIFERT:  Yes.

23             THE COURT:  So we may need a written order to do

24      that.

25             MS. SEIFERT:  We will produce that.

1       I want to clarify.  The government is only asking

2    it to be unsealed for the purposes of presenting it to

3    counsel.

4            THE COURT:  I understand that.

5            MS. SEIFERT:  We'll produce an order over lunch.

6            THE COURT:  Anything else before we break?

7            MS. SEIFERT:  No, not from the government.

8            THE COURT:  All right.  See you at 1:45.  Thank

9    you.

10           (Whereupon a luncheon recess was

11               taken at 12:36 p.m.)

12

13        **CERTIFICATE OF OFFICIAL COURT REPORTER**

14

15           I, LISA A. MOREIRA, RDR, CRR, do hereby

16    certify that the above and foregoing constitutes a true and

17    accurate transcript of my stenographic notes and is a full,

18    true and complete transcript of the proceedings to the best

19    of my ability.

20       Dated this 25th day of January, 2024.

21

22

23                      /s/Lisa A. Moreira, RDR, CRR
                        Official Court Reporter
                        United States Courthouse
24                      Room 6718
                        333 Constitution Avenue, NW
25                      Washington, DC 20001

## $

**$16,000** [1] - 1100:11
**$2,500** [1] - 1092:18

## '

**'21** [2] - 1042:17,
1042:25

## /

**/s/Lisa** [1] - 1106:22

## 0

**02** [2] - 1034:9,
1034:10
**0647** [1] - 1042:14

## 1

**1** [4] - 1067:12,
1067:14, 1067:19,
1080:20
**10** [5] - 1080:3,
1080:4, 1080:19,
1081:12, 1091:14
**103** [2] - 1090:19,
1091:21
**103.09** [1] - 1091:16
**1051** [1] - 1034:8
**1051.02** [1] - 1034:12
**1051.12** [2] - 1033:16,
1033:17
**108** [2] - 1098:24,
1099:21
**11:20** [1] - 1073:10
**11th** [2] - 1057:6,
1091:9
**12** [2] - 1034:8,
1073:10
**120** [1] - 1070:12
**121.01** [2] - 1096:7,
1096:8
**12505** [1] - 1025:18
**12:30** [1] - 1102:21
**12:36** [1] - 1106:11
**12th** [1] - 1042:25
**13** [1] - 1035:9
**13th** [1] - 1074:20
**14** [1] - 1040:11
**140** [3] - 1098:21,
1098:24, 1099:16
**148** [1] - 1043:19
**15** [3] - 1038:5,
1038:8, 1060:4
**15-page** [1] - 1060:3
**16** [3] - 1041:3,
1051:17, 1051:23
**16th** [3] - 1050:21,

1051:9, 1051:21
**17** [1] - 1041:25
**18** [2] - 1047:17,
1056:7
**19** [1] - 1056:15
**1:21-cr-00699-JDB** [1]
- 1025:3
**1:45** [2] - 1105:3,
1106:8

## 2

**2** [7] - 1068:19,
1068:20, 1069:7,
1074:15, 1075:1,
1080:11, 1081:17
**20001** [2] - 1025:24,
1106:25
**2008** [1] - 1056:14
**2015** [4] - 1066:10,
1066:11, 1066:14,
1066:16
**2016** [1] - 1064:11
**2017** [2] - 1058:14,
1064:21
**2018** [2] - 1039:1,
1040:11
**202** [1] - 1025:24
**2020** [4] - 1068:15,
1068:17, 1069:20,
1093:12
**2021** [15] - 1035:10,
1047:18, 1058:4,
1059:20, 1066:24,
1068:6, 1068:8,
1074:20, 1081:6,
1081:20, 1090:15,
1091:3, 1091:9,
1093:12, 1094:10
**2022** [1] - 1066:19
**2023** [4] - 1050:21,
1051:10, 1051:17,
1051:23
**2024** [2] - 1025:4,
1106:20
**2029** [1] - 1040:14
**20530** [2] - 1025:14,
1025:16
**20854** [1] - 1025:19
**209** [1] - 1037:25
**20th** [1] - 1042:17
**21-699** [1] - 1027:3
**2111** [1] - 1025:20
**213** [2] - 1040:22,
1040:24
**215** [1] - 1039:11
**21st** [1] - 1081:20
**22** [8] - 1074:15,
1074:16, 1080:12,
1080:14, 1080:24,

1081:3, 1081:16,
1081:18
**221** [1] - 1041:20
**22201** [1] - 1025:21
**22nd** [2] - 1040:14,
1100:15
**23** [1] - 1080:25
**25** [1] - 1025:4
**25th** [1] - 1106:20
**26** [1] - 1051:5
**27** [1] - 1047:16

## 3

**3** [3] - 1032:10,
1065:20, 1065:22
**3,000** [1] - 1035:15
**302** [2] - 1047:24,
1048:5
**302.05** [3] - 1074:25,
1075:1, 1079:20
**302.08** [3] - 1079:21,
1080:2, 1080:11
**302.18** [2] - 1080:18,
1080:19
**302.19** [2] - 1081:10,
1081:17
**302.5** [3] - 1073:25,
1074:4, 1074:15
**31** [1] - 1076:1
**31st** [1] - 1039:1
**333** [2] - 1025:23,
1106:24
**35** [1] - 1057:4
**354-3187** [1] - 1025:24
**3rd** [2] - 1054:11,
1054:13

## 4

**4** [1] - 1057:10
**400** [8] - 1063:13,
1064:2, 1066:13,
1067:21, 1067:22,
1069:5, 1093:2,
1098:18
**403.04** [1] - 1030:15
**430.04** [4] - 1030:17,
1030:25, 1031:2,
1031:9
**430.05** [7] - 1031:4,
1031:12, 1031:14,
1036:1, 1036:9,
1079:1, 1079:3
**430.06** [4] - 1031:15,
1031:24, 1032:1,
1036:3
**430.07** [6] - 1032:4,
1032:18, 1032:20,
1036:4, 1079:9,
1079:10

**430.08** [4] - 1032:22,
1033:6, 1033:8,
1034:4
**430.19** [4] - 1034:17,
1034:18, 1035:2,
1035:4
**45** [1] - 1077:25

## 5

**5** [2] - 1095:24, 1096:2
**509** [2] - 1049:14,
1049:22
**509-353-54-217** [1] -
1049:24
**5735** [1] - 1090:24
**580-22034** [1] - 1034:2
**5808-22034** [1] -
1033:13

## 6

**6** [1] - 1043:24
**601** [1] - 1025:13
**63** [2] - 1090:19,
1091:21
**6718** [2] - 1025:23,
1106:24
**6:40** [2] - 1054:3,
1054:11
**6th** [2] - 1025:18,
1081:5

## 7

**7A** [1] - 1038:12

## 8

**8** [1] - 1040:23
**803(5)** [1] - 1048:9
**8A** [3] - 1037:24,
1038:12, 1038:17
**8B** [4] - 1039:11,
1039:12, 1039:13,
1039:23
**8C** [2] - 1040:23,
1041:16
**8D** [2] - 1041:19,
1045:7
**8E** [2] - 1043:20,
1045:7
**8th** [1] - 1025:20

## 9

**9** [8] - 1058:21,
1058:23, 1058:25,
1074:5, 1080:3,
1080:4, 1080:19,
1081:11
**950** [1] - 1025:16

**960** [3] - 1060:1,
1060:2, 1060:3
**98** [4] - 1098:21,
1098:24, 1099:16,
1099:22
**980** [7] - 1047:25,
1048:8, 1048:12,
1048:18, 1048:23,
1049:6, 1049:9
**980.A** [7] - 1048:15,
1048:16, 1048:17,
1048:21, 1048:22,
1049:13, 1050:7
**991** [7] - 1075:24,
1075:25, 1076:14,
1076:19, 1076:24,
1078:17, 1078:18
**993** [1] - 1051:2
**9:00** [1] - 1029:14
**9:42** [1] - 1025:4

## A

**a.m** [2] - 1025:4,
1029:15
**ability** [2] - 1062:11,
1106:19
**able** [2] - 1033:25,
1053:12
**absolutely** [1] -
1105:20
**according** [1] -
1050:15
**accurate** [3] - 1038:7,
1076:19, 1106:17
**accurately** [7] -
1030:21, 1031:7,
1031:19, 1032:13,
1033:1, 1034:22,
1048:2
**Action** [1] - 1025:3
**addition** [2] - 1043:9,
1082:7
**additional** [1] -
1085:12
**address** [8] - 1077:10,
1077:12, 1077:20,
1077:22, 1078:4,
1095:1, 1095:7,
1095:17
**admissible** [1] -
1087:15
**admission** [1] -
1038:15
**admit** [14] - 1030:25,
1031:11, 1031:23,
1032:17, 1033:5,
1034:7, 1035:1,
1048:7, 1050:7,
1076:22, 1076:24,

1078:10, 1078:12,
1078:13
**admitted** [30] - 1031:2,
1031:14, 1032:1,
1032:20, 1033:8,
1034:13, 1034:14,
1035:4, 1038:17,
1039:23, 1040:3,
1041:15, 1045:7,
1065:20, 1067:12,
1068:19, 1073:25,
1079:1, 1079:21,
1081:1, 1081:10,
1090:19, 1091:14,
1091:15, 1091:21,
1095:24, 1096:7,
1098:21, 1099:17
**adopted** [1] - 1055:7
**advised** [2] - 1027:23,
1028:1
**affect** [1] - 1062:11
**afraid** [1] - 1048:25
**agent** [7] - 1032:5,
1046:9, 1046:20,
1047:8, 1047:15,
1047:16, 1058:12
**Agent** [24] - 1028:3,
1028:13, 1028:18,
1029:7, 1030:4,
1030:12, 1030:18,
1031:5, 1031:16,
1032:23, 1033:10,
1033:14, 1033:15,
1033:17, 1034:15,
1034:18, 1035:5,
1045:17, 1046:4,
1047:4, 1048:19,
1049:5, 1049:12,
1050:3
**AGENT** [4] - 1026:3,
1026:6, 1030:9,
1047:1
**ago** [1] - 1049:11
**agree** [1] - 1078:6
**agreed** [3] - 1028:13,
1028:15, 1028:18
**agreement** [1] -
1061:24
**ahead** [2] - 1071:2,
1097:16
**airline** [2] - 1040:16,
1041:10
**airport** [2] - 1059:7,
1094:14
**ALEXANDRA** [2] -
1026:6, 1047:1
**Alexandra** [2] -
1046:10, 1047:7
**alleged** [1] - 1063:25
**ALLEN** [1] - 1025:17

**Allen** [1] - 1027:15
**allow** [2] - 1028:15,
1088:1
**allowed** [2] - 1063:1,
1104:18
**AMATO** [56] - 1025:20,
1027:19, 1030:16,
1031:1, 1031:13,
1031:25, 1032:19,
1033:7, 1034:11,
1035:3, 1035:21,
1035:23, 1037:21,
1038:11, 1038:16,
1038:18, 1039:13,
1040:4, 1040:7,
1041:17, 1041:21,
1042:6, 1043:15,
1043:17, 1045:4,
1045:8, 1045:10,
1052:22, 1053:1,
1053:4, 1053:7,
1055:15, 1060:13,
1067:25, 1076:25,
1077:5, 1082:17,
1082:22, 1083:16,
1083:19, 1084:14,
1084:21, 1084:24,
1086:8, 1086:10,
1087:17, 1101:3,
1101:6, 1101:9,
1101:12, 1101:16,
1102:8, 1102:10,
1102:12, 1102:16,
1104:14
**Amato** [5] - 1027:19,
1027:21, 1035:20,
1052:20, 1054:2
**Amato)**......................
..............**1035** [1] -
1026:4
**AMERICA** [1] - 1025:2
**America** [1] - 1027:4
**ammunition** [1] -
1093:18
**amount** [4] - 1035:14,
1035:15, 1061:1,
1100:11
**amounts** [2] -
1042:20, 1099:7
**and..** [1] - 1027:18
**angle** [1] - 1031:9
**answer** [13] - 1056:24,
1068:3, 1070:20,
1083:20, 1085:6,
1085:8, 1085:20,
1085:24, 1087:7,
1097:12, 1097:16,
1101:18, 1102:9
**answer's** [1] - 1097:9
**answered** [1] -

1104:14
**answers** [1] - 1054:20
**anyway** [1] - 1101:12
**apologies** [3] - 1028:1,
1034:10, 1084:19
**apologize** [3] -
1028:11, 1029:11,
1075:1
**app** [1] - 1082:1
**appear** [6] - 1028:19,
1033:19, 1033:22,
1042:20, 1045:20,
1046:1
**appearance** [1] -
1050:3
**APPEARANCES** [1] -
1025:11
**appeared** [1] -
1063:20
**appearing** [1] - 1026:6
**apple** [1] - 1037:24
**application** [2] -
1071:22, 1078:22
**applications** [1] -
1082:6
**apply** [1] - 1065:13
**appointment** [1] -
1038:23
**appreciate** [2] -
1046:7, 1087:18
**approach** [2] - 1027:8,
1086:20
**area** [3] - 1059:7,
1064:16, 1076:2
**areas** [1] - 1063:22
**Arlington** [1] -
1025:21
**armored** [1] - 1100:6
**arrest** [10] - 1051:7,
1057:13, 1058:6,
1059:14, 1062:7,
1066:8, 1066:17,
1066:24, 1067:20,
1100:14
**arrested** [3] - 1059:20,
1063:11, 1066:14
**arrived** [4] - 1029:14,
1056:14, 1057:23,
1104:17
**aspect** [1] - 1077:6
**asphalt** [1] - 1057:19
**assigned** [2] -
1047:10, 1047:11
**assist** [2] - 1071:23,
1072:4
**assistance** [1] -
1029:18
**assisting** [1] - 1104:12
**ate** [1] - 1030:1
**attorney** [1] - 1061:15

**ATTORNEY'S** [1] -
1025:13
**au** [1] - 1056:10
**audience** [1] - 1065:21
**audio** [1] - 1028:7
**August** [3] - 1068:15,
1068:17, 1069:20
**AUSA** [3] - 1025:12,
1025:12, 1027:11
**authority** [3] -
1057:20, 1057:22,
1058:1
**Avenue** [3] - 1025:16,
1025:18, 1025:23,
1106:24
**avoid** [1] - 1088:8
**aware** [2] - 1103:7,
1104:10
**awhile** [1] - 1061:5

**B**

**babies** [1] - 1083:12
**backhoe** [1] - 1057:18
**Barnes** [3] - 1027:12,
1030:7, 1045:13
**BARNES** [27] -
1025:15, 1030:8,
1030:11, 1030:14,
1030:17, 1030:24,
1031:3, 1031:11,
1031:15, 1031:23,
1032:2, 1032:17,
1032:21, 1033:5,
1033:15, 1034:6,
1034:10, 1034:15,
1035:1, 1035:7,
1035:16, 1035:19,
1038:13, 1040:1,
1045:14, 1045:16,
1046:3
**Barnes)**......................
..............**1030** [1] -
1026:4
**Barnes)**......................
..............**1045** [1] -
1026:5
**barrel** [9] - 1043:13,
1044:1, 1044:3,
1044:4, 1044:5,
1044:16, 1044:17,
1044:18, 1045:2
**barrels** [4] - 1044:14,
1093:6, 1093:9,
1093:20
**base** [2] - 1068:23,
1069:1, 1093:3,
1098:10
**based** [2] - 1087:13,
1094:19

**basis** [3] - 1088:21,
1088:23, 1088:25
**BATES** [1] - 1025:9
**Bates** [1] - 1061:13
**Beach** [10] - 1075:22,
1076:23, 1077:21,
1077:23, 1077:24,
1078:2, 1078:3
**Beau** [1] - 1027:12
**BEAUDRE** [1] -
1025:15
**BEFORE** [1] - 1025:9
**behalf** [3] - 1027:16,
1027:20, 1090:11
**behind** [3] - 1029:16,
1064:11, 1065:17
**belonged** [1] - 1097:1
**bench** [2] - 1086:24,
1089:7
**BENCH** [1] - 1025:8
**best** [2] - 1087:12,
1106:18
**better** [1] - 1030:1
**between** [3] - 1065:2,
1077:25, 1089:25
**beyond** [1] - 1087:3
**Beyss** [15] - 1029:7,
1030:4, 1030:12,
1030:18, 1031:5,
1031:16, 1032:5,
1032:23, 1033:11,
1033:14, 1033:17,
1034:18, 1035:5,
1045:17, 1046:4
**BEYSS** [2] - 1026:3,
1030:9
**big** [2] - 1044:17,
1044:18
**bit** [5] - 1038:20,
1061:22, 1086:18,
1087:5, 1087:19
**blank** [1] - 1049:1
**block** [1] - 1100:24
**blow** [2] - 1035:8,
1091:12
**blow-up** [1] - 1091:12
**blue** [1] - 1043:11,
1044:1, 1044:3,
1044:4, 1044:5,
1044:13, 1044:16,
1045:22, 1067:6,
1090:21
**board** [1] - 1065:7
**body** [1] - 1065:14
**Bonura** [2] - 1033:15,
1034:15
**born** [1] - 1056:4
**bottom** [2] - 1042:24,
1043:6
**bought** [7] - 1071:21,

1074:22, 1075:6,
1076:16, 1078:22,
1096:21
**Boulevard** [1] -
1025:20
**Bouquets** [2] -
1063:21, 1064:16
**box** [5] - 1058:16,
1078:7, 1080:24,
1090:21, 1091:7
**Box** [6] - 1074:5,
1074:15, 1074:16,
1080:12, 1080:14,
1081:3, 1081:16,
1081:18
**boxes** [2] - 1093:10,
1093:19
**Boxes** [4] - 1080:3,
1080:4, 1080:19,
1081:11
**boy** [1] - 1039:13
**break** [6] - 1073:6,
1073:9, 1082:12,
1102:23, 1105:2,
1106:6
**breathing** [1] -
1085:14
**brief** [5] - 1028:14,
1035:17, 1050:2,
1091:17, 1099:14
**briefcase** [4] -
1029:12, 1029:16,
1029:24, 1052:17
**briefly** [2] - 1035:5,
1045:14
**bring** [1] - 1033:16
**brings** [1] - 1040:25
**broad** [1] - 1086:11
**brother** [1] - 1057:16
**brought** [1] - 1052:9
**bugging** [1] - 1092:14
**Bureau** [1] - 1047:8
**burn** [1] - 1103:4
**buy** [5] - 1058:11,
1058:13, 1071:11,
1076:6, 1097:25
**buying** [2] - 1071:16,
1071:19
**Bwa** [1] - 1068:5
**BY** [14] - 1030:11,
1035:23, 1040:7,
1041:21, 1045:16,
1047:3, 1049:4,
1055:21, 1060:5,
1073:16, 1074:3,
1077:17, 1086:4,
1089:8

# C

**C-5** [1] - 1047:13
**cannot** [2] - 1093:19,
1099:13
**car** [5] - 1058:17,
1064:11, 1070:1,
1070:2
**card** [2] - 1040:9,
1040:14
**Card** [5] - 1057:25,
1058:2, 1058:3,
1058:4, 1058:5
**cards** [3] - 1039:17,
1039:19, 1041:6
**carry** [2] - 1058:7,
1071:13
**case** [9] - 1050:18,
1050:19, 1059:20,
1059:23, 1061:16,
1100:18, 1102:20,
1103:2, 1103:11
**Case** [1] - 1027:3
**cases** [1] - 1053:18
**cash** [1] - 1082:1
**Casillas** [6] - 1030:14,
1031:3, 1032:3,
1033:9, 1034:16,
1035:7
**cat** [1] - 1040:24
**cell** [1] - 1100:24
**Centave** [1] - 1027:6
**certain** [1] - 1042:18
**certainly** [3] - 1035:18,
1052:24, 1091:18
**CERTIFICATE** [1] -
1106:13
**certify** [1] - 1106:16
**challenges** [1] -
1087:14
**chambers** [1] - 1028:5
**charcoal** [1] - 1065:12
**Chesly** [1] - 1035:12
**child** [5] - 1059:19,
1072:18, 1103:10,
1104:1
**child's** [1] - 1072:18
**children** [1] - 1098:12
**choice** [2] - 1070:7,
1070:8
**circled** [1] - 1038:24
**circling** [2] - 1036:5,
1038:20
**circumstances** [1] -
1066:11
**citizen** [1] - 1062:5,
1064:23, 1064:24
**clarify** [3] - 1076:9,
1105:14, 1106:1
**clear** [2] - 1077:13,

1077:15
**close** [3] - 1032:24,
1059:16, 1077:23
**close-up** [1] - 1032:24
**closed** [1] - 1101:25
**closet** [5] - 1031:6,
1031:8, 1031:18,
1031:20, 1079:8
**clothes** [1] - 1093:15
**clothing** [2] - 1046:1,
1067:5
**co** [2] - 1027:11,
1100:17
**co-counsel** [1] -
1027:11
**COLUMBIA** [1] -
1025:1
**comfortable** [1] -
1055:14
**coming** [5] - 1046:7,
1082:13, 1087:4,
1088:15, 1104:12
**committed** [1] -
1063:25
**complete** [1] - 1106:18
**computer** [4] -
1029:20, 1037:21,
1043:1
**conceive** [1] - 1098:13
**concerns** [1] - 1103:3
**condition** [2] -
1033:23, 1034:14
**conditionally** [1] -
1034:13
**conduct** [1] - 1045:17
**conference** [4] -
1051:19, 1052:1,
1086:23, 1089:7
**conferences** [1] -
1051:8
**confident** [1] -
1086:25
**confine** [1] - 1087:13
**confusing** [2] -
1075:3, 1077:11
**congressmen** [1] -
1100:6
**conspiracy** [1] -
1060:21
**constitutes** [1] -
1106:16
**Constitution** [2] -
1025:23, 1106:24
**construction** [1] -
1057:18
**contact** [1] - 1094:22
**container** [2] -
1036:13, 1043:11
**contains** [1] - 1048:18
**continue** [1] - 1088:1

**Continued** [1] -
1030:10
**conversation** [2] -
1088:6, 1099:11
**conversations** [8] -
1063:7, 1066:6,
1089:18, 1089:25,
1090:3, 1094:9,
1099:1, 1099:4
**cooperate** [2] -
1102:20, 1103:2
**copy** [4] - 1049:9,
1050:16, 1050:24,
1053:15
**cornmeal** [1] -
1093:16
**correct** [74] - 1031:22,
1032:12, 1036:5,
1036:6, 1036:7,
1036:8, 1036:10,
1036:11, 1036:17,
1036:22, 1036:23,
1037:2, 1037:3,
1037:7, 1037:8,
1037:10, 1037:11,
1037:12, 1037:13,
1037:15, 1037:19,
1037:20, 1038:5,
1038:6, 1038:8,
1038:9, 1038:21,
1038:22, 1038:25,
1039:6, 1039:8,
1039:9, 1039:15,
1039:16, 1039:17,
1039:18, 1039:20,
1039:21, 1040:11,
1040:12, 1040:15,
1040:17, 1041:3,
1041:4, 1041:6,
1041:25, 1042:1,
1042:3, 1042:4,
1042:10, 1042:11,
1042:12, 1042:13,
1042:16, 1042:21,
1042:24, 1043:2,
1043:7, 1043:11,
1043:14, 1043:24,
1043:25, 1044:7,
1044:8, 1044:10,
1044:18, 1044:25,
1047:14, 1050:19,
1052:3, 1056:18,
1076:10, 1077:7,
1100:20
**correction** [1] - 1101:1
**correctly** [1] - 1095:14
**counsel** [9] - 1027:8,
1027:11, 1083:23,
1084:16, 1086:21,
1087:5, 1087:11,

1095:11, 1106:3
**counsel's** [1] -
1052:22
**country** [1] - 1057:23,
1068:9
**couple** [2] - 1046:13,
1049:11
**course** [2] - 1028:16,
1050:20
**course..** [1] - 1028:5
**Court** [16] - 1025:22,
1025:22, 1040:3,
1047:5, 1050:12,
1050:16, 1050:20,
1050:24, 1051:6,
1053:5, 1055:24,
1058:20, 1067:4,
1087:11, 1105:5,
1106:23
**court** [3] - 1067:8,
1087:15, 1105:18
**COURT** [124] - 1025:1,
1027:13, 1027:17,
1027:21, 1028:8,
1028:22, 1029:2,
1029:4, 1029:6,
1029:10, 1029:13,
1029:25, 1030:3,
1030:7, 1031:2,
1031:14, 1032:1,
1032:20, 1033:8,
1033:12, 1034:9,
1034:12, 1035:4,
1035:18, 1035:20,
1038:17, 1039:12,
1039:23, 1040:6,
1041:15, 1045:6,
1045:9, 1045:13,
1046:4, 1046:7,
1046:11, 1046:15,
1048:11, 1048:16,
1048:20, 1048:24,
1049:3, 1050:2,
1050:10, 1050:18,
1051:3, 1051:13,
1051:20, 1051:22,
1051:25, 1052:4,
1052:7, 1052:12,
1052:18, 1052:24,
1053:3, 1053:6,
1054:6, 1054:24,
1055:2, 1055:4,
1055:9, 1055:17,
1060:14, 1067:10,
1068:3, 1073:3,
1073:5, 1073:8,
1073:13, 1074:25,
1075:2, 1077:4,
1077:11, 1077:15,
1078:13, 1078:17,

1082:18, 1082:21,
1082:24, 1083:18,
1083:21, 1084:18,
1084:22, 1085:1,
1085:5, 1085:17,
1086:2, 1086:9,
1086:13, 1086:17,
1086:22, 1087:16,
1087:24, 1088:12,
1088:24, 1089:4,
1091:18, 1096:8,
1097:11, 1097:16,
1099:19, 1101:4,
1101:7, 1101:10,
1101:18, 1102:6,
1102:9, 1102:11,
1102:13, 1102:21,
1103:1, 1104:15,
1105:2, 1105:7,
1105:10, 1105:16,
1105:18, 1105:21,
1105:23, 1106:4,
1106:6, 1106:8,
1106:13
**Court's** [7] - 1035:17,
1043:15, 1050:25,
1051:11, 1052:15,
1052:18, 1094:13
**court's** [2] - 1070:5,
1104:21
**Courthouse** [2] -
1025:23, 1106:23
**courthouse** [2] -
1100:14, 1100:24
**courtroom** [4] -
1028:17, 1066:21,
1066:22, 1067:2
**COURTROOM** [8] -
1027:2, 1028:24,
1046:12, 1046:19,
1046:23, 1049:18,
1052:8, 1052:13
**cousin** [1] - 1072:9
**covered** [1] - 1036:15
**Creole** [1] - 1056:17
**crimes** [5] - 1060:19,
1060:23, 1061:2,
1063:24, 1064:1
**Criminal** [2] - 1025:3,
1027:3
**Croix** [2] - 1063:20,
1064:16
**Croix-des** [1] -
1063:20
**Croix-des-Bouquets**
[1] - 1064:16
**cross** [1] - 1105:3
**CROSS** [1] - 1035:22
**cross-examination** [1]
- 1105:3

**CRR** [3] - 1025:22,
1106:15, 1106:22

## D

**dangerous** [3] -
1104:20, 1104:24
**date** [10] - 1035:6,
1035:8, 1035:9,
1038:23, 1039:1,
1042:16, 1042:24,
1074:20, 1081:5,
1090:14
**dated** [2] - 1081:20,
1091:9
**Dated** [1] - 1106:20
**dates** [1] - 1050:17
**days** [3] - 1049:11,
1071:3, 1071:17
**DC** [4] - 1025:14,
1025:16, 1025:24,
1106:25
**deal** [2] - 1027:13,
1042:8
**decide** [1] - 1061:11
**decided** [3] - 1102:18,
1102:19, 1103:2
**decision** [1] - 1063:3
**Deerfield** [4] -
1077:20, 1077:21,
1077:23, 1078:2
**Defendant** [2] -
1025:6, 1025:17
**defendant** [7] -
1028:9, 1050:22,
1067:8, 1088:14,
1088:19, 1100:23
**defendants** [2] -
1100:18, 1103:11
**defense** [12] -
1027:23, 1028:13,
1028:14, 1028:18,
1029:4, 1046:16,
1049:11, 1054:11,
1054:16, 1054:22,
1055:14, 1105:13
**Defense** [2] - 1037:24,
1039:11
**defense's** [1] - 1052:5
**Dekole** [5] - 1066:4,
1066:7, 1067:17,
1069:17, 1069:19
**delivered** [3] - 1054:5,
1054:7, 1054:22
**denied** [1] - 1083:21
**DEPARTMENT** [1] -
1025:15
**depict** [6] - 1030:21,
1031:7, 1031:19,
1032:13, 1033:1,

1034:22
**depicted** [5] - 1031:9,
1032:8, 1076:2,
1079:3, 1100:1
**depiction** [1] - 1038:7
**deported** [1] - 1063:8
**DEPUTY** [8] - 1027:2,
1028:24, 1046:12,
1046:19, 1046:23,
1049:18, 1052:8,
1052:13
**DEREK** [2] - 1026:3,
1030:9
**des** [2] - 1063:20,
1064:16
**descriptive** [1] -
1078:14
**desk** [1] - 1045:2
**details** [1] - 1104:10
**determinations** [1] -
1087:22
**determine** [1] -
1033:25
**determined** [1] -
1054:4
**died** [1] - 1070:10
**different** [4] - 1031:9,
1042:23, 1043:2,
1082:19
**difficult** [2] - 1043:4,
1087:21
**DIRECT** [3] - 1030:10,
1047:2, 1055:20
**directed** [2] - 1083:22,
1097:10
**directing** [1] - 1088:16
**directives** [1] - 1084:7
**directly** [1] - 1095:15
**disclosed** [2] -
1054:10, 1054:12
**discuss** [3] - 1082:16,
1082:20, 1083:3
**discussed** [2] -
1085:4, 1103:7
**discussing** [1] -
1084:13
**display** [1] - 1091:14
**displayed** [6] -
1065:22, 1067:14,
1068:20, 1079:1,
1079:10, 1096:2
**DISTRICT** [3] - 1025:1,
1025:1, 1025:9
**division** [1] - 1047:11
**docket** [7] - 1050:15,
1050:18, 1050:19,
1050:25, 1051:4,
1051:5, 1051:16
**Document** [2] -
1032:18, 1038:12

**document** [8] -
1038:19, 1038:24,
1041:12, 1051:1,
1060:3, 1060:6,
1060:12, 1060:18
**documents** [9] -
1036:21, 1037:18,
1039:4, 1040:17,
1041:1, 1042:3,
1043:9
**dog** [2] - 1030:1,
1041:20
**dollar** [1] - 1042:20
**dollars** [1] - 1035:15
**done** [1] - 1103:20
**door** [2] - 1029:16,
1029:20
**Dor** [10] - 1095:2,
1095:3, 1095:4,
1095:8, 1095:13,
1096:5, 1100:2,
1100:12, 1100:21
**down** [22] - 1029:24,
1046:8, 1052:16,
1052:19, 1060:18,
1065:24, 1067:18,
1069:7, 1075:5,
1078:16, 1079:16,
1080:5, 1080:8,
1080:17, 1081:8,
1081:23, 1082:6,
1082:12, 1091:5,
1091:13, 1092:22,
1096:11
**drawn** [1] - 1091:15
**driving** [2] - 1064:12,
1069:11
**drove** [1] - 1057:18
**drum** [1] - 1043:13
**Duncan** [6] - 1028:16,
1028:22, 1029:1,
1029:18, 1029:23,
1049:17
**during** [8] - 1030:19,
1034:21, 1043:10,
1053:11, 1053:16,
1098:19, 1099:1,
1100:4
**Durska** [1] - 1027:5
**Durska-Murray** [1] -
1027:5
**dust** [1] - 1103:5

## E

**either** [1] - 1097:22
**election** [2] - 1100:5
**elections** [1] - 1098:19
**elephant** [1] - 1043:20
**Eliande** [2] - 1068:11,

1068:24
**eliciting** [1] - 1087:7
**ELITA** [1] - 1025:20
**Elita** [1] - 1027:19
**email** [4] - 1028:1,
1028:11, 1049:10,
1054:2
**end** [2] - 1054:21,
1089:7
**ended** [1] - 1087:1
**ending** [1] - 1090:24
**English** [3] - 1056:20,
1057:11, 1080:6
**enlarge** [1] - 1038:19
**enlarging** [1] - 1043:1
**entered** [1] - 1070:13
**escape** [1] - 1064:24
**ESOL** [1] - 1057:10
**ESQ** [3] - 1025:15,
1025:17, 1025:20
**essence** [1] - 1041:1
**evening** [2] - 1028:2,
1028:11
**everywhere** [4] -
1063:16, 1063:17,
1063:20, 1063:21
**evidence** [12] -
1038:12, 1041:19,
1043:21, 1045:18,
1048:9, 1048:13,
1050:9, 1075:25,
1087:15, 1091:21,
1096:8, 1101:20
**evidentiary** [1] -
1045:19
**exact** [2] - 1104:1,
1104:5
**exactly** [1] - 1044:17
**EXAMINATION** [5] -
1030:10, 1035:22,
1045:15, 1047:2,
1055:20
**examination** [1] -
1105:3
**example** [2] - 1088:3,
1088:4
**except** [2] - 1054:20,
1077:1
**exception** [2] - 1049:2,
1051:9
**excuse** [7] - 1030:1,
1034:10, 1038:12,
1040:9, 1048:18,
1051:15, 1051:18,
1086:10, 1101:2
**excused** [1] - 1046:8
**exhibit** [11] - 1028:12,
1032:11, 1033:2,
1034:7, 1065:25,
1074:15, 1074:24,

1111

1075:5, 1077:2, 1079:16, 1091:6
**Exhibit** [40] - 1030:15, 1030:25, 1031:4, 1031:9, 1031:12, 1031:15, 1031:24, 1032:4, 1032:22, 1033:6, 1033:16, 1033:17, 1034:4, 1034:17, 1034:18, 1036:1, 1037:24, 1039:11, 1040:22, 1047:25, 1048:8, 1048:21, 1048:23, 1059:25, 1060:2, 1060:3, 1065:20, 1065:22, 1067:12, 1067:14, 1067:19, 1068:19, 1068:20, 1069:7, 1075:24, 1090:18, 1090:19, 1095:24, 1096:2, 1098:21
**exhibits** [1] - 1036:3
**experiences** [2] - 1063:11, 1087:14
**expiration** [1] - 1040:10
**expires** [1] - 1040:14
**explain** [2] - 1069:23, 1086:6
**export** [1] - 1060:21
**extraterritorial** [1] - 1047:12
**eyes** [1] - 1101:25

**F**

**face** [3] - 1064:18, 1072:13
**face-to-face** [1] - 1064:18
**fact** [6] - 1050:13, 1050:14, 1051:15, 1069:5, 1079:11, 1082:5
**factual** [2] - 1088:21, 1088:25
**fair** [1] - 1038:7
**fairly** [5] - 1030:21, 1031:7, 1031:19, 1032:13, 1033:1, 1034:22
**familiar** [1] - 1044:13
**family** [11] - 1059:10, 1059:15, 1059:16, 1072:4, 1072:15, 1103:3, 1103:4, 1103:16, 1103:18, 1103:21, 1103:22

**far** [1] - 1057:5
**fat** [2] - 1101:1, 1101:23
**father** [2] - 1057:16, 1103:16
**FBI** [5] - 1047:15, 1094:14, 1095:19, 1095:21, 1104:12
**February** [7] - 1050:21, 1051:9, 1051:17, 1051:21, 1051:23, 1066:19, 1100:15
**Federal** [1] - 1047:8
**federal** [2] - 1048:8, 1076:1
**few** [1] - 1102:19
**field** [1] - 1104:20
**fifth** [1] - 1070:12
**fight** [1] - 1079:13
**figure** [1] - 1054:8
**file** [1] - 1043:17
**files** [2] - 1029:20, 1054:4
**fill** [1] - 1071:22
**filled** [2] - 1078:22, 1080:4
**finally** [2] - 1032:21, 1040:3
**fine** [3] - 1040:4, 1042:7, 1083:20
**finger** [1] - 1102:5
**finish** [2] - 1088:13, 1103:1
**fire** [1] - 1065:12
**firearm** [5] - 1033:19, 1034:1, 1058:10, 1099:25, 1100:3
**firearms** [4] - 1070:14, 1093:17, 1093:22, 1098:16
**FIRM** [1] - 1025:18
**first** [16] - 1054:11, 1057:23, 1060:2, 1060:8, 1068:17, 1069:9, 1069:20, 1071:7, 1071:10, 1074:2, 1074:21, 1075:24, 1085:20, 1090:18, 1090:20, 1090:21
**five** [2] - 1036:19, 1102:24
**Floor** [2] - 1025:18, 1025:20
**Florida** [5] - 1057:2, 1057:13, 1077:18, 1077:21, 1077:24
**focus** [7] - 1037:9, 1062:20, 1080:24,

1081:11, 1081:16, 1083:14, 1083:24
**focused** [1] - 1086:14
**follow** [2] - 1054:22, 1088:22
**following** [5] - 1051:7, 1071:10, 1086:23, 1088:17, 1088:19
**FOR** [1] - 1025:1
**forcing** [1] - 1097:25
**foregoing** [1] - 1106:16
**form** [4] - 1071:22, 1079:25, 1080:17, 1087:20
**forms** [3] - 1079:18, 1080:10, 1081:23
**forward** [1] - 1028:25
**forwarded** [1] - 1103:15
**foundation** [4] - 1082:23, 1086:12, 1086:13, 1101:16
**four** [4] - 1074:22, 1075:6, 1100:16, 1100:17
**frankly** [1] - 1053:17
**freestanding** [1] - 1036:15
**French** [1] - 1056:17
**front** [2] - 1034:4, 1055:8
**full** [1] - 1106:17
**furniture** [2] - 1044:21, 1045:1
**fuzzy** [1] - 1091:24

**G**

**gallery** [6] - 1067:13, 1079:2, 1081:2, 1086:24, 1095:25, 1098:22
**game** [1] - 1094:15
**gang** [8] - 1063:12, 1063:16, 1063:25, 1064:2, 1067:21, 1069:6, 1089:10, 1089:12
**gang's** [1] - 1089:12
**gangs** [1] - 1103:23
**general** [1] - 1075:7
**GERMINE** [1] - 1025:5
**Germine** [34] - 1027:4, 1027:16, 1027:18, 1027:20, 1050:22, 1052:1, 1066:1, 1066:5, 1066:8, 1066:12, 1066:17, 1067:2, 1067:9,

1067:24, 1068:6, 1069:18, 1079:14, 1083:15, 1083:24, 1084:2, 1089:19, 1089:22, 1090:1, 1090:3, 1097:22, 1097:24, 1098:2, 1098:9, 1098:12, 1100:13, 1100:23, 1101:2, 1101:14, 1101:22
**Germine's** [2] - 1051:7, 1067:21
**girlfriend** [3] - 1103:8, 1103:10, 1103:25
**given** [4] - 1037:5, 1037:12, 1037:14, 1047:21
**Google** [4] - 1075:25, 1076:1, 1077:10, 1077:20
**government** [35] - 1027:8, 1027:23, 1030:24, 1031:11, 1031:23, 1032:17, 1033:5, 1034:7, 1035:1, 1036:25, 1038:14, 1039:24, 1040:5, 1042:6, 1046:9, 1048:14, 1050:12, 1050:14, 1052:10, 1053:7, 1053:15, 1053:19, 1053:25, 1054:15, 1055:10, 1058:1, 1061:15, 1061:24, 1062:15, 1103:17, 1103:20, 1104:19, 1105:14, 1106:1, 1106:7
**Government** [1] - 1030:25
**government's** [2] - 1054:15, 1095:24
**Government's** [8] - 1030:15, 1032:4, 1033:6, 1033:16, 1034:7, 1035:2, 1036:1, 1076:14
**grade** [1] - 1057:6
**great** [1] - 1099:20
**green** [1] - 1091:7
**Green** [5] - 1057:25, 1058:2, 1058:3, 1058:4, 1058:5
**ground** [1] - 1031:21
**growing** [1] - 1056:16
**guard** [1] - 1099:5
**guards** [2] - 1065:13, 1065:16

**guess** [1] - 1029:6
**guilty** [2] - 1059:23, 1060:19
**gun** [7] - 1058:6, 1058:8, 1058:15, 1058:18, 1069:13, 1069:25, 1076:7
**guns** [18] - 1071:16, 1071:19, 1071:21, 1074:22, 1075:6, 1075:9, 1075:12, 1075:14, 1075:16, 1082:7, 1084:8, 1092:25, 1093:19, 1094:17, 1094:21, 1096:15, 1096:16, 1097:25
**guy** [4] - 1071:25, 1075:11, 1084:10, 1085:21
**Gö** [1] - 1068:5

**H**

**Haiti** [35] - 1042:10, 1056:5, 1056:6, 1056:8, 1057:5, 1059:4, 1059:5, 1059:12, 1059:15, 1062:17, 1062:19, 1062:22, 1063:11, 1063:12, 1063:18, 1064:14, 1064:15, 1068:10, 1082:9, 1082:13, 1084:6, 1093:2, 1093:5, 1093:8, 1093:9, 1093:11, 1093:14, 1093:16, 1093:22, 1094:10, 1098:3, 1098:17, 1103:3, 1103:18, 1103:21
**hand** [15] - 1040:8, 1040:10, 1040:13, 1046:24, 1050:24, 1051:11, 1051:13, 1078:5, 1078:6, 1078:11, 1078:12, 1078:14, 1090:22, 1102:1, 1102:4
**handed** [2] - 1071:22, 1092:11
**handwriting** [7] - 1074:5, 1074:6, 1079:24, 1080:21, 1080:22, 1081:13, 1081:14
**happily** [1] - 1088:23
**happy** [3] - 1054:16, 1054:21, 1083:22
**hard** [1] - 1049:15

**hear** [10] - 1028:10, 1046:21, 1046:22, 1049:22, 1058:22, 1061:22, 1062:13, 1089:9, 1089:18, 1095:12

**heard** [9] - 1083:14, 1083:24, 1085:11, 1085:14, 1086:7, 1089:25, 1090:3, 1097:22, 1101:19

**hearing** [13] - 1049:16, 1050:22, 1053:11, 1053:16, 1054:18, 1055:6, 1055:7, 1055:8, 1060:12, 1060:15, 1060:17, 1086:24, 1105:5

**held** [2] - 1086:23, 1102:4

**HELD** [1] - 1025:9

**helped** [2] - 1064:24, 1104:9

**hereby** [1] - 1106:15

**herself** [2] - 1094:6, 1098:8

**hide** [1] - 1094:17

**higher** [1] - 1044:24

**highlight** [1] - 1080:19

**highlighted** [2] - 1050:16, 1051:6

**highway** [1] - 1076:1

**home** [6] - 1071:8, 1071:9, 1077:25, 1079:8, 1097:4, 1097:20

**homework** [1] - 1030:1

**Honor** [60] - 1027:2, 1027:10, 1027:15, 1027:19, 1027:25, 1028:7, 1029:3, 1029:5, 1030:6, 1030:8, 1034:6, 1035:19, 1038:11, 1040:2, 1041:17, 1045:11, 1045:14, 1046:6, 1046:12, 1046:17, 1046:19, 1048:7, 1049:25, 1050:1, 1050:4, 1050:6, 1050:11, 1051:19, 1052:6, 1052:8, 1052:22, 1053:1, 1053:7, 1055:8, 1060:11, 1067:7, 1073:7, 1075:4, 1076:18, 1076:25, 1077:7, 1077:8, 1078:10,

1082:22, 1084:17, 1084:21, 1085:19, 1086:3, 1086:8, 1086:20, 1086:25, 1087:17, 1088:9, 1091:17, 1099:14, 1102:3, 1102:8, 1104:14, 1104:25, 1105:4

**HONORABLE** [1] - 1025:9

**hoping** [2] - 1062:24, 1063:1

**hot** [5] - 1065:2, 1065:6, 1065:10, 1065:11, 1096:21

**hotel** [1] - 1059:8

**hour** [2] - 1028:4, 1028:16

**house** [11] - 1030:22, 1031:8, 1031:21, 1069:11, 1069:24, 1072:5, 1094:20, 1094:21, 1094:23, 1096:13, 1096:25

**I**

**identification** [1] - 1067:8

**identifications** [2] - 1039:5, 1039:7

**identified** [4] - 1036:2, 1037:10, 1047:22, 1091:11

**identify** [4] - 1042:19, 1067:5, 1077:6

**image** [5] - 1078:5, 1078:6, 1091:23, 1091:24

**immediate** [1] - 1059:14

**immigration** [3] - 1037:18, 1041:12, 1063:3

**important** [1] - 1028:17

**IN** [1] - 1025:1

**in-court** [1] - 1067:8

**in-person** [3] - 1050:21, 1051:19, 1051:25

**include** [3] - 1028:5, 1028:16, 1060:21

**included** [1] - 1103:16

**including** [1] - 1093:16

**independent** [1] - 1054:19

**independently** [1] -

1048:4

**indicate** [1] - 1037:4

**indicates** [2] - 1040:10, 1040:14

**individual** [11] - 1047:18, 1047:22, 1064:7, 1064:17, 1065:22, 1068:11, 1068:20, 1072:6, 1081:24, 1096:1, 1099:2

**indulgence** [8] - 1035:17, 1043:15, 1070:5, 1085:19, 1091:17, 1094:13, 1099:14, 1104:21

**information** [8] - 1054:12, 1078:14, 1080:4, 1080:13, 1080:19, 1087:4, 1087:8, 1095:6

**informed** [1] - 1053:20

**inside** [6] - 1066:21, 1095:8, 1095:9, 1096:14

**instances** [1] - 1044:14

**instead** [2] - 1088:5, 1088:6

**instructed** [3] - 1093:23, 1093:25, 1094:5

**interpretation** [1] - 1085:9

**interpreted** [1] - 1085:20

**INTERPRETER** [17] - 1058:23, 1061:23, 1062:12, 1070:5, 1070:21, 1083:8, 1085:9, 1085:13, 1085:16, 1085:19, 1086:3, 1094:13, 1095:11, 1097:6, 1100:20, 1102:17, 1104:21

**interpreter** [6] - 1056:18, 1062:12, 1084:19, 1085:13, 1095:11, 1097:6

**interpreters** [1] - 1027:6

**interrupt** [1] - 1097:8

**interview** [2] - 1028:21, 1047:18

**introduce** [3] - 1047:5, 1051:1, 1055:24

**introduced** [1] - 1037:1

**investigation** [2] -

1045:21, 1046:2

**Investigation** [1] - 1047:9

**invoice** [3] - 1042:10, 1042:12, 1043:2

**involvement** [4] - 1086:5, 1086:7, 1089:10, 1089:20

**iron** [6] - 1065:2, 1065:6, 1065:7, 1065:10, 1065:13, 1099:2

**ironing** [1] - 1065:7

**issue** [3] - 1053:1, 1053:4, 1054:21

**item** [5] - 1031:17, 1031:20, 1036:4, 1036:7, 1053:9

**Item** [3] - 1032:10, 1038:4, 1038:8

**items** [14] - 1037:1, 1037:4, 1037:6, 1037:14, 1041:22, 1041:24, 1042:18, 1045:25, 1046:1, 1093:8, 1093:11, 1093:13, 1093:15, 1093:22

**itself** [3] - 1038:24, 1076:21, 1084:3

**J**

**jail** [9] - 1061:2, 1061:5, 1061:6, 1061:9, 1061:11, 1061:19, 1062:21, 1098:14, 1104:10

**January** [4] - 1025:4, 1054:11, 1054:13, 1106:20

**Jean** [6] - 1035:12, 1084:6, 1090:12, 1092:6, 1092:8, 1099:3

**Jean's** [2] - 1099:6, 1099:10

**Jeanty** [2] - 1028:21, 1047:19

**Jeep** [1] - 1069:11

**Jencks** [7] - 1053:4, 1053:8, 1053:9, 1053:17, 1053:21, 1053:24, 1054:13

**job** [1] - 1058:10

**Jocelyn** [7] - 1095:1, 1095:8, 1096:5, 1100:2, 1100:11, 1100:21

**Jocelyn's** [1] - 1096:20

1045:21, 1046:2

**JOHN** [1] - 1025:9

**Joly** [5] - 1027:4, 1066:1, 1067:8, 1067:17, 1069:19

**JOLY** [1] - 1025:5

**Joly/Yonyon** [2] - 1075:10, 1098:4

**Jou** [15] - 1047:22, 1064:8, 1064:17, 1065:1, 1065:3, 1065:13, 1065:16, 1065:23, 1086:6, 1088:18, 1089:15, 1089:16, 1090:4, 1090:5, 1099:10

**Jou's** [1] - 1086:7

**Judge** [1] - 1061:13

**JUDGE** [1] - 1025:9

**judge** [2] - 1029:8, 1061:12

**judicial** [5] - 1050:12, 1050:15, 1051:14, 1051:15, 1052:4

**July** [2] - 1039:1, 1042:25

**June** [1] - 1040:14

**JUSTICE** [1] - 1025:15

**K**

**Karen** [1] - 1027:12

**KAREN** [1] - 1025:12

**keep** [1] - 1058:15

**kidnapping** [2] - 1064:1, 1083:11

**kidnappings** [1] - 1089:21

**kill** [3] - 1062:19, 1072:5, 1103:16

**killing** [8] - 1064:1, 1064:23, 1083:11, 1083:12, 1083:13

**Kimberly** [1] - 1027:10

**KIMBERLY** [1] - 1025:12

**kinds** [2] - 1087:2, 1087:8

**king** [7] - 1067:22, 1069:3, 1069:13, 1069:15, 1069:24, 1070:3, 1070:6

**knowing** [1] - 1087:19

**knows** [2] - 1068:3, 1087:10

**Koleg** [8] - 1072:6, 1072:12, 1072:14, 1072:25, 1089:23, 1093:2, 1098:18, 1103:15

# L

**L-L-A** [1] - 1047:8
**labeled** [3] - 1041:2, 1051:2
**lady** [1] - 1059:19
**Lamarre** [2] - 1056:9, 1056:11
**language** [2] - 1056:16, 1057:11
**Lanmo** [1] - 1047:22, 1064:6, 1064:8, 1065:23, 1082:10, 1086:6, 1086:7, 1088:5, 1088:12, 1088:16, 1088:17, 1088:18, 1089:15, 1089:16, 1089:23, 1090:4, 1090:5, 1099:10
**Lanmo's** [3] - 1088:22, 1089:10, 1089:20
**large** [1] - 1099:7
**last** [7] - 1038:14, 1053:18, 1053:19, 1058:3, 1070:19, 1083:16, 1087:7
**late** [2] - 1028:4, 1028:15
**LAW** [1] - 1025:18
**leader** [2] - 1066:13, 1069:5
**leaders** [1] - 1064:2
**leading** [7] - 1082:17, 1084:14, 1084:21, 1084:24, 1086:18, 1087:20, 1089:1
**leave** [1] - 1070:1
**leeway** [1] - 1087:5
**left** [9] - 1040:13, 1044:9, 1046:2, 1077:4, 1077:7, 1078:11, 1078:14, 1090:22, 1097:20
**left-hand** [4] - 1040:13, 1078:11, 1078:14, 1090:22
**legal** [1] - 1062:7
**legitimate** [1] - 1087:24
**legs** [2] - 1065:2, 1065:15
**less** [1] - 1089:1
**letter** [1] - 1037:10
**letters** [1] - 1037:12
**level** [1] - 1044:23
**liberty** [1] - 1102:22
**license** [6] - 1058:7, 1058:8, 1058:12, 1069:13, 1069:25,

1071:13
**lie** [2] - 1094:2, 1099:13
**life** [1] - 1092:8
**lighting** [1] - 1032:25
**Lindsey** [1] - 1057:10
**Line** [1] - 1080:24
**lines** [1] - 1088:4
**link** [1] - 1028:25
**lips** [1] - 1102:5
**Lisa** [1] - 1025:22
**LISA** [1] - 1106:15
**list** [4] - 1028:2, 1028:12, 1040:23, 1046:16
**listed** [3] - 1035:9, 1035:11, 1042:18, 1043:7
**live** [6] - 1056:6, 1056:8, 1056:9, 1057:13, 1057:15, 1068:5
**lived** [3] - 1056:8, 1063:22, 1077:18
**living** [1] - 1067:24
**load** [1] - 1043:17
**located** [12] - 1037:1, 1067:2, 1068:7, 1073:20, 1076:12, 1077:22, 1077:25, 1078:2, 1078:8, 1092:10, 1104:1, 1104:4
**location** [1] - 1037:5
**lock** [1] - 1029:17
**locked** [1] - 1029:16
**look** [3] - 1076:19, 1077:12, 1079:18
**looked** [3] - 1070:16, 1079:20, 1101:22
**looking** [3] - 1036:25, 1040:8, 1080:3
**LOUIS** [3] - 1026:7, 1055:19, 1056:2
**Louis** [39] - 1028:21, 1035:13, 1038:21, 1039:8, 1039:19, 1047:19, 1047:21, 1050:23, 1052:1, 1052:11, 1053:8, 1054:16, 1055:12, 1055:22, 1055:25, 1056:1, 1060:19, 1062:13, 1066:1, 1066:23, 1068:11, 1073:17, 1074:4, 1074:16, 1076:2, 1079:24, 1080:14, 1080:21, 1081:13, 1081:24, 1083:14,

1086:16, 1089:9, 1090:23, 1091:23, 1096:1, 1097:18, 1099:25, 1102:18
**Louis's** [6] - 1032:14, 1033:3, 1033:20, 1034:24, 1053:11, 1055:5
**luck** [1] - 1033:12
**Lucky** [11] - 1071:5, 1071:6, 1071:17, 1073:18, 1074:21, 1075:6, 1075:20, 1076:10, 1076:11, 1079:19, 1081:25
**lunch** [3] - 1102:23, 1105:2, 1106:5
**luncheon** [1] - 1106:10
**lying** [1] - 1093:23

# M

**ma'am** [1] - 1085:16
**maintenance** [1] - 1029:19
**map** [1] - 1076:1
**Maps** [2] - 1077:10, 1077:20
**March** [2] - 1042:17, 1074:20
**mark** [3] - 1037:24, 1040:23, 1043:20
**marked** [3] - 1041:19, 1050:24, 1095:23
**marking** [1] - 1039:10
**Marshals** [1] - 1073:8
**match** [1] - 1034:3
**material** [1] - 1053:24
**matter** [4] - 1046:2, 1069:5, 1079:11, 1082:5
**Mawozo** [9] - 1063:13, 1063:21, 1064:3, 1066:13, 1067:21, 1067:22, 1069:5, 1093:2, 1098:18
**maximum** [1] - 1061:1
**MD** [1] - 1025:19
**mean** [10] - 1053:23, 1062:16, 1069:2, 1070:3, 1077:4, 1083:10, 1083:11, 1100:17, 1102:7, 1104:7
**means** [1] - 1069:3
**meant** [1] - 1102:14
**media** [1] - 1063:17
**meet** [5] - 1064:5, 1064:17, 1068:14,

1069:10, 1082:2
**meeting** [1] - 1069:20
**members** [4] - 1044:4, 1059:10, 1059:15, 1103:4
**mentioned** [11] - 1073:17, 1075:6, 1075:20, 1085:15, 1086:5, 1088:22, 1089:25, 1096:12, 1096:23, 1100:13, 1100:21
**merely** [1] - 1055:7
**message** [8] - 1091:9, 1091:10, 1094:3, 1094:4, 1095:13, 1095:14, 1095:16, 1095:17
**met** [15] - 1064:2, 1064:10, 1064:11, 1064:25, 1066:8, 1066:11, 1068:15, 1068:16, 1068:17, 1069:9, 1071:7, 1071:10, 1095:4, 1100:13, 1100:15
**Miami** [4] - 1042:10, 1047:11, 1073:21, 1076:11
**mic** [1] - 1085:14
**middle** [1] - 1079:23
**might** [2] - 1059:25, 1062:20
**millimeter** [3] - 1058:21, 1058:23, 1058:25
**mind** [1] - 1068:2
**minefield** [1] - 1104:23
**minute** [2] - 1071:6, 1101:4
**minutes** [4] - 1046:13, 1073:10, 1078:1, 1102:25
**missed** [2] - 1057:24, 1070:19
**misunderstood** [1] - 1048:25
**mom** [1] - 1093:14
**moment** [3] - 1052:12, 1073:6, 1102:22
**money** [40] - 1060:24, 1082:1, 1082:8, 1082:9, 1082:11, 1082:13, 1082:16, 1082:20, 1083:3, 1083:5, 1083:8, 1084:3, 1084:6, 1085:7, 1085:10, 1085:25, 1086:6, 1086:7, 1088:5,

1088:15, 1088:16, 1089:10, 1089:12, 1089:13, 1089:15, 1089:17, 1090:7, 1090:11, 1090:12, 1092:4, 1092:5, 1092:11, 1092:12, 1092:14, 1092:17, 1092:20, 1099:7, 1099:12
**MoneyGram** [2] - 1092:16, 1092:17
**month** [1] - 1066:19
**MONTI** [1] - 1047:7
**Montilla** [10] - 1028:3, 1028:13, 1028:19, 1046:10, 1047:4, 1047:7, 1048:19, 1049:5, 1049:12, 1050:3
**MONTILLA** [2] - 1026:6, 1047:1
**MOREIRA** [1] - 1106:15
**Moreira** [2] - 1025:22, 1106:22
**morning** [19] - 1027:2, 1027:10, 1027:13, 1027:15, 1027:17, 1027:19, 1027:21, 1029:14, 1030:4, 1030:8, 1030:12, 1030:13, 1035:24, 1035:25, 1047:4, 1047:7, 1055:18, 1055:22, 1073:6
**most** [1] - 1028:17
**mother** [6] - 1057:16, 1068:23, 1069:1, 1072:18, 1098:10, 1103:16
**motions** [1] - 1102:1
**move** [2] - 1030:24, 1031:3, 1031:11, 1031:23, 1032:17, 1033:5, 1034:7, 1035:1, 1038:12, 1040:22, 1041:19, 1043:20, 1045:4, 1048:7, 1057:1, 1060:11, 1073:1, 1076:22, 1076:24, 1078:10, 1078:12, 1086:5, 1097:10
**moved** [3] - 1050:6, 1057:1, 1059:3
**movement** [2] - 1060:24, 1101:17
**movements** [3] - 1101:14, 1101:19,

1101:20
**moving** [4] - 1031:15, 1041:18, 1048:13, 1083:18
**MR** [41] - 1027:15, 1028:6, 1029:5, 1029:8, 1029:11, 1029:14, 1030:2, 1030:8, 1030:11, 1030:14, 1030:17, 1030:24, 1031:3, 1031:11, 1031:15, 1031:23, 1032:2, 1032:17, 1032:21, 1033:5, 1033:15, 1034:6, 1034:10, 1034:15, 1035:1, 1035:7, 1035:16, 1035:19, 1038:13, 1040:1, 1045:14, 1045:16, 1046:3, 1046:17, 1048:10, 1049:6, 1049:8, 1050:1, 1052:6, 1052:15, 1052:20
**MS** [180] - 1027:10, 1027:19, 1027:25, 1028:9, 1029:1, 1029:3, 1030:16, 1031:1, 1031:13, 1031:25, 1032:19, 1033:7, 1034:11, 1035:3, 1035:21, 1035:23, 1037:21, 1038:11, 1038:16, 1038:18, 1039:13, 1040:4, 1040:7, 1041:17, 1041:21, 1042:6, 1043:15, 1043:17, 1045:4, 1045:8, 1045:10, 1046:9, 1047:3, 1048:7, 1048:14, 1048:17, 1048:22, 1049:1, 1049:4, 1049:7, 1049:10, 1049:15, 1049:25, 1050:6, 1050:11, 1050:19, 1051:5, 1051:18, 1051:21, 1051:24, 1052:3, 1052:10, 1052:14, 1052:22, 1053:1, 1053:4, 1053:7, 1054:2, 1054:7, 1055:1, 1055:3, 1055:5, 1055:15, 1055:21, 1059:25, 1060:5, 1060:11, 1060:13, 1060:16, 1061:21, 1065:19,

1065:24, 1067:7, 1067:11, 1067:18, 1067:25, 1068:2, 1068:18, 1069:7, 1070:19, 1073:4, 1073:7, 1073:11, 1073:16, 1073:24, 1074:3, 1074:12, 1074:23, 1075:1, 1075:4, 1075:23, 1076:9, 1076:18, 1076:22, 1076:24, 1076:25, 1077:3, 1077:5, 1077:8, 1077:13, 1077:16, 1077:17, 1078:10, 1078:16, 1078:18, 1078:25, 1079:9, 1079:16, 1080:2, 1080:8, 1080:17, 1080:23, 1081:8, 1081:16, 1081:23, 1082:17, 1082:22, 1082:25, 1083:7, 1083:16, 1083:19, 1083:22, 1084:14, 1084:16, 1084:21, 1084:24, 1084:25, 1085:8, 1085:11, 1085:15, 1086:1, 1086:4, 1086:8, 1086:10, 1086:20, 1086:25, 1087:17, 1088:9, 1088:13, 1089:3, 1089:6, 1089:8, 1090:17, 1091:5, 1091:13, 1091:20, 1092:22, 1095:22, 1096:6, 1096:9, 1097:8, 1097:15, 1098:20, 1099:14, 1099:16, 1099:20, 1099:24, 1100:22, 1101:3, 1101:6, 1101:9, 1101:12, 1101:16, 1102:3, 1102:8, 1102:10, 1102:12, 1102:16, 1102:24, 1104:14, 1104:25, 1105:4, 1105:8, 1105:14, 1105:17, 1105:20, 1105:22, 1105:25, 1106:5, 1106:7
**Murray** [1] - 1027:5

**N**

**name** [13] - 1027:9, 1038:20, 1039:19,

1047:6, 1047:7, 1055:25, 1056:1, 1064:7, 1069:18, 1072:6, 1081:25, 1085:15, 1088:22
**named** [2] - 1066:1, 1068:11
**names** [1] - 1059:17
**narrow** [1] - 1089:24
**narrowly** [1] - 1087:13
**National** [5] - 1072:1, 1075:11, 1084:11, 1085:22, 1099:5
**navy** [1] - 1067:6
**near** [3] - 1056:10, 1059:7, 1078:2
**nearby** [1] - 1077:21
**necessarily** [1] - 1037:5
**necessary** [1] - 1055:13
**need** [8] - 1029:6, 1042:21, 1073:5, 1075:2, 1087:6, 1105:16, 1105:21, 1105:23
**needed** [3] - 1071:13, 1079:12, 1100:4
**needs** [1] - 1105:18
**neglected** [2] - 1028:4, 1028:16
**never** [4] - 1057:24, 1092:8, 1099:11
**new** [1] - 1058:16
**next** [7] - 1031:4, 1032:2, 1043:24, 1052:9, 1074:14, 1080:9, 1081:15
**nickname** [1] - 1066:3
**night** [1] - 1053:19
**nonleading** [1] - 1087:1
**nonresponsive** [3] - 1097:9, 1097:13, 1097:14
**Northeast** [1] - 1070:13
**noted** [2] - 1028:3, 1052:7
**notes** [1] - 1106:17
**notice** [5] - 1050:12, 1050:15, 1051:14, 1051:15, 1052:5
**noticed** [1] - 1105:10
**notices** [1] - 1051:6
**notifying** [1] - 1029:25
**noting** [1] - 1028:12
**notwithstanding** [1] - 1032:25
**number** [27] - 1028:20,

1033:10, 1033:13, 1033:25, 1034:2, 1034:3, 1037:5, 1042:12, 1043:2, 1043:24, 1047:21, 1047:24, 1048:5, 1048:8, 1048:18, 1049:2, 1049:5, 1049:13, 1049:20, 1059:1, 1090:23, 1090:24, 1091:1, 1091:2, 1091:11, 1091:12
**numbers** [3] - 1037:1, 1037:4, 1037:14
**NW** [4] - 1025:13, 1025:16, 1025:23, 1106:24

**O**

**oath** [2] - 1030:5, 1073:14
**object** [3] - 1083:16, 1087:11, 1087:23
**objected** [1] - 1084:16
**objection** [38] - 1031:1, 1031:2, 1031:13, 1031:14, 1031:25, 1032:1, 1032:19, 1033:7, 1034:11, 1034:12, 1035:3, 1038:13, 1038:14, 1039:25, 1040:1, 1045:9, 1046:16, 1046:17, 1048:10, 1048:11, 1055:12, 1060:13, 1060:14, 1067:25, 1076:25, 1082:17, 1082:22, 1084:14, 1084:20, 1085:23, 1086:8, 1086:15, 1101:3, 1101:5, 1101:6, 1101:16, 1102:8
**objection's** [1] - 1068:4
**objections** [1] - 1087:12
**obligated** [2] - 1061:25, 1062:3
**observe** [1] - 1072:11
**observed** [2] - 1037:6, 1089:19
**obtain** [7] - 1053:25, 1054:1, 1055:11, 1058:6, 1058:10, 1069:25, 1090:8
**obtained** [1] - 1058:3
**obtaining** [1] - 1105:6

**October** [7] - 1035:9, 1040:11, 1059:20, 1066:24, 1081:5, 1091:9, 1094:10
**OF** [5] - 1025:1, 1025:2, 1025:8, 1025:15, 1106:13
**offense** [1] - 1054:24
**OFFICE** [1] - 1025:13
**OFFICIAL** [1] - 1106:13
**Official** [1] - 1025:22
**official** [1] - 1106:23
**oil** [1] - 1093:15
**old** [5] - 1056:12, 1056:15, 1057:3, 1057:4, 1083:12
**once** [1] - 1054:15
**one** [38] - 1028:16, 1030:19, 1032:13, 1032:21, 1034:16, 1037:17, 1039:22, 1040:13, 1042:23, 1042:24, 1043:6, 1044:4, 1045:4, 1048:20, 1048:22, 1051:16, 1051:18, 1051:19, 1051:22, 1053:1, 1053:4, 1053:9, 1059:13, 1065:10, 1076:11, 1076:13, 1078:7, 1082:5, 1084:22, 1084:25, 1085:3, 1100:13, 1101:25, 1104:16
**open** [1] - 1087:1
**open-ended** [1] - 1087:1
**operated** [1] - 1063:18
**orally** [1] - 1095:16
**order** [5] - 1105:11, 1105:17, 1105:21, 1105:23, 1106:5
**ordered** [2] - 1054:6, 1054:9
**ORENBERG** [17] - 1025:17, 1025:18, 1027:15, 1028:6, 1029:5, 1029:8, 1029:11, 1029:14, 1030:2, 1046:17, 1048:10, 1049:6, 1049:8, 1050:1, 1052:6, 1052:15, 1052:20
**Orenberg** [2] - 1027:16, 1027:17
**original** [1] - 1058:16
**Orlando** [2] - 1094:18,

1115

1097:5
**otherwise** [1] - 1075:2
**outside** [1] - 1086:24
**overrule** [1] - 1086:15
**overruled** [5] - 1068:4,
1082:24, 1085:5,
1102:13, 1104:15
**own** [3] - 1058:11,
1069:6, 1093:3
**owner** [1] - 1078:22

**P**

**p.m** [2] - 1054:3,
1106:11
**packages** [1] -
1093:17
**Page** [8] - 1060:3,
1074:15, 1075:1,
1080:11, 1080:19,
1081:17, 1090:19,
1091:21
**page** [10] - 1048:21,
1048:22, 1049:1,
1060:9, 1074:14,
1079:23, 1080:9,
1080:24, 1081:15,
1090:23
**PAGE** [1] - 1026:2
**pages** [2] - 1051:4,
1051:5
**paid** [3] - 1042:21,
1075:12
**Palace** [5] - 1072:1,
1075:11, 1084:11,
1085:22, 1099:5
**pale** [1] - 1067:6
**Park** [1] - 1025:18
**part** [7] - 1053:24,
1060:2, 1063:18,
1064:15, 1070:19,
1079:23, 1085:20
**particular** [3] - 1036:4,
1062:3, 1087:19
**particularly** [1] -
1044:15
**PASCHALL** [2] -
1025:12, 1027:10
**Paschall** [1] - 1027:11
**passport** [2] -
1040:19, 1041:8
**past** [1] - 1050:8
**Patrick** [3] - 1081:25,
1082:2, 1082:3
**Pause** [8] - 1043:16,
1046:18, 1052:21,
1052:25, 1091:19,
1099:15, 1099:18,
1104:22
**pause** [1] - 1084:15

**pawn** [5] - 1070:14,
1070:15, 1073:17,
1073:20, 1082:4
**Pawn** [11] - 1071:5,
1071:6, 1071:18,
1073:18, 1074:21,
1075:6, 1075:21,
1076:10, 1076:11,
1079:19, 1081:25
**PC** [1] - 1025:18
**penitentiary** [1] -
1068:10
**Pennsylvania** [1] -
1025:16
**people** [9] - 1028:17,
1064:1, 1066:6,
1083:11, 1083:12,
1083:13, 1089:17,
1093:16
**perfect** [1] - 1073:7
**perhaps** [2] - 1029:22,
1035:7
**permanent** [2] -
1039:17, 1040:9
**permission** [2] -
1052:15, 1052:18
**permit** [3] - 1058:6,
1083:23, 1105:5
**person** [13] - 1050:21,
1051:19, 1051:25,
1066:3, 1066:9,
1066:18, 1067:1,
1067:16, 1068:16,
1069:21, 1072:8,
1092:7, 1105:18
**personally** [1] -
1065:3
**perspective** [1] -
1052:5
**perspectives** [1] -
1087:25
**pertaining** [1] - 1039:8
**phone** [38] - 1028:20,
1047:21, 1047:24,
1048:5, 1048:8,
1048:18, 1049:2,
1049:5, 1049:13,
1049:20, 1072:10,
1072:12, 1072:21,
1072:22, 1072:23,
1072:24, 1075:10,
1078:4, 1082:15,
1084:1, 1084:12,
1085:3, 1085:21,
1088:11, 1088:14,
1090:23, 1091:1,
1091:2, 1091:3,
1091:11, 1091:25,
1095:18, 1095:19,
1095:20, 1097:24,

1099:1
**photo** [5] - 1040:8,
1040:16, 1067:14,
1078:12, 1078:14
**photograph** [8] -
1034:20, 1036:2,
1038:1, 1038:2,
1038:4, 1039:14,
1041:22, 1043:22
**photographs** [2] -
1032:9, 1103:10
**photos** [2] - 1036:24,
1039:25
**pick** [8] - 1073:6,
1075:18, 1075:19,
1092:4, 1092:12,
1092:14, 1092:18,
1102:22
**picked** [2] - 1092:20,
1102:4
**picture** [26] - 1030:18,
1031:4, 1031:5,
1031:6, 1031:16,
1031:17, 1031:19,
1032:2, 1032:5,
1032:7, 1032:21,
1032:23, 1032:25,
1034:16, 1034:19,
1034:22, 1038:15,
1045:23, 1076:3,
1076:19, 1079:5,
1079:7, 1091:10,
1091:12, 1091:16,
1091:22
**pictured** [1] - 1037:2
**pictures** [2] - 1030:19,
1103:14
**piece** [5] - 1044:20,
1045:1, 1053:9,
1065:10, 1067:5
**pierce** [1] - 1100:6
**pistol** [1] - 1058:24
**place** [5] - 1072:24,
1077:25, 1104:2,
1104:5, 1104:24
**Plaintiff** [1] - 1025:3
**plastic** [1] - 1032:11
**play** [2] - 1098:23,
1099:21
**played** [1] - 1099:23
**plea** [5] - 1053:11,
1053:16, 1054:25,
1062:10, 1105:5
**plead** [3] - 1059:23,
1060:19, 1060:23
**pleases** [1] - 1067:23
**podium** [1] - 1027:9
**point** [7] - 1029:22,
1055:15, 1067:4,
1071:19, 1073:5,

1078:11, 1102:22
**police** [2] - 1079:13,
1098:6
**Pompano** [13] -
1075:22, 1076:8,
1076:12, 1076:23,
1077:21, 1077:22,
1077:24, 1078:2,
1078:3, 1078:8,
1078:19, 1079:12
**poor** [1] - 1083:13
**Port** [1] - 1056:10
**Port-au-Prince** [1] -
1056:10
**portion** [10] - 1030:21,
1031:7, 1033:1,
1033:10, 1035:8,
1048:8, 1048:17,
1074:4, 1077:1,
1077:3
**position** [4] - 1053:21,
1053:25, 1054:1,
1087:18
**possession** [2] -
1054:13, 1054:15
**possible** [2] - 1054:23,
1062:17
**Potomac** [2] -
1025:18, 1025:19
**power** [3] - 1103:5,
1103:6, 1103:23
**pregnant** [1] - 1098:15
**prejudicial** [1] -
1087:4
**preliminarily** [1] -
1029:2
**preliminary** [1] -
1027:22
**prep** [2] - 1029:15,
1052:16
**present** [7] - 1027:16,
1050:23, 1052:2,
1072:14, 1084:11,
1099:1, 1099:4
**presenting** [1] -
1106:2
**pressuring** [1] -
1094:1
**pretty** [2] - 1044:17,
1045:25
**prevent** [1] - 1087:3
**previous** [1] - 1032:9
**previously** [1] - 1105:9
**price** [1] - 1043:7
**Prince** [1] - 1056:10
**principle** [1] - 1040:1
**prison** [3] - 1066:23,
1068:8, 1098:4
**problem** [2] - 1028:6,
1052:4

**problems** [1] - 1089:1
**proceed** [2] - 1029:22,
1055:17
**proceeding** [1] -
1060:16
**proceedings** [1] -
1106:18
**process** [1] - 1064:23
**produce** [2] - 1105:25,
1106:5
**produced** [2] - 1105:9,
1105:12
**promises** [1] - 1063:7
**proponent** [1] - 1050:8
**prove** [1] - 1078:11
**provide** [7] - 1047:21,
1053:8, 1053:15,
1054:16, 1055:11,
1103:13, 1103:19
**provided** [7] - 1049:7,
1049:10, 1055:1,
1055:4, 1098:5,
1103:11, 1105:13
**public** [1] - 1073:25
**pull** [2] - 1037:21,
1091:16
**purchase** [8] -
1070:23, 1070:25,
1071:23, 1075:8,
1075:9, 1084:8,
1089:13, 1100:10
**purchased** [6] -
1058:14, 1074:21,
1075:14, 1078:20,
1089:12, 1096:23
**purchases** [2] -
1075:7, 1079:19
**purchasing** [2] -
1082:7, 1100:8
**purpose** [2] - 1072:2,
1087:20
**purposes** [5] -
1060:12, 1060:15,
1087:20, 1105:6,
1106:2
**put** [14] - 1027:24,
1029:15, 1045:18,
1058:16, 1065:2,
1065:12, 1075:2,
1077:9, 1078:4,
1078:7, 1079:8,
1080:18, 1093:6,
1094:21
**puts** [1] - 1087:18

**Q**

**queen** [2] - 1069:3,
1098:10
**questioning** [1] -

1116

1088:1
**questions** [13] - 1035:19, 1045:11, 1046:3, 1049:25, 1050:1, 1061:8, 1063:10, 1083:23, 1086:17, 1087:1, 1097:21, 1102:19, 1105:1
**quickly** [2] - 1029:9, 1054:23
**quite** [2] - 1053:17, 1086:25

## R

**raise** [3] - 1046:23, 1053:2, 1053:5
**raised** [1] - 1046:16
**random** [1] - 1046:1
**RDR** [3] - 1025:22, 1106:15, 1106:22
**read** [9] - 1033:11, 1035:6, 1043:4, 1048:19, 1049:5, 1049:12, 1049:20, 1051:3, 1080:6
**reading** [1] - 1050:7
**reads** [1] - 1039:1
**ready** [1] - 1046:11
**realize** [1] - 1091:24
**really** [3] - 1029:9, 1087:11, 1097:12
**reasons** [1] - 1053:14
**recalled** [2] - 1054:17, 1055:13
**receipt** [5] - 1034:20, 1034:23, 1035:6, 1042:9, 1092:19
**receive** [5] - 1053:10, 1053:12, 1075:16, 1082:8, 1090:11
**received** [1] - 1054:2
**receiver** [1] - 1035:12
**receiving** [1] - 1053:17
**Recess** [1] - 1073:12
**recess** [1] - 1106:10
**recognize** [24] - 1030:18, 1031:5, 1031:16, 1032:5, 1032:7, 1032:23, 1033:17, 1034:19, 1065:22, 1067:14, 1068:20, 1074:5, 1074:16, 1076:2, 1079:3, 1079:10, 1079:24, 1090:24, 1091:23, 1091:24, 1096:1, 1096:16, 1096:19, 1099:25

**recollection** [4] - 1028:20, 1050:8, 1054:18, 1055:6
**record** [18] - 1027:3, 1027:7, 1027:9, 1045:6, 1047:6, 1047:24, 1048:2, 1048:19, 1049:13, 1049:21, 1067:7, 1067:10, 1074:25, 1076:9, 1080:2, 1100:20, 1102:3, 1102:6
**recordation** [1] - 1028:20
**recorded** [2] - 1048:2, 1050:8
**recovered** [6] - 1031:20, 1032:14, 1033:2, 1033:20, 1034:23, 1036:20
**red** [1] - 1038:24
**redact** [2] - 1040:5, 1077:1
**redacted** [2] - 1040:2, 1042:7
**REDIRECT** [1] - 1045:15
**refer** [2] - 1066:5, 1098:8
**reference** [5] - 1048:5, 1050:25, 1051:1, 1051:11, 1090:4
**referenced** [1] - 1099:2
**referring** [6] - 1064:7, 1065:6, 1069:16, 1076:7, 1088:3, 1090:5
**reflect** [4] - 1067:7, 1067:10, 1102:3, 1102:6
**regarding** [1] - 1099:5
**Regine** [1] - 1027:5
**relate** [1] - 1046:1
**related** [1] - 1060:20
**relating** [1] - 1053:5
**relation** [1] - 1059:18
**relationship** [3] - 1098:2, 1098:8, 1099:10
**relatives** [1] - 1063:22
**relax** [2] - 1070:18, 1070:22
**relevant** [7] - 1045:20, 1050:16, 1077:2, 1077:9, 1077:11, 1077:14
**remember** [7] - 1058:25, 1078:21,

1090:13, 1090:14, 1095:14, 1100:19
**remind** [2] - 1030:4, 1073:13
**remotely** [4] - 1026:6, 1027:24, 1028:4, 1028:19
**remove** [3] - 1034:14, 1045:17, 1045:22
**removing** [1] - 1045:24
**repeat** [5] - 1062:13, 1062:14, 1085:1, 1086:16, 1097:6
**rephrase** [5] - 1088:23, 1092:23, 1096:22, 1098:7, 1101:20
**reporter** [1] - 1105:19
**Reporter** [3] - 1025:22, 1025:22, 1106:23
**REPORTER** [1] - 1106:13
**request** [4] - 1040:2, 1051:14, 1105:4, 1105:11
**requesting** [1] - 1050:14
**requests** [1] - 1071:16
**residence** [8] - 1032:15, 1033:3, 1033:20, 1034:24, 1036:21, 1037:7, 1038:16, 1044:9
**resident** [3] - 1039:17, 1040:9, 1041:5
**resides** [1] - 1063:3
**respect** [4] - 1060:24, 1062:2, 1103:17, 1103:21
**response** [3] - 1044:19, 1087:16, 1102:2
**restroom** [1] - 1052:23
**Resumed** [2] - 1026:3, 1030:9
**retrieve** [1] - 1052:17
**retrieved** [2] - 1079:6, 1094:21
**returned** [1] - 1094:10
**revealed** [1] - 1051:16
**rice** [1] - 1093:15
**rifle** [4] - 1032:8, 1032:10, 1032:24, 1033:1
**rifles** [1] - 1032:13
**right-hand** [4] - 1040:8, 1078:5, 1078:6, 1078:12

**rod** [2] - 1065:8, 1065:9
**role** [2] - 1067:21, 1099:6
**room** [4] - 1029:15, 1029:17, 1037:9, 1052:16
**Room** [10] - 1025:23, 1030:22, 1031:8, 1031:20, 1032:15, 1033:3, 1033:20, 1034:21, 1034:24, 1106:24
**rooms** [1] - 1037:12
**Rue** [2] - 1056:9, 1056:11
**Rule** [1] - 1048:9
**rules** [1] - 1050:7
**run** [3] - 1029:24, 1052:16, 1089:1

## S

**sacrifices** [3] - 1083:6, 1083:9, 1083:10
**safety** [1] - 1103:19
**San** [16] - 1047:22, 1064:8, 1064:17, 1064:25, 1065:3, 1065:13, 1065:16, 1065:23, 1086:6, 1086:7, 1088:18, 1089:15, 1089:16, 1090:4, 1090:5, 1090:9, 1090:10
**saw** [10] - 1045:23, 1066:16, 1066:19, 1066:20, 1082:4, 1096:15, 1096:16, 1096:20, 1096:21
**school** [1] - 1057:5
**schooling** [2] - 1057:7, 1057:11
**scope** [1] - 1087:3
**screen** [3] - 1034:4, 1046:14, 1060:6
**screenshot** [1] - 1076:1
**seal** [1] - 1053:13
**search** [10] - 1030:20, 1032:14, 1033:2, 1034:21, 1034:23, 1038:15, 1043:10, 1044:3, 1044:4, 1045:17
**searched** [6] - 1030:22, 1031:8, 1044:6, 1044:12, 1045:24, 1054:4
**searching** [1] -

1031:21
**seat** [1] - 1030:5
**second** [5] - 1029:13, 1042:23, 1058:5, 1076:19, 1080:23
**secondhand** [1] - 1093:15
**Section** [1] - 1074:1
**security** [5] - 1058:9, 1058:12, 1069:14, 1098:5, 1103:19
**see** [24] - 1036:9, 1036:15, 1038:1, 1038:20, 1039:14, 1039:17, 1040:16, 1041:1, 1041:5, 1041:8, 1041:22, 1043:22, 1052:16, 1059:9, 1059:10, 1060:6, 1066:15, 1067:1, 1072:13, 1076:14, 1096:13, 1096:14, 1096:24, 1106:8
**seek** [2] - 1042:7, 1058:8
**SEIFERT** [125] - 1025:12, 1027:25, 1028:9, 1029:1, 1029:3, 1046:9, 1047:3, 1048:7, 1048:14, 1048:17, 1048:22, 1049:1, 1049:4, 1049:7, 1049:10, 1049:15, 1049:25, 1050:6, 1050:11, 1050:19, 1051:5, 1051:18, 1051:21, 1051:24, 1052:3, 1052:10, 1052:14, 1054:2, 1054:7, 1055:1, 1055:3, 1055:5, 1055:21, 1059:25, 1060:5, 1060:11, 1060:16, 1061:21, 1065:19, 1065:24, 1067:7, 1067:11, 1067:18, 1068:2, 1068:9, 1069:7, 1070:19, 1073:4, 1073:7, 1073:11, 1073:16, 1073:24, 1074:3, 1074:12, 1074:23, 1075:1, 1075:4, 1075:23, 1076:9, 1076:18, 1076:22, 1076:24, 1077:3, 1077:8, 1077:13, 1077:16,

1077:17, 1078:10, 1078:16, 1078:18, 1078:25, 1079:9, 1079:16, 1080:2, 1080:8, 1080:17, 1080:23, 1081:8, 1081:16, 1081:23, 1082:25, 1083:7, 1083:22, 1084:16, 1084:25, 1085:8, 1085:11, 1085:15, 1086:1, 1086:4, 1086:20, 1086:25, 1088:9, 1088:13, 1089:3, 1089:6, 1089:8, 1090:17, 1091:5, 1091:13, 1091:20, 1092:22, 1095:22, 1096:6, 1096:9, 1097:8, 1097:15, 1098:20, 1099:14, 1099:16, 1099:20, 1099:24, 1100:22, 1102:3, 1102:24, 1104:25, 1105:4, 1105:8, 1105:14, 1105:17, 1105:20, 1105:22, 1105:25, 1106:5, 1106:7

**Seifert** [5] - 1027:12, 1073:3, 1073:15, 1097:11, 1102:21

**Seifert)**.................

..........**1047** [1] - 1026:6

**Seifert)**.................

..........**1055** [1] - 1026:8

**senators** [1] - 1100:6

**send** [13] - 1093:1, 1093:14, 1094:4, 1094:5, 1094:6, 1095:1, 1095:6, 1095:7, 1095:10, 1095:13, 1095:14, 1097:5

**sender** [2] - 1035:11, 1035:12

**sent** [36] - 1028:1, 1028:11, 1040:3, 1061:2, 1061:6, 1061:9, 1061:11, 1061:18, 1062:17, 1069:13, 1069:24, 1070:3, 1070:6, 1071:25, 1072:2, 1078:3, 1082:1, 1082:11, 1084:6, 1084:7, 1089:13,

1090:12, 1091:10, 1091:25, 1092:2, 1092:4, 1092:5, 1092:6, 1093:9, 1093:17, 1093:19, 1094:3, 1095:1, 1095:15, 1095:17, 1103:14

**separately** [1] - 1088:15

**September** [2] - 1047:18, 1081:20

**serial** [7] - 1033:10, 1033:13, 1033:25, 1034:2, 1034:3, 1059:1

**series** [2] - 1063:10, 1097:21

**serve** [1] - 1062:21

**services** [1] - 1063:4

**set** [4] - 1028:23, 1051:8, 1051:9, 1073:8

**setting** [1] - 1028:24

**several** [2] - 1041:10, 1080:10

**ship** [3] - 1093:11, 1093:19, 1093:22

**shipped** [1] - 1093:8

**shipping** [4] - 1042:2, 1042:9, 1042:10, 1093:13

**Shirley** [6] - 1082:10, 1084:6, 1090:12, 1092:6, 1092:8

**shirt** [1] - 1067:6

**shirtless** [1] - 1064:12

**shoot** [1] - 1072:19

**shop** [10] - 1070:14, 1070:15, 1073:18, 1073:20, 1075:12, 1075:17, 1075:20, 1076:7, 1078:19, 1082:4

**Shop** [2] - 1071:5, 1071:18

**shops** [1] - 1075:21

**show** [10] - 1030:15, 1034:17, 1037:23, 1038:1, 1038:4, 1039:10, 1059:25, 1067:11, 1091:12, 1099:16

**showing** [3] - 1032:4, 1034:18, 1074:4

**shown** [16] - 1036:3, 1065:19, 1065:21, 1067:12, 1068:18, 1073:24, 1075:23, 1078:25, 1081:1,

1090:17, 1095:22, 1095:23, 1095:25, 1096:6, 1098:20, 1098:22

**shows** [1] - 1042:9

**shush** [1] - 1102:15

**side** [12] - 1040:9, 1040:10, 1040:13, 1077:4, 1077:7, 1078:5, 1078:6, 1078:11, 1078:12, 1078:15, 1087:21, 1090:22

**signal** [1] - 1029:23

**signature** [12] - 1060:8, 1074:16, 1074:18, 1074:19, 1074:20, 1080:14, 1080:15, 1081:3, 1081:4, 1081:5, 1081:18, 1081:19

**signatures** [1] - 1060:8

**signed** [3] - 1055:2, 1062:10, 1078:23

**similar** [1] - 1038:13

**simply** [1] - 1071:12

**single** [1] - 1102:4

**sister's** [4] - 1094:20, 1094:23, 1096:12, 1096:25

**sisters** [1] - 1057:16

**sit** [1] - 1048:4

**sitting** [1] - 1065:17

**size** [1] - 1044:16

**slept** [1] - 1098:4

**Slide** [10] - 1037:25, 1039:11, 1040:22, 1040:24, 1041:20, 1043:19, 1098:21, 1098:24, 1099:16, 1099:22

**small** [2] - 1083:12, 1093:10

**social** [1] - 1063:17

**sold** [1] - 1070:14

**soldiers** [1] - 1065:5

**someone** [7] - 1029:19, 1065:4, 1066:1, 1072:21, 1084:23, 1090:6, 1095:4

**sometimes** [2] - 1059:7, 1075:18

**somewhat** [2] - 1043:4, 1097:9

**son** [1] - 1098:13

**sorry** [21] - 1029:8, 1030:16, 1040:23, 1049:8, 1049:15,

1053:3, 1058:22, 1060:16, 1061:21, 1070:19, 1073:4, 1076:18, 1080:10, 1083:7, 1084:18, 1090:8, 1092:17, 1095:24, 1096:13, 1102:11, 1102:16

**sort** [2] - 1029:23, 1088:7

**sound** [1] - 1102:5

**south** [1] - 1076:1

**Special** [9] - 1028:3, 1028:13, 1028:18, 1029:7, 1030:4, 1030:12, 1046:4, 1047:4, 1050:3

**special** [3] - 1046:9, 1046:20, 1047:8

**SPECIAL** [4] - 1026:3, 1026:6, 1030:9, 1047:1

**specific** [2] - 1088:3, 1103:24

**specifically** [7] - 1033:3, 1034:24, 1039:8, 1084:2, 1089:14, 1093:22, 1104:16

**speculation** [1] - 1067:25

**speculative** [2] - 1102:10, 1102:12

**spell** [1] - 1047:6

**spelled** [1] - 1056:1

**squad** [4] - 1047:12, 1047:13, 1047:17

**St** [41] - 1032:14, 1033:3, 1033:20, 1034:24, 1035:13, 1038:21, 1039:8, 1039:19, 1050:23, 1052:1, 1052:11, 1053:8, 1053:11, 1054:16, 1055:12, 1055:22, 1055:25, 1056:1, 1060:19, 1066:1, 1066:23, 1068:11, 1073:17, 1074:4, 1074:16, 1076:2, 1079:24, 1080:14, 1080:21, 1081:13, 1081:24, 1083:14, 1086:16, 1089:9, 1090:23, 1091:23, 1096:1, 1097:18, 1099:25, 1102:18, 1105:5

**ST** [3] - 1026:7, 1055:19, 1056:2

**start** [4] - 1028:9, 1030:14, 1071:19, 1090:18

**starting** [1] - 1027:8

**state** [4] - 1027:9, 1057:1, 1068:2, 1103:5

**statement** [4] - 1054:24, 1055:7, 1079:14, 1083:17

**statements** [2] - 1054:19, 1097:21

**STATES** [3] - 1025:1, 1025:2, 1025:9

**states** [1] - 1050:7

**States** [12] - 1025:12, 1027:3, 1027:11, 1056:12, 1062:8, 1062:11, 1063:2, 1063:5, 1104:7, 1104:9, 1104:13, 1106:23

**static** [1] - 1049:18

**status** [7] - 1050:22, 1051:8, 1051:17, 1051:19, 1051:25, 1062:7

**stay** [7] - 1059:11, 1059:12, 1062:11, 1063:1, 1063:5, 1091:20, 1104:18

**stenographic** [1] - 1106:17

**step** [1] - 1046:7

**still** [6] - 1030:5, 1054:8, 1055:10, 1057:13, 1073:14, 1077:14

**stop** [1] - 1099:24

**stopped** [1] - 1094:14

**store** [9] - 1076:15, 1076:20, 1076:21, 1076:23, 1077:6, 1078:7, 1078:8, 1078:22, 1097:3

**straight** [1] - 1048:20

**stranger** [1] - 1070:2

**Street** [2] - 1025:13, 1070:13

**stricken** [2] - 1083:20, 1097:17

**strike** [5] - 1083:16, 1083:18, 1090:9, 1097:10

**stuff** [4] - 1093:9, 1093:14, 1094:3, 1095:9

**substantially** [2] - 1033:22, 1044:18

**sufficient** [1] -

1086:13
**sufficiently** [1] - 1086:14
**suit** [1] - 1067:6
**suitcase** [1] - 1036:12
**surprise** [2] - 1028:8
**sustain** [1] - 1087:12
**sustained** [1] - 1082:18
**Sworn** [2] - 1047:1, 1055:19
**sworn** [2] - 1027:6, 1046:25

## T

**team** [1] - 1044:4
**telephonic** [1] - 1051:9
**terms** [1] - 1037:17
**testified** [4] - 1036:20, 1047:19, 1077:12, 1082:25
**testify** [4] - 1028:3, 1028:15, 1028:19, 1061:25
**testifying** [2] - 1054:10, 1085:17
**testimony** [5] - 1028:14, 1053:11, 1053:16, 1055:18, 1062:2
**THE** [155] - 1025:1, 1025:1, 1025:9, 1025:18, 1027:2, 1027:13, 1027:17, 1027:21, 1028:8, 1028:22, 1028:24, 1029:2, 1029:4, 1029:6, 1029:10, 1029:13, 1029:25, 1030:3, 1030:6, 1030:7, 1031:2, 1031:14, 1032:1, 1032:20, 1033:8, 1033:12, 1034:9, 1034:12, 1035:4, 1035:18, 1035:20, 1038:17, 1039:12, 1039:23, 1040:6, 1041:15, 1045:6, 1045:9, 1045:13, 1046:4, 1046:6, 1046:7, 1046:11, 1046:12, 1046:15, 1046:19, 1046:22, 1046:23, 1048:11, 1048:16, 1048:20, 1048:24, 1049:3, 1049:18, 1050:2, 1050:4, 1050:10,

1050:18, 1051:3, 1051:13, 1051:20, 1051:22, 1051:25, 1052:4, 1052:7, 1052:8, 1052:12, 1052:13, 1052:18, 1052:24, 1053:3, 1053:6, 1054:6, 1054:24, 1055:2, 1055:4, 1055:9, 1055:17, 1058:23, 1060:14, 1061:23, 1062:12, 1067:10, 1068:3, 1070:5, 1070:21, 1073:3, 1073:5, 1073:8, 1073:13, 1074:25, 1075:2, 1077:4, 1077:11, 1077:15, 1078:13, 1078:17, 1082:18, 1082:21, 1082:24, 1083:8, 1083:18, 1083:21, 1084:18, 1084:22, 1085:1, 1085:5, 1085:9, 1085:13, 1085:16, 1085:17, 1085:19, 1086:2, 1086:3, 1086:9, 1086:13, 1086:17, 1086:22, 1087:16, 1087:24, 1088:12, 1088:24, 1089:4, 1091:18, 1094:13, 1095:11, 1096:8, 1097:6, 1097:11, 1097:16, 1099:19, 1100:20, 1101:4, 1101:7, 1101:10, 1101:18, 1102:6, 1102:9, 1102:11, 1102:13, 1102:17, 1102:21, 1103:1, 1104:15, 1104:21, 1105:2, 1105:7, 1105:10, 1105:16, 1105:18, 1105:21, 1105:23, 1106:4, 1106:6, 1106:8
**themselves** [1] - 1103:6
**therefore** [3] - 1053:20, 1070:6, 1094:1
**thoroughly** [1] - 1045:24
**threats** [1] - 1103:8
**three** [3] - 1071:3, 1071:17, 1082:4
**Thursday** [2] - 1025:4,

1028:4
**ticket** [1] - 1040:16
**tickets** [1] - 1041:10
**today** [7] - 1028:14, 1048:4, 1054:9, 1054:14, 1056:18, 1061:25, 1067:2
**took** [11] - 1030:19, 1071:9, 1072:24, 1075:15, 1076:6, 1076:15, 1097:1, 1097:4, 1097:20
**top** [1] - 1042:9
**topics** [6] - 1082:20, 1083:3, 1084:12, 1084:25, 1085:3, 1087:13
**total** [1] - 1070:2
**totals** [1] - 1042:20
**Toup** [1] - 1065:23
**towards** [1] - 1101:15
**traitors** [1] - 1083:12
**transaction** [1] - 1035:9
**TRANSCRIPT** [1] - 1025:8
**transcript** [11] - 1053:10, 1053:12, 1053:16, 1054:3, 1054:5, 1105:5, 1105:6, 1105:11, 1105:12, 1106:17, 1106:18
**transfer** [3] - 1099:7, 1099:8, 1100:11
**transfers** [1] - 1084:2
**translated** [1] - 1056:23
**translation** [1] - 1058:22
**travel** [1] - 1059:5
**TRIAL** [1] - 1025:8
**trial** [1] - 1052:16
**Tropical** [1] - 1092:10
**true** [2] - 1106:16, 1106:18
**trusting** [1] - 1097:11
**try** [2] - 1049:20, 1087:12
**trying** [2] - 1054:8, 1087:3
**Tuesday** [4] - 1028:2, 1028:11, 1054:3, 1054:11
**Tunis** [72] - 1068:12, 1068:23, 1068:24, 1069:9, 1069:21, 1070:11, 1070:25, 1071:8, 1071:10, 1071:15, 1071:20,

1071:23, 1072:3, 1072:11, 1072:24, 1072:25, 1073:23, 1074:9, 1075:10, 1075:13, 1075:15, 1076:6, 1076:15, 1076:20, 1079:6, 1079:15, 1080:5, 1082:1, 1082:8, 1082:9, 1082:11, 1082:14, 1083:15, 1083:24, 1084:1, 1084:7, 1088:15, 1088:19, 1089:9, 1089:11, 1089:14, 1089:23, 1090:1, 1090:11, 1092:4, 1092:11, 1092:13, 1092:20, 1092:23, 1092:24, 1093:4, 1093:19, 1093:21, 1093:23, 1094:10, 1095:1, 1095:19, 1096:20, 1097:22, 1098:1, 1098:8, 1098:11, 1098:16, 1099:2, 1099:6, 1099:9, 1100:3, 1100:11, 1100:15, 1102:15, 1102:16, 1103:14
**Tunis's** [5] - 1072:9, 1072:23, 1094:22, 1096:12, 1096:24
**turn** [4] - 1056:15, 1072:12, 1085:14, 1103:4
**turned** [1] - 1070:13
**turning** [1] - 1094:15
**two** [11] - 1036:3, 1039:17, 1041:5, 1042:2, 1059:13, 1060:8, 1065:5, 1071:3, 1071:17, 1082:4, 1097:24
**type** [6] - 1036:12, 1045:2, 1057:25, 1058:18, 1078:19, 1078:21
**types** [2] - 1063:24, 1093:13

## U

**U.S** [12] - 1025:13, 1025:15, 1025:23, 1035:15, 1056:14, 1057:1, 1057:7, 1059:3, 1062:5, 1064:23, 1064:24, 1104:17

**unable** [1] - 1098:15
**under** [9] - 1030:5, 1041:24, 1046:2, 1048:8, 1053:13, 1061:24, 1073:14, 1084:7
**Union** [6] - 1034:20, 1092:1, 1092:9, 1092:10, 1092:14, 1092:19
**UNITED** [3] - 1025:1, 1025:2, 1025:9
**United** [12] - 1025:12, 1027:3, 1027:11, 1056:12, 1062:8, 1062:11, 1063:2, 1063:5, 1104:7, 1104:9, 1104:13, 1106:23
**unknown** [1] - 1104:11
**unlock** [1] - 1029:19
**unlocked** [1] - 1052:17
**unseal** [2] - 1060:11, 1105:11
**unsealed** [4] - 1060:14, 1105:6, 1105:12, 1106:2
**unwrapped** [1] - 1032:8
**unzoom** [1] - 1091:6
**up** [38] - 1028:24, 1029:19, 1030:15, 1032:24, 1033:16, 1035:8, 1037:22, 1043:18, 1046:13, 1050:24, 1051:11, 1051:13, 1052:9, 1052:13, 1054:21, 1054:22, 1056:16, 1061:21, 1075:19, 1077:10, 1077:13, 1077:15, 1078:11, 1080:18, 1086:22, 1087:11, 1088:17, 1088:19, 1088:22, 1091:12, 1092:4, 1092:12, 1092:14, 1092:18, 1092:20, 1102:4, 1103:1
**updated** [1] - 1028:12

## V

**VA** [1] - 1025:21
**value** [1] - 1045:19
**variety** [4] - 1027:14, 1036:21, 1039:14, 1053:13
**various** [1] - 1037:6
**vehicles** [1] - 1100:7

**verbal** [2] - 1044:19, 1102:2
**via** [4] - 1082:1, 1082:10, 1084:6, 1095:14
**video** [4] - 1098:23, 1099:21, 1099:24, 1100:1
**Video** [1] - 1099:23
**visit** [2] - 1059:4, 1098:14
**visited** [1] - 1059:6
**visits** [1] - 1059:12
**voice** [2] - 1094:3, 1094:4
**voicemail** [1] - 1094:5
**Vophsie** [1] - 1027:5
**vs** [1] - 1025:4

## W

**wait** [5] - 1029:13, 1056:22, 1075:17, 1101:4, 1102:9
**waiting** [4] - 1043:17, 1052:8, 1084:22
**Walder** [11] - 1032:14, 1033:2, 1034:23, 1035:12, 1038:21, 1039:8, 1039:19, 1052:11, 1053:8, 1053:11, 1055:25
**WALDER** [3] - 1026:7, 1055:19, 1056:1
**walk** [1] - 1052:19
**warrant** [1] - 1045:21
**Washington** [4] - 1025:14, 1025:16, 1025:24, 1106:25
**watching** [1] - 1095:20
**weapon** [11] - 1036:7, 1058:11, 1058:12, 1058:13, 1058:14, 1071:14, 1078:20, 1078:21, 1079:11, 1100:4, 1100:8
**weapons** [27] - 1036:19, 1058:7, 1058:9, 1060:20, 1060:21, 1070:23, 1070:25, 1071:11, 1071:24, 1074:21, 1076:6, 1076:16, 1079:6, 1089:12, 1089:13, 1093:4, 1094:1, 1096:20, 1096:21, 1096:22, 1096:23, 1096:24, 1097:3, 1097:19, 1097:20, 1099:5

**wearing** [3] - 1058:9, 1067:5, 1067:6
**Wednesday** [1] - 1028:2
**week** [2] - 1053:19, 1059:13
**weeks** [1] - 1059:13
**welcome** [1] - 1073:13, 1086:3
**Western** [6] - 1034:20, 1092:1, 1092:9, 1092:10, 1092:14, 1092:19
**WhatsApp** [1] - 1095:15
**wheel** [1] - 1064:11
**whereas** [1] - 1088:5
**whispered** [1] - 1101:4
**whole** [2] - 1085:8, 1091:6
**Wilson** [1] - 1025:20
**winked** [4] - 1101:24, 1101:25, 1102:1
**winking** [1] - 1102:14
**WITNESS** [5] - 1026:2, 1030:6, 1046:6, 1046:22, 1050:4
**witness** [33] - 1027:24, 1028:2, 1029:15, 1034:17, 1038:14, 1045:12, 1046:15, 1046:25, 1052:9, 1053:5, 1054:10, 1054:19, 1059:25, 1065:20, 1068:18, 1073:14, 1073:24, 1075:24, 1078:25, 1087:1, 1087:13, 1087:14, 1088:10, 1090:18, 1095:23, 1096:6, 1096:9, 1098:21, 1098:24, 1102:4, 1105:1
**witnesses** [1] - 1028:12
**works** [3] - 1072:25, 1075:11, 1090:6
**worried** [1] - 1089:2
**Wrangler** [1] - 1069:11
**wrapped** [1] - 1031:17
**wrapping** [1] - 1032:11, 1036:16
**write** [3] - 1074:9, 1080:5, 1082:6
**writing** [1] - 1095:18
**written** [2] - 1095:16, 1105:23
**wrote** [2] - 1074:8, 1074:10

## Y

**year** [2] - 1059:5, 1090:14
**years** [6] - 1047:16, 1047:17, 1056:7, 1056:15, 1057:4, 1061:6
**yesterday** [2] - 1049:7, 1054:4
**Yonyon** [24] - 1066:7, 1067:1, 1067:17, 1069:3, 1069:19, 1071:25, 1079:12, 1082:10, 1082:15, 1084:7, 1084:10, 1085:22, 1088:16, 1089:16, 1089:17, 1089:19, 1089:23, 1090:1, 1093:24, 1094:1, 1094:8, 1098:13, 1099:4, 1100:10
**yourself** [4] - 1047:5, 1055:24, 1097:24, 1102:7

## Z

**zeroing** [1] - 1042:5
**zeros** [1] - 1075:2
**zoom** [10] - 1033:9, 1074:1, 1074:12, 1074:15, 1079:22, 1080:12, 1090:20, 1090:21, 1091:7, 1091:22
**Zoom** [2] - 1028:15, 1046:20