```
1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        CR No. 21-0699-01 (JDB)
4              Plaintiff,

5         vs.                          Washington, D.C.
                                       January 25, 2024
6    JOLY GERMINE,                     1:50 p.m.

7              Defendant.             Pages 1120 through 1226
     _____

8

9                         P.M. SESSION
                 TRANSCRIPT OF THE BENCH TRIAL
10          BEFORE THE HONORABLE JOHN D. BATES
                 UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For the Government:

14          KAREN P. SEIFERT, AUSA
            KIMBERLY L. PASCHALL, AUSA
15          U.S. Attorney's Office
            601 D Street NW
16          Washington, DC 20530

17          BEAUDRE D. BARNES, ESQ
            U.S. Department of Justice
18          950 Pennsylvania Avenue NW
            Washington, DC 20530

19
     For the Defendant:
20
            ALLEN HOWARD ORENBERG, ESQ.
21          The Orenberg Law Firm, PC
            12505 Park Potomac Avenue
22          6th Floor
            Potomac, MD 20854
23

24

25
```

```
1   (APPEARANCES CONTINUED:)

2
            ELITA AMATO, ESQ.
3           2111 Wilson Boulevard
            Suite 8th Floor
4           Arlington, VA 22201

5
    Court Reporter:
6
            Stacy Johns, RPR
7           Official Court Reporter

8           Proceedings recorded by mechanical stenography,
            transcript produced by computer-aided transcription
9

10

11                              INDEX

12
    GOVERNMENT WITNESS                                  PAGE
13
    WALDER ST. LOUIS
14
        Direct Examination By Ms. Seifert (Continued)   1122
15
        Cross-Examination By Ms. Amato                  1124
16
        Redirect Examination By Ms. Seifert            1190
17

18                            EXHIBITS

19  GOVERNMENT EXHIBITS                                ADMIT

20  302.01                                             1197

21  991                                                1124

22

23

24

25
```

**P R O C E E D I N G S**

1
2    THE COURT:  Are we ready for the witness?

3    MS. SEIFERT:  Yes, Your Honor.

4    THE COURT:  Good afternoon, Mr. St. Louis.  I remind

5    you, you're still under oath.

6    MS. SEIFERT:  With the Court's permission, and the

7    defense has already consented to this request --

8    THE COURT:  She needs a headset.

9    MS. SEIFERT:  With the Court's permission and defense

10   has already consented, I'd like to reopen my examination and

11   ask three or four additional questions.

12   THE COURT:  Certainly.

13   MS. SEIFERT:  Thank you.

14                DIRECT EXAMINATION (Continued)

15   BY MS. SEIFERT:

16   Q.  Mr. St. Louis, if I display for the witness and the gallery

17   what's been admitted as 140, Page 184.

18      This is -- excuse me, 140, Page 184 is --

19      MS. SEIFERT:  If we could -- it's hard to see on my

20   screen, so if we could zoom in a little bit, Mr. Casillas.

21   BY MS. SEIFERT:

22   Q.  -- is a text message from Eliande Tunis with a picture.

23   The message says it's sent on October 16th, 2021, at 7:25 a.m.

24   And then a second text message sent from Eliande Tunis the same

25   day at 3:39 p.m. with the words "go inside."

St. Louis - DIRECT

1    Do you see that on your screen?

2  A.  Yes.

3  Q.  I'm sorry.  Are you familiar --

4  A.  Yes.

5  Q.  Are you familiar with this message?

6  A.  This seems to be the Pompano address.

7  Q.  You said the Pompano address?

8  A.  Yes, the one that has the business card.  It doesn't show

9  well.  If it did, then I would be able to.

10        MS. SEIFERT:  I'm sorry, I can't hear the translator.

11  Could you repeat, please.

12        THE WITNESS:  The picture that has the cards, if I

13  could see it, I could confirm it.  But it doesn't show well, so

14  I can't read it.

15  BY MS. SEIFERT:

16  Q.  Let's go to the next slide, which is 185.  This is a

17  closer-up view on the right-hand side of page 185 of the same

18  image.  Do you see that?

19  A.  Yes.  That is the address located at Pompano.

20  Q.  When you say the address located in Pompano, what type of

21  place are you referring to?

22  A.  This is the address where she had purchased the weapon, the

23  weapon that could destroy other vehicles.

24  Q.  Let me clarify.  You mentioned that in your prior testimony

25  earlier today, you mentioned that you went to two different

St. Louis - CROSS

1    shops, Lucky Pawn and a second shop.  Is this one of those two

2    shops?

3    A.  Yes, this is the one for the Pompano, and the other is for

4    the Lucky, which is located in Miami.

5         MS. SEIFERT:  For the record, the picture on the page

6    states that the address of the shop, the second shop is 31

7    South Federal Highway, Deerfield Beach, Florida, 33441.

8         And with that, Your Honor, I would move to admit

9    Exhibit 981 in its entirety.

10        THE COURT:  Let me see what 981 is.

11        All right, any objection?

12        All right, the entire Exhibit 991 -- you said 981?

13        MS. SEIFERT:  Oh, 991.  Thank you.

14        THE COURT:  991 is admitted.

15     (Government Exhibit 991 received in evidence.)

16        MS. SEIFERT:  No other questions for this witness.

17        THE COURT:  Ms. Amato.

18        MS. AMATO:  Thank you, Your Honor.

19        THE WITNESS:  Thank you.

20                       CROSS-EXAMINATION

21    BY MS. AMATO:

22    Q.  Hello.

23    A.  Hello.

24    Q.  Mr. St. Louis, I'm going to ask you some questions about

25    forms that you filled out.

St. Louis - CROSS

1    A.  Yes.

2    Q.  And I'm going to show you Government's Exhibit 302.05.

3         THE COURT:  It's in evidence.

4    BY MS. AMATO:

5    Q.  And you've been asked already some questions about this

6    form, correct?

7    A.  Yes.

8    Q.  And this is a form in which there's two weapons that are

9    listed here, correct?

10   A.  Yes.

11   Q.  The Jimenez and a Colt, correct?

12   A.  Yes.

13   Q.  And you informed us that you filled out the section 9 with

14   your name and your address, correct?

15   A.  Yes.

16   Q.  And you also informed us that on section 22, you signed

17   this form on March 13th of 2021?

18   A.  Yes.

19   Q.  And you signed this form --

20        MS. AMATO:  The Court's indulgence.

21   BY MS. AMATO:

22   Q.  You signed this form.  It says -- your signature is in box

23   number 30, correct, where it says "buyer's signature"?

24   A.  Yes.

25   Q.  And by signing this form, you certify that your responses

St. Louis - CROSS

1    in this form are true, complete -- true, correct and complete,

2    correct?

3    A.  Yes.

4    Q.  Now, this form had various questions for you to answer,

5    correct, before purchasing of the weapon?

6    A.  Yes.

7    Q.  And specifically, this form had you answer either yes or no

8    as to whether you were the actual buyer of the firearm,

9    correct?

10   A.  Yes.

11   Q.  And this form gave you a warning that if you are not the

12   actual buyer, if you are acquiring the firearm -- that you are

13   not the actual buyer if you are acquiring the firearm on behalf

14   of someone else, correct?

15   A.  Yes.

16   Q.  And you agreed, you put down that you were the one who was

17   buying this firearm for yourself?

18   A.  Yes.

19   Q.  But today you told us that you didn't buy these firearms,

20   these two firearms for yourself.  You're claiming that you

21   bought them for someone else?

22   A.  Yes.

23   Q.  So when you filled this form out and you signed that you

24   were signing this with truthful information, that was not

25   correct?

St. Louis - CROSS

1    A.  Yes, that is what the lady had showed me.

2    Q.  That you lied, actually, on this form?

3    A.  Yes, I did, but I don't know English.  And that's where the

4    problem lies.

5    Q.  So this was not the first time that you had seen this form?

6    A.  Yes.

7    Q.  Correct?  You had seen this form before, correct?

8    A.  Yes.

9    Q.  Because you had gone and purchased a firearm back in 2017

10   before you made this purchase in March of 2021?

11   A.  Yes, somebody had filled it for me.

12   Q.  Right.  But what you went to buy the weapon in 2017 -- and

13   I'm going to show you Government's Exhibit 302.01.  This was

14   the form that you filled out and you signed --

15          MS. AMATO:  Oops.  Not yet, no.

16   BY MS. AMATO:

17   Q.  -- on July 23rd of 2017, and I'm showing you now

18   Government's Exhibit 302.01.

19   A.  Yes.

20   Q.  You signed this form, correct?

21   A.  I'm the one who signed it, but somebody else filled it for

22   me.

23   Q.  But the time that you bought this weapon, you were trying

24   to get a security clearance -- well, strike that.

25          You were trying to get a job as a security officer,

St. Louis - CROSS

1    correct?

2    A.    Yes.

3    Q.    And prior to purchasing -- making the purchase of this

4    weapon in 2017, you had obtained various licenses so that you

5    could carry a firearm, correct?

6    A.    Yes.  I had the carry license.

7    Q.    So you had a license that you had filled out and obtained

8    to carry a weapon, a concealed weapon, correct?

9    A.    Yes.

10   Q.    You had filled out and provided a weapon so that you could

11   be -- excuse me, a license to carry a weapon as a security

12   guard, correct?

13   A.    Yes.

14   Q.    And you had a third license that you had also obtained in

15   terms of being able to have a weapon, correct?

16   A.    Yes.

17   Q.    And so you filled out the forms for those, correct?

18   A.    Yes.

19   Q.    And this was when you were living in Florida, correct?

20   A.    Yes.

21   Q.    And this was so that you could get a job as a security

22   guard?

23   A.    Yes.

24   Q.    And you wanted this firearm in 2017 so that you would be

25   able to work as a security guard with a weapon, correct?

St. Louis - CROSS

1   A.  Yes.

2   Q.  And so when you purchased this weapon, you wanted to make

3   sure that you were doing everything the way you were supposed

4   to do it correctly to obtain this weapon?

5   A.  Yes.

6   Q.  You didn't want to do anything that might jeopardize your

7   job as a security guard, correct?

8   A.  Yes.

9   Q.  So even if you didn't fill out -- even if you had someone

10  else helping you fill out portions of this form, you wanted to

11  make sure it was done correctly?

12  A.  Yes.

13  Q.  And so by the time that you filled out the form some five

14  years later in 2019 in March, you already were familiar with

15  this form?

16          MS. SEIFERT:  Objection.  Can counsel clarify the

17  date?

18          THE COURT:  The date is a little off.

19  BY MS. AMATO:

20  Q.  I'm sorry, in March of 2021, when you filled out the form,

21  you had already been familiar with this form?

22  A.  I was familiar with the form, but I do not read English.

23  Q.  Right.  But you were familiar with the form because someone

24  had informed you of what the form said?

25  A.  They didn't tell me anything.  They only told me --

St. Louis - CROSS

1    instructed me on what to put on the form.

2    Q.   So in 2017 when you bought the weapon to work as a security

3    guard, you didn't have someone explain to you what you were

4    marking in the boxes?

5    A.   The person who helped me fill out the form did not tell me,

6    just told me what to put here and there but did not read the

7    form to me.

8    Q.   Okay.  But you agreed to sign the form?

9    A.   He told me to sign it.

10   Q.   Now, sir, you say that you don't speak English?

11   A.   Yes.

12   Q.   And you're claiming that you don't read English?

13   A.   Yes.

14   Q.   And yet, you were able to get a license to carry a weapon?

15   A.   Yes.

16   Q.   And you were able to fill out a form to carry a weapon as a

17   security guard?

18   A.   The form for the security guard, I was not the one filling

19   out.  There was a lady who filled it out for me.

20   Q.   Where was that done?

21   A.   That's the place where the licenses are issued.

22   Q.   So you spoke to that individual, that female, correct?

23   A.   Yes, a lady.  Are we talking about the conceal carry

24   license?

25            MS. AMATO:  Say that again, the what?

St. Louis - CROSS

1              THE WITNESS:  Are we talking about the conceal carry

2    license, correct?

3    BY MS. AMATO:

4    Q.  I was talking about the form for you to carry a firearm as

5    a security guard.

6    A.  Yes.  It was a lady who helped me.

7    Q.  Okay.  And that was at the location where you were trying

8    to -- what location was that at?

9    A.  The location where I went to fill out the permit for the

10   conceal carry was at 125 Northeast.  I don't remember the full

11   address.

12   Q.  And that was in Florida, correct?

13   A.  Yes.

14   Q.  And this woman didn't know you?

15   A.  She did not know me.  She works at the location.

16   Q.  And you did not know her either?

17   A.  No.

18   Q.  So for her to fill out the form, she needed to ask you

19   questions?

20   A.  She asked a few questions, and after that I paid her.

21   Q.  And you had to answer her questions?

22   A.  The questions were not that many that she had asked me.

23   The test was like one of those lotto tickets that you have to

24   scratch.

25   Q.  So you had to actually do a test?

St. Louis - CROSS

1   A.   Yes.

2   Q.   And the test, you did that separate and after she asked you

3   questions?

4   A.   Yes.  This was a gentleman who was in the military.  Before

5   they give you a license, they have to talk with you.

6   Q.   Was this test oral, or was this test written?

7   A.   He talks to you -- he taught me how to manipulate weapons,

8   and also he took me to a shooting range.

9   Q.   And so this discussion was in English, correct?

10  A.   There was a Haitian lady who was present.

11  Q.   And you were required, though, to fill out the test, right?

12  The test was a written test?

13  A.   If you're talking about the license test, it was the lady,

14  the Haitian lady who did it.

15  Q.   I'm talking about the security guard test.  Did you take a

16  security guard test?

17  A.   It was the same lady.  She's the one who filled out

18  everything.

19  Q.   So when you took the test, you're saying that she filled

20  out your answers for you?

21  A.   Yes.

22  Q.   And you asked her to explain to you what was on the forms,

23  correct?

24  A.   She gave me very limited explanation, and then she

25  accompanied me to the shooting range where the gentleman had

St. Louis - CROSS

1  told me to go.

2  Q.  And you learned from getting all of these licenses that you

3  would not -- that there were certain rules that were required

4  for you to be able to carry a weapon, correct?

5  A.  Yes.

6  Q.  And you knew that also to purchase a weapon that, first of

7  all, having this license would help you purchase weapons,

8  correct?

9  A.  Yes.

10  Q.  And you knew that you could not purchase license -- you

11  could not purchase weapons to give to other -- you couldn't

12  purchase weapons on behalf of other people?

13  A.  No, I did not know.  I was unaware because I don't read

14  English, so I did not know.

15  Q.  You're saying in getting all of these licenses, no one ever

16  told you anything about that?

17        MS. SEIFERT:  Objection, hearsay.

18        THE COURT:  Depends on what the answer is.  You may

19  answer.

20        THE WITNESS:  Can you please repeat the question?

21  BY MS. AMATO:

22  Q.  The question was, so in getting all of these licenses,

23  these three licenses, no one explained this to you?

24  A.  They had helped me.

25        MS. AMATO:  They had what?  I'm sorry.

St. Louis - CROSS

1              INTREPRETER:  Helped me.

2    BY MS. AMATO:

3    Q.  Right, but they also explained to you rules about

4    possession of weapons, correct?

5    A.  They had explained it to me that you could not shoot

6    somebody or do anything you wanted with it.  That's what they

7    told me.

8    Q.  But you knew that you need to get licenses to have a

9    weapon, correct?

10   A.  Yes.  This is a country of laws.  You cannot carry weapons

11   without having the authority to carry it.

12   Q.  Exactly.  And you cannot also purchase weapons on behalf of

13   someone else.

14              MS. SEIFERT:  Objection, Your Honor.

15              MS. AMATO:  It's cross.

16              MS. SEIFERT:  Is it a question or a statement or

17   testifying?

18              MS. AMATO:  It's a question.

19              THE COURT:  The lawyer giving testimony.  Ask a

20   question.  Ask it in the form of a question.

21   BY MS. AMATO:

22   Q.  And you knew, did you not, that you could not purchase

23   weapons on behalf of someone else?

24   A.  I didn't know very well about that because I didn't read

25   English, and that's where the problem is.

St. Louis - CROSS

1  Q.  But you know that it's on this form?

2  A.  I cannot lie because I could not read the form.  It was the

3  person who was filling out the form for me was telling me this

4  is where you put this, this, this is where you put it.

5  Q.  So, sir, on this very first form, Government's 302.01,

6  which you signed in 2017, on A, there's a check in the yes and

7  an X in the no.  Do you see that?

8  A.  Yes, that's what I was instructed to do.

9  Q.  Now, on the subsequent form -- let me ask you this, sir.

10  Sir, you said you came to the United States when you were about

11  18, 19-years-old?

12  A.  Yes.

13  Q.  And you are now 35-years-old, correct?

14  A.  Yes.

15  Q.  So you've been in the United States some 16, 17 years,

16  correct?

17  A.  Nineteen in the U.S.

18  Q.  Correct.  You arrived here when -- I think you said right

19  before your 19th birthday, correct?

20  A.  Yes.  I entered the United States on August 5th, 2008.

21  Q.  And you were almost 19-years-old, correct?

22  A.  Yes.

23  Q.  And when you first came to the United States, you went to

24  learn English, correct?

25  A.  Yes.

St. Louis - CROSS

1  Q.  And you went to a place called Lindsey Hopkins Technical

2  College, correct?

3  A.  Yes, Lindsey.

4  Q.  And you learned English while you were there to some

5  degree, correct?

6  A.  I couldn't learn English well.

7  Q.  Well, they tried to teach you how to read, correct?

8  A.  They have tried, but every time I would forget.

9          MS. AMATO:  You what?  You did not forget?

10          THE INTREPRETER:  I would forget what I was taught.

11  BY MS. AMATO:

12  Q.  I'd like to show you Government's Exhibit 302.08.

13          THE COURT:  It's in evidence.

14  BY MS. AMATO:

15  Q.  302.08, Government's Exhibit 302.08.

16          THE INTERPRETER:  Your Honor, may the interpreter make

17  a correction to the record?  Your Honor?  May the

18  interpreter --

19          THE COURT:  I'm sorry, when you have that in front of

20  you, I can't hear you as well.

21          THE INTERPRETER:  May I make a correction to the

22  record, Your Honor?

23          THE COURT:  Okay.

24          THE INTERPRETER:  When he was filling out the form the

25  defendant said, I felt as though I was blind and someone was

St. Louis - CROSS

1    telling me what to do, what to write on the forms.

2              MS. SEIFERT:  The witness said that?

3              THE INTERPRETER:  Yes.

4              MS. SEIFERT:  I believe she said the defendant.  I

5    just wanted to clarify.

6              THE INTERPRETER:  The witness.  Thank you, Counsel.

7              MS. AMATO:  I'm sorry, the witness said what?  If you

8    could repeat that.

9              THE INTERPRETER:  Yeah.  It's like, as though I was

10   blind, but someone was telling me what to write on the forms.

11             THE COURT REPORTER:  When to write?

12             THE COURT:  Say it again so the court reporter can

13   hear you.

14             THE INTERPRETER:  It was like, as though I was blind

15   and someone was telling me what to write on the forms.

16   BY MS. AMATO:

17   Q.  Government's Exhibit 302.08, this was for the purchase of

18   a -- it says a Radom weapon?

19   A.  Yes, but I don't know the name of the weapons.  The lady

20   was having me purchase them, but I don't know.

21   Q.  But again, we see your information here, correct?

22   A.  Yes, what is on top is not my information.

23   Q.  Right.  But where it says your name and information, you

24   wrote that in here, correct?

25   A.  Yes.

St. Louis - CROSS

1    Q.  And you filled out this form, correct?

2    A.  They instructed me how to do it.

3    Q.  And you signed it, correct?

4    A.  And they told me sign it there.

5    Q.  And you signed it to affirm that what you were signing, the

6    information was true and correct?

7    A.  Yes, that's what I was told.

8    Q.  Well, you know that when you sign something, you're signing

9    to agree to something, correct?

10   A.  They told me to sign, yes, but they told me it was nothing.

11   Q.  And you signed it?

12   A.  Yes.

13   Q.  And then the same thing happened that you signed, and that

14   was for April that you signed in October, correct?

15   A.  I don't see the form, but yes.

16   Q.  You see your name, again, that you wrote in here?

17   A.  Yes.  That's the way I wrote my name, but the box on top is

18   the pawnshop owner who wrote them.  And they instructed me what

19   to write.

20   Q.  And the person that you said was filling out this form, was

21   that the individual that worked at the store?

22   A.  It was Tunis, along with Patrick, that instructed me on how

23   to fill out the form.

24   Q.  That was not my question.  The question was, the individual

25   who wrote this section that I'm circling here, that was the

St. Louis - CROSS

1    employee of the store?

2    A.  Yes, these are the individuals inside the pawnshop who

3    wrote that information.

4    Q.  And that individual -- then, after that individual wrote

5    this, that's when the individual provided this to you to fill

6    out, correct?

7    A.  After they filled out this section, Tunis told me this is

8    where and what you should put there.

9    Q.  And the individual, the employee was -- the employee asked

10   you questions about the form, correct?

11   A.  Asked me questions, didn't tell me anything.

12   Q.  Did the employee see you fill out the form?

13   A.  It's the employee who filled out all those forms, and I'm

14   the one that signed in the signature box.

15   Q.  But the question was, the employee observed you fill out

16   the form, correct?

17   A.  It is the employee who filled out the section and after

18   that, I signed.

19   Q.  Again, on this form on 21A, you had put down yes for the

20   answer to 21A, correct?

21   A.  Yes, I did, but I don't read.  And I don't understand

22   anything that was written there.

23   Q.  All right.  Now, sir, you never worked as a security guard,

24   did you?

25   A.  Every time I tried to get a security job, it didn't work

St. Louis - CROSS

1   out because some of them didn't pay enough.  But I was looking

2   for a job.

3   Q.  So you never gave back your security -- your license to

4   carry a weapon as a security guard, did you?

5   A.  I still had it.  You cannot return it.  It's yours.  You

6   cannot just return it.

7   Q.  Now, you told us that after you had purchased the weapons,

8   Tunis -- you would give the weapons to Tunis, correct?

9   A.  Yes.

10  Q.  But when you found out that the FBI had spoken to Tunis and

11  had actually stopped her and she spoke to them, you went back

12  to get the weapons from her, correct?

13  A.  Even before the FBI had stopped Tunis, I was ready to take

14  the weapons.  And then after it happened, and I went and got

15  the weapons.

16  Q.  Well, sir, that is not -- do you recall being interviewed

17  by law enforcement when you were arrested in this case,

18  correct?

19  A.  Yes.

20  Q.  And they asked you questions about -- they asked you

21  questions about you were going to pick up the weapons, correct?

22  A.  Yes, I had taken the weapons from Tunis's place, and I took

23  them to my place.

24           MS. AMATO:  The Court's indulgence.

25           THE COURT:  Certainly.

St. Louis - CROSS

1   BY MS. AMATO:

2   Q.  Now, when you spoke with law enforcement, they asked you

3   about your having gone to pick up the weapons from her

4   location.  Do you remember that?

5   A.  Yes, I remember that.  But way before they arrested me, I

6   had picken up the guns.

7   Q.  Well, you never did pick up the guns until after you found

8   out that the FBI had reached out to Tunis, correct?

9   A.  I mean, Tunis is really stubborn.  I asked her to go -- I

10  told her that I was going to go pick up the guns, and she

11  didn't want to.  It wasn't until after the FBI started talking

12  to her, she instructed me to go pick them up.

13  Q.  And you picked them up because you knew at that point that

14  law enforcement were aware of her, correct?

15  A.  Yes, I knew.

16  Q.  And you knew that they were investigating her, correct?

17  A.  Yes.

18  Q.  And you knew that the weapons that were in your name were

19  at her place, correct?

20  A.  Yes, I picked them up.

21  Q.  And so you picked them up because you didn't want law

22  enforcement to find the weapons, correct?

23  A.  Yes, and way before that I told her.  But she didn't want

24  to, and she said she was going to kill every single member of

25  my family.

St. Louis - CROSS

1  Q.  Now, let's get to that in a bit.

2      Today you informed us that you admitted that you purchased

3  weapons prior to October of 2021, correct?

4  A.  Before October 2021, are you referring to the guns from

5  2017?

6  Q.  No, I'm not talking about the 2017 gun.  Today you informed

7  us, you admitted that you purchased weapons as early as March

8  of 2021, you're saying on behalf of Tunis?

9  A.  Yes, I did buy guns.  I went to Lucky Pawn four times and

10  one time in Pompano, which makes it five times.  Lucky Pawn

11  four times; Pompano Beach, once.

12  Q.  When you were arrested and you spoke with law enforcement,

13  you told them you began purchasing weapons only in October,

14  correct?

15  A.  Well, I don't remember the dates, but I do remember going

16  to Lucky Pawn four times to buy guns with Tunis.  Tunis was

17  talking on the phone with Yonyon and the guy who works at the

18  National Palace.

19  Q.  The question is, when you were speaking with law

20  enforcement when you were arrested, you didn't say anything to

21  them about the weapons that were purchased in April of 2021,

22  correct?

23  A.  The same weapons that I picked up from Tunis's house,

24  they're the same weapons.  Is that what you're talking about?

25  Q.  Sir, you told them that you only made purchases in October

St. Louis - CROSS

1    of 2021 when you spoke with law enforcement, correct?

2    A.  I bought guns in October, but I don't remember the date.

3    Q.  Now, today you said that you received $3,000 from, I think

4    it was Jean, John?  Shirley Jean?  John?

5    A.  Yes, that's correct.

6    Q.  Well, when you spoke with law enforcement, you told them

7    that you had only received a thousand dollars?

8    A.  Yes, I did say that.  But you know, I was under a lot of

9    pressure.  I must have forgotten.

10   Q.  Well, you were trying to minimize --

11            MS. SEIFERT:  Objection, argumentative.

12            THE COURT:  Rephrase it.

13   BY MS. AMATO:

14   Q.  Sir, were you trying to minimize your involvement?

15   A.  No, there's no way you could have done that because

16   everything is online.  I just forgot.

17   Q.  Well, sir, one thing is to say you would agree that you

18   received some money, another thing is to provide a specific

19   amount, correct?

20            MS. SEIFERT:  Objection, argumentative.

21            THE COURT:  Let's -- I'm going to give you a little

22   bit of latitude, but let's ask a question without the

23   argumentative aspect.

24   BY MS. AMATO:

25   Q.  Sir, you didn't tell them you received some money, did you,

St. Louis - CROSS

1   just some money?

2   A.  When I spoke to the FBI, I told them that I received

3   $1,000.  I forgot about the $3,000.  You know, I was arrested,

4   and I was under a lot of pressure.

5   Q.  But, sir, here today we heard you say you received one

6   amount of money, correct?

7   A.  Yes, Tunis sent me to pick up $2,000.  She was with me, and

8   I handed over the money to her.

9   Q.  So it wasn't like you received $1,000 one time and $3,000

10  another time, correct?

11  A.  Tunis got the $1,000 and brought it over to Patrick.

12  Q.  All right.  And so she got the $1,000.  You didn't get it,

13  correct?

14  A.  Well, I had it.  She took it from me and gave it to

15  Patrick.

16  Q.  And then how long after she -- you got the $1,000 -- did

17  you get the $3,000?

18  A.  Two weeks almost.

19  Q.  And so you remembered the first amount of money, which was

20  farther in time from the time you spoke to law enforcement,

21  that's correct?

22  A.  I simply forgot the $3,000.  She sent other money as well

23  via Western Union when I did not want to pick it up -- so

24  sorry, MoneyGram, MoneyGram.

25  Q.  But you did pick up the $3,000?

St. Louis - CROSS

1    A.  I went to pick it up from Western Union, and I gave it to

2    Tunis.  I picked it up and gave it to her right then and there.

3    Q.  And you told us that she wanted you to pick up another

4    amount of money, correct, $2,500?

5    A.  Yes.

6    Q.  But you told her, no, I'm not doing that?

7    A.  Yes, I told her I am not going to pick up any money under

8    my name.  I'm not going to do that.

9    Q.  Now, you told us that Eliande had her own gang, correct?

10   A.  Yes.

11   Q.  That was a gang with Koleg?

12   A.  She has taken over Michaud, the National Route, and the

13   road that takes you to the Dominican Republic.

14   Q.  Did Koleg work for the gang that she was working for --

15   that she took over, excuse me?

16   A.  Yes, Koleg is still working for her, and she was an ally of

17   the 400 Mawozo.

18   Q.  And she took over this other gang back in the beginning of

19   2021?

20   A.  Yes, the gang was already there.  As a matter of fact,

21   they've kidnapped a lot of people.  They've killed people.

22   They've also killed babies.

23   Q.  So the gang that you said she was in charge of, this is the

24   gang we're talking about, right?

25   A.  Yes, the gang is still in existence.  It was not

St. Louis - CROSS

1  dismantled, and she's still in charge of the gang.

2  Q.  And her gang is called what?

3  A.  Well, I know the name of Koleg, but I also know that she is

4  an ally of the 400 Mawozo.

5  Q.  Okay.  So what is the name of her gang?

6  A.  I'm not going to lie to you, because I do not know the

7  name.

8  Q.  And so my question to you is, she took over as the head of

9  the gang in the beginning of 2021; is that correct?

10  A.  The gang was already in existence.

11  Q.  Right.  But I'm asking you when she, when Eliande Tunis

12  took over this gang.

13  A.  The gang was always working for her.  They were kidnapping

14  people, and the gang has now evolved.

15  Q.  Did she start this gang, the gang that she's in charge of?

16          MS. SEIFERT:  Objection, hearsay and outside of the

17  scope.

18          THE COURT:  Just a second.

19          MS. AMATO:  If you know.

20          THE COURT:  I don't think it's outside the scope

21  because the scope has employed this already.  Ask the question

22  again.

23  BY MS. AMATO:

24  Q.  So if you know, did she start this gang that she is in

25  charge of?

St. Louis - CROSS

1          THE COURT:  The objection is overruled.  You may

2   answer.

3          THE WITNESS:  When the gang was created alongside the

4   400 Mawozo and this gang is an ally of the 400 Mawozos.

5   BY MS. AMATO:

6   Q.  Right.  So my question is did -- you said -- well, do you

7   know if she began the gang, if she started the gang as the

8   leader?  Did she create the gang, if you know?

9   A.  Yes, she told me.  She told me she is the queen.  Her

10  husband is a king, and the gang is hers.

11  Q.  And you said Koleg is her cousin, correct?

12  A.  200 percent, yes.

13         MS. AMATO:  I'm sorry, what was the first part?

14         INTREPRETER:  200 percent, yes.

15  BY MS. AMATO:

16  Q.  And so he would do favors -- if you know, he would do

17  favors for her on her behalf, correct?

18  A.  (In Haitian-Creole.)

19         MS. AMATO:  Your Honor, I'm going to strike the

20  answer.

21  BY MS. AMATO:

22  Q.  This question is -- I'm not asking you what he did for her,

23  the question is, if you know, did he do favors for her, yes or

24  no?

25  A.  Yes, a lot of things.

1          MS. AMATO:  Now, I'd like the play, if the Government

2     can assist me in this, play Government's Exhibit 140, slide 98

3     with the audio, please.

4          (Audio played.)

5          MS. AMATO:  Can you stop it?

6     BY MS. AMATO:

7     Q.  You recognize who's in this video, correct?

8     A.  It looks like Jocelyn, but the weapon belongs to Jocelyn.

9     Q.  And you weren't with him here, were you?  Were you present

10    with him?

11    A.  No.  I had not yet met him, and I believe they bought this

12    weapon for 16- or $17,000.

13         MS. AMATO:  Your Honor, I'd ask that the second part

14    of the answer be stricken.  The question was relative to

15    whether or not this witness was with him at that point when

16    this video took place.

17         THE COURT:  We can strike the second half of the

18    answer if that's what you want to do.  It's stricken.

19    BY MS. AMATO:

20    Q.  Now, sir, you said that you had met Yonyon back in 2015; is

21    that correct?  Did I hear you say that correctly?

22    A.  Yes.

23    Q.  And that was in Haiti, correct?

24    A.  Yes.

25    Q.  And you had already moved to the United States at that

St. Louis - CROSS

```
1    point, correct?
2    A.   Yes -- yeah.
3    Q.   But you would go back to Haiti, correct, to visit?
4    A.   Yes.  I visited every year.
5    Q.   And you have -- and that's because your wife lived in
6    Haiti?
7    A.   Yes.
8    Q.   And so after 2015, the next time you saw the person you've
9    identified as Yonyon was here at the courthouse, correct?
10   A.   Yes.
11   Q.   And that was in February, you said of 2022?
12   A.   Yes.
13   Q.   You saw him in the courtroom, correct?
14   A.   In this very same court.
15   Q.   And then afterwards you saw him in the cellblock, correct?
16   A.   Yes.
17   Q.   And he said to you that you were fat?
18   A.   Yes.
19   Q.   And he said that to you, were you behind this courtroom or
20   were you somewhere else?
21   A.   While I was in the cellblock downstairs.
22   Q.   So it was you in the cellblock, and he was also in the same
23   cell block?
24   A.   No.  We were not in the same cell.
25   Q.   And so you were in a cell.  Was he in a cell?
```

St. Louis - CROSS

1  A.  He was in a cell by himself.  I was in a cell by myself.

2  Q.  And this was, you said downstairs in this courthouse,

3  correct?

4  A.  Downstairs.

5  Q.  Okay.  And so downstairs, there were marshals in the

6  cellblock area, correct?

7  A.  Yes.

8  Q.  And was Tunis also in the vicinity?  Could you see her as

9  well?

10  A.  I did not see Tunis.  I don't know if she was on the other

11  side.  I didn't see Tunis.

12  Q.  Now, sir, you signed a plea agreement in this case,

13  correct?

14  A.  Yes.

15  Q.  And I'd like to show you Government's Exhibit --

16          MS. AMATO:  I'm not quite sure what it is.  1200.

17          THE COURT:  1200.

18          MS. AMATO:  No, no.

19          MS. SEIFERT:  960.

20  BY MS. AMATO:

21  Q.  I'd like to show you Government's Exhibit 960.

22          THE COURT:  Thank you because 1200 was off my chart.

23  It is not in evidence.

24          MS. AMATO:  Okay.  Well, I'd like to move it into

25  evidence then, well, just the plea agreement, not the Statement

St. Louis - CROSS

1    of Facts.

2         THE COURT:  I'm assuming that 960 is just the plea

3    agreement, not the Statement of Facts.

4         MS. SEIFERT:  It has both, okay.

5         MS. AMATO:  Then I will break it up, and I believe

6    Defense Exhibit 9, I believe I'm up to.

7         THE COURT:  So you're making Defense Exhibit 9.

8         MS. AMATO:  Correct.

9         THE COURT:  Part of 960 of the Government's, and it is

10   just the plea agreement, not the Statement of Facts?

11        MS. AMATO:  Correct, Your Honor.

12        MS. SEIFERT:  Objection.  What is the basis for which

13   this document is being brought in?  It's hearsay.

14        MS. AMATO:  Well, I mean it -- it's his plea

15   agreement.

16        MS. SEIFERT:  It's still hearsay.  I agree if he

17   testifies inconsistently, then a portion of it can be moved in,

18   but I don't see a basis at this time to move it into evidence.

19        MS. AMATO:  All right, well.  Your Honor, may I

20   inquire of the witness?  May I inquire with this witness about

21   this document?

22        THE COURT:  Sure.  We don't have to have it in

23   evidence to ask some questions.

24        MS. AMATO:  Okay.  I'm going to mark this as Defense

25   Exhibit No. 9.

St. Louis - CROSS

1   BY MS. AMATO:

2   Q.  All right.  Mr. St. Louis, I'm going to take you to the

3   last page of the plea agreement.

4           THE COURT:  So you're showing it to the --

5           MS. AMATO:  Yes, I'd like to show it to the witness.

6   Okay.  The Government is helping me here.

7           MS. SEIFERT:  Oh, sorry.

8           MS. AMATO:  It's okay.  Actually, I don't have a

9   signed agreement.  It's not very clear on the ELMO, but we can

10  try.

11  BY MS. AMATO:

12  Q.  Sir, I'd like to show you this document.  I'm showing you

13  page 1 of Defense Exhibit 9.  Do you recognize this document?

14  A.  I recognize it, but I do not read English.

15  Q.  My question is, do you recognize this document?

16  A.  Yeah, I think that's my document.

17  Q.  Okay.  Your plea agreement, correct?

18  A.  Yes.

19  Q.  You see your attorney's name on the top of this document,

20  correct?

21  A.  Yes.

22  Q.  And you see your name on this document as well, correct?

23  A.  Yes.

24  Q.  And your case number, correct?

25          MS. SEIFERT:  Your Honor, that is not in evidence.  I

St. Louis - CROSS

1    have no objection to counsel asking about what he knows is in

2    the document.  But we're now testifying about the document

3    through the questioning.

4            THE COURT:  He's not done much testimony about the

5    document.  And if I recall correctly, you asked him --

6            MS. AMATO:  All right.

7            THE COURT:  Just a minute.

8            MS. AMATO:  Sorry.

9            THE COURT:  -- minimal questions about the document,

10   including referring him to the last page of the document.

11   BY MS. AMATO:

12   Q.   Sir, you signed this document, correct?

13   A.   Yes.

14   Q.   That's your signature, correct?

15   A.   Yes.  The top signature is mine, yes.

16   Q.   Correct.  And the bottom signature is your attorney's?

17   A.   Yes.

18   Q.   And you signed this plea agreement after having reviewed it

19   with your attorney, correct?

20   A.   Yes.

21   Q.   And does your attorney speak Creole?

22   A.   No.

23   Q.   So did your attorney have this document translated for you?

24   A.   No, there was someone present who interpreted it.

25   Q.   I'm sorry, there was or there was -- wasn't?

St. Louis - CROSS

1              INTREPRETER:  There was someone present who
2      interpreted it.
3      BY MS. AMATO:
4      Q.  So the actual document itself wasn't translated into Creole
5      for you to read, there was an interpreter who read the document
6      to you in Creole, correct?
7      A.  Yes, correct.
8      Q.  And so before signing this agreement, you understood the
9      agreement that you signed, correct?
10     A.  Yeah.  My lawyer explained it to me.
11     Q.  And your lawyer used the interpreter to explain it to you
12     in Creole, or did your lawyer speak in English to you?
13              THE COURT:  I'm not sure I understand the question.
14     It's spoken in English but also use --
15              MS. AMATO:  Yeah, I thought of that after I asked the
16     question.
17     BY MS. AMATO:
18     Q.  Did your lawyer use an interpreter to explain the plea
19     agreement to you?
20     A.  Yes, definitely.
21     Q.  Okay.  And so you understood that you were signing an
22     agreement to cooperate, correct?
23     A.  Yes, they read it to me, but you know, someone interpreted
24     it, but by now everything is gone from my memory.
25     Q.  So before you signed it, you understood the document,

St. Louis - CROSS

1    correct?

2    A.  Well, my lawyer explained it to me.  As you are aware, this

3    is my first time being arrested.  I did not understand

4    anything.  My lawyer explained it, and then I just forgot

5    everything else after that.

6    Q.  As you sit here today, you don't remember what's in your

7    plea agreement?

8           INTREPRETER:  The Court's indulgence.

9           THE WITNESS:  You know, if someone is interpreting for

10   me -- no, correction.  If someone is interpreting for me, I

11   will understand everything, but I also have mental health

12   issues.

13   BY MS. AMATO:

14   Q.  You have mental health issues?

15   A.  Yes.

16   Q.  And what are your mental health issues?

17   A.  I have mental health issues for which I am on medication.

18   I am a crazy person.

19   Q.  You are a crazy person, you said?

20   A.  Yes.

21   Q.  And in 2021, were you on medication or not?

22   A.  Well, I was taking medication, or if you prefer traditional

23   medicine because whenever you seek, they will give you this

24   type of medication.

25   Q.  So you were taking homeopathic -- are you taking

St. Louis - CROSS

1    homeopathic medications now?

2    A.  At the jail you were not given homeopathic medicines.

3    However, they prescribe you between 500 and 600 milligrams in

4    pills.  You are not given traditional medicine in prison.

5    Q.  What is the medication that you are being given now?

6    A.  I am on several different medications, so I don't know

7    which one you are referring to.

8    Q.  Which medications are you on now?

9    A.  I am currently on medication for my head, for cancer, for

10   my heart, and for hernia.

11   Q.  And you don't know the names of the medications; is that

12   what you're saying?

13   A.  They are not going to give you the name of the medications.

14   The hospital has them, and I don't have them.

15   Q.  And no one has told you what the names of the medications

16   are?

17   A.  Well, the one that I'm currently taking for me head is

18   called Seroquel.

19        INTREPRETER:  The interpreter is not sure how to spell

20   that.

21        THE WITNESS:  I am also taking one for my throat, and

22   I don't know the name of it.

23   BY MS. AMATO:

24   Q.  So when you were on homeopathic medication, did this affect

25   your memory?

St. Louis - CROSS

1    A.  Yeah.  As a matter of fact, when I was on traditional
2    medicine, it helped me.
3    Q.  So traditional medicine helped you, but the medicine you're
4    on now does not help you.  Is that what you're saying?
5    A.  Well, they helped but -- no, well, they do help.  But they
6    don't help as much as the others.
7    Q.  So as you sit here today, you're saying your memory is not
8    so good?
9    A.  Well, I have issues in my head.  I will retain what I need
10   to retain.  I'm not going to forget everything.
11   Q.  So your plea agreement, of course, is an important
12   document, isn't it?
13   A.  Yes.
14   Q.  And it -- this document has an effect on your current case,
15   correct?
16   A.  Yes.
17   Q.  And you know that you signed this document; you agreed to
18   cooperate with the Government, correct?
19   A.  I don't know.
20          MS. AMATO:  Well, Your Honor, at this time I would
21   move Defense Exhibit 9 into evidence.
22          MS. SEIFERT:  The whole agreement?
23          MS. AMATO:  No, Defense Exhibit 9 is the -- just so
24   we're clear, is the plea agreement.
25          THE COURT:  That's what Ms. Seifert said, the whole

1    agreement.

2            MS. SEIFERT:  I'm not sure we impeached the witness

3    yet.  I think you can refresh the witness using the plea

4    agreement, no objection to that.  If she wants to move in a

5    certain portion that she thinks she has impeached on, I'd ask

6    counsel to identify what portion is.

7            THE COURT:  The problem with refreshing the witness

8    with the agreement is we don't have a version that's in Creole,

9    do we?

10            MS. SEIFERT:  That's correct, Your Honor.

11            THE WITNESS:  Yes.

12            INTREPRETER:  Mr. St. Louis said yes, not realizing

13    everything is being interpreted for him.

14            MS. SEIFERT:  The Government doesn't object to counsel

15    reading the portion of the plea agreement in reference to

16    cooperation and putting it on the ELMO so it can be

17    transmitted.

18            THE COURT:  Let's do that.

19    BY MS. AMATO:

20    Q.  All right, sir, going back to page 1 marked as Defense

21    Exhibit 9.  You already identified this as your plea agreement,

22    correct?

23    A.  Yes.

24    Q.  And in your plea agreement on page 6, you agree to

25    cooperate with the prosecution, correct?

St. Louis - CROSS

1    A.  I don't know.

2    Q.  So I'm going to read to you, number 9 says cooperation.

3    Your client agrees to cooperate with the offices.  Do you

4    disagree that that is part of your plea agreement?

5    A.  I simply signed it, but I did not read it.

6    Q.  I see.  We know you didn't read it, but didn't you tell us

7    that your attorney, through an interpreter, read it to you?

8    A.  Yes.  He used an interpreter, yes.

9    Q.  Okay.

10   A.  It's a lot.

11   Q.  It is a lot.  It's a large document, but before you signed

12   it, you told us that you understood it, correct?

13   A.  Yes.  Yes.

14   Q.  Are you changing that testimony now?  Are you saying that

15   you did not understand what you signed?

16   A.  That is not what I am saying.

17   Q.  So when you signed this agreement, you understood that you

18   were supposed -- that you agreed to cooperate with the

19   prosecution, correct?

20   A.  Yes.  The person was interpreting, interpreted, but there

21   are some things that I do not remember.

22   Q.  Right, but you would agree with me that when you signed

23   this, you agreed to cooperate with the prosecution.  That's my

24   question, yes or no?

25   A.  Yes.

St. Louis - CROSS

1  Q.  And you did that because you were hoping that by

2  cooperating with the prosecution, that they will speak on your

3  behalf at sentencing?

4  A.  Could you please repeat the question?

5          MS. AMATO:  Okay.

6  BY MS. AMATO:

7  Q.  You agreed to cooperate with the prosecutor because the

8  plea agreement also provided a provision that explained that if

9  they believe that you have provided them substantial

10  assistance, that they would file a departure motion on your

11  behalf, which would permit you to ask for a lower sentence than

12  the guideline range?

13  A.  I mean, this is the judge's decision.

14  Q.  I'm going to show you page 13, and the top of page 13,

15  which was translated to you as part of the plea agreement,

16  correct?

17  A.  Yes, they interpreted it.  I could not remember -- there

18  are some things I can no longer remember.

19  Q.  And you're trying to read it now as you're looking upon the

20  screen, aren't you?

21  A.  I cannot read it.  Someone will have to read it for me.

22  Q.  But you're trying to read it.  You're looking at it, and

23  you're saying words in your mouth?

24          MS. SEIFERT:  Objection, Your Honor.

25          MS. AMATO:  All right.  So I will move on.

St. Louis - CROSS

```
1              THE COURT:  I'm not sure what the objection really
2    was.  If that's what he was doing, there's nothing wrong with
3    asking him if that's what he was doing.
4              MS. SEIFERT:  Asked and answered.
5    BY MS. AMATO:
6    Q.  All right, sir.  Paragraph No. 17 of the plea agreement
7    that had been translated for you says "Government's
8    obligations."  Do you see that on the top of the page?
9    A.  Yes, I see it.
10   Q.  And there are certain obligations you understood when this
11   document was translated to you that the Government was agreeing
12   to certain obligations to you?
13   A.  Yes.
14   Q.  And you understood when you signed this plea agreement that
15   the plea agreement stated that the Government will bring to the
16   Court's attention at the time of the sentencing the nature and
17   extent of your client's cooperation or lack of cooperation?
18   A.  Well, I'm going to say it again, this is the judge's
19   decision.  I don't know.
20   Q.  So it's the judge that decides if the prosecution should --
21             MS. AMATO:  I'm going to strike that.
22   BY MS. AMATO:
23   Q.  Sir, are you disputing that your plea agreement says that
24   the Government has obligations?
25   A.  I didn't say that.
```

St. Louis - CROSS

1  Q.  So again, I will read to you that what was interpreted --

2  well, the plea agreement which you signed, which you told us

3  you did after you understood the agreement, has a sentence here

4  that reads:  The Government will bring to the Court's attention

5  at the time of sentencing the nature and extent of your

6  client's cooperation or lack of cooperation, correct?

7  A.  Yes.

8  Q.  And the plea agreement which you understood when you signed

9  it states that -- that the United States attorney's office for

10 the District of Columbia will evaluate the full nature and

11 extent of your client's cooperation to determine whether your

12 client has provided substantial assistance in this

13 investigation or prosecution of another person who has

14 committed an offense.

15     And you understood that, correct, when this was interpreted

16 to you?

17 A.  Yes.  Yes, but some of it I forgot.

18 Q.  Okay, and that's fine.  That's why we're going over it now.

19     And so you understand that the prosecution is agreeing to

20 oblige themselves to inform the judge if they believe you have

21 provided them substantial assistance?

22 A.  Yes.

23 Q.  And you are hoping that by being here today and helping the

24 prosecution, that they will file their motion to the judge,

25 informing the judge that you provided them substantial

St. Louis - CROSS

1   assistance?

2   A.  Yes.

3   Q.  Now, sir, you're not only hoping that the prosecution will

4   file a motion to the judge so that you will get less jail time,

5   but you're also hoping that they will assist you with your

6   immigration situation, correct?

7   A.  Yes, but it's only the immigration judge who can decide.

8   Q.  Right, but --

9           THE COURT:  All right.  We've got to take an afternoon

10  break.  Maybe before we get into immigration we'll take an

11  afternoon break.

12          MS. AMATO:  That's fine.

13          THE COURT:  So let's resume at 3:30.  Thank you.

14      (A recess was taken at 3:18 p.m.)

15          THE COURT:  Welcome back, everyone.  Mr. St. Louis, I

16  remind you you're still under oath.  Ms. Amato.

17          MS. AMATO:  Thank you.

18  BY MS. AMATO:

19  Q.  Mr. St. Louis, on direct examination you had told us the

20  Government can do a lot for your family.  Do you remember that

21  testimony?

22  A.  Would you remind repeating the question again?

23  Q.  Okay.  On direct examination you told us that the

24  Government can do a lot for my family.  Do you remember that?

25  A.  I don't remember saying that.

St. Louis - CROSS

1  Q.  So you don't remember saying that as you sit here right
2  now?
3  A.  I believe I may have said so, but I forgot.
4  Q.  That is because you believe the Government can do a lot for
5  your family, correct?
6  A.  I know the Government can do things, but I don't believe I
7  said it that way.
8  Q.  So you're changing your testimony now?
9        MS. SEIFERT:  Objection, Your Honor, characterization
10  of the witness's testimony.
11        THE COURT:  Objection is sustained.  You have to ask a
12  different question.
13  BY MS. AMATO:
14  Q.  So let me ask you this.  You said -- you're agreeing that
15  the Government can do some things for you, correct?
16  A.  I believe so, but...
17  Q.  Okay.  So you believe that the Government can do things for
18  you.  Let me ask you this.  You understand that -- well, when
19  you came to the United States when you were almost
20  19-years-old, you were able to live here legally, correct?
21  Legally?
22  A.  Yes.
23  Q.  And you actually were able to obtain a temporary resident
24  card, correct?
25  A.  Yes.

St. Louis - CROSS

1    Q.  And you were able to get a new card in, I believe it was

2    2018, correct?

3    A.  Yes.

4    Q.  And you were hoping to become a citizen, correct?

5    A.  Yes, I believe so.

6    Q.  Well, when you spoke with law enforcement the day you were

7    arrested, you told them that you were concerned that the guns

8    that you bought might -- or I guess all of this with the guns

9    might affect your citizenship.  Do you remember that?

10        MS. SEIFERT:  Objection, hearsay.  The witness agreed.

11        THE COURT:  Yes, I don't understand.  He agreed to

12    your earlier question.

13        MS. AMATO:  Okay.  All right.

14   BY MS. AMATO:

15   Q.  Well, when you spoke with law enforcement, you were also

16   informed -- you expressed your concern about how this case

17   would affect your immigration?

18        MS. SEIFERT:  Objection, hearsay.

19        THE COURT:  Overruled.  She asked what he expressed.

20   What he expressed is not hearsay.

21        MS. SEIFERT:  The Government asserts that his prior

22   statement out of court actually is hearsay, and it can be

23   proffered or brought up as a prior inconsistent statement under

24   the rule or prior consistent statement.  But as of yet, he

25   hasn't said anything inconsistent with the prior statement.

St. Louis - CROSS

1          THE COURT:  I'll allow this question.

2          INTREPRETER:  I'll ask counsel to repeat the question,

3   please.

4          MS. AMATO:  Could you, Madam --

5          THE COURT:  Can't you just ask the question again?

6          MS. AMATO:  I want to say the question the correct

7   way.

8   BY MS. AMATO:

9   Q.  So when you spoke with law enforcement, you expressed your

10  concern to them, did you not, that your dealing with these

11  weapons would affect your ability to become a citizen, correct?

12  A.  I don't believe I mentioned that.

13  Q.  You did not mention that?

14  A.  No.

15  Q.  Okay.

16         MS. AMATO:  I'd like to play for the witness -- it's

17  his interview, Folder 1.  It's the second video at 1724.

18         MS. SEIFERT:  Your Honor, I'm going to object again.

19  This is improper impeachment.  If I may, my objection is the

20  witness needs to testify first in this hearing inconsistently,

21  but what counsel has done is bring up prior statements and then

22  asked him to confirm prior statements, which is not proper

23  impeachment.

24         MS. AMATO:  He just denied making the statement of

25  concern to law enforcement upon his arrest.

St. Louis - CROSS

1          THE COURT:  Her point is that that's a prior
2    statement, and that can't be used for impeachment until there's
3    something to impeach him on.  You have not asked him the
4    question as he sits here today.  So why don't you just ask him
5    the question as he sits here today, and then we can move
6    forward.
7    BY MS. AMATO:
8    Q.  Sir, as you sit here today, do you not believe -- do you
9    believe that your citizenship -- ability to become a citizen
10   will be affected by this case?
11   A.  I think so, but I'm not sure.
12   Q.  Sir, let me ask you this.  Again, going back --
13          THE COURT:  Aside from your belief, are you hoping
14   that this case and what you've done in this case will affect
15   your ability to become a citizen?
16          THE WITNESS:  Yes.
17          MS. AMATO:  I just --
18   BY MS. AMATO:
19   Q.  Well, you understand from your plea agreement that the
20   charges that you pled to would make you deportable, correct?
21   A.  Yes, I'm aware of that.
22   Q.  So your hope is that by -- that the prosecution will assist
23   you in your immigration issues?
24   A.  I think that this decision will be made by the immigration
25   judge.

St. Louis - CROSS

1    Q.  I'm not asking about the decision.  I'm asking about your
2    hope that the prosecution will help you in your request to stay
3    in the United States.
4    A.  I don't know.  I don't know.
5    Q.  Are you not hoping that they're going to help you?
6    A.  Yes, but...
7    Q.  Okay.  And you've been in this country since you were 19,
8    almost 19, correct?
9    A.  Yes.
10   Q.  You're 35-years-old now, correct?
11   A.  Yes.
12   Q.  You left Haiti because living in Haiti is difficult,
13   correct?
14   A.  Yes.
15   Q.  There's a lot of problems in Haiti, correct?
16   A.  Yes.
17   Q.  And that's why you left Haiti originally, correct, because
18   Haiti has a lot of problems?
19   A.  Yes.
20   Q.  Haiti, you can't -- Haiti doesn't provide all the services
21   that you have in this country, correct?
22   A.  Yes.
23   Q.  You can't find all of the goods and the supplies that you
24   can find in this country in Haiti, correct?
25   A.  Yes, because the Government works for the gangs.

St. Louis - CROSS

1  Q.  And because of that, you've been trying to become a citizen

2  of this country?

3  A.  I don't know.  I cannot answer that question at this

4  moment.

5  Q.  Well, sir, haven't you been trying to become a citizen of

6  this country?

7  A.  Yes, I was trying to do it, but I'm in jail now.

8  Q.  Right.  And you were hoping, also, by becoming a citizen,

9  your plan was then to be able to bring your family from Haiti

10  over, correct?

11  A.  Would you mind please repeating the question?

12  Q.  Yes.  Before you were charged in this case, you were hoping

13  by becoming a citizen you would then be able to bring your wife

14  and your child to the country, to the United States?

15  A.  Yes, correct.  Definitely.

16  Q.  And so you clearly don't want to go back to Haiti, correct?

17  A.  No.  They will kill me.

18  Q.  But you also said to us that your family is in the United

19  States right now, correct?

20  A.  Yes.

21  Q.  And so you're hoping that the prosecution will also help so

22  that your family can continue -- can stay in the United States,

23  correct?

24  A.  I think that immigration will make the decision.

25  Q.  I understand that, but you're hoping that the prosecution

St. Louis - CROSS

1    will help you with that?

2    A.  Yes, for the Government.  But the problem is that

3    immigration will make the final decision whether you stay or

4    not.

5    Q.  But you would agree with me that if the prosecution helps

6    you, that immigration will listen to what they have to say,

7    correct?

8    A.  I believe so.

9    Q.  Okay.  Now, the first time that Eliande Tunis came to you

10   to ask for weapons was in 2020, correct?

11   A.  The first time was 2020, yes, 2020.

12   Q.  And at that time you told her no?

13   A.  No.  At that time she took me to a pawnshop.  She drove me

14   to a pawnshop, and then she went there for me to lie, to tell

15   lies.

16   Q.  But what I'm saying is that you decided not to do it,

17   correct?

18   A.  Yes, definitely.

19   Q.  Because she knew that she wanted you to say lies, correct,

20   as you just said?

21   A.  Yes, because to lie, I didn't want to lie.

22   Q.  But then ultimately, in March of 2021, you did lie?

23   A.  I didn't lie.  She just took me to the Lucky Pawn shop.

24   Q.  But you just told us in 2020 she wanted you to lie, right?

25   A.  Yes, in 2020 she wanted me to lie.  I refused to, but in

1   2021, that's when the arms were purchased.

2   Q.  So when she wanted you to lie in 2020, she wanted you to

3   lie by buying these weapons for her, correct?

4   A.  Yes.  When she was filling out the applications, she did

5   not tell me what was in the applications.

6   Q.  But you just told us that in 2020, you told her no?

7   A.  Yes.

8   Q.  And that's because you knew that she wanted you to lie?

9   A.  Yes.  She wanted me to lie.

10  Q.  And she wanted you to lie by purchasing weapons for her,

11  correct?

12  A.  Yes.  She was filling out an application, and she told me

13  what to -- she instructed me on what to write on the

14  application.

15  Q.  And in 2020, you told her no, I don't want to do it because

16  it's a lie?

17  A.  Yes.

18  Q.  But then in 2021, you ended up doing it?

19  A.  Yeah, because she threatened my family members.

20  Q.  So you knew back in 2021 when you signed these forms that

21  you were signing a lie?

22  A.  I cannot assert that I was lying.  I would have had to

23  known what was in the form.

24  Q.  Sir, you just told us in 2020, you said you weren't going

25  to do this because you knew you were going to lie if you did?

1  A.  In 2021, she had a threat over my family.  That's the

2  reason why I was forced to do it.

3  Q.  So you agree now that in 2021, you lied with these forms?

4  A.  She made me fill out the forms.  So she's the one that

5  caused me to lie.  She reads English, and I do not.

6  Q.  But you said in 2020, you didn't do it?

7  A.  Yes.

8  Q.  Because you knew you were going to lie if you signed those

9  forms, correct?

10  A.  In 2020, she did not threaten my family.  In 2021, she

11  threatened my family.

12  Q.  So the only thing that changed was the threat, correct?

13  A.  Yes.

14  Q.  And that's why in 2021, you lied?

15  A.  Yes.  She told me that it was Yonyon's request to purchase

16  the weapons, and she had to purchase the weapons and everything

17  else.

18  Q.  Sir, the question to you --

19         MS. AMATO:  I would strike the answer.  It's

20  nonresponsive to the question.

21         THE COURT:  I'm not going to strike that answer.

22         THE WITNESS:  I answered.  I said in 2020.

23  BY MS. AMATO:

24  Q.  So again, in 2020 you said no, you're not going to lie,

25  correct?

St. Louis - CROSS

1    A.   August 2020 there were no weapons purchased.   The weapons

2    were purchased in 2021.

3    Q.   That's because you said no, I'm not doing it?

4    A.   That's because I said I was not going to do it, but then

5    she threatened my family.  She put a bond on my family's head,

6    on my kid's head.

7    Q.   And in 2020, you knew it would have been a lie to purchase

8    the weapons for her, correct?

9    A.   In 2020, that it was a lie; but in 2021, she organized an

10   attack with the help of Koleg on the woman who had my child.

11   Q.   You said to us in 2020, you said no, I'm not buying any

12   weapons, right?

13   A.   August 2020, I said no because there was no threats, no

14   danger on my family.

15   Q.   And you said no because you didn't want to lie?

16   A.   Not wanting to lie, I would have to do it if I was to --

17   but in 2021, when she threatened to attack my family, that's

18   when I agreed.

19        MS. SEIFERT:  Your Honor, might the interpreter pull

20   the microphone closer to her mouth, please.

21        MS. AMATO:  The Court's indulgence.

22        THE COURT:  She's trying to adjust it.

23   BY MS. AMATO:

24   Q.   Sir, you told us that you bought the weapons for Eliande,

25   correct?

St. Louis - CROSS

1    A.   The weapons were for Eliande and Yonyon.

2    Q.   But when you met with law enforcement when you were

3    arrested, you told law enforcement that you bought the guns for

4    yourself because you were going to go into the military,

5    correct?

6    A.   I never stated such words that I was going to the Army.  I

7    stated that it's Tunis who paid for all the weapons.

8    Q.   And so as you sit here today, you are denying that you told

9    law enforcement when you were interviewed by them the day of

10   your arrest, that you bought the weapons for myself because I'm

11   going into the military.  I like weapons.

12   A.   I never said anything like that.  In fact, I had to go to

13   Tunis's to get the weapons.  The Army doesn't just give weapons

14   like that.

15        MS. AMATO:  Your Honor, I'd like to play from Folder 1

16   the Segment 2 of his interview, and I'm going to try to get it

17   to the part where he's speaking in Creole.

18        (Audio played.)

19   BY MS. AMATO:

20   Q.   Sir, is that your voice?

21   A.   Yeah, it is my voice, but I didn't say that I was going to

22   use those weapons to go into the Army.

23   Q.   So you're disputing that you said that you bought those

24   guns for yourself, even though that's what you just said?

25   A.   No.  The weapons were purchased by Tunis for Yonyon.

St. Louis - CROSS

1  Q.  Sir, I'm asking about what you just heard me say, yourself

2  say.

3  A.  I never said that I was going to use the weapons to go to

4  the Army.  The Army is the one who provides the weapons.  So

5  that makes no sense.

6          THE COURT:  Let's pause for a second.  First of all,

7  if this case ever goes on appeal, what you just did won't be

8  part of the record.  I mean, you haven't marked it or anything.

9  And secondly, if you're trying to convince the finder of fact

10  that there's some inconsistency between what he says on the

11  stand now and what he said before, you would hope that the

12  finder of fact can understand what he said before.  And all I

13  have heard is Creole.

14          MS. AMATO:  So Your Honor did not hear the

15  interpretation?

16          THE COURT:  How would I hear the interpretation?

17          MS. AMATO:  Because it was interpreted on this after

18  the Creole.  The interpreter just spoke.

19          THE COURT:  No.

20          MS. AMATO:  It was, Your Honor.

21          THE COURT:  It may have been, but I didn't hear it.

22          MS. AMATO:  Then, I will have to replay it, and I will

23  higher the volume -- increase the volume.  But let me try to

24  get back to the spot.

25      (Audio played.)

St. Louis - CROSS

1          THE COURT:  I'm sorry, I can't hear you.

2          INTREPRETER:  The interpreter needs the witness to

3    repeat the answer.

4          THE COURT:  I'm sorry, are you --

5          THE WITNESS:  (Speaking in Creole.)

6     I said I was going into the military.  I did not say

7    that I was going to bring weapons with me to go into the

8    military.

9          THE COURT:  Okay.  I did hear the translation on the

10   recording that you played, at least the end part of it.  And

11   now we have this additional testimony, and you may proceed,

12   Ms. Amato.

13         INTREPRETER:  I would like to ask for a recess,

14   please.

15         THE COURT:  I'm sorry?

16         INTREPRETER:  The interpreter would like to ask for a

17   recess, please.

18         THE COURT:  For a recess?

19         INTREPRETER:  Yes, Your Honor.

20         THE COURT:  How long of a recess?

21         INTREPRETER:  Two minutes, Your Honor.

22      (A recess was taken at 4:03 p.m.)

23         THE COURT:  All right.  Ms. Amato.

24         MS. AMATO:  So, Your Honor, I'd like to mark -- and I

25   guess I'm going to have to mark this clip, just this portion

St. Louis - CROSS

1   for identification as Defense Exhibit 10 so that there are no
2   issues later on.  And I understand now that the interpreter --
3   the interpreters have both listened to this, and they have
4   informed me that the translation that was provided by this
5   woman in this recording was inaccurate.  It was not correct.
6           I also have a transcript which the Government provided
7   to me, which is what I had been initially using to locate
8   information that might be inconsistent, and I will also provide
9   that page.  But the interpreters and I have no basis but to
10  accept what they are saying because they are the two we have
11  been relying on them fully.
12          THE COURT:  I mean, you are outnumbered because
13  there's two of them?
14          MS. AMATO:  I mean, I have no experience with the
15  interpreter that was interpreting for Mr. St. Louis during the
16  interview.
17          THE COURT:  Let me be clear, right now what's in the
18  record is what you played.
19          MS. AMATO:  Right.
20          THE COURT:  Not some interpretation of what you have
21  played.
22          MS. AMATO:  Correct.
23          THE COURT:  That's what the record consists of.  You
24  cannot testify to what the interpreter told you.  So that's not
25  going to be part of the record before me.

St. Louis - CROSS

1          MS. AMATO:  Okay.  So I will, as an officer of the

2    court -- the Court's indulgence.

3          THE COURT:  Certainly.

4          MS. SEIFERT:  Might I be heard?

5          THE COURT:  Let them consult first, and then you can

6    be heard.

7          MS. AMATO:  So, Your Honor --

8          THE COURT:  First, Ms. Seifert, do you want to be

9    heard?  Let's hear Ms. Amato's suggestion first.

10          MS. SEIFERT:  The Government's request is that we

11    simply say the same thing again, only in Creole, and let the

12    interpreters interpret what was on the record so we're clear

13    that we are all talking about the same thing and that Ms. Amato

14    specifically state the timestamp of what she's playing.

15          THE COURT:  How is that, Ms. Amato?

16          MS. AMATO:  That's fine.  That's fine, Your Honor.

17          COURTROOM DEPUTY:  Ms. Amato, are you able to connect

18    to this laptop --

19          MS. AMATO:  Not this computer -- wait, sorry.  I

20    can't.  That's why I'm using two.  I'm trying to get to that

21    spot.

22          THE COURT:  All right.  While we're getting to it,

23    we're going to call this Exhibit 10.  I need you to tell me

24    what it is.  It's a recording of the interview of Mr. St. Louis

25    by the FBI on what date?

St. Louis - CROSS

1          MS. AMATO:  It says -- the recording says the 31st of

2     October, 2021.

3          THE COURT:  All right.  And do you have yet the date

4     stamp information so we can know where it is in that?

5          MS. AMATO:  I'm trying to get to it.

6          THE COURT:  Okay.  Get to it.

7          MS. AMATO:  Okay.  I believe it starts at 18:48.

8          THE COURT:  Starts at what?

9          MS. AMATO:  I'm sorry, I'm using the -- I'm using

10    where in the video on the recording it shows it is within the

11    video.  But the timestamp, I believe, is 11:17:11.

12         MS. SEIFERT:  Could counsel clarify which?  There are

13    multiple segments in this interview.  Can counsel clarify which

14    point --

15         MS. AMATO:  It is number 2.  It is the one that

16    starts -- excuse me, it's the one that starts at 10:58 a.m.,

17    which I believe is number 2.

18         THE COURT:  You said, again, 11:17:11?

19         MS. AMATO:  I believe so.  Let me just -- I'm just

20    going to check and make sure for sure one more time.

21         THE COURT:  Tell us and the interpreter when you are

22    ready to play what you're going to play, and it should only be

23    about a minute long.

24         MS. AMATO:  Okay.  So 11:17:14.

25         THE COURT:  Okay.

St. Louis - CROSS

```
 1              MS. AMATO:  To 11:17:26.
 2              THE COURT:  Were the interpreters able to -- are they
 3     able to get us an interpretation of that?
 4              THE COURT REPORTER:  I'm sorry, I didn't hear you.
 5              THE COURT:  Play it one more time, please.
 6              MS. AMATO:  I got it.  Okay.
 7              THE COURT:  Here it comes.
 8        (Audio played.)
 9              INTREPRETER:  One more time, please.
10              MS. AMATO:  One more time, they said?
11              INTREPRETER:  Yes, please.
12              MS. AMATO:  Okay.  Ready?
13              INTREPRETER:  Yes.
14        (Audio played.)
15              THE WITNESS:  (Speaking in Creole.)
16              MS. AMATO:  There's no question.
17              THE COURT:  You have to tell me what the witness just
18     said.
19              INTREPRETER:  The person who makes the interpretation
20     did it incorrectly.  That's what he said.
21     BY MS. AMATO:
22     Q.  Sir, you just heard what the interpreter said?
23     A.  A little bit.
24     Q.  That's why you said that she didn't interpret it correctly?
25              MS. SEIFERT:  We've now been talking about it, and
```

St. Louis - CROSS

1    it's been interpreted for the last 10 minutes.  I'm not sure

2    it's a fair characterization.

3         MS. AMATO:  No --

4         THE COURT:  You're talking over each other.  Stop it.

5         MS. AMATO:  How would he know, Your Honor?  He made a

6    statement that the interpreter interpreted incorrectly.  The

7    only way he would know that is if he understood what the

8    interpreter just said.

9         THE COURT:  I don't even know what interpreter he's

10   referring to, the interpreter on the recording or the

11   interpreter sitting in the courtroom.

12        Ask your next question, Ms. Amato.

13        MS. SEIFERT:  Your Honor --

14        THE COURT:  Wait a minute.  Ms. Seifert.

15        MS. SEIFERT:  I'm sorry, I still don't think we've

16   gotten the interpretation of what's on the video.  Can we get

17   that interpretation, please.

18        THE COURT:  They seem to be still consulting.  Are the

19   interpreters prepared to give their interpretation of what they

20   heard on the video recording that has been played for them?

21        INTREPRETER:  Your Honor, the interpreter would like

22   to make a disclaimer.  When it's a transcription, it takes a

23   while, for one minute.

24        THE COURT:  I'm sorry, what?

25        INTREPRETER:  It takes a while when it is a

St. Louis - CROSS

1    transcription to make sense of what is being said.  So this is

2    what we heard, my colleague and I.

3            Okay.  Is that the reason why you purchased those

4    weapons?

5            No, no, that's why -- and then he left hanging a

6    little bit.  And he said, police is something I love.  And

7    weapons is something -- that's the reason why I love the

8    police.

9            That's it.

10           THE COURT:  All right.  Ms. Amato.

11           MS. AMATO:  Okay.  Your Honor, may we approach outside

12   of the presence of the witness?

13           THE COURT:  Approach outside the presence of the

14   witness?  If you feel that you need to, yes.

15           MS. AMATO:  Thank you.

16       (Bench Conference.)

17           MS. AMATO:  So this witness, in this interview with

18   law enforcement, at various times, several times, made

19   statements in which he denied that he bought the weapons for

20   Yonyon or Eliande Tunis.  Now, I was relying -- I was relying

21   on this particular segment of the recording to impeach him

22   relative to that.

23           Now that we have a different interpretation, I would

24   like to be able to go back to locate some of the other places

25   and find one in which -- I guess I'll have to locate several in

St. Louis - CROSS

1  case we go through the same issue so that I can impeach him on

2  this issue.

3        THE COURT:  Are you asking for a continuance, and then

4  start again in the morning?

5        MS. AMATO:  With this witness, yes.

6        MS. SEIFERT:  The Government would suggest that, one,

7  the witness can be recalled, and it might take more than

8  overnight for Ms. Amato to be able to have it translated since

9  she does not speak Creole, and neither do I.  So fair.  What we

10  would be fine doing is to let her finish her questioning, we do

11  redirect, and then she can either recall him.  Or, frankly, I

12  mean, if she can admit it -- if it is inconsistent, she can

13  admit it.  We will stipulate -- if we get the right

14  translation, we can stipulate to the admissibility at a later

15  time to prove up the impeachment.  That's fine.

16        THE COURT:  I too would not like to forfeit the 35

17  minutes that we have left for the afternoon.  If Ms. Seifert --

18  you may not be in a position to, overnight, do what you're

19  saying you want to do.

20        MS. AMATO:  Right.  True.

21        MS. SEIFERT:  And I can assert that we can do it next

22  week.  We can bring him back.  Nope?  The Government doesn't

23  object to that.  Also, we don't object to trying to get it

24  translated again so that everyone has reliable information

25  about what he says, since clearly the interpreter is not

St. Louis - CROSS

```
1    reliable, as we've just found out.
2            THE COURT:  What we're going to do is we're going to
3    go forward.  You finish your examination.  We will hold the
4    witness open so that the witness may be recalled, still in the
5    Government's case.
6            MS. AMATO:  So there is one other of these that I
7    was --
8        (Off-the-record discussion.)
9            MS. AMATO:  So there are other aspects -- the
10   interview of Mr. St. Louis went on for hours, and there are
11   other areas of inconsistency of what he said today that are in
12   that interview.  Now, I guess I could hold off and then --
13           THE COURT:  What are you telling me?  I don't mean to
14   be too harsh about this, but this is your job in terms of
15   cross-examination.  What are you asking?
16           MS. AMATO:  Well, I guess what I'm saying is that we
17   now --
18           THE COURT:  You're trying to tell me that there are
19   evidentiary problems without producing the evidence.
20           MS. AMATO:  Right.  Well, what I'm just saying is that
21   there are other areas that I intend to impeach him on using
22   this recording, but now that we know the recording -- the
23   interpretation and the recording may have some issues, I'm just
24   concerned to continue going down this route.
25           But I mean, I believe it's important because I do need
```

St. Louis - CROSS

1    to be able to show to the Court that this witness said

2    something different on a different occasion, and I just don't

3    want to end up being in the same position as I did today, now

4    that we know that this interpretation isn't accurate.  And we

5    have no basis before this to believe there was an issue with

6    the interpretation of the recording.  There's a transcript of

7    it.

8              THE COURT:  Therefore, you are asking me for what?

9              MS. AMATO:  Well, that I be permitted to ask -- to

10   review the transcript with the prosecution, I guess, to make

11   sure that -- there are other areas that I'd like to be able to

12   go into, that I can then bring those up next week if we bring

13   him -- or if we just do it with the Government agreeing.

14             MS. SEIFERT:  I have no problem with Ms. Amato taking

15   her time to identify the areas.  We can look at them together,

16   and we can have it retranslated, and we can figure it out.

17   That will be fine.

18             THE COURT:  As long as your time is defined as a

19   couple of days.  It's not defined as a couple of weeks.

20             MS. AMATO:  That's fine.

21             THE COURT:  Do your best.

22             MS. AMATO:  Thank you.

23        (Bench Conference Concluded.)

24   BY MS. AMATO:

25   Q.  Mr. St. Louis, before you came to court today, you've

St. Louis - CROSS

1  spoken with the prosecution in this case, correct?

2          THE COURT:  You need to check on the headset.

3          COURTROOM DEPUTY:  Flip it.

4          THE COURT:  Turn it around.

5          Ms. Amato, again.

6          MS. AMATO:  Thank you, Your Honor.

7  BY MS. AMATO:

8  Q.  So, Mr. St. Louis, before coming in here to testify here

9  today, you met with the prosecution, correct?

10 A.  Yes.

11 Q.  And you met with them on several occasions, correct?

12 A.  I spoke to them, but not several, several times.

13 Q.  But sir, you spoke with them before you went before the

14 grand jury, correct?

15 A.  Yes, when I was going before the grand jury, I spoke to

16 them.  I believe so.

17 Q.  And before you went before the grand jury, you met with

18 them, correct, in October 26th of 2023?

19 A.  I spoke to them, but I don't remember the date.

20 Q.  Okay.  And then, the date of the grand jury was -- excuse

21 me.  You actually spoke with them two -- on two different

22 occasions before the grand jury, correct?

23 A.  Maybe once or twice.  I don't recall exactly.

24 Q.  Well, you spoke with them on October 26th of 2023, correct?

25          THE COURT:  I think he already said he didn't remember

St. Louis - CROSS

1    the date.

2            THE WITNESS:  Yes.

3    BY MS. AMATO:

4    Q.  And then the next time you spoke with them was

5    October 22nd of 2023, correct?

6    A.  Yes.

7    Q.  And then you spoke with them the day of the grand jury,

8    which was November 7th of 2023?

9    A.  Yes.

10   Q.  And before you went in the grand jury, you met with them,

11   with the prosecutor and the special agents, correct?

12   A.  I believe so.

13   Q.  And each time you spoke with the prosecution, there were

14   special agents that were present, correct?

15   A.  There were other people there, but I cannot confirm that it

16   was an agent or not.

17   Q.  So there were other people there besides yourself, correct?

18   A.  Yes, there were other people.  Definitely.  I believe so.

19   Q.  And there were other people there besides the prosecutor,

20   correct?

21   A.  Can you please repeat the question?

22   Q.  There were other people there besides the prosecutor,

23   correct?

24   A.  I believe so.

25   Q.  Well, were they all prosecutors that were there?

St. Louis - CROSS

1    A.  There were people there, but I cannot confirm they were all

2    from the Government or not.  But there are other people.

3    Q.  Okay.  And but you would meet with -- one of the

4    individuals was asking you questions, correct?

5    A.  Everybody was asking me questions.

6    Q.  So everybody was asking you questions.  And each time they

7    would ask you questions, you would answer their questions,

8    correct?

9    A.  I believe yes.  I say yes.

10   Q.  And there would be discussions going back and forth between

11   you and the people that were asking you questions?

12   A.  I believe there was a discussion -- there were no

13   discussions.

14            MS. AMATO:  I'm sorry, what?

15            THE WITNESS:  There were no discussions.

16   BY MS. AMATO:

17   Q.  No discussions?  You just sat in the room -- okay.  Strike

18   that.

19       Someone would ask questions, right?

20   A.  Yes.  There was someone asking me questions.

21   Q.  You said everybody in the room was asking you questions?

22   A.  It was when they just stopped asking me questions, other

23   people were also asking questions.

24   Q.  So the answer is yes, everybody was asking you questions?

25   A.  Of all the people that were there, there were six of them.

St. Louis - CROSS

1    I couldn't say that all the six were asking questions.  There
2    were probably three asking questions.
3    Q.  And you would answer the questions?
4    A.  I believe so.
5            MS. AMATO:  Excuse me, did he answer in English?
6            THE WITNESS:  I just repeated what you said.
7    BY MS. AMATO:
8    Q.  And sir, after the grand jury, you met with prosecutors
9    again, correct?
10   A.  Yes.  You just asked me that question.
11   Q.  And you met with them on December 7th of 2023?
12   A.  Are we referring to the grand jury participants?
13   Q.  No, you met with prosecutors on December 7th of 2023,
14   correct?
15   A.  Yes.  I did meet with them.
16   Q.  And you met with them on December 15th of 2023?
17   A.  Yes.
18   Q.  And after that, did you meet with them again?  Did you meet
19   with them in January of this year?
20   A.  Yes.
21   Q.  And again, when you met with them, they asked you
22   questions, correct?
23   A.  Yes.
24   Q.  And you answered their questions, correct?
25   A.  I answered the questions.

St. Louis - REDIRECT

1  Q.  And there was some discussions about the questions and the

2  answers, correct?

3  A.  Yes.

4       MS. AMATO:  The Court's indulgence.

5       THE COURT:  Certainly.

6     (Off-the-record discussion.)

7       MS. AMATO:  All right.  The Court's indulgence.  Your

8  Honor, I have no further questions at this point subject to

9  what we just discussed at the bench.

10      THE COURT:  All right.  Ms. Seifert.

11      MS. SEIFERT:  Your Honor, before redirect, I just want

12  to clarify that the only topic defense counsel has is topics

13  emanating out of statements in the October 31, 2021, interview

14  that are inconsistent with the testimony today.

15      THE COURT:  That she believes are inconsistent with

16  the testimony.  That is my understanding.

17      MS. AMATO:  Unless of course, Your Honor, Ms. Seifert

18  introduces something else on her redirect.

19                    REDIRECT EXAMINATION

20  BY MS. SEIFERT:

21  Q.  Mr. St. Louis, you mentioned that you're taking Seroquel?

22  A.  Yes.

23  Q.  Do you have a diagnosis for that prescription?

24  A.  Are we talking about the medicine for my head?  Because I'm

25  taking a lot of medicines.

St. Louis - REDIRECT

1  Q.  Yeah, the Seroquel for your head, is there a diagnosis that
2  you got from a doctor for that?
3  A.  This is an issue that I've had since I was a child.  I've
4  had issues on my head.
5  Q.  Can you explain what you mean that you have issues?
6  A.  I can say that the problem I have in my head has to do with
7  voodoo issues.
8  Q.  Is there anything about the medication that you're taking
9  that makes it difficult today to perceive or recall the events
10  that you've testified to?
11  A.  No, I don't believe so.  When I take it, it makes me sleep.
12  And cancer meds that I have to take, and once I fall asleep,
13  after I wake up, I'm fine.
14  Q.  What about in 2021, was there anything about medication
15  that you were taking in 2021 that made it difficult at that
16  time to perceive the events that were happening?
17  A.  You are referring before my arrest?
18  Q.  Correct.
19  A.  In 2021, I used to take a lot of traditional medicine, and
20  when you're dealing with voodoo issues, a lot of prayers are
21  used or made, plus the traditional medicine.
22  Q.  Was there anything about that medicine that made it
23  difficult to see and hear what was happening?
24  A.  No, the issue I have with my head is that when I have the
25  issues that flare up, I feel like my head is going yum, yum,

St. Louis - REDIRECT

1    yum, yum, yum, but once I take the traditional medicine, I'm

2    okay.

3    Q.  Are you able, as you sit here today, to recall the events

4    in 2021?

5    A.  I remember some of them.  I may not remember everything.

6    Q.  You testified that Ms. Tunis told you that her husband is

7    the king.  Who is she referring to?

8    A.  She's referring to Joly, Yonyon.

9    Q.  How much money did Ms. Tunis pay you for buying the guns

10   for her and Mr. Germine?

11   A.  She did not pay me a cent.  All the money was sent via Cash

12   App to Patrick.

13   Q.  You stated that in your interview with the FBI, you were

14   under a lot of pressure.  What did you mean by that?

15   A.  Yes, I was under a lot of pressure.  The reason being, I

16   had forgotten some things.  For instance, I had mentioned the

17   thousand dollars.  I had forgotten about the $3,000.

18   Q.  Do you remember how long your interview was with the FBI?

19   A.  I was arrested at 7:00 a.m. while I was at work.  I believe

20   the interview may have lasted three or four hours, something

21   like that.

22   Q.  How did you feel during the interview?

23   A.  Oh, I was hot and cold.  I mean, I felt like I was

24   floating, and I was not airborne at all.  It was not a good

25   situation.

St. Louis - REDIRECT

1    Q.  You mentioned that this is a country of laws.  Did you know
2    that what you were doing was illegal?
3    A.  Are you referring to the weapons issues?  Because this is a
4    country of laws.
5    Q.  Yes, the sending of the weapons from the United States to
6    Haiti.
7         THE COURT:  Just a second.  Just a second.  So you're
8    asking him whether he knew the sending of the weapons from the
9    United States to Haiti was illegal?
10        MS. SEIFERT:  Yes.
11        THE COURT:  Do we have a foundation for that?  Is
12   there evidence that he knew of the sending of the weapons?
13        MS. AMATO:  No, Your Honor.
14        MS. SEIFERT:  I believe he testified about that on
15   direct that --
16        THE COURT:  Why don't you ask him about that.
17        MS. SEIFERT:  Sure.
18   BY MS. SEIFERT:
19   Q.  I believe you previously testified that you gave the
20   weapons to Miss Tunis?
21   A.  Can you repeat the question, please?
22   Q.  Who did you give the weapons that you purchased at Lucky
23   Pawn to?
24   A.  It was Tunis, and I told her it was a country of laws.
25   There are things I should not do, and she told me that I was

St. Louis - REDIRECT

1    crazy.

2    Q.  Where did Ms. Tunis tell you she was going to send the

3    weapons?

4            INTREPRETER:  Court indulgence.

5            THE WITNESS:  She said she was going to send them to

6    Yonyon, Lanmo, Gaspiay, and Azoukenn.

7    BY MS. SEIFERT:

8    Q.  Did you know it was illegal, what you-all were doing?

9    A.  Purchasing the weapons is illegal, but I told Tunis that

10   shipping them elsewhere internationally is not good.  I told

11   her that.

12   Q.  Do you understand that it's illegal to purchase a weapon

13   and give it to someone else?

14   A.  That's not a good thing.  Even though I did not speak

15   English on the form, it's not a good thing.

16           MS. SEIFERT:  I'm sorry, I could not hear.

17           INTREPRETER:  It is not a good thing.

18           MS. SEIFERT:  If I could have shown to the witness

19   Government's 302.01.

20   BY MS. SEIFERT:

21   Q.  This is one of the forms you filled out, Mr. St. Louis,

22   correct?

23   A.  Yes.

24           MS. SEIFERT:  And if you could please zoom in on boxes

25   1 and 2.

St. Louis - REDIRECT

1  BY MS. SEIFERT:

2  Q.  And I believe you told Ms. Amato this was your handwriting

3  on the form, correct?

4  A.  Yes.  Tunis showed me where.

5  Q.  I'm sorry.  Let's just take a step back.

6      MS. SEIFERT:  Can you please -- I know we've looked at

7  more than one form.  So let's go to the second page, and then

8  let's look at 14 and 15.

9  BY MS. SEIFERT:

10 Q.  Is that your signature?

11 A.  Yes.

12 Q.  And the date on this form is July 23rd of 2017?

13 A.  Yes.

14 Q.  And I believe you told Ms. Amato --

15     THE COURT:  I'm going to interrupt for a second.  I

16 have an inconsistency as to whether this document is already in

17 evidence.  On your list that you gave us last night or this

18 morning, it is marked as being in evidence.  I'm asking

19 Ms. Duncan what she has for 302.01.

20     Mr. Orenberg.

21     MR. ORENBERG:  I would represent in my handwritten

22 notes from my list from earlier than today --

23     MR. BARNES:  The mic.

24     MR. ORENBERG:  I'm sorry.  My exhibit list,

25 handwritten notes, 302.01?

St. Louis - REDIRECT

```
1              THE COURT:  Yes.
2              MR. ORENBERG:  Does not show it being in evidence.
3              MS. SEIFERT:  I can move it in again.
4              THE COURT:  I know you can cure it, but I don't have
5    it as being in evidence.
6              COURTROOM DEPUTY:  I don't have it either.
7              THE COURT:  So the Government's list that means is
8    wrong.
9              MS. SEIFERT:  We're all doing our best, Your Honor.
10   Apologies.
11   BY MS. SEIFERT:
12   Q.  Mr. St. Louis, is this a copy of your firearms transaction
13   record from your purchase of your personal weapon in July of
14   2017?
15   A.  That's a weapon purchase, 2017, right?
16   Q.  The date says 2017.
17   A.  Yes.  That's the weapon, yes.
18   Q.  And this is the form that you signed?
19   A.  Yes, but I was not the one who fill out the application.
20   Somebody filled it out for me.
21   Q.  I understand.  But this is the form you signed?
22   A.  Yes.
23              MS. SEIFERT:  Your Honor, move to admit.
24              MS. AMATO:  No objection.
25              THE COURT:  Without objection, 302.01 is admitted.
```

1        (Government Exhibit 302.01 received in evidence.)

2    BY MS. SEIFERT:

3    Q.  You mentioned just now that someone assisted you in filling

4    out this form?

5    A.  Are we still looking at the form that was from 2017?

6    Q.  That's right.

7    A.  Yes.

8    Q.  Who assisted you?

9    A.  This person passed away.  His name was Gary.

10   Q.  Did he work at the gun store, or did he come with you to

11   the gun store?

12   A.  He accompanied me to the gun store, and he showed he what

13   to write, gave me instructions.

14        MS. SEIFERT:  If I could have box 11A pulled up,

15   please.

16   BY MS. SEIFERT:

17   Q.  And box 11 says:  Answer the following questions by marking

18   yes or no in the boxes to the right of the questions.  A, are

19   you the actual transferee or buyer of the firearm listed in

20   this form?  Warning, you are not the actual transferee or buyer

21   if you are acquiring a firearm on behalf of another person.  If

22   you are not the actual transferee/buyer, the licensee cannot

23   transfer the firearm to you.

24        And do you see that the box yes is checked?  And also the

25   box no is checked?

St. Louis - REDIRECT

1    A.  It's Gary who had checkmarked the yes and no.

2           MS. SEIFERT:  We can take this down, please.

3           MS. AMATO:  Your Honor, that mischaracterized the

4    form.  It's an X in box no, not a check.

5           MS. SEIFERT:  I'm sorry, we can put it back up, and

6    make sure the record is clear.  302.01, please.  You can

7    highlight box 11 -- 11A, excuse me.

8           And there, for the record on page 1 of the exhibit,

9    302.01 on box 11A, there's a checkmark under the word yes, and

10   there's an X under the word no.

11          You can take down the exhibit.

12   BY MS. SEIFERT:

13   Q.  Mr. St. Louis, who paid for the guns that you purchased at

14   Lucky Pawn?

15   A.  Are we talking about the weapons in 2017?

16   Q.  I apologize.  In 2021, who paid for the guns you purchased

17   at Lucky Pawn?

18   A.  All the payments were made by Tunis.

19   Q.  Who did you give the guns to?

20          THE WITNESS:  Can you repeat the question, please?

21   BY MS. SEIFERT:

22   Q.  Who did you give those guns to?

23   A.  After the purchase, Tunis took them, and then I went back

24   and took them from her.

25   Q.  Sorry.  Let me rephrase my question.  After you purchased

1    the guns, who did you give them to at first?

2    A.   Tunis took them from me, and she said if I don't give them

3    to her, she will kill a member of my family.

4    Q.   I understand that's why you did it.  That's your testimony

5    about why you did it.  My question is, did you fill out the

6    form untruthfully when you said you were the actual one who was

7    purchasing?

8              INTREPRETER:  May the interpreter ask that the

9    question be repeated, Counsel.

10   BY MS. SEIFERT:

11   Q.   Did you fill out the form untruthfully when you said on the

12   form that you were the one who was purchasing the weapons?

13   A.   Tunis never told me anything about the forms.  She just

14   told me, write this, write that.  She didn't tell me anything

15   else.

16   Q.   You mentioned that when you were at the cellblock at court,

17   that you were in a separate cell from Mr. Germine.  How were

18   you able to speak -- let me rephrase that.

19        How was he able to speak to you if you were in a different

20   cell?

21   A.   I think he could have spoken using signs or whisper.

22   Q.   I'm not being clear.  I apologize.

23        Could you see each other in the cells that you were in?

24   A.   He was a bit far away, but he saw me and I saw him.

25   Q.   And when you -- when did this statement -- let's start with

St. Louis - REDIRECT

1    when he said that you looked fat.  When did that happen?

2    A.  That occurred on November 20th, 2021.

3    Q.  Wait, wait --

4    A.  No, no, no.

5    Q.  Go ahead.

6    A.  That happened on November 20, 2023.

7    Q.  Okay.  Let's take a step back.

8        On direct examination, and I believe it was on

9    cross-examination, you were asked about the statement in the

10   cellblock downstairs.

11           THE COURT:  It better have been also on

12   cross-examination.

13           MS. SEIFERT:  This definitely was on cross.

14   BY MS. SEIFERT:

15   Q.  And you told Ms. Amato that you were in one cell, and

16   Mr. Germine was in a different cell.

17   A.  Yes.

18   Q.  How were you able to see him?

19   A.  The U.S. Marshals have handcuffed him, and he walked past

20   me.

21   Q.  So at the time Mr. Germine made the statement in the

22   cellblock, where were you?

23   A.  I was in a cell.

24   Q.  And he was walking?

25           MS. AMATO:  Objection, leading.

```
 1              THE COURT:  Not in the context of him already
 2    testifying.  So the question is, and he was walking?
 3              THE WITNESS:  Yes, he was walking with the U.S.
 4    Marshals.
 5    BY MS. SEIFERT:
 6    Q.  Mr. Germine, do you want to stay in jail -- or excuse me,
 7    I'm sorry.  Strike that, please.
 8         Mr. St. Louis, do you want to stay in jail?
 9    A.  No.
10    Q.  And what are you hoping happens because you've decided to
11    cooperate with the prosecution in this case?
12    A.  I mean, this is not something I can answer to because the
13    only person who can make a decision here is the authorities or
14    the Government.
15    Q.  Is it a fair characterization that you would like to be in
16    jail less or more?  For a longer or shorter time?
17    A.  No, I wouldn't want to stay for a long time in prison
18    because I have cancer.  No, I wouldn't want to stay a long time
19    in prison.
20              MS. SEIFERT:  If I could have shown just to the
21    witness Government's 960, page 15, please.
22    BY MS. SEIFERT:
23    Q.  What date did you sign your plea agreement, do you recall?
24    A.  Well, from what I am reading here it says 11 -- what is it?
25    Is it November or -- wait a minute, it's November 8th.  I mean,
```

St. Louis - REDIRECT

1    I don't remember, but I believe it was in November.

2    Q.  Okay.  Of 2023?

3    A.  Yes.

4         MS. SEIFERT:  For the record, page -- I'm not going to

5    say what it is for the record because it hasn't been admitted.

6    Okay.  You can take this down, please.

7         MS. AMATO:  It was admitted, I thought.

8         THE COURT:  No, it was not.

9         MS. SEIFERT:  I believe just portions were.

10        MS. AMATO:  Your Honor, I would move to admit it

11   against --

12        THE COURT:  We already went through this as a hearsay

13   problem.  I don't think anything has changed that with respect

14   to a large portions of it.

15        MS. AMATO:  Well, it's a party admission against him,

16   I mean.

17        MS. SEIFERT:  Might I finish with the witness, and we

18   can discuss this afterwards since it's not pertinent to the

19   witness's testimony right this minute since it is 5:00, and I

20   only have three more questions.

21        THE COURT:  I'll hear you in a moment, Ms. Amato.

22   BY MS. SEIFERT:

23   Q.  Do you remember when you told the FBI that you were

24   concerned about the safety of your family?

25   A.  I believe it was in 2021, a Saturday.  It was on

St. Louis - REDIRECT

1  October 31, 2001 [sic].

2         MS. SEIFERT:  I should have been more clear.  I

3  apologize.

4  BY MS. SEIFERT:

5  Q.  Specifically, let's talk about -- Ms. Amato asked you

6  questions about your wife, but on direct examination you

7  testified that you have a girlfriend who lived in Haiti.  Let

8  me first ask you, are we talking about the same person?

9  A.  Yes, absolutely.

10  Q.  Why do you want to bring your wife to the United States?

11  A.  Well, because they will kill her.  They will burn her.

12  They will chop her off.

13  Q.  And who's the "they"?

14  A.  I'm talking about gangs, and I'm talking about those who

15  are 400 Mawozo ally -- allies, rather.

16         INTREPRETER:  Correction, shut her up, not chop her

17  off.

18         MS. SEIFERT:  No other questions, Your Honor.

19         THE COURT:  All right.  So we're at five after 5:00.

20  First thing we can do is Mr. St. Louis is excused.  You may

21  step down with the Marshals.

22     (Witness steps down.)

23         THE COURT:  And it's possible after the defense has an

24  opportunity to do more review of the tape that was actually

25  marked as an exhibit for any inconsistent statements they

1    believe exists, it's possible that he will be recalled.  But

2    barring that, my guess is we've lost our timeline a little bit

3    here.

4              MS. SEIFERT:  That's fair to say.

5              THE COURT:  That's just a guess on my part.

6              MS. SEIFERT:  And tomorrow we have three witnesses.

7              MS. PASCHALL:  Three, yes.

8              MS. SEIFERT:  Three witnesses.

9              THE COURT:  Three witnesses?

10             MR. BARNES:  Yep, but it might not take the whole day

11   though, Your Honor.

12             THE COURT:  Because there are seven witnesses

13   remaining, and then you have three for tomorrow.  And then four

14   that will be carried over until Monday.

15             MS. SEIFERT:  So a little bit -- totally understanding

16   the procedure the Government agreed to with respect to the

17   prior -- the allegation, I'll say of prior inconsistent

18   statements in the October 31st interview.  So one of the agents

19   we intend to call is Special Agent Suarez, who's the agent who

20   has dealt with Mr. St. Louis the most, and I can still call him

21   and will still call him tomorrow for limited purposes.  I would

22   want to call him, potentially, again after Ms. Amato does her

23   impeachment, if she does.

24             The problem being, that he's on military duty next

25   week.  So what I would suggest is we have him testify, and if

```
 1   we need to call him back, I would ask the Court's permission --
 2            THE COURT:  Wait a minute.  I couldn't hear with the
 3   door.
 4            MS. SEIFERT:  If there is a need for him to be
 5   recalled, that he would be permitted to testify remotely from
 6   his military duty next week.
 7            THE COURT:  Where is the military duty?
 8            MS. PASCHALL:  Gainesville, Florida.
 9            THE COURT:  Any objection to that?  If it happens.
10   This is all a contingency.  We don't know that's where things
11   will --
12            MS. AMATO:  I didn't hear.  They're asking that he
13   testify --
14            THE COURT:  He's going to testify tomorrow, but the
15   Government is concerned that it may need or want him to testify
16   if you ask for Mr. St. Louis to be returned to the stand
17   because Agent Suarez was involved in the interviewing process,
18   and they would want to do it remotely because he will be on
19   military duty.
20            Any objection to that?
21            MS. AMATO:  I don't believe that that should be an
22   issue, Your Honor, no.
23            MS. SEIFERT:  I think my other option would be to call
24   Agent Bonura, but he's obviously sat here.  So that's a little
25   less preferable.
```

```
1                    THE COURT:  Okay.

2                    MS. SEIFERT:  So for tomorrow, we will have Agent

3       Suarez.  We will have Agent Kenny.  We will have Pierre

4       Basquim.

5                    THE COURT:  I'm sorry, you said Agent Suarez, Agent

6       Kenny, and who?

7                    MS. SEIFERT:  Pierre Basquim, the linguist specialist

8       from the FBI.

9                    THE COURT:  So it will be three FBI employees will be

10      witnesses tomorrow.

11                   MS. SEIFERT:  Correct.

12                   THE COURT:  You don't think it will take the full day?

13                   MS. SEIFERT:  I didn't this morning.  I am hoping it

14      still won't.

15                   THE COURT:  I am just asking you to speculate.

16                   MS. SEIFERT:  I would love also for it not to take the

17      whole day, and we will do our best to minimize extraneous

18      questions.

19                   THE COURT:  Assuming that they all are completed

20      tomorrow, and assuming, which may not be an accurate

21      assumption, but I'll make it for the moment.  Assuming that

22      Mr. St. Louis is not returned to the stand, how long for the

23      four remaining witnesses?

24                   MS. SEIFERT:  I would estimate Monday and Tuesday we

25      would likely still have testimony, though it might not be all
```

1    day on Tuesday.

2            THE COURT:  So the defense just needs to be aware of

3    that in terms of the timing here.  All right.

4            MS. SEIFERT:  Thank you.

5            THE COURT:  Maybe I'll just throw this out now.

6    There's a question in terms of how I should proceed in terms of

7    resolving this case, and I was thinking that I might give --

8    depending upon when we end -- and we don't know because we

9    don't know the Government's case or the defense case or if

10   there's any rebuttal case.

11           I was thinking that I might be prepared to give you a

12   little bit of time if you want to take a little bit more time

13   to do your closings; in other words, a break between the end of

14   the trial and your closings.  And then a little bit between

15   your closings and my rendering a decision, which I would intend

16   at this moment to render orally, not to write a decision but to

17   render a decision orally.  Just think about that as you're

18   continuing on with your responsibilities over the upcoming

19   days.

20           In the meantime, have a nice evening, and I will see

21   you at 9:30 tomorrow morning for the next witness.

22           Anything else we need to address before we adjourn for

23   the day?  Apparently not -- Ms. Paschall.

24           MS. PASCHALL:  I have been in communication with

25   Ms. Duncan and briefly with defense, but I owe them a more

1    fulsome discussion, about outstanding Government exhibits that

2    were brought in through Ms. Calidonna on the first day of her

3    testimony that we didn't necessarily move in.  So I plan to

4    clarify that and potentially move in anything that in her first

5    day of testimony she authenticated but we did not move in as a

6    part of Government's Exhibit 140.  So I plan to prepare a list

7    for everyone and then make the motion to move those into

8    evidence.

9            THE COURT:  I'll entertain it when it comes.

10           MS. PASCHALL:  Okay.

11           THE COURT:  Thank you.  Be sure, if there is another

12    issue with respect to another individual who's been named, that

13    the Government was contemplating calling, that we do that --

14    that we deal with that at the right time.  I'm not asking to

15    deal with it now because I don't think there's any further

16    information that would enable us to, but make sure that we're

17    in a position to deal with it at the right time.  And that

18    requires that you have communication with counsel.

19           MS. SEIFERT:  I can provide a short update.

20           The witness's counsel is in trial, and I have had

21    several communications about their schedule.  It sounds like he

22    will not be in a position to make representations until he's

23    able to meet with his witness tomorrow evening at 7:00.

24           THE COURT:  It seems that that will be early enough in

25    order for us to deal with it, but that means we'll deal with it

1209

1   next week.

2          MS. SEIFERT:  Yes.  And if we can deal with it sooner,

3   we will inform the Court.

4          THE COURT:  Thank you.

5          MS. SEIFERT:  But I will also informally, through

6   email, inform counsel when we know more.

7          THE COURT:  Thank you.  Appreciate it.

8          Thank you, all.  Have a good evening, and I'll see you

9   in the morning.

10     (Proceedings concluded at 5:14 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


/s/ Stacy Johns                    Date: January 25, 2024
Stacy Johns, RPR
Official Court Reporter

**BY MS. AMATO: [47]**
1124/21 1125/4
1127/16 1129/19
1131/3 1133/21 1134/2
1134/21 1136/11
1136/14 1137/16
1141/1 1143/13
1143/24 1146/23
1147/5 1147/15
1147/21 1148/6
1148/19 1150/20
1152/1 1152/11
1153/11 1154/3
1154/17 1155/13
1156/23 1158/19
1160/6 1161/5 1161/22
1163/18 1164/13
1165/14 1166/8 1167/7
1167/18 1172/23
1173/23 1174/19
1180/21 1185/24
1186/7 1187/3 1188/16
1189/7
**BY MS. SEIFERT: [16]**
1122/15 1123/15
1190/20 1193/18
1194/7 1194/20
1196/11 1197/2
1197/16 1198/12
1198/21 1199/10
1200/14 1201/5
1202/22 1203/4
**COURTROOM
DEPUTY: [3]** 1178/17
1186/3 1196/6
**INTREPRETER: [22]**
1134/1 1147/14 1154/1
1155/8 1156/19
1158/12 1166/2 1176/2
1176/13 1176/16
1176/19 1176/21
1180/9 1180/11
1180/13 1180/19
1181/21 1181/25
1194/4 1194/17 1199/8
1203/16
**MR. BARNES: [2]**
1195/23 1204/10
**MR. ORENBERG: [3]**
1195/21 1195/24
1196/2
**MS. AMATO: [99]**
**MS. PASCHALL: [4]**
1204/7 1205/8 1207/24
1208/10
**MS. SEIFERT: [82]**
1122/3 1122/6 1122/9
1122/13 1122/19
1123/10 1124/5
1124/13 1124/16
1129/16 1133/17
1134/14 1134/16
1137/2 1137/4 1143/11
1143/20 1146/16
1150/19 1151/4
1151/12 1151/16

1152/25 1153/25
1157/22 1158/2
1158/10 1158/14
1160/24 1161/4 1164/9
1165/10 1165/18
1165/21 1166/18
1173/19 1178/4
1178/10 1179/12
1180/25 1181/13
1181/15 1183/6
1183/21 1185/14
1190/11 1193/10
1193/14 1193/17
1194/16 1194/18
1194/24 1195/6 1196/3
1196/9 1196/23
1197/14 1198/2 1198/5
1200/13 1201/20
1202/4 1202/9 1202/17
1203/2 1203/18 1204/4
1204/6 1204/8 1204/15
1205/4 1205/23 1206/2
1206/7 1206/11
1206/13 1206/16
1206/24 1207/4
1208/19 1209/2 1209/5
**THE COURT
REPORTER: [2]**
1137/11 1180/4
**THE COURT: [135]**
**THE INTERPRETER:
[7]** 1136/16 1136/21
1136/24 1137/3 1137/6
1137/9 1137/14
**THE INTREPRETER:
[1]** 1136/10
**THE WITNESS: [18]**
1123/12 1124/19
1131/1 1133/20 1147/3
1155/9 1156/21
1158/11 1167/16
1172/22 1176/5
1180/15 1187/2
1188/15 1189/6 1194/5
1198/20 1201/3

**$**

**$1,000 [5]** 1144/3
1144/9 1144/11
1144/12 1144/16
**$17,000 [1]** 1148/12
**$2,000 [1]** 1144/7
**$2,500 [1]** 1145/4
**$3,000 [7]** 1143/3
1144/3 1144/9 1144/17
1144/22 1144/25
1192/17

**/**

**/s [1]** 1210/8

**0**

**01 [1]** 1120/3

**1**

**10 [3]** 1177/1 1178/23
1181/1
**10:58 a.m [1]** 1179/16

**[3]** 1197/17 1198/7
1201/24
**1120 [1]** 1120/7
**1122 [1]** 1121/14
**1190 [1]** 1121/16
**11:17:11 [2]** 1179/11
1179/18
**11:17:14 [1]** 1179/24
**11:17:26 [1]** 1180/1
**11A [3]** 1197/14 1198/7
1198/9
**1200 [3]** 1150/16
1150/17 1150/22
**1226 [1]** 1120/7
**125 [1]** 1131/10
**12505 [1]** 1120/21
**13 [2]** 1160/14 1160/14
**14 [1]** 1195/8
**140 [4]** 1122/17
1122/18 1148/2 1208/6
**15 [2]** 1195/8 1201/21
**16 [2]** 1135/15 1148/12
**16th [1]** 1122/23
**17 [2]** 1135/15 1161/6
**1724 [1]** 1166/17
**18 [1]** 1135/11
**184 [2]** 1122/17
1122/18
**185 [2]** 1123/16
1123/17
**18:48 [1]** 1179/7
**19 [2]** 1168/7 1168/8
**19-years-old [3]**
1135/11 1135/21
1164/20
**19th birthday [1]**
1135/19
**1:50 [1]** 1120/6

**2**

**20 [1]** 1200/6
**200 percent [2]**
1147/12 1147/14
**2001 [1]** 1203/1
**2008 [1]** 1135/20
**2015 [2]** 1148/20
1149/8
**2017 [15]** 1127/9
1127/12 1127/17
1128/4 1128/24 1130/2
1135/6 1142/5 1142/6
1195/12 1196/14
1196/15 1196/16
1197/5 1198/15
**2018 [1]** 1165/2
**2019 [1]** 1129/14
**2020 [18]** 1170/10
1170/11 1170/11
1170/24 1170/25
1171/2 1171/6 1171/15
1171/24 1172/6
1172/10 1172/22
1172/24 1173/1 1173/7
1173/9 1173/11
1173/13
**2021 [32]** 1122/23
1125/17 1127/10
1129/20 1142/3 1142/4

1145/19 1146/9
1155/21 1170/22
1171/1 1171/18
1171/20 1172/1 1172/3
1172/10 1172/14
1173/2 1173/9 1173/17
1179/2 1190/13
1191/14 1191/15
1191/19 1192/4
1198/16 1200/2
1202/25
**2022 [1]** 1149/11
**2023 [9]** 1186/18
1186/24 1187/5 1187/8
1189/11 1189/13
1189/16 1200/6 1202/2
**2024 [2]** 1120/5 1210/8
**20530 [2]** 1120/16
1120/18
**20854 [1]** 1120/22
**20th [1]** 1200/2
**21-0699-01 [1]** 1120/3
**2111 [1]** 1121/3
**21A [2]** 1139/19
1139/20
**22 [1]** 1125/16
**22201 [1]** 1121/4
**23rd [1]** 1127/17
**23rd of [1]** 1195/12
**25 [2]** 1120/5 1210/8

**3**

**30 [1]** 1125/23
**302.01 [11]** 1121/20
1127/13 1127/18
1135/5 1194/19
1195/19 1195/25
1196/25 1197/1 1198/6
1198/9
**302.05 [1]** 1125/2
**302.08 [4]** 1136/12
1136/15 1136/15
1137/17
**31 [3]** 1124/6 1190/13
1203/1
**31st of [1]** 1179/1
**33441 [1]** 1124/7
**35 [1]** 1183/16
**35-years-old [2]**
1135/13 1168/10
**3:18 [1]** 1163/14
**3:30 [1]** 1163/13
**3:39 p.m [1]** 1122/25

**4**

**400 [5]** 1145/17 1146/4
1147/4 1147/4 1203/15
**4:03 [1]** 1176/22

**5**

**500 [1]** 1156/3
**5:00 [2]** 1202/19
1203/19
**5:14 [1]** 1209/10
**5th [1]** 1135/20

**6**

**600 milligrams [1]**
1156/3
**601 [1]** 1120/15
**6th [1]** 1120/22

**7**

**7:00 [1]** 1208/23
**7:00 a.m [1]** 1192/19
**7:25 a.m [1]** 1122/23

**8**

**8th [2]** 1121/3 1201/25

**9**

**950 [1]** 1120/18
**960 [5]** 1150/19
1150/21 1151/2 1151/9
1201/21
**98 [1]** 1148/2
**981 [3]** 1124/9 1124/10
1124/12
**991 [5]** 1121/21
1124/12 1124/13
1124/14 1124/15
**9:30 tomorrow [1]**
1207/12

**A**

**a.m [3]** 1122/23
1179/16 1192/19
**ability [3]** 1166/11
1167/9 1167/15
**able [23]** 1123/9
1128/15 1128/25
1130/14 1130/16
1133/4 1164/20
1164/23 1165/1 1169/9
1169/13 1178/17
1180/2 1180/3 1182/24
1183/8 1185/1 1185/11
1192/3 1199/18
1199/19 1200/18
1200/23
**about [56]** 1124/24
1125/5 1130/23 1131/1
1131/4 1132/13
1132/15 1133/16
1134/3 1134/24
1135/10 1139/10
1140/20 1140/21
1141/3 1142/6 1142/21
1142/24 1144/3
1145/24 1151/20
1153/1 1153/2 1153/4
1153/9 1165/16 1168/1
1168/1 1175/1 1178/13
1179/23 1180/25
1183/25 1184/14
1190/1 1190/24 1191/8
1191/14 1191/14
1191/22 1192/17
1193/14 1193/16
1198/15 1199/5
1199/13 1200/9
1202/24 1203/5 1203/6
1203/8 1203/14

# A

**about... [4]** 1203/14
1207/17 1208/1
1208/21
**above [1]** 1210/5
**above-entitled [1]**
1210/5
**absolutely [1]** 1203/9
**accept [1]** 1177/10
**accompanied [2]**
1132/25 1197/12
**accurate [3]** 1185/4
1206/20 1210/4
**acquiring [3]** 1126/12
1126/13 1197/21
**actual [8]** 1126/8
1126/12 1126/13
1154/4 1197/19
1197/20 1197/22
1199/6
**actually [8]** 1127/2
1131/25 1140/11
1152/8 1164/23
1165/22 1186/21
1203/24
**additional [2]** 1122/11
1176/11
**address [9]** 1123/6
1123/7 1123/19
1123/20 1123/22
1124/6 1125/14
1131/11 1207/22
**adjourn [1]** 1207/22
**adjust [1]** 1173/22
**admissibility [1]**
1183/14
**admission [1]** 1202/15
**admit [6]** 1121/19
1124/8 1183/12
1183/13 1196/23
1202/10
**admitted [7]** 1122/17
1124/14 1142/2 1142/7
1196/25 1202/5 1202/7
**affect [5]** 1156/24
1165/9 1165/17
1166/11 1167/14
**affected [1]** 1167/10
**affirm [1]** 1138/5
**after [24]** 1131/20
1132/2 1139/4 1139/7
1139/17 1140/7
1140/14 1141/7
1141/11 1144/16
1149/8 1153/18
1154/15 1155/5 1162/3
1175/17 1189/8
1189/18 1191/13
1198/23 1198/25
1203/19 1203/23
1204/22
**afternoon [4]** 1122/4
1163/9 1163/11
1183/17
**afterwards [2]** 1149/15
1202/18
**again [23]** 1130/25

1137/12 1137/21
1138/16 1139/19
1146/22 1161/18
1162/1 1163/22 1166/5
1166/18 1167/12
1172/24 1178/11
1179/18 1183/4
1183/24 1186/5 1189/9
1189/18 1189/21
1196/3 1204/22
**against [2]** 1202/11
1202/15
**agent [9]** 1187/16
1204/19 1204/19
1205/17 1205/24
1206/2 1206/3 1206/5
1206/5
**agents [3]** 1187/11
1187/14 1204/18
**agree [7]** 1138/9
1143/17 1151/16
1158/24 1159/22
1170/5 1172/3
**agreed [10]** 1126/16
1130/8 1157/17
1159/18 1159/23
1160/7 1165/10
1165/11 1173/18
1204/16
**agreeing [4]** 1161/11
1162/19 1164/14
1185/13
**agreement [36]**
1150/12 1150/25
1151/3 1151/10
1151/15 1152/3 1152/9
1152/17 1153/18
1154/8 1154/9 1154/19
1154/22 1155/7
1157/11 1157/22
1157/24 1158/1 1158/4
1158/8 1158/15
1158/21 1158/24
1159/4 1159/17 1160/8
1160/15 1161/6
1161/14 1161/15
1161/23 1162/2 1162/3
1162/8 1167/19
1201/23
**agrees [1]** 1159/3
**ahead [1]** 1200/5
**aided [1]** 1121/8
**airborne [1]** 1192/24
**all [45]** 1124/11
1124/12 1133/2 1133/7
1133/15 1133/22
1139/13 1139/23
1144/12 1151/19
1152/2 1153/6 1158/20
1160/25 1161/6 1163/9
1165/8 1165/13
1168/20 1168/23
1174/7 1175/6 1175/12
1176/23 1178/13
1178/22 1179/3
1182/10 1187/25
1188/1 1188/25 1189/1
1190/7 1190/10

1194/8 1196/9 1198/18
1203/19 1205/10
1206/19 1206/25
1207/3 1209/8
**allegation [1]** 1204/17
**ALLEN [1]** 1120/20
**allies [1]** 1203/15
**allow [1]** 1166/1
**ally [4]** 1145/16 1146/4
1147/4 1203/15
**almost [4]** 1135/21
1144/18 1164/19
1168/8
**along [1]** 1138/22
**alongside [1]** 1147/3
**already [14]** 1122/7
1122/10 1125/5
1129/14 1129/21
1145/20 1146/10
1146/21 1148/25
1158/21 1186/25
1195/16 1201/1
1202/12
**also [27]** 1125/16
1128/14 1132/8 1133/6
1134/3 1134/12
1145/22 1146/3
1149/22 1150/8
1154/14 1155/11
1156/21 1160/8 1163/5
1165/15 1169/8
1169/18 1169/21
1177/6 1177/8 1183/23
1188/23 1197/24
1200/11 1206/16
1209/5
**always [1]** 1146/13
**am [10]** 1145/7 1155/17
1155/18 1156/6 1156/9
1156/21 1159/16
1201/24 1206/13
1206/15
**AMATO [20]** 1121/2
1124/17 1125/21
1163/16 1176/12
1176/23 1178/13
1178/15 1178/17
1181/12 1182/10
1183/8 1185/14 1186/5
1195/2 1195/14
1200/15 1202/21
1203/5 1204/22
**Amato's [1]** 1178/9
**AMERICA [1]** 1120/3
**amount [4]** 1143/19
1144/6 1144/19 1145/4
**another [7]** 1143/18
1144/10 1145/3
1162/13 1197/21
1208/11 1208/12
**answer [20]** 1126/4
1126/7 1131/21
1133/18 1133/19
1139/20 1147/2
1147/20 1148/14
1148/18 1169/3
1172/19 1172/21

1176/3 1188/21 1188/24
1189/2 1189/5 1197/17
1201/12
**answered [4]** 1161/4
1172/22 1189/24
1189/25
**answers [2]** 1132/20
1190/2
**any [8]** 1124/11 1145/7
1173/11 1203/25
1205/9 1205/20
1207/10 1208/15
**anything [19]** 1129/6
1129/25 1133/16
1134/6 1139/11
1139/22 1142/20
1155/4 1165/25
1174/12 1175/8 1191/8
1191/14 1191/22
1199/13 1199/14
1202/13 1207/22
1208/4
**Apologies [1]** 1196/10
**apologize [3]** 1198/16
1199/22 1203/3
**App [1]** 1192/12
**Apparently [1]** 1207/23
**appeal [1]** 1175/7
**APPEARANCES [2]**
1120/12 1121/1
**application [3]** 1171/12
1171/14 1196/19
**applications [2]** 1171/4
1171/5
**Appreciate [1]** 1209/7
**approach [2]** 1182/11
1182/13
**April [2]** 1138/14
1142/21
**are [78]** 1122/2 1123/3
1123/5 1123/21 1125/8
1126/1 1126/11
1126/12 1126/12
1126/13 1130/21
1130/23 1131/1
1135/13 1139/2 1142/4
1155/2 1155/16
1155/19 1155/25
1156/4 1156/5 1156/7
1156/8 1156/13
1156/16 1159/14
1159/14 1159/21
1160/18 1161/10
1161/23 1162/23
1167/13 1168/5 1174/8
1176/4 1177/1 1177/10
1177/10 1177/12
1178/13 1178/17
1179/12 1179/21
1180/2 1181/18 1183/3
1184/9 1184/10
1184/11 1184/18
1184/15 1184/18
1184/21 1185/8
1185/11 1188/2
1189/12 1190/14
1190/15 1190/24
1191/17 1191/20

1176/3 1188/7 1188/24 2
1189/3 1189/5 1197/17
1201/12

1192/3 1193/3 1193/25
1197/5 1197/18
1197/20 1197/21
1197/22 1198/15
1201/10 1203/8
1203/15 1204/12
1206/19
**area [1]** 1150/6
**areas [4]** 1184/11
1184/21 1185/11
1185/15
**aren't [1]** 1160/20
**argumentative [3]**
1143/11 1143/20
1143/23
**Arlington [1]** 1121/4
**arms [1]** 1171/1
**Army [5]** 1174/6
1174/13 1174/22
1175/4 1175/4
**around [1]** 1186/4
**arrest [3]** 1166/25
1174/10 1191/17
**arrested [9]** 1140/17
1141/5 1142/12
1142/20 1144/3 1155/3
1165/7 1174/3 1192/19
**arrived [1]** 1135/18
**as [60]** 1122/17 1126/8
1127/25 1128/11
1128/21 1128/25
1129/7 1130/2 1130/16
1131/4 1136/20
1136/25 1137/9
1137/14 1139/23
1140/4 1142/7 1142/7
1144/22 1145/20
1146/8 1147/7 1149/9
1150/8 1151/24
1152/22 1155/2 1155/6
1157/1 1157/6 1157/6
1157/7 1158/20
1158/21 1160/15
1160/19 1164/1
1165/23 1165/24
1167/4 1167/5 1167/8
1170/20 1174/8 1177/1
1178/1 1184/1 1185/3
1185/18 1185/18
1185/18 1185/19
1192/3 1195/16
1195/18 1196/5
1202/12 1203/25
1207/17 1208/5
**Aside [1]** 1167/13
**ask [31]** 1122/11
1124/24 1131/18
1134/19 1134/20
1135/9 1143/22
1146/21 1148/13
1151/23 1158/5
1160/11 1164/11
1164/14 1164/18
1166/2 1166/5 1167/4
1167/12 1170/10
1176/13 1176/16
1181/12 1185/9 1188/7
1188/19 1193/16

**A**

ask... [4] 1199/8 1203/8
1205/1 1205/16
asked [21] 1125/5
1131/20 1131/22
1132/2 1132/22 1139/9
1139/11 1140/20
1140/20 1141/2 1141/9
1153/5 1154/15 1161/4
1165/19 1166/22
1167/3 1189/10
1189/21 1200/9 1203/5
asking [26] 1146/11
1147/22 1153/1 1161/3
1168/1 1168/1 1175/1
1183/3 1184/15 1185/8
1188/4 1188/5 1188/6
1188/11 1188/20
1188/21 1188/22
1188/23 1188/24
1189/1 1189/2 1193/8
1195/18 1205/12
1206/15 1208/14
asleep [1] 1191/12
aspect [1] 1143/23
aspects [1] 1184/9
assert [2] 1171/22
1183/21
asserts [1] 1165/21
assist [3] 1148/2
1163/5 1167/22
assistance [4] 1160/10
1162/12 1162/21
1163/1
assisted [2] 1197/3
1197/8
assuming [4] 1151/2
1206/19 1206/20
1206/21
assumption [1]
1206/21
attack [2] 1173/10
1173/17
attention [2] 1161/16
1162/4
attorney [4] 1153/19
1153/21 1153/23
1159/7
attorney's [4] 1120/14
1152/19 1153/16
1162/9
audio [6] 1148/3
1148/4 1174/18
1175/25 1180/8
1180/14
August [3] 1135/20
1173/1 1173/13
August 2020 [2]
1173/1 1173/13
August 5th [1] 1135/20
AUSA [1] 1120/14
1120/14
authenticated [1]
1208/5
authorities [1] 1201/13
authority [1] 1134/11
Avenue [2] 1120/18

2020/21

aware [4] 1141/14
1155/2 1167/21 1207/2
away [2] 1197/9
1199/24
Azoukenn [1] 1194/6

**B**

babies [1] 1145/22
back [20] 1127/9
1140/3 1140/11
1145/18 1148/20
1149/3 1158/20
1163/15 1167/12
1169/16 1171/20
1175/24 1182/24
1183/22 1188/10
1195/5 1198/5 1198/23
1200/7 1205/1
BARNES [1] 1120/17
barring [1] 1204/2
basis [4] 1151/12
1151/18 1177/9 1185/5
Basquim [2] 1206/4
1206/7
BATES [1] 1120/10
be [54] 1123/6 1123/9
1128/11 1128/24
1133/4 1148/14
1151/17 1158/16
1165/22 1167/2
1167/10 1167/24
1169/9 1169/13 1175/7
1177/8 1177/17
1177/25 1178/4 1178/6
1178/8 1179/22
1181/18 1182/24
1183/7 1183/8 1183/10
1183/18 1184/4
1184/14 1185/1 1185/9
1185/11 1185/17
1188/10 1199/9
1201/15 1204/1
1204/14 1205/4 1205/5
1205/16 1205/18
1205/21 1205/23
1206/9 1206/9 1206/20
1206/25 1207/2
1207/11 1208/11
1208/22 1208/24
Beach [2] 1124/7
1142/11
BEAUDRE [1] 1120/17
because [50] 1127/9
1129/23 1133/13
1134/24 1135/2 1140/1
1141/13 1141/21
1143/15 1146/6
1146/21 1149/5
1150/22 1155/23
1160/1 1160/7 1164/4
1168/12 1168/17
1168/25 1169/1
1170/19 1170/21
1171/8 1171/15
1171/19 1171/25
1172/8 1173/3 1173/4
1173/13 1173/15

1174/9 1174/10
1175/17 1177/10
1177/12 1184/25
1190/24 1193/3
1201/10 1201/12
1201/18 1202/5
1203/11 1204/12
1205/17 1205/18
1207/8 1208/15
become [6] 1165/4
1166/11 1167/9
1167/15 1169/1 1169/5
becoming [2] 1169/8
1169/13
been [20] 1122/17
1125/5 1129/21
1135/15 1161/7 1168/7
1169/1 1169/5 1173/7
1175/21 1177/7
1177/11 1180/25
1181/1 1181/20
1200/11 1202/5 1203/2
1207/24 1208/12
before [31] 1120/10
1126/5 1127/7 1127/10
1132/4 1135/19
1140/13 1141/5
1141/23 1142/4 1154/8
1154/25 1159/11
1163/10 1169/12
1175/11 1175/12
1177/25 1185/5
1185/25 1186/8
1186/13 1186/13
1186/15 1186/17
1186/17 1186/22
1187/10 1190/11
1191/17 1207/22
began [2] 1142/13
1147/7
beginning [2] 1145/18
1146/9
behalf [9] 1126/13
1133/12 1134/12
1134/23 1142/8
1147/17 1160/3
1160/11 1197/21
behind [1] 1149/19
being [15] 1128/15
1140/16 1151/13
1155/3 1156/5 1158/13
1162/23 1182/1 1185/3
1192/15 1195/18
1196/2 1196/5 1199/22
1204/24
belief [1] 1167/13
believe [42] 1137/4
1148/11 1151/5 1151/6
1160/9 1162/20 1164/3
1164/4 1164/6 1164/16
1164/17 1165/1 1165/5
1166/12 1167/8 1167/9
1170/8 1179/7 1179/11
1179/17 1179/19
1184/25 1185/5
1186/16 1187/12
1187/18 1187/24
1188/9 1188/10 1189/4

1191/1 1192/25
1193/14 1193/19
1195/2 1195/14 1200/8
1202/1 1202/9 1202/25
1204/1 1205/21
believes [1] 1190/15
belongs [1] 1148/8
bench [4] 1120/9
1182/16 1185/23
1190/9
besides [3] 1187/17
1187/19 1187/22
best [3] 1185/21
1196/9 1206/17
better [1] 1200/11
between [5] 1156/3
1175/10 1188/10
1207/13 1207/14
birthday [1] 1135/19
bit [11] 1122/20 1142/1
1143/22 1180/23
1182/6 1199/24 1204/2
1204/15 1207/12
1207/12 1207/14
blind [3] 1136/25
1137/10 1137/14
block [1] 1149/23
bond [1] 1173/5
Bonura [1] 1205/24
both [2] 1151/4 1177/3
bottom [1] 1153/16
bought [11] 1126/21
1127/23 1130/2 1143/2
1148/11 1165/8
1173/24 1174/3
1174/10 1174/23
1182/19
Boulevard [1] 1121/3
box [10] 1125/22
1138/17 1139/14
1197/14 1197/17
1197/24 1197/25
1198/4 1198/7 1198/9
boxes [3] 1130/4
1194/24 1197/18
break [4] 1151/5
1163/10 1163/11
1207/13
briefly [1] 1207/25
bring [10] 1161/15
1162/4 1166/21 1169/9
1169/13 1176/7
1183/22 1185/12
1185/12 1203/10
brought [4] 1144/11
1151/13 1165/23
1208/2
burn [1] 1203/11
business [1] 1123/8
buy [4] 1126/19
1127/12 1142/9
1142/16
buyer [6] 1126/8
1126/12 1126/13
1197/19 1197/20
1197/22
buyer's [1] 1125/23
buying [4] 1126/17

1171/3 1173/11 1192/9

**C**

Calidonna [1] 1208/2
call [7] 1178/23
1204/19 1204/20
1204/21 1204/22
1205/1 1205/23
called [3] 1136/1
1146/2 1156/18
calling [1] 1208/13
came [5] 1135/10
1135/23 1164/19
1170/9 1185/25
can [61] 1129/16
1133/20 1137/12
1148/2 1148/5 1148/17
1151/17 1152/9 1158/3
1158/16 1160/18
1163/7 1163/20
1163/24 1164/4 1164/6
1164/15 1164/17
1165/22 1167/5
1168/24 1169/22
1169/22 1175/12
1178/5 1179/4 1179/13
1181/16 1183/1 1183/7
1183/11 1183/12
1183/12 1183/14
1183/21 1183/21
1183/22 1185/12
1185/15 1185/16
1185/16 1187/21
1191/5 1191/6 1193/21
1195/6 1196/3 1196/4
1198/2 1198/5 1198/6
1198/11 1198/20
1201/12 1201/13
1202/6 1202/18
1203/20 1204/20
1208/19 1209/2
can't [9] 1123/10
1123/14 1136/20
1166/5 1167/2 1168/20
1168/23 1176/1
1178/20
cancer [3] 1156/9
1191/12 1201/18
cannot [12] 1134/10
1134/12 1135/2 1140/5
1140/6 1160/21 1169/3
1171/22 1177/24
1187/15 1188/1
1197/22
card [3] 1123/8
1164/24 1165/1
cards [1] 1123/12
carried [1] 1204/14
carry [14] 1128/5
1128/6 1128/8 1128/11
1130/14 1130/16
1130/23 1131/1 1131/4
1131/10 1133/4
1134/10 1134/11
1140/4
case [18] 1140/17
1150/12 1152/24
1157/14 1165/16

**C**

case... **[13]** 1167/10
1167/14 1167/14
1169/12 1175/7 1183/1
1184/5 1186/1 1201/11
1207/7 1207/9 1207/9
1207/10
**Cash [1]** 1192/11
**Casillas [1]** 1192/11
**caused [1]** 1172/5
**cell [11]** 1149/23
1149/24 1149/25
1149/25 1150/1 1150/1
1199/17 1199/20
1200/15 1200/16
1200/23
**cellblock [7]** 1149/15
1149/21 1149/22
1150/6 1199/16
1200/10 1200/22
**cells [1]** 1199/23
**cent [1]** 1192/11
**certain [4]** 1133/3
1158/5 1161/10
1161/12
**Certainly [4]** 1122/12
1140/25 1178/3 1190/5
**certify [2]** 1125/25
1210/3
**changed [2]** 1172/12
1202/13
**changing [1]** 1159/14
1164/8
**characterization [3]**
1164/9 1181/2 1201/15
**charge [4]** 1145/23
1146/1 1146/15
1146/25
**charged [1]** 1169/12
**charges [1]** 1167/20
**chart [1]** 1150/22
**check [4]** 1135/6
1179/20 1186/2 1198/4
**checked [2]** 1197/24
1197/25
**checkmark [1]** 1198/9
**checkmarked [1]**
1198/1
**child [3]** 1169/14
1173/10 1191/3
**chop [2]** 1203/12
1203/16
**circling [1]** 1138/25
**citizen [8]** 1165/4
1166/11 1167/9
1167/15 1169/1 1169/5
1169/8 1169/13
**citizenship [2]** 1165/9
1167/9
**claiming [2]** 1126/20
1130/12
**clarify [7]** 1123/24
1129/16 1137/5
1179/12 1179/13
1190/12 1208/4
**clear [7]** 1152/9
1157/24 1177/17

978/12 1198/6
1199/22 1203/2
**clearance [1]** 1127/24
**clearly [2]** 1169/16
1183/25
**client [2]** 1159/3
1162/12
**client's [3]** 1161/17
1162/6 1162/11
**clip [1]** 1176/25
**closer [2]** 1123/17
1173/20
**closer-up [1]** 1123/17
**closings [3]** 1207/13
1207/14 1207/15
**cold [1]** 1192/23
**colleague [1]** 1182/2
**College [1]** 1136/2
**Colt [1]** 1125/11
**COLUMBIA [2]** 1120/1
1162/10
**come [1]** 1197/10
**comes [2]** 1180/7
1208/9
**coming [1]** 1186/8
**committed [1]** 1162/14
**communication [2]**
1207/24 1208/18
**communications [1]**
1208/21
**complete [2]** 1126/1
1126/1
**completed [1]** 1206/19
**computer [2]** 1121/8
1178/19
**computer-aided [1]**
1121/8
**conceal [3]** 1130/23
1131/1 1131/10
**concealed [1]** 1128/8
**concern [3]** 1165/16
1166/10 1166/25
**concerned [4]** 1165/7
1184/24 1202/24
1205/15
**concluded [2]** 1185/23
1209/10
**Conference [2]**
1182/16 1185/23
**confirm [4]** 1123/13
1166/22 1187/15
1188/1
**connect [1]** 1178/17
**consented [2]** 1122/7
1122/10
**consistent [1]** 1165/24
**consists [1]** 1177/23
**consult [1]** 1178/5
**consulting [1]** 1181/18
**contemplating [1]**
1208/13
**context [1]** 1201/1
**contingency [1]**
1205/10
**continuance [1]**
1183/3
**continue [2]** 1169/22
1184/24

**CONTINUED [3]**
1121/1 1121/14
1122/14
**continuing [1]** 1207/18
**convince [1]** 1175/9
**cooperate [8]** 1154/22
1157/18 1158/25
1159/3 1159/18
1159/23 1160/7
1201/11
**cooperating [1]** 1160/2
**cooperation [7]**
1158/16 1159/2
1161/17 1161/17
1162/6 1162/6 1162/11
**copy [1]** 1196/12
**correct [172]**
**correction [4]** 1136/17
1136/21 1155/10
1203/16
**correctly [5]** 1129/4
1129/11 1148/21
1153/5 1180/24
**could [29]** 1122/19
1122/20 1123/11
1123/13 1123/13
1123/23 1128/5
1128/10 1128/21
1133/10 1133/11
1134/5 1134/22 1135/2
1137/8 1143/15 1150/8
1160/4 1160/17 1166/4
1179/12 1184/12
1194/16 1194/18
1194/24 1197/14
1199/21 1199/23
1201/20
**couldn't [4]** 1133/11
1136/6 1189/1 1205/2
**counsel [14]** 1129/16
1137/6 1153/1 1158/6
1158/14 1166/2
1166/21 1179/12
1179/13 1190/12
1199/9 1208/18
1208/20 1209/6
**country [10]** 1134/10
1168/7 1168/21
1168/24 1169/2 1169/6
1169/14 1193/1 1193/4
1193/24
**couple [2]** 1185/19
1185/19
**course [2]** 1157/11
1190/17
**court [13]** 1120/1
1121/5 1121/7 1137/12
1149/14 1165/22
1178/2 1185/1 1185/25
1194/4 1199/16 1209/3
1210/9
**Court's [12]** 1122/6
1122/9 1125/20
1140/24 1155/8
1161/16 1162/4
1173/21 1178/2 1190/4
1190/7 1205/1
**courthouse [2]** 1149/9

1150/2
**courtroom [3]** 1149/13
1149/19 1181/11
**cousin [1]** 1147/11
**CR [1]** 1120/3
**crazy [3]** 1155/18
1155/19 1194/1
**create [1]** 1147/8
**created [1]** 1147/3
**Creole [13]** 1147/18
1153/21 1154/4 1154/6
1154/12 1158/8
1174/17 1175/13
1175/18 1176/5
1178/11 1180/15
1183/9
**cross [6]** 1124/20
1134/15 1184/15
1200/9 1200/12
1200/13
**cross-examination [4]**
1124/20 1184/15
1200/9 1200/12
**cure [1]** 1196/4
**current [1]** 1157/14
**currently [2]** 1156/9
1156/17

**D**

**D.C [1]** 1120/5
**danger [1]** 1173/14
**date [12]** 1129/17
1129/18 1143/2
1178/25 1179/3
1186/19 1186/20
1187/1 1195/12
1196/16 1201/23
1210/8
**dates [1]** 1142/15
**day [11]** 1122/25
1165/6 1174/9 1187/7
1204/10 1206/12
1206/17 1207/1
1207/23 1208/2 1208/5
**days [2]** 1185/19
1207/19
**DC [2]** 1120/16 1120/18
**deal [6]** 1208/14
1208/15 1208/17
1208/25 1208/25
1209/2
**dealing [2]** 1166/10
1191/20
**dealt [1]** 1204/20
**December [3]** 1189/11
1189/13 1189/16
**December 15th of [1]**
1189/16
**December 7th of [2]**
1189/11 1189/13
**decide [1]** 1163/7
**decided [2]** 1170/16
1201/10
**decides [1]** 1161/20
**decision [10]** 1160/13
1161/19 1167/24
1168/1 1169/24 1170/3
1201/13 1207/15

1207/16 1207/17
**Deerfield [1]** 1124/7
**defendant [4]** 1120/7
1120/19 1136/25
1137/4
**defense [15]** 1122/7
1122/9 1151/6 1151/7
1151/24 1152/13
1157/21 1157/23
1158/20 1177/1
1190/12 1203/23
1207/2 1207/9 1207/25
**defined [2]** 1185/18
1185/19
**definitely [5]** 1154/20
1169/15 1170/18
1187/18 1200/13
**degree [1]** 1136/5
**denied [2]** 1166/24
1182/19
**denying [1]** 1174/8
**Department [1]**
1120/17
**departure [1]** 1160/10
**depending [1]** 1207/8
**Depends [1]** 1133/18
**deportable [1]** 1167/20
**destroy [1]** 1123/23
**determine [1]** 1162/11
**diagnosis [2]** 1190/23
1191/1
**did [80]** 1123/9 1127/3
1130/5 1130/6 1131/15
1131/16 1132/2
1132/14 1132/15
1133/13 1133/14
1134/22 1136/9
1139/12 1139/21
1139/24 1140/4 1141/7
1142/9 1143/8 1143/25
1144/16 1144/23
1144/25 1145/14
1146/15 1146/24
1147/6 1147/8 1147/22
1147/23 1148/21
1150/10 1153/23
1154/12 1154/18
1155/3 1156/24 1159/5
1159/15 1160/1 1162/3
1166/10 1166/13
1170/22 1171/4
1171/25 1172/10
1175/7 1175/14 1176/6
1176/9 1180/20 1185/3
1189/5 1189/15
1189/18 1189/18
1192/9 1192/11
1192/14 1192/22
1193/1 1193/22 1194/2
1194/8 1194/14
1197/10 1197/10
1198/19 1198/22
1199/1 1199/4 1199/5
1199/5 1199/11
1199/25 1200/1
1201/23 1208/5
**didn't [34]** 1126/19
1129/6 1129/9 1129/25

**D**

**didn't... [30]** 1130/3 1131/14 1134/24 1134/24 1139/11 1139/25 1141/4 1141/11 1141/21 1141/23 1142/20 1143/25 1144/12 1150/11 1159/6 1159/6 1161/25 1170/21 1170/23 1172/6 1173/15 1174/21 1175/21 1180/4 1180/24 1186/25 1199/14 1205/12 1206/13 1208/3

**different [9]** 1123/25 1156/6 1164/12 1182/23 1185/2 1185/2 1186/21 1199/19 1200/16

**difficult [4]** 1168/12 1191/9 1191/15 1191/23

**direct [7]** 1121/14 1122/14 1163/19 1163/23 1193/15 1200/8 1203/6

**disagree [1]** 1159/4

**disclaimer [1]** 1181/22

**discuss [1]** 1202/18

**discussed [1]** 1190/9

**discussion [5]** 1132/9 1184/8 1188/12 1190/6 1208/1

**discussions [5]** 1188/10 1188/13 1188/15 1188/17 1190/1

**dismantled [1]** 1146/1

**display [1]** 1122/16

**disputing [2]** 1161/23 1174/23

**DISTRICT [4]** 1120/1 1120/1 1120/10 1162/10

**do [79]** 1123/1 1123/18 1129/4 1129/6 1129/22 1131/25 1134/6 1135/7 1135/8 1137/1 1138/2 1140/16 1141/4 1142/15 1145/8 1146/6 1147/6 1147/16 1147/16 1147/23 1148/18 1152/13 1152/14 1152/15 1157/5 1158/9 1158/18 1159/3 1159/21 1161/8 1163/20 1163/20 1163/24 1163/24 1164/4 1164/6 1164/15 1164/17 1165/9 1167/8 1167/8 1169/7 1170/16 1171/15 1171/25 1172/2 1172/5 1172/6 1173/4 1173/16 1178/8 1179/3 1183/9 1183/10

1183/16 1183/19 1183/21 1184/2 1184/25 1185/13 1185/21 1190/23 1191/6 1192/18 1193/11 1193/25 1194/12 1197/24 1201/6 1201/8 1201/23 1202/23 1203/10 1203/20 1203/24 1205/18 1206/17 1207/13 1208/13

**doctor [1]** 1191/2

**document [24]** 1151/13 1151/21 1152/12 1152/13 1152/15 1152/16 1152/19 1152/22 1153/2 1153/2 1153/5 1153/9 1153/10 1153/12 1153/23 1154/4 1154/5 1154/25 1157/12 1157/14 1157/17 1159/11 1161/11 1195/16

**does [6]** 1153/21 1157/4 1183/9 1196/2 1204/22 1204/23

**doesn't [6]** 1123/8 1123/13 1158/14 1168/20 1174/13 1183/22

**doing [10]** 1129/3 1145/6 1161/2 1161/3 1171/18 1173/3 1183/10 1193/2 1194/2 1196/9

**dollars [2]** 1143/7 1192/17

**Dominican [1]** 1145/13

**don't [58]** 1127/3 1130/10 1130/12 1131/10 1133/13 1137/19 1137/20 1138/15 1139/21 1139/21 1142/15 1143/2 1146/20 1150/10 1151/18 1151/22 1152/8 1155/6 1156/6 1156/11 1156/14 1156/22 1157/6 1157/19 1158/8 1159/1 1161/19 1163/25 1164/1 1164/6 1165/11 1166/12 1167/4 1168/4 1168/4 1169/3 1169/16 1171/15 1181/9 1181/15 1183/23 1184/13 1185/2 1186/19 1186/23 1191/11 1193/16 1196/4 1196/6 1199/2 1202/1 1202/13 1205/10 1205/21 1206/12 1207/8 1207/9 1208/15

**done [6]** 1129/11

1130/21 1143/17 1143/18 1153/4 1166/21 1167/14

**door [1]** 1205/3

**down [8]** 1126/16 1139/19 1184/24 1198/2 1198/11 1202/6 1203/21 1203/22

**downstairs [5]** 1149/21 1150/2 1150/4 1150/5 1200/10

**drove [1]** 1170/13

**Duncan [2]** 1195/19 1207/25

**during [2]** 1177/15 1192/22

**duty [4]** 1204/24 1205/6 1205/7 1205/19

**E**

**each [4]** 1181/4 1187/13 1188/6 1199/23

**earlier [3]** 1123/25 1165/12 1195/22

**early [2]** 1142/7 1208/24

**effect [1]** 1157/14

**either [4]** 1121/7 1131/16 1183/11 1196/6

**Eliande [8]** 1122/22 1122/24 1145/9 1146/11 1170/9 1173/24 1174/1 1182/20

**ELITA [1]** 1121/2

**ELMO [2]** 1152/9 1158/16

**else [13]** 1126/14 1126/21 1127/21 1129/10 1134/13 1134/23 1149/20 1155/5 1172/17 1190/18 1194/13 1199/15 1207/22

**elsewhere [1]** 1194/10

**email [1]** 1209/6

**emanating [1]** 1190/13

**employed [1]** 1146/21

**employee [7]** 1139/1 1139/9 1139/9 1139/12 1139/13 1139/15 1139/17

**employees [1]** 1206/9

**enable [1]** 1208/16

**end [4]** 1176/10 1185/3 1207/8 1207/13

**ended [1]** 1171/18

**enforcement [17]** 1140/17 1141/2 1141/14 1141/22 1142/12 1142/20 1143/1 1143/6 1144/20 1165/6 1165/15 1166/9 1166/25 1174/2 1174/3 1174/9 1182/18

**English [16]** 1127/3

1129/22 1130/21 1130/12 1132/9 1133/14 1134/25 1135/24 1136/4 1136/6 1152/14 1154/12 1154/14 1172/5 1189/5 1194/15

**enough [2]** 1140/1 1208/24

**entered [1]** 1135/20

**entertain [1]** 1208/9

**entire [1]** 1124/12

**entirety [1]** 1124/9

**entitled [1]** 1210/5

**ESQ [3]** 1120/17 1120/20 1121/2

**estimate [1]** 1206/24

**evaluate [1]** 1162/10

**even [6]** 1129/9 1129/9 1140/13 1174/24 1181/9 1194/14

**evening [3]** 1207/20 1208/23 1209/8

**events [3]** 1191/9 1191/16 1192/3

**ever [2]** 1133/15 1175/7

**every [4]** 1136/8 1139/25 1141/24 1149/4

**everybody [4]** 1188/5 1188/6 1188/21 1188/24

**everyone [3]** 1163/15 1183/24 1208/7

**everything [1]** 1129/3

**evidence [17]** 1124/15 1125/3 1136/13 1150/23 1150/25 1151/18 1151/23 1152/25 1157/21 1184/19 1195/17 1195/18 1196/2 1196/5 1197/1 1208/8

**evidentiary [1]** 1184/19

**evolved [1]** 1146/14

**exactly [2]** 1134/12 1186/23

**examination [14]** 1121/14 1121/16 1122/10 1122/14 1124/20 1163/19 1163/23 1184/3 1184/15 1190/19 1200/8 1200/9 1200/12 1203/6

**excuse [8]** 1122/14 1128/11 1145/15 1179/16 1186/20 1189/5 1198/7 1201/6

**excused [1]** 1203/20

**exhibit [27]** 1124/9

1124/12 1124/15 1125/2 1127/13 1127/18 1136/12 1136/15 1137/17 1148/2 1150/15 1150/21 1151/6 1151/7 1151/25 1152/13 1157/21 1157/23 1158/21 1177/1 1178/23 1195/24 1197/1 1198/8 1198/11 1203/25 1208/6

**Exhibit 10 [2]** 1177/1 1178/23

**Exhibit 140 [2]** 1148/2 1208/6

**Exhibit 302.01 [2]** 1127/13 1127/18

**Exhibit 302.05 [1]** 1125/2

**Exhibit 302.08 [3]** 1136/12 1136/15 1137/17

**Exhibit 9 [5]** 1151/6 1152/13 1157/21 1157/23 1158/21

**Exhibit 960 [1]** 1150/21

**Exhibit 981 [1]** 1124/9

**Exhibit 991 [1]** 1124/12

**exhibits [3]** 1121/18 1121/19 1208/1

**existence [2]** 1145/25 1146/10

**exists [1]** 1204/1

**experience [1]** 1177/14

**explain [5]** 1130/3 1132/22 1154/11 1154/18 1191/5

**explained [7]** 1133/23 1134/3 1134/5 1154/10 1155/2 1155/4 1160/8

**explanation [1]** 1132/24

**expressed [4]** 1165/16 1165/19 1165/20 1166/9

**extent [3]** 1161/17 1162/5 1162/11

**extraneous [1]** 1206/17

**F**

**fact [5]** 1145/20 1157/1 1174/12 1175/9 1175/12

**Facts [3]** 1151/1 1151/3 1151/10

**fair [4]** 1181/2 1183/9 1201/15 1204/4

**fall [1]** 1191/12

**familiar [6]** 1123/3 1123/5 1129/14 1129/21 1129/22 1129/23

**family [16]** 1141/25 1163/20 1163/24 1164/5 1169/9 1169/18 1169/22 1171/19

**F**

**family... [8]** 1172/1
1172/10 1172/11
1173/5 1173/14
1173/17 1199/3
1202/24
**family's [1]** 1173/5
**far [1]** 1199/24
**farther [1]** 1144/20
**fat [2]** 1149/17 1200/1
**favors [3]** 1147/16
1147/17 1147/23
**FBI [11]** 1140/10
1140/13 1141/8
1141/11 1144/2
1178/25 1192/13
1192/18 1202/23
1206/8 1206/9
**February [1]** 1149/11
**Federal [1]** 1124/7
**feel [3]** 1182/14
1191/25 1192/22
**felt [2]** 1136/25
1192/23
**female [1]** 1130/22
**few [1]** 1131/20
**figure [1]** 1185/16
**file [3]** 1160/10
1162/24 1163/4
**fill [15]** 1129/9 1129/10
1130/5 1130/16 1131/9
1131/18 1132/11
1138/23 1139/5
1139/12 1139/15
1172/4 1196/19 1199/5
1199/11
**filled [20]** 1124/25
1125/13 1126/23
1127/11 1127/14
1127/21 1128/7
1128/10 1128/17
1129/13 1129/20
1130/19 1132/17
1132/19 1138/1 1139/7
1139/13 1139/17
1194/21 1196/20
**filling [7]** 1130/18
1135/3 1136/24
1138/20 1171/4
1171/12 1197/3
**final [1]** 1170/3
**find [4]** 1141/22
1168/23 1168/24
1182/25
**finder [2]** 1175/9
1175/12
**fine [9]** 1162/18
1163/12 1178/16
1178/16 1183/10
1183/15 1185/17
1185/20 1191/13
**finish [3]** 1183/10
1184/3 1202/17
**firearm [11]** 1126/8
1126/12 1126/13
1126/17 1127/9 1128/5
1128/24 1131/4

1197/19 1197/21
1197/23
**firearms [3]** 1126/19
1126/20 1196/12
**Firm [1]** 1120/21
**first [19]** 1127/5 1133/6
1135/5 1135/23
1144/19 1147/13
1155/3 1166/20 1170/9
1170/11 1175/6 1178/5
1178/8 1178/9 1199/1
1203/8 1203/20 1208/2
1208/4
**five [3]** 1129/13
1142/10 1203/19
**flare [1]** 1191/25
**Flip [1]** 1186/3
**floating [1]** 1192/24
**Floor [2]** 1120/22
1121/3
**Florida [4]** 1124/7
1128/19 1131/12
1205/8
**Folder [2]** 1166/17
1174/15
**following [1]** 1197/17
**forced [1]** 1172/2
**foregoing [1]** 1210/3
**forfeit [1]** 1183/16
**forget [4]** 1136/8
1136/9 1136/10
1157/10
**forgot [6]** 1143/16
1144/3 1144/22 1155/4
1162/17 1164/3
**forgotten [3]** 1143/9
1192/16 1192/17
**form [61]** 1125/6
1125/8 1125/17
1125/19 1125/22
1125/25 1126/1 1126/4
1126/7 1126/11
1126/23 1127/2 1127/5
1127/7 1127/14
1127/20 1129/10
1129/13 1129/15
1129/20 1129/21
1129/22 1129/23
1129/24 1130/1 1130/5
1130/7 1130/8 1130/16
1130/18 1131/4
1131/18 1134/20
1135/1 1135/2 1135/3
1135/5 1135/9 1136/24
1138/1 1138/15
1138/20 1138/23
1139/10 1139/12
1139/16 1139/19
1171/23 1194/15
1195/3 1195/7 1195/12
1196/18 1196/21
1197/4 1197/5 1197/20
1198/4 1199/6 1199/11
1199/12
**forms [13]** 1124/25
1128/17 1132/22
1137/1 1137/10
1137/15 1139/13

1171/20 1172/4
1172/9 1194/21
1199/13
**forth [1]** 1188/10
**forward [2]** 1167/6
1184/3
**found [3]** 1140/10
1141/7 1184/1
**foundation [1]** 1193/11
**four [7]** 1122/11 1142/9
1142/11 1142/16
1192/20 1204/13
1206/23
**frankly [1]** 1183/11
**front [1]** 1136/19
**full [3]** 1131/10
1162/10 1206/12
**fully [1]** 1177/11
**fulsome [1]** 1208/1
**further [2]** 1190/8
1208/15

**G**

**Gainesville [1]** 1205/8
**gallery [1]** 1122/16
**gang [25]** 1145/9
1145/11 1145/14
1145/18 1145/20
1145/23 1145/24
1145/25 1146/1 1146/2
1146/5 1146/9 1146/10
1146/12 1146/13
1146/14 1146/15
1146/15 1146/24
1147/3 1147/4 1147/7
1147/7 1147/8 1147/10
**gangs [2]** 1168/25
1203/14
**Gary [2]** 1197/9 1198/1
**Gaspiay [1]** 1194/6
**gave [9]** 1126/11
1132/24 1140/3
1144/14 1145/1 1145/2
1193/19 1195/17
1197/13
**gentleman [2]** 1132/4
1132/25
**GERMINE [6]** 1120/6
1192/10 1199/17
1200/16 1200/21
1201/6
**get [23]** 1127/24
1127/25 1128/21
1130/14 1134/8
1139/25 1140/12
1142/1 1144/12
1144/17 1163/4
1163/10 1165/1
1174/13 1174/16
1175/24 1178/20
1179/5 1179/6 1180/3
1181/16 1183/13
1183/23
**getting [4]** 1133/2
1133/15 1133/22
1178/22
**girlfriend [1]** 1203/7
**give [16]** 1132/5

1153/11 1146/6
1143/21 1155/23
1156/13 1174/13
1181/19 1193/22
1194/13 1198/19
1198/22 1199/1 1199/2
1207/7 1207/11
**given [3]** 1156/2
1156/4 1156/5
**giving [1]** 1134/19
**go [19]** 1122/25
1123/16 1133/1 1141/9
1141/10 1141/12
1149/3 1169/16 1174/4
1174/12 1174/22
1175/3 1176/7 1182/25
1183/1 1184/3 1185/12
1195/7 1200/5
**goes [1]** 1175/7
**going [55]** 1124/24
1125/2 1127/13
1140/21 1141/10
1141/24 1142/15
1143/21 1145/7 1145/8
1146/6 1147/19
1151/24 1152/2
1156/13 1157/10
1158/20 1159/2
1160/14 1161/18
1161/21 1162/18
1166/18 1167/12
1168/5 1171/24
1171/25 1172/8
1172/21 1172/24
1173/4 1174/4 1174/6
1174/11 1174/16
1174/21 1175/3 1176/6
1176/7 1176/25
1177/25 1178/23
1179/20 1179/22
1184/2 1184/2 1184/24
1186/15 1188/10
1191/25 1194/2 1194/5
1195/15 1202/4
1205/14
**gone [3]** 1127/9 1141/3
1154/24
**good [8]** 1122/4 1157/8
1192/24 1194/10
1194/14 1194/15
1194/17 1209/8
**goods [1]** 1168/23
**got [23]** 1140/14
1144/11 1144/12
1144/16 1163/9 1180/6
1191/2
**gotten [1]** 1181/16
**Government [32]**
1120/13 1121/12
1121/19 1124/15
1148/1 1152/6 1157/18
1158/14 1161/11
1161/15 1161/24
1162/4 1163/20
1163/24 1164/4 1164/6
1164/15 1164/17
1165/21 1168/25
1170/2 1177/6 1183/6

1165/22 1185/13
1188/2 1197/1 1201/14
1204/16 1205/15
1208/1 1208/13
**Government's [19]**
1125/2 1127/13
1127/18 1135/5
1136/12 1136/15
1137/17 1148/2
1150/15 1150/21
1151/9 1161/7 1178/10
1184/5 1194/19 1196/7
1201/21 1207/9 1208/6
**grand [9]** 1186/14
1186/15 1186/17
1186/20 1186/22
1187/7 1187/10 1189/8
1189/12
**guard [12]** 1128/12
1128/22 1128/25
1129/7 1130/3 1130/17
1130/18 1131/5
1132/15 1132/16
1139/23 1140/4
**guess [8]** 1165/9
1176/25 1182/25
1184/12 1184/16
1185/10 1204/2 1204/5
**guideline [1]** 1160/12
**gun [4]** 1142/6 1197/10
1197/11 1197/12
**guns [17]** 1141/6
1141/7 1141/10 1142/4
1142/9 1142/16 1143/2
1165/7 1165/8 1174/3
1174/24 1192/9
1198/13 1198/16
1198/19 1198/22
1199/1
**guy [1]** 1142/17

**H**

**had [55]** 1123/22
1126/4 1126/7 1127/1
1127/5 1127/7 1127/9
1127/11 1128/4 1128/6
1128/7 1128/7 1128/10
1128/14 1128/14
1129/9 1129/21
1129/24 1131/21
1131/22 1131/25
1132/25 1133/24
1133/25 1134/5
1139/19 1140/5 1140/7
1140/10 1140/11
1140/13 1140/22
1141/6 1141/8 1143/7
1144/14 1145/9
1148/11 1148/20
1148/25 1161/7
1163/19 1171/22
1172/1 1172/16
1173/10 1174/12
1177/7 1191/3 1191/4
1192/16 1192/16
1192/17 1198/1
1208/20
**Haiti [16]** 1148/23

Haiti... **[15]** 1149/3
1149/6 1168/12
1168/12 1168/15
1168/17 1168/18
1168/20 1168/20
1168/24 1169/9
1169/16 1193/6 1193/9
1203/7
Haitian **[3]** 1132/10
1132/14 1147/18
Haitian-Creole **[1]**
1147/18
half **[1]** 1148/17
hand **[1]** 1123/17
handcuffed **[1]**
1200/19
handed **[1]** 1144/8
handwriting **[1]** 1195/2
handwritten **[2]**
1195/21 1195/25
hanging **[1]** 1182/5
happen **[1]** 1200/1
happened **[3]** 1138/13
1140/14 1200/6
happening **[2]** 1191/16
1191/23
happens **[2]** 1201/10
1205/9
hard **[1]** 1122/19
harsh **[1]** 1184/14
has **[26]** 1122/7
1122/10 1123/8
1123/12 1145/12
1146/14 1146/21
1151/4 1156/14
1156/15 1157/14
1158/5 1161/24 1162/3
1162/12 1162/13
1166/21 1168/18
1181/20 1183/24
1190/12 1191/6
1195/19 1202/13
1203/23 1204/20
hasn't **[2]** 1165/25
1202/5
have **[88]** 1128/15
1130/3 1131/23 1132/5
1134/8 1136/8 1136/19
1143/9 1143/15 1149/5
1151/22 1151/22
1152/8 1153/1 1153/23
1155/11 1155/14
1155/17 1156/14
1157/9 1158/8 1160/9
1160/21 1162/20
1164/3 1164/11 1167/3
1168/21 1170/6
1171/22 1173/7
1173/16 1175/13
1175/21 1175/22
1176/11 1176/25
1177/3 1177/3 1177/6
1177/9 1177/10
1177/14 1177/20
1179/3 1180/17
1182/23 1182/25

1183/8 1183/17
1184/23 1185/5
1185/14 1185/16
1190/8 1190/23 1191/5
1191/6 1191/12
1191/24 1191/24
1192/20 1193/11
1194/18 1195/16
1196/4 1196/6 1197/14
1199/21 1200/11
1200/19 1201/18
1201/20 1202/20
1203/2 1203/7 1204/6
1204/13 1204/25
1206/2 1206/3 1206/3
1206/25 1207/20
1207/24 1208/18
1208/20 1209/8
haven't **[2]** 1169/5
1175/8
having **[5]** 1133/7
1134/11 1137/20
1141/3 1153/18
he **[65]** 1130/9 1132/7
1132/7 1132/8 1136/24
1147/16 1147/16
1147/22 1147/23
1149/17 1149/19
1149/22 1149/25
1150/1 1151/16 1153/1
1159/8 1161/2 1161/3
1165/11 1165/19
1165/20 1165/24
1166/24 1167/4 1167/5
1175/10 1175/11
1175/12 1180/20
1181/5 1181/5 1181/7
1181/7 1182/5 1182/6
1182/19 1182/19
1183/25 1184/11
1186/25 1186/25
1189/5 1193/8 1193/12
1193/14 1197/10
1197/10 1197/12
1197/12 1197/12
1199/19 1199/21
1199/24 1199/24
1200/1 1200/19
1200/24 1201/2 1201/3
1204/1 1205/5 1205/12
1205/18 1208/21
he's **[7]** 1153/4 1174/17
1181/9 1204/24
1205/14 1205/24
1208/22
head **[12]** 1146/8
1156/9 1156/17 1157/9
1173/5 1173/6 1190/24
1191/1 1191/4 1191/6
1191/24 1191/25
headset **[2]** 1122/8
1186/2
health **[4]** 1155/11
1155/14 1155/16
1155/17
hear **[16]** 1123/10
1136/20 1137/13
1148/21 1175/14

1175/16 1176/9 1178/9
1180/4 1191/23
1194/16 1202/21
1205/2 1205/12
heard **[9]** 1144/5
1175/1 1175/13 1178/4
1178/6 1178/9 1180/22
1181/20 1182/2
hearing **[1]** 1166/20
hearsay **[9]** 1133/17
1146/16 1151/13
1151/16 1165/10
1165/18 1165/20
1165/22 1202/12
heart **[1]** 1156/10
Hello **[2]** 1124/22
1124/23
help **[9]** 1133/7 1157/4
1157/5 1157/6 1168/2
1168/5 1169/21 1170/1
1173/10
helped **[7]** 1130/5
1131/6 1133/24 1134/1
1157/2 1157/3 1157/5
helping **[3]** 1129/10
1152/6 1162/23
helps **[1]** 1170/5
her **[57]** 1131/16
1131/18 1131/20
1131/21 1132/22
1140/11 1140/12
1141/3 1141/9 1141/10
1141/12 1141/14
1141/16 1141/19
1141/23 1144/8 1145/2
1145/6 1145/7 1145/9
1145/16 1146/2 1146/5
1146/13 1147/9
1147/11 1147/17
1147/17 1147/22
1147/23 1150/8 1167/1
1170/12 1171/3 1171/6
1171/10 1171/15
1173/8 1173/20
1183/10 1183/10
1185/15 1190/18
1192/6 1192/10
1193/24 1194/11
1198/24 1199/3
1203/11 1203/11
1203/12 1203/16
1203/16 1204/22
1208/2 1208/4
here **[30]** 1125/9
1130/6 1135/18
1137/21 1137/24
1138/16 1138/25
1144/5 1148/9 1149/9
1152/6 1155/6 1157/7
1162/3 1162/23 1164/1
1164/20 1167/4 1167/5
1167/8 1174/8 1180/7
1186/8 1186/8 1192/3
1201/13 1201/24
1204/3 1205/24 1207/3
hernia **[1]** 1156/10
hers **[1]** 1147/10

higher **[1]** 1179/23
highlight **[1]** 1198/7
Highway **[1]** 1124/7
him **[34]** 1148/9
1148/10 1148/11
1148/15 1149/13
1149/15 1153/5
1153/10 1158/13
1161/3 1166/22 1167/3
1167/3 1167/4 1182/21
1183/1 1183/11
1183/22 1184/21
1185/13 1193/8
1193/16 1199/24
1200/18 1200/19
1201/1 1202/15
1204/20 1204/21
1204/22 1204/25
1205/1 1205/4 1205/15
himself **[1]** 1150/1
his **[8]** 1151/14
1165/21 1166/17
1166/25 1174/16
1197/9 1205/6 1208/23
hold **[2]** 1184/3
1184/12
homeopathic **[4]**
1155/25 1156/1 1156/2
1156/24
Honor **[42]** 1122/3
1124/8 1124/18
1134/14 1136/16
1136/17 1136/22
1147/19 1148/13
1151/1 1151/19
1152/25 1157/20
1158/10 1160/24
1164/9 1166/18
1173/19 1174/15
1175/14 1175/20
1176/19 1176/21
1176/24 1178/7
1178/16 1181/5
1181/13 1181/21
1182/11 1186/6 1190/8
1190/11 1190/17
1193/13 1196/9
1196/23 1198/3
1202/10 1203/18
1204/11 1205/22
HONORABLE **[1]**
1120/10
hope **[3]** 1167/22
1168/2 1175/11
hoping **[13]** 1160/1
1162/23 1163/3 1163/5
1165/4 1167/13 1168/5
1169/8 1169/12
1169/21 1169/25
1201/10 1206/13
Hopkins **[1]** 1136/1
hospital **[1]** 1156/14
hot **[1]** 1192/23
hours **[2]** 1184/10
1192/20
house **[1]** 1142/23
how **[19]** 1132/7
1136/7 1138/2 1138/22

1144/16 1156/19
1165/16 1175/16
1176/20 1178/15
1181/5 1192/9 1192/18
1192/22 1199/17
1199/19 1200/18
1206/22 1207/6
HOWARD **[1]** 1120/20
However **[1]** 1156/3
husband **[2]** 1147/10
1192/6

I

I'd **[14]** 1122/10
1136/12 1148/1
1148/13 1150/15
1150/21 1150/24
1152/5 1152/12 1158/5
1166/16 1174/15
1176/24 1185/11
I'll **[9]** 1166/1 1166/2
1182/25 1202/21
1204/17 1206/21
1207/5 1208/9 1209/8
I'm **[87]** 1123/3 1123/10
1124/24 1125/2
1127/13 1127/17
1127/21 1129/20
1132/15 1133/25
1136/19 1137/7
1138/25 1139/13
1142/6 1143/21 1145/6
1145/8 1146/6 1146/11
1147/13 1147/19
1147/22 1150/16
1151/2 1151/6 1151/24
1152/2 1152/12
1153/25 1154/13
1156/17 1157/10
1158/2 1159/2 1160/14
1161/1 1161/18
1161/21 1166/18
1167/11 1167/21
1168/1 1168/1 1169/7
1170/16 1172/21
1173/3 1173/11
1174/10 1174/16
1175/1 1176/1 1176/4
1176/15 1176/25
1178/20 1178/20
1179/5 1179/9 1179/9
1179/9 1179/19 1180/4
1181/1 1181/15
1181/24 1184/16
1184/20 1184/23
1188/14 1190/24
1191/13 1192/1
1194/16 1195/5
1195/15 1195/18
1195/24 1198/5
1199/22 1201/7 1202/4
1203/14 1203/14
1206/5 1208/14
I've **[2]** 1191/3 1191/3
identification **[1]**
1177/1
identified **[2]** 1149/9
1158/21

**I**

**identify [2]** 1158/6
1185/15
**illegal [5]** 1193/2
1193/9 1194/8 1194/9
1194/12
**image [1]** 1123/18
**immigration [9]** 1163/6
1163/7 1163/10
1165/17 1167/23
1167/24 1169/24
1170/3 1170/6
**impeach [4]** 1167/3
1182/21 1183/1
1184/21
**impeached [2]** 1158/2
1158/5
**impeachment [5]**
1166/19 1166/23
1167/2 1183/15
1204/23
**important [2]** 1157/11
1184/25
**improper [1]** 1166/19
**inaccurate [1]** 1177/5
**including [1]** 1153/10
**inconsistency [3]**
1175/10 1184/11
1195/16
**inconsistent [8]**
1165/23 1165/25
1177/8 1183/12
1190/14 1190/15
1203/25 1204/17
**inconsistently [2]**
1151/17 1166/20
**incorrectly [2]** 1180/20
1181/6
**increase [1]** 1175/23
**INDEX [1]** 1121/11
**individual [8]** 1130/22
1138/21 1138/24
1139/4 1139/4 1139/5
1139/9 1208/12
**individuals [2]** 1139/2
1188/4
**indulgence [8]** 1125/20
1140/24 1155/8
1173/21 1178/2 1190/4
1190/7 1194/4
**inform [3]** 1162/20
1209/3 1209/6
**informally [1]** 1209/5
**information [10]**
1126/24 1137/21
1137/22 1137/23
1138/6 1139/3 1177/8
1179/4 1183/24
1208/16
**informed [7]** 1125/13
1125/16 1129/24
1142/2 1142/6 1165/16
1177/4
**informing [1]** 1162/20
**initially [1]** 1177/7
**inquire [2]** 1151/20
1151/20

**inside [2]** 1122/23
1139/2
**instance [1]** 1192/16
**instructed [7]** 1130/1
1135/8 1138/2 1138/18
1138/22 1141/12
1171/13
**instructions [1]**
1197/13
**intend [3]** 1184/21
1204/19 1207/15
**internationally [1]**
1194/10
**interpret [2]** 1178/12
1180/24
**interpretation [12]**
1175/15 1175/16
1177/20 1180/3
1180/19 1181/16
1181/17 1181/19
1182/23 1184/23
1185/4 1185/6
**interpreted [11]**
1153/24 1154/2
1154/23 1158/13
1159/20 1160/17
1162/1 1162/16
1175/17 1181/1 1181/6
**interpreter [25]**
1136/16 1136/18
1154/5 1154/11
1154/18 1156/19
1159/7 1159/8 1173/19
1175/18 1176/2
1176/16 1177/2
1177/15 1177/24
1179/21 1180/22
1181/6 1181/8 1181/9
1181/10 1181/11
1181/21 1183/25
1199/8
**interpreters [5]** 1177/3
1177/9 1178/12 1180/2
1181/19
**interpreting [4]** 1155/9
1155/10 1159/20
1177/15
**interrupt [1]** 1195/15
**interview [14]** 1166/17
1174/16 1177/16
1178/24 1179/13
1182/17 1184/10
1184/12 1190/13
1192/13 1192/18
1192/20 1192/22
1204/18
**interviewed [2]**
1140/16 1174/9
**interviewing [1]**
1205/17
**introduces [1]** 1190/18
**investigating [1]**
1141/16
**investigation [1]**
1162/13
**involved [1]** 1205/17
**involvement [1]**
1143/14

**is [185]**
**isn't [2]** 1157/12
1185/4
**issue [7]** 1183/1
1183/2 1185/5 1191/3
1191/24 1205/22
1208/12
**issued [1]** 1130/21
**issues [14]** 1155/12
1155/14 1155/16
1155/17 1157/9
1167/23 1177/2
1184/23 1191/4 1191/5
1191/7 1191/20
1191/25 1193/3
**it [230]**
**it's [43]** 1122/19
1122/23 1125/3
1134/15 1134/18
1135/1 1136/13 1137/9
1139/13 1140/5
1146/20 1148/18
1151/13 1151/14
1151/16 1152/8 1152/9
1154/14 1159/10
1159/11 1161/20
1163/7 1166/16
1166/17 1171/16
1172/19 1174/7
1178/24 1179/16
1181/1 1181/2 1181/22
1184/25 1185/19
1194/12 1194/15
1198/1 1198/4 1201/25
1202/15 1202/18
1203/23 1204/1
**its [1]** 1124/9
**itself [1]** 1154/4

**J**

**jail [6]** 1156/2 1163/4
1169/7 1201/6 1201/8
1201/16
**January [3]** 1120/5
1189/19 1210/8
**JDB [1]** 1120/3
**Jean [2]** 1143/4 1143/4
**jeopardize [1]** 1129/6
**Jimenez [1]** 1125/11
**job [6]** 1127/25
1128/21 1129/7
1139/25 1140/2
1184/14
**Jocelyn [2]** 1148/8
1148/8
**JOHN [3]** 1120/10
1143/4 1143/4
**Johns [4]** 1121/6
1210/3 1210/8 1210/8
**JOLY [2]** 1120/6
1192/8
**judge [8]** 1120/10
1161/20 1162/20
1162/24 1162/25
1163/4 1163/7 1167/25
**judge's [2]** 1160/13
1161/18
**July [3]** 1127/17

**July 23rd [1]** 1127/17
**jury [9]** 1186/14
1186/15 1186/17
1186/20 1186/22
1187/7 1187/10 1189/8
1189/12
**just [55]** 1130/6 1137/5
1140/6 1143/16 1144/1
1146/18 1150/25
1151/2 1151/10 1153/7
1155/4 1157/23 1166/5
1166/24 1167/4
1167/17 1170/20
1170/23 1170/24
1171/6 1171/24
1174/13 1174/24
1175/1 1175/7 1175/18
1176/25 1179/19
1179/19 1180/17
1180/22 1181/8 1184/1
1184/20 1184/23
1185/2 1185/13
1188/17 1188/22
1189/6 1189/10 1190/9
1190/11 1193/7 1193/7
1195/5 1197/3 1199/13
1201/20 1202/9 1204/5
1206/15 1207/2 1207/5
1207/17
**Justice [1]** 1120/17

**K**

**KAREN [1]** 1120/14
**Kenny [2]** 1206/3
1206/6
**kid's [1]** 1173/6
**kidnapped [1]** 1145/21
**kidnapping [1]**
1146/13
**kill [4]** 1141/24 1169/17
1199/3 1203/11
**killed [2]** 1145/21
1145/22
**KIMBERLY [1]** 1120/14
**king [2]** 1147/10
1192/7
**knew [16]** 1133/6
1133/10 1134/8
1134/22 1141/13
1141/15 1141/16
1141/18 1170/19
1171/8 1171/20
1171/25 1172/8 1173/7
1193/8 1193/12
**know [51]** 1127/3
1131/14 1131/15
1131/16 1133/13
1133/14 1134/24
1135/1 1137/19
1137/20 1138/8 1143/8
1144/3 1146/3 1146/3
1146/6 1146/19
1146/24 1147/7 1147/8
1147/16 1147/23
1150/10 1154/23
1155/9 1156/6 1156/11
1156/22 1157/17

**it's/19** 1159/1 1159/6
1161/19 1164/6 1168/4
1168/4 1169/3 1179/4
1181/5 1181/7 1181/9
1184/22 1185/4 1193/1
1194/8 1195/6 1196/4
1205/10 1207/8 1207/9
1209/6
**known [1]** 1171/23
**knows [1]** 1153/1
**Koleg [6]** 1145/11
1145/14 1145/16
1146/3 1147/11
1173/10

**L**

**lack [2]** 1161/17 1162/6
**lady [9]** 1127/1 1130/16
1130/23 1131/6
1132/10 1132/13
1132/14 1132/17
1137/19
**Lanmo [1]** 1194/6
**laptop [1]** 1178/18
**large [2]** 1159/11
1202/14
**last [4]** 1152/3 1153/10
1181/1 1195/17
**lasted [1]** 1192/20
**later [3]** 1129/14
1177/2 1183/14
**latitude [1]** 1143/22
**law [18]** 1120/21
1140/17 1141/2
1141/14 1141/21
1142/12 1142/19
1143/1 1143/6 1144/20
1165/6 1165/15 1166/9
1166/25 1174/2 1174/3
1174/9 1182/18
**laws [4]** 1134/10
1193/1 1193/4 1193/24
**lawyer [7]** 1134/19
1154/10 1154/11
1154/12 1154/18
1155/2 1155/4
**leader [1]** 1147/8
**leading [1]** 1200/25
**learn [2]** 1135/24
1136/6
**learned [2]** 1133/2
1136/4
**least [1]** 1176/10
**left [4]** 1168/12
1168/17 1182/5
1183/17
**legally [1]** 1164/20
1164/21
**less [3]** 1163/4 1201/16
1205/25
**let [15]** 1123/24
1124/10 1135/9
1164/14 1164/18
1167/12 1175/23
1177/17 1178/5
1178/11 1179/19
1183/10 1198/25
1199/18 1203/7

**L**

**let's [14]** 1123/16
1142/1 1143/21
1143/22 1158/18
1163/13 1175/6 1178/9
1195/5 1195/7 1195/8
1199/25 1200/7 1203/5
**license [12]** 1128/6
1128/7 1128/11
1128/14 1130/14
1130/24 1131/2 1132/5
1132/13 1133/7
1133/10 1140/3
**licensee [1]** 1197/22
**licenses [7]** 1128/4
1130/21 1133/2
1133/15 1133/22
1133/23 1134/8
**lie [24]** 1135/2 1146/6
1170/14 1170/21
1170/21 1170/22
1170/23 1170/24
1170/25 1171/2 1171/3
1171/8 1171/9 1171/10
1171/16 1171/21
1171/25 1172/5 1172/8
1172/24 1173/7 1173/9
1173/15 1173/16
**lied [3]** 1127/2 1172/3
1172/14
**lies [3]** 1127/4 1170/15
1170/19
**like [30]** 1122/10
1131/23 1136/12
1137/9 1137/14 1144/9
1148/1 1148/8 1150/15
1150/21 1150/24
1152/5 1152/12
1166/16 1174/11
1174/12 1174/14
1174/15 1176/13
1176/16 1176/20
1181/21 1182/24
1183/16 1185/11
1191/25 1192/21
1192/23 1201/15
1208/21
**likely [1]** 1206/25
**limited [2]** 1132/24
1204/21
**Lindsey [2]** 1136/1
1136/3
**linguist [1]** 1206/7
**list [5]** 1195/17
1195/22 1195/24
1196/7 1208/6
**listed [2]** 1125/9
1197/19
**listen [1]** 1170/6
**listened [1]** 1177/3
**little [11]** 1122/20
1129/18 1143/21
1180/23 1182/6 1204/2
1204/15 1205/24
1207/12 1207/12
1207/14
**live [1]** 1164/20

**lived [2]** 1149/8 1203/7
**living [2]** 1128/19
1168/12
**locate [3]** 1177/7
1182/24 1182/25
**located [3]** 1123/19
1123/20 1124/4
**location [5]** 1131/7
1131/8 1131/9 1131/15
1141/4
**long [8]** 1144/16
1176/20 1179/23
1185/18 1192/18
1201/17 1201/18
1206/22
**longer [2]** 1160/18
1201/16
**look [2]** 1185/15
1195/8
**looked [2]** 1195/6
1200/1
**looking [4]** 1140/1
1160/19 1160/22
1197/5
**looks [1]** 1148/8
**lost [1]** 1204/2
**lot [16]** 1143/8 1144/4
1145/21 1147/25
1159/10 1159/11
1163/20 1163/24
1164/4 1168/15
1168/18 1190/25
1191/19 1191/20
1192/14 1192/15
**lotto [1]** 1131/23
**LOUIS [22]** 1121/13
1122/4 1122/16
1124/24 1152/2
1158/12 1163/15
1163/19 1177/15
1178/24 1184/10
1185/25 1186/8
1190/21 1194/21
1196/12 1198/13
1201/8 1203/20
1204/20 1205/16
1206/22
**love [3]** 1182/6 1182/7
1206/16
**lower [1]** 1160/11
**Lucky [9]** 1124/1
1124/4 1142/9 1142/10
1142/16 1170/23
1193/22 1198/14
1198/17
**lying [1]** 1171/22

**M**

**Madam [1]** 1166/4
**made [11]** 1127/10
1142/25 1167/24
1172/4 1181/5 1182/18
1191/15 1191/21
1191/22 1198/18
1200/21
**make [17]** 1129/2
1129/11 1136/16
1136/21 1167/20

**lived [2]** 1169/24 1170/5
**living [2]** 1179/20 1181/22
1182/1 1185/10 1198/6
1201/13 1206/21
1208/7 1208/16
1208/22
**makes [5]** 1142/10
1175/5 1180/19 1191/9
1191/11
**making [3]** 1128/3
1151/7 1166/24
**manipulate [1]** 1132/7
**many [1]** 1131/22
**March [6]** 1125/17
1127/10 1129/14
1129/20 1142/7
1170/22
**March 13th of [1]**
1125/17
**mark [3]** 1151/24
1176/24 1176/25
**marked [4]** 1158/20
1175/8 1195/18
1203/25
**marking [2]** 1130/4
1197/17
**marshals [4]** 1150/5
1200/19 1201/4
1203/21
**matter [3]** 1145/20
1157/1 1210/5
**Mawozo [4]** 1145/17
1146/4 1147/4 1203/15
**Mawozos [1]** 1147/4
**may [21]** 1133/18
1136/16 1136/17
1136/21 1147/1
1151/19 1151/20
1164/3 1166/19
1175/21 1176/11
1182/11 1183/18
1184/4 1184/23 1192/5
1192/20 1199/8
1203/20 1205/15
1206/20
**Maybe [3]** 1163/10
1186/23 1207/5
**MD [1]** 1120/22
**me [118]**
**mean [15]** 1141/9
1151/14 1160/13
1175/8 1177/12
1177/14 1183/12
1184/13 1184/25
1191/5 1192/14
1192/23 1201/12
1201/25 1202/16
**means [2]** 1196/7
1208/25
**meantime [1]** 1207/20
**mechanical [1]** 1121/8
**medication [9]** 1155/17
1155/21 1155/22
1155/24 1156/5 1156/9
1156/24 1191/8
1191/14
**medications [6]** 1156/1
1156/6 1156/8 1156/11

**medicine [10]** 1155/23
1156/4 1157/2 1157/3
1157/3 1190/24
1191/19 1191/21
1191/22 1192/1
**medicines [2]** 1156/2
1190/25
**meds [1]** 1191/12
**meet [5]** 1188/3
1189/15 1189/18
1189/18 1208/23
**member [2]** 1141/24
1199/3
**members [1]** 1171/19
**memory [3]** 1154/24
1156/25 1157/7
**mental [4]** 1155/11
1155/14 1155/16
1155/17
**mention [1]** 1166/13
**mentioned [8]** 1123/24
1123/25 1166/12
1190/21 1192/16
1193/1 1197/3 1199/16
**message [4]** 1122/22
1122/23 1122/24
1123/5
**met [12]** 1148/11
1148/20 1174/2 1186/9
1186/11 1186/17
1187/10 1189/8
1189/11 1189/13
1189/16 1189/21
**Miami [1]** 1124/4
**mic [1]** 1195/23
**Michaud [1]** 1145/12
**microphone [1]**
1173/20
**might [12]** 1129/6
1165/8 1165/9 1173/19
1177/8 1178/4 1183/7
1202/17 1204/10
1206/25 1207/7
1207/11
**military [9]** 1132/4
1174/4 1174/11 1176/6
1176/8 1204/24 1205/6
1205/7 1205/19
**milligrams [1]** 1156/3
**mind [1]** 1169/11
**mine [1]** 1153/15
**minimal [1]** 1153/9
**minimize [3]** 1143/10
1143/14 1206/17
**minute [7]** 1153/7
1179/23 1181/14
1181/23 1201/25
1202/19 1205/2
**minutes [3]** 1176/21
1181/1 1183/17
**mischaracterized [1]**
1198/3
**Miss [1]** 1193/20
**moment [4]** 1169/4
1202/21 1206/21
1207/16
**Monday [2]** 1204/14

**money [11]** 1143/18
1143/25 1144/1 1144/6
1144/8 1144/19
1144/22 1145/4 1145/7
1192/9 1192/11
**MoneyGram [2]**
1144/24 1144/24
**more [13]** 1179/20
1180/5 1180/9 1180/10
1183/7 1195/7 1201/16
1202/20 1203/2
1203/24 1207/12
1207/25 1209/6
**morning [5]** 1183/4
1195/18 1206/13
1207/21 1209/9
**most [1]** 1204/20
**motion [4]** 1160/10
1162/24 1163/4 1208/7
**mouth [2]** 1160/23
1173/20
**move [14]** 1124/8
1150/24 1151/18
1157/21 1158/4
1160/25 1167/5 1196/3
1196/23 1202/10
1208/3 1208/4 1208/5
1208/7
**moved [2]** 1148/25
1151/17
**Mr. [28]** 1122/4
1122/16 1122/20
1124/24 1152/2
1158/12 1163/15
1163/19 1177/15
1178/24 1184/10
1185/25 1186/8
1190/21 1192/10
1194/21 1195/20
1196/12 1198/13
1199/17 1200/16
1200/21 1201/6 1201/8
1203/20 1204/20
1205/16 1206/22
**Mr. Casillas [1]**
1122/20
**Mr. Germine [5]**
1192/10 1199/17
1200/16 1200/21
1201/6
**Mr. Orenberg [1]**
1195/20
**Mr. St. Louis [21]**
1122/4 1122/16
1124/24 1152/2
1158/12 1163/15
1163/19 1177/15
1178/24 1184/10
1185/25 1186/8
1190/21 1194/21
1196/12 1198/13
1201/8 1203/20
1204/20 1205/16
1206/22
**Ms [10]** 1121/14
1121/16 1122/21
1125/21 1181/14

**M**

**Ms... [5]**  1195/1 1195/9
1195/14 1201/22
1208/2
**Ms. [29]**  1124/17
1157/25 1163/16
1176/12 1176/23
1178/8 1178/9 1178/13
1178/15 1178/17
1181/12 1182/10
1183/8 1183/17
1185/14 1186/5
1190/10 1190/17
1192/6 1192/9 1194/2
1195/2 1195/19
1200/15 1202/21
1203/5 1204/22
1207/23 1207/25
**Ms. Amato [17]**
1124/17 1163/16
1176/12 1176/23
1178/13 1178/15
1178/17 1181/12
1182/10 1183/8
1185/14 1186/5 1195/2
1200/15 1202/21
1203/5 1204/22
**Ms. Amato's [1]**  1178/9
**Ms. Duncan [2]**
1195/19 1207/25
**Ms. Paschall [1]**
1207/23
**Ms. Seifert [5]**  1157/25
1178/8 1183/17
1190/10 1190/17
**Ms. Tunis [3]**  1192/6
1192/9 1194/2
**much [3]**  1153/4
1157/6 1192/9
**multiple [1]**  1179/13
**must [1]**  1143/9
**my [54]**  1122/10
1122/19 1137/22
1138/17 1138/24
1140/23 1141/25
1145/8 1146/8 1147/6
1150/22 1152/15
1152/16 1154/10
1154/24 1155/2 1155/3
1155/4 1156/9 1156/10
1156/21 1157/9
1159/23 1163/24
1166/19 1171/19
1172/1 1172/10
1172/11 1173/5 1173/5
1173/6 1173/10
1173/14 1173/17
1174/21 1182/2
1190/16 1190/24
1191/4 1191/6 1191/17
1191/24 1191/25
1195/21 1195/22
1195/24 1198/25
1199/3 1199/5 1204/2
1204/5 1205/23
1207/15
**myself [2]**  1150/1

**N**

1174/10

**name [15]**  1125/14
1137/19 1137/23
1138/16 1138/17
1141/18 1145/8 1146/3
1146/5 1146/7 1152/19
1152/22 1156/13
1156/22 1197/9
**named [1]**  1208/12
**names [2]**  1156/11
1156/15
**National [2]**  1142/18
1145/12
**nature [3]**  1161/16
1162/5 1162/10
**necessarily [1]**  1208/3
**need [10]**  1134/8
1157/9 1178/23
1182/14 1184/25
1186/2 1205/1 1205/4
1205/15 1207/22
**needed [1]**  1131/18
**needs [4]**  1122/8
1166/20 1176/2 1207/2
**neither [1]**  1183/9
**never [7]**  1139/23
1140/3 1141/7 1174/6
1174/12 1175/3
1199/13
**new [1]**  1165/1
**next [10]**  1123/16
1149/8 1181/12
1183/21 1185/12
1187/4 1204/24 1205/6
1207/21 1209/1
**nice [1]**  1207/20
**night [1]**  1195/17
**Nineteen [1]**  1135/17
**no [77]**  1120/3 1124/16
1126/7 1127/15
1131/17 1133/13
1133/15 1133/23
1135/7 1142/6 1143/15
1143/15 1145/6
1147/24 1148/11
1149/24 1150/18
1150/18 1153/1
1153/22 1153/24
1155/10 1156/15
1157/5 1157/23 1158/4
1159/24 1160/18
1166/14 1169/17
1170/12 1170/13
1171/6 1171/15
1172/24 1173/1 1173/3
1173/11 1173/13
1173/13 1173/13
1173/15 1174/25
1175/5 1175/19 1177/1
1177/9 1177/14
1180/16 1181/3 1182/5
1182/5 1185/5 1185/14
1188/12 1188/15
1188/17 1189/13
1190/8 1191/11
1191/24 1193/13
1196/24 1197/18
1197/25 1198/1 1198/4
1198/10 1200/4 1200/4
1200/4 1201/2 1201/17
1201/18 1202/8
1203/18 1205/22
**No. [2]**  1151/25 1161/6
**No. 17 [1]**  1161/6
**No. 9 [1]**  1151/25
**nonresponsive [1]**
1172/20
**Nope [1]**  1183/22
**Northeast [1]**  1131/10
**not [134]**
1145/12
**notes [2]**  1195/22
1195/25
**nothing [2]**  1138/10
1161/2
**November [6]**  1187/8
1200/2 1200/6 1201/25
1201/25 1202/1
**November 20 [1]**
1200/6
**November 20th [1]**
1200/2
**November 7th of [1]**
1187/8
**November 8th [1]**
1201/25
**now [46]**  1126/4
1127/17 1130/10
1135/9 1135/13
1139/23 1140/7 1141/2
1142/1 1143/3 1145/9
1146/14 1148/1
1148/20 1150/12
1153/2 1154/24 1156/1
1156/5 1156/8 1157/4
1159/14 1160/19
1162/18 1163/3 1164/2
1164/8 1168/10 1169/7
1169/19 1170/9 1172/3
1175/11 1176/11
1177/2 1177/17
1180/25 1182/20
1182/23 1184/12
1184/17 1184/24
1185/3 1197/3 1207/5
1208/15
**number [5]**  1125/23
1152/24 1159/2
1179/15 1179/17
**number 2 [2]**  1179/15
1179/17
**number 30 [1]**  1125/23
**number 9 [1]**  1159/2
**NW [2]**  1120/15
1120/18

**O**

**oath [2]**  1122/5
1163/16
**object [4]**  1158/14
1166/18 1183/23
1183/23
**objection [23]**  1124/11
1129/16 1133/17
1134/14 1143/11

1156/24 1197/18
1197/25 1198/1 1198/4
1198/10 1200/4 1200/4
1200/4 1201/2 1201/17
1201/18 1202/8
1203/18 1205/22
1147/1 1151/12 1153/1
1158/4 1160/24 1161/1
1164/9 1164/11
1165/10 1165/18
1166/19 1196/24
1196/25 1200/25
1205/9 1205/20
**obligations [4]**  1161/8
1161/10 1161/12
1161/24
**oblige [1]**  1162/20
**observed [1]**  1139/15
**obtain [2]**  1129/4
1164/23
**obtained [3]**  1128/4
1128/7 1128/14
**obviously [1]**  1205/24
**occasion [1]**  1185/2
**occasions [2]**  1186/11
1186/22
**occurred [1]**  1200/2
**October [14]**  1122/23
1138/14 1142/3 1142/4
1142/13 1142/25
1143/2 1179/2 1186/18
1186/24 1187/5
1190/13 1203/1
1204/18
**October 16th [1]**
1122/23
**October 2021 [1]**
1142/4
**October 22nd of [1]**
1187/5
**October 26th of [2]**
1186/18 1186/24
**October 31 [2]**  1190/13
1203/1
**October 31st interview
[1]**  1204/18
**off [7]**  1129/18 1150/22
1184/8 1184/12 1190/6
1203/12 1203/17
**offense [1]**  1162/14
**office [2]**  1120/15
1162/9
**officer [2]**  1127/25
1178/1
**offices [1]**  1159/3
**Official [2]**  1121/7
1210/9
**Oh [3]**  1124/13 1152/7
1192/23
**okay [40]**  1130/8
1131/7 1136/23 1146/5
1150/5 1150/24 1151/4
1151/24 1152/6 1152/8
1152/17 1154/21
1159/9 1160/5 1162/18
1163/23 1164/17
1165/13 1166/15
1168/7 1170/9 1176/9
1178/1 1179/6 1179/7
1179/24 1179/25
1180/6 1180/12 1182/3
1182/11 1186/20
1188/3 1188/17 1192/2

1200/7 1202/2 1202/6
1206/1 1208/10
**old [5]**  1135/11
1135/13 1135/21
1164/20 1168/10
**once [4]**  1142/11
1186/23 1191/12
1192/1
**one [39]**  1123/8 1124/1
1124/3 1126/16
1127/21 1130/18
1131/23 1132/17
1133/15 1133/23
1139/14 1142/10
1143/17 1144/5 1144/9
1156/7 1156/15
1156/17 1156/21
1172/4 1175/4 1179/15
1179/16 1179/20
1180/5 1180/9 1180/10
1181/23 1182/25
1183/6 1184/6 1188/3
1194/21 1195/7
1196/19 1199/6
1199/12 1200/15
1204/18
**online [1]**  1143/16
**only [13]**  1129/25
1142/13 1142/25
1143/7 1163/3 1163/7
1172/12 1178/11
1179/22 1181/7
1190/12 1201/13
1202/20
**Oops [1]**  1127/15
**open [1]**  1184/4
**opportunity [1]**
1203/24
**option [1]**  1205/23
**oral [1]**  1132/6
**orally [2]**  1207/16
1207/17
**order [1]**  1208/25
**ORENBERG [3]**
1120/20 1120/21
1195/20
**organized [1]**  1173/9
**originally [1]**  1168/17
**other [26]**  1123/23
1124/3 1124/16
1133/11 1133/12
1144/22 1145/18
1150/10 1181/4
1182/24 1184/6 1184/9
1184/11 1184/21
1185/11 1187/15
1187/17 1187/18
1187/19 1187/22
1188/2 1188/22
1199/23 1203/18
1205/23 1207/13
**others [1]**  1157/6
**our [3]**  1196/9 1204/2
1206/17
**out [49]**  1124/25
1125/13 1126/23
1127/14 1128/7
1128/10 1128/17

**O**

**out... [42]** 1129/9
1129/10 1129/13
1129/20 1130/5
1130/16 1130/19
1130/19 1131/9
1131/18 1132/11
1132/17 1132/20
1135/3 1136/24 1138/1
1138/20 1138/23
1139/6 1139/7 1139/12
1139/13 1139/15
1139/17 1140/1
1140/10 1141/8 1141/8
1165/22 1171/4
1171/12 1172/4 1184/1
1185/16 1190/13
1194/21 1196/19
1196/20 1197/4 1199/5
1199/11 1207/5
**outnumbered [1]**
1177/12
**outside [4]** 1146/16
1146/20 1182/11
1182/13
**outstanding [1]** 1208/1
**over [13]** 1144/8
1144/11 1145/12
1145/15 1145/18
1146/8 1146/12
1162/18 1169/10
1172/1 1181/4 1204/14
1207/18
**overnight [2]** 1183/8
1183/18
**overruled [2]** 1147/1
1165/19
**owe [1]** 1207/25
**own [1]** 1145/9
**owner [1]** 1138/18

**P**

**p.m [6]** 1120/6 1120/9
1122/25 1163/14
1176/22 1209/10
**page [18]** 1121/12
1122/17 1122/18
1123/17 1124/5 1152/3
1152/13 1153/10
1158/20 1158/24
1160/14 1160/14
1161/8 1177/9 1195/7
1198/8 1201/21 1202/4
**page 1 [3]** 1152/13
1158/20 1198/8
**page 13 [2]** 1160/14
1160/14
**page 15 [1]** 1201/21
**Page 184 [2]** 1122/17
1122/18
**page 185 [1]** 1123/17
**page 6 [1]** 1158/24
**Pages [1]** 1120/7
**paid [4]** 1131/20
1174/7 1198/13
1198/16
**Palace [1]** 1142/18

**Paragraph [1]** 1187/6
**Park [1]** 1120/21
**part [11]** 1147/13
1148/13 1151/9 1159/4
1160/15 1174/17
1175/8 1176/10
1177/25 1204/5 1208/6
**participants [1]**
1189/12
**particular [1]** 1182/21
**party [1]** 1202/15
**PASCHALL [2]**
1120/14 1207/23
**passed [1]** 1197/9
**past [1]** 1200/19
**Patrick [4]** 1138/22
1144/11 1144/15
1192/12
**pause [1]** 1175/6
**Pawn [8]** 1124/1
1142/9 1142/10
1142/16 1170/23
1193/23 1198/14
1198/17
**pawnshop [4]** 1138/18
1139/2 1170/13
1170/14
**pay [3]** 1140/1 1192/9
1192/11
**payments [1]** 1198/14
**PC [1]** 1120/21
**Pennsylvania [1]**
1120/18
**people [14]** 1133/12
1145/21 1145/21
1146/14 1187/15
1187/17 1187/18
1187/19 1187/22
1188/1 1188/2 1188/11
1188/23 1188/25
**perceive [2]** 1191/9
1191/16
**percent [2]** 1147/12
1147/14
**permission [3]** 1122/6
1122/9 1205/1
**permit [2]** 1131/9
1160/11
**permitted [2]** 1185/9
1205/5
**person [13]** 1130/5
1135/3 1138/20 1149/8
1155/18 1155/19
1159/20 1162/13
1180/19 1197/9
1197/21 1201/13
1203/8
**personal [1]** 1196/13
**pertinent [1]** 1202/18
**phone [1]** 1142/17
**pick [11]** 1140/21
1141/3 1141/7 1141/10
1141/12 1144/7
1144/23 1144/25
1145/1 1145/3 1145/7
**picked [5]** 1141/13
1141/20 1141/21
1142/23 1145/2

**picken [1]** 1141/6
**picture [3]** 1122/22
1123/12 1124/5
**Pierre [2]** 1206/3
1206/7
**pills [1]** 1156/4
**place [7]** 1123/21
1130/21 1136/1
1140/22 1140/23
1141/19 1148/16
**places [11]** 1182/24
**Plaintiff [1]** 1120/4
**plan [3]** 1169/9 1208/3
1208/6
**play [7]** 1148/1 1148/2
1166/16 1174/15
1179/22 1179/22
1180/5
**played [9]** 1148/4
1174/18 1175/25
1176/10 1177/18
1177/21 1180/8
1180/14 1181/20
**playing [1]** 1178/14
**plea [27]** 1150/12
1150/25 1151/2
1151/10 1151/14
1152/3 1152/17
1153/18 1154/18
1155/7 1157/11
1157/24 1158/3
1158/15 1158/21
1158/24 1159/4 1160/8
1160/15 1161/6
1161/14 1161/15
1161/23 1162/2 1162/8
1167/19 1201/23
**please [24]** 1123/11
1133/20 1148/3 1160/4
1166/3 1169/11
1173/20 1176/14
1176/17 1180/5 1180/9
1180/11 1181/17
1187/21 1193/21
1194/24 1195/6
1197/15 1198/2 1198/6
1198/20 1201/7
1201/21 1202/6
**pled [1]** 1167/20
**plus [1]** 1191/21
**point [6]** 1141/13
1148/15 1149/1 1167/1
1179/14 1190/8
**police [2]** 1182/6
1182/8
**Pompano [7]** 1123/6
1123/7 1123/19
1123/20 1124/3
1142/10 1142/11
**portion [5]** 1151/17
1158/5 1158/6 1158/15
1176/25
**portions [3]** 1129/10
1202/9 1202/14
**position [4]** 1183/18
1185/3 1208/17
1208/22
**possession [1]** 1134/4

**possible [2]** 1203/23
1204/1
**potentially [2]** 1204/22
1208/4
**Potomac [2]** 1120/21
1120/22
**prayers [1]** 1191/20
**prefer [1]** 1155/22
**preferable [1]** 1205/25
**prepare [1]** 1208/6
**prepared [2]** 1181/19
1207/11
**prescribe [1]** 1156/3
**prescription [1]**
1190/23
**presence [2]** 1182/12
1182/13
**present [5]** 1132/10
1148/9 1153/24 1154/1
1187/14
**pressure [4]** 1143/9
1144/4 1192/14
1192/15
**previously [1]** 1193/19
**prior [12]** 1123/24
1128/3 1142/3 1165/21
1165/23 1165/24
1165/25 1166/21
1166/22 1167/1
1204/17 1204/17
**prison [3]** 1156/4
1201/17 1201/19
**probably [1]** 1189/2
**problem [8]** 1127/4
1134/25 1158/7 1170/2
1185/14 1191/6
1202/13 1204/24
**problems [3]** 1168/15
1168/18 1184/19
**procedure [1]** 1204/16
**proceed [2]** 1176/11
1207/6
**proceedings [3]**
1121/8 1209/10 1210/4
**process [1]** 1205/17
**produced [1]** 1121/8
**producing [1]** 1184/19
**proffered [1]** 1165/23
**proper [1]** 1166/22
**prosecution [19]**
1158/25 1159/19
1159/23 1160/2
1161/20 1162/13
1162/19 1162/24
1163/3 1167/22 1168/2
1169/21 1169/25
1170/5 1185/10 1186/1
1186/9 1187/13
1201/11
**prosecutor [4]** 1160/7
1187/11 1187/19
1187/22
**prosecutors [3]**
1187/25 1189/8
1189/13
**prove [1]** 1183/15
**provide [4]** 1143/18
1168/20 1177/8

**provide [9]** 1128/10
1139/5 1160/8 1160/9
1162/12 1162/21
1162/25 1177/4 1177/6
**provides [1]** 1175/4
**provision [1]** 1160/8
**pull [1]** 1173/19
**pulled [1]** 1197/14
**purchase [18]** 1127/10
1128/3 1133/6 1133/7
1133/10 1133/11
1133/12 1134/12
1134/22 1137/17
1137/20 1172/15
1172/16 1173/7
1194/12 1196/13
1196/15 1198/23
**purchased [16]**
1123/22 1127/9 1129/2
1140/7 1142/2 1142/7
1142/21 1171/1 1173/1
1173/2 1174/25 1182/3
1193/22 1198/13
1198/16 1198/25
**purchases [1]** 1142/25
**purchasing [7]** 1126/5
1128/3 1142/13
1171/10 1194/9 1199/7
1199/12
**purposes [1]** 1204/21
**put [9]** 1126/16 1130/1
1130/6 1135/4 1135/4
1139/8 1139/19 1173/5
1198/5
**putting [1]** 1158/16

**Q**

**queen [1]** 1147/9
**question [46]** 1133/20
1133/22 1134/16
1134/18 1134/20
1134/20 1138/24
1138/24 1139/15
1142/19 1143/22
1146/8 1146/21 1147/6
1147/22 1147/23
1148/14 1152/15
1154/13 1154/16
1159/24 1160/4
1163/22 1164/12
1165/12 1166/1 1166/2
1166/5 1166/6 1167/4
1167/5 1169/3 1169/11
1172/18 1172/20
1180/16 1181/12
1187/21 1189/10
1193/21 1198/20
1198/25 1199/5 1199/9
1201/2 1207/6
**questioning [2]** 1153/3
1183/10
**questions [42]** 1122/11
1124/16 1124/24
1125/5 1126/4 1131/19
1131/20 1131/21
1131/22 1132/3
1139/10 1139/11

**Q**

questions... [30]
1140/20 1140/21
1151/23 1153/9 1188/4
1188/5 1188/6 1188/7
1188/7 1188/11
1188/19 1188/20
1188/21 1188/22
1188/23 1188/24
1189/1 1189/2 1189/3
1189/22 1189/24
1189/25 1190/1 1190/8
1197/17 1197/18
1202/20 1203/6
1203/18 1206/18
quite [1] 1150/16

**R**

Radom [1] 1137/18
range [3] 1132/8
1132/25 1160/12
rather [1] 1203/15
reached [1] 1141/8
read [22] 1123/14
1129/22 1130/6
1130/12 1133/13
1134/24 1135/2 1136/7
1139/21 1152/14
1154/5 1154/5 1154/23
1159/2 1159/5 1159/6
1159/7 1160/19
1160/21 1160/21
1160/22 1162/1
reading [2] 1158/15
1201/24
reads [2] 1162/4
1172/5
ready [4] 1122/2
1140/13 1179/22
1180/12
realizing [1] 1158/12
really [2] 1141/9
1161/1
reason [4] 1172/2
1182/3 1182/7 1192/15
rebuttal [1] 1207/10
recall [7] 1140/16
1153/5 1183/11
1186/23 1191/9 1192/3
1201/23
recalled [4] 1183/7
1184/4 1204/1 1205/5
received [9] 1124/15
1143/3 1143/7 1143/18
1143/25 1144/2 1144/5
1144/9 1197/1
recess [6] 1163/14
1176/13 1176/17
1176/18 1176/20
1176/22
recognize [4] 1148/7
1152/13 1152/14
1152/15
record [15] 1124/5
1136/17 1136/22
1175/8 1177/18
1177/23 1177/25

1178/12 1184/8 1190/6
1196/13 1198/6 1198/8
1202/4 1202/5
recorded [1] 1121/8
recording [12] 1176/10
1177/5 1178/24 1179/1
1179/10 1181/10
1181/20 1182/21
1184/22 1184/22
1184/23 1185/6
redirect [5] 1121/16
1183/11 1190/11
1190/18 1190/19
reference [1] 1158/15
referring [10] 1123/21
1142/4 1153/10 1156/7
1181/10 1189/12
1191/17 1192/7 1192/8
1193/3
refresh [1] 1158/3
refreshing [1] 1158/7
refused [1] 1170/25
relative [2] 1148/14
1182/22
reliable [2] 1183/24
1184/1
relying [3] 1177/11
1182/20 1182/20
remaining [2] 1204/13
1206/23
remember [22]
1131/10 1141/4 1141/5
1142/15 1142/15
1143/2 1155/6 1159/21
1160/17 1160/18
1163/20 1163/24
1163/25 1164/1 1165/9
1186/19 1186/25
1192/5 1192/5 1192/18
1202/1 1202/23
remembered [1]
1144/19
remind [3] 1122/4
1163/16 1163/22
remotely [2] 1205/5
1205/18
render [2] 1207/16
1207/17
rendering [1] 1207/15
reopen [1] 1122/10
repeat [9] 1123/11
1133/20 1137/8 1160/4
1166/2 1176/3 1187/21
1193/21 1198/20
repeated [2] 1189/6
1199/9
repeating [2] 1163/22
1169/11
rephrase [3] 1143/12
1198/25 1199/18
replay [1] 1175/22
reporter [4] 1121/5
1121/7 1137/12 1210/9
represent [1] 1195/21
representations [1]
1208/22
Republic [1] 1145/13
request [4] 1122/7

1178/10
required [2] 1132/11
1133/3
requires [1] 1208/18
resident [1] 1164/23
resolving [1] 1207/7
respect [3] 1202/13
1204/16 1208/12
responses [1] 1125/25
responsibilities [1]
1207/18
resume [1] 1163/13
retain [2] 1157/9
1157/10
retranslated [1]
1185/16
return [2] 1140/5
1140/6
returned [2] 1205/16
1206/22
review [1] 1185/10
1203/24
reviewed [1] 1153/18
right [50] 1123/17
1124/11 1124/12
1127/12 1129/23
1132/11 1134/3
1135/18 1137/23
1139/23 1144/12
1145/2 1145/24
1146/11 1147/6
1151/19 1152/2 1153/6
1158/20 1159/22
1160/25 1161/6 1163/8
1163/9 1164/1 1165/13
1169/8 1169/19
1170/24 1173/12
1176/23 1177/17
1177/19 1178/22
1179/3 1182/10
1183/13 1183/20
1184/20 1188/19
1190/7 1190/10
1196/15 1197/6
1197/18 1202/19
1203/19 1207/3
1208/14 1208/17
right-hand [1] 1123/17
road [1] 1145/13
room [2] 1188/17
1188/21
route [2] 1145/12
1184/24
RPR [2] 1121/6 1210/8
rule [1] 1165/24
rules [2] 1133/3 1134/3

**S**

safety [1] 1202/24
said [66] 1123/7
1124/12 1129/24
1135/10 1135/18
1136/25 1137/2 1137/4
1137/7 1138/20
1141/24 1143/3
1145/23 1147/6
1147/11 1148/20

1149/11 1149/16
1149/19 1150/2
1155/19 1157/25
1158/12 1164/3 1164/7
1164/14 1165/25
1169/18 1170/20
1171/24 1172/6
1172/22 1172/24
1173/3 1173/4 1173/11
1173/11 1173/13
1173/15 1174/12
1174/23 1174/24
1175/3 1175/11
1175/12 1176/6
1179/18 1180/10
1180/18 1180/20
1180/22 1180/24
1181/8 1182/1 1182/6
1184/11 1185/1
1186/25 1188/21
1189/6 1194/5 1199/2
1199/6 1199/11 1200/1
1206/5
same [14] 1122/24
1123/17 1132/17
1138/13 1142/23
1142/24 1149/14
1149/22 1149/24
1178/11 1178/13
1183/1 1185/3 1203/8
sat [2] 1188/17 1205/24
Saturday [1] 1202/25
saw [5] 1149/8 1149/13
1149/15 1199/24
1199/24
say [25] 1123/20
1130/10 1130/25
1137/12 1142/20
1143/8 1143/17 1144/5
1148/21 1161/18
1161/25 1166/6 1170/6
1170/19 1174/21
1175/1 1175/2 1176/6
1178/11 1188/9 1189/1
1191/6 1202/5 1204/4
1204/17
saying [16] 1132/19
1133/15 1142/8
1156/12 1157/4 1157/7
1159/14 1159/16
1160/23 1163/25
1164/1 1170/16
1177/10 1183/19
1184/16 1184/20
says [15] 1122/23
1125/22 1125/23
1137/18 1137/23
1159/2 1161/7 1161/23
1175/10 1179/11 1179/1
1183/25 1196/16
1197/17 1201/24
schedule [1] 1208/21
scope [3] 1146/17
1146/20 1146/21
scratch [1] 1131/24
screen [3] 1122/20
1123/1 1160/20
second [12] 1122/24

1124/1 1124/6 1146/18
1148/13 1148/17
1166/17 1175/6 1193/7
1193/7 1195/7 1195/15
secondly [1] 1175/9
section [5] 1125/13
1125/16 1138/25
1139/7 1139/17
security [16] 1127/24
1127/25 1128/11
1128/21 1128/25
1129/7 1130/2 1130/17
1130/18 1131/5
1132/15 1132/16
1139/23 1139/25
1140/3 1140/4
see [25] 1122/19
1123/1 1123/13
1123/18 1124/10
1135/7 1137/21
1138/15 1138/16
1139/12 1150/8
1150/10 1150/11
1151/18 1152/19
1152/22 1159/6 1161/8
1161/9 1191/23
1197/24 1199/23
1200/18 1207/20
1209/8
seek [1] 1155/23
seem [2] 1181/18
seems [2] 1123/6
1208/24
seen [2] 1127/5 1127/7
segment [2] 1174/16
1182/21
segments [1] 1179/13
SEIFERT [13] 1120/14
1121/14 1121/16
1122/21 1157/25
1178/8 1181/14
1183/17 1190/10
1190/17 1195/1 1195/9
1201/22
send [2] 1194/2 1194/5
sending [3] 1193/5
1193/8 1193/12
sense [2] 1175/5
1182/1
sent [5] 1122/23
1122/24 1144/7
1144/22 1192/11
sentence [2] 1160/11
1162/3
sentencing [3] 1160/3
1161/16 1162/5
separate [2] 1132/2
1199/17
Seroquel [3] 1156/18
1190/21 1191/1
services [1] 1168/20
SESSION [1] 1120/9
seven [1] 1204/12
several [7] 1156/6
1182/18 1182/25
1186/11 1186/12
1186/12 1208/21
she [96]

**S**

**she's [7]** 1132/17 1146/1 1146/15 1172/4 1173/22 1178/14 1192/8
**shipping [1]** 1194/10
**Shirley [1]** 1143/4
**shoot [1]** 1134/5
**shooting [2]** 1132/8 1132/25
**shop [4]** 1124/1 1124/6 1124/6 1170/23
**shops [2]** 1124/1 1124/2
**short [1]** 1208/19
**shorter [1]** 1201/16
**should [7]** 1139/8 1161/20 1179/22 1193/25 1203/2 1205/21 1207/6
**show [12]** 1123/8 1123/13 1125/2 1127/13 1136/12 1150/15 1150/21 1152/5 1152/12 1160/14 1185/1 1196/2
**showed [3]** 1127/1 1195/4 1197/12
**showing [3]** 1127/17 1152/4 1152/12
**shown [2]** 1194/18 1201/20
**shows [1]** 1179/10
**shut [1]** 1203/16
**sic [1]** 1203/1
**side [2]** 1123/17 1150/11
**sign [6]** 1130/8 1130/9 1138/4 1138/8 1138/10 1201/23
**signature [7]** 1125/22 1125/23 1139/14 1153/14 1153/15 1153/16 1195/10
**signed [34]** 1125/16 1125/19 1125/22 1126/23 1127/14 1127/20 1127/21 1135/6 1138/3 1138/5 1138/11 1138/13 1138/14 1139/14 1139/18 1150/12 1152/9 1153/12 1153/18 1154/9 1154/25 1157/17 1159/5 1159/11 1159/15 1159/17 1159/22 1161/14 1162/2 1162/8 1171/20 1172/8 1196/18 1196/21
**signing [7]** 1125/25 1126/24 1138/5 1138/8 1154/8 1154/21 1171/21
**signs [1]** 1199/21
**simply [3]** 1144/22

**since [6]** 1168/7 1183/8 1183/25 1191/3 1202/18 1202/19
**single [1]** 1141/24
**sir [30]** 1130/10 1135/5 1135/9 1135/10 1139/23 1140/16 1142/25 1143/14 1143/17 1143/25 1144/5 1148/20 1150/12 1152/12 1153/12 1158/20 1161/6 1161/23 1163/3 1167/8 1167/12 1169/5 1171/24 1172/18 1173/24 1174/20 1175/1 1180/22 1186/13 1189/8
**sit [6]** 1155/6 1157/7 1164/1 1167/8 1174/8 1192/3
**sits [2]** 1167/4 1167/5
**sitting [1]** 1181/11
**situation [2]** 1163/6 1192/25
**six [2]** 1188/25 1189/1
**sleep [1]** 1191/11
**slide [2]** 1123/16 1148/2
**so [131]**
**some [21]** 1124/24 1125/5 1129/13 1135/15 1136/4 1140/1 1143/18 1143/25 1144/1 1151/23 1159/21 1160/18 1162/17 1164/15 1175/10 1177/20 1182/24 1184/23 1190/1 1192/5 1192/16
**somebody [4]** 1127/11 1127/21 1134/6 1196/20
**someone [20]** 1126/14 1126/21 1129/9 1129/23 1130/3 1134/13 1134/23 1136/25 1137/10 1137/15 1153/24 1154/1 1154/23 1155/9 1155/10 1160/21 1188/19 1188/20 1194/13 1197/3
**something [9]** 1138/8 1138/9 1167/3 1182/6 1182/7 1185/2 1190/18 1192/20 1201/12
**somewhere [1]** 1149/20
**sooner [1]** 1209/2
**sorry [27]** 1123/3 1123/10 1129/20 1133/25 1136/19 1137/7 1144/24 1147/13 1152/7 1153/8 1153/25 1176/1 1176/4 1176/15 1178/19

1178/25 1180/4 1181/13 1181/24 1188/14 1194/16 1195/5 1195/24 1198/5 1198/25 1201/7 1206/5
**sounds [1]** 1208/21
**South [1]** 1124/7
**speak [8]** 1130/10 1153/21 1154/12 1160/2 1183/9 1194/14 1199/18 1199/19
**speaking [4]** 1142/19 1174/17 1176/5 1180/15
**special [3]** 1187/11 1187/14 1204/19
**specialist [1]** 1206/7
**specific [1]** 1143/18
**specifically [3]** 1126/7 1178/14 1203/5
**speculate [1]** 1206/15
**spell [1]** 1156/19
**spoke [21]** 1130/22 1140/11 1141/2 1142/12 1143/1 1143/6 1144/2 1144/20 1165/6 1165/15 1166/9 1175/18 1186/12 1186/13 1186/15 1186/19 1186/21 1186/24 1187/4 1187/7 1187/13
**spoken [4]** 1140/10 1154/14 1186/1 1199/21
**spot [2]** 1175/24 1178/21
**ST [1]** 1121/13
**St. [21]** 1122/4 1122/16 1124/24 1152/2 1158/12 1163/15 1163/19 1177/15 1178/24 1184/10 1185/25 1186/8 1190/21 1194/21 1196/12 1198/13 1201/8 1203/20 1204/20 1205/16 1206/22
**Stacy [4]** 1121/6 1210/3 1210/8 1210/8
**stamp [1]** 1179/4
**stand [3]** 1175/11 1205/16 1206/22
**start [4]** 1146/15 1146/24 1183/4 1199/25
**started [2]** 1141/11 1147/7
**starts [4]** 1179/7 1179/8 1179/16 1179/16
**state [1]** 1178/14
**stated [4]** 1161/15 1174/6 1174/7 1192/13
**statement [14]** 1134/16 1150/25 1151/3 1151/10 1165/22

1165/23 1165/24 1165/25 1166/24 1167/2 1181/6 1199/25 1200/9 1200/21
**statements [6]** 1166/21 1166/22 1182/19 1190/13 1203/25 1204/18
**states [19]** 1120/1 1120/3 1120/10 1124/6 1135/10 1135/15 1135/20 1135/23 1148/25 1162/9 1162/9 1164/19 1168/3 1169/14 1169/19 1169/22 1193/5 1193/9 1203/10
**stay [7]** 1168/2 1169/22 1170/3 1201/6 1201/8 1201/17 1201/18
**stenography [1]** 1121/8
**step [3]** 1195/5 1200/7 1203/21
**steps [1]** 1203/22
**still [15]** 1122/5 1140/5 1145/16 1145/25 1146/1 1151/16 1163/16 1181/15 1181/18 1184/4 1197/5 1204/20 1204/21 1206/14 1206/25
**stipulate [2]** 1183/13 1183/14
**stop [2]** 1148/5 1181/4
**stopped [3]** 1140/11 1140/13 1188/22
**store [5]** 1138/21 1139/1 1197/10 1197/11 1197/12
**Street [1]** 1120/15
**stricken [2]** 1148/14 1148/18
**strike [8]** 1127/24 1147/19 1148/17 1161/21 1172/19 1172/21 1188/17 1201/7
**stubborn [1]** 1141/9
**Suarez [4]** 1204/19 1205/17 1206/3 1206/5
**subject [1]** 1190/8
**subsequent [1]** 1135/9
**substantial [4]** 1160/9 1162/12 1162/21 1162/25
**such [1]** 1174/6
**suggest [2]** 1183/6 1204/25
**suggestion [1]** 1178/9
**Suite [1]** 1121/3
**supplies [1]** 1168/23
**supposed [1]** 1129/3 1159/18
**sure [17]** 1129/3 1129/11 1150/16 1151/22 1154/13 1156/19 1158/2 1161/1

1167/11 1179/20 1179/20 1181/1 1185/11 1193/17 1198/6 1208/11 1208/16
**sustained [1]** 1164/11

**T**

**take [19]** 1132/15 1140/13 1152/2 1163/9 1163/10 1183/7 1191/11 1191/12 1191/19 1192/1 1195/5 1198/2 1198/11 1200/7 1202/6 1204/10 1206/12 1206/16 1207/12
**taken [4]** 1140/22 1145/12 1163/14 1176/22
**takes [3]** 1145/13 1181/22 1181/25
**taking [10]** 1155/22 1155/25 1155/25 1156/17 1156/21 1185/14 1190/21 1190/25 1191/8 1191/15
**talk [2]** 1132/5 1203/5
**talking [18]** 1130/23 1131/1 1131/4 1132/13 1132/15 1141/11 1142/6 1142/17 1142/24 1145/24 1178/13 1180/25 1181/4 1190/24 1198/15 1203/8 1203/14 1203/14
**talks [1]** 1132/7
**tape [1]** 1203/24
**taught [2]** 1132/7 1136/10
**teach [1]** 1136/7
**Technical [1]** 1136/1
**tell [13]** 1129/25 1130/5 1139/11 1143/25 1159/6 1170/14 1171/5 1178/23 1179/21 1180/17 1184/18 1194/2 1199/14
**telling [5]** 1135/3 1137/1 1137/10 1137/15 1184/13
**temporary [1]** 1164/23
**terms [5]** 1128/15 1184/14 1207/3 1207/6 1207/6
**test [12]** 1131/23 1131/25 1132/2 1132/6 1132/6 1132/11 1132/12 1132/12 1132/13 1132/15 1132/16 1132/19
**testified [5]** 1191/10 1192/6 1193/14 1193/19 1203/7
**testifies [1]** 1151/17

**testify [8]** 1166/20
1177/24 1186/8
1204/25 1205/5
1205/13 1205/14
1205/15
**testifying [3]** 1134/17
1153/2 1201/2
**testimony [15]** 1123/24
1134/19 1153/4
1159/14 1163/21
1164/8 1164/10
1176/11 1190/14
1190/16 1199/4
1202/19 1206/25
1208/3 1208/5
**text [2]** 1122/22
1122/24
**than [4]** 1160/11
1183/7 1195/7 1195/22
**Thank [16]** 1122/13
1124/13 1124/18
1124/19 1137/6
1150/22 1163/13
1163/17 1182/15
1185/22 1186/6 1207/4
1208/11 1209/4 1209/7
1209/8
**that [430]**
**that's [55]** 1127/3
1130/21 1134/6
1134/25 1135/8 1138/7
1138/17 1139/5 1143/5
1144/21 1148/18
1149/5 1152/16
1153/14 1157/25
1158/8 1158/10
1159/23 1161/2 1161/3
1162/18 1162/18
1163/12 1167/1
1168/17 1171/1 1171/8
1172/1 1172/14 1173/3
1173/4 1173/17
1174/24 1177/23
1177/24 1178/16
1178/16 1178/20
1180/20 1180/24
1182/5 1182/7 1182/9
1183/15 1185/20
1194/14 1196/15
1196/17 1197/6 1199/4
1199/4 1204/4 1204/5
1205/10 1205/24
**their [5]** 1162/24
1181/19 1188/7
1189/24 1208/21
**them [56]** 1126/21
1137/20 1138/18
1140/1 1140/11
1140/23 1141/12
1141/13 1141/20
1141/21 1142/13
1142/21 1142/25
1143/6 1143/25 1144/2
1156/14 1156/14
1160/9 1162/21
1162/25 1165/7

1168/10 1174/9
1177/11 1177/13
1178/5 1181/20
1185/15 1186/11
1186/12 1186/13
1186/16 1186/18
1186/19 1186/21
1186/24 1187/4 1187/7
1187/10 1188/25
1189/11 1189/15
1189/16 1189/18
1189/19 1189/21
1192/5 1194/5 1194/10
1198/23 1198/24
1199/1 1199/2 1199/2
1207/25
**themselves [1]**
1162/20
**then [37]** 1122/24
1123/9 1132/24
1138/13 1139/4
1140/14 1144/16
1145/2 1149/15
1150/25 1151/5
1151/17 1155/4
1166/21 1167/5 1169/9
1169/13 1170/14
1170/22 1171/18
1173/4 1175/22 1178/5
1182/5 1183/3 1183/11
1184/12 1185/12
1186/20 1187/4 1187/7
1195/7 1198/23
1204/13 1204/13
1207/14 1208/7
**there [64]** 1130/6
1130/19 1132/10
1133/3 1136/4 1138/4
1139/8 1139/22 1145/2
1145/20 1150/5
1153/24 1153/25
1153/25 1154/1 1154/5
1159/20 1160/17
1161/10 1170/14
1173/1 1173/13 1177/1
1179/12 1184/6 1184/9
1184/10 1184/18
1184/21 1185/5
1185/11 1187/13
1187/15 1187/15
1187/17 1187/17
1187/18 1187/19
1187/19 1187/22
1187/22 1187/25
1188/1 1188/1 1188/2
1188/10 1188/12
1188/12 1188/15
1188/20 1188/25
1188/25 1189/1 1190/1
1191/1 1191/8 1191/14
1191/22 1193/12
1193/25 1198/8
1204/12 1205/4
1208/11
**there's [15]** 1125/8
1135/6 1143/15 1161/2
1167/2 1168/15
1175/10 1177/13

1180/10 1185/6 1198/3
1198/10 1207/6
1207/10 1208/15
**Therefore [1]** 1185/8
**these [12]** 1126/19
1126/20 1133/2
1133/15 1133/22
1133/23 1139/2
1166/10 1171/3
1171/20 1172/3 1184/6
**they [59]** 1129/25
1129/25 1132/5 1132/5
1133/24 1133/25
1134/3 1134/5 1134/6
1136/7 1136/8 1138/2
1138/4 1138/10
1138/10 1138/18
1139/7 1140/20
1140/20 1141/2 1141/5
1141/16 1146/13
1148/11 1154/23
1155/23 1156/3
1156/13 1157/5 1157/5
1157/5 1160/2 1160/9
1160/10 1160/17
1162/20 1162/24
1163/5 1169/17 1170/6
1177/3 1177/10
1177/10 1180/2
1180/10 1181/18
1181/19 1187/25
1188/1 1188/6 1188/22
1189/21 1203/11
1203/11 1203/12
1203/13 1203/25
1205/18 1206/19
**they're [5]** 1142/24
1168/5 1205/12
**they've [3]** 1145/21
1145/21 1145/22
**thing [10]** 1138/13
1143/17 1143/18
1172/12 1178/11
1178/13 1194/14
1194/15 1194/17
1203/20
**things [9]** 1147/25
1159/21 1160/18
1164/6 1164/15
1164/17 1192/16
1193/25 1205/10
**think [16]** 1135/18
1143/3 1146/20
1152/16 1158/3
1167/11 1167/24
1169/24 1181/15
1186/25 1199/21
1202/13 1205/23
1206/12 1207/17
1208/15
**thinking [2]** 1207/7
1207/11
**thinks [1]** 1158/5
**third [1]** 1128/14
**this [188]**
**those [12]** 1124/1
1128/17 1131/23
1139/13 1172/8

1182/3 1185/12
1198/22 1203/14
1208/7
**though [8]** 1132/11
1136/25 1137/9
1137/14 1174/24
1194/14 1204/11
1206/25
**thought [2]** 1154/15
1202/7
**thousand [2]** 1143/7
1192/17
**threat [2]** 1172/1
1172/12
**threaten [1]** 1172/10
**threatened [4]** 1171/19
1172/11 1173/5
1173/17
**threats [1]** 1173/13
**three [11]** 1122/11
1133/23 1189/2
1192/20 1202/20
1204/6 1204/7 1204/8
1204/9 1204/13 1206/9
**throat [1]** 1156/21
**through [7]** 1120/7
1153/3 1159/7 1183/1
1202/12 1208/2 1209/5
**throw [1]** 1207/5
**tickets [1]** 1131/23
**time [40]** 1127/5
1127/23 1129/13
1136/8 1139/25
1142/10 1144/9
1144/10 1144/20
1144/20 1149/8
1151/18 1155/3
1157/20 1161/16
1162/5 1163/4 1170/9
1170/11 1170/12
1170/13 1179/20
1180/5 1180/9 1180/10
1183/15 1185/15
1185/18 1187/4
1187/13 1188/6
1191/16 1200/21
1201/16 1201/17
1201/18 1207/12
1207/12 1208/14
1208/17
**timeline [1]** 1204/2
**times [7]** 1142/9
1142/10 1142/11
1142/16 1182/18
1182/18 1186/12
**timestamp [2]** 1178/14
1179/11
**timing [1]** 1207/3
**today [21]** 1123/25
1126/19 1142/2 1142/6
1143/3 1144/5 1155/6
1157/7 1162/23 1167/4
1167/5 1167/8 1174/8
1184/11 1185/3
1185/25 1186/9
1190/14 1191/9 1192/3
1195/22

**together [1]** 1185/15
**told [54]** 1126/19
1129/25 1130/6 1130/9
1133/1 1133/16 1134/7
1138/4 1138/7 1138/10
1138/10 1139/7 1140/7
1141/10 1141/23
1142/13 1142/25
1143/6 1144/2 1145/3
1145/6 1145/7 1145/9
1147/9 1147/9 1156/15
1159/12 1162/2
1163/19 1163/23
1165/7 1170/12
1170/24 1171/6 1171/6
1171/12 1171/15
1171/24 1172/15
1173/24 1174/3 1174/8
1177/24 1192/6
1193/24 1193/25
1194/9 1194/10 1195/2
1195/14 1199/13
1199/14 1200/15
1202/23
**tomorrow [9]** 1204/6
1204/13 1204/21
1205/14 1206/2
1206/10 1206/20
1207/21 1208/23
**too [2]** 1183/16
1184/14
**took [14]** 1132/8
1132/19 1140/22
1144/14 1145/15
1145/18 1146/8
1146/12 1148/16
1170/13 1170/23
1198/23 1198/24
1199/2
**top [6]** 1137/22
1138/17 1152/19
1153/15 1160/14
1161/8
**topic [1]** 1190/12
**topics [1]** 1190/10
**totally [1]** 1204/15
**traditional [7]** 1155/22
1156/4 1157/1 1157/3
1191/19 1191/21
1192/1
**transaction [1]**
1196/12
**transcript [5]** 1120/9
1121/8 1177/6 1185/6
1185/10
**transcription [4]**
1121/8 1181/22 1182/1
1210/4
**transfer [1]** 1197/23
**transferee [3]** 1197/19
1197/20 1197/22
**transferee/buyer [1]**
1197/22
**translated [7]** 1153/23
1154/4 1160/15 1161/7
1161/11 1183/8
1183/24
**translation [3]** 1176/9

**T**

**translation... [2]**
1177/4 1183/14
**translator [1]** 1123/10
**transmitted [1]**
1158/17
**trial [3]** 1120/9 1207/14
1208/20
**tried [3]** 1136/7 1136/8
1139/25
**true [4]** 1126/1 1126/1
1138/6 1183/20
**truthful [1]** 1126/24
**try [3]** 1152/10 1174/16
1175/23
**trying [16]** 1127/23
1127/25 1131/7
1143/10 1143/14
1160/19 1160/22
1169/1 1169/5 1169/7
1173/22 1175/9
1178/20 1179/5
1183/23 1184/18
**Tuesday [2]** 1206/24
1207/1
**Tunis [35]** 1122/22
1122/24 1138/22
1139/7 1140/8 1140/8
1140/10 1140/13
1141/8 1141/9 1142/8
1142/16 1142/16
1144/7 1144/11 1145/2
1146/11 1150/8
1150/10 1150/11
1170/9 1174/7 1174/25
1182/20 1192/6 1192/9
1193/20 1193/24
1194/2 1194/9 1195/4
1198/18 1198/23
1199/2 1199/13
**Tunis's [3]** 1140/22
1142/23 1174/13
**Turn [1]** 1186/4
**twice [1]** 1186/23
**two [11]** 1123/25
1124/1 1125/8 1126/20
1144/18 1176/21
1177/10 1177/13
1178/20 1186/21
1186/21
**type [2]** 1123/20
1155/24

**U**

**U.S [5]** 1120/15
1120/17 1135/17
1200/19 1201/3
**ultimately [1]** 1170/22
**unaware [1]** 1133/13
**under [10]** 1122/5
1143/8 1144/4 1145/7
1163/16 1165/23
1192/14 1192/15
1198/9 1198/10
**understand [15]**
1139/21 1154/13
1155/3 1155/11

1158/15 1162/19
1164/18 1165/11
1167/19 1169/25
1175/12 1177/2
1194/12 1196/21
1199/4
**understanding [2]**
1190/16 1204/15
**understood [11]**
1154/8 1154/21
1154/25 1159/12
1159/17 1161/10
1161/14 1162/3 1162/8
1162/15 1181/7
**Union [2]** 1144/23
1145/1
**UNITED [17]** 1120/1
1120/3 1120/10
1135/10 1135/15
1135/20 1135/23
1148/25 1162/9
1164/19 1168/3
1169/14 1169/18
1169/22 1193/5 1193/9
1203/10
**Unless [1]** 1190/17
**until [5]** 1141/7
1141/11 1167/2
1204/14 1208/22
**untruthfully [2]** 1199/6
1199/11
**up [31]** 1123/17
1140/21 1141/3 1141/6
1141/7 1141/10
1141/12 1141/13
1141/20 1141/21
1142/23 1144/7
1144/23 1144/25
1145/1 1145/2 1145/3
1145/7 1151/5 1151/6
1165/23 1166/21
1171/18 1183/15
1185/3 1185/12
1191/13 1191/25
1197/14 1198/5
1203/16
**upcoming [1]** 1207/18
**update [1]** 1208/19
**upon [3]** 1160/19
1166/25 1207/8
**us [24]** 1125/13
1125/16 1126/19
1140/7 1142/2 1142/7
1145/3 1145/9 1159/6
1159/12 1162/2
1163/19 1163/23
1169/18 1170/24
1171/6 1171/24
1173/11 1173/24
1179/21 1180/3
1195/17 1208/16
1208/25
**use [4]** 1154/14
1154/18 1174/22
1175/3
**used [5]** 1154/11
1159/8 1167/2 1191/19
1191/21

**using [7]** 1158/3
1177/7 1178/20 1179/9
1179/9 1184/21
1199/21

**V**

**VA [1]** 1121/4
**various [3]** 1126/4
1128/4 1182/18
**vehicles [1]** 1123/23
**version [1]** 1158/8
**very [5]** 1132/24
1134/24 1135/5
1135/6 1135/6
**via [2]** 1144/23 1192/11
**vicinity [1]** 1150/8
**video [7]** 1148/7
1148/16 1166/17
1179/10 1179/11
1181/16 1181/20
**view [1]** 1123/17
**visit [1]** 1149/3
**visited [1]** 1149/4
**voice [2]** 1174/20
1174/21
**volume [2]** 1175/23
1175/23
**voodoo [2]** 1191/7
1191/20
**vs [1]** 1120/5

**W**

**wait [6]** 1178/19
1181/14 1200/3 1200/3
1201/25 1205/2
**wake [1]** 1191/13
**WALDER [1]** 1121/13
**walked [1]** 1200/19
**walking [3]** 1200/24
1201/2 1201/3
**want [24]** 1129/6
1141/11 1141/21
1141/23 1144/23
1148/18 1166/6
1169/16 1170/21
1171/15 1173/15
1178/8 1183/19 1185/3
1190/11 1201/6 1201/8
1201/17 1201/18
1203/10 1204/22
1205/15 1205/18
1207/12
**wanted [14]** 1128/24
1129/2 1129/10 1134/6
1137/5 1145/3 1170/19
1170/24 1170/25
1171/2 1171/2 1171/8
1171/9 1171/10
**wanting [1]** 1173/16
**wants [1]** 1158/4
**warning [2]** 1126/11
1197/20
**was [206]**
**Washington [3]** 1120/5
1120/16 1120/18
**wasn't [4]** 1141/11
1144/9 1153/25 1154/4
**way [8]** 1129/3 1138/17

1143/15 1143/22
1143/15 1164/7 1166/7
1181/7
**we [80]** 1122/2 1122/19
1122/20 1130/23
1131/1 1137/21 1144/5
1148/17 1149/24
1151/22 1152/9 1158/2
1158/8 1158/9 1159/6
1163/10 1167/5
1176/11 1177/10
1178/10 1178/13
1179/4 1181/16 1182/2
1182/11 1182/23
1183/1 1183/9 1183/10
1183/13 1183/13
1183/14 1183/17
1183/21 1183/22
1183/23 1184/3
1184/16 1184/22
1185/4 1185/4 1185/12
1185/13 1185/15
1185/16 1185/16
1189/12 1190/9
1190/24 1193/11
1197/5 1198/2 1198/5
1198/15 1202/12
1202/17 1203/8
1203/20 1204/6
1204/19 1204/25
1205/1 1205/10 1206/2
1206/3 1206/3 1206/17
1206/24 1207/8 1207/8
1207/8 1207/22
1207/22 1208/3 1208/5
1208/13 1208/14
1209/2 1209/3 1209/6
**we'll [2]** 1163/10
1163/10
**we're [12]** 1145/24
1153/2 1157/24
1162/18 1178/12
1178/22 1178/23
1184/2 1184/2 1196/9
1203/19 1208/16
**we've [6]** 1163/9
1180/25 1181/15
1184/1 1195/6 1204/2
**weapon [28]** 1123/22
1123/23 1126/5
1127/12 1127/23
1128/4 1128/8 1128/8
1128/10 1128/11
1128/15 1128/25
1129/2 1129/4 1130/2
1130/14 1130/16
1133/4 1133/6 1134/9
1137/18 1140/4 1148/8
1148/12 1194/12
1196/13 1196/15
1196/17
**weapons [61]** 1125/8
1132/7 1133/7 1133/11
1133/12 1134/4
1134/10 1134/12
1134/23 1137/19
1140/7 1140/8 1140/12
1140/14 1140/15

1140/21 1140/22
1141/3 1141/18
1141/22 1142/3 1142/7
1142/13 1142/21
1142/23 1142/24
1166/11 1170/10
1171/3 1171/10
1172/16 1172/16
1173/1 1173/1 1173/8
1173/12 1173/24
1174/1 1174/7 1174/10
1174/11 1174/13
1174/13 1174/22
1174/25 1175/3 1175/4
1176/7 1182/4 1182/7
1182/19 1193/3 1193/5
1193/8 1193/12
1193/20 1193/22
1194/3 1194/9 1198/15
1199/12
**week [5]** 1183/22
1185/12 1204/25
1205/6 1209/1
**weeks [2]** 1144/18
1185/19
**Welcome [1]** 1163/15
**well [46]** 1123/9
1123/13 1127/24
1134/24 1136/6 1136/7
1136/20 1138/8
1140/16 1141/7
1142/15 1143/6
1143/10 1143/17
1144/14 1144/22
1146/3 1147/6 1150/9
1150/24 1150/25
1151/14 1151/19
1152/22 1155/2
1155/22 1156/17
1157/5 1157/5 1157/9
1157/20 1161/18
1162/2 1164/18 1165/6
1165/15 1167/19
1169/5 1184/16
1184/20 1185/9
1186/24 1187/25
1201/24 1202/15
1203/11
**went [16]** 1123/25
1127/12 1131/9
1135/23 1136/1
1140/11 1140/14
1142/9 1145/1 1170/14
1184/10 1186/13
1186/17 1187/10
1198/23 1202/12
**were [113]**
**weren't [2]** 1148/9
1171/24
**Western [2]** 1144/23
1145/1
**what [114]**
**what's [4]** 1122/17
1155/6 1177/17
1181/16
**when [71]** 1123/20
1126/23 1128/19
1129/2 1129/20 1130/2

**W**

**when... [65]**  1132/19
1135/10 1135/18
1135/23 1136/19
1136/24 1137/11
1138/8 1139/5 1140/10
1140/17 1141/2
1142/12 1142/19
1142/20 1143/1 1143/6
1144/2 1144/23
1146/11 1146/11
1147/3 1148/15
1156/24 1157/1
1159/17 1159/22
1161/10 1161/14
1162/8 1162/15
1164/18 1164/19
1165/6 1165/15 1166/9
1171/1 1171/2 1171/4
1171/20 1173/17
1173/18 1174/2 1174/2
1174/9 1179/21
1181/22 1181/25
1186/15 1188/22
1189/21 1191/11
1191/20 1191/24
1199/6 1199/11
1199/16 1199/25
1199/25 1200/1 1200/1
1202/23 1207/8 1208/9
1209/6
**whenever [1]**  1155/23
**where [21]**  1123/22
1125/23 1127/3
1130/20 1130/21
1131/7 1131/9 1132/25
1134/25 1135/4 1135/4
1137/23 1139/8
1174/17 1179/4
1179/10 1194/2 1195/4
1200/22 1205/7
1205/10
**whether [6]**  1126/8
1148/15 1162/11
1170/3 1193/8 1195/16
**which [26]**  1123/16
1124/4 1125/8 1135/6
1142/10 1144/19
1151/12 1155/17
1156/7 1156/8 1160/11
1160/15 1162/2 1162/2
1162/8 1166/22 1177/6
1177/7 1179/12
1179/13 1179/17
1182/19 1182/25
1187/8 1206/20
1207/15
**while [6]**  1136/4
1149/21 1178/22
1181/23 1181/25
1192/19
**whisper [1]**  1199/21
**who [42]**  1126/16
1127/21 1130/5
1130/19 1131/6 1132/4
1132/10 1132/14
1132/17 1135/3

1139/2 1139/13
1139/17 1142/17
1153/24 1154/1 1154/5
1162/13 1163/7
1173/10 1174/7 1175/4
1180/19 1192/7
1193/22 1196/19
1197/8 1198/1 1198/13
1198/16 1198/19
1198/22 1199/1 1199/6
1199/12 1201/13
1203/7 1203/14
1204/19 1206/6
**who's [4]**  1148/7
1203/13 1204/19
1208/12
**whole [4]**  1157/22
1157/25 1204/10
1206/17
**why [14]**  1162/18
1167/4 1168/17 1172/2
1172/14 1178/20
1180/24 1182/3 1182/5
1182/7 1193/16 1199/4
1199/5 1203/10
**wife [4]**  1149/5 1169/13
1203/6 1203/10
**will [54]**  1151/5
1155/11 1155/23
1157/9 1160/2 1160/21
1160/25 1161/15
1162/1 1162/4 1162/10
1162/24 1163/3 1163/4
1163/5 1167/10
1167/14 1167/22
1167/24 1168/2
1169/17 1169/21
1169/24 1170/1 1170/3
1170/6 1175/22
1175/22 1177/8 1178/1
1183/13 1184/3
1185/17 1199/3
1203/11 1203/11
1203/12 1204/1
1204/14 1204/21
1205/11 1205/18
1206/2 1206/3 1206/3
1206/9 1206/9 1206/12
1206/17 1207/20
1208/22 1208/24
1209/3 1209/5
**Wilson [1]**  1121/3
**within [1]**  1179/10
**without [4]**  1134/11
1143/22 1184/19
1196/25
**witness [33]**  1121/12
1122/2 1122/16
1124/16 1137/2 1137/6
1137/7 1148/15
1151/20 1151/20
1152/5 1158/2 1158/3
1158/7 1165/10
1166/16 1166/20
1176/2 1180/17
1182/12 1182/14
1182/17 1183/5 1183/7

1183/18 1184/4 1184/9
1194/18 1201/21
1202/17 1203/22
1207/21 1208/23
**witness's [3]**  1164/10
1202/19 1208/20
**witnesses [6]**  1204/6
1204/8 1204/9 1204/12
1206/10 1206/23
**woman [3]**  1131/14
1173/10 1177/5
**won't [2]**  1175/7
1206/14
**word [2]**  1198/9
1198/10
**words [4]**  1122/25
1160/23 1174/6
1207/13
**work [6]**  1128/25
1130/2 1139/25
1145/14 1192/19
1197/10
**worked [2]**  1138/21
1139/23
**working [3]**  1145/14
1145/16 1146/13
**works [3]**  1131/15
1142/17 1168/25
**would [58]**  1123/9
1124/8 1128/24 1133/3
1133/7 1136/8 1136/10
1140/8 1143/17
1147/16 1147/16
1149/3 1157/20
1159/22 1160/10
1160/11 1163/22
1165/17 1166/11
1167/20 1169/11
1169/13 1170/15
1171/22 1172/19
1173/7 1173/16
1175/11 1175/16
1176/13 1176/16
1181/5 1181/7 1181/21
1182/23 1183/6
1183/10 1183/16
1188/3 1188/7 1188/7
1188/10 1188/19
1189/3 1195/21
1201/15 1202/10
1204/21 1204/25
1205/1 1205/5 1205/18
1205/23 1206/16
1206/24 1206/25
1207/15 1208/16
**wouldn't [2]**  1201/17
1201/18
**write [10]**  1137/1
1137/10 1137/11
1137/15 1138/19
1171/13 1197/13
1199/14 1199/14
1207/16
**written [3]**  1132/6
1132/12 1139/22
**wrong [2]**  1161/2
1196/8
**wrote [7]**  1137/24

1138/16 1138/24
1138/18 1138/25
1139/3 1139/4

**Y**

**yeah [9]**  1137/9 1149/2
1152/16 1154/10
1154/15 1157/1
1171/19 1174/21
1191/1
**year [2]**  1149/4
1189/19
**years [7]**  1129/14
1135/11 1135/13
1135/15 1135/21
1164/20 1168/10
**Yep [1]**  1204/10
**yes [216]**
**yet [6]**  1127/15 1130/14
1148/11 1158/3
1165/24 1179/3
**Yonyon [8]**  1142/17
1148/20 1149/9 1174/1
1174/25 1182/20
1192/8 1194/6
**Yonyon's [1]**  1172/15
**you [730]**
**you're [40]**  1122/5
1126/20 1130/12
1132/13 1132/19
1133/15 1138/8 1142/8
1142/24 1151/7 1152/4
1156/12 1157/3 1157/4
1157/7 1160/19
1160/19 1160/22
1160/22 1160/23
1163/3 1163/5 1163/16
1164/8 1164/14
1168/10 1169/21
1169/25 1172/24
1174/23 1175/9
1179/22 1181/4
1183/18 1184/18
1190/21 1191/8
1191/20 1193/7
1207/17
**you've [9]**  1125/5
1135/15 1149/8
1167/14 1168/7 1169/1
1185/25 1191/10
1201/10
**you-all [1]**  1194/8
**your [141]**
**yours [1]**  1140/5
**yourself [6]**  1126/17
1126/20 1174/4
1174/24 1175/1
1187/17
**yum [5]**  1191/25
1191/25 1192/1 1192/1
1192/1

**Z**

**zoom [2]**  1122/20
1194/24