```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2      - - - - - - - - - - - - - - - - x
       THE UNITED STATES OF AMERICA,
3                                       Criminal Action No.
                       Plaintiff,       1:21-cr-00699-JDB
4                                       Friday, January 26, 2024
       vs.                              9:37 a.m.
5
       JOLY GERMINE,
6
                       Defendant.
7      - - - - - - - - - - - - - - - - x
8      _____

9                     TRANSCRIPT OF BENCH TRIAL
              HELD BEFORE THE HONORABLE JOHN D. BATES
                     UNITED STATES DISTRICT JUDGE
10     _____

11     APPEARANCES:

12     For the United States:    KAREN P. SEIFERT, AUSA
                                 KIMBERLY L. PASCHALL, AUSA
13                               U.S. ATTORNEY'S OFFICE
                                 601 D Street NW
14                               Washington, DC 20530

15                               BEAUDRE D. BARNES, ESQ.
                                 U.S. DEPARTMENT OF JUSTICE
16                               950 Pennsylvania Avenue NW
                                 Washington, DC 20530

17
       For the Defendant:        ALLEN H. ORENBERG, ESQ.
18                               THE ORENBERG LAW FIRM, PC
                                 12505 Park Potomac Avenue, 6th Floor
19                               Potomac, MD 20854

20                               ELITA AMATO, ESQ.
                                 2111 Wilson Boulevard, 8th Floor
21                               Arlington, VA 22201

22     Court Reporter:              Lisa A. Moreira, RDR, CRR
                                    Official Court Reporter
23                                  U.S. Courthouse, Room 6718
                                    333 Constitution Avenue, NW
24                                  Washington, DC  20001
                                    (202) 354-3187
25
```

1

```
                      I N D E X
```

2

WITNESS                                              PAGE

3

**SPECIAL AGENT MARTIN SUAREZ**

4
     (By Ms. Seifert)...................................1230
     (By Mr. Orenberg).................................1233

5
     (By Ms. Seifert)...................................1235

6

**SPECIAL AGENT JOSEPH KENNY**
     (By Mr. Barnes)...................................1241

7
     (By Mr. Orenberg).................................1277

8

**PIERRE BASQUIN**
     (By Ms. Paschall).................................1284

9
     (By Ms. Amato)....................................1326
     (By Ms. Paschall).................................1341

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Good morning, Your Honor.
 3      We're on the record in Criminal Case 21-699, United States
 4      of America v. Joly Germine.
 5              We have Ms. Regine Durska-Murray and Ms. Vosphie
 6      Centave as interpreters who have been sworn in for the
 7      record.
 8              Starting with government counsel, may you, please,
 9      approach the podium and state your appearance for the
10      record.
11              MR. BARNES:  Good morning, Your Honor; Beau Barnes
12      for the government.  With me are co-counsel Kimberly
13      Paschall and Karen Seifert.
14              THE COURT:  Good morning.
15              MR. ORENBERG:  Good morning, Your Honor; Allen
16      Orenberg on behalf of Mr. Germine, who is present in the
17      courtroom.
18              MS. AMATO:  Good morning, Your Honor; Elita Amato
19      on behalf of Mr. Germine as well.
20              THE COURT:  All right.  Good morning to each and
21      every one of you.
22              Anything preliminarily?
23              MS. SEIFERT:  Not from the government.
24              MR. ORENBERG:  No, Your Honor.
25              THE COURT:  All right.  Next witness, please.
```

```
1              MS. SEIFERT:  The government calls Special Agent
2    Martin Suarez.
3              THE COURT:  Good morning.
4              THE WITNESS:  Good morning, sir.
5              SPECIAL AGENT MARTIN SUAREZ, Sworn
6                   DIRECT EXAMINATION
7    BY MS. SEIFERT:
8    Q.  Agent Suarez, please introduce yourself to the Court and
9    spell your name for the record.
10   A.  Martin Suarez; M-A-R-T-I-N, S-U-A-R-E-Z.
11   Q.  How long have you been an FBI agent?
12   A.  For approximately eight years.
13   Q.  And where are you currently assigned?
14   A.  I'm currently assigned with the extraterritorial squad
15   in the FBI Miami.
16   Q.  As part of your responsibilities on the squad, were you
17   the primary case agent responsible for interviewing Walder
18   St. Louis after he pled guilty?
19   A.  Yes, I was.
20   Q.  When is the first time you met Mr. St. Louis?
21   A.  The first time I met Mr. St. Louis was December 7, 2023.
22   Q.  And what is the date on which Mr. St. Louis provided the
23   FBI with the contact phone number for the individual who he
24   refers to as his wife or girlfriend?
25   A.  It was that same day on the 7th of December.
```

1    Q.  And who is responsible for contacting that individual?

2    A.  It was myself.

3    Q.  When did you contact her?

4    A.  I contacted her December 7th.

5    Q.  And after just having discussions about her or -- excuse

6    me.

7            Without telling me what she said, after having

8    discussions with her about the topic of safety, what did you

9    decide to do?

10   A.  I decided to attempt to parole her into the United

11   States.

12   Q.  When you say "parole," what does that mean?

13   A.  Temporarily allow her to stay in the United States.

14   Q.  And how long did you apply for her to stay in the United

15   States?

16   A.  Just for the duration of the trial.

17   Q.  And what did the FBI do to bring her to the United

18   States?

19   A.  We submitted an SPBP in order for her to come here

20   temporarily and stay in the United States.

21   Q.  The SPBP, what is that, please?

22   A.  It's a Special Probationary -- S-P-B --

23   Q.  Is it a special --

24   A.  -- Benefit Parole.

25   Q.  Yes.

```
1    A.  Special, yeah.

2    Q.  We both know what we're talking about.  Great.

3            And is that the form that you used to apply for

4    her to come into the country?

5    A.  That is correct.

6    Q.  Okay.  Did the FBI also pay for flights for her and her

7    children?

8    A.  Yes, we did.

9    Q.  Okay.  When did she arrive in the United States?

10   A.  She arrived in the United States on the 3rd of January.

11   Q.  Okay.

12   A.  2024.

13   Q.  And when did you tell Mr. St. Louis that she was here?

14   A.  It was approximately a week later, on the 9th of January

15   2024.

16   Q.  Prior to that time, had you told him that she was going

17   to be able to come?

18   A.  No, I did not.

19   Q.  And what did you tell Mr. St. Louis about how long she

20   would be allowed to stay?

21   A.  Just for the time frame of the trial.

22   Q.  Did you -- did he ask -- let me rephrase.

23           Did you say anything about who would decide when

24   she would be returned to Haiti?

25   A.  No.
```

```
1    Q.  Okay.

2              MS. SEIFERT:  No other questions, Your Honor.

3              MR. ORENBERG:  The Court's indulgence.

4              THE COURT:  Certainly.

5              (Pause)

6                        CROSS-EXAMINATION

7    BY MR. ORENBERG:

8    Q.  Good morning, Agent Suarez.

9    A.  Good morning, sir.

10   Q.  So you told us that the wife or girlfriend, I think you

11   referred to -- you're not sure if it's a wife or a

12   girlfriend.  But the woman in question was brought to the

13   United States or arrived on January 3, 2024?

14   A.  That is correct.

15   Q.  Okay.  And that you informed Mr. Walder approximately

16   six days later, on January 9, 2024?

17   A.  That is correct.

18   Q.  And prior to January 9, 2024, you did not -- did you

19   have any conversations with Mr. Walder between January 3rd

20   and January 9th of 2024?

21   A.  Can you repeat the question?

22   Q.  Yes.  Sorry.  I said that inartfully.

23              Between January 3rd of 2024 and January 9th of

24   2024, did you have any communications with Mr. Walder?

25   A.  No, I did not.
```

1    Q.   Okay.  And so just to be clear, on January 9th of 2024

2    you had a communication with Mr. Walder?

3    A.   That is correct.

4    Q.   And was it in person?

5    A.   Yes, it was.

6    Q.   Okay.  And you informed him that his wife/girlfriend and

7    I think you said her children arrived in the United States?

8    A.   Yes; that's correct.

9    Q.   Okay.  And that you informed him that they would be here

10   for the duration of the trial?

11   A.   That's correct.

12   Q.   Okay.  Did Mr. Walder ask you if they could stay after

13   the trial?

14   A.   No.

15   Q.   Okay.  Was there any sort of discussion about whether or

16   not the wife/girlfriend and her children could stay after

17   the completion of the trial?

18   A.   No.

19   Q.   Okay.  When you had this communication with Mr. Walder

20   on January 9, 2024, was his attorney present?

21   A.   No, he was not.

22   Q.   Okay.  When you had this communication with Mr. Walder

23   on January 9, 2024, did he ask you any questions about his

24   being able to stay in the United States?

25   A.   No, he did not.

```
 1                 MR. ORENBERG:  The Court's indulgence.

 2                 (Pause)

 3                 MR. ORENBERG:  Thank you.  Just a few more, Your

 4     Honor.

 5     BY MR. ORENBERG:

 6     Q.  When you spoke with Mr. Walder on January 9, 2024 --

 7     well, let me back up.

 8                 Do you speak Haitian-Creole?

 9     A.  No, I do not.

10     Q.  Do you understand it?

11     A.  No, I do not.

12     Q.  Okay.  So when you spoke with Mr. Walder on January 9,

13     2024, was there an interpreter present?

14     A.  That is correct.

15     Q.  Okay.  And when you spoke with Mr. Walder on January 9,

16     2024, did he express to you any desire or hope to remain in

17     the United States following the completion -- well,

18     following the completion of his court proceedings?

19     A.  Not that I can recall.

20     Q.  Okay.

21                 MR. ORENBERG:  No further questions.

22                 THE COURT:  Ms. Seifert.

23                        REDIRECT EXAMINATION

24     BY MS. SEIFERT:

25     Q.  Agent Suarez, I just want to correct one thing for the
```

1    record.  In the conversation when you told Mr. St. Louis

2    that this woman would be permitted to stay through the

3    trial, did you also tell him that thereafter you would have

4    to assess the safety of her going back?

5    A.  That is correct.

6    Q.  Okay.  So there was no specific statement about exactly

7    when she would have to go back?

8    A.  That is correct.

9    Q.  Okay.

10            MS. SEIFERT:  No other questions.

11            THE COURT:  I would ask you one thing,

12   Ms. Seifert.  When you're going to examine a witness, don't

13   say as you begin "I want to correct something for the

14   record."

15            MS. SEIFERT:  Okay.

16            THE COURT:  That's not an appropriate thing to do.

17            MS. SEIFERT:  Okay.

18            THE COURT:  You're telling the witness how to

19   testify, and I don't want you to do that.

20            MS. SEIFERT:  If I can --

21            THE COURT:  I know it --

22            MS. SEIFERT:  If I can approach with counsel, I'll

23   explain why I did that in this particular instance, Your

24   Honor?  But I think the witness can be excused for now

25   subject to recross -- or sorry, not to recross -- subject to

 1    recall, excuse me.

 2              THE COURT:  All right.  Thank you.

 3              MS. SEIFERT:  And then I'd like to approach with

 4    counsel.

 5              THE COURT:  All right.  Should I excuse the

 6    witness?

 7              MS. SEIFERT:  Yes, please.

 8              THE COURT:  Thank you very much, Special Agent

 9    Suarez.  And you may step down.  You're excused.

10              THE WITNESS:  Thank you, sir.

11              THE COURT:  Come on up.

12              (The following is a bench conference held

13               outside the hearing of the gallery)

14              MS. SEIFERT:  Your Honor, I was present at this

15    conversation, and I felt that Agent Suarez had left out a

16    piece of information when he was responding to counsel's

17    question.

18              THE COURT:  All right.  But just don't --

19              MS. SEIFERT:  So I was impeaching him.

20              THE COURT:  I know, but -- and that's fine, to

21    impeach him.

22              MS. SEIFERT:  Okay.

23              THE COURT:  I don't want you to start off by

24    telling him that he needs to --

25              MS. SEIFERT:  I see, correcting the record, right.

1    Okay? I apologize.  I was also trying to explain to defense

2    that I was impeaching him.

3                THE COURT:  I understand.

4                MS. SEIFERT:  Okay.  Thank you.

5                THE COURT:  Thanks.

6                (This is the end of the bench conference)

7                THE COURT:  All right.  Next witness, please.

8                MR. ORENBERG:  Can we have the Court's indulgence

9    one second, please?

10               THE COURT:  Certainly.

11               (Pause)

12               MR. ORENBERG:  Thank you, Your Honor.

13               THE COURT:  Mr. Barnes.

14               MR. BARNES:  Your Honor, before we get the next

15   witness I'd like to admit just a few business records in

16   advance.

17               THE COURT:  All right.

18               MR. BARNES:  First, if I could ask Mr. Casillas to

19   pull up Government's Exhibit 904.04C, and C is the

20   declaration.

21               THE COURT:  904.04.

22               THE COURTROOM DEPUTY:  Which line?

23               MR. BARNES:  Mr. Casillas from counsel table.

24               THE COURT:  These are probably on your new exhibit

25   list but not on the original exhibit list?

1          MR. BARNES:  I believe subject to the prior

2     discussion, Your Honor, about whether it was necessary to

3     admit the declaration of the custodian and the Court's

4     suggestion that for the bench trial it's fine to do that,

5     904.04 is the substantive piece of evidence.  904.04C, as in

6     Charlie, is just the certification.

7          THE COURT:  So 904 -- all right.  So you've given

8     me some numbers.  Now what?

9          MR. BARNES:  The government would move to admit,

10    and then I'd like -- this is the declaration of the

11    custodian of records.

12         THE COURT:  This is 914.  So that's what we're

13    talking about?

14         MR. BARNES:  Apologies, Your Honor, 914.04C.

15         THE COURT:  It is on the exhibit list.

16         All right.  914.04C you'd like to admit it?

17         MR. BARNES:  No, Your Honor.  This is the

18    certification, and then I'd like to display 914.04, which is

19    the substantive record for which the certification was made.

20         THE COURT:  Okay.  And now what?

21         MR. BARNES:  And the government would like to move

22    to admit Government's Exhibit 914.04 as a business record.

23         THE COURT:  914.04.  You're moving to admit it?

24         MS. AMATO:  No objection.

25         MR. ORENBERG:  No objection.

1            THE COURT:  914.04, without objection, is

2     admitted.

3            MR. BARNES:  And one more, Your Honor.  The next

4     is Exhibit 506.C as in Charlie.

5            THE COURT:  506.C.

6            MR. BARNES:  And similarly this is a declaration

7     of a records custodian.

8            THE COURT:  That's the certification.

9            MR. BARNES:  Correct.  And next, if Mr. Casillas

10    could pull up Government's Exhibit 506, which is the

11    substantive record.

12            THE COURT:  One page?

13            MR. BARNES:  Apologies, Your Honor.  No, I believe

14    it is 70 pages.

15            THE COURT:  Seven pages.

16            MR. BARNES:  Seven, zero, 70.

17            THE COURT:  70 pages.

18            MR. BARNES:  It's the record from Chase Bank, and

19    the government would move to admit Exhibit 506 as a business

20    record.

21            MR. ORENBERG:  No objection.

22            THE COURT:  Without objection, 506 is admitted.

23            MR. BARNES:  And at this time, Your Honor, the

24    government would call Special Agent Joseph Kenny as its next

25    witness.

1          THE WITNESS:  Good morning, Your Honor.

2          THE COURT:  Good morning, Special Agent Kenny.

3          Mr. Barnes.

4              SPECIAL AGENT JOSEPH KENNY, Sworn

5                    DIRECT EXAMINATION

6    BY MR. BARNES:

7    Q.  Good morning, Special Agent.  Could you please introduce

8    yourself to the Court by stating and spelling your name for

9    the record.

10   A.  Of course.  Joseph Kenny, J-O-S-E-P-H; last name K-E-N-

11   N-Y.

12   Q.  And, Special Agent Kenny, where do you work?

13   A.  I work for the Federal Bureau of Investigation, the

14   Miami division.

15   Q.  And what -- do you work on a particular squad?

16   A.  I do.  I work on it's called T2, but it's an

17   extraterritorial counterterrorism squad.

18   Q.  Before we get into some other topics, do you also

19   live -- you work in South Florida.  Do you also live in

20   South Florida?

21   A.  I do.

22   Q.  And are you familiar with the city or the community of

23   Deerfield Beach?

24   A.  I am.

25   Q.  And are you also familiar with the city of Pompano

1    Beach?

2    A.  I am.

3    Q.  And approximately how far apart are those two cities or

4    communities?

5    A.  They're pretty much right next to each other.  Pompano

6    Beach is just south of Deerfield Beach.

7    Q.  Thank you.

8             Special Agent Kenny, how long have you been at the

9    FBI?

10   A.  Approximately three years now.

11   Q.  And what training have you received in your three years

12   at the FBI?

13   A.  I've been to the basic academy through Quantico as a new

14   agent in training.

15            Upon graduation from there there's a new agent

16   development course that you go through as a probationary

17   special agent.

18            And following that I've had various trainings for

19   the overseas territories that I've worked.

20            In addition to that, I've also obtained or I've

21   become a member of USERT, which is Underwater Search and

22   Evidence Response Team, and we recover evidence that's in

23   and around water.

24   Q.  Have you had any other roles at the FBI?

25   A.  Yes.  So as part of the new agent rotations, I went to a

1    couple of different squads.  One was applicant squad, doing

2    background checks on applicants coming to the Bureau, and

3    then the second squad I went to was SOG, which is a

4    surveillance squad.

5            Following that, I had a couple of TDYs, which is

6    like a temporary assignment in the Bureau.  Of those was a

7    violent crimes gang task force that I was on for a few

8    months, and then following this I also assisted in this

9    Haiti investigation.

10   Q.  Okay.  You got to my next question.

11           So in the fall of 2021, did you take part in an

12   investigation into the hostage-taking of 17 missionaries in

13   Haiti?

14   A.  I did.

15   Q.  And as part of that investigation, did you participate

16   in the search of a storage unit on November 9, 2021?

17   A.  I did.

18   Q.  Briefly, how did you come to participate in this

19   investigation?

20   A.  Sure.  So there was a command post that was set up for

21   the Haiti investigation and the Haiti kidnappings.  As part

22   of that I was assisting with, at the beginning, just the

23   transportation of a couple of the defendants in the case.

24           From there I assisted with the detention hearings

25   on three of the subjects, and then I also got to assist with

1    the grand jury of the defendants as well.

2          In that I participated obviously in the search of

3    the storage unit, and following that there was also a couple

4    of interviews that I was asked to do as part of the

5    investigation.

6    Q.  What was your role in the search in question of the

7    storage unit?

8    A.  In the search, I was basically the lead agent.  I was

9    there recovering the weapons, coordinating with Jocelyn

10   Dor's attorney, and -- as well as coordinating with the

11   supervisory special agent of the squad at Miami.

12   Q.  And did you take pictures during the execution of that

13   search?

14   A.  I did.

15   Q.  Who was renting the storage unit at the time of the

16   search?

17   A.  It was Jocelyn Dor.

18          MR. BARNES:  I'd like to show the witness

19   Government's Exhibit 914, which has been admitted into

20   evidence.

21   Q.  And showing you this exhibit, could you describe what

22   this is?

23   A.  Sure.  This is the self-storage rental agreement at the

24   storage facility we're talking about, which is A-aaakey Mini

25   Storage.

1    Q.  And could you please read for the Court the information

2    under "Occupant Information."

3    A.  Yes, so under "Occupant Information," the name is

4    Jocelyn Dor.  His address is 2138 Greystone Trail in

5    Orlando, Florida.

6    Q.  And could you also read the information under -- excuse

7    me -- "Space Number"?

8    A.  Yes.  The space number is 4733 with a rent-at date on

9    11/5/2021.

10   Q.  Thank you, Agent.

11         MR. BARNES:  Mr. Casillas, if you could pull up

12   Government's Exhibit 506, which has already been admitted

13   into evidence.  And if you could please turn to Page 3,

14   Mr. Casillas.

15   Q.  Special Agent Kenny, can you describe for the record

16   what this document is.

17   A.  Yeah, it's a Chase Bank statement.  If you can see at

18   the top right of the document it's October 30, 2021, through

19   November 30, 2021.  So a monthly bank statement from chase.

20   Q.  If I may, lower on Page 3 under "ATM and Debit Card

21   Withdrawals," could you please read the transaction

22   information that is listed for 11/08.

23   A.  Is there any way to make it just a little larger, a

24   little further up there?  Not that one.

25         So on November 8th you can see a card purchase of

```
 1    A-aaakey Mini Storage, Orlando, Florida for card 8087 in the

 2    amount of $80.97.

 3    Q.  Thank you, Special Agent.

 4         MR. BARNES:  I'd like to show the witness

 5    Government's Exhibit 420.02.

 6    Q.  Special Agent Kenny, do you recognize this document?

 7    A.  I sure do.

 8    Q.  And what is it?

 9    A.  It is a picture of the outside of the storage unit 4733

10    at A-aaakey Mini Key Storage.

11    Q.  And is that the same storage unit number that you read

12    from Government's Exhibit 914.04 just now?

13    A.  It is.

14    Q.  Does this picture fairly and accurately represent the

15    exterior of the storage unit you searched on November 9,

16    2021?

17    A.  Yes, sir, it does.

18         MR. BARNES:  The government would move to admit

19    Government's Exhibit 420.02.

20         MR. ORENBERG:  No objection.

21         THE COURT:  420.02 is admitted.

22         MR. BARNES:  And, Mr. Casillas, if you could go to

23    the next slide, next exhibit, 420.03.

24    Q.  Special Agent Kenny, do you recognize this document?

25    A.  I do.
```

1    Q.  And what is it?

2    A.  This is the inside of the storage unit as we opened it.

3    This is how we found it as soon as we opened the storage

4    unit.

5    Q.  And does this picture, then, fairly and accurately

6    represent the interior of the storage unit before you or any

7    of your colleagues conducted any search actions?

8    A.  Yes, sir.

9            MR. BARNES:  The government would move to admit

10   Exhibit 420.03.

11           MR. ORENBERG:  No objection.

12           THE COURT:  420.03 is admitted.

13   Q.  Agent Kenny, just on a general level, backing up, what

14   did you find in your search?

15   A.  During the search we found ten weapons.  One of those

16   weapons was actually broken into two pieces, which we can

17   discuss later.  There were rounds of ammunition, magazines,

18   and then obviously the two bags that you see there.

19           MR. BARNES:  I'd like to ask Mr. Casillas to pull

20   up Exhibit 420.04.

21   Q.  Do you recognize this document, Agent Kenny?

22   A.  I do.

23   Q.  And what do you recognize it to be?

24   A.  So this is the photo at the end of the search of all the

25   evidence that was recovered out of that storage unit outside

1    of the bags.  These are the weapons that were recovered that

2    were inside of the bags, as well on the bottom right you can

3    see the ammunition that was also seized.

4    Q.  And does this picture fairly and accurately depict the

5    firearms and ammunition that you seized from the storage

6    unit?

7    A.  It does.

8          MR. BARNES:  The government would move to admit

9    Government's 420.04.

10          MR. ORENBERG:  No objection.

11          THE COURT:  420.04 is admitted.

12    Q.  And just to clarify to make sure the record is clear,

13    how many firearms did you recover from the storage unit?

14    A.  Ten firearms.

15    Q.  And how many boxes are shown in Government's Exhibit

16    420.04?

17    A.  You'll see 11 boxes.  And as I said before, the bottom

18    left is actually one weapon broken into two pieces, an upper

19    and a lower, which is the Barrett 50 caliber.

20    Q.  And for the record, you're referring to the two boxes

21    containing pieces of a firearm that is light beige in color?

22    A.  That's correct.

23    Q.  And that's how you found that weapon?

24    A.  Yes.

25    Q.  Agent Kenny, did you also take photographs, individual

1    photographs, of each of the firearms that you found?

2    A.  I did.

3    Q.  And did those pictures include close-up sort of zoomed-

4    in pictures of each firearm's serial number?

5    A.  It does.

6    Q.  Okay.

7            MR. BARNES:  I'd like to now ask Mr. Casillas if

8    you could please show the witness Exhibit 420.05.

9    Q.  Agent Kenny, do you recognize this document?

10   A.  I do.

11   Q.  And what is it?

12   A.  This is a close-up picture of the serial number on the

13   Springfield Armory rifle.

14   Q.  And does this picture fairly and accurately depict the

15   serial number of one of the firearms that you seized from

16   the storage unit on November 9, 2021?

17   A.  It does.

18           MR. BARNES:  The government would move to admit

19   Government Exhibit 420.05.

20           MR. ORENBERG:  No objection.

21           THE COURT:  420.05 is admitted.

22   Q.  And apologies because it's a little askew, but if you

23   could please read the serial number on this picture for the

24   record.

25   A.  Of course.  It is 464977.

1    Q.  Thank you.

2            MR. BARNES:  I'd ask Agent Bonura now if you could

3    please bring up Exhibit 1050.10, which is a firearm already

4    in evidence.

5            THE COURT:  1050 dot what?

6            MR. BARNES:  Dot one zero, Your Honor.

7    Q.  Agent Kenny, do you recognize Exhibit 1050.10?

8    A.  I do.

9    Q.  And what do you recognize it to be?

10   A.  I recognize this to be the same weapon that's depicted

11   here in the photo with the same serial number.  I can read

12   that, if you would like.

13   Q.  Before we get to that, does the weapon you're holding,

14   the firearm you're holding, appear to be in the same or

15   substantially the same condition as at the time you found

16   it?

17   A.  It does.

18   Q.  And can you please, for the record, read the serial

19   number on the physical firearm you're holding?

20   A.  Yes.  It is 464977.

21   Q.  Okay.  And as you mentioned before, just to clarify for

22   the record, does that match the serial number on

23   Exhibit 420.05, which is on your screen?

24   A.  It does, sir.

25           MR. BARNES:  Just brief indulgence, Your Honor.

1           (Pause)

2           MR. BARNES:  Your Honor, with the Court's

3   permission to approach the witness and hand him what's been

4   marked as Government's Exhibit 320.04?  This is a similar

5   chart as what the government has previously admitted at

6   320.02 and 03 for prior FBI agents who conducted searches in

7   this case.

8           THE COURT:  You may approach.

9   BY MR. BARNES:

10  Q.  Special Agent Kenny, do you see a row on this document

11  that corresponds to this firearm, Exhibit 1050.10?

12  A.  Let me find it.  Stand by.

13          I do.

14  Q.  And on the right side of that document, do you see empty

15  columns for "Notes" and "Date Seized"?

16  A.  I do.

17  Q.  Okay.  In the row corresponding to this firearm, if I

18  could ask you please to write your name in the "Notes" box

19  and the date the weapon was seized in the "Date Seized" box.

20  A.  (Witness complies)

21  Q.  Thank you.

22          MR. BARNES:  I'd like to now show the witness

23  Government's Exhibit 420.06.

24  Q.  Do you recognize this document, Agent Kenny?

25  A.  I do.

1    Q.  And who do you recognize it to be?

2    A.  I recognize it to be a close-up photo of a serial number

3    on a VSKA rifle that we seized from the storage unit.

4    Q.  Does that picture accurately depict the serial number of

5    one of the firearms you seized from the storage unit on

6    November 9, 2021?

7    A.  It does.

8              MR. BARNES:  The government would move to admit

9    Exhibit 420.06.

10             MR. ORENBERG:  No objection.

11   Q.  And, Agent Kenny, could you please read the serial

12   number on this --

13             THE COURT:  I need to rule on the exhibit.

14             420.06 is admitted.

15             MR. BARNES:  Apologies, Your Honor.

16             THE COURT:  That's quite all right.

17   Q.  And Mr. Casillas has now blown up this picture.  If I

18   could ask you please to read the serial number for the

19   record, Agent Kenny.

20   A.  Yes.  It is SV7062023.

21             MR. BARNES:  At this time I'd ask Agent Bonura if

22   he would bring up Government's Exhibit 1050.05, which is

23   already in evidence.

24   Q.  Agent Kenny, do you recognize the firearm you're

25   holding, which is Exhibit 1050.05?

1    A.  I do.

2    Q.  And what do you recognize it to be?

3    A.  I recognize it to be the Century Arms VSKA also seized

4    at the unit as depicted in this photo.

5    Q.  Okay.  And does it appear to be in the same or

6    substantially same condition as at the time you found it?

7    A.  It is.

8    Q.  Are you able to determine the serial number on the

9    firearm you're holding?

10    A.  I am.

11    Q.  And could you please read that for the record.

12    A.  Yes.  It is SV7062023.

13    Q.  And does that number match the serial number on

14    Exhibit 420.06, the exhibit on your screen?

15    A.  It does.

16    Q.  Thank you.

17          And then I'd refer you to Government's Exhibit

18    320.04, which I handed you previously.  Do you see a row on

19    that document that corresponds to this firearm, Exhibit

20    1050.05?

21    A.  I do.

22    Q.  And on the right side of that document, could you please

23    make a notation in the "Notes" column with your name and the

24    date the weapon was seized in the "Date Seized" box.

25    A.  Will do.  (Witness complies)

1    MR. BARNES:  I'd like to now show the witness

2    Exhibit 420.07.

3    Q.  Agent Kenny, do you recognize this document?

4    A.  I do.

5    Q.  What do you recognize it to be?

6    A.  I recognize it to be another VSKA that we seized from

7    the storage unit.

8    Q.  Does this picture fairly and accurately depict the

9    serial number on one of the firearms you seized from the

10   storage unit on November 9, 2021?

11   A.  It does.

12   MR. BARNES:  The government would move to admit

13   Exhibit 420.07.

14   MR. ORENBERG:  No objection.

15   THE COURT:  420.07 is admitted.

16   MR. BARNES:  I'll ask Mr. Casillas if he could

17   please blow that up.

18   Q.  And, Agent Kenny, if you wouldn't mind reading the

19   serial number on this picture.

20   A.  It is SV7063271.

21   MR. BARNES:  And, again, I would ask Agent Bonura

22   if he could please bring up Government's Exhibit 1050.03,

23   which is already in evidence.

24   Q.  Agent Kenny, do you recognize Exhibit 1050.03?

25   A.  I do.

1    Q.  And does that appear to be one of the same firearms you

2    recovered from the storage unit rented by Jocelyn Dor?

3    A.  Yes, sir.

4    Q.  And does it appear to be in the same or substantially

5    the same condition as at the time you found it?

6    A.  Yes, sir.

7    Q.  Are you able to determine the serial number on the

8    firearm you're holding right now?

9    A.  Yes, sir.

10   Q.  Could you read that for the record?

11   A.  Yes.  It is SV7063271.

12   Q.  And does that match the serial number on Exhibit 420.08

13   [sic] on your screen?

14   A.  Yes, it does.

15   Q.  I'd like to refer you back again to Exhibit 320.04,

16   which I asked you previously.  Do you see a row on this

17   document that corresponds to this firearm?

18   A.  I do.

19   Q.  Exhibit 1050.03?

20   A.  I do.

21   Q.  Could you please make a notation in the "Notes" column

22   and the "Date Seized" with your name as well as the date

23   this weapon was seized?

24   A.  (Witness complies)

25   Q.  I'd like to show you now Government's Exhibit 420.08.

1    Agent Kenny, do you recognize this document?

2    A.  I do.

3    Q.  What do you recognize it to be?

4    A.  I recognize it to be another rifle that we recovered

5    from the storage unit.  This was an RAK-47.

6    Q.  And does this picture fairly and accurately depict the

7    serial number of the RAK-47, which is one of the firearms

8    you recovered from the storage unit on November 9, 2021?

9    A.  It does.

10           MR. BARNES:  The government would move to admit

11   Exhibit 420.08.

12           MR. ORENBERG:  No objection.

13           THE COURT:  420.08 is admitted.

14   Q.  Agent Kenny, if you could please read the serial number

15   of this firearm -- excuse me, on this picture into the

16   record.

17   A.  It is B 21018.

18           MR. BARNES:  I'll ask Agent Bonura again to bring

19   up Government's Exhibit 1050.08, and this is already in

20   evidence.

21   Q.  Agent Kenny, do you recognize Exhibit 1050.08?

22   A.  I do.

23   Q.  And does that appear to be one of the same firearms you

24   recovered from the storage unit rented by Jocelyn Dor?

25   A.  Yes, sir.

1    Q.  Does it appear to be in the same or substantially the

2    same condition as at the time you found it?

3    A.  Yes, sir, it does.

4    Q.  And are you able to determine the serial number on the

5    firearm?

6    A.  I am.  It is B 21018.

7    Q.  And does that match the serial number on Exhibit 420.08,

8    which is on your screen?

9    A.  It does.

10   Q.  Thank you, Agent Kenny.

11            If you could refer back to, once again, Exhibit

12   320.04.  Do you see a row on this document that corresponds

13   to the firearm you were just holding, Exhibit 1050.08?

14   A.  I do.

15   Q.  Please make the notation I asked you to before.  Write

16   your name in the "Notes" box and the date the weapon was

17   seized in the "Date Seized" box.

18   A.  (Witness complies)

19   Q.  I'd like to show you now Exhibit 420.09.  Do you

20   recognize this document?

21   A.  I do.

22   Q.  And what do you recognize it to be?

23   A.  I recognize it to be another VSKA that we seized from

24   the storage unit.

25   Q.  And does it fairly and accurately depict the close-up of

1    the serial number of one of the firearms you seized from the

2    storage unit on November 9, 2021?

3    A.  It does.

4         MR. BARNES:  The government would move to admit

5    Government's Exhibit 420.09.

6         MR. ORENBERG:  No objection.

7         THE COURT:  420.09 is admitted.

8    Q.  And if you could please read the serial number depicted

9    on Exhibit 420.09.

10   A.  It is SV7085520.

11        MR. BARNES:  Okay.  I'd like to now ask Agent

12   Bonura to bring up Government's Exhibit 1050.15, which is

13   already in evidence.

14        THE COURT:  You said dot what?

15        MR. BARNES:  Dot 15, I believe, Your Honor.

16        THE COURT:  15 or 14?

17        MR. BARNES:  Excuse me, it must be 14.  I

18   apologize, Your Honor.

19        THE WITNESS:  It appears to be 14 on the tag.

20        MR. BARNES:  Apologies.  That was a slip of the

21   tongue, Your Honor.

22   Q.  Agent Kenny, do you recognize Exhibit 1050.14?

23   A.  I do.

24   Q.  And does that appear to be one of the same firearms you

25   recovered from the storage unit rented by Jocelyn Dor?

1   A.  Yes, sir.

2   Q.  Does it appear to be in the same or substantially the

3   same condition as at the time you found it?

4   A.  Yes, sir.

5   Q.  Are you able to determine the serial number on the

6   firearm you're holding?

7   A.  I am.  It is SV7085520.

8   Q.  And does that match the serial number on Exhibit 420.09

9   on your screen?

10  A.  It does.

11  Q.  And I refer you once again to Exhibit 320.04.  Do you

12  see a row on this document that corresponds to this firearm,

13  Exhibit 1050.14?

14  A.  I do.

15  Q.  You can make the same notation I asked you previously,

16  with your name in the "Notes" column and the date seized in

17  the "Date Seized" column.

18  A.  (Witness complies)

19          MR. BARNES:  I'll ask Mr. Casillas if he could

20  please pull up Exhibit 420.10.

21  Q.  Agent Kenny, do you recognize this document?

22  A.  I do.

23  Q.  And what is it?

24  A.  It is another photo of a VSKA that was seized from the

25  storage unit.

1    Q.  And does it fairly and accurately depict the serial

2    number of one of the VSKA -- on one of the firearms you

3    seized from the storage unit on November 9, 2021?

4    A.  Yes.

5         MR. BARNES:  The government would move to admit

6    Exhibit 420.10.

7         MR. ORENBERG:  No objection.

8         THE COURT:  Exhibit 420.10 is admitted.

9    Q.  Agent Kenny, if you could please read the serial number

10   on this firearm -- excuse me, on this picture, Exhibit

11   420.10?

12   A.  It is SV7085042.

13        MR. BARNES:  Okay.  And I'll ask Agent Bonura to

14   bring up Government's Exhibit 1050.15, which is already in

15   evidence.

16   Q.  Agent Kenny, do you recognize Exhibit 1050.15?

17   A.  I do.

18   Q.  And does it appear to be one of the same firearms you

19   recovered from the storage unit rented by Jocelyn Dor?

20   A.  It does.

21   Q.  And does it appear to be in the same or substantially

22   the same condition as at the time you found it?

23   A.  Yes.

24   Q.  Are you able to determine the serial number on that

25   firearm?

1   A.  I am.  It is SV7085042.

2   Q.  And does that match the serial number on Exhibit 420.10

3   on your screen?

4   A.  It does.

5   Q.  And once again I'd ask you to refer to Government's

6   Exhibit 320.04 and find the row on that document that

7   corresponds to this firearm, Exhibit 1050.15.  And then

8   please make the similar notation I've asked you to

9   previously make, which is your name in the "Notes" box and

10   the date the weapon was seized in the "Date Seized" box.

11   A.  (Witness complies)

12          MR. BARNES:  Okay.  Once again, if I could ask

13   Agent -- excuse me, Mr. Casillas to show you Exhibit 420.11.

14   Q.  Do you recognize this document?

15   A.  I do.

16   Q.  What do you recognize it to be?

17   A.  I recognize it to be another VSKA that was seized from

18   the storage unit.

19   Q.  Does this picture fairly and accurately depict the

20   serial number of one of the firearms you seized from the

21   storage unit on November 9, 2021?

22   A.  It does.

23          MR. BARNES:  I move to admit Exhibit 420.11.

24          MR. ORENBERG:  No objection.

25          THE COURT:  420.11 is admitted.

1    Q.  Agent Kenny, can you please read the serial number shown

2    on Exhibit 420.11.

3    A.  It is SV7078924.

4    Q.  Thank you.

5         MR. BARNES:  I'd like to now ask Agent Bonura to

6    bring up Exhibit 1050.02, which is already in evidence.

7    Q.  Agent Kenny, do you recognize Exhibit 1050.02?

8    A.  I do.

9    Q.  What do you recognize it to be?

10   A.  I recognize it to be a VSKA that was seized from the

11   storage unit.  Also, the one difference between this one and

12   the other VSKAs was it had a red dot aperture on the top.

13   Q.  I'm sorry, what was the word you said?  You said "red

14   dot" something.

15   A.  Aperture, sight.

16   Q.  And what is a red dot aperture or sight?

17   A.  Basically, instead of using the iron sights that are on

18   a weapon, it gives you a dot that makes aiming more accurate

19   or easier to acquire your target.

20   Q.  Do you recognize, Agent Kenny, Exhibit 1050.02?

21   A.  I do.

22   Q.  And does it appear to be one of the same firearms you

23   recovered from the storage unit rented by Jocelyn Dor?

24   A.  Yes, sir.

25   Q.  And does it appear to be in the same or substantially

1    the same condition as of the time you found it?

2    A.  Yes.

3    Q.  And are you able to determine the serial number on that

4    firearm?

5    A.  I am.  It is SV7078924.

6    Q.  And does that match the serial number on Exhibit 420.11

7    on your screen?

8    A.  It does.

9    Q.  Okay.  I'd like to refer you, once again, to

10    Government's Exhibit 320.04.  Do you see a row on this

11    document that corresponds to this firearm, Exhibit 1050.02?

12    A.  I do.

13    Q.  Okay.  Could you please make a notation, then, with your

14    name in the "Notes" box and then the date the weapon was

15    seized in the "Date Seized" box.

16    A.  (Witness complies)

17    Q.  I'll show you Government's Exhibit 420.12.  Special

18    Agent Kenny, do you recognize this document?

19    A.  This happens to be another VSKA that was seized from the

20    storage unit.

21    Q.  And just to pause.  How many VSKAs were seized from this

22    storage unit?

23    A.  Six VSKAs, if I remember correctly.

24        Sorry, seven VSKAs, a Springfield.

25    Q.  Those rifles are -- are they similar, the models, VSKAs?

1    A.  Yes, they're all similar.

2    Q.  And how do they differ?

3    A.  I'm not understanding the question.

4    Q.  Is there any way that you can differentiate one VSKA

5    from another?

6    A.  The serial numbers on them.

7    Q.  Just to make sure I'm clear, do you recognize

8    Government's Exhibit 420.12?

9    A.  I do.

10   Q.  Okay.  And does that picture fairly and accurately

11   depict the serial number on one of the firearms you seized

12   from the storage unit rented by Jocelyn Dor on November 9,

13   2021?

14   A.  It does.

15          MR. BARNES:  Move to admit Exhibit 420.12.

16          MR. ORENBERG:  No objection.

17          THE COURT:  420.12 is admitted.

18   Q.  Could you please read the serial number shown on the

19   screen of Exhibit 420.12?

20   A.  Yes.  It is SV7078918.

21          MR. BARNES:  Okay.  And once again I'd ask Agent

22   Bonura if you could bring up Exhibit 1050.07, which is

23   already in evidence.

24   Q.  Do you recognize Exhibit 1050.07, the firearm you're

25   holding?

1    A.  I do.

2    Q.  And does it appear to be one of the same firearms you

3    recovered from the storage unit rented by Jocelyn Dor?

4    A.  Yes, sir.

5    Q.  And does it appear to be in the same or substantially

6    the same condition as at the time you found it?

7    A.  Yes, sir.

8    Q.  Agent Kenny, are you able to determine the serial number

9    on the firearm you're holding?

10   A.  I am.  It is SV7078918.

11   Q.  And does that match the serial number on Exhibit 420.12

12   on your screen?

13   A.  It does.

14   Q.  I'd once again refer you to Exhibit 320.04.  Do you see

15   a row on this document that corresponds to the firearm

16   you're holding, Exhibit 1050.07?

17   A.  I do.

18   Q.  Could you please make the same notation I asked you to

19   previously with your name in the "Notes" box and the date of

20   the seizure in the "Date Seized" box.

21   A.  (Witness complies)

22           MR. BARNES:  I'll show now, please, Mr. Casillas,

23   Exhibit 420.13.

24   Q.  Agent Kenny, do you recognize this document?

25   A.  I do.  It is another picture of a VSKA that was seized

1    from the storage unit and the serial number.

2    Q.  And does that fairly and accurately depict the serial

3    number of one of the firearms you seized from the storage

4    unit on November 9, 2021?

5    A.  It does.

6         MR. BARNES:  I move to admit Exhibit 420.13, Your

7    Honor.

8         MR. ORENBERG:  No objection.

9         THE COURT:  420.13 is admitted.

10   Q.  Agent Kenny, can you please read the serial number that

11   is shown?

12   A.  Yes.  It is SV7061803.

13        MR. BARNES:  I'll ask Agent Bonura if you might

14   bring up Government's Exhibit 1050.04, which is already in

15   evidence.

16   Q.  Agent Kenny, do you recognize Exhibit 1050.04, which is

17   the firearm you're holding?

18   A.  I do.

19   Q.  Okay.  And does that appear to be one of the same

20   firearms you recovered from the storage unit rented by

21   Jocelyn Dor?

22   A.  Yes, sir.

23   Q.  Does it appear to be in the same or substantially the

24   same condition as of the time you found it?

25   A.  Yes, sir.

1    Q.  Are you able to determine the serial number on the

2    firearm you're holding?

3    A.  I am.  It is SV7061803.

4    Q.  And does that match the serial number on Exhibit 420.13

5    on your screen?

6    A.  It does.

7    Q.  I'll refer you once again to Exhibit 320.04, the paper I

8    handed you earlier.  Do you see a row on that document that

9    corresponds to this firearm, Exhibit 1050.04?

10   A.  It does.

11   Q.  Could you please make a notation with your name in the

12   "Notes" box and the date the weapon was seized in the "Date

13   Seized" box.

14   A.  (Witness complies)

15   Q.  Special Agent Kenny, I'd like to show you now Exhibit

16   420.14.  Do you recognize this document?

17   A.  I do.

18   Q.  And what do you recognize it to be?

19   A.  This is the lower receiver of the Barrett 50 caliber

20   weapon that was seized from the unit.

21   Q.  Could you describe for the Court what's a lower

22   receiver?

23   A.  Yes.  So these weapons are broken into basically two

24   parts, a lower and an upper; basically the location of where

25   they're at.  But when they're put together it is one full

1    weapon.

2    Q.  Okay.  And does that picture --

3              MR. BARNES:  Go back, Mr. Casillas, please.

4    Q.  -- fairly and accurately depict the serial number and

5    other information from one of the firearms you seized from

6    the storage unit on November 9, 2021?

7    A.  It does.

8              MR. BARNES:  I move to admit Exhibit 420.14, Your

9    Honor.

10             MR. ORENBERG:  No objection.

11             THE COURT:  420.14 is admitted.

12             MR. BARNES:  And ask Mr. Casillas if he could

13   please zoom in on the serial number on this firearm.

14   Q.  Agent Kenny, can you read the serial number depicted on

15   the screen for the record?

16   A.  I can.  It is AA012733.

17             MR. BARNES:  Okay.  And now I'd like to ask Agent

18   Bonura if you could bring up Government's Exhibit 1050.09,

19   which is already in evidence.

20   Q.  Do you recognize Exhibit 1050.09, Agent Kenny?

21   A.  I do.

22   Q.  Does this appear to be one of the same firearms you

23   recovered or the lower receiver of one of firearms you

24   recovered from the storage unit rented by Jocelyn Dor?

25   A.  Yes, sir.

1   Q.  Does it appear to be in the same or in substantially the

2   same condition?

3   A.  It is.

4   Q.  And are you able to determine the serial number on this

5   firearm?

6   A.  Yes.  It is AA012733.

7   Q.  And one final time, does that match the serial number on

8   Exhibit 420.14 on your screen?

9   A.  It does.

10  Q.  I refer you, then, one more time as well to Government's

11  Exhibit 320.04, the paper I handed you earlier.  Do you see

12  a row on this document that corresponds to this firearm, the

13  Barrett 82A1, Exhibit 1050.09?

14  A.  Yes.

15  Q.  Okay.  And I'd ask you to make one more notation with

16  your name in the "Notes" box and the date the weapon was

17  seized in the "Date Seized" box.

18  A.  (Witness complies)

19  Q.  Agent Kenny, you've now marked, I believe, ten rows in

20  this document to indicate that you were the seizing agent

21  and the date of the seizure of these weapons.

22          Does this exhibit, Exhibit 320.04, as you have now

23  annotated it, accurately depict the seizure date of the ten

24  firearms that you recovered?

25  A.  Yes, sir.

```
 1              MR. BARNES:  The government would move to admit
 2    now, Your Honor, Exhibit 320.04.
 3              MR. ORENBERG:  No objection.
 4              THE COURT:  Without objection, 320.04, the summary
 5    with handwritten notes by Special Agent Kenny, is admitted.
 6              MR. BARNES:  I'll now ask Agent Bonura if you
 7    would bring up Exhibit 1060.01.
 8              THE COURT:  What exhibit number is it?
 9              MR. BARNES:  Apologies, 1060.01.
10    BY MR. BARNES:
11    Q.  Agent Kenny, prior to your testimony today did you
12    review this evidence, Exhibit 1060.01?
13    A.  I did.
14    Q.  And what is in the evidence bag in front of you?
15    A.  Inside the evidence bag are six 7.62 by 39 AK magazines.
16    Q.  Okay.  And how do you know?
17    A.  Because I'd seen them in person whenever I conducted the
18    search.
19    Q.  And did you recover these magazines from your search of
20    the storage unit that was rented by Jocelyn Dor?
21    A.  Yes, sir.
22              MR. BARNES:  The government would move to admit
23    Exhibit 1060.01.
24              MR. ORENBERG:  Is he just reading from the label
25    on the bag, or has he actually looked at the contents of the
```

```
 1    bag?

 2              THE COURT:  He has not opened the bag, so he's

 3    reading the label on the bag.

 4              MR. ORENBERG:  Well, subject to -- are we just

 5    admitting the bag?

 6              THE COURT:  I'm sure they're moving to admit the

 7    bag and its contents.

 8              MR. ORENBERG:  Then I agree conditionally, if the

 9    Court would wait until he opens the contents of the bag.

10              THE COURT:  For confirmation of what's in the bag?

11              MR. ORENBERG:  Yes.

12    BY MR. BARNES:

13    Q.  Agent Kenny, I'd ask you if you could please open the

14    bag.

15    A.  (Witness complies) Do I need to take them out of the

16    bag?

17    Q.  Yes, please, if you could please take the items from the

18    bag.

19    A.  And once again, it's six AK magazines that are in the

20    bag.

21    Q.  And do those appear to be the same six magazines that

22    you recovered from the search you conducted of the storage

23    unit rented by Jocelyn Dor on November 9, 2021?

24    A.  Yes, sir.

25    Q.  And do those magazines, the six AK-47 magazines, appear
```

1    to be in the same or substantially the same condition as at

2    that time you found them?

3    A.  Yes, sir.

4              MR. BARNES:  At this time, Your Honor, the

5    government would move again for the admission of Exhibit

6    1060.01.

7              MR. ORENBERG:  No objection.

8              THE COURT:  1060.01 is admitted.

9              MR. BARNES:  I'll ask Agent Bonura to retrieve

10   them and then pass up through the witness Exhibit 1060.04.

11   Q.  Agent Kenny, prior to your testimony today, did you

12   review this piece of evidence, Exhibit 1060.04?

13   A.  I did.

14   Q.  And what is in the -- I guess it's a folder that is in

15   front of you?

16   A.  May I open the bag as well?

17   Q.  Yes.

18   A.  This is an M1 magazine, Springfield Armory Magazine.

19   Q.  Is that one of the same magazines that you recovered

20   from your search of the storage unit rented by Jocelyn Dor?

21   A.  Yes, sir.

22   Q.  And does that appear to be in the same or substantially

23   the same condition as at the time you found it?

24   A.  Yes, sir.

25              MR. BARNES:  The government would move to admit

```
 1    Government's Exhibit 1060.04.

 2            MR. ORENBERG:  No objection.

 3            THE COURT:  1060.04 is admitted.

 4            MR. BARNES:  I'll ask Agent Bonura if he could

 5    retrieve that and hand you Government's Exhibit 1060.05.

 6            THE COURT:  What was the number that we just

 7    admitted?

 8            MR. BARNES:  Apologies, Your Honor.

 9            THE COURT:  Oh, I'm sorry, I'm sorry, I'm looking

10    at the exhibit list and the exhibit list actually has two

11    1060.04s on it.

12            MR. BARNES:  Yes, apologies, Your Honor.  I wanted

13    to clarify that.  The second 1060.04, that was just a

14    typographical error.  We would sort of switch that to 07,

15    and I'll handle it.  Apologies.

16            THE COURT:  My confusion all of a sudden was I

17    wasn't sure which number we were on.  So now we're on 05,

18    right?

19            MR. BARNES:  And just for -- correct, but just to

20    clarify for the record, 1060.04 is one Springfield M1A

21    magazine.

22            THE COURT:  Right.

23            MR. BARNES:  And the witness has now in front of

24    him Government's Exhibit 1060.05.

25    Q.  And, Agent Kenny, I'd ask you, prior to your testimony
```

1    today, did you review this evidence?

2    A.  I did.

3    Q.  And if you could please open the folder and the bag and

4    display for the Court what's in the bag.

5    A.  (Witness complies) This is the Barrett 50 caliber

6    magazine.

7    Q.  Hold that up to show that for the Court.

8    A.  (Witness complies)

9    Q.  Did you recover that magazine from your search of the

10   storage unit rented by Jocelyn Dor?

11   A.  I did.

12   Q.  And does that magazine appear to be in the same or

13   substantially the same condition as of the time you found

14   it?

15   A.  It is.

16        MR. BARNES:  At this time, Your Honor, the

17   government would move to admit Government's Exhibit 1060.05.

18        MR. ORENBERG:  No objection.

19        THE COURT:  1060.05 is admitted.

20        MR. BARNES:  Agent Bonura, if you could bring up

21   Government's Exhibit 1060.06.

22   Q.  Agent Kenny, prior to your testimony today did you

23   review this evidence?

24   A.  I did.

25   Q.  And if you could please open that box.  What is in the

1    box?

2    A.  So there's 380 rounds total in here.  Each one of these

3    boxes has 20 rounds each.  It's TulAmmo 7.62 by 39

4    ammunition.

5    Q.  And is that the same -- did you recover this ammunition,

6    rather, from your search of the storage unit rented by

7    Jocelyn Dor?

8    A.  I did.

9    Q.  And does that ammunition that you have in front of you

10   appear to be in the same or substantially the same condition

11   as of the time you found it?

12   A.  Yes.

13            MR. BARNES:  The government would move to admit

14   Exhibit 1060.06.

15            MR. ORENBERG:  No objection.

16            THE COURT:  1060.06 is admitted.

17            MR. BARNES:  And finally, Agent Bonura, take that

18   exhibit and hand to the witness what is now marked, Your

19   Honor, as 1060.07, which previously on the exhibit list was

20   the duplicate .04.

21            THE COURT:  I understand.

22   Q.  Agent Kenny, one last time here, could you -- strike

23   that.

24            Prior to your testimony today did you review the

25   evidence in front of you?

1    A.  I did.

2    Q.  And what is in that bag?

3          MR. ORENBERG:  Your Honor, could we have the

4    exhibit number again, please?

5          MR. BARNES:  My apologies.  1060.07, previously

6    been marked as the duplicate 1060.04 in the exhibit list.

7    Q.  Agent Kenny, prior to your testimony today did you

8    review this evidence?

9    A.  I did.

10   Q.  Okay.  And I asked you that before, but what's in there?

11   A.  These are ten just spare rounds of the same ammunition

12   we saw in the boxes, but it's the 7.62 by 39.

13   Q.  And did you recover this ammunition from your search of

14   the storage unit rented by Jocelyn Dor?

15   A.  I did.

16   Q.  And does it appear to be in the same or substantially

17   the same condition as of the time you found it?

18   A.  Yes.

19         MR. BARNES:  And the government would move to

20   admit what's now marked at Exhibits 1060.07.

21         MR. ORENBERG:  I didn't ask the witness to count

22   all 380 rounds in the previous exhibit, but for this

23   exhibit, which purports to be only ten rounds, I would ask

24   him to count to verify the count.

25         THE WITNESS:  Absolutely.  One, two, three, four,

1    five, six, seven, eight, nine, ten.

2              MR. ORENBERG:  Thank you.  No objection.

3              THE COURT:  1060.07 is admitted.

4              MR. BARNES:  Brief indulgence, Your Honor.

5              (Pause)

6              MR. BARNES:  No further questions for this

7    witness, Your Honor.

8              THE COURT:  Mr. Orenberg.

9              MR. ORENBERG:  Yes, Your Honor.  Thank you.

10                        CROSS-EXAMINATION

11   BY MR. ORENBERG:

12   Q.  Good morning, Agent Kenny.

13   A.  Good morning, sir.  How are you?

14   Q.  I'm fine.  Thank you.

15              As I understand you, you've been with the FBI for

16   did you say four years now?

17   A.  A little over three.

18   Q.  Okay.  And in the fall of 2021 -- where were you

19   stationed in --

20   A.  I was still in the Miami division.

21   Q.  Okay.  And in the fall or in November of 2021 you were

22   assigned to be part of the task force that was involved with

23   the hostage-taking in Haiti?

24   A.  No, sir.  So I was assigned to my normal squad, the

25   extraterritorial counterterrorism, but as part of like the

1    office-wide help and assistance, I was -- it was my night to

2    work the command post, and in that part is kind of where I

3    got started with the investigation and the assistance.

4    Q.  Okay.  Now, the storage unit we've been talking about is

5    in Orlando, Florida?

6    A.  Yes, sir.

7    Q.  Which is some, I don't know, 250 miles from Miami?

8    A.  I understand.

9    Q.  At some point in time you were asked to go to Orlando?

10   A.  Yes, sir.

11   Q.  And who asked you to go to Orlando?

12   A.  It was the supervisory special agent of the squad, Don

13   Morin.

14   Q.  And you were part of a team that went to Orlando?

15   A.  Well, it was just me that went to Orlando to start out.

16         I was going there for the detention hearing of

17   Jocelyn Dor, and following that hearing I was approached by

18   the attorney to recover these weapons out of the storage

19   unit.

20   Q.  You were approached by what attorney?

21   A.  Jocelyn Dor's attorney, Spencer Rhodes.

22   Q.  I'm sorry, what was his name?

23   A.  Spencer Rhodes, R-H-O-D-E-S.

24   Q.  So would I be correct in saying this was a consensual

25   search?

1    A.   It was.

2    Q.   There was no search warrant?

3    A.   No search warrant.

4    Q.   Okay.  So you were given consent through Mr. Dor's

5    attorney --

6    A.   Yes, sir.

7    Q.   -- to go over to the -- and I apologize, is it A&A?

8    A.   A-aaakey Mini Storage.

9    Q.   Okay.  And did you go the same day?

10   A.   I did.

11   Q.   Did you go by yourself?

12   A.   So I went there, and I also met Orlando agents out of

13   their RA.  So there was a supervisory special agent from the

14   Orlando resident agency as well as a handful of other agents

15   to assist with the search.

16   Q.   And what about Mr. Rhodes, who was Mr. Dor's attorney?

17   Was he there with you?

18   A.   He was there.

19   Q.   And you went -- I assume you went to the management

20   office?

21   A.   We just went straight to the unit.

22   Q.   Oh.  Was the unit locked?

23   A.   It was, but Mr. Rhodes had the key to the unit.

24   Q.   Okay.  And what did Mr. Rhodes do with the key to the

25   unit?

1   A.  He had it in his possession.  After signing the consent

2   to search, he allowed us to open the unit.

3   Q.  Okay.  And this was Space No. 4733?

4   A.  Yes.

5   Q.  Okay.  And prior to going to the unit with Mr. Dor's

6   attorney and opening the unit, did you already have -- and I

7   apologize for the exhibit form, I think it's 914 -- the

8   rental agreement?

9   A.  Mr. Rhodes showed me that rental agreement.  He had it

10   in his possession.

11   Q.  Oh.

12   A.  Yes.

13   Q.  You made a copy of it?

14   A.  I took a picture of it.

15   Q.  Took a picture of it, okay.

16          And then was Mr. Dor himself present at the search

17   of the unit?

18   A.  He was not.

19   Q.  Okay.  Did you have occasion to speak with Mr. Dor?

20   A.  I did not.

21   Q.  And then you were shown Exhibit 506, the bank -- the

22   excerpt from the bank records.

23   A.  Yes.

24   Q.  Okay.  And I believe you said -- and I may have this

25   wrong, but you obtained it on November 8th, or was it dated

1   November 8, 2021?

2   A.  I don't recall the date we received it, but we did have

3   to end up having to send a subpoena to get those records.

4   Q.  Okay.  That was my next question.

5          Was it given to you by Mr. Rhodes, or did you get

6   it -- have a subpoena issued to go get it that way?

7   A.  I don't remember -- I don't remember how we obtained it

8   or who obtained it from who, but it was not Spencer Rhodes

9   that was providing that information.  It would have been a

10  subpoena directly to Chase.  If that was provided from AAA

11  storage, it was a subpoena to their management company.

12  Q.  Now, other than Mr. Rhodes giving you a copy of the

13  rental agreement that's Exhibit 914, did you obtain any

14  other records with respect to Space No. or Unit No. 4733?

15  A.  Yes.  I spoke with the management company there, the

16  manager, Jason Corbin, who gave additional information on

17  the unit.  We recovered some video surveillance of the area,

18  and just the interview with him saying Jocelyn Dor came in,

19  rented the unit, and then left.

20         It was a very short interaction.

21  Q.  Okay.  And you said you recovered some video.

22  A.  Video surveillance, yes.

23  Q.  And did it -- did the video surveillance -- well, tell

24  me about the video surveillance.  What did it cover?

25  A.  Sure.  It shows him coming into the office and then a

1    vehicle driving towards the area of the unit.  However, the

2    video surveillance does not show the unit in the video

3    itself.

4    Q.  And do you know what the date of that video was?

5    A.  I believe it was November 5th.

6    Q.  So it just showed Mr. Dor driving over to the area where

7    the unit was located?

8    A.  Correct.

9    Q.  Did it show him taking anything out of his car?

10   A.  Nothing that we could see, no.

11   Q.  Was there any video surveillance inside the interior --

12   I gather from the exhibit that we saw, the photos, that the

13   unit was an inside or interior unit.  Would you agree with

14   me?

15   A.  Yeah.

16   Q.  Okay.

17   A.  Fairly, yes.  So it was one big garage door that opened

18   up to a few other units.  So there was one separate unit,

19   but then multiple units inside of there.

20   Q.  Right.  So Unit No. 4733 was inside or an interior unit?

21   A.  Yes.

22   Q.  Okay.  Was there any video surveillance from inside the

23   building or the hallways near 4733?

24   A.  No, sir.

25   Q.  You checked for that?

1    A.  Yes.

2    Q.  Okay.

3              MR. ORENBERG:  The Court's indulgence.

4              THE COURT:  Certainly.

5              MR. ORENBERG:  Nothing further, Your Honor.

6              THE COURT:  All right.  Mr. Barnes.

7              MR. BARNES:  No further questions, Your Honor.

8              THE COURT:  Special Agent Kenny, you may step

9    down.  Thank you for coming.

10             THE WITNESS:  Much appreciated, Your Honor.  Have

11   a good day.

12             THE COURT:  Mr. Barnes needs that, yes.

13             Ms. Paschall.

14             MS. PASCHALL:  Thank you, Your Honor.  The

15   government calls FBI linguist Pierre Basquin.

16             THE COURT:  And you expect this to be your last

17   witness for the day?

18             MS. PASCHALL:  Yes.  Yes, Your Honor.  I think we

19   will read in the stipulations after this, but this will be

20   the last witness of the day.

21             Oh, Ms. Seifert has made a suggestion that I will

22   relay to the Court.  Can we take a brief morning break now

23   so that we can remove the firearms and other items from the

24   Court?

25             THE COURT:  Sure thing.  That's a good idea.

```
 1    Thank you.

 2               All right.  So we'll resume at 11:00.

 3               (Recess taken)

 4               THE COURT:  Ms. Paschall.

 5               MS. PASCHALL:  Thank you, Your Honor.  The

 6    government calls Pierre Basquin.

 7               THE COURT:  Special Agent Basquin, good morning.

 8               Ms. Paschall.

 9               MS. PASCHALL:  Thank you, Your Honor.

10                    PIERRE BASQUIN, Sworn

11                    DIRECT EXAMINATION

12    BY MS. PASCHALL:

13    Q.  Good morning.  Could you please state and spell your

14    full name for the record.

15    A.  My name is Pierre Basquin; P-I-E-R-R-E, Basquin, B-A-S-

16    Q-U-I-N.

17    Q.  Where were you born?

18    A.  I was born in Haiti.

19    Q.  How long did you live in Haiti?

20    A.  For over 20 years.

21    Q.  And where did you move after living in Haiti?

22    A.  I moved to Florida.

23    Q.  What languages do you speak?

24    A.  I speak Haitian-Creole, French, and English, of course.

25    Q.  And what is your educational background?
```

1    A.   In Haiti, I went to school, and I also -- I finished my

2    high school, and I attended the university down there.   I

3    studied economics and commercial science.

4              And after that, I moved here.   I went to Florida

5    Community College.   I studied business administration.

6              After a period of two years I transferred to

7    Florida Atlantic University where I studied business

8    economics and management information systems.

9              And then a few years back, when I was working

10   for the Bureau, I went to school to Nova Southeastern

11   University where I earned a bachelor's -- a master's degree

12   in business -- in international business administration.

13   Q.   So you mentioned the Bureau.   Where do you currently

14   work?

15   A.   I work for the Federal Bureau of Investigation in the

16   office of Miami, which is located in Florida.

17   Q.   And what is your role there?

18   A.   I'm a language specialist.

19   Q.   And what does that entail?

20   A.   So that entails that I interpret, translate, and

21   manually provide culture awareness insights to the

22   requesters; like, for example, to the agent when they ask me

23   about some service.   I don't just translate, but I try to

24   put it in the context, cultural context, so I can transfer

25   the message to the agent or whoever ask.

1    Q.  And how long have you been working for the FBI?

2    A.  Oh, I started working in 2005.

3    Q.  And how long have you been in your current role at the

4    FBI?

5    A.  Let's see, 2024, 2005, that's about 20 years.  Almost 20

6    years.

7    Q.  What kind of training did you receive in order to have

8    this job at the FBI?

9    A.  Oh, plenty of training.  When you first get the job,

10   they send you to this town, Washington, D.C., for your first

11   training.

12            And then, frequently, they keep sending you to

13   outside agencies that provide training for linguists so you

14   can better your training in order for you to provide better

15   service during the course of your work.

16   Q.  How frequently would you say you receive that training?

17   A.  Oh, I would say almost every year.

18   Q.  Have you had to do any testing of any kind in order to

19   serve in your current role?

20   A.  Of course.  I went to evaluative test and speaking

21   proficiency and translating about the language, and both in

22   Haitian and French.  So it's a lot.

23   Q.  And now you've mentioned you've served both as an

24   interpreter and a translator and someone who brings cultural

25   awareness.  Are those three different roles?  And can you

1    describe them for the Court.

2    A.  Yes.  When you interpret, you interpret what the

3    speakers are saying.

4         When you're translating, you're translating what

5    you hear or what you read because sometimes it's a text or

6    document.  And any kind of text.  It could be a text

7    message.  It could be something on WhatsApp.  It could be

8    just a piece of document.

9         When you are providing the cultural awareness, for

10   example, if you go to Haiti, someone says something, you

11   have to tell the agent what that means in that context.  And

12   you can only do that because of your knowledge of the

13   terrain, and that -- you know, language is a big part of the

14   culture, so if you don't listen to the culture, you're

15   probably not going to do a good job.

16   Q.  And you mentioned interpreting.  Are you court-certified

17   to do live interpretation?

18   A.  No, I'm not a court interpreter.  I'm not certified for

19   court interpreting.

20   Q.  I'm going to turn your attention now to the

21   investigation in 2021 of the kidnapping of 17 Christian

22   missionaries in Haiti.

23        How did you -- did you originally get involved in

24   that investigation?

25   A.  Yes.  I believe it was a few days after that took place,

1    the kidnapping took place, and I was called to travel down

2    there to Haiti to provide linguistic services.

3    Q.  And from that point in 2021 until now, how have you

4    assisted the agents and analysts working on that

5    investigation?

6    A.  Oh, in so many parts.

7            I give assistance in term of interpreting for the

8    agents and analysts and SOS and several other people that I

9    work with.

10           And I also translated a lot of documents and also

11   provide cultural awareness.  For example, if the agent

12   brings something to me, says to me, "What do you think of

13   it?  Do you think it's relevant to the investigation?"  And

14   I provide my input.

15   Q.  More recently, in January of this year, 2024, did my

16   office approach you to do what we call verbatim translation?

17           MS. AMATO:  I'm sorry, I didn't hear the date.

18   Excuse me.

19           MS. PASCHALL:  January 2024.

20   Q.  Did you do verbatim translation of some very discrete

21   audio and text messages from Haitian-Creole into English?

22   A.  Yes, I did.

23   Q.  And did you provide that assistance?

24   A.  Yes, I did.

25   Q.  In your preparation for your testimony here today, did

1    you and I review some of those translations that you

2    provided?

3    A.  Yes, we did.

4    Q.  Did we also review the source material from which you

5    translated?

6    A.  Yes, we did.

7            MS. PASCHALL:  Ms. Duncan, can I please have my

8    computer brought up on the screen just for the witness?

9            THE COURTROOM DEPUTY:  I can't do just the

10   witness.

11           MS. PASCHALL:  That's fine.  Not a problem in this

12   instance.

13   Q.  Mr. Basquin, can you see on the screen in front of you a

14   file folder that I've pulled up called "Pierre Exhibits"?

15   A.  Yes, I can.

16   Q.  And are these the file folders that you and I reviewed

17   in preparation for your testimony today?

18   A.  Yes, they are.

19   Q.  I'm going to open what is marked as Exhibit 101.07.  Do

20   you see the two items that are in this exhibit?

21   A.  Yes.

22   Q.  Can you please explain to the Court what are the two

23   items that make up Exhibit 101.07?  And if you need me to

24   open them, I can.

25   A.  I need you to open it, please.

1    Q.  Sure.

2          I am open to the first file in Exhibit 101.07.

3    Can you see this?

4    A.  Yes, I can.

5    Q.  What is that?

6    A.  That's the text that was sent by Eliande Tunis.

7    Q.  And was --

8          MS. AMATO:  Objection, Your Honor, to the

9    identification of who sent it.  Basis of knowledge.

10          He can say that he's reading on the document that

11    it says Eliande Tunis.

12          MS. PASCHALL:  And, Your Honor, I believe these

13    portions of the exhibit are already in evidence as

14    Government's Exhibit 101.

15          THE COURT:  That's right.

16          MS. PASCHALL:  This is simply one extraction from

17    Exhibit 101.

18          THE COURT:  101, the entirety of the messages

19    between Ms. Tunis and Mr. Germine, that's in evidence.  And

20    then this is part of 101 although it's separately marked as

21    an exhibit as well.

22          MS. PASCHALL:  Yes, Your Honor.

23          Do I need to say anything else with respect to

24    your objection?

25          THE COURT:  Go ahead.  I'm not sure what the

1    objection actually was, but to the extent I understand the

2    objection.

3         Go ahead, Ms. Amato.

4         MS. AMATO:  So I mean the objection is this

5    witness is -- my understanding is this witness has been

6    provided this material, but he's not in a position to

7    actually testify and identify whose phone these things came

8    from and everything else.

9         So I think it's improper for him to be saying that

10   the way he is saying it, that this is a message from Eliande

11   Tunis.

12        THE COURT:  The objection is overruled.

13        You may continue with the examination with respect

14   to this exhibit that is in part of 101, which is in

15   evidence.

16   BY MS. PASCHALL:

17   Q.  Mr. Basquin, I'm going to pull up the second part of

18   Government's Exhibit 101.07, which is labeled Exhibit

19   101.07T.  Do you see that?

20   A.  Yes, I can.

21   Q.  And Exhibit 101.07T is now on the screen in front of

22   you.

23        THE COURT:  Before you proceed, 101.07T is part of

24   101T, I take it, and 101T is also in evidence but

25   conditionally?

1          MS. PASCHALL:  So actually, Your Honor, it is not.

2          THE COURT:  It is not, okay.

3          MS. PASCHALL:  These are separate from those,

4     which is why I intend to go through them individually.

5          THE COURT:  So this is not in evidence?

6          MS. PASCHALL:  No, Your Honor.

7          THE COURT:  And it is marked as 101.07T.

8          MS. PASCHALL:  Yes, Your Honor.

9          THE COURT:  Okay.  Go ahead.

10    BY MS. PASCHALL:

11    Q.  Mr. Basquin, can you see 101.07T on the screen in front

12    of you?

13    A.  Yes, ma'am.

14    Q.  What is this?

15    A.  Translation in English of the portion in Haitian-Creole

16    on the left side.

17    Q.  And is this the translation that you conducted at the

18    request of my office for this case of the message that we

19    see in Government's Exhibit 101.07?

20    A.  Yes, ma'am.

21         MS. PASCHALL:  At this time, Your Honor, the

22    government would move the admission of 101.07T, which I

23    believe completes the admission of Government's Exhibit

24    101.07.

25         MS. AMATO:  No objection subject to cross.

```
 1                    THE COURT:  Subject to cross?

 2                    MS. AMATO:  Cross.

 3                    THE COURT:  All right.  101.07T is admitted, and

 4        that is the second part of 101.07.

 5                    And you're moving for the admission of 101.07 as

 6        well?

 7                    MS. PASCHALL:  Yes, Your Honor.

 8                    THE COURT:  And without objection, subject to

 9        cross, 101.07 is admitted.

10        BY MS. PASCHALL:

11        Q.  I'm going to skip down to Exhibit 102.03 and open that

12        file folder.

13                    Can you see that on the screen in front of you?

14        A.  Yes, ma'am.

15        Q.  And can you see that there are four parts that make up

16        Government's Exhibit 102.03?

17        A.  Yes, ma'am.

18        Q.  I'm going to open the first file folder.  Can you see

19        what's in the first file folder for Government's Exhibit

20        102.03?

21        A.  Well, I mean, I can see the text.

22        Q.  And do you know what type of a file this is, the first

23        file --

24        A.  Yes.

25        Q.  -- in Exhibit 102.03?
```

```
 1    A.  Yes.

 2    Q.  What is this?

 3    A.  It's an audio file.

 4    Q.  I'm now going back to Exhibit 102.03 and pulling up

 5    102.03T.

 6            Does 102.03T contain your translation of that

 7    audio file that is the first file in 102.03?

 8    A.  Yes, ma'am.

 9    Q.  And is the next that we see in 102.03T at the bottom of

10    the screen a fair and accurate translation of that audio

11    file that's at Government's Exhibit 102.03?

12    A.  Yes, ma'am.

13    Q.  I'm going back to the file folder for Government's

14    Exhibit 102.03.  Are there additional files here?

15    A.  Yes.  It's another text.

16    Q.  And the third file, what is that?

17    A.  Say it again.

18    Q.  The third file that I've just pulled up, what is that?

19    A.  It's another text.

20    Q.  And the fourth file, what is that?

21            MS. AMATO:  Excuse me.

22    A.  Another text.

23    Q.  Are these texts that you also translated --

24    A.  Yes, ma'am.

25    Q.  -- as a part of Government's Exhibit 102.03T?
```

1    A.  Yes, ma'am.

2    Q.  And is that what we see at the top of Government's

3    Exhibit 102.03T?

4    A.  Yes, ma'am.

5    Q.  And did you fairly and accurately translate those two

6    that were in Haitian-Creole into English?

7    A.  Yes, ma'am, I did.

8         MS. PASCHALL:  At this time, Your Honor, the

9    government would move the admission of 102.03T and thereby

10   complete the admission of Government's Exhibit 102.03.

11        MS. AMATO:  So, again, subject to cross, Your

12   Honor.

13        THE COURT:  All right.  102.03T is admitted and as

14   well 102.03 will therefore be admitted.

15   BY MS. PASCHALL:

16   Q.  Now, going back to this file folder that you and I

17   discussed that contains Pierre exhibits, do each one of

18   these file folders contain what you reviewed and your

19   translation of that item together in one file folder?

20   A.  Yes, ma'am.

21        MS. PASCHALL:  At this time, Your Honor, the

22   government would move the admission of the Exhibit Ts for

23   101.06.

24        THE COURT:  Okay.  We're going to have to go slow

25   so I can find them on my list.  101.06, and you are moving

1    the admission of 101.06T?

2              MS. PASCHALL:  Yes, Your Honor.

3              THE COURT:  All right.

4              MS. AMATO:  Your Honor, does he even know what it

5    is?  Objection.

6              THE COURT:  I'm sorry, I can't hear you.  I don't

7    know if the court reporter can hear you any better than me.

8              MS. AMATO:  Objection, Your Honor.  Without him

9    actually seeing the transcript, I'm not sure how he can

10   identify what is what here.

11             MS. PASCHALL:  Your Honor, I believe the witness's

12   testimony was that in preparation for today we reviewed

13   these folders, each individually, both the component that is

14   already in evidence and his translation.

15             But, if we want to go through each of the 15 files

16   individually, we can do so.  It just may take some time.

17             MS. AMATO:  I did not hear him say that, but --

18             THE COURT:  He did say that.

19             MS. AMATO:  Okay, well...

20             I would ask that he do it one by one, please, Your

21   Honor.

22             THE COURT:  One by one, Ms. Paschall.

23             MS. PASCHALL:  Sure thing.

24   BY MS. PASCHALL:

25   Q.  Mr. Basquin, I've now pulled up Exhibit 101.06.  In

1    there do you see Exhibit 101.06T?

2    A.  Yes, ma'am.

3    Q.  I'm opening 101.06T.  Do you see that on the screen in

4    front of you?

5    A.  Yes.

6    Q.  What is 101.06T?

7    A.  It's a translation.

8    Q.  Is it a translation of a text file or an audio file?

9    A.  It's a translation of an audio file.

10   Q.  And is it the audio file that is listed at the top of

11   the page here beginning with 64f68?

12   A.  Yes, ma'am.

13   Q.  And is this a fair and accurate translation from

14   Haitian-Creole to English of that specific audio file?

15   A.  Yes, it is.

16   Q.  Is this the one that you completed for this case?

17   A.  Yes, ma'am.

18          MS. PASCHALL:  Your Honor, we would move the

19   admission of 101.06T.

20          MS. AMATO:  Same objection, subject to cross.

21          THE COURT:  Same no objection, subject to cross.

22          All right.  And 101.06T is admitted.

23          And what about 101.06?

24          MS. PASCHALL:  So, Your Honor, I'm actually going

25   to ask the witness a few questions because I don't believe

1    we're going to be able to complete admission of that today,

2    but a brief indulgence to explain.

3    Q.  So, Mr. Basquin, I'm pulling up what -- the file that is

4    labeled Germine 61 with several digits behind it.  Let me

5    put that on the screen for you.

6            Mr. Basquin, can you see Germine 61 on the screen

7    in front of you?

8    A.  Yes, ma'am.

9    Q.  And at the very top of the screen here does it say

10   International Language Services with a logo?

11   A.  Yes, ma'am.

12   Q.  That's not your employer, correct?

13   A.  Nope.

14   Q.  So this translation is not one that you completed for

15   this case; is that accurate?

16   A.  No, ma'am.

17   Q.  And would that be true of any file folder with a similar

18   naming convention in these exhibits?

19   A.  Yes, ma'am.

20           THE COURT:  Is this an exhibit marked in the case?

21           MS. PASCHALL:  So this, Your Honor, is a part of

22   101T.  I will be able to complete that explanation when the

23   International Language Services person testifies on Monday.

24           THE COURT:  Okay.  Because I don't have Germine 61

25   in any exhibit list.

1       MS. PASCHALL:  Correct, Your Honor.  I think it

2    will be more clear when she is able to testify to it.

3       THE COURT:  All right.

4    BY MS. PASCHALL:

5    Q.  All right.  Mr. Basquin, I'm going back to the folder

6    containing the exhibits marked as Pierre exhibits, and I'm

7    pulling up Exhibit 101.30.  Can you see the files in 101.30?

8    A.  Yes, ma'am.

9    Q.  The first four files here -- or I'm sorry, the first

10   five files here, what type of files are those?  And I can

11   pull one up so you can see it.

12   A.  It's a text file.

13       MS. AMATO:  Your Honor, I'd ask that they be

14   identified for the record.

15       MS. PASCHALL:  I pulled up --

16       MS. AMATO:  What exhibit it is.

17       MS. PASCHALL:  It's 101.30A.

18       MS. AMATO:  Thank you.

19       MS. PASCHALL:  Now I'm pulling up Government's

20   Exhibit 101.30T.

21   Q.  Do you see that on the screen in front of you?

22   A.  Yes, ma'am.

23   Q.  What is 101.30T?

24   A.  It's a text file with the Haitian-Creole on the left and

25   the translation on the right.

1    Q.  And are these fair and accurate translations that you

2    produced after reviewing the text files that are a part of

3    Government's Exhibit 101.30?

4    A.  Yes, ma'am.

5              MS. PASCHALL:  At this time, Your Honor, we would

6    move the admission of Government's Exhibit 101.30T and

7    thereby completing admission of Government's Exhibit 101.30.

8              MS. AMATO:  Your Honor, the same.  No objection

9    subject to cross.

10             THE COURT:  101.30T is admitted, and as well

11   101.30 will therefore be admitted.

12   Q.  Mr. Basquin, I'm now pulling up Government's Exhibit

13   101.31.  Can you see that file folder on the screen in front

14   of you?

15   A.  Yes, ma'am.

16   Q.  And the first -- sorry, the second two files in

17   Government's Exhibit 101.31, what type of files are those?

18   A.  They are audio files.

19   Q.  And are those audio files that you listened to in order

20   to translate them for this case?

21   A.  Yes, ma'am.

22   Q.  I've now pulled up on the screen in front of you

23   Government's Exhibit 101.31T.  Can you see that on the

24   screen in front of you?

25   A.  Yes, ma'am.

1    Q.  What is 101.31T?

2    A.  It's a text translation.

3    Q.  And are these the text translations of the two audio

4    files that we see in Government's Exhibit 101.31?

5    A.  Yes, ma'am.

6    Q.  And are these the translations that you did for this

7    case?

8    A.  Yes, ma'am.

9    Q.  And are they fairly and accurately translated from

10   Haitian-Creole into English?

11   A.  Yes, ma'am.

12          MS. PASCHALL:  At this time, Your Honor, the

13   government would move the admission of Exhibit 101.31T there

14   by completing the admission of Government's Exhibit 101.31,

15   which contains these two audio files already in evidence.

16          MS. AMATO:  So, Your Honor, I actually don't have

17   that one, but my co-counsel is looking to see if he had

18   received that one.  101.31.

19          You have it?  Okay.

20          All right, Your Honor.  The same objection.  No

21   objection subject to cross.

22          THE COURT:  101.31T is admitted as is 101.31.

23   Q.  Mr. Basquin, I'm now pulling up what is marked as

24   Government's Exhibit 101.38.  Can you see that file on the

25   screen in front of you?

1    A.  Yes, ma'am.

2    Q.  And do you see Government's Exhibit 101.38T?

3    A.  Yes, ma'am.

4    Q.  Pulling up Government's Exhibit 101.38T, what is this?

5    A.  The top portion of it is a translation.  The bottom part

6    is an audio file.

7    Q.  And the top part, is that a translation of the audio

8    message at d91ffc, et cetera?

9    A.  Yes, ma'am.

10   Q.  And the bottom I believe you've said -- are those

11   translations of the two text messages that we see in

12   101.38T?

13   A.  Yes, ma'am.

14   Q.  Are these the translations that you did for this case?

15   A.  Yes.

16   Q.  And are they fairly and accurately translated from

17   Haitian-Creole into English?

18   A.  Yes, ma'am.

19           MS. PASCHALL:  At this time, Your Honor, we'd move

20   the admission of 101.38T.  We are not going to complete

21   admission of the full exhibit at this time.

22           MS. AMATO:  Well, same thing.  No objection

23   subject to cross as to the part that they seek to introduce,

24   and obviously we'll wait until they come in with the second

25   part.

```
1              THE COURT:  101.38T is admitted, and you've also
2       moved 101.38, correct?
3              MS. PASCHALL:  No, Your Honor.
4              THE COURT:  No, okay.
5              MS. PASCHALL:  I believe that has additional
6       portions we'll complete on Monday.
7              THE COURT:  Just 101.38T is admitted at this
8       moment.
9              MS. PASCHALL:  Thank you, Your Honor.
10      BY MS. PASCHALL:
11      Q.  Mr. Basquin, I'm now pulling up what is Government's
12      Exhibit 101.43.  Can you see that on the screen in front of
13      you?
14      A.  Yes, I can.
15      Q.  There are five files in this exhibit, and I'm pulling up
16      the first portion, which is 101.43A.  Do you see this
17      exhibit?
18      A.  Yes, ma'am.
19      Q.  What is this?
20      A.  It's a text message.
21      Q.  I'm now pulling up 101.43B.  Do you see this?
22      A.  Yes, ma'am.
23      Q.  What is that?
24      A.  Another text message.
25      Q.  And 101.43C, what is that?
```

1    A.  Another text message.

2    Q.  Now pulling up Exhibit 101.43T.  Do you see two of those

3    text messages?

4    A.  Yes, I do.

5    Q.  And what else is in Government's Exhibit 101.43T?

6    A.  Both are text messages, and there are translations next

7    to each other.

8    Q.  And are these the translations that you completed for

9    this case?

10   A.  Yes, ma'am.

11   Q.  Are they fair and accurate translations from Haitian-

12   Creole into English?

13   A.  Yes, ma'am.

14           MS. PASCHALL:  At this time, Your Honor, we would

15   move the admission of 101.43T and complete the admission of

16   101.43.

17           I will note that Government's Exhibit 101.43C is

18   in English, so it did not receive a translation in 101.43T?

19           MS. AMATO:  Your Honor, well, that's fine.  I

20   mean, I'd ask that she ask questions of the witness.

21           THE COURT:  I'm sorry.  For some reason I can't

22   really hear you, Ms. Amato.

23           MS. AMATO:  So, Your Honor, first of all, as to

24   101.43T, no objection subject to cross.

25           I would ask that the government not testify in

1  this case when they're showing these exhibits.  They can ask

2  the witness what language this is in.  The witness can

3  answer the question.

4        THE COURT:  All right.  So noted, and 101.43T is

5  admitted.

6        MS. PASCHALL:  We would also move the admission of

7  101.43 at this time.

8        THE COURT:  And that would also result in the

9  admission of 101.43.

10       Same?  No objection subject to cross?

11       MS. AMATO:  Yes, Your Honor.

12       THE COURT:  All right.  It is admitted.

13  BY MS. PASCHALL:

14  Q.  Mr. Basquin, I'm now pulling up on the screen

15  Government's Exhibit 101.49.  Can you see that on the screen

16  in front of you?

17  A.  Yes, ma'am, I can.

18  Q.  Do you see Government's Exhibit 101.49T?

19  A.  Yes, ma'am.

20  Q.  Opening Government's Exhibit 101.49T, can you see that

21  on the screen in front of you?

22  A.  Yes, I can.

23  Q.  What is that?

24  A.  It's a translation in English to a piece of audio file

25  at the bottom of it.

1    Q.  And is that a translation of the audio file located at

2    de6e9, et cetera, that's listed at the top of the page?

3    A.  Yes, ma'am.

4    Q.  Is this a translation that you did in the course of this

5    case?

6    A.  Yes.

7    Q.  Is this a fair and accurate translation of the audio

8    file from Haitian-Creole into English?

9    A.  Yes.

10              MS. PASCHALL:  At this time, Your Honor, the

11    government would move the admission of Exhibit 101.49T only.

12              MS. AMATO:  No objection to 101.49T subject to

13    cross.

14              THE COURT:  And 101.49T is admitted.

15              You may continue.

16    Q.  Mr. Basquin, I'm pulling up on the screen in front of

17    you what is marked as Government's Exhibit 102.03.  Can you

18    see that?

19    A.  Yes, ma'am.

20    Q.  Opening the first file in Government's Exhibit 102.03,

21    what type of file is that?

22    A.  That's an audio file.

23    Q.  And now looking at the three JPEGs that make up this

24    file.  The first one is on the screen in front of you.  What

25    is that?

```
 1    A.  That's a text file.

 2    Q.  The second one --

 3              MS. PASCHALL:  Oh, Your Honor, did we already do

 4    101?

 5              THE COURT:  We already did it.  It's already in

 6    evidence.

 7              MS. PASCHALL:  We already did it.  We will skip

 8    right on ahead then.  My apologies.

 9    Q.  Mr. Basquin, instead I'm going to pull up Exhibit

10    102.09.  Can you see that on the screen in front of you?

11    A.  Yes, ma'am.

12    Q.  The first file in Government's Exhibit 102.09, what type

13    of file is that?

14    A.  It's an audio file.

15    Q.  And Government's Exhibit 102.09A that I have pulled up

16    on the screen, what type of file is that?

17    A.  That's a text file.

18    Q.  And I've now pulled up 102.09B.  What is that?

19    A.  That's a text file in English.

20    Q.  I'm now going to open Government's Exhibit 102.09T.  Do

21    you see that on the screen in front of you?

22    A.  Yes, ma'am.

23    Q.  What is that?

24    A.  That's text in English, which is a translation to the

25    audio file on the bottom of the page.
```

1    Q.  And is that the translation of audio file db1f1, et

2    cetera, that is listed at the top of the page there?

3    A.  Yes, ma'am.

4    Q.  Is this a translation you did as a portion of the case?

5    A.  Yes.

6    Q.  Is it a fair and accurate translation of that audio file

7    from Haitian-Creole into English?

8    A.  It is.

9         MS. PASCHALL:  At this time, Your Honor, we'd move

10    the admission of Exhibit 102.09T, thereby completing the

11    admission of Government's Exhibit 102.09.

12         MS. AMATO:  No objection subject to cross.

13         THE COURT:  102.09T and 102.09 are admitted.

14    Q.  Mr. Basquin, I'm now going to pull up Government's

15    Exhibit 102.19.  Can you see that file on the screen in

16    front of you?

17    A.  Yes, ma'am.

18    Q.  The first file in Government's Exhibit 102.199, what

19    type of file is this?

20    A.  It is an audio file.

21    Q.  And the second portion, 102.19B, which is on the screen

22    in front of you, what type of file is this?

23    A.  It is a text file.

24    Q.  And 102.19C on the screen in front of you, what is this?

25    A.  That's another text file.

1    Q.  I'm now going to pull up Government's Exhibit 102.19T.

2    Can you see that on the screen in front of you?

3    A.  Yes, ma'am.

4    Q.  What is that?

5    A.  Well, the first portion is a translation to the audio

6    file below it.

7    Q.  And is that the audio file that is listed there a3e82,

8    et cetera?

9    A.  Yes.

10   Q.  And what is at the second half of Government's Exhibit

11   102.19T?

12   A.  Those are two text messages with the translations on the

13   right side.

14   Q.  And Government's Exhibit 102.19T, is this your work that

15   you completed for this case?

16   A.  Yes, ma'am.

17   Q.  And is it a fair and accurate translation both from

18   audio and text of Haitian-Creole into English?

19   A.  Yes, ma'am.

20           MS. PASCHALL:  At this time, Your Honor, the

21   government would move the admission of 102.19T, thereby

22   completing the admission of 102.19.

23           MS. AMATO:  So as to 102.19, no objection subject

24   to cross.

25           THE COURT:  102.19T and therefore 102.19 as well

1    are admitted into evidence.

2    Q.  Mr. Basquin, I'm now pulling up Government's Exhibit

3    102.22.  Can you see that on the screen in front of you?

4    A.  Yes, ma'am.

5    Q.  I'm going to pull up the one file folder in Exhibit

6    102.22.  Can you see that on the screen in front of you?

7    A.  Yes, ma'am.

8    Q.  What type of file is this?

9    A.  That is an audio file.

10   Q.  I'm now going to pull up Government's Exhibit 102.22T.

11   Can you see that on the screen in front of you?

12   A.  Yes, ma'am.

13   Q.  What is that?

14   A.  The first portion of it is a translation, and the second

15   portion is the audio file.

16   Q.  And is that translation of the audio file located at

17   e9b52, et cetera?

18   A.  Yes, ma'am.

19   Q.  Is this a translation that you did in the course of your

20   work on this case?

21   A.  Yes, it is.

22   Q.  Is it a fair and accurate translation from the audio of

23   Haitian-Creole into English?

24   A.  Yes, it is.

25              MS. PASCHALL:  At this time, Your Honor, we'd move

1    the admission of Government's Exhibit 102.22T, thereby

2    completing the admission of 102.22.

3            MS. AMATO:  No objection as to 102.22T subject to

4    cross.

5            THE COURT:  And what's your position with respect

6    to 102.22?

7            MS. AMATO:  The same, Your Honor, subject to

8    cross.  Thank you.

9            THE COURT:  All right.  102.22T and therefore

10   102.22 as well are both admitted.

11   Q.  Mr. Basquin, I'm now pulling up Government's Exhibit

12   102.23.  Can you see that on the screen in front of you?

13   A.  Yes, ma'am.

14   Q.  What type of file is the first file in Government's

15   Exhibit 102.23?

16   A.  That is an audio file.

17   Q.  And I'm now going to pull up the second file, which is

18   marked Government's Exhibit 102.23T.  Can you see that on

19   the screen in front of you?

20   A.  Yes, ma'am.

21   Q.  What is that?

22   A.  It's the translation to the audio file.

23   Q.  And is that the translation for the audio file listed

24   there beginning in 33126?

25   A.  Yes, ma'am.

1    Q.  Is this a translation that you did during the course of
2    your work on this case?
3    A.  Yes, it is.
4    Q.  Is it a fair and accurate translation of the audio in
5    Haitian-Creole into English?
6    A.  Yes, it is.
7         MS. PASCHALL:  At this time, Your Honor, the
8    government would move the admission of Exhibit 102.23T,
9    thereby completing the admission of Government's Exhibit
10   102.23.
11        MS. AMATO:  As to 102.23, no objection subject to
12   cross.
13        THE COURT:  102.23T and 102.23 as well are both
14   admitted.
15   Q.  Mr. Basquin, I'm pulling up on the screen in front of
16   you what is marked as Government's Exhibit 102.25.  Can you
17   see that file folder?
18   A.  Yes, ma'am, I can.
19   Q.  What type of file is the first file in Government's
20   Exhibit 102.25?
21   A.  That's an audio file.
22   Q.  I'm going to open the second file, which is marked as
23   Government's Exhibit 102.25T.  Can you see that on the
24   screen in front of you?
25   A.  Yes, I can.

1    Q.  What is it?

2    A.  It's a translation to the audio file below it.

3    Q.  And is that a translation of the audio file listed here

4    15bdca, et cetera?

5    A.  Yes, ma'am.

6    Q.  Is this a translation you did in the course of your work

7    in this case?

8    A.  Yes, it is.

9    Q.  Is it a fair and accurate translation from the Haitian-

10   Creole audio into English?

11   A.  Yes, it is.

12          MS. PASCHALL:  At this time, Your Honor, we'd move

13   the admission of 102.25T and therefore complete the

14   admission of Exhibit 102.25.

15          MS. AMATO:  As to 102.25, no objections subject to

16   cross.

17          THE COURT:  102.25T and accordingly 102.25 are

18   admitted.

19   Q.  Mr. Basquin, I'm going to open Government's Exhibit 111.

20   Do you see that on the screen in front of you?

21   A.  Yes, I do.

22   Q.  This only contains one file which I will open as

23   Government's Exhibit 111T.

24          I've pulled up Government's 111T on the screen in

25   front of you.  Can you see that?

1    A.  Yes, ma'am.

2    Q.  What is in Government's Exhibit 111T?

3    A.  It's a bunch of text messages and their translations.

4    Q.  And are these translations that you did from the

5    Haitian-Creole text into English as a portion of your work

6    on this case?

7    A.  Yes, ma'am, they are.

8    Q.  And are the translations that we see on the right-hand

9    side of the screen fair and accurate translations of the

10   Haitian-Creole text that we see on the left-hand side of the

11   screen?

12   A.  Yes, they are.

13           MS. PASCHALL:  At this time, Your Honor, the

14   government would move the admission of Exhibit 111T.

15           MS. AMATO:  No objection of 111T subject to cross.

16           THE COURT:  111T is admitted.

17   Q.  And finally, Mr. Basquin, I'm going to pull up

18   Government's Exhibit 121.  Can you see that on the screen in

19   front of you?

20   A.  Yes.  Yes, ma'am.

21   Q.  What is the first file in Government's Exhibit --

22   A.  That is an audio file.

23   Q.  I'm now going to pull up the second file, which is

24   Government's Exhibit 121.01.  Can you see that on the screen

25   in front of you?

1    A.  Yes, ma'am.

2    Q.  What is that?

3    A.  That portion is the translation.  The second portion is

4    the text file, the audio file.

5    Q.  And is that the translation of the audio file beginning

6    with No. 77a3?

7    A.  Yes, ma'am.

8    Q.  Is this a translation done by you in your work on this

9    case?

10   A.  Yes.  Yes, it was.

11   Q.  And is it a fair and accurate translation from the audio

12   Haitian-Creole into English?

13   A.  Yes, ma'am.

14   Q.  I'm now going to pull up what is marked as Government's

15   Exhibit 121T.  Can you see that on the screen in front of

16   you?

17   A.  Yes, ma'am.

18   Q.  What is Government's Exhibit 121T?

19   A.  Two text messages and their translations next to each

20   other.

21   Q.  And are these translations that you did in your work on

22   this case?

23   A.  Yes, ma'am, they are.

24   Q.  Are they fair and accurate translations from the text in

25   Haitian-Creole into English?

1    A.   Yes, ma'am, they are.

2            MS. PASCHALL:  At this time, Your Honor, the

3    government would move the admission of Government's Exhibit

4    121 in its entirety.  Its component parts are Exhibit 121T,

5    Exhibit 121.01, and the audio file listed at 77a3.

6            THE COURT:  I'm sorry, what's the last number?

7    The audio file listed where?

8            MS. PASCHALL:  The audio file listed at 77a3.

9            THE COURT:  77a3?

10           MS. PASCHALL:  Yes, Your Honor.

11           THE COURT:  Is that on the exhibit list?

12           MS. PASCHALL:  That one should already be in

13   evidence as Exhibit 121.

14           THE COURT:  Excuse me for laughing.

15           MS. PASCHALL:  Clear as mud.

16           THE COURT:  Let's not move in things we don't need

17   to move in.  121 is in evidence.

18           MS. PASCHALL:  Yes, Your Honor.

19           THE COURT:  You've now moved the admission of 121T

20   and 121.01.

21           MS. PASCHALL:  That's right, Your Honor.

22           THE COURT:  As to those two, Ms. Amato, any

23   objection?

24           MS. AMATO:  No objection as to those two subject

25   to cross.

```
 1              THE COURT:  So 121T and 121.01 are admitted.
 2              Are you also moving 77 whatever it was?
 3              MS. PASCHALL:  No, Your Honor.  I believe that is
 4    already in as Government's Exhibit 121.
 5              THE COURT:  All right.
 6    BY MS. PASCHALL:
 7    Q.  Okay.  Mr. Basquin, can you please explain to the Court
 8    the audio files that we've just looked at and your
 9    translations.  What is the process that you use to translate
10    those audio files from the Haitian-Creole into English?
11    A.  Yes, ma'am.  When we receive the work, which is assigned
12    by --
13              THE COURT:  Come a little closer to the mic or
14    move the mic closer to you for the court reporter.
15              THE WITNESS:  Yes, Your Honor.
16    A.  When we receive the work, which is assigned by our
17    supervisor, we take time to listen to the audios several
18    times.  Then we start jotting on the piece of paper some
19    notes.
20              Then we go ahead and start translating by
21    listening piece by piece, second by second, minute by
22    minute, and we're trying to get the exact rendition of what
23    we hear from the speakers on the audio.
24    Q.  And once you have done that, what do you do next?
25    A.  What we do next, we submit the work to our boss, and the
```

1    boss assign the work to another linguist for review.

2         And then once the other linguist is done with his

3    work, he sends it back to the supervisor, who assigns it

4    again to me as the main translator.  And I review the work

5    again before I make my final submission to the supervisor.

6    Q.  And that second linguist, in all of the translations

7    that we've just discussed here today, is that person also

8    someone who is a Haitian-Creole speaker?

9    A.  Yes, ma'am.

10        MS. AMATO:  Objection; foundation.

11   Q.  Do you know the person who reviewed your work in this

12   case?

13   A.  Yes, I do.

14   Q.  Is that a co-worker of yours?

15   A.  Yes, he is.

16   Q.  Is that person a Haitian-Creole speaker?

17   A.  Yes, ma'am.

18        THE COURT:  You may proceed.

19   Q.  In some of the exhibits we've just reviewed we also saw

20   some text files.  Could you please describe for the Court

21   the process of translating those text files into English.

22   A.  Yes, ma'am.  The process is not that different.  What we

23   do when we receive the work, we read it over and over and

24   over multiple times to make sure we understand the text

25   itself in the context the text was sent or written.  Then we

1    start translating.

2              And then, when we're done, we submit the work to

3    the supervisor, who, in turn, assigns that product to

4    another linguist who is in charge of reviewing it.

5              And once that linguist is finished with his work,

6    he sends it back to the boss, supervisor, and then the

7    supervisor sends it back to me for final decision.  And once

8    I'm done, I submit it again to the boss.

9    Q.  And that individual who reviewed your translation of the

10    text files in this case, is that person someone you know?

11    A.  Yes.

12    Q.  Is that a co-worker of yours?

13    A.  Yes, ma'am.

14    Q.  Does that individual speak Haitian-Creole?

15    A.  Of course.

16    Q.  I now want to have us look just briefly at some of the

17    exhibits that you just translated.  So I'm going to pull up

18    what is now in evidence as Government's Exhibit 101.43 and

19    subsequently Government's Exhibit 101.43T.

20              Can you see that on the screen in front of you?

21    A.  Yes, ma'am.

22    Q.  Now, looking at the Haitian-Creole text, I'm going to

23    circle a portion of the exhibit.  Do you see those two words

24    that I have circled on the Haitian-Creole portion of the

25    text on the left side of the screen?

1    A.  Yes, ma'am.

2    Q.  What does that say?

3    A.  "400 marozo."

4    Q.  And your subsequent translation which I'm poorly

5    circling on the right-hand side of the screen, what does

6    that word translate to in English?

7    A.  400 Mawozo.

8    Q.  Can you compare for us the spelling of that word in

9    Haitian-Creole and in English?

10   A.  Yes, ma'am.  It's -- it depends on who you are or the

11   creator of the word because in Haitian-Creole mostly the

12   letter R is not used.  Instead of R we use the W.

13          So the correct spelling would be "marozo," but I

14   cannot ask someone to write it with W because I know it's W.

15   The person can decide to write it with R.  So it makes no

16   difference to me.

17   Q.  So more generally, using this as an example, when you

18   spell words in English that you hear or see in Haitian-

19   Creole, how does that compare to its pronunciation?

20   A.  The Haitian-Creole language is very phonetic, so most

21   of --

22   Q.  I'm sorry, did you say "phonetic"?

23   A.  Yes.

24   Q.  Phonetic, thank you.

25   A.  So most of the time you hear the word, that's how you

1    try to spell it.

2              But we also use dictionary, and we have a very

3    good Haitian-Creole dictionary.  It is our recourse.

4              When we're not sure about the pronunciation, we go

5    back to the dictionary and then try to consult, which is --

6    which one is the right way to pronounce it.

7    Q.  I'm now going to pull up what is now in evidence as

8    Government's Exhibit 102.19T.

9              Can you see that on the screen in front of you?

10   A.  Yes, ma'am.

11   Q.  Let's make that slightly bigger and look at the final

12   message on the page.  Can you see both the Haitian-Creole

13   text message and your interpretation here?

14   A.  Yes, ma'am.

15   Q.  So I'm going to mark a couple of things on your

16   interpretation.

17             I've done that rather poorly once again, but I've

18   tried to circle the words in your translation that appear

19   with slashes in them.  Do you see those words?

20   A.  Yes.

21   Q.  Can you please explain to the judge why, in your

22   translation, you have these words with slashes in them based

23   on what you see on the left-hand side in the Haitian-Creole

24   text.

25   A.  Yes.  In the original Haitian-Creole text they talk

1    about personal people.  We don't know whether or not they

2    are female or male, so we take that precaution to translate

3    it by her or him because we don't know who they are.

4    Q.  So the word that appears in Haitian-Creole, can you say

5    whether or not those pronouns are gendered like they are in

6    English, or are they nongendered?

7    A.  You're talking about in Haitian-Creole?

8    Q.  In Haitian-Creole.

9    A.  Yeah, they are gendered.  I mean, it is very, very, very

10   cultural.  They tend to differentiate between the female and

11   male.  We don't have that in English.

12          So the gender is very, very present in the

13   Haitian-Creole language.  So when we don't know who that

14   person is, whether or not she or he is a female or he is a

15   male, so that's how we end up translating in English by him

16   or her, by he or she.

17   Q.  If you were to put a specific he or she in your

18   translation, why would you have done that?

19   A.  If I've identified the speaker.

20   Q.  But otherwise, you would do as you have put it here with

21   both pronouns slashed in the translation?

22   A.  Uh-huh.

23   Q.  Is that a yes?

24   A.  Yes that is.

25   Q.  In your review of some of these translations, did you

1    also provide translations for words that appeared to be in

2    slang?

3    A.  Yes.

4    Q.  Did you ever come across the two letters DG?

5    A.  The what?

6    Q.  DG?

7    A.  DG?  Yes.

8    Q.  And what, in your training and experience, would that

9    have been slang for?

10   A.  That would be the general, like your big boss.

11   Q.  Big boss?

12   A.  Yes.

13          MS. PASCHALL:  The Court's brief indulgence.

14          THE COURT:  Certainly.

15          (Pause)

16   Q.  I've pulled up on the screen in front of you Exhibit

17   101.06T, which is your translation.  Do you see the very

18   first word that I've attempted to circle there in English?

19   A.  Yes, ma'am.

20   Q.  What is that word?

21   A.  I believe it's a name.

22   Q.  And why do you believe it's a name?

23   A.  Because that's how the speaker refers to the person the

24   speaker was speaking to.

25          MS. PASCHALL:  The Court's brief indulgence.

```
 1                    (Pause)
 2    Q.  I have now pulled up on the screen in front of you
 3    Government's Exhibit 101.31T.  Do you see that?
 4    A.  Yes, ma'am.
 5    Q.  And do you see the second half of this document with
 6    your English translation?
 7    A.  Yes, ma'am.
 8    Q.  And at the beginning of your English translation you put
 9    the letters YY.  Do you see that?
10    A.  Yes, ma'am.
11    Q.  Why did you do that?
12    A.  It's an initial for Yonyon.
13    Q.  And why did you put the initials for Yonyon on this
14    specific translation?
15    A.  Because that was him talking.
16    Q.  And how do you know that?
17    A.  I recognized the voice.
18    Q.  I'm sorry, you recognized the voice?
19    A.  Yes, I recognized his voice.
20    Q.  And do you see at the bottom of the screen there the
21    snippet of that audio file?
22    A.  Yes, ma'am.
23    Q.  When you listened to the various audio files that look
24    like this one in Government's Exhibit 101.31T, would you say
25    the voice was, generally speaking, internally consistent
```

1    with the voice you recognized in this Exhibit 101.31T?

2    A.  Yes, ma'am.

3            MS. AMATO:  Your Honor, objection.

4            THE COURT:  What's the objection?

5            MS. AMATO:  They're asking for this witness to

6    testify as to voice identification, and they've provided no

7    foundation for his expertise in being able to do that.

8            MS. PASCHALL:  All I've asked, Your Honor, is if

9    it's internally consistent with the other messages that he

10   reviewed from this sender.

11           THE COURT:  I will overrule the objection, and the

12   limited testimony with respect to this will stand.

13   Q.  And, Mr. Basquin, before providing just the limited

14   translations that you've given us here and that have been

15   admitted as evidence, did you review other portions of the

16   phones provided to you by the FBI in this case?

17   A.  Yes, I did.

18   Q.  So how many, if you could estimate, of these types of

19   audio files do you think you listened to in the course of

20   your work on this case?

21   A.  I cannot put an exact number to them, but I know I've

22   listened to a ton of them.

23   Q.  A ton.  Would you say that's more or less than 100?

24   A.  Yes, it is in that vicinity.

25   Q.  Around 100?

1   A.  Yes.

2   Q.  And so your previous testimony that the voice in the

3   files that comes in the ones that look like Government's

4   Exhibit 101.31T, when you said those were internally

5   consistent, was that true generally of the files that you

6   reviewed that similarly came from this sender, Joly M.?

7   A.  Yes.

8           MS. PASCHALL:  Thank you, Your Honor.  No further

9   questions.

10          THE COURT:  Ms. Amato.

11                      CROSS-EXAMINATION

12  BY MS. AMATO:

13  Q.  Good morning.

14  A.  Good morning.

15          THE COURT:  We've moved into the afternoon, but...

16          MS. AMATO:  Oh, is it?  I didn't dare look.

17  Q.  Good afternoon.

18  A.  Good afternoon.

19  Q.  Okay.  All right.  Mr. Basquin, I'm going to start just

20  from the last questions that you were asked about the YY and

21  your having identified YY because you believed it was

22  Yonyon.

23          Have you ever met Mr. Yonyon in person?

24  A.  Yes.

25  Q.  Okay.  And where was that?

```
1   A.  In Haiti.

2   Q.  In Haiti.

3           Okay.  And under what circumstances did you meet

4   Yonyon in Haiti?

5   A.  That was in the kidnapping of the 17 missionaries.

6   During the course of the investigation and negotiations, we

7   had to meet him.  And I was there.

8   Q.  Okay.  And so how many times did you meet with him?

9   A.  Once.

10  Q.  Okay.  And how long did that meeting go for?

11  A.  How long?

12  Q.  Yes, how long?

13  A.  I cannot recall.

14  Q.  Five minutes?

15  A.  I think it was longer than that.

16  Q.  Ten minutes?

17  A.  I think it was over 30 minutes.

18  Q.  Over 30 minutes, okay.

19          And of those 30 minutes, what percentage of the

20  time did Yonyon speak?

21  A.  It was an interaction; question, answer, question,

22  answer.

23  Q.  Okay.  So maybe half or less than half the time he was

24  speaking?

25  A.  During the entire conversation we had with him, he was
```

1    the one talking.  We were asking him questions, and he was

2    answering.

3    Q.  Right.  So part of the 30-minute interaction you were

4    asking questions, correct?

5    A.  Yes.

6    Q.  There was actually probably another agent who was also

7    asking the questions, correct?

8    A.  Yes, ma'am.

9    Q.  Because you were doing the interpretation, correct?

10   A.  Yes, ma'am.

11   Q.  All right.  So we have an agent asking questions,

12   correct?

13   A.  Yes, ma'am.

14   Q.  We have, then, after the agent asks the question, you

15   interpreting, correct?

16   A.  Yes, ma'am.

17   Q.  We have the individual, Yonyon, responding, correct?

18   A.  Yes, ma'am.

19   Q.  And then you were interpreting again?

20   A.  Yes, ma'am.

21   Q.  So probably of everybody, you spoke the most during that

22   30-minute period?

23   A.  You could say that.

24   Q.  And do you recall the date?

25   A.  No.

1    Q.  Okay.  But it was -- was it during -- while the

2    kidnapping was occurring, during that time period before

3    they had been -- they left?

4    A.  Yes, ma'am.

5    Q.  Okay.  And since then you have not spoken to Yonyon?

6    A.  No.

7    Q.  Okay.  Now, you have informed us about your background

8    and your language background.

9        When did you first start to learn English?

10   A.  Maybe when I was in high school.

11       Not maybe.  I was in high school because in high

12   school we learn English for about seven years.  That's when

13   I started learning English.

14   Q.  Okay.  So in high school you began learning English.

15       And I didn't hear the last part of it.  You said

16   in seventh grade or seven years?  I didn't hear that.

17   A.  In high school for about seven years because our high

18   school system, it's a seven-year period.

19   Q.  Okay.  All right.  So how old were you?

20   A.  When I was doing that?

21   Q.  Yes.  When you first began to learn English how old were

22   you?

23   A.  12.

24   Q.  Okay.  All right.  And every year in high school did you

25   take English, or was it just some of the years?

1    A.  Every year.

2    Q.  Okay.  And then after you finished high school, you said

3    you went to the university in Haiti, if I understood you

4    correctly?

5    A.  Yes, ma'am.

6    Q.  Okay.  And during that time period you were taking

7    instruction -- the university was taught in Haiti, so it was

8    in French; is that correct?

9    A.  Yes, ma'am.

10   Q.  Okay.  Were you taking any English classes during that

11   time period?

12   A.  Not during that time period, but after.

13   Q.  Okay.  And how long was the -- were you in university in

14   Haiti for?

15   A.  Four years.

16   Q.  Okay.  All right.  And then after you completed the

17   university, you came to the United States; is that correct?

18   A.  Yes, like a year after.

19   Q.  Okay.  One year after, all right.

20           And so you were about how old at that point?

21   A.  Maybe 27, 28, something like that.  I can't recall.

22   Q.  Now, did you take any training in terms of the English

23   component of translating?

24   A.  Yes.

25   Q.  Okay.  And where was that?

1    A.   In this town.

2    Q.   In D.C.?

3    A.   Yes.

4    Q.   Okay.  And that was part of your work with the FBI?

5    A.   Yes, ma'am.

6    Q.   Okay.  And how long was that for?

7    A.   That was in 2005, my first course of training.

8    Q.   Okay.  And that was for a month?  A couple of months?

9    A.   A week.

10   Q.   One week, okay.

11   A.   Yes.

12   Q.   All right.  And you also told us you received training

13   almost every year; is that correct?

14   A.   Yes, ma'am.

15   Q.   Okay.  Is that done here again in D.C.?

16   A.   No, not necessarily.

17   Q.   Okay.  And who provides that training?

18   A.   Outside agencies hired by the Bureau.

19   Q.   Okay.  Are they different agencies each time?

20   A.   No, mainly it's one agency.

21   Q.   One agency.  And do you know the name of the agency?

22   A.   I don't.  It's a -- it's a -- I think it's located in

23   California, but I don't remember the name of that agency.

24   Q.   Okay.  And was the emphasis on -- well, what was the

25   emphasis of the training each year?

1    A.  On how to translate from foreign languages into English.

2    Q.  Okay.  Was there anything specific as to the Creole

3    language, the Haitian-Creole-to-English in the training?

4    A.  Yes, yes.

5    Q.  Okay.  What percentage of that was there?

6    A.  I'd say 50 percent.

7    Q.  50?

8    A.  Uh-huh.

9    Q.  Okay.  All right.  Now, you talk about cultural

10   awareness.  Is this also taught in any of the training?

11   A.  Yes.

12   Q.  Okay.

13   A.  Yes.

14   Q.  All right.  And specific to Haiti?

15   A.  Yes.

16   Q.  In the training?

17   A.  Yes.

18   Q.  Okay.  Have you ever taught any training?

19   A.  If -- can you repeat that question?

20   Q.  Have you ever trained other individuals to interpret?

21   A.  No, but we do mentoring.  Like if you just come to the

22   program, because I'm a -- I have more experience than you, I

23   will do some in turn with you.

24   Q.  And since you moved to the United States, I believe you

25   said you were 27 years old?

1   A.  Uh-huh, something like that.

2   Q.  Okay.  How often do you go back to Haiti?

3   A.  I used to go like almost two years, every two years.

4   Q.  Okay.  And when was the last time you went?

5   A.  That was in 2021.

6   Q.  Okay.  And before 2021, when was the time prior to that

7   that you went to Haiti?

8   A.  2018, 2019.

9   Q.  Okay.  And when you go, how long do you usually stay

10  for?

11  A.  At least a week.

12  Q.  At least a week.  But not more than two weeks?

13  A.  Well, yeah, especially in 2021 I spend there over a

14  month.  I spent over a month there.

15  Q.  Okay.  And -- all right.

16          And the culture of Haiti, does it depend based on

17  where one lives?  Is it different in different parts of

18  Haiti?

19  A.  I can't answer that, ma'am.

20  Q.  Is that because you just don't know?

21  A.  I don't know.

22  Q.  Okay.  And so what part of Haiti did you -- were you

23  born in again?

24  A.  Port-au-Prince.

25  Q.  Okay.  So culturally you can only say that you know

1    based on your area?

2    A.  Yes, ma'am.

3    Q.  All right.  Now, the prosecution had shown you --

4    initially they showed you just a listing of exhibit numbers.

5    Do you remember that?

6    A.  Yes.

7    Q.  Okay.  And it was not you that numbered the

8    translations, correct?  You did not identify these with

9    exhibit numbers, correct?

10   A.  No.

11   Q.  Okay.  So without looking at each one, you would not be

12   able to tell what's in them, correct?

13   A.  No, ma'am.

14   Q.  All right.  Because you weren't actually given a disk to

15   sign after having reviewed your translations, correct?

16   A.  Can you repeat the question?

17   Q.  Sure.  So, in other words, you weren't given a disk with

18   all the translations in them, and then you reviewed that

19   disk, the content, and then put your initials on it to

20   indicate, yes, these are my translations?

21   A.  No, I wasn't given a disk.

22   Q.  Okay.  All right.  So that's why it was important for

23   you to be able to see each one of these files so that you

24   could then look at the file to determine whether it was

25   something you translated or not, correct?

1    A.  Yes, ma'am.

2    Q.  Okay.  Now, as to the -- there was one text, I think it

3    was 101.07T, you said the word "Eliande" when you were asked

4    about that text.  Remember that?

5    A.  I do.

6    Q.  Okay.  And you said that because in the text you saw the

7    name "Eliande" there, correct?

8    A.  Yes.

9    Q.  All right.  Because you, of course, have no personal

10   knowledge of actually who wrote that original text.

11   A.  No.

12   Q.  Okay.  And as you sit here, do you know why you were

13   asked to only do a certain amount of translations in this

14   case?

15   A.  No.

16   Q.  Okay.  Because you said you reviewed many more

17   translations than what you were asked to actually translate,

18   correct?

19   A.  Yes, ma'am.

20   Q.  And when you do your translations, do you use any

21   dictionaries?

22   A.  Yes, I do.

23   Q.  Okay.  What dictionaries do you use?

24   A.  I can't remember the name now, but it was produced by a

25   bunch of Haitian-American university professors at the

1    University of Indiana.

2    Q.  I'm sorry, can you please speak --

3    A.  I said I cannot recall the name of the dictionary, but

4    it was written by a bunch of Haitian American university

5    professors at the University of Indiana.

6    Q.  Okay.  Is it one dictionary that everybody's working on,

7    or are there several different dictionaries that you use?

8    A.  No, I use my own dictionary.

9    Q.  One dictionary?

10   A.  One, yeah.

11   Q.  Okay.  And with the translations that you did here, how

12   many times did you have to refer to the dictionary?

13   A.  I can't tell you how many times.  When I'm not sure of a

14   translation, so I -- my recourse is to go look it up and see

15   what's going on --

16   Q.  Okay.

17   A.  -- and what I can use in terms of the culture context of

18   the word or the audio.

19   Q.  Well, clearly the dictionary isn't going to have the

20   cultural component, correct?

21   A.  It does.

22   Q.  It does?

23   A.  Yes.

24   Q.  And in what way does it have it?

25   A.  Because they give you so many translations for one word,

1    and they tell you -- if we're talking about X, this is what

2    you have to use.  If you're talking about Y, this is what we

3    have to use.

4            It does.

5    Q.  So you are making, then, determinations when you're

6    listening -- when you're either listening or looking at the

7    text and then looking at the dictionary as to which word to

8    then choose?

9    A.  Yes, if I have to.

10   Q.  And did you also use this dictionary for the meaning of

11   slang?

12   A.  No.

13   Q.  No.  So the slang -- so for slang words you did not use

14   a dictionary?

15   A.  No.

16   Q.  All right.

17   A.  Because the slang is the slang.  So it depends on what

18   context is being used, and I'll research online.

19   Q.  So do you also use research online, then, to determine

20   the meaning of words?

21   A.  Yeah, if I have to.

22   Q.  Okay.  And when you go online, what do you use?

23   A.  What do I use?

24   Q.  Yes.  Online, what platform do you go to?

25   A.  Oh, there's a bunch of resources online.  I cannot name

1    one in particular right now.

2    Q.  All right.  So besides the dictionary, then, you're also

3    using a variety of different resources online?

4    A.  Yes.

5    Q.  Okay.  And you're primarily looking to determine the

6    word in English, correct?

7    A.  Uh-huh.

8    Q.  Yes or no?

9    A.  Yes, ma'am.

10    Q.  Okay.  All right.  Because you are a fluent Creole

11    speaker, correct?

12    A.  Uh-huh.

13    Q.  You have to -- you have to, for the court reporter.

14    A.  Yes, ma'am.

15    Q.  So it's not the Creole that you're concerned with.  It's

16    the translation into English.

17    A.  No.

18    Q.  When you look at the dictionary or these resources, are

19    you look -- you determine -- you understand the word when

20    you see it in Creole, correct?

21    A.  Uh-huh, uh-huh, yes.

22    Q.  Yes or no, okay?

23    A.  Yes.

24    Q.  And it's the translation into English that you are

25    needing the assistance for?

1   A.  Well, it depends, because I have a Haitian-Creole-into-

2   English dictionary as well.  It depends.

3   Q.  So sometimes you also have to use the dictionaries or

4   the resources to determine what the actual Creole word

5   means?

6   A.  Yes.

7   Q.  Okay.  So there's two different types of dictionaries

8   then?

9   A.  Yes, they are.

10  Q.  And do you recall who prepared and put together those

11  dictionaries that you use to determine what the Creole word

12  in Creole means?

13  A.  They're both produced by the same group of professors.

14  Q.  And do you recall how many times you had to do that with

15  these translations?

16  A.  No, I cannot recall.

17  Q.  And do you recall how many times you had to go look

18  online to use online resources for these translations?

19  A.  No, I cannot recall.

20  Q.  Okay.  But you know you had to, correct?

21  A.  Yes.  That's why the resources are --

22  Q.  That's why what?

23  A.  That's why the resources are there.

24  Q.  Okay.  And you told us, when you were shown one of the

25  transcripts -- I'm going to pull it up for you.

1        This is Government's Exhibit 101.43T.  You were

2   asked about -- you were asked about your translation of what

3   is here, this word "marozo," correct?

4   A.  Yes, ma'am.

5   Q.  And you translate -- you changed the spelling of that

6   word, correct, when you translated it?

7   A.  Yes, ma'am.

8   Q.  Okay.  And you told us because the Creole written word

9   is a -- it's a -- it's based on what one hears phonetical,

10  correct?

11  A.  Yes.

12  Q.  All right.  And so is it common, then, for people to

13  write and spell words differently based on the phonetics?

14  A.  Yes.

15  Q.  And is that also a reason why one would need to use a

16  dictionary?

17  A.  No.

18  Q.  No?

19  A.  No.

20  Q.  Do you say the words -- when you read a text, do you say

21  it out loud to make sure that you then --

22  A.  Yes, ma'am.

23  Q.  Okay.  All right.  And then I'd like to show you this.

24  It was Government's Exhibit 101.06T.

25        And this one you informed us was an audio file; is

1   that correct?

2   A.  Yes, ma'am.

3   Q.  Okay.  So because it was an audio file, there was -- you

4   based your -- the words that you put down on your

5   translation based on what you heard, correct?

6   A.  Yes.

7   Q.  Okay.  So this word "Deco" that you've written here,

8   that's something that you believe you heard.  It wasn't

9   something that you actually saw written?

10  A.  I saw it.

11  Q.  But on this translation, sir?

12  A.  No, I didn't see it in this translation.  I hear it.

13  But I've seen it before.

14  Q.  Okay.  But in this translation it was something that you

15  had to rely on your hearing --

16  A.  Yes.

17  Q.  -- because it wasn't actually written down on the paper?

18          MS. AMATO:  Thank you.  Nothing further.

19          THE WITNESS:  Thank you.

20          THE COURT:  Ms. Paschall?

21                      REDIRECT EXAMINATION

22  BY MS. PASCHALL:

23  Q.  Mr. Basquin, on cross-examination defense counsel asked

24  you about whether or not you had ever met Yonyon.  Do you

25  remember that line of questioning?

1    A.  Yes, ma'am.

2    Q.  And you, I believe, testified you couldn't recall the

3    exact date of that meeting that you described for the Court;

4    is that right?

5    A.  Yes, ma'am.

6    Q.  Would reviewing the FBI's 302 of that meeting refresh

7    your recollection as to the date?

8    A.  Can you repeat the question?

9    Q.  Sure.  If I were to show you the 302 that the FBI agents

10   created about that meeting, would seeing that document

11   refresh your recollection as to the date?

12   A.  Of course.

13           MS. AMATO:  Excuse me, we don't know which 302,

14   Your Honor.

15           Your Honor, we would ask that the government share

16   the 302 so we can see what's being shown.

17           THE COURT:  She is doing so.

18           MS. PASCHALL:  Ms. Duncan, can we please pull up

19   my screen once again?

20   Q.  All right.  Mr. Basquin, can you see on the screen in

21   front of you what I will mark for these purposes -- for

22   identification only as Government's Exhibit 620.

23           THE COURT:  620.

24   Q.  And I'll zoom out a little bit.

25           Do you see this document?

1    A.  Yes.

2    Q.  Do you know what this document is?

3    A.  That's a 302, and it's reporting of our conversation

4    with the gentleman sitting there.

5    Q.  I've zoomed in on a portion of what we've marked as

6    Government's 602.  I'm just going to highlight a part of the

7    first paragraph.

8            Could you read -- I'm sorry.  620.

9            Could you read that first sentence there, and

10   then, once you've finished reading it, look up at me.

11           THE COURT:  Read it to yourself.  Don't read it

12   out loud.

13           MS. PASCHALL:  Thank you.  Thank you, Your Honor.

14   A.  Yes.

15   Q.  So now that you've looked up at me, I'm going to take

16   that down.

17           Does reviewing that document that we've marked as

18   Government's Exhibit 620 refresh your recollection as to the

19   date on which you previously met Yonyon, Mr. Germine?

20   A.  Yes, ma'am.

21   Q.  What was that date?

22   A.  November 11, 2021.

23   Q.  And during that interview, do you recall whether or not

24   there was an audio recording of that interview?

25   A.  I don't.

1      MS. PASCHALL:  If I can, Your Honor, I want to

2  show something to defense counsel that I will then use with

3  the witness.

4      (Pause)

5      MS. PASCHALL:  Your Honor, I've shown to defense

6  counsel what I will mark for identification purposes only as

7  Government's Exhibit 620A.

8      MS. AMATO:  And, Your Honor, I object to the

9  government's manner in which they're going to use 620 --

10     THE COURT:  Ms. Amato, you've got to use the

11  microphone a little more clearly.

12     MS. AMATO:  Excuse me.  I object to the way the

13  government is using 620A to refresh the recollection of this

14  witness.

15     MS. PASCHALL:  Can I ask one or two questions,

16  Your Honor?

17     THE COURT:  I understand there's going to be an

18  objection.

19     Go ahead and ask the question.  We'll see where we

20  go.

21  Q.  Mr. Basquin, on cross-examination --

22     THE COURT:  I don't even know what 620A is.

23     MS. PASCHALL:  Right.  A few more questions to lay

24  the foundation, Your Honor.

25  Q.  On cross-examination you were asked about the amount of

```
 1    time that the interview that we've just looked at in

 2    Exhibit 620 was.  Do you recall that line of questioning?

 3    A.  Yes, I do.

 4    Q.  Do you recall, sitting here today, exactly how long that

 5    meeting was?

 6    A.  No.

 7    Q.  If I were to play for you a portion of that meeting,

 8    might that refresh your recollection as to the length of

 9    time you spoke with Mr. Yonyon on November 11, 2021?

10    A.  I believe so.

11            THE COURT:  It depends on the portion you play, of

12    course.

13            MS. PASCHALL:  Absolutely, Your Honor.

14            MS. AMATO:  And so, Your Honor, he should only be

15    listening and not watching the screen.

16            MS. PASCHALL:  It's just an audio file, Your

17    Honor.

18            THE COURT:  Okay.  And so we're going to play a

19    portion of this audio file that is marked at 620A?

20            MS. PASCHALL:  Yes, Your Honor.

21            THE COURT:  And is there a representation at least

22    to me --

23            MS. AMATO:  And I asked -- sorry.

24            THE COURT:  -- of what the audio file is of?  I

25    think I know, but I'd like it for the record --
```

1           MS. PASCHALL:  Yes, Your Honor.

2           THE COURT:  -- before you play it.

3           MS. PASCHALL:  Of course.

4           THE COURT:  Or if the witness can identify what it

5     is.

6           MS. AMATO:  Excuse me, Your Honor, I would ask

7     that the screen not be shared.  Because it's an audio, all

8     he has to do is hear.  So I'd ask the screen not be shared

9     with the witness.

10          THE COURT:  Because the screen has a

11    transcription?

12          MS. AMATO:  It has something on there, Your Honor,

13    that the government is seeking -- well, I don't want to say

14    too much.  The witness is here.

15          MS. PASCHALL:  Your Honor, may we approach briefly

16    outside of the presence of the witness to deal with this

17    issue?

18          THE COURT:  Sure.

19          Special Agent Basquin, if you could move over to

20    one of the seats in the jury box.

21          (The following is a conference held at the

22           bench outside the hearing of the gallery)

23          THE COURT:  Let's start with Ms. Paschall.

24          MS. PASCHALL:  So, Your Honor, I believe this

25    interview is going to be somewhere between an hour and a

1    half and two hours.  If we want to take a pass and have this

2    witness listen to the entirety of that interview in order to

3    substantiate the amount of time that he was asked about on

4    cross-examination when he was in the presence of the

5    defendant, we can do so.

6         However, I believe it will be more efficient to

7    play the portions of the exhibit we move across the audio

8    file to indicate how long it is to confirm with this witness

9    whether or not that entire amount of time was how long that

10   interview took place.

11        MS. AMATO:  So, Your Honor, first of all, on

12   cross-examination the witness said he believed it was over

13   30 minutes, number one.

14        So now they're trying to get out that it was more

15   than 30 minutes.

16        THE COURT:  They're trying to get out not just

17   that it was more than 30 minutes, because he's already

18   testified to that.  They're trying to get at how long it

19   was.

20        MS. AMATO:  Yes.

21        THE COURT:  How much more than 30 minutes.

22        MS. AMATO:  Right.  And what they're trying to do

23   is improper because what they are asking the witness to do

24   is basically look at the time frame that's going to show up

25   on the video clip as to how long it took, which is

1    inappropriate for them to do for this witness.

2        I mean, they'd asked this witness if listening

3    would remind him of how long this interview took, and he

4    said yes.  But I don't see how listening to this interview

5    is going to remind him of how long it took by showing him

6    how they intend to show him, which is to show him this video

7    clip on the bottom so then he can read that it says two

8    hours or whatever it says.

9        THE COURT:  And the objection is that it would be

10    improper for you to put in this audio file.  It's improper

11    for you to display the timeline of the audio file to the

12    witness in order to refresh his recollection as to the

13    length of time of the audio file.

14        MS. PASCHALL:  And, I think, Your Honor, the

15    government is allowed to use whatever is necessary to

16    refresh the recollection of the witness.  It's similar if we

17    had a 1200-page document that we were to put in front of the

18    witness.  He could then look at the number of pages in the

19    document and be able to estimate how long a transcription

20    was, let's say.

21        This entire exhibit, including its time counter,

22    is what we plan to use to refresh the recollection of this

23    witness.

24        Again, if we need to take a pass to listen to the

25    hour and a half or more, we can do so, but we believe the

1    way that we have laid out is both appropriate and

2    expeditious.

3            THE COURT:  Anything further?

4            MR. ORENBERG:  May I make a suggestion?  Could we

5    consult with government counsel before we answer that

6    question?

7            THE COURT:  Sure.  I'll leave the consultation.

8            I think they're going this way, Ms. Paschall.

9            MS. PASCHALL:  Oh, we're going this way.

10           (Pause)

11           MR. ORENBERG:  We're back.

12           THE COURT:  Was that helpful?

13           MS. AMATO:  Not really.  Actually, not at all.

14           MS. PASCHALL:  Well, there was a suggestion that

15   doesn't play out in this instance.

16           MS. AMATO:  Right.  There was a helpful

17   suggestion.

18           THE COURT:  I have one question before I decide

19   what you can or can't do.

20           My one question is, I take it that the written 302

21   does not include any reference to when the interview began

22   or the interview concluded?

23           MS. PASCHALL:  So that was Mr. Orenberg's

24   suggestion with respect to the audio.

25           I do not believe it does.  I can look at the

1    written again to confirm that.  We know that there is no

2    such indication on the audio file itself.

3         We checked?

4         Okay.  So no.

5         THE COURT:  So if that's not an answer, then my

6    answer is we don't have a jury, and I'm not going to compel

7    the government to play however long -- it may be an hour and

8    a half or however long audio in order for the witness to

9    confirm that the interview took an hour and a half.  I will

10   allow him to use the audio file, including the timeline on

11   the audio file, to do so.

12        So the objection's overruled.  You may proceed,

13   but you're going to proceed after lunch, I guess, unless

14   this is the end of the redirect so that I can excuse the

15   witness.

16        MS. PASCHALL:  A few more questions.  It would be

17   quite short after this portion.

18        THE COURT:  If you look at the clock, how long do

19   you think it will take?

20        MS. PASCHALL:  Five minutes.

21        THE COURT:  Then proceed.

22        (This is the end of the bench conference)

23        (Telephone interruption)

24        THE COURT:  Mr. Orenberg, one of the most

25   embarrassing things that can happen to a lawyer in court.

1          MR. ORENBERG:  I forgot to turn it down this

2     morning, Your Honor.  It's probably my wife.

3          THE COURT:  Ms. Paschall.

4          MS. PASCHALL:  Thank you, Your Honor.  The Court's

5     brief indulgence while I log into my computer again.

6          And while this is happening, I'll move on to the

7     next set of questions, and we'll come back to this for time.

8     BY MS. PASCHALL:

9     Q.  On cross-examination you were asked several questions

10    about other resources that you used for translating like the

11    dictionary and the Internet.  Do you remember those lines of

12    questioning?

13    A.  Yes, ma'am.

14    Q.  Can you explain to the judge why it would be important

15    in your job as a linguist to use those resources.

16    A.  As you probably know, every language evolves, and new

17    slangs, new sets of vocabulary, new words periodically.

18    Especially it does in Haiti.  When something happens,

19    there's a new word that came out of that thing.

20          Like, for example, there was an earthquake, and

21    all of a sudden there's a new word.  It's called "goudou

22    goudou," "goudou goudou," because that's how the people back

23    then felt about the earthquake.  So I had to go online to

24    find out why they using those words, what they mean.  And

25    it's the same thing for the dictionary.

1         And like I said, the dictionary, the authors did a

2    good job by giving a lot of situations where different words

3    can be used.

4    Q.  And would that be considered a standard practice for

5    translators?

6    A.  Yes, ma'am.

7    Q.  We looked briefly at Government's Exhibit 101.43T, and

8    defense counsel asked you about the word "Deco."  Do you

9    remember that?

10   A.  Yes, ma'am.

11   Q.  And I believe your testimony was you knew that that

12   word, when you had heard it, was the word "Deco" spelled

13   D-E-C-O because you had seen it before?

14   A.  Yes.

15   Q.  Was that your testimony?

16   A.  Yes, ma'am.

17   Q.  When had you seen it before?

18   A.  Two different texts messages that are related to him.

19   Q.  And those were the messages that you discussed that you

20   reviewed in the course of your work on this case?

21   A.  Yes, ma'am.

22   Q.  On cross-examination you were also asked about your

23   cultural awareness in Haiti and where you were born.  Do you

24   remember that line of questioning?

25   A.  Yes, ma'am.

1    Q.  And I believe you testified that you were born in Port-

2    au-Prince; is that correct?

3    A.  Yes, ma'am.

4    Q.  How close is Croix-des-Bouquets to Port-au-Prince?

5    A.  Very close.  About 30 minutes; 30, 35 minutes.

6    Q.  And how big is the whole island of Haiti?

7    A.  It's not that big.  It's only big as 12,000 -- around

8    12,000 kilometers, square kilometers.

9            THE COURT:  And it's actually the country of

10   Haiti, not the island of Haiti.

11           MS. PASCHALL:  Yes, the island of Hispaniola; the

12   country of Haiti.  Thank you for that correction.

13   Q.  And I received a note from my colleague to clarify the

14   previous set of messages that we had the word Deco in them,

15   you said they were messages related to him?

16   A.  Yes.

17   Q.  Who are you talking about?

18   A.  I'm talking about this gentleman sitting there.

19   Q.  Is that the defendant, Mr. Germine?

20   A.  Yes, ma'am.

21   Q.  So in the time that you lived in Haiti, in the 27 years

22   that you've lived there, did you visit other areas besides

23   Port-au-Prince?

24   A.  Yes.

25   Q.  Are you familiar with various areas of the country of

1    Haiti?

2    A.  Yes.

3    Q.  Are you familiar with the cultural aspects of the

4    different regions of the --

5    A.  Yes, ma'am.

6    Q.  Is it fair to say that Croix-des-Bouquets is on the

7    outskirts of Port-au-Prince?  Is that an accurate

8    description?

9    A.  It is.

10              MS. PASCHALL:  All right.  Now that my colleague

11   has assisted me with the technology, Ms. Duncan, could we

12   please bring this back up on the screen?

13   Q.  All right.  Mr. Basquin, this is going back to the line

14   of questioning where I asked you if you could recall,

15   sitting here today, precisely how long that interview was in

16   November of 2021 with Yonyon.

17              Do you remember those questions?

18   A.  Yes, ma'am.

19   Q.  And would listening to a portion of this recording and

20   looking at the audio file refresh your recollection as to

21   how long that interview took place?

22   A.  Probably.

23              THE COURT:  All right.  Before you do that, I

24   just -- for the record, this is marked for identification

25   only as 620A, and it is the audio file of the November 11,

1    2021, interview of Mr. Germine.

2              MS. PASCHALL:  Correct, Your Honor.

3              THE COURT:  All right.

4              MS. PASCHALL:  Your Honor, my colleague brings up

5    a good point.  In traditional refreshing of the recollection

6    I would just show this to the witness.  However, it is an

7    audio file with a video component.

8              Would the Court permit me to play that to refresh

9    this witness --

10             THE COURT:  Any objection?  Otherwise I have to

11   clear the courtroom and have her play it.

12             MS. AMATO:  I understand, Your Honor.

13             THE COURT:  Pardon me?

14             MS. AMATO:  No, I understand, Your Honor.  For

15   this limited purpose at this point, no, Your Honor.

16             THE COURT:  No objection.  You may do so.

17             MS. PASCHALL:  Thank you, Your Honor.

18             Okay.  So for the record, what we have marked as

19   Government's Exhibit 620A I'm going to start playing at the

20   beginning at 00:01.  Please listen closely, Mr. Basquin.

21             (Audio played)

22             MS. PASCHALL:  And I have stopped the recording at

23   one minute and three seconds.

24   Q.  Mr. Basquin, were you able to hear that?

25             THE COURT:  You stopped it at what?

1       MS. PASCHALL:  One minute, three seconds.

2           (Pause)

3    Q.  Mr. Basquin, I'm going to move Government's Exhibit 620A

4    along from where I stopped it at one minute, three seconds,

5    to the end of the recording.  Are you able to see on the

6    screen in front of you the timestamp at the bottom center --

7    A.  Yes, ma'am.

8    Q.  -- of the audio file?

9    A.  Yes.

10   Q.  Now I'm going to move that ahead and have you tell me

11   whether that counter at the bottom refreshes your

12   recollection as to the length of that November 11th

13   interview, okay?

14   A.  Yes.

15   Q.  So I'm now moving the cursor on Government's Exhibit

16   620A all the way to the right.

17           Can you see the counter at the bottom of the audio

18   file at this point in time?

19   A.  Yes, ma'am.

20   Q.  I'm going to take down that exhibit and ask whether that

21   audio file, including reviewing the counter, refreshed your

22   recollection as to about how long that interview was?

23   A.  Yes, it does.

24   Q.  And how long?

25   A.  Close to two hours, one hour and 57 minutes.

1        MS. PASCHALL:  The Court's brief indulgence.

2        THE COURT:  Certainly.

3        (Pause)

4        MS. PASCHALL:  Thank you, Your Honor.  I have no

5   further questions.

6        THE COURT:  All right.  Special Agent Basquin,

7   thank you very much for coming.  You're excused.

8        THE WITNESS:  Thank you, Your Honor.

9        THE COURT:  I think we should take our lunch break

10  unless you think you only have five minutes worth of clean-

11  up, but whatever left you have to do today.

12        Actually, if we can complete it in the next ten

13  minutes, we should do that.

14        MS. PASCHALL:  I think we can, Your Honor.

15        Thank you, Your Honor.  At this point the

16  government would like to move the admission of Government's

17  Exhibit 1100.  They're the two stipulations of the parties

18  in this case.

19        THE COURT:  You've got them marked as -- just a

20  second -- as 1100?

21        MS. AMATO:  Your Honor, excuse me, we would just

22  ask that the witness be excused from the courtroom.

23        THE COURT:  I'm sorry, I didn't hear that.

24        MS. AMATO:  We would ask the witness to be excused

25  from the courtroom.

 1          Excuse me, we'd ask the witness to be excused from

 2   the courtroom.

 3          THE COURT:  You can, I guess, sure.

 4          Thank you, Mr. Basquin.

 5          MR. BASQUIN:  Thank you.

 6          THE COURT:  Why, I don't know, but okay.

 7          Ms. Paschall.

 8          MS. PASCHALL:  So these are the stipulations of

 9   the parties, which we have marked as Government's Exhibit

10   1100.

11          THE COURT:  They're both marked -- is it one set

12   of stipulations?

13          MS. PASCHALL:  It is one set of stipulations, Your

14   Honor.

15          THE COURT:  Okay.  And it's marked at 1100.

16          MS. PASCHALL:  Correct.  It is four pages in

17   length.

18          The first page indicates that these are the

19   stipulations of the parties.

20          The last page includes the signatures of the

21   parties.

22          And given that this trial is being translated for

23   the defendant, I would like to put these up on the ELMO and

24   read them briefly so they can be translated in real time for

25   the defendant's purposes.

```
 1                    THE COURT:  All right.  Let's do that.

 2               And this is Page 2 of the document?

 3                    MS. PASCHALL:  This is Page 2, Your Honor.

 4               Madam Court Reporter, are you able to see that as

 5     well?

 6                    THE COURT REPORTER:  Yes, thank you.

 7                    MS. PASCHALL:  I'm now reading Page 2 of the

 8     stipulations, which reads:

 9               "Stipulated Testimony:  Ryan Rhee.

10               "If called to testify at trial in this manner,

11     Ryan Rhee, (aka Ryan Lee) would state that his mother is

12     Chung Hwa Rhee, (aka Deborah Rhee) and his father is Hyun

13     Woo Rhee (aka Dave Rhee).  Rhee would state that in late

14     June 2021, he was contacted by a missionary foundation in

15     Haiti, asking him to pay $2,500 in ransom" --

16                    THE COURT:  I think that says $25,000.

17                    MS. PASCHALL:  -- "$25,000" -- thank you, Your

18     Honor -- "in ransom for the release of his parents, who had

19     been kidnapped.  Rhee would state the Government's Exhibit

20     507 is a copy of the wire receipt from the Rogg Foundation

21     sent on June 29, 2021 to Mission Pacifique Haiti.  Rhee

22     would testify that, in June 2021, he was the Chief Executive

23     Officer of the Rogg Foundation, and Government's Exhibit 507

24     is a fair and accurate copy of the receipt for his wire

25     transfer."
```

```
 1              And with that stipulation, Your Honor, the
 2    government would also move the admission of Government's
 3    Exhibit 507.
 4              THE COURT:  All right.  So the stipulation
 5    obvious -- is this the entirety of the substance of the
 6    stipulation, or is there more on another page?
 7              MS. PASCHALL:  There's a second one on a different
 8    topic.
 9              THE COURT:  But at this time, based on the
10    stipulation, the government is moving the admission of
11    Government's 507.
12              MR. ORENBERG:  No objection.
13              THE COURT:  Without objection, 507 is admitted.
14              MS. PASCHALL:  I'll now read the third page of the
15    stipulations at Government's Exhibit 1100.  It reads:
16              "Stipulated Testimony:  Carlos Guillen Tatis.
17              "If called to testify at trial in this matter,
18    Carlos Guillen Tatis would state that he was an attache at
19    the Dominican Republic Embassy in Haiti in 2022.  Guillen
20    Tatis would further state that" -- there's missing a word
21    there, Your Honor, but it says "that April 29, 2022, while
22    driving from Tabarre, Haiti, to Croix-des-Bouquets, Haiti,
23    he was taken hostage by three men with long guns.  The
24    hostage takers took Guillen Tatis to another location, where
25    the men took all of Guillen Tatis's possessions.  One of the
```

1    hostage takers approached Guillen Tatis and asked for the

2    telephone number of a family member they could contact to

3    negotiate his release.  Guillen Tatis was subsequently

4    released on May 4, 2022.  Guillen Tatis later reported the

5    same information to the FBI and identified the photograph in

6    the Government's Exhibit 903 as a man he saw on the day of

7    his release."

8            I believe Government's Exhibit 903 is already in

9    evidence, Your Honor.

10           THE COURT:  It is.

11           MS. PASCHALL:  And that completes the

12   stipulations, Your Honor.

13           So with that, I believe the government is not

14   quite done because Ms. Seifert has an issue, but that is the

15   end of the stipulations, Your Honor.

16           THE COURT:  All right.  So there's no further

17   admission except to say that 1100, which is the stipulation

18   that has just been read, agreed to by the parties, is

19   received in evidence.  It is admitted.

20           Proceed.

21           MS. SEIFERT:  Your Honor, I just wanted to ask the

22   Court to address how we're going to handle the issue of the

23   recall of Mr. St. Louis.

24           So my understanding is that defense counsel is

25   going to seek to have Mr. St. Louis's statements in Creole

1    in the October 31, 2021, interview retranslated by the court

2    interpreter, which I don't have an issue with in theory,

3    except that if it's going to need to have someone take the

4    stand, then using the court interpreter is not ideal.

5         And so I'm trying to figure out what the procedure

6    is going to be with respect to sort of when defense counsel

7    is going to tell us which portions of the interview are

8    needing retranslation and how we can agree on the

9    retranslation so we don't have sort of what we had today

10   where the translator's on the stand for several hours even

11   before we get Mr. St. Louis back here.

12        So I think if the Court can help the parties maybe

13   set some timelines for that so that we can -- if we need to

14   recall Mr. St. Louis, we can do so in enough time to allow

15   Ms. Duncan to put in the come-up, which I think she needs to

16   be able to do at least a day in advance so...

17        THE COURT:  Based on where we are today and where

18   we're anticipated to be in terms of the government's case,

19   and since Mr. St. Louis would be recalled still within the

20   government's case, that would have to be on Tuesday.

21        MS. SEIFERT:  Right.

22        THE COURT:  So we'd have to be ready to determine

23   if Mr. St. Louis needs to be brought to the courthouse by a

24   reasonable time on Monday afternoon so that a come-up can be

25   done.

1           So counsel would have to be in a position by,

2   let's say, 2:00 Monday afternoon to identify whether we need

3   Mr. St. Louis brought back here to appear on Tuesday.  In

4   terms of providing the information that the government is

5   seeking to know what's going on in terms of interpretations/

6   translations, I would think the same time frame is what we

7   should be looking at.

8           But Ms. Amato and Mr. Orenberg, I need to hear

9   from you first in terms of what we're dealing with.

10          MS. AMATO:  That's --

11          THE COURT:  Now, how we do it is another question.

12          MS. SEIFERT:  Might I just say, Your Honor?  I'm

13   not sure that we would necessarily agree at the outset that

14   every line of impeachment is, in fact, impeachment, so it

15   doesn't give us very much time, if we start at 2:00 and

16   Ms. Duncan needs to know by 3:00, to come to a meeting of

17   the minds with the Court then --

18          THE COURT:  I'm sorry, if we start at 2:00 and

19   what?

20          MS. SEIFERT:  So if the government only learns

21   what the impeachment statements are at 2:00 p.m. --

22          THE COURT:  On Monday.

23          MS. SEIFERT:  -- on Monday, that only gives the

24   government and the Court -- that only gives us one hour,

25   basically, to resolve whether there really is a line of

 1    impeachment, right?

 2                THE COURT:  In terms of a come-up?

 3                THE COURTROOM DEPUTY:  Your Honor, if I may?

 4    Usually come-ups are by 3:00, but if I give the marshals a

 5    heads up and say this is kind of a standby, they are okay.

 6                MS. SEIFERT:  Okay.  As long as -- so I think the

 7    government may not agree with defense that there is true

 8    impeachment material, so I just want to give us enough time

 9    to be able to make those arguments and have them be heard by

10    the Court before we unnecessarily potentially bring Mr. St.

11    Louis over.  But since Ms. Duncan helpfully has provided

12    that solution, then that's fine.

13                THE COURT:  Ms. Amato, I haven't heard from the

14    defense yet, so I need to give you a chance to say something

15    on this scheduling matter.

16                MS. AMATO:  Well, Your Honor, I mean, we're fine

17    with the Tuesday -- I mean, excuse me, on Monday by 2:00

18    p.m. to inform the Court whether or not we believe that we

19    have material that we would like to use to impeach him with.

20    That's fine.  That's fine with us, Your Honor.

21                I mean, I assume he would be either testifying

22    Tuesday afternoon or Wednesday.

23                THE COURT:  Yes.

24                Ms. Seifert, normally -- normally -- they wouldn't

25    have to advise you.  I mean, I know this is a little bit

1    cumbersome, but if we weren't -- if we weren't dealing with

2    the time lag between when Mr. St. Louis was on the stand and

3    when he's going to again be on the stand, they wouldn't have

4    to advise you of what translations they're going to be

5    challenging through impeachment of the witness.

6            MS. SEIFERT:  That's true, Your Honor.  But the

7    government, I think, very graciously agreed that they could

8    have overnight and several days.

9            THE COURT:  Absolutely.

10           MS. SEIFERT:  And what I'm asking is that in the

11   efficiency also of the Court's time and Mr. St. Louis's

12   time, defense counsel had already told the government that

13   they would inform us by Saturday morning which portions

14   they're seeking to have retranslated.  We may also want to

15   get those portions retranslated.

16           THE COURT:  Oh, okay.

17           MS. SEIFERT:  So I don't think it's efficient

18   for -- at 2:00 p.m. on Monday to say here's the new

19   translations and this is what we want him called on, and

20   then we're all arguing "Is this translation correct?" and

21   "Is this proper impeachment?"

22           THE COURT:  I guess I don't know how many there

23   will be.  If there are only four retranslations or parts of,

24   you know, what amounts to a couple of paragraphs, I think

25   the timing would be fine.

1    If there's 40 pages of stuff, it might not be

2    fine.

3    MS. SEIFERT:  Agreed.  And that's why I was

4    appreciative of Ms. Amato's prior agreement to provide us by

5    Saturday morning what portions she was going to have

6    retranslated, and so that's fine.  We can have -- we can

7    also look at those translations to see if we want to have

8    them retranslated, and then we'll all be working off, in

9    theory, the same set of evidence or at least maybe -- maybe

10   competing translations, but we'll all have an opportunity to

11   review the translations before there's a discussion of

12   whether those are -- that's impeachable.

13   MS. AMATO:  So --

14   THE COURT:  The only problem that you're really

15   identifying is maybe we'll have to have Mr. St. Louis

16   brought to the courthouse, but you'll be able to convince me

17   at some point -- not at 2:00 on Monday, but first thing

18   Tuesday morning -- that they can't do what they're intending

19   to do, and so he won't be taking the stand.

20   But I don't think that's a big problem.

21   MS. SEIFERT:  Certainly, Your Honor.  As long as

22   we have time to figure it out without disturbing the Court's

23   schedule and the marshals' schedule and everything, it

24   should work out.

25   MS. AMATO:  So, Your Honor, though, I -- when we

1    first spoke with Ms. Seifert, we had said that we would

2    provide the information on Saturday.  But at that point I

3    hadn't had a chance to really think through the issue and

4    how it should best be done on our side.

5           At this point I have to first identify the areas,

6    and then I intend to use Ms. Murray, because we've been

7    using her as an interpreter and as a translator in this

8    case.  So we were going to go through with her just to make

9    sure that what we're hearing as being interpreted in the

10   recordings she also agrees with.

11          If there were any issues with that, then I don't

12   have a problem bringing that up to the government.  But

13   otherwise, it's not my intention to disclose every area of

14   impeachment on Saturday.

15          MS. SEIFERT:  I didn't understand that to be what

16   counsel was offering.

17          THE COURT:  I'm not understanding what you're

18   saying.

19          MS. SEIFERT:  I understood that counsel was going

20   to tell us by Saturday morning if there were portions of the

21   interview of Mr. St. Louis that they were going to have

22   retranslated essentially.

23          MS. AMATO:  And I can do that, but I'm not going

24   to identify everything on Saturday for the government.  I

25   can let them know that, yes, there are portions that we

1    believe that are proper impeachment.

2            THE COURT:  You won't be identifying, "On Saturday

3    I'm going to use this sentence in terms of impeachment."

4            MS. AMATO:  Right.

5            THE COURT:  You're just identifying, "Here's what

6    we're going to have translated so that I might use some of

7    that."

8            MS. AMATO:  I'm sorry, when you say, "Here is

9    what" -- I mean, it's a very large recording, so it wasn't

10   my intention to bring out every specific location.

11           THE COURT:  I'm sorry, it wasn't what?

12           MS. AMATO:  It's a very large recording, Your

13   Honor.  I don't intend to bring to the government and show

14   them every specific place in the recording that we intend to

15   impeach with.

16           If there are other areas we intend to impeach,

17   then we will let them know and confirm, yes, that based on

18   the review of the recording at this point we intend to

19   impeach on X -- we intend to impeach with the recording.

20           THE COURT:  All right.  I'm getting lost as to

21   what we're doing and what we're agreeing to.

22           Here's what I thought from hearing the two of you.

23   I thought that there was an agreement that on Saturday

24   morning the defense would be identifying to the government

25   what they were having retranslated.

1         And then, based on the timeline that I just

2    preliminarily imposed, by 2:00 on Monday, the defense would

3    be identifying what portions of what they have retranslated

4    they might be intending to use as impeachment.

5         MS. SEIFERT:  Or not retranslated.

6         It's fine.  Either way.  Just any portions, I

7    think.

8         THE COURT:  Otherwise what's the 2:00 Monday

9    deadline for other than to identify what you're going to be

10   potentially using?

11        MS. AMATO:  I thought the 2:00 deadline was just

12   to be confirming that, yes, we believe we have impeachment

13   to conduct with this witness.  That's what I thought it

14   would be.

15        THE COURT:  If all you're going to be doing is

16   confirming, then I don't see how Ms. Seifert can be

17   concerned.

18        I mean, she's concerned because she wouldn't be

19   finding out anything.  But she couldn't be concerned about

20   the timing because she wouldn't know anything.

21        All she'll know is what has been translated -- and

22   I'm not saying this isn't all she's entitled to know.  All

23   she'll know is as told on Saturday morning, "Here's the

24   pages that we're having translated."  I'm just going to use

25   "pages" as an indication here.

1          And then on Monday, all she'll find out at 2:00,

2     according to you, Ms. Amato, is yes, we think we found

3     something in there that we would intend to impeach Mr. St.

4     Louis on so he needs to be brought to the courthouse.

5          You'll have to tell Ms. Duncan that, but you

6     wouldn't be able -- you wouldn't be telling Ms. Seifert

7     which particular pages of the translations you would intend

8     to use.

9          Is that your concept?

10         MS. AMATO:  So if I understand correctly, the

11    Court is saying that we are supposed to identify ahead of

12    time for Ms. Seifert the pages that we --

13         THE COURT:  I'm not saying that, Ms. Amato.  I'm

14    trying to understand what you're saying.

15         MS. AMATO:  Okay.  So what I'm saying is that my

16    intention was on Saturday to let them know that, yes, we do

17    believe, based on review with the translator of the portions

18    that are in the recording, we'll bring Mr. Walder back for

19    impeachment.

20         THE COURT:  I thought that was the Monday

21    deadline, not the Saturday deadline.

22         MS. AMATO:  Well, I mean, I'm fine doing it on

23    Saturday.

24         THE COURT:  I thought the Saturday deadline was

25    we're having X, Y, Z translated; what portions of the

1    material you're having translated, retranslated.

2            MS. AMATO:  Well, that's not what we would like to

3    do.

4            THE COURT:  All right.  So I'm totally confused

5    then.

6            Do you guys want to talk about it?

7            MS. SEIFERT:  I'm going to ask the Court to order

8    defense to inform us by 12:00 on Sunday -- or Saturday,

9    excuse me, the portions of the interview that they are

10   having retranslated so the government may also retranslate

11   or seek, at least, conference about those same orders so

12   that we're all working off the same set of facts.

13           I don't have a problem if on Tuesday at 2:00 --

14           THE COURT:  Monday.

15           MS. SEIFERT:  Excuse me, Monday at 2:00 that is

16   when defense informs us as to whether they want Mr. St.

17   Louis recalled.

18           And frankly, if they want to wait to surprise the

19   government as to the lines of cross and impeachment, we can

20   do that.  I think it's somewhat inefficient because --

21           THE COURT:  It's somewhat inefficient, but I think

22   it's their right.

23           MS. SEIFERT:  It is their right, and I certainly

24   would ask, given the courtesy the government has shown to

25   defense, that they would extend that courtesy so we could

1    figure that out before Mr. St. Louis gets recalled and we

2    don't waste a lot of time here in court with interpreters

3    going back and forth and playing videos back and forth.  But

4    obviously if they don't want to extend that courtesy to the

5    government, that's noted.

6        THE COURT:  I think that would be a nice courtesy

7    because I'm not going to impose it because I think the

8    defense does have a right to some degree of spontaneity in

9    terms of their cross-examination of witnesses.

10       So here's where we are left, I believe.  By 12:00

11   on Saturday -- that's noon -- you are to inform the

12   government, Ms. Amato and Mr. Orenberg, of what you're

13   having retranslated.  And I hope it's not captured by the

14   word "everything."  I hope it's something that is helpful in

15   terms of limiting it.

16       Then, by 2:00 on Monday, Ms. Duncan needs to know

17   whether the defense wishes Mr. St. Louis to be brought back

18   to the courthouse on Tuesday because they intend to put him

19   on the stand -- to have him back on the stand for further

20   cross-examination.

21       You do not need to -- and need to inform the

22   government of that as well obviously.

23       You do not -- I am not compelling you to provide

24   to the government the specific portions of the retranslation

25   that you wish to use for impeachment of Mr. St. Louis.  As

1    Ms. Seifert has said, that might be a nice courtesy, but I

2    am not compelling it.

3                MS. SEIFERT:  May I ask --

4                THE COURT:  And then if we need to have a

5    discussion at some point with respect to Mr. St. Louis being

6    back on the stand on Tuesday, we can have that at the end of

7    the day on Monday.

8                MS. SEIFERT:  Since the retranslations, if any,

9    will be defense exhibits, we would also ask that those

10   retranslations be provided to us at the 2:00 p.m. Monday

11   deadline, if possible.

12               THE COURT:  Fair enough?

13               MS. AMATO:  Well, Your Honor, so we are using a

14   translator that is in court here.

15               THE COURT:  Yes.

16               MS. AMATO:  So it might be a little difficult --

17               THE COURT:  Ms. Amato, for some reason you're far

18   enough away from the microphone that a lot of the time I'm

19   missing some of the words you're saying.

20               MS. AMATO:  Okay.  Excuse me, Your Honor.

21               So my concern is that because we're using a

22   translator that is actually going to be sitting in court on

23   Monday with us, there might be difficulty for her -- again,

24   depending on how little or how much there is of the

25   translation -- for her to have all of this completed.  So

1    that's my only concern.

2              It may not be much, and it might be very easy for

3    her to do, but --

4              THE COURT:  That's a little worrisome to me

5    because it's indicating because oh, maybe you won't be

6    done with the translation so you won't know whether you need

7    Mr. St. Louis.

8              MS. AMATO:  No, not at all, because actually, Your

9    Honor -- well, the first meeting with the translator is

10   going to be done where we're going to be listening to

11   things, and then only if there's a need to change -- if she

12   hears something that has not been properly interpreted, then

13   she would have to create her own translation snippets.

14             But if she actually hears something that she

15   believes and agrees with the interpretation that's in the

16   recording, then she won't have to provide anything.  But at

17   this point it's hard to know where we're going to be at for

18   that.

19             I mean, I will definitely have the portions

20   identified, and I can comply with the Court's order on

21   Saturday at 12:00 to inform the government of the -- of what

22   we will be requesting.  I just can't say for sure if by 2:00

23   p.m. we will have all of that translated at this juncture.

24             THE COURT:  All right.  So here's what we're going

25   to do.

1          By 8:00 p.m. on Monday, you need to provide to the
2     government notification of any retranslations that you're
3     going to be using as exhibits and for impeachment of Mr. St.
4     Louis.  By 8:00 p.m., all right?
5          MS. AMATO:  Thank you, Your Honor.  Thank you.
6          MS. SEIFERT:  Might I just inquire whether,
7     because Ms. -- I'm just not sure I'm totally clear what's
8     happening.
9          Is Ms. Regine going to be asked to translate live
10    or in court, or is she going to be producing like an actual
11    physical translated exhibit?  And if it's the latter, I
12    just -- I don't -- I don't know.  Like, is she going to take
13    the stand to authenticate those, or how is this going to
14    happen?  Because she is the court translator so I'm not sure
15    how those exhibits --
16         THE COURT:  In part, this is the defense
17    problem --
18         MS. SEIFERT:  It is.  It is.
19         THE COURT:  -- in terms of how they're going to
20    get something into evidence.
21         MS. SEIFERT:  Agreed.  However, I just want -- it
22    is concerning, of course, because Ms. Regine is the court's
23    interpreter, so I'm not sure exactly -- I want to note that
24    for the record that I'm not sure exactly how this will work
25    if she's the court's interpreter and has to take the stand

1  as a witness in this case.

2          MS. AMATO:  Well, she's already -- I mean, the

3  interpreter's already informed all of us as to an

4  interpretation that we heard yesterday, which is what caused

5  us to be in the position we're in already.  So they have

6  already done that, in essence, although they haven't taken

7  the stand, but they've alerted us to an issue.

8          But I guess we'll take it one step at a time, Your

9  Honor.

10         THE COURT:  All right.  If Mr. St. Louis is going

11  to be back on the stand, he doesn't have to be back on the

12  stand first thing Tuesday morning.  The government

13  anticipates that the remainder of their evidence is going to

14  take Monday and part of Tuesday at least.  Maybe not.

15         MS. SEIFERT:  Possibly.

16         THE COURT:  But we'll see.  I think I've laid down

17  as much of the timeline and requirement that I'm going to

18  do.

19         In terms of how this is going to get into

20  evidence, we'll have to deal with that when the defense has

21  decided whether they're going to be pursuing anything and

22  trying to get anything in or just be using something to

23  impeach the witness with.  I think you're going to have to

24  leave that a little bit open.

25         MS. SEIFERT:  May we approach ex parte and under

```
 1    seal?

 2              THE COURT:  I'm sorry?

 3              MS. SEIFERT:  May we approach ex parte and under

 4    seal for one quick issue?

 5              THE COURT:  Are we done with this?

 6              MS. SEIFERT:  Yes.

 7              THE COURT:  So this is something else?  All right.

 8              (To defense counsel) It's ex parte she's asking

 9    for.

10              (A sealed ex parte bench conference was held.)
```





7        (This is the end of the bench conference)

8        THE COURT:  All right.  Anything else we can

9   benefit from discussing and taking care of now given that we

10  won't see each other collectively back at trial until 9:30

11  on Monday morning?

12        MS. SEIFERT:  Not from the government.  We'll send

13  an updated witness list for Monday and an exhibit list

14  reflecting tonight's -- or the exhibits from today.

15        THE COURT:  The witness list for Monday -- I can

16  tell you what the witness list for Monday is as known.

17        As known, it's the first two civilians on your

18  witness list, not in that order, and too special agents, and

19  that's it.  Just those four.

20        MS. SEIFERT:  And possibly Mr. Pelice.

21        MS. PASCHALL:  I apologize, Your Honor, the first

22  civilian who would have been from the language company is

23  being traded with a different person from the language

24  company; so functionally the same testimony but a --

25        THE COURT:  But a different person.

```
 1              MS. PASCHALL:  -- different name.  So we'll
 2     provide that.
 3              MS. SEIFERT:  We'll put that in the email.
 4              MS. AMATO:  One other thing, Your Honor.  We just
 5     wanted to put on the record, which is the understanding that
 6     there is, in essence, a Part 2, a second trial potentially
 7     in this case -- well --
 8              THE COURT:  A second trial in this case?
 9              MS. AMATO:  A second trial; not in this case, for
10     our client.  Mr. Germine is charged --
11              THE COURT:  He's subject to other charges in a
12     different case.
13              MS. AMATO:  Right.  And we're not sure if some of
14     the same witnesses are going to be showing up in the second
15     trial, but we would ask for the rule of witnesses to
16     encompass, if those witnesses are also going to testify in
17     the second case, that they not be permitted to sit in the
18     courtroom after their testimony is completed.  That's all.
19              THE COURT:  Oh, that was why you asked that
20     Mr. Basquin be excused?
21              MS. AMATO:  Correct, yes.
22              THE COURT:  Does the government understand the
23     request?
24              MS. AMATO:  It's the rule of witnesses.
25              THE COURT:  They want a rule on witnesses that is
```

1    post testimony.  In other words, that a witness not be

2    permitted to remain in the courtroom after the witness has

3    completed his or her testimony.

4        MS. SEIFERT:  So we had actually discussed this

5    with defense this morning, and they told us that they didn't

6    object to some of the individuals from the FBI who had

7    already testified staying -- you know, observing the rest of

8    the trial.

9        I have no idea who the government will call in the

10   case -- the other case, which is not scheduled even for

11   trial yet, and I don't think it's fair to ask the government

12   now to try to figure that out.

13       And I don't see how there is even a case-to-case

14   rule of witnesses.  It seems to me that the normal order is

15   once they're testify and they're not subject to recall, they

16   have a public right to watch the trial like anyone else.

17       So without identifying them now as a witness --

18   and I don't know that any of them will be -- I don't think I

19   have a basis to exclude them.  Of course, if the Court tells

20   me otherwise that it's requiring that.

21       But I don't know that Mr. Basquin or any of the

22   agents or anyone will testify again in another trial.

23   That's a totally different set of facts, totally different

24   kind of case.  So we would object.

25       THE COURT:  Ms. Amato.

1    MS. AMATO:  Well, even though it's a -- well, the

2    government is claiming -- totally different case, it still

3    comprises a lot of the same facts, particularly relating to

4    the kidnapping, the same individuals.

5    And so I understand the government may not at this

6    point know who they're going to call in the second case for

7    the trial, but out of an abundance of caution, Your Honor,

8    we would ask that the rule of witnesses carry over to that

9    second trial, the second case in that trial just because

10   it's the same --

11   THE COURT:  Well, you're not asking for something

12   to be imposed in that case.  You're asking for something to

13   be imposed in this case.

14   MS. AMATO:  Correct.

15   THE COURT:  And the rule on witnesses is actually

16   a federal rule of evidence -- it's Rule 615 -- on excluding

17   witnesses, and it deals with excluding witnesses during the

18   course of this trial.

19   So I can't do anything with respect to the next

20   trial, if there is a next trial, and I don't think that what

21   you're requesting is really covered by the rule as written

22   or as it's proposed to be amended because there actually is

23   an amendment of the rule in operation -- in the process.

24   So I will not require that witnesses be excluded

25   from the courtroom because of the possibility that a witness

1    might be called in another trial of the defendant for other

2    charges.  I don't have a clear enough indication, number

3    one, that those speculative things will occur and, number

4    two, that there is enough of an overlapping of the facts

5    with respect to it.

6            So I'm going to deny your request as you

7    articulated.

8            MS. AMATO:  Okay.  Your Honor, I'd like to put on

9    the record the case number of the other case just so the

10   record's clear.  It's 22-cr-161.

11           THE COURT:  Fine.  Thank you.

12           All right.  With that, I have one other thing that

13   I need to cover.  You mentioned on the record, not up at the

14   bench, Mr. Pelice.

15           MS. SEIFERT:  Uh-huh.

16           THE COURT:  And I am not going to have a come-up

17   for Mr. Pelice for Monday.  If you need -- if this develops

18   that the government thinks they need to put Mr. Pelice on

19   the stand, you can put him on the stand on Tuesday, and

20   we'll decide on Monday whether to do a come-up and have him

21   here.  All right?

22           It's still going to be part of your case, right?

23   Or is there some availability of someone else that it

24   depends on?

25           MS. SEIFERT:  There is an ordering that needs to

1    happen in terms of the witnesses because Mr. Pelice had made

2    statements that were observed by officers, so I'd have to

3    recall the officers --

4              THE COURT:  So you've made a decision that --

5    you've made a decision that you're -- that you would like to

6    call Mr. Pelice.

7              MS. SEIFERT:  I would like the Court to put the

8    come-up in because I think it is highly likely that the

9    government will call him on Monday.  Of course, there's the

10   matter that we discussed at the bench, but assuming that

11   turns out in the way I imagine it might, I think it is

12   extremely likely.  I would give it almost 100 percent chance

13   that we would call him on Monday.

14             So I would like the come-up to stay in because I

15   think it would make the most sense to prevent the government

16   from recalling officers after he testifies.

17             THE COURT:  All right.  Based on your estimate of

18   your trial organization and the fact that it's possible that

19   but for him you would complete the testimony on Monday, I

20   will go ahead and have a come-up done for him for Monday.

21             MS. SEIFERT:  Thank you, Your Honor.

22             THE COURT:  Notwithstanding the possibility of an

23   inefficiency there, but you don't know for sure.

24             All right.  What else, if anything --

25             MS. SEIFERT:  Nothing from the government.

```
1              THE COURT:  -- before we break for our 12:30
2     lunch?
3              MS. AMATO:  No, thank you, Your Honor.
4              THE COURT:  All right.  Thank you, all, very much,
5     and I'll have the opportunity to review these exhibit lists
6     and see if we have any outstanding problems.
7              Otherwise, have a good weekend, and we will see
8     you on Monday morning at 9:30.
9              If there are any problems with respect to the
10    bringing of one witness back to the stand and the
11    translations along the way, you know how to get in touch
12    with chambers.
13             Thank you.
14                  (Whereupon the hearing was
15                   adjourned at 1:26 p.m.)
16
17
18
19
20
21
22
23
24
25
```

1

**CERTIFICATE OF OFFICIAL COURT REPORTER**

2

3          I, LISA A. MOREIRA, RDR, CRR, do hereby

4    certify that the above and foregoing constitutes a true and

5    accurate transcript of my stenographic notes and is a full,

6    true and complete transcript of the proceedings to the best

7    of my ability.

8        Dated this 26th day of January, 2024.

9

10                                  /s/Lisa A. Moreira, RDR, CRR
                                    Official Court Reporter
11                                  United States Courthouse
                                    Room 6718
12                                  333 Constitution Avenue, NW
13                                  Washington, DC 20001

14

15

16

17

18

19

20

21

22

23

24

25

1386

**$**

**$2,500** [1] - 1359:15
**$25,000** [2] - 1359:16, 1359:17
**$80.97** [1] - 1246:2

**/**

**/s/Lisa** [1] - 1385:10

**0**

**00:01** [1] - 1355:20
**03** [1] - 1251:6
**04** [1] - 1275:20
**05** [1] - 1273:17
**07** [1] - 1273:14

**1**

**100** [3] - 1325:23, 1325:25, 1383:12
**101** [6] - 1290:14, 1290:17, 1290:18, 1290:20, 1291:14, 1307:4
**101.06** [4] - 1295:23, 1295:25, 1296:25, 1297:23
**101.06T** [8] - 1296:1, 1297:1, 1297:3, 1297:6, 1297:19, 1297:22, 1323:17, 1340:24
**101.07** [9] - 1289:19, 1289:23, 1290:2, 1291:18, 1292:19, 1292:24, 1293:4, 1293:5, 1293:9
**101.07T** [8] - 1291:19, 1291:21, 1291:23, 1292:7, 1292:11, 1292:22, 1293:3, 1335:3
**101.30** [5] - 1299:7, 1300:3, 1300:7, 1300:11
**101.30A** [1] - 1299:17
**101.30T** [4] - 1299:20, 1299:23, 1300:6, 1300:10
**101.31** [6] - 1300:13, 1300:17, 1301:4, 1301:14, 1301:18, 1301:22
**101.31T** [8] - 1300:23, 1301:1, 1301:13, 1301:22, 1324:3, 1324:24, 1325:1, 1326:4

**101.38** [2] - 1301:24, 1303:2
**101.38T** [6] - 1302:2, 1302:4, 1302:12, 1302:20, 1303:1, 1303:7
**101.43** [5] - 1303:12, 1304:16, 1305:7, 1305:9, 1319:18
**101.43A** [1] - 1303:16
**101.43B** [1] - 1303:21
**101.43C** [2] - 1303:25, 1304:17
**101.43T** [9] - 1304:2, 1304:5, 1304:15, 1304:18, 1304:24, 1305:4, 1319:19, 1340:1, 1352:7
**101.49** [1] - 1305:15
**101.49T** [5] - 1305:18, 1305:20, 1306:11, 1306:12, 1306:14
**101T** [3] - 1291:24, 1298:22
**102.03** [12] - 1293:11, 1293:16, 1293:20, 1293:25, 1294:4, 1294:7, 1294:11, 1294:14, 1295:10, 1295:14, 1306:17, 1306:20
**102.03T** [7] - 1294:5, 1294:6, 1294:9, 1294:25, 1295:3, 1295:9, 1295:13
**102.09** [4] - 1307:10, 1307:12, 1308:11, 1308:13
**102.09A** [1] - 1307:15
**102.09B** [1] - 1307:18
**102.09T** [3] - 1307:20, 1308:10, 1308:13
**102.19** [4] - 1308:15, 1309:22, 1309:23, 1309:25
**102.199** [1] - 1308:18
**102.19B** [1] - 1308:21
**102.19C** [1] - 1308:24
**102.19T** [6] - 1309:1, 1309:11, 1309:14, 1309:21, 1309:25, 1321:8
**102.22** [5] - 1310:3, 1310:6, 1311:2, 1311:6, 1311:10
**102.22T** [4] - 1310:10, 1311:1, 1311:3, 1311:9
**102.23** [5] - 1311:12, 1311:15, 1312:10,

1312:11, 1312:13
**102.23T** [3] - 1311:18, 1312:8, 1312:13
**102.25** [5] - 1312:16, 1312:20, 1313:14, 1313:15, 1313:17
**102.25T** [3] - 1312:23, 1313:13, 1313:17
**1050** [1] - 1250:5
**1050.02** [4] - 1262:6, 1262:7, 1262:20, 1263:11
**1050.03** [3] - 1254:22, 1254:24, 1255:19
**1050.04** [3] - 1266:14, 1266:16, 1267:9
**1050.05** [3] - 1252:22, 1252:25, 1253:20
**1050.07** [3] - 1264:22, 1264:24, 1265:16
**1050.08** [3] - 1256:19, 1256:21, 1257:13
**1050.09** [3] - 1268:18, 1268:20, 1269:13
**1050.10** [3] - 1250:3, 1250:7, 1251:11
**1050.14** [2] - 1258:22, 1259:13
**1050.15** [4] - 1258:12, 1260:14, 1260:16, 1261:7
**1060.01** [6] - 1270:7, 1270:9, 1270:12, 1270:23, 1272:6, 1272:8
**1060.04** [7] - 1272:10, 1272:12, 1273:1, 1273:3, 1273:13, 1273:20, 1276:6
**1060.04s** [1] - 1273:11
**1060.05** [4] - 1273:5, 1273:24, 1274:17, 1274:19
**1060.06** [3] - 1274:21, 1275:14, 1275:16
**1060.07** [4] - 1275:19, 1276:5, 1276:20, 1277:3
**11** [4] - 1248:17, 1343:22, 1345:9, 1354:25
**11/08** [1] - 1245:22
**11/5/2021** [1] - 1245:9
**1100** [6] - 1357:17, 1357:20, 1358:10, 1358:15, 1360:15, 1361:17
**111** [1] - 1313:19
**111T** [6] - 1313:23, 1313:24, 1314:2,

1314:14, 1314:15, 1314:16
**11:00** [1] - 1284:2
**11th** [1] - 1356:12
**12** [1] - 1329:23
**12,000** [2] - 1353:7, 1353:8
**1200-page** [1] - 1348:17
**121** [5] - 1314:18, 1316:4, 1316:13, 1316:17, 1317:4
**121.01** [4] - 1314:24, 1316:5, 1316:20, 1317:1
**121T** [5] - 1315:15, 1315:18, 1316:4, 1316:19, 1317:1
**12505** [1] - 1227:18
**12:00** [3] - 1371:8, 1372:10, 1374:21
**12:30** [1] - 1384:1
**14** [3] - 1258:16, 1258:17, 1258:19
**15** [3] - 1258:15, 1258:16, 1296:15
**15bdca** [1] - 1313:4
**17** [3] - 1243:12, 1287:21, 1327:5
**1:21-cr-00699-JDB** [1] - 1227:3
**1:26** [1] - 1384:15

**2**

**2** [4] - 1359:2, 1359:3, 1359:7, 1379:6
**20** [4] - 1275:3, 1284:20, 1286:5
**20001** [2] - 1227:24, 1385:13
**2005** [3] - 1286:2, 1286:5, 1331:7
**2018** [1] - 1333:8
**2019** [1] - 1333:8
**202** [1] - 1227:24
**2021** [32] - 1243:11, 1243:16, 1245:18, 1245:19, 1246:16, 1249:16, 1252:6, 1254:10, 1256:8, 1258:2, 1260:3, 1261:21, 1264:13, 1266:4, 1268:6, 1271:23, 1277:18, 1277:21, 1281:1, 1287:21, 1288:3, 1333:5, 1333:6, 1333:13, 1343:22, 1345:9, 1354:16,

1314:14, 1314:15, 1314:16
**1355:1**, 1359:14, 1359:21, 1359:22, 1362:1
**2022** [3] - 1360:19, 1360:21, 1361:4
**2023** [1] - 1230:21
**2024** [19] - 1227:4, 1232:12, 1232:15, 1233:13, 1233:16, 1233:18, 1233:20, 1233:23, 1233:24, 1234:1, 1234:20, 1234:23, 1235:6, 1235:13, 1235:16, 1286:5, 1288:15, 1288:19, 1385:8
**20530** [2] - 1227:14, 1227:16
**20854** [1] - 1227:19
**21-699** [1] - 1229:3
**21018** [2] - 1256:17, 1257:6
**2111** [1] - 1227:20
**2138** [1] - 1245:4
**22-cr-161** [1] - 1382:10
**22201** [1] - 1227:21
**250** [1] - 1278:7
**26** [1] - 1227:4
**26th** [1] - 1385:8
**27** [3] - 1330:21, 1332:25, 1353:21
**28** [1] - 1330:21
**29** [2] - 1359:21, 1360:21
**2:00** [16] - 1363:2, 1363:15, 1363:18, 1363:21, 1364:17, 1365:18, 1366:17, 1369:2, 1369:8, 1369:11, 1370:1, 1371:13, 1371:15, 1372:16, 1373:10, 1374:22

**3**

**3** [3] - 1233:13, 1245:13, 1245:20
**30** [11] - 1245:18, 1245:19, 1327:17, 1327:18, 1327:19, 1347:13, 1347:15, 1347:17, 1347:21, 1353:5
**30-minute** [2] - 1328:3, 1328:22
**302** [6] - 1342:6, 1342:9, 1342:13, 1342:16, 1343:3, 1349:20

**31** [1] - 1362:1
**320.02** [1] - 1251:6
**320.04** [13] - 1251:4,
1253:18, 1255:15,
1257:12, 1259:11,
1261:6, 1263:10,
1265:14, 1267:7,
1269:11, 1269:22,
1270:2, 1270:4
**33126** [1] - 1311:24
**333** [2] - 1227:23,
1385:12
**35** [1] - 1353:5
**354-3187** [1] - 1227:24
**380** [2] - 1275:2,
1276:22
**39** [3] - 1270:15,
1275:3, 1276:12
**3:00** [2] - 1363:16,
1364:4
**3rd** [3] - 1232:10,
1233:19, 1233:23

**4**

**4** [1] - 1361:4
**40** [1] - 1366:1
**400** [2] - 1320:3,
1320:7
**420.02** [3] - 1246:5,
1246:19, 1246:21
**420.03** [3] - 1246:23,
1247:10, 1247:12
**420.04** [4] - 1247:20,
1248:9, 1248:11,
1248:16
**420.05** [4] - 1249:8,
1249:19, 1249:21,
1250:23
**420.06** [4] - 1251:23,
1252:9, 1252:14,
1253:14
**420.07** [3] - 1254:2,
1254:13, 1254:15
**420.08** [5] - 1255:12,
1255:25, 1256:11,
1256:13, 1257:7
**420.09** [5] - 1257:19,
1258:5, 1258:7,
1258:9, 1259:8
**420.10** [5] - 1259:20,
1260:6, 1260:8,
1260:11, 1261:2
**420.11** [5] - 1261:13,
1261:23, 1261:25,
1262:2, 1263:6
**420.12** [6] - 1263:17,
1264:8, 1264:15,
1264:17, 1264:19,
1265:11

**420.13** [4] - 1265:23,
1266:6, 1266:9,
1267:4
**420.14** [4] - 1267:16,
1268:8, 1268:11,
1269:8
**464977** [2] - 1249:25,
1250:20
**4733** [6] - 1245:8,
1246:9, 1280:3,
1281:14, 1282:20,
1282:23

**5**

**50** [5] - 1248:19,
1267:19, 1274:5,
1332:6, 1332:7
**506** [5] - 1240:10,
1240:19, 1240:22,
1245:12, 1280:21
**506.C** [2] - 1240:4,
1240:5
**507** [5] - 1359:20,
1359:23, 1360:3,
1360:11, 1360:13
**57** [1] - 1356:25
**5th** [2] - 1282:5

**6**

**601** [1] - 1227:13
**602** [1] - 1343:6
**61** [3] - 1298:4,
1298:6, 1298:24
**615** [1] - 1381:16
**620** [6] - 1342:22,
1342:23, 1343:8,
1343:18, 1344:9,
1345:2
**620A** [8] - 1344:7,
1344:13, 1344:22,
1345:19, 1354:25,
1355:19, 1356:3,
1356:16
**64f68** [1] - 1297:11
**6718** [2] - 1227:23,
1385:12
**6th** [1] - 1227:18

**7**

**7** [1] - 1230:21
**7.62** [3] - 1270:15,
1275:3, 1276:12
**70** [3] - 1240:14,
1240:16, 1240:17
**77** [1] - 1317:2
**77a3** [4] - 1315:6,
1316:5, 1316:8,
1316:9

**7th** [2] - 1230:25,
1231:4

**8**

**8** [1] - 1281:1
**8087** [1] - 1246:1
**82A1** [1] - 1269:13
**8:00** [2] - 1375:1,
1375:4
**8th** [3] - 1227:20,
1245:25, 1280:25

**9**

**9** [20] - 1233:16,
1233:18, 1234:20,
1234:23, 1235:6,
1235:12, 1235:15,
1243:16, 1246:15,
1249:16, 1252:6,
1254:10, 1256:8,
1258:2, 1260:3,
1261:21, 1264:12,
1266:4, 1268:6,
1271:23
**903** [2] - 1361:6,
1361:8
**904** [1] - 1239:7
**904.04** [2] - 1238:21,
1239:5
**904.04C** [2] - 1238:19,
1239:5
**914** [4] - 1239:12,
1244:19, 1280:7,
1281:13
**914.04** [5] - 1239:18,
1239:22, 1239:23,
1240:1, 1246:12
**914.04C** [2] - 1239:14,
1239:16
**950** [1] - 1227:16
**9:30** [2] - 1378:10,
1384:8
**9:37** [1] - 1227:4
**9th** [4] - 1232:14,
1233:20, 1233:23,
1234:1

**A**

**A&A** [1] - 1279:7
**A-aaakey** [4] -
1244:24, 1246:1,
1246:10, 1279:8
**a.m** [1] - 1227:4
**a3e82** [1] - 1309:7
**AA012733** [2] -
1268:16, 1269:6
**AAA** [1] - 1281:10
**aaakey** [4] - 1244:24,

1246:1, 1246:10,
1279:8
**ability** [1] - 1385:7
**able** [25] - 1232:17,
1234:24, 1253:8,
1255:7, 1257:4,
1259:5, 1260:24,
1263:3, 1265:8,
1267:1, 1269:4,
1298:1, 1298:22,
1299:2, 1325:7,
1334:12, 1334:23,
1348:19, 1355:24,
1356:5, 1359:4,
1362:16, 1364:9,
1366:16, 1370:6
**absolutely** [3] -
1276:25, 1345:13,
1365:9
**abundance** [1] -
1381:7
**academy** [1] - 1242:13
**according** [1] - 1370:2
**accordingly** [1] -
1313:17
**accurate** [18] -
1262:18, 1294:10,
1297:13, 1298:15,
1300:1, 1304:11,
1306:7, 1308:6,
1309:17, 1310:22,
1312:4, 1313:9,
1314:9, 1315:11,
1315:24, 1354:7,
1359:24, 1385:5
**accurately** [17] -
1246:14, 1247:5,
1248:4, 1249:14,
1252:4, 1254:8,
1256:6, 1257:25,
1260:1, 1261:19,
1264:10, 1266:2,
1268:4, 1269:23,
1295:5, 1301:9,
1302:16
**acquire** [1] - 1262:19
**Action** [1] - 1227:3
**actions** [1] - 1247:7
**actual** [2] - 1339:4,
1375:10
**addition** [1] - 1242:20
**additional** [3] -
1281:16, 1294:14,
1303:5
**address** [2] - 1245:4,
1361:22
**adjourned** [1] -
1384:15
**administration** [2] -
1285:5, 1285:12

**admission** [38] -
1272:5, 1292:22,
1292:23, 1293:5,
1295:9, 1295:10,
1295:22, 1296:1,
1297:19, 1298:1,
1300:6, 1300:7,
1301:13, 1301:14,
1302:20, 1302:21,
1304:15, 1305:6,
1305:9, 1306:11,
1308:10, 1308:11,
1309:21, 1309:22,
1311:1, 1311:2,
1312:8, 1312:9,
1313:13, 1313:14,
1314:14, 1316:3,
1316:19, 1357:16,
1360:2, 1360:10,
1361:17
**admit** [27] - 1238:15,
1239:3, 1239:9,
1239:16, 1239:22,
1239:23, 1240:19,
1246:18, 1247:9,
1248:8, 1249:18,
1252:8, 1254:12,
1256:10, 1258:4,
1260:5, 1261:23,
1264:15, 1266:6,
1268:8, 1270:1,
1270:22, 1271:6,
1272:25, 1274:17,
1275:13, 1276:20
**admitted** [48] - 1240:2,
1240:22, 1244:19,
1245:12, 1246:21,
1247:12, 1248:11,
1249:21, 1251:5,
1252:14, 1254:15,
1256:13, 1258:7,
1260:8, 1261:25,
1264:17, 1266:9,
1268:11, 1270:5,
1272:8, 1273:3,
1273:7, 1274:19,
1275:16, 1277:3,
1293:3, 1293:9,
1295:13, 1295:14,
1297:22, 1300:10,
1300:11, 1301:22,
1303:1, 1303:7,
1305:5, 1305:12,
1306:14, 1308:13,
1310:1, 1311:10,
1312:14, 1313:18,
1314:16, 1317:1,
1325:15, 1360:13,
1361:19
**admitting** [1] - 1271:5

1388

**advance** [2] - 1238:16, 1362:16
**advise** [2] - 1364:25, 1365:4
**afternoon** [6] - 1326:15, 1326:17, 1326:18, 1362:24, 1363:2, 1364:22
**agencies** [3] - 1286:13, 1331:18, 1331:19
**agency** [5] - 1279:14, 1331:20, 1331:21, 1331:23
**AGENT** [4] - 1228:3, 1228:6, 1230:5, 1241:4
**Agent** [76] - 1230:1, 1233:8, 1237:8, 1237:15, 1240:24, 1241:2, 1241:7, 1241:12, 1242:8, 1245:10, 1245:15, 1246:3, 1246:6, 1246:24, 1247:13, 1247:21, 1248:25, 1249:9, 1250:2, 1250:7, 1251:10, 1251:24, 1252:11, 1252:19, 1252:21, 1252:24, 1254:3, 1254:18, 1254:21, 1254:24, 1256:1, 1256:14, 1256:18, 1256:21, 1257:10, 1258:11, 1258:22, 1259:21, 1260:9, 1260:13, 1260:16, 1261:13, 1262:1, 1262:5, 1262:7, 1262:20, 1263:18, 1264:21, 1265:8, 1265:24, 1266:10, 1266:13, 1266:16, 1267:15, 1268:14, 1268:17, 1268:20, 1269:19, 1270:5, 1270:6, 1270:10, 1271:13, 1272:9, 1272:11, 1273:4, 1273:25, 1274:20, 1274:22, 1275:17, 1275:22, 1276:7, 1277:12, 1283:8, 1284:7, 1346:19, 1357:6
**agent** [20] - 1230:8, 1230:11, 1230:17, 1235:25, 1242:14, 1242:15, 1242:17,

1242:25, 1244:8, 1244:11, 1269:20, 1278:12, 1279:13, 1285:22, 1285:25, 1287:11, 1288:11, 1328:6, 1328:11, 1328:14
**agents** [8] - 1251:6, 1279:12, 1279:14, 1288:4, 1288:8, 1342:9, 1378:18, 1380:22
**agree** [5] - 1271:8, 1282:13, 1362:8, 1363:13, 1364:7
**agreed** [4] - 1361:18, 1365:7, 1366:3, 1375:21
**agreeing** [1] - 1368:21
**agreement** [6] - 1244:23, 1280:8, 1280:9, 1281:13, 1366:4, 1368:23
**agrees** [2] - 1367:10, 1374:15
**ahead** [9] - 1290:25, 1291:3, 1292:9, 1307:8, 1317:20, 1344:19, 1356:10, 1370:11, 1383:20
**aiming** [1] - 1262:18
**AK** [2] - 1270:15, 1271:19
**AK-47** [1] - 1271:25
**aka** [1] - 1359:11, 1359:12, 1359:13
**alerted** [1] - 1376:7
**Allen** [1] - 1229:15
**ALLEN** [1] - 1227:17
**allow** [3] - 1231:13, 1350:10, 1362:14
**allowed** [3] - 1232:20, 1280:2, 1348:15
**almost** [5] - 1286:5, 1286:17, 1331:13, 1333:3, 1383:12
**AMATO** [83] - 1227:20, 1229:18, 1239:24, 1288:17, 1290:8, 1291:4, 1292:25, 1293:2, 1294:21, 1295:11, 1296:4, 1296:8, 1296:17, 1296:19, 1297:20, 1299:13, 1299:16, 1299:18, 1300:8, 1301:16, 1302:22, 1304:19, 1304:23, 1305:11, 1306:12, 1308:12, 1309:23,

1311:3, 1311:7, 1312:11, 1313:15, 1314:15, 1316:24, 1318:10, 1325:3, 1325:5, 1326:12, 1326:16, 1341:18, 1342:13, 1344:8, 1344:12, 1345:14, 1345:23, 1346:6, 1346:12, 1347:11, 1347:20, 1347:22, 1349:13, 1349:16, 1355:12, 1355:14, 1357:21, 1357:24, 1363:10, 1364:16, 1366:13, 1366:25, 1367:23, 1368:4, 1368:8, 1368:12, 1369:11, 1370:10, 1370:15, 1370:22, 1371:2, 1373:13, 1373:16, 1373:20, 1374:8, 1375:5, 1376:2, 1379:4, 1379:9, 1379:13, 1379:21, 1379:24, 1381:1, 1381:14, 1382:8, 1384:3
**Amato** [13] - 1229:18, 1291:3, 1304:22, 1316:22, 1326:10, 1344:10, 1363:8, 1364:13, 1370:2, 1370:13, 1372:12, 1373:17, 1380:25
**Amato's** [1] - 1366:4
**Amato)........................
..............1326** [1] - 1228:9
**amended** [1] - 1381:22
**amendment** [1] - 1381:23
**AMERICA** [1] - 1227:2
**America** [1] - 1229:4
**American** [2] - 1335:25, 1336:4
**ammunition** [8] - 1247:17, 1248:3, 1248:5, 1275:4, 1275:5, 1275:9, 1276:11, 1276:13
**amount** [5] - 1246:2, 1335:13, 1344:25, 1347:3, 1347:9
**amounts** [1] - 1365:24
**analysts** [1] - 1288:4, 1288:8
**annotated** [1] - 1269:23
**answer** [7] - 1305:3,

1327:21, 1327:22, 1333:19, 1349:5, 1350:5, 1350:6
**answering** [1] - 1328:2
**anticipated** [1] - 1362:18
**anticipates** [1] - 1376:13
**apart** [1] - 1242:3
**aperture** [3] - 1262:12, 1262:15, 1262:16
**apologies** [11] - 1239:14, 1240:13, 1249:22, 1252:15, 1258:20, 1270:9, 1273:8, 1273:12, 1273:15, 1276:5, 1307:8
**apologize** [5] - 1238:1, 1258:18, 1279:7, 1280:7, 1378:21
**appear** [26] - 1250:14, 1253:5, 1255:1, 1255:4, 1256:23, 1257:1, 1258:24, 1259:2, 1260:18, 1260:21, 1262:22, 1262:25, 1265:2, 1265:5, 1266:19, 1266:23, 1268:22, 1269:1, 1271:21, 1271:25, 1272:22, 1274:12, 1275:10, 1276:16, 1321:18, 1363:3
**appearance** [1] - 1229:9
**APPEARANCES** [1] - 1227:11
**appeared** [1] - 1323:1
**applicant** [1] - 1243:1
**applicants** [1] - 1243:2
**apply** [2] - 1231:14, 1232:3
**appreciated** [1] - 1283:10
**appreciative** [1] - 1366:4
**approach** [9] - 1229:9, 1236:22, 1237:3, 1251:3, 1251:8, 1288:16, 1346:15, 1376:25, 1377:3
**approached** [3] - 1278:17, 1278:20, 1361:1
**appropriate** [2] - 1236:16, 1349:1
**April** [1] - 1360:21
**area** [5] - 1281:17,

1282:1, 1282:6, 1334:1, 1367:13
**areas** [4] - 1353:22, 1353:25, 1367:5, 1368:16
**arguing** [1] - 1365:20
**arguments** [1] - 1364:9
**Arlington** [1] - 1227:21
**Armory** [2] - 1249:13, 1272:18
**Arms** [1] - 1253:3
**arrive** [1] - 1232:9
**arrived** [3] - 1232:10, 1233:13, 1234:7
**articulated** [1] - 1382:7
**askew** [1] - 1249:22
**aspects** [1] - 1354:3
**assess** [1] - 1236:4
**assign** [1] - 1318:1
**assigned** [6] - 1230:13, 1230:14, 1277:22, 1277:24, 1317:11, 1317:16
**assignment** [1] - 1243:6
**assigns** [2] - 1318:3, 1319:3
**assist** [2] - 1243:25, 1279:15
**assistance** [5] - 1278:1, 1278:3, 1288:7, 1288:23, 1338:25
**assisted** [4] - 1243:8, 1243:24, 1288:4, 1354:11
**assisting** [1] - 1243:22
**assume** [2] - 1279:19, 1364:21
**assuming** [1] - 1383:10
**Atlantic** [1] - 1285:7
**ATM** [1] - 1245:20
**attache** [1] - 1360:18
**attempt** [1] - 1231:10
**attempted** [1] - 1323:18
**attended** [1] - 1285:2
**attention** [1] - 1287:20
**attorney** [8] - 1234:20, 1244:10, 1278:18, 1278:20, 1278:21, 1279:5, 1279:16, 1280:6
**ATTORNEYS** [1] - 1227:13
**au** [5] - 1333:24,

1353:2, 1353:4,
1353:23, 1354:7
**au-Prince** [1] - 1353:2
**audio** [75] - 1288:21,
1294:3, 1294:7,
1294:10, 1297:8,
1297:9, 1297:10,
1297:14, 1300:18,
1300:19, 1301:3,
1301:15, 1302:6,
1302:7, 1305:24,
1306:1, 1306:7,
1306:22, 1307:14,
1307:25, 1308:1,
1308:6, 1308:20,
1309:5, 1309:7,
1309:18, 1310:9,
1310:15, 1310:16,
1310:22, 1311:16,
1311:22, 1311:23,
1312:4, 1312:21,
1313:2, 1313:3,
1313:10, 1314:22,
1315:4, 1315:5,
1315:11, 1316:5,
1316:7, 1316:8,
1317:8, 1317:10,
1317:23, 1324:21,
1324:23, 1325:19,
1336:18, 1340:25,
1341:3, 1343:24,
1345:16, 1345:19,
1345:24, 1346:7,
1347:7, 1348:10,
1348:11, 1348:13,
1349:24, 1350:2,
1350:8, 1350:10,
1350:11, 1354:20,
1354:25, 1355:7,
1355:21, 1356:8,
1356:17, 1356:21
**audios** [1] - 1317:17
**AUSA** [2] - 1227:12,
1227:12
**authenticate** [1] -
1375:13
**authors** [1] - 1352:1
**availability** [1] -
1382:23
**Avenue** [4] - 1227:16,
1227:18, 1227:23,
1385:12
**awareness** [6] -
1285:21, 1286:25,
1287:9, 1288:11,
1332:10, 1352:23

---

**B**

---

**bachelor's** [1] -
1285:11

**background** [4] -
1243:2, 1284:25,
1329:7, 1329:8
**backing** [1] - 1247:13
**bag** [18] - 1270:14,
1270:15, 1270:25,
1271:1, 1271:2,
1271:3, 1271:5,
1271:7, 1271:9,
1271:10, 1271:14,
1271:16, 1271:18,
1271:20, 1272:16,
1274:3, 1274:4,
1276:2
**bags** [3] - 1247:18,
1248:1, 1248:2
**Bank** [2] - 1240:18,
1245:17
**bank** [3] - 1245:19,
1280:21, 1280:22
**Barnes** [5] - 1229:11,
1238:13, 1241:3,
1283:6, 1283:12
**BARNES** [86] -
1227:15, 1229:11,
1238:14, 1238:18,
1238:23, 1239:1,
1239:9, 1239:14,
1239:17, 1239:21,
1240:3, 1240:6,
1240:9, 1240:13,
1240:16, 1240:18,
1240:23, 1241:6,
1244:18, 1245:11,
1246:4, 1246:18,
1246:22, 1247:9,
1247:19, 1248:8,
1249:7, 1249:18,
1250:2, 1250:6,
1250:25, 1251:2,
1251:9, 1251:22,
1252:8, 1252:15,
1252:21, 1254:1,
1254:12, 1254:16,
1254:21, 1256:10,
1256:18, 1258:4,
1258:11, 1258:15,
1258:17, 1258:20,
1259:19, 1260:5,
1260:13, 1261:12,
1261:23, 1262:5,
1264:15, 1264:21,
1265:22, 1266:6,
1266:13, 1268:3,
1268:8, 1268:12,
1268:17, 1270:1,
1270:6, 1270:9,
1270:10, 1270:22,
1271:12, 1272:4,
1272:9, 1272:25,

1273:4, 1273:8,
1273:12, 1273:19,
1273:23, 1274:16,
1274:20, 1275:13,
1275:17, 1276:5,
1276:19, 1277:4,
1277:6, 1283:7
**Barnes)......................
..............1241** [1] -
1228:6
**Barrett** [4] - 1248:19,
1267:19, 1269:13,
1274:5
**BAS** [1] - 1284:15
**based** [13] - 1321:22,
1333:16, 1334:1,
1340:9, 1340:13,
1341:4, 1341:5,
1360:9, 1362:17,
1368:17, 1369:1,
1370:17, 1383:17
**basic** [1] - 1242:13
**basis** [2] - 1290:9,
1380:19
**BASQUIN** [3] - 1228:8,
1284:10, 1358:5
**Basquin** [39] -
1283:15, 1284:6,
1284:7, 1284:15,
1289:13, 1291:17,
1292:11, 1296:25,
1298:3, 1298:6,
1299:5, 1300:12,
1301:23, 1303:11,
1305:14, 1306:16,
1307:9, 1308:14,
1310:2, 1311:11,
1312:15, 1313:19,
1314:17, 1317:7,
1325:13, 1326:19,
1341:23, 1342:20,
1344:21, 1346:19,
1354:13, 1355:20,
1355:24, 1356:3,
1357:6, 1358:4,
1379:20, 1380:21
**BATES** [1] - 1227:9
**Beach** [4] - 1241:23,
1242:1, 1242:6
**Beau** [1] - 1229:11
**BEAUDRE** [1] -
1227:15
**become** [1] - 1242:21
**BEFORE** [1] - 1227:9
**began** [3] - 1329:14,
1329:21, 1349:21
**begin** [1] - 1236:13
**beginning** [6] -
1243:22, 1297:11,
1311:24, 1315:5,

1324:8, 1355:20
**behalf** [2] - 1229:16,
1229:19
**behind** [1] - 1298:4
**beige** [1] - 1248:21
**believes** [1] - 1374:15
**below** [2] - 1309:6,
1313:2
**BENCH** [1] - 1227:8
**bench** [9] - 1237:12,
1238:6, 1239:4,
1346:22, 1350:22,
1377:10, 1378:7,
1382:14, 1383:10
**Benefit** [1] - 1231:24
**benefit** [1] - 1378:9
**best** [2] - 1367:4,
1385:6
**better** [3] - 1286:14,
1296:7
**between** [7] - 1233:19,
1233:23, 1262:11,
1290:19, 1322:10,
1346:25, 1365:2
**big** [8] - 1282:17,
1287:13, 1323:10,
1323:11, 1353:6,
1353:7, 1366:20
**bigger** [1] - 1321:11
**bit** [3] - 1342:24,
1364:25, 1376:24
**blow** [1] - 1254:17
**blown** [1] - 1252:17
**Bonura** [15] - 1250:2,
1252:21, 1254:21,
1256:18, 1258:12,
1260:13, 1262:5,
1264:22, 1266:13,
1268:18, 1270:6,
1272:9, 1273:4,
1274:20, 1275:17
**born** [5] - 1284:17,
1284:18, 1333:23,
1352:23, 1353:1
**boss** [6] - 1317:25,
1318:1, 1319:6,
1319:8, 1323:10,
1323:11
**bottom** [12] - 1248:2,
1248:17, 1294:9,
1302:5, 1302:10,
1305:25, 1307:25,
1324:20, 1348:7,
1356:6, 1356:11,
1356:17
**Boulevard** [1] -
1227:20
**Bouquets** [3] - 1353:4,
1354:6, 1360:22
**box** [18] - 1251:18,

1251:19, 1253:24,
1257:16, 1257:17,
1261:9, 1261:10,
1263:14, 1263:15,
1265:19, 1265:20,
1267:12, 1267:13,
1269:16, 1269:17,
1274:25, 1275:1,
1346:20
**boxes** [5] - 1248:15,
1248:17, 1248:20,
1275:3, 1276:12
**break** [3] - 1283:22,
1357:9, 1384:1
**brief** [8] - 1250:25,
1277:4, 1283:22,
1298:2, 1323:13,
1323:25, 1351:5,
1357:1
**briefly** [5] - 1243:18,
1319:16, 1346:15,
1352:7, 1358:24
**bring** [18] - 1231:17,
1250:3, 1252:22,
1254:22, 1256:18,
1258:12, 1260:14,
1262:6, 1264:22,
1266:14, 1268:18,
1270:7, 1274:20,
1354:12, 1364:10,
1368:10, 1368:13,
1370:18
**bringing** [2] - 1367:12,
1384:10
**brings** [3] - 1286:24,
1288:12, 1355:4
**broken** [3] - 1247:16,
1248:18, 1267:23
**brought** [7] - 1233:12,
1289:8, 1362:23,
1363:3, 1366:16,
1370:4, 1372:17
**building** [1] - 1228:23
**bunch** [4] - 1314:3,
1335:25, 1336:4,
1337:25
**Bureau** [7] - 1241:13,
1243:2, 1243:6,
1285:10, 1285:13,
1285:15, 1331:18
**business** [7] -
1238:15, 1239:22,
1240:19, 1285:5,
1285:7, 1285:12
**but..** [1] - 1326:15
**BY** [21] - 1230:7,
1233:7, 1235:5,
1235:24, 1241:6,
1251:9, 1270:10,
1271:12, 1277:11,

1284:12, 1291:16, 1292:10, 1293:10, 1295:15, 1296:24, 1299:4, 1303:10, 1305:13, 1317:6, 1326:12, 1341:22

## C

**caliber** [3] - 1248:19, 1267:19, 1274:5
**California** [1] - 1331:23
**cannot** [7] - 1320:14, 1325:21, 1327:13, 1336:3, 1337:25, 1339:16, 1339:19
**captured** [1] - 1372:13
**car** [1] - 1282:9
**Card** [1] - 1245:20
**card** [2] - 1245:25, 1246:1
**care** [1] - 1378:9
**Carlos** [2] - 1360:16, 1360:18
**carry** [1] - 1381:8
**Case** [1] - 1229:3
**case** [50] - 1230:17, 1243:23, 1251:7, 1292:18, 1297:16, 1298:15, 1298:20, 1300:20, 1301:7, 1302:14, 1304:9, 1305:1, 1306:5, 1308:4, 1309:15, 1310:20, 1312:2, 1313:7, 1314:6, 1315:9, 1315:22, 1318:12, 1319:10, 1325:16, 1325:20, 1335:14, 1352:20, 1357:18, 1362:18, 1362:20, 1367:8, 1376:1, 1379:7, 1379:8, 1379:9, 1379:12, 1379:17, 1380:10, 1380:13, 1380:24, 1381:2, 1381:6, 1381:9, 1381:12, 1381:13, 1382:9, 1382:22
**case-to-case** [1] - 1380:13
**Casillas** [15] - 1238:18, 1238:23, 1240:9, 1245:11, 1245:14, 1246:22, 1247:19, 1249:7, 1252:17, 1254:16, 1259:19, 1261:13, 1265:22, 1268:3,

1268:12
**caused** [1] - 1376:4
**caution** [1] - 1381:7
**Centave** [1] - 1229:6
**center** [1] - 1356:6
**Century** [1] - 1253:3
**certain** [1] - 1335:13
**certainly** [7] - 1233:4, 1238:10, 1283:4, 1323:14, 1357:2, 1366:21, 1371:23
**CERTIFICATE** [1] - 1385:1
**certification** [4] - 1239:6, 1239:18, 1239:19, 1240:8
**certified** [2] - 1287:16, 1287:18
**certify** [1] - 1385:4
**cetera** [6] - 1302:8, 1306:2, 1308:2, 1309:8, 1310:17, 1313:4
**challenging** [1] - 1365:5
**chambers** [1] - 1384:12
**chance** [3] - 1364:14, 1367:3, 1383:12
**change** [1] - 1374:11
**changed** [1] - 1340:5
**charge** [1] - 1319:4
**charged** [1] - 1379:10
**charges** [2] - 1379:11, 1382:2
**Charlie** [2] - 1239:6, 1240:4
**chart** [1] - 1251:5
**Chase** [3] - 1240:18, 1245:17, 1281:10
**chase** [1] - 1245:19
**checked** [2] - 1282:25, 1350:3
**checks** [1] - 1243:2
**Chief** [1] - 1359:22
**children** [3] - 1232:7, 1234:7, 1234:16
**choose** [1] - 1337:8
**Christian** [1] - 1287:21
**Chung** [1] - 1359:12
**circle** [3] - 1319:23, 1321:18, 1323:18
**circled** [1] - 1319:24
**circling** [1] - 1320:5
**circumstances** [1] - 1327:3
**cities** [1] - 1242:3
**city** [2] - 1241:22, 1241:25
**civilian** [1] - 1378:22

**civilians** [1] - 1378:17
**claiming** [1] - 1381:2
**clarify** [5] - 1248:12, 1250:21, 1273:13, 1273:20, 1353:13
**classes** [1] - 1330:10
**clean** [1] - 1357:10
**clear** [9] - 1234:1, 1248:12, 1264:7, 1299:2, 1316:15, 1355:11, 1375:7, 1382:2, 1382:10
**clearly** [2] - 1336:19, 1344:11
**client** [1] - 1379:10
**clip** [2] - 1347:25, 1348:7
**clock** [1] - 1350:18
**close** [7] - 1249:3, 1249:12, 1252:2, 1257:25, 1353:4, 1353:5, 1356:25
**close-up** [4] - 1249:3, 1249:12, 1252:2, 1257:25
**closely** [1] - 1355:20
**closer** [2] - 1317:13, 1317:14
**co** [4] - 1229:12, 1301:17, 1318:14, 1319:12
**co-counsel** [2] - 1229:12, 1301:17
**co-worker** [2] - 1318:14, 1319:12
**colleague** [3] - 1353:13, 1354:10, 1355:4
**colleagues** [1] - 1247:7
**collectively** [1] - 1378:10
**College** [1] - 1285:5
**color** [1] - 1248:21
**COLUMBIA** [1] - 1227:1
**column** [4] - 1253:23, 1255:21, 1259:16, 1259:17
**columns** [1] - 1251:15
**come-up** [8] - 1362:15, 1362:24, 1364:2, 1382:16, 1382:20, 1383:8, 1383:14, 1383:20
**come-ups** [1] - 1364:4
**coming** [4] - 1243:2, 1281:25, 1283:9, 1357:7
**command** [2] -

1243:20, 1278:2
**commercial** [1] - 1285:3
**common** [1] - 1340:12
**communication** [3] - 1234:2, 1234:19, 1234:22
**communications** [1] - 1233:24
**communities** [1] - 1242:4
**Community** [1] - 1285:5
**community** [1] - 1241:22
**company** [4] - 1281:11, 1281:15, 1378:22, 1378:24
**compare** [2] - 1320:8, 1320:19
**compel** [1] - 1350:6
**compelling** [2] - 1372:23, 1373:2
**competing** [1] - 1366:10
**complete** [10] - 1295:10, 1298:1, 1298:22, 1302:20, 1303:6, 1304:15, 1313:13, 1357:12, 1383:19, 1385:6
**completed** [8] - 1297:16, 1298:14, 1304:8, 1309:15, 1330:16, 1373:25, 1379:18, 1380:3
**completes** [2] - 1292:23, 1361:11
**completing** [6] - 1300:7, 1301:14, 1308:10, 1309:22, 1311:2, 1312:9
**completion** [3] - 1234:17, 1235:17, 1235:18
**complies** [13] - 1251:20, 1253:25, 1255:24, 1257:18, 1259:18, 1261:11, 1263:16, 1265:21, 1267:14, 1269:18, 1271:15, 1274:5, 1274:8
**comply** [1] - 1374:20
**component** [5] - 1296:13, 1316:4, 1330:23, 1336:20, 1355:7
**comprises** [1] - 1381:3

**computer** [2] - 1289:8, 1351:5
**concept** [1] - 1370:9
**concern** [2] - 1373:21, 1374:1
**concerned** [4] - 1338:15, 1369:17, 1369:18, 1369:19
**concerning** [1] - 1375:22
**concluded** [1] - 1349:22
**condition** [15] - 1250:15, 1253:6, 1255:5, 1257:2, 1259:3, 1260:22, 1263:1, 1265:6, 1266:24, 1269:2, 1272:1, 1272:23, 1274:13, 1275:10, 1276:17
**conditionally** [2] - 1271:8, 1291:25
**conduct** [1] - 1369:13
**conducted** [5] - 1247:7, 1251:6, 1270:17, 1271:22, 1292:17
**conference** [7] - 1237:12, 1238:6, 1346:21, 1350:22, 1371:11, 1377:10, 1378:7
**confirm** [4] - 1347:8, 1350:1, 1350:9, 1368:17
**confirmation** [1] - 1271:10
**confirming** [2] - 1369:12, 1369:16
**confused** [1] - 1371:4
**confusion** [1] - 1273:16
**consensual** [1] - 1278:24
**consent** [2] - 1279:4, 1280:1
**considered** [1] - 1352:4
**consistent** [3] - 1324:25, 1325:9, 1326:5
**constitutes** [1] - 1385:4
**Constitution** [2] - 1227:23, 1385:12
**consult** [2] - 1321:5, 1349:5
**consultation** [1] - 1349:7

1391

**contact** [3] - 1230:23, 1231:3, 1361:2
**contacted** [2] - 1231:4, 1359:14
**contacting** [1] - 1231:1
**contain** [2] - 1294:6, 1295:18
**containing** [2] - 1248:21, 1299:6
**contains** [3] - 1295:17, 1301:15, 1313:22
**content** [1] - 1334:19
**contents** [3] - 1270:25, 1271:7, 1271:9
**context** [6] - 1285:24, 1287:11, 1318:25, 1336:17, 1337:18
**continue** [2] - 1291:13, 1306:15
**convention** [1] - 1298:18
**conversation** [4] - 1236:1, 1237:15, 1327:25, 1343:3
**conversations** [1] - 1233:19
**convince** [1] - 1366:16
**coordinating** [2] - 1244:9, 1244:10
**copy** [4] - 1280:13, 1281:12, 1359:20, 1359:24
**Corbin** [1] - 1281:16
**correct** [52] - 1232:5, 1233:14, 1233:17, 1234:3, 1234:8, 1234:11, 1235:14, 1235:25, 1236:5, 1236:8, 1236:13, 1240:9, 1248:22, 1273:19, 1278:24, 1282:8, 1298:12, 1299:1, 1303:2, 1320:13, 1328:4, 1328:7, 1328:9, 1328:12, 1328:15, 1328:17, 1330:8, 1330:17, 1331:13, 1334:8, 1334:9, 1334:12, 1334:15, 1334:25, 1335:7, 1335:18, 1336:20, 1338:6, 1338:11, 1338:20, 1339:20, 1340:3, 1340:6, 1340:10, 1341:1, 1341:5, 1353:2, 1355:2, 1358:16,

1365:20, 1379:21, 1381:14
**correcting** [1] - 1237:25
**correction** [1] - 1353:12
**correctly** [3] - 1263:23, 1330:4, 1370:10
**corresponding** [1] - 1251:17
**corresponds** [10] - 1251:11, 1253:19, 1255:17, 1257:12, 1259:12, 1261:7, 1263:11, 1265:15, 1267:9, 1269:12
**counsel** [18] - 1229:8, 1229:12, 1236:22, 1237:4, 1238:23, 1301:17, 1341:23, 1344:2, 1344:6, 1349:5, 1352:8, 1361:24, 1362:6, 1363:1, 1365:12, 1367:16, 1367:19, 1377:8
**counsel's** [1] - 1237:16
**count** [3] - 1276:21, 1276:24
**counter** [4] - 1348:21, 1356:11, 1356:17, 1356:21
**counterterrorism** [2] - 1241:17, 1277:25
**country** [4] - 1232:4, 1353:9, 1353:12, 1353:25
**couple** [7] - 1243:1, 1243:5, 1243:23, 1244:3, 1321:15, 1331:8, 1365:24
**course** [23] - 1241:10, 1242:16, 1249:25, 1284:24, 1286:15, 1286:20, 1306:4, 1310:19, 1312:1, 1313:6, 1319:15, 1325:19, 1327:6, 1331:7, 1335:9, 1342:12, 1345:12, 1346:3, 1352:20, 1375:22, 1380:19, 1381:18, 1383:9
**Court** [29] - 1227:22, 1227:22, 1230:8, 1241:8, 1245:1, 1267:21, 1271:9, 1274:4, 1274:7,

1283:22, 1283:24, 1287:1, 1289:22, 1317:7, 1318:20, 1342:3, 1355:8, 1359:4, 1361:22, 1362:12, 1363:17, 1363:24, 1364:10, 1364:18, 1370:11, 1371:7, 1380:19, 1383:7, 1385:11
**court** [15] - 1235:18, 1287:16, 1287:18, 1287:19, 1296:7, 1317:14, 1338:13, 1350:25, 1362:1, 1362:4, 1372:2, 1373:14, 1373:22, 1375:10, 1375:14
**COURT** [247] - 1227:1, 1229:14, 1229:20, 1229:25, 1230:3, 1233:4, 1235:22, 1236:11, 1236:16, 1236:18, 1236:21, 1237:2, 1237:5, 1237:8, 1237:11, 1237:18, 1237:20, 1237:23, 1238:3, 1238:5, 1238:7, 1238:10, 1238:13, 1238:17, 1238:21, 1238:24, 1239:7, 1239:12, 1239:15, 1239:20, 1239:23, 1240:1, 1240:5, 1240:8, 1240:12, 1240:15, 1240:17, 1240:22, 1241:2, 1246:21, 1247:12, 1248:11, 1249:21, 1250:5, 1251:8, 1252:13, 1252:16, 1254:15, 1256:13, 1258:7, 1258:14, 1258:16, 1260:8, 1261:25, 1264:17, 1266:9, 1268:11, 1270:4, 1270:8, 1271:2, 1271:6, 1271:10, 1272:8, 1273:3, 1273:6, 1273:9, 1273:16, 1273:22, 1274:19, 1275:16, 1275:21, 1277:3, 1277:8, 1283:4, 1283:6, 1283:8, 1283:12, 1283:16, 1283:25, 1284:4, 1284:7, 1290:15, 1290:18, 1290:25, 1291:12,

1291:23, 1292:2, 1292:5, 1292:7, 1292:9, 1293:1, 1293:3, 1293:8, 1295:13, 1295:24, 1296:3, 1296:6, 1296:18, 1296:22, 1297:21, 1298:20, 1298:24, 1299:3, 1300:10, 1301:22, 1303:1, 1303:4, 1303:7, 1304:21, 1305:4, 1305:8, 1305:12, 1306:14, 1307:5, 1308:13, 1309:25, 1311:5, 1311:9, 1312:13, 1313:17, 1314:16, 1316:6, 1316:9, 1316:11, 1316:14, 1316:16, 1316:19, 1316:22, 1317:1, 1317:5, 1317:13, 1318:18, 1323:14, 1325:4, 1325:11, 1326:10, 1326:15, 1341:20, 1342:17, 1342:23, 1343:11, 1344:10, 1344:17, 1344:22, 1345:11, 1345:18, 1345:21, 1345:24, 1346:2, 1346:4, 1346:10, 1346:18, 1346:23, 1347:16, 1347:21, 1348:9, 1349:3, 1349:7, 1349:12, 1349:18, 1350:5, 1350:18, 1350:21, 1350:24, 1351:3, 1353:9, 1354:23, 1355:3, 1355:10, 1355:13, 1355:16, 1355:25, 1357:2, 1357:6, 1357:9, 1357:19, 1357:23, 1358:3, 1358:6, 1358:11, 1358:15, 1359:1, 1359:6, 1359:16, 1360:4, 1360:9, 1360:13, 1361:10, 1361:16, 1362:17, 1362:22, 1363:11, 1363:18, 1363:22, 1364:2, 1364:13, 1364:23, 1365:9, 1365:16, 1365:22, 1366:14, 1367:17, 1368:2, 1368:5, 1368:11, 1368:20, 1369:8,

1369:15, 1370:13, 1370:20, 1370:24, 1371:4, 1371:14, 1371:21, 1372:6, 1373:4, 1373:12, 1373:15, 1373:17, 1374:4, 1374:24, 1375:16, 1375:19, 1376:10, 1376:16, 1377:2, 1377:5, 1377:7, 1378:8, 1378:15, 1378:25, 1379:8, 1379:11, 1379:19, 1379:22, 1379:25, 1380:25, 1381:11, 1381:15, 1382:11, 1382:16, 1383:4, 1383:17, 1383:22, 1384:1, 1384:4, 1385:1
**court's** [2] - 1375:22, 1375:25
**Court's** [13] - 1233:3, 1235:1, 1238:8, 1239:3, 1251:2, 1283:3, 1323:13, 1323:25, 1351:4, 1357:1, 1365:11, 1366:22, 1374:20
**court-certified** [1] - 1287:16
**courtesy** [5] - 1371:24, 1371:25, 1372:4, 1372:6, 1373:1
**Courthouse** [2] - 1227:23, 1385:11
**courthouse** [4] - 1362:23, 1366:16, 1370:4, 1372:18
**courtroom** [8] - 1229:17, 1355:11, 1357:22, 1357:25, 1358:2, 1379:18, 1380:2, 1381:25
**COURTROOM** [4] - 1229:2, 1238:22, 1289:9, 1364:3
**cover** [2] - 1281:24, 1382:13
**covered** [1] - 1381:21
**create** [1] - 1374:13
**created** [1] - 1342:10
**creator** [1] - 1320:11
**Creole** [49] - 1235:8, 1284:24, 1288:21, 1292:15, 1295:6, 1297:14, 1299:24, 1301:10, 1302:17, 1304:12, 1306:8, 1308:7, 1309:18,

1310:23, 1312:5, 1313:10, 1314:5, 1314:10, 1315:12, 1315:25, 1317:10, 1318:8, 1318:16, 1319:14, 1319:22, 1319:24, 1320:9, 1320:11, 1320:19, 1320:20, 1321:3, 1321:12, 1321:23, 1321:25, 1322:4, 1322:7, 1322:8, 1322:13, 1332:2, 1332:3, 1338:10, 1338:15, 1338:20, 1339:1, 1339:4, 1339:11, 1339:12, 1340:8, 1361:25
**crimes** [1] - 1243:7
**Criminal** [2] - 1227:3, 1229:3
**Croix** [3] - 1353:4, 1354:6, 1360:22
**Croix-des-Bouquets** [3] - 1353:4, 1354:6, 1360:22
**CROSS** [3] - 1233:6, 1277:10, 1326:11
**cross** [1] - 1292:25, 1293:1, 1293:2, 1293:9, 1295:11, 1297:20, 1297:21, 1300:9, 1301:21, 1302:23, 1304:24, 1305:10, 1306:13, 1308:12, 1309:24, 1311:4, 1311:8, 1312:12, 1313:16, 1314:15, 1316:25, 1341:23, 1344:21, 1344:25, 1347:4, 1347:12, 1351:9, 1352:22, 1371:19, 1372:9, 1372:20
**cross-examination** [9] - 1341:23, 1344:21, 1344:25, 1347:4, 1347:12, 1351:9, 1352:22, 1372:9, 1372:20
**CROSS-EXAMINATION** [3] - 1233:6, 1277:10, 1326:11
**CRR** [3] - 1227:22, 1385:3, 1385:10
**cultural** [9] - 1285:24, 1286:24, 1287:9, 1288:11, 1322:10, 1332:9, 1336:20,

1352:23, 1354:3
**culturally** [1] - 1333:25
**culture** [5] - 1285:21, 1287:14, 1333:16, 1336:17
**cumbersome** [1] - 1365:1
**current** [2] - 1286:3, 1286:19
**cursor** [1] - 1356:15
**custodian** [3] - 1239:3, 1239:11, 1240:7

## D

**D.C** [3] - 1286:10, 1331:2, 1331:15
**d91ffc** [1] - 1302:8
**dare** [1] - 1326:16
**Date** [11] - 1251:15, 1251:19, 1253:24, 1255:22, 1257:17, 1259:17, 1261:10, 1263:15, 1265:20, 1267:12, 1269:17
**date** [23] - 1230:22, 1245:8, 1251:19, 1253:24, 1255:22, 1257:16, 1259:16, 1261:10, 1263:14, 1265:19, 1267:12, 1269:16, 1269:21, 1269:23, 1281:2, 1282:4, 1288:17, 1328:24, 1342:3, 1342:7, 1342:11, 1343:19, 1343:21
**Dated** [1] - 1385:8
**dated** [1] - 1280:25
**Dave** [1] - 1359:13
**days** [3] - 1233:16, 1287:25, 1365:8
**db1f1** [1] - 1308:1
**DC** [4] - 1227:14, 1227:16, 1227:24, 1385:13
**de6e9** [1] - 1306:2
**deadline** [6] - 1369:9, 1369:11, 1370:21, 1370:24, 1373:11
**deal** [2] - 1346:16, 1376:20
**dealing** [2] - 1363:9, 1365:1
**deals** [1] - 1381:17
**Debit** [1] - 1245:20
**Deborah** [1] - 1359:12
**December** [3] -

1230:21, 1230:25, 1231:4
**decide** [5] - 1231:9, 1232:23, 1320:15, 1349:18, 1382:20
**decided** [2] - 1231:10, 1376:21
**decision** [3] - 1319:7, 1383:4, 1383:5
**declaration** [4] - 1238:20, 1239:3, 1239:10, 1240:6
**DECO** [1] - 1352:13
**Deco** [4] - 1341:7, 1352:8, 1352:12, 1353:14
**Deerfield** [2] - 1241:23, 1242:6
**Defendant** [2] - 1227:6, 1227:17
**defendant** [4] - 1347:5, 1353:19, 1358:23, 1382:1
**defendant's** [1] - 1358:25
**defendants** [2] - 1243:23, 1244:1
**defense** [22] - 1238:1, 1341:23, 1344:2, 1344:5, 1352:8, 1361:24, 1362:6, 1364:7, 1364:14, 1365:12, 1368:24, 1369:2, 1371:8, 1371:16, 1371:25, 1372:8, 1372:17, 1373:9, 1375:16, 1376:20, 1377:8, 1380:5
**definitely** [1] - 1374:19
**degree** [2] - 1285:11, 1372:8
**deny** [1] - 1382:6
**DEPARTMENT** [1] - 1227:15
**depict** [12] - 1248:4, 1249:14, 1252:4, 1254:8, 1256:6, 1257:25, 1260:1, 1261:19, 1264:11, 1266:2, 1268:4, 1269:23
**depicted** [4] - 1250:10, 1253:4, 1258:8, 1268:14
**DEPUTY** [4] - 1229:2, 1238:22, 1289:9, 1364:3
**des** [3] - 1353:4, 1354:6, 1360:22

**describe** [5] - 1244:21, 1245:15, 1267:21, 1287:1, 1318:20
**described** [1] - 1342:3
**description** [1] - 1354:8
**desire** [1] - 1235:16
**detention** [2] - 1243:24, 1278:16
**determinations** [1] - 1337:5
**determine** [16] - 1253:8, 1255:7, 1257:4, 1259:5, 1260:24, 1263:3, 1265:8, 1267:1, 1269:4, 1334:24, 1337:19, 1338:5, 1338:19, 1339:4, 1339:11, 1362:22
**development** [1] - 1242:16
**develops** [1] - 1382:17
**DG** [3] - 1323:4, 1323:6, 1323:7
**dictionaries** [1] - 1335:21, 1335:23, 1336:7, 1339:3, 1339:7, 1339:11
**dictionary** [19] - 1321:2, 1321:3, 1321:5, 1336:3, 1336:6, 1336:8, 1336:9, 1336:12, 1336:19, 1337:7, 1337:10, 1337:14, 1338:2, 1338:18, 1339:2, 1340:16, 1351:11, 1351:25, 1352:1
**differ** [1] - 1264:2
**difference** [2] - 1262:11, 1320:16
**different** [20] - 1243:1, 1286:25, 1318:22, 1331:19, 1333:17, 1336:7, 1338:3, 1339:7, 1352:2, 1352:18, 1354:4, 1360:7, 1378:23, 1378:25, 1379:1, 1379:12, 1380:23, 1383:2
**differentiate** [2] - 1264:4, 1322:10
**differently** [1] - 1340:13
**difficult** [1] - 1373:16
**difficulty** [1] - 1373:23
**digits** [1] - 1298:4

**DIRECT** [3] - 1230:6, 1241:5, 1284:11
**directly** [1] - 1281:10
**disclose** [1] - 1367:13
**discrete** [1] - 1288:20
**discuss** [1] - 1247:17
**discussed** [5] - 1295:17, 1318:7, 1352:19, 1380:4, 1383:10
**discussing** [1] - 1378:9
**discussion** [4] - 1234:15, 1239:2, 1366:11, 1373:5
**discussions** [2] - 1231:5, 1231:8
**disk** [4] - 1334:14, 1334:17, 1334:19, 1334:21
**display** [3] - 1239:18, 1274:4, 1348:11
**DISTRICT** [3] - 1227:1, 1227:1, 1227:9
**disturbing** [1] - 1366:22
**division** [2] - 1241:14, 1277:20
**document** [39] - 1245:16, 1245:18, 1246:6, 1246:24, 1247:21, 1249:9, 1251:10, 1251:14, 1251:24, 1253:19, 1253:22, 1254:3, 1255:17, 1256:1, 1257:12, 1257:20, 1259:12, 1259:21, 1261:6, 1261:14, 1263:11, 1263:18, 1265:15, 1265:24, 1267:8, 1267:16, 1269:12, 1269:20, 1287:6, 1287:8, 1290:10, 1324:5, 1342:10, 1342:25, 1343:2, 1343:17, 1348:17, 1348:19, 1359:2
**documents** [1] - 1288:10
**Dominican** [1] - 1360:19
**Don** [1] - 1278:12
**done** [16] - 1315:8, 1317:24, 1318:2, 1319:2, 1319:8, 1321:17, 1322:18, 1331:15, 1361:14, 1362:25, 1367:4,

1374:6, 1374:10, 1376:6, 1377:5, 1383:20
**door** [1] - 1282:17
**Dor** [22] - 1244:17, 1245:4, 1255:2, 1256:24, 1258:25, 1260:19, 1262:23, 1264:12, 1265:3, 1266:21, 1268:24, 1270:20, 1271:23, 1272:20, 1274:10, 1275:7, 1276:14, 1278:17, 1280:16, 1280:19, 1281:18, 1282:6
**Dor's** [5] - 1244:10, 1278:21, 1279:4, 1279:16, 1280:5
**dot** [8] - 1250:5, 1250:6, 1258:14, 1258:15, 1262:12, 1262:14, 1262:16, 1262:18
**down** [11] - 1237:9, 1283:9, 1285:2, 1288:1, 1293:11, 1341:4, 1341:17, 1343:16, 1351:1, 1356:20, 1376:16
**driving** [3] - 1282:1, 1282:6, 1360:22
**Duncan** [8] - 1289:7, 1342:18, 1354:11, 1362:15, 1363:16, 1364:11, 1370:5, 1372:16
**duplicate** [2] - 1275:20, 1276:6
**duration** [2] - 1231:16, 1234:10
**during** [14] - 1244:12, 1247:15, 1286:15, 1312:1, 1327:6, 1327:25, 1328:21, 1329:1, 1329:2, 1330:6, 1330:10, 1330:12, 1343:23, 1381:17
**Durska** [1] - 1229:5
**Durska-Murray** [1] - 1229:5

**E**

**e9b52** [1] - 1310:17
**earned** [1] - 1285:11
**earthquake** [2] - 1351:20, 1351:23
**easier** [1] - 1262:19
**easy** [1] - 1374:2

**economics** [2] - 1285:3, 1285:8
**educational** [1] - 1284:25
**efficiency** [1] - 1365:11
**efficient** [2] - 1347:6, 1365:17
**eight** [2] - 1230:12, 1277:1
**either** [3] - 1337:6, 1364:21, 1369:6
**Eliande** [5] - 1290:6, 1290:11, 1291:10, 1335:3, 1335:7
**Elita** [1] - 1229:18
**ELITA** [1] - 1227:20
**ELMO** [1] - 1358:23
**email** [1] - 1379:3
**embarrassing** [1] - 1350:25
**Embassy** [1] - 1360:19
**emphasis** [2] - 1331:24, 1331:25
**employer** [1] - 1298:12
**empty** [1] - 1251:14
**encompass** [1] - 1379:16
**end** [10] - 1238:6, 1247:24, 1281:3, 1322:15, 1350:14, 1350:22, 1356:5, 1361:15, 1373:6, 1378:7
**English** [46] - 1284:24, 1288:21, 1292:15, 1295:6, 1297:14, 1301:10, 1302:17, 1304:12, 1304:18, 1305:24, 1306:8, 1307:19, 1307:24, 1308:7, 1309:18, 1310:23, 1312:5, 1313:10, 1314:5, 1315:12, 1315:25, 1317:10, 1318:21, 1320:6, 1320:9, 1320:18, 1322:6, 1322:11, 1322:15, 1323:18, 1324:6, 1324:8, 1329:9, 1329:12, 1329:13, 1329:14, 1329:21, 1329:25, 1330:10, 1330:22, 1332:1, 1332:3, 1338:6, 1338:16, 1338:24, 1339:2
**entail** [1] - 1285:19
**entails** [1] - 1285:20

**entire** [3] - 1327:25, 1347:9, 1348:21
**entirety** [4] - 1290:18, 1316:4, 1347:2, 1360:5
**entitled** [1] - 1369:22
**error** [1] - 1273:14
**especially** [2] - 1333:13, 1351:18
**ESQ** [3] - 1227:15, 1227:17, 1227:20
**essence** [2] - 1376:6, 1379:6
**essentially** [1] - 1367:22
**estimate** [3] - 1325:18, 1348:19, 1383:17
**et** [4] - 1302:8, 1306:2, 1308:1, 1309:8, 1310:17, 1313:4
**evaluative** [1] - 1286:20
**evidence** [44] - 1239:5, 1242:22, 1244:20, 1245:13, 1247:25, 1250:4, 1252:23, 1254:23, 1256:20, 1258:13, 1260:15, 1262:6, 1264:23, 1266:15, 1268:19, 1270:12, 1270:14, 1270:15, 1272:12, 1274:1, 1274:23, 1275:25, 1276:8, 1290:13, 1290:19, 1291:15, 1291:24, 1292:5, 1296:14, 1301:15, 1307:6, 1310:1, 1316:13, 1316:17, 1319:18, 1321:7, 1325:15, 1361:9, 1361:19, 1366:9, 1375:20, 1376:13, 1376:20, 1381:16
**Evidence** [1] - 1242:22
**evolves** [1] - 1351:16
**ex** [4] - 1376:25, 1377:3, 1377:8, 1377:10
**exact** [3] - 1317:22, 1325:21, 1342:3
**exactly** [4] - 1236:6, 1345:4, 1375:23, 1375:24
**examination** [10] - 1291:13, 1341:23, 1344:21, 1344:25, 1347:4, 1347:12, 1351:9, 1352:22,

1372:9, 1372:20
**EXAMINATION** [8] - 1230:6, 1233:6, 1235:23, 1241:5, 1277:10, 1284:11, 1326:11, 1341:21
**examine** [1] - 1236:12
**example** [5] - 1285:22, 1287:10, 1288:11, 1320:17, 1351:20
**except** [2] - 1361:17, 1362:3
**excerpt** [1] - 1280:22
**exclude** [1] - 1380:19
**excluded** [1] - 1381:24
**excluding** [2] - 1381:16, 1381:17
**excuse** [21] - 1231:5, 1237:1, 1237:5, 1245:6, 1256:15, 1258:17, 1260:10, 1261:13, 1288:18, 1294:21, 1316:14, 1342:13, 1344:12, 1346:6, 1350:14, 1357:21, 1358:1, 1364:17, 1371:9, 1371:15, 1373:20
**excused** [7] - 1236:24, 1237:9, 1357:7, 1357:22, 1357:24, 1358:1, 1379:20
**execution** [1] - 1244:12
**Executive** [1] - 1359:22
**Exhibit** [217] - 1238:19, 1239:22, 1240:4, 1240:10, 1240:19, 1244:19, 1245:12, 1246:5, 1246:12, 1246:19, 1247:10, 1247:20, 1248:15, 1249:8, 1249:19, 1250:3, 1250:7, 1250:23, 1251:4, 1251:11, 1251:23, 1252:9, 1252:22, 1252:25, 1253:14, 1253:17, 1253:19, 1254:2, 1254:13, 1254:22, 1254:24, 1255:12, 1255:15, 1255:19, 1255:25, 1256:11, 1256:19, 1256:21, 1257:7, 1257:11, 1257:13, 1257:19, 1258:5, 1258:9, 1258:12, 1258:22,

1259:8, 1259:11, 1259:13, 1259:20, 1260:6, 1260:8, 1260:10, 1260:14, 1260:16, 1261:2, 1261:6, 1261:7, 1261:13, 1261:23, 1262:2, 1262:6, 1262:7, 1262:20, 1263:6, 1263:10, 1263:11, 1263:17, 1264:8, 1264:15, 1264:19, 1264:22, 1264:24, 1265:11, 1265:14, 1265:16, 1265:23, 1266:6, 1266:14, 1266:16, 1267:4, 1267:7, 1267:9, 1267:15, 1268:8, 1268:18, 1268:20, 1269:8, 1269:11, 1269:13, 1269:22, 1270:2, 1270:7, 1270:12, 1270:23, 1272:5, 1272:10, 1272:12, 1273:1, 1273:5, 1273:24, 1274:17, 1274:21, 1275:14, 1280:21, 1281:13, 1289:19, 1289:23, 1290:2, 1290:14, 1290:17, 1291:18, 1291:21, 1292:19, 1292:23, 1293:11, 1293:16, 1293:19, 1293:25, 1294:4, 1294:11, 1294:14, 1294:25, 1295:3, 1295:10, 1295:22, 1296:25, 1297:1, 1299:7, 1299:20, 1300:3, 1300:6, 1300:7, 1300:12, 1300:17, 1300:23, 1301:4, 1301:13, 1301:14, 1301:24, 1302:2, 1302:4, 1303:12, 1304:2, 1304:5, 1304:17, 1305:15, 1305:18, 1305:20, 1306:11, 1306:17, 1306:20, 1307:9, 1307:12, 1307:15, 1307:20, 1308:10, 1308:11, 1308:15, 1308:18, 1309:1, 1309:10, 1309:14, 1310:2, 1310:5, 1310:10, 1311:1, 1311:11,

1311:15, 1311:18,
1312:8, 1312:9,
1312:16, 1312:20,
1312:23, 1313:14,
1313:19, 1313:23,
1314:2, 1314:14,
1314:18, 1314:21,
1314:24, 1315:15,
1315:18, 1316:3,
1316:4, 1316:5,
1316:13, 1317:4,
1319:18, 1319:19,
1321:8, 1323:16,
1324:3, 1324:24,
1325:1, 1326:4,
1340:1, 1340:24,
1342:22, 1343:18,
1344:7, 1345:2,
1352:7, 1355:19,
1356:3, 1356:15,
1357:17, 1358:9,
1359:19, 1359:23,
1360:3, 1360:15,
1361:6, 1361:8
**exhibit** [39] - 1238:24,
1238:25, 1239:15,
1244:21, 1246:23,
1252:13, 1253:14,
1269:22, 1270:8,
1273:10, 1275:18,
1275:19, 1276:4,
1276:6, 1276:22,
1276:23, 1280:7,
1282:12, 1289:20,
1290:13, 1290:21,
1291:14, 1298:20,
1298:25, 1299:16,
1302:21, 1303:15,
1303:17, 1316:11,
1319:23, 1334:4,
1334:9, 1347:7,
1348:21, 1356:20,
1375:11, 1378:13,
1384:5
**Exhibits** [2] - 1276:20,
1289:14
**exhibits** [11] -
1295:17, 1298:18,
1299:6, 1305:1,
1318:19, 1319:17,
1373:9, 1375:3,
1375:15, 1378:14
**expect** [1] - 1283:16
**expeditious** [1] -
1349:2
**experience** [2] -
1323:8, 1332:22
**expertise** [1] - 1325:7
**explain** [7] - 1236:23,
1238:1, 1289:22,

1298:2, 1317:7,
1321:21, 1351:14
**explanation** [1] -
1298:22
**express** [1] - 1235:16
**extend** [2] - 1371:25,
1372:4
**extent** [1] - 1291:1
**exterior** [1] - 1246:15
**extraction** [1] -
1290:16
**extraterritorial** [3] -
1230:14, 1241:17,
1277:25
**extremely** [1] -
1383:12

## F

**facility** [1] - 1244:24
**fact** [2] - 1363:14,
1383:18
**facts** [4] - 1371:12,
1380:23, 1381:3,
1382:4
**fair** [17] - 1294:10,
1297:13, 1300:1,
1304:11, 1306:7,
1308:6, 1309:17,
1310:22, 1312:4,
1313:9, 1314:9,
1315:11, 1315:24,
1354:6, 1359:24,
1373:12, 1380:11
**fairly** [16] - 1246:14,
1247:5, 1248:4,
1249:14, 1254:8,
1256:6, 1257:25,
1260:1, 1261:19,
1264:10, 1266:2,
1268:4, 1282:17,
1295:5, 1301:9,
1302:16
**fall** [3] - 1243:11,
1277:18, 1277:21
**familiar** [4] - 1241:22,
1241:25, 1353:25,
1354:3
**family** [1] - 1361:2
**far** [2] - 1242:3,
1373:17
**father** [1] - 1359:12
**FBI** [19] - 1230:11,
1230:15, 1230:23,
1231:17, 1232:6,
1242:9, 1242:12,
1242:24, 1251:6,
1277:15, 1283:15,
1286:1, 1286:4,
1286:8, 1325:16,

1331:4, 1342:9,
1361:5, 1380:6
**FBI's** [1] - 1342:6
**federal** [1] - 1381:16
**Federal** [2] - 1241:13,
1285:15
**felt** [2] - 1237:15,
1351:23
**female** [3] - 1322:2,
1322:10, 1322:14
**few** [9] - 1235:3,
1238:15, 1243:7,
1282:18, 1285:9,
1287:25, 1297:25,
1344:23, 1350:16
**figure** [4] - 1362:5,
1366:22, 1372:1,
1380:12
**file** [105] - 1289:14,
1289:16, 1290:2,
1293:12, 1293:18,
1293:19, 1293:22,
1293:23, 1294:3,
1294:7, 1294:11,
1294:13, 1294:16,
1294:18, 1294:20,
1295:16, 1295:18,
1295:19, 1297:8,
1297:9, 1297:10,
1297:14, 1298:3,
1298:17, 1299:12,
1299:24, 1300:13,
1301:24, 1302:6,
1305:24, 1306:1,
1306:8, 1306:20,
1306:21, 1306:22,
1306:24, 1307:1,
1307:12, 1307:13,
1307:14, 1307:16,
1307:17, 1307:19,
1307:25, 1308:1,
1308:6, 1308:15,
1308:18, 1308:19,
1308:20, 1308:22,
1308:23, 1308:25,
1309:6, 1309:7,
1310:5, 1310:8,
1310:9, 1310:15,
1310:16, 1311:14,
1311:16, 1311:17,
1311:22, 1311:23,
1312:17, 1312:19,
1312:21, 1312:22,
1313:2, 1313:3,
1313:22, 1314:21,
1314:22, 1314:23,
1315:4, 1315:5,
1316:5, 1316:7,
1316:8, 1324:21,
1334:24, 1340:25,

1341:3, 1345:16,
1345:19, 1345:24,
1347:8, 1348:10,
1348:11, 1348:13,
1350:2, 1350:10,
1350:11, 1354:20,
1354:25, 1355:7,
1356:8, 1356:18,
1356:21
**files** [24] - 1294:14,
1296:15, 1299:7,
1299:9, 1299:10,
1300:2, 1300:16,
1300:17, 1300:18,
1300:19, 1301:4,
1301:15, 1303:15,
1317:8, 1317:10,
1318:20, 1318:21,
1319:10, 1324:23,
1325:19, 1326:3,
1326:5, 1334:23
**final** [4] - 1269:7,
1318:5, 1319:7,
1321:11
**finally** [2] - 1275:17,
1314:17
**fine** [15] - 1237:20,
1239:4, 1277:14,
1289:11, 1304:19,
1364:12, 1364:16,
1364:20, 1365:25,
1366:2, 1366:6,
1369:6, 1370:22,
1382:11
**finished** [4] - 1285:1,
1319:5, 1330:2,
1343:10
**firearm** [30] - 1248:21,
1250:3, 1250:14,
1250:19, 1251:11,
1251:17, 1252:24,
1253:9, 1253:19,
1255:8, 1255:17,
1256:15, 1257:5,
1257:13, 1259:6,
1259:12, 1260:10,
1260:25, 1261:7,
1263:4, 1263:11,
1264:24, 1265:9,
1265:15, 1266:17,
1267:2, 1267:9,
1268:13, 1269:5,
1269:12
**firearm's** [1] - 1249:4
**firearms** [25] - 1248:5,
1248:13, 1248:14,
1249:1, 1249:15,
1252:5, 1254:9,
1255:1, 1256:7,
1256:23, 1258:1,

1258:24, 1260:2,
1260:18, 1261:20,
1262:22, 1264:11,
1265:2, 1266:3,
1266:20, 1268:5,
1268:22, 1268:23,
1269:24, 1283:23
**FIRM** [1] - 1227:18
**first** [40] - 1230:20,
1230:21, 1238:18,
1286:9, 1286:10,
1290:2, 1293:18,
1293:19, 1293:22,
1294:7, 1299:9,
1300:16, 1303:16,
1304:23, 1306:20,
1306:24, 1307:12,
1308:18, 1309:5,
1310:14, 1311:14,
1312:19, 1314:21,
1323:18, 1329:9,
1329:21, 1331:7,
1343:7, 1343:9,
1347:11, 1358:18,
1363:9, 1366:17,
1367:1, 1367:5,
1374:9, 1376:12,
1378:17, 1378:21
**five** [6] - 1277:1,
1299:10, 1303:15,
1327:14, 1350:20,
1357:10
**flights** [1] - 1232:6
**Floor** [2] - 1227:18,
1227:20
**Florida** [9] - 1241:19,
1241:20, 1245:5,
1246:1, 1278:5,
1284:22, 1285:4,
1285:7, 1285:16
**fluent** [1] - 1338:10
**folder** [14] - 1272:14,
1274:3, 1289:14,
1293:12, 1293:18,
1293:19, 1294:13,
1295:16, 1295:19,
1298:17, 1299:5,
1300:13, 1310:5,
1312:17
**folders** [3] - 1289:16,
1295:18, 1296:13
**following** [9] -
1235:17, 1235:18,
1237:12, 1242:18,
1243:5, 1243:8,
1244:3, 1278:17,
1346:21
**FOR** [1] - 1227:1
**force** [2] - 1243:7,
1277:22

**foregoing** [1] - 1385:4
**foreign** [1] - 1332:1
**forgot** [1] - 1351:1
**form** [2] - 1232:3, 1280:7
**forth** [2] - 1372:3
**foundation** [4] - 1318:10, 1325:7, 1344:24, 1359:14
**Foundation** [2] - 1359:20, 1359:23
**four** [8] - 1276:25, 1277:16, 1293:15, 1299:9, 1330:15, 1358:16, 1365:23, 1378:19
**fourth** [1] - 1294:20
**frame** [3] - 1232:21, 1347:24, 1363:6
**frankly** [1] - 1371:18
**French** [3] - 1284:24, 1286:22, 1330:8
**frequently** [2] - 1286:12, 1286:16
**Friday** [1] - 1227:4
**front** [46] - 1270:14, 1272:15, 1273:23, 1275:9, 1275:25, 1289:13, 1291:21, 1292:11, 1293:13, 1297:4, 1298:7, 1299:21, 1300:13, 1300:22, 1300:24, 1301:25, 1303:12, 1305:16, 1305:21, 1306:16, 1306:24, 1307:10, 1307:21, 1308:16, 1308:22, 1308:24, 1309:2, 1310:3, 1310:6, 1310:11, 1311:12, 1311:19, 1312:15, 1312:24, 1313:20, 1313:25, 1314:19, 1314:25, 1315:15, 1319:20, 1321:9, 1323:16, 1324:2, 1342:21, 1348:17, 1356:6
**full** [4] - 1267:25, 1284:14, 1302:21, 1385:5
**functionally** [1] - 1378:24

## G

**gallery** [2] - 1237:13, 1346:22
**gang** [1] - 1243:7

**garage** [1] - 1282:17
**gather** [1] - 1282:12
**gender** [1] - 1322:12
**gendered** [2] - 1322:5, 1322:9
**general** [2] - 1247:13, 1323:10
**generally** [3] - 1320:17, 1324:25, 1326:5
**gentleman** [2] - 1343:4, 1353:18
**GERMINE** [1] - 1227:5
**Germine** [11] - 1229:4, 1229:16, 1229:19, 1290:19, 1298:4, 1298:6, 1298:24, 1343:19, 1353:19, 1355:1, 1379:10
**girlfriend** [3] - 1230:24, 1233:10, 1233:12
**given** [10] - 1239:7, 1279:4, 1281:5, 1325:14, 1334:14, 1334:17, 1334:21, 1358:22, 1371:24, 1378:9
**goudou** [4] - 1351:21, 1351:22
**Government** [1] - 1249:19
**government** [77] - 1229:8, 1229:12, 1229:23, 1230:1, 1239:9, 1239:21, 1240:19, 1240:24, 1246:18, 1247:9, 1248:8, 1249:18, 1251:5, 1252:8, 1254:12, 1256:10, 1258:4, 1260:5, 1270:1, 1270:22, 1272:5, 1272:25, 1274:17, 1275:13, 1276:19, 1283:15, 1284:6, 1292:22, 1295:9, 1295:22, 1301:13, 1304:25, 1306:11, 1309:21, 1312:8, 1314:14, 1316:3, 1342:15, 1344:13, 1346:13, 1348:15, 1349:5, 1350:7, 1357:16, 1360:2, 1360:10, 1361:13, 1363:4, 1363:20, 1363:24, 1364:7, 1365:7, 1365:12, 1367:12,

1367:24, 1368:13, 1368:24, 1371:10, 1371:19, 1371:24, 1372:5, 1372:12, 1372:22, 1372:24, 1374:21, 1375:2, 1376:12, 1378:12, 1379:22, 1380:9, 1380:11, 1381:2, 1381:5, 1382:18, 1383:9, 1383:15, 1383:25
**Government's** [118] - 1238:19, 1239:22, 1240:10, 1244:19, 1245:12, 1246:5, 1246:12, 1246:19, 1248:9, 1248:15, 1251:4, 1251:23, 1252:22, 1253:17, 1254:22, 1255:25, 1256:19, 1258:5, 1258:12, 1260:14, 1261:5, 1263:10, 1263:17, 1264:8, 1266:14, 1268:18, 1269:10, 1273:1, 1273:5, 1273:24, 1274:17, 1274:21, 1290:14, 1291:18, 1292:19, 1292:23, 1293:16, 1293:19, 1294:11, 1294:13, 1294:25, 1295:2, 1295:10, 1299:19, 1300:3, 1300:6, 1300:7, 1300:12, 1300:17, 1300:23, 1301:4, 1301:14, 1301:24, 1302:2, 1302:4, 1303:11, 1304:5, 1304:17, 1305:15, 1305:18, 1305:20, 1306:17, 1306:20, 1307:12, 1307:15, 1307:20, 1308:11, 1308:14, 1308:18, 1309:1, 1309:10, 1309:14, 1310:2, 1310:10, 1311:1, 1311:11, 1311:14, 1311:18, 1312:9, 1312:16, 1312:19, 1312:23, 1313:19, 1313:23, 1313:24, 1314:2, 1314:18, 1314:21, 1314:24, 1315:14, 1315:18, 1316:3, 1317:4, 1319:18, 1319:19, 1321:8,

1324:3, 1324:24, 1326:3, 1340:1, 1340:24, 1342:22, 1343:6, 1343:18, 1344:7, 1352:7, 1355:19, 1356:3, 1356:15, 1357:16, 1358:9, 1359:19, 1359:23, 1360:2, 1360:11, 1360:15, 1361:6, 1361:8
**government's** [3] - 1344:9, 1362:18, 1362:20
**graciously** [1] - 1365:7
**grade** [1] - 1329:16
**graduation** [1] - 1242:15
**grand** [1] - 1244:1
**great** [1] - 1232:2
**Greystone** [1] - 1245:4
**group** [1] - 1339:13
**guess** [5] - 1272:14, 1350:13, 1358:3, 1365:22, 1376:8
**Guillen** [8] - 1360:16, 1360:18, 1360:19, 1360:24, 1360:25, 1361:1, 1361:3, 1361:4
**guilty** [1] - 1230:18
**guns** [1] - 1360:23
**guys** [1] - 1371:6

## H

**Haiti** [38] - 1232:24, 1243:9, 1243:13, 1243:21, 1277:23, 1284:18, 1284:19, 1284:21, 1285:1, 1287:10, 1287:22, 1288:2, 1327:1, 1327:2, 1327:4, 1330:3, 1330:7, 1330:14, 1332:14, 1333:2, 1333:7, 1333:16, 1333:18, 1333:22, 1351:18, 1352:23, 1353:6, 1353:10, 1353:12, 1353:21, 1354:1, 1359:15, 1359:21, 1360:19, 1360:22
**Haitian** [43] - 1235:8, 1284:24, 1286:22, 1288:21, 1292:15, 1295:6, 1297:14, 1299:24, 1301:10, 1302:17, 1304:11,

1306:8, 1308:7, 1309:18, 1310:23, 1312:5, 1313:9, 1314:5, 1314:10, 1315:12, 1315:25, 1317:10, 1318:8, 1318:16, 1319:14, 1319:22, 1319:24, 1320:9, 1320:11, 1320:18, 1320:20, 1321:3, 1321:12, 1321:23, 1321:25, 1322:4, 1322:7, 1322:8, 1322:13, 1332:3, 1335:25, 1336:4, 1339:1
**Haitian-American** [1] - 1335:25
**Haitian-Creole** [35] - 1235:8, 1284:24, 1288:21, 1292:15, 1295:6, 1297:14, 1299:24, 1301:10, 1302:17, 1306:8, 1308:7, 1309:18, 1310:23, 1312:5, 1314:5, 1314:10, 1315:12, 1315:25, 1317:10, 1318:8, 1318:16, 1319:14, 1319:22, 1319:24, 1320:9, 1320:11, 1320:20, 1321:3, 1321:12, 1321:23, 1321:25, 1322:4, 1322:7, 1322:8, 1322:13
**Haitian-Creole-into** [1] - 1339:1
**Haitian-Creole-to-English** [1] - 1332:3
**half** [8] - 1309:10, 1324:5, 1327:23, 1347:1, 1348:25, 1350:8, 1350:9
**hallways** [1] - 1282:23
**hand** [7] - 1251:3, 1273:5, 1275:18, 1314:8, 1314:10, 1320:5, 1321:23
**handed** [3] - 1253:18, 1267:8, 1269:11
**handful** [1] - 1279:14
**handle** [2] - 1273:15, 1361:22
**handwritten** [1] - 1270:5
**hard** [1] - 1374:17
**heads** [1] - 1364:5
**hear** [16] - 1287:5,

1396

1288:17, 1296:6,
1296:7, 1296:17,
1304:22, 1317:23,
1320:18, 1320:25,
1329:15, 1329:16,
1341:12, 1346:8,
1355:24, 1357:23,
1363:8
**heard** [6] - 1341:5,
1341:8, 1352:12,
1364:9, 1364:13,
1376:4
**hearing** [8] - 1237:13,
1278:16, 1278:17,
1341:15, 1346:22,
1367:9, 1368:22,
1384:14
**hearings** [1] - 1243:24
**hears** [3] - 1340:9,
1374:12, 1374:14
**held** [3] - 1237:12,
1346:21, 1377:10
**HELD** [1] - 1227:9
**help** [2] - 1278:1,
1362:12
**helpful** [3] - 1349:12,
1349:16, 1372:14
**helpfully** [1] - 1364:11
**hereby** [1] - 1385:3
**high** [9] - 1285:2,
1329:10, 1329:11,
1329:14, 1329:17,
1329:24, 1330:2
**highlight** [1] - 1343:6
**highly** [1] - 1383:8
**himself** [1] - 1280:16
**hired** [1] - 1331:18
**Hispaniola** [1] -
1353:11
**hold** [1] - 1274:7
**holding** [13] - 1250:13,
1250:14, 1250:19,
1252:25, 1253:9,
1255:8, 1257:13,
1259:6, 1264:25,
1265:9, 1265:16,
1266:17, 1267:2
**Honor** [155] - 1229:2,
1229:11, 1229:15,
1229:18, 1229:24,
1233:2, 1235:4,
1236:24, 1237:14,
1238:12, 1238:14,
1239:2, 1239:14,
1239:17, 1240:3,
1240:13, 1240:23,
1241:1, 1250:6,
1250:25, 1251:2,
1252:15, 1258:15,
1258:18, 1258:21,

1266:7, 1268:9,
1270:2, 1272:4,
1273:8, 1273:12,
1274:16, 1275:19,
1276:3, 1277:4,
1277:7, 1277:9,
1283:5, 1283:7,
1283:10, 1283:14,
1283:18, 1284:5,
1284:9, 1290:8,
1290:12, 1290:22,
1292:1, 1292:6,
1292:8, 1292:21,
1293:7, 1295:8,
1295:12, 1295:21,
1296:2, 1296:4,
1296:8, 1296:11,
1296:21, 1297:18,
1297:24, 1298:21,
1299:1, 1299:13,
1300:5, 1300:8,
1301:12, 1301:16,
1301:20, 1302:19,
1303:3, 1303:9,
1304:14, 1304:19,
1304:23, 1305:11,
1306:10, 1307:3,
1308:9, 1309:20,
1310:25, 1311:7,
1312:7, 1313:12,
1314:13, 1316:2,
1316:10, 1316:18,
1316:21, 1317:3,
1317:15, 1325:3,
1325:8, 1326:8,
1342:14, 1342:15,
1343:13, 1344:1,
1344:5, 1344:8,
1344:16, 1344:24,
1345:13, 1345:14,
1345:17, 1345:20,
1346:1, 1346:6,
1346:12, 1346:15,
1346:24, 1347:11,
1348:14, 1351:2,
1351:4, 1355:2,
1355:4, 1355:12,
1355:14, 1355:15,
1355:17, 1357:4,
1357:8, 1357:14,
1357:15, 1357:21,
1358:14, 1359:3,
1359:18, 1360:1,
1360:21, 1361:9,
1361:12, 1361:15,
1361:21, 1363:12,
1364:3, 1364:16,
1364:20, 1365:6,
1366:21, 1366:25,
1368:13, 1373:13,
1373:20, 1374:9,

1375:5, 1376:9,
1378:21, 1379:4,
1381:7, 1382:8,
1383:21, 1384:3
**HONORABLE** [1] -
1227:9
**hope** [3] - 1235:16,
1372:13, 1372:14
**hostage** [5] - 1243:12,
1277:23, 1360:23,
1360:24, 1361:1
**hostage-taking** [2] -
1243:12, 1277:23
**hour** [6] - 1346:25,
1348:25, 1350:7,
1350:9, 1356:25,
1363:24
**hours** [4] - 1347:1,
1348:8, 1356:25,
1362:10
**Hwa** [1] - 1359:12
**Hyun** [1] - 1359:12

# I

**idea** [2] - 1283:25,
1380:9
**ideal** [1] - 1362:4
**identification** [5] -
1290:9, 1325:6,
1342:22, 1344:6,
1354:24
**identified** [5] -
1299:14, 1322:19,
1326:21, 1361:5,
1374:20
**identify** [9] - 1291:7,
1296:10, 1334:8,
1346:4, 1363:2,
1367:5, 1367:24,
1369:9, 1370:11
**identifying** [6] -
1366:15, 1368:2,
1368:5, 1368:24,
1369:3, 1380:17
**imagine** [1] - 1383:11
**impeach** [8] - 1237:21,
1364:19, 1368:15,
1368:16, 1368:19,
1370:3, 1376:23
**impeachable** [1] -
1366:12
**impeaching** [2] -
1237:19, 1238:2
**impeachment** [16] -
1363:14, 1363:21,
1364:1, 1364:8,
1365:5, 1365:21,
1367:14, 1368:1,
1368:3, 1369:4,

1369:12, 1370:19,
1371:19, 1372:25,
1375:3
**important** [2] -
1334:22, 1351:14
**impose** [1] - 1372:7
**imposed** [3] - 1369:2,
1381:12, 1381:13
**improper** [1] - 1291:9,
1347:23, 1348:10
**IN** [1] - 1227:1
**inappropriate** [1] -
1348:1
**inartfully** [1] - 1233:22
**include** [2] - 1249:3,
1349:21
**includes** [1] - 1358:20
**including** [3] -
1348:21, 1350:10,
1356:21
**Indiana** [2] - 1336:1,
1336:5
**indicate** [3] - 1269:20,
1334:20, 1347:8
**indicates** [1] - 1358:18
**indicating** [1] - 1374:5
**indication** [3] -
1350:2, 1369:25,
1382:2
**individual** [6] -
1230:23, 1231:1,
1248:25, 1319:9,
1319:14, 1328:17
**individually** [3] -
1292:4, 1296:13,
1296:16
**individuals** [3] -
1332:20, 1380:6,
1381:4
**indulgence** [11] -
1233:3, 1235:1,
1238:8, 1250:25,
1277:4, 1283:3,
1298:2, 1323:13,
1323:25, 1351:5,
1357:1
**inefficiency** [1] -
1383:23
**inefficient** [2] -
1371:20, 1371:21
**inform** [6] - 1364:18,
1365:13, 1371:8,
1372:11, 1372:21,
1374:21
**information** [11] -
1237:16, 1245:1,
1245:6, 1245:22,
1268:5, 1281:9,
1281:16, 1285:8,
1361:5, 1363:4,

1367:2
**Information** [2] -
1245:2, 1245:3
**informed** [6] -
1233:15, 1234:6,
1234:9, 1329:7,
1340:25, 1376:3
**informs** [1] - 1371:16
**initial** [1] - 1324:12
**initials** [2] - 1324:13,
1334:19
**input** [1] - 1288:14
**inquire** [1] - 1375:6
**inside** [8] - 1247:2,
1248:2, 1270:15,
1282:11, 1282:13,
1282:19, 1282:20,
1282:22
**insights** [1] - 1285:21
**instance** [3] - 1236:23,
1289:12, 1349:15
**instead** [3] - 1262:17,
1307:9, 1320:12
**instruction** [1] -
1330:7
**intend** [11] - 1292:4,
1348:6, 1367:6,
1368:13, 1368:14,
1368:16, 1368:18,
1368:19, 1370:3,
1370:7, 1372:18
**intending** [2] -
1366:18, 1369:4
**intention** [3] -
1367:13, 1368:10,
1370:16
**interaction** [3] -
1281:20, 1327:21,
1328:3
**interior** [4] - 1247:6,
1282:11, 1282:13,
1282:20
**internally** [1] -
1324:25, 1325:9,
1326:4
**international** [1] -
1285:12
**International** [2] -
1298:10, 1298:23
**Internet** [1] - 1351:11
**interpret** [4] - 1285:20,
1287:2, 1332:20
**interpretation** [6] -
1287:17, 1321:13,
1321:16, 1328:9,
1374:15, 1376:4
**interpretations** [1] -
1363:5
**interpreted** [2] -
1367:9, 1374:12

**interpreter** [8] - 1235:13, 1286:24, 1287:18, 1362:2, 1362:4, 1367:7, 1375:23, 1375:25
**interpreter's** [1] - 1376:3
**interpreters** [2] - 1229:6, 1372:2
**interpreting** [5] - 1287:16, 1287:19, 1288:7, 1328:15, 1328:19
**interruption** [1] - 1350:23
**interview** [21] - 1281:18, 1343:23, 1343:24, 1345:1, 1346:25, 1347:2, 1347:10, 1348:3, 1348:4, 1349:21, 1349:22, 1350:9, 1354:15, 1354:21, 1355:1, 1356:13, 1356:22, 1362:1, 1362:7, 1367:21, 1371:9
**interviewing** [1] - 1230:17
**interviews** [1] - 1244:4
**introduce** [3] - 1230:8, 1241:7, 1302:23
**Investigation** [2] - 1241:13, 1285:15
**investigation** [12] - 1243:9, 1243:12, 1243:15, 1243:19, 1243:21, 1244:5, 1278:3, 1287:21, 1287:24, 1288:5, 1288:13, 1327:6
**involved** [2] - 1277:22, 1287:23
**iron** [1] - 1262:17
**island** [3] - 1353:6, 1353:10, 1353:11
**issue** [7] - 1346:17, 1361:14, 1361:22, 1362:2, 1367:3, 1376:7, 1377:4
**issued** [1] - 1281:6
**issues** [1] - 1367:11
**item** [1] - 1295:19
**items** [4] - 1271:17, 1283:23, 1289:20, 1289:23
**itself** [3] - 1282:3, 1318:25, 1350:2

**J**

**January** [19] - 1227:4, 1232:10, 1232:14, 1233:13, 1233:16, 1233:18, 1233:19, 1233:20, 1233:23, 1234:1, 1234:20, 1234:23, 1235:6, 1235:12, 1235:15, 1288:15, 1288:19, 1385:8
**Jason** [1] - 1281:16
**job** [5] - 1286:8, 1286:9, 1287:15, 1351:15, 1352:2
**Jocelyn** [21] - 1244:9, 1244:17, 1245:4, 1255:2, 1256:24, 1258:25, 1260:19, 1262:23, 1264:12, 1265:3, 1266:21, 1268:24, 1270:20, 1271:23, 1272:20, 1274:10, 1275:7, 1276:14, 1278:17, 1278:21, 1281:18
**JOHN** [1] - 1227:9
**Joly** [2] - 1229:4, 1326:6
**JOLY** [1] - 1227:5
**Joseph** [2] - 1240:24, 1241:10
**JOSEPH** [3] - 1228:6, 1241:4, 1241:10
**jotting** [1] - 1317:18
**JPEGs** [1] - 1306:23
**judge** [2] - 1321:21, 1351:14
**JUDGE** [1] - 1227:9
**juncture** [1] - 1374:23
**June** [3] - 1359:14, 1359:21, 1359:22
**jury** [3] - 1244:1, 1346:20, 1350:6
**JUSTICE** [1] - 1227:15

**K**

**Karen** [1] - 1229:13
**KAREN** [1] - 1227:12
**keep** [1] - 1286:12
**KEN** [1] - 1241:10
**KENNY** [2] - 1228:6, 1241:4
**Kenny** [51] - 1240:24, 1241:2, 1241:10, 1241:12, 1242:8, 1245:15, 1246:6, 1246:24, 1247:13, 1247:21, 1248:25,

1249:9, 1250:7, 1251:10, 1251:24, 1252:11, 1252:19, 1252:24, 1254:3, 1254:18, 1254:24, 1256:1, 1256:14, 1256:21, 1257:10, 1258:22, 1259:21, 1260:9, 1260:16, 1262:1, 1262:7, 1262:20, 1263:18, 1265:8, 1265:24, 1266:10, 1266:16, 1267:15, 1268:14, 1268:20, 1269:19, 1270:5, 1270:11, 1271:13, 1272:11, 1273:25, 1274:22, 1275:22, 1276:7, 1277:12, 1283:8
**key** [2] - 1279:23, 1279:24
**Key** [1] - 1246:10
**kidnapped** [1] - 1359:19
**kidnapping** [5] - 1287:21, 1288:1, 1327:5, 1329:2, 1381:4
**kidnappings** [1] - 1243:21
**kilometers** [2] - 1353:8
**KIMBERLY** [1] - 1227:12
**Kimberly** [1] - 1229:12
**kind** [6] - 1278:2, 1286:7, 1286:18, 1287:6, 1364:5, 1380:24
**knowledge** [3] - 1287:12, 1290:9, 1335:10
**known** [2] - 1378:16, 1378:17

**L**

**label** [2] - 1270:24, 1271:3
**labeled** [2] - 1291:18, 1298:4
**lag** [1] - 1365:2
**laid** [2] - 1349:1, 1376:16
**Language** [2] - 1298:10, 1298:23
**language** [11] - 1285:18, 1286:21, 1287:13, 1305:2, 1320:20, 1322:13,

1329:8, 1332:3, 1351:16, 1378:22, 1378:23
**languages** [2] - 1284:23, 1332:1
**large** [2] - 1368:9, 1368:12
**larger** [2] - 1245:23
**last** [9] - 1241:10, 1275:22, 1283:16, 1283:20, 1316:6, 1326:20, 1329:15, 1333:4, 1358:20
**late** [1] - 1359:13
**latter** [1] - 1375:11
**laughing** [1] - 1316:14
**LAW** [1] - 1227:18
**lawyer** [1] - 1350:25
**lay** [1] - 1344:23
**lead** [1] - 1244:8
**learn** [3] - 1329:9, 1329:12, 1329:21
**learning** [2] - 1329:13, 1329:14
**learns** [1] - 1363:20
**least** [7] - 1333:11, 1333:12, 1345:21, 1362:16, 1366:9, 1371:11, 1376:14
**leave** [2] - 1349:7, 1376:24
**Lee** [1] - 1359:11
**left** [11] - 1237:15, 1248:18, 1281:19, 1292:16, 1299:24, 1314:10, 1319:25, 1321:23, 1329:3, 1357:11, 1372:10
**left-hand** [2] - 1314:10, 1321:23
**length** [4] - 1345:8, 1348:13, 1356:12, 1358:17
**less** [2] - 1325:23, 1327:23
**letter** [1] - 1320:12
**letters** [2] - 1323:4, 1324:9
**level** [1] - 1247:13
**light** [1] - 1248:21
**likely** [2] - 1383:8, 1383:12
**limited** [3] - 1325:12, 1325:13, 1355:15
**limiting** [1] - 1372:15
**line** [7] - 1238:22, 1341:25, 1345:2, 1352:24, 1354:13, 1363:14, 1363:25
**lines** [2] - 1351:11,

1371:19
**linguist** [7] - 1283:15, 1318:1, 1318:2, 1318:6, 1319:4, 1319:5, 1351:15
**linguistic** [1] - 1288:2
**linguists** [1] - 1286:13
**Lisa** [1] - 1227:22
**LISA** [1] - 1385:3
**list** [15] - 1238:25, 1239:15, 1273:10, 1275:19, 1276:6, 1295:25, 1298:25, 1316:11, 1378:13, 1378:15, 1378:16, 1378:18
**listed** [10] - 1245:22, 1297:10, 1306:2, 1308:2, 1309:7, 1311:23, 1313:3, 1316:5, 1316:7, 1316:8
**listen** [3] - 1287:14, 1317:17, 1347:2, 1348:24, 1355:20
**listened** [4] - 1300:19, 1324:23, 1325:19, 1325:22
**listening** [8] - 1317:21, 1337:6, 1345:15, 1348:2, 1348:4, 1354:19, 1374:10
**listing** [1] - 1334:4
**lists** [1] - 1384:5
**live** [5] - 1241:19, 1284:19, 1287:17, 1375:9
**lived** [2] - 1353:21, 1353:22
**lives** [1] - 1333:17
**living** [1] - 1284:21
**located** [5] - 1282:7, 1285:16, 1306:1, 1310:16, 1331:22
**location** [3] - 1267:24, 1360:24, 1368:10
**locked** [1] - 1279:22
**log** [1] - 1351:5
**logo** [1] - 1298:10
**look** [16] - 1319:16, 1321:11, 1324:23, 1326:3, 1326:16, 1334:24, 1336:14, 1338:18, 1338:19, 1339:17, 1343:10, 1347:24, 1348:18, 1349:25, 1350:18, 1366:7
**looked** [5] - 1270:25, 1317:8, 1343:15,

1345:1, 1352:7
**looking** [10] - 1273:9,
1301:17, 1306:23,
1319:22, 1334:11,
1337:6, 1337:7,
1338:5, 1354:20,
1363:7
**lost** [1] - 1368:20
**loud** [2] - 1340:21,
1343:12
**Louis** [26] - 1230:18,
1230:20, 1230:21,
1230:22, 1232:13,
1232:19, 1236:1,
1361:23, 1362:11,
1362:14, 1362:19,
1362:23, 1363:3,
1364:11, 1365:2,
1366:15, 1367:21,
1370:4, 1371:17,
1372:1, 1372:17,
1372:25, 1373:5,
1374:7, 1375:4,
1376:10
**Louis's** [2] - 1361:25,
1365:11
**lower** [6] - 1245:20,
1248:19, 1267:19,
1267:21, 1267:24,
1268:23
**lunch** [2] - 1350:13,
1357:9, 1384:2

## M

**M1** [1] - 1272:18
**M1A** [1] - 1273:20
**ma'am** [118] - 1292:13,
1292:20, 1293:14,
1293:17, 1294:8,
1294:12, 1294:24,
1295:1, 1295:4,
1295:7, 1295:20,
1297:2, 1297:12,
1297:17, 1298:8,
1298:11, 1298:16,
1298:19, 1299:8,
1299:22, 1300:4,
1300:15, 1300:21,
1300:25, 1301:5,
1301:8, 1301:11,
1302:1, 1302:3,
1302:9, 1302:13,
1302:18, 1303:18,
1303:22, 1304:10,
1304:13, 1305:17,
1305:19, 1306:3,
1306:19, 1307:11,
1307:22, 1308:3,
1308:17, 1309:3,
1309:16, 1309:19,

1310:4, 1310:7,
1310:12, 1310:18,
1311:13, 1311:20,
1311:25, 1312:18,
1313:5, 1314:1,
1314:7, 1314:20,
1315:1, 1315:7,
1315:13, 1315:17,
1315:23, 1316:1,
1317:11, 1318:9,
1318:17, 1318:22,
1319:13, 1319:21,
1320:1, 1320:10,
1321:10, 1321:14,
1323:19, 1324:4,
1324:7, 1324:10,
1324:22, 1325:2,
1328:8, 1328:10,
1328:13, 1328:16,
1328:18, 1328:20,
1329:4, 1330:5,
1330:9, 1331:5,
1331:14, 1333:19,
1334:2, 1334:13,
1335:1, 1335:19,
1338:9, 1338:14,
1340:4, 1340:7,
1340:22, 1341:2,
1342:1, 1342:5,
1343:20, 1351:13,
1352:6, 1352:10,
1352:16, 1352:21,
1352:25, 1353:3,
1353:20, 1354:5,
1354:18, 1356:7,
1356:19
**Madam** [1] - 1359:4
**magazine** [5] -
1272:18, 1273:21,
1274:6, 1274:9,
1274:12
**Magazine** [1] -
1272:18
**magazines** [8] -
1247:17, 1270:15,
1270:19, 1271:19,
1271:21, 1271:25,
1272:19
**main** [1] - 1318:4
**male** [3] - 1322:2,
1322:11, 1322:15
**man** [1] - 1361:6
**management** [4] -
1279:19, 1281:11,
1281:15, 1285:8
**manager** [1] - 1281:16
**manner** [2] - 1344:9,
1359:10
**manually** [1] - 1285:21
**mark** [3] - 1321:15,

1342:21, 1344:6
**marked** [25] - 1251:4,
1269:19, 1275:18,
1276:6, 1276:20,
1289:19, 1290:20,
1292:7, 1298:20,
1299:6, 1301:23,
1306:17, 1311:18,
1312:16, 1312:22,
1315:14, 1343:5,
1343:17, 1345:19,
1354:24, 1355:18,
1357:19, 1358:9,
1358:11, 1358:15
**marozo** [3] - 1320:3,
1320:13, 1340:3
**marshals** [1] - 1364:4
**marshals'** [1] -
1366:23
**Martin** [2] - 1230:2,
1230:10
**MARTIN** [3] - 1228:3,
1230:5, 1230:10
**master's** [1] - 1285:11
**match** [10] - 1250:22,
1253:13, 1255:12,
1257:7, 1259:8,
1261:2, 1263:6,
1265:11, 1267:4,
1269:7
**material** [5] - 1289:4,
1291:6, 1364:8,
1364:19, 1371:1
**matter** [3] - 1360:17,
1364:15, 1383:10
**Mawozo** [1] - 1320:7
**MD** [1] - 1227:19
**mean** [16] - 1231:12,
1291:4, 1293:21,
1304:20, 1322:9,
1348:2, 1351:24,
1364:16, 1364:17,
1364:21, 1364:25,
1368:9, 1369:18,
1370:22, 1374:19,
1376:2
**meaning** [2] - 1337:10,
1337:20
**means** [3] - 1287:11,
1339:5, 1339:12
**meet** [3] - 1327:3,
1327:7, 1327:8
**meeting** [8] - 1327:10,
1342:3, 1342:6,
1342:10, 1345:5,
1345:7, 1363:16,
1374:9
**member** [2] - 1242:21,
1361:2
**men** [2] - 1360:23,

1360:25
**mentioned** [5] -
1250:21, 1285:13,
1286:23, 1287:16,
1382:13
**mentoring** [1] -
1332:21
**message** [10] -
1285:25, 1287:7,
1291:10, 1292:18,
1302:8, 1303:20,
1303:24, 1304:1,
1321:12, 1321:13
**messages** [13] -
1288:21, 1290:18,
1302:11, 1304:3,
1304:6, 1309:12,
1314:3, 1315:19,
1325:9, 1352:18,
1352:19, 1353:14,
1353:15
**met** [6] - 1230:20,
1230:21, 1279:12,
1326:23, 1341:24,
1343:19
**Miami** [6] - 1230:15,
1241:14, 1244:11,
1277:20, 1278:7,
1285:16
**mic** [2] - 1317:13,
1317:14
**microphone** [2] -
1344:11, 1373:18
**might** [13] - 1266:13,
1345:8, 1363:12,
1366:1, 1368:6,
1369:4, 1373:1,
1373:16, 1373:23,
1374:2, 1375:6,
1382:1, 1383:11
**miles** [1] - 1278:7
**mind** [1] - 1254:18
**minds** [1] - 1363:17
**Mini** [4] - 1244:24,
1246:1, 1246:10,
1279:8
**minute** [5] - 1317:21,
1317:22, 1355:23,
1356:1, 1356:4
**minutes** [10] -
1327:14, 1327:16,
1327:17, 1327:18,
1327:19, 1347:13,
1347:15, 1347:17,
1347:21, 1350:20,
1353:5, 1356:25,
1357:10, 1357:13
**missing** [2] - 1360:20,
1373:19
**Mission** [1] - 1359:21

**missionaries** [3] -
1243:12, 1287:22,
1327:5
**missionary** [1] -
1359:14
**models** [1] - 1263:25
**moment** [1] - 1303:8
**Monday** [32] -
1298:23, 1303:6,
1362:24, 1363:2,
1363:22, 1363:23,
1364:17, 1365:18,
1366:17, 1369:2,
1369:8, 1370:1,
1370:20, 1371:14,
1371:15, 1372:16,
1373:7, 1373:10,
1373:23, 1375:1,
1376:14, 1378:11,
1378:13, 1378:15,
1378:16, 1382:17,
1382:20, 1383:9,
1383:13, 1383:19,
1383:20, 1384:8
**month** [3] - 1331:8,
1333:14
**monthly** [1] - 1245:19
**months** [2] - 1243:8,
1331:8
**Moreira** [2] - 1227:22,
1385:10
**MOREIRA** [1] - 1385:3
**Morin** [1] - 1278:13
**morning** [31] - 1229:2,
1229:11, 1229:14,
1229:15, 1229:18,
1229:20, 1230:3,
1230:4, 1233:8,
1233:9, 1241:1,
1241:2, 1241:7,
1277:12, 1277:13,
1283:22, 1284:7,
1284:13, 1326:13,
1326:14, 1351:2,
1365:13, 1366:5,
1366:18, 1367:20,
1368:24, 1369:23,
1376:12, 1378:11,
1380:5, 1384:8
**most** [5] - 1320:20,
1320:25, 1328:21,
1350:24, 1383:15
**mostly** [1] - 1320:11
**mother** [1] - 1359:11
**move** [51] - 1239:9,
1239:21, 1240:19,
1246:18, 1247:9,
1248:8, 1249:18,
1252:8, 1254:12,
1256:10, 1258:4,

1260:5, 1261:23, 1264:15, 1266:6, 1268:8, 1270:1, 1270:22, 1272:5, 1272:25, 1274:17, 1275:13, 1276:19, 1284:21, 1292:22, 1295:9, 1295:22, 1297:18, 1300:6, 1301:13, 1302:19, 1304:15, 1305:6, 1306:11, 1308:9, 1309:21, 1310:25, 1312:8, 1313:12, 1314:14, 1316:3, 1316:16, 1316:17, 1317:14, 1346:19, 1347:7, 1351:6, 1356:3, 1356:10, 1357:16, 1360:2

**moved** [6] - 1284:22, 1285:4, 1303:2, 1316:19, 1326:15, 1332:24

**moving** [7] - 1239:23, 1271:6, 1293:5, 1295:25, 1317:2, 1355:15, 1360:10

**MR** [131] - 1229:11, 1229:15, 1229:24, 1233:3, 1233:7, 1235:1, 1235:3, 1235:5, 1235:21, 1238:8, 1238:12, 1238:14, 1238:18, 1238:23, 1239:1, 1239:9, 1239:14, 1239:17, 1239:21, 1239:25, 1240:3, 1240:6, 1240:9, 1240:13, 1240:16, 1240:18, 1240:21, 1240:23, 1241:6, 1244:18, 1245:11, 1246:4, 1246:18, 1246:20, 1246:22, 1247:9, 1247:11, 1247:19, 1248:8, 1248:10, 1249:7, 1249:18, 1249:20, 1250:2, 1250:6, 1250:25, 1251:2, 1251:9, 1251:22, 1252:8, 1252:10, 1252:15, 1252:21, 1254:1, 1254:12, 1254:14, 1254:16, 1254:21, 1256:10, 1256:12, 1256:18, 1258:4, 1258:6, 1258:11, 1258:15,

1258:17, 1258:20, 1259:19, 1260:5, 1260:7, 1260:13, 1261:12, 1261:23, 1261:24, 1262:5, 1264:15, 1264:16, 1264:21, 1265:22, 1266:6, 1266:8, 1266:13, 1268:3, 1268:8, 1268:10, 1268:12, 1268:17, 1270:1, 1270:3, 1270:6, 1270:9, 1270:10, 1270:22, 1270:24, 1271:4, 1271:8, 1271:11, 1271:12, 1272:4, 1272:7, 1272:9, 1272:25, 1273:2, 1273:4, 1273:8, 1273:12, 1273:19, 1273:23, 1274:16, 1274:18, 1274:20, 1275:13, 1275:15, 1275:17, 1276:3, 1276:5, 1276:19, 1276:21, 1277:2, 1277:4, 1277:6, 1277:9, 1277:11, 1283:3, 1283:5, 1283:7, 1349:4, 1349:11, 1351:1, 1358:5, 1360:12

**MS** [244] - 1229:18, 1229:23, 1230:1, 1230:7, 1233:2, 1235:24, 1236:10, 1236:15, 1236:17, 1236:20, 1236:22, 1237:3, 1237:7, 1237:14, 1237:19, 1237:22, 1237:25, 1238:4, 1239:24, 1283:14, 1283:18, 1284:5, 1284:9, 1284:12, 1288:17, 1288:19, 1289:7, 1289:11, 1290:8, 1290:12, 1290:16, 1290:22, 1291:4, 1291:16, 1292:1, 1292:3, 1292:6, 1292:8, 1292:10, 1292:21, 1292:25, 1293:2, 1293:7, 1293:10, 1294:21, 1295:8, 1295:11, 1295:15, 1295:21, 1296:2, 1296:4, 1296:8, 1296:11, 1296:17, 1296:19,

1296:23, 1296:24, 1297:18, 1297:20, 1297:24, 1298:21, 1299:1, 1299:4, 1299:13, 1299:15, 1299:16, 1299:17, 1299:18, 1299:19, 1300:5, 1300:8, 1301:12, 1301:16, 1302:19, 1302:22, 1303:3, 1303:5, 1303:9, 1303:10, 1304:14, 1304:19, 1304:23, 1305:6, 1305:11, 1305:13, 1306:10, 1306:12, 1307:3, 1307:7, 1308:9, 1308:12, 1309:20, 1309:23, 1310:25, 1311:3, 1311:7, 1312:7, 1312:11, 1313:12, 1313:15, 1314:13, 1314:15, 1316:2, 1316:8, 1316:10, 1316:12, 1316:15, 1316:18, 1316:21, 1316:24, 1317:3, 1317:6, 1318:10, 1323:13, 1323:25, 1325:3, 1325:5, 1325:8, 1326:8, 1326:12, 1326:16, 1341:18, 1341:22, 1342:13, 1342:18, 1343:13, 1344:1, 1344:5, 1344:8, 1344:12, 1344:15, 1344:23, 1345:13, 1345:14, 1345:16, 1345:20, 1345:23, 1346:1, 1346:3, 1346:6, 1346:12, 1346:15, 1346:24, 1347:11, 1347:20, 1347:22, 1348:14, 1349:9, 1349:13, 1349:14, 1349:16, 1349:23, 1350:16, 1350:20, 1351:4, 1351:8, 1353:11, 1354:10, 1355:2, 1355:4, 1355:12, 1355:14, 1355:17, 1355:22, 1356:1, 1357:1, 1357:4, 1357:14, 1357:21, 1357:24, 1358:8, 1358:13, 1358:16, 1359:3, 1359:7, 1359:17, 1360:7,

1360:14, 1361:11, 1361:21, 1362:21, 1363:10, 1363:12, 1363:20, 1363:23, 1364:6, 1364:16, 1365:6, 1365:10, 1365:17, 1366:3, 1366:13, 1366:21, 1366:25, 1367:15, 1367:19, 1367:23, 1368:4, 1368:8, 1368:12, 1369:5, 1369:11, 1370:10, 1370:15, 1370:22, 1371:2, 1371:7, 1371:15, 1371:23, 1373:3, 1373:8, 1373:13, 1373:16, 1373:20, 1374:8, 1375:5, 1375:6, 1375:18, 1375:21, 1376:2, 1376:15, 1376:25, 1377:3, 1377:6, 1378:12, 1378:20, 1378:21, 1379:1, 1379:3, 1379:4, 1379:9, 1379:13, 1379:21, 1379:24, 1380:4, 1381:1, 1381:14, 1382:8, 1382:15, 1382:25, 1383:7, 1383:21, 1383:25, 1384:3

**mud** [1] - 1316:15

**multiple** [2] - 1282:19, 1318:24

**Murray** [2] - 1229:5, 1367:6

**must** [1] - 1258:17

## N

**N-Y** [1] - 1241:11

**name** [26] - 1230:9, 1241:8, 1241:10, 1245:3, 1251:18, 1253:23, 1255:22, 1257:16, 1259:16, 1261:9, 1263:14, 1265:19, 1267:11, 1269:16, 1278:22, 1284:14, 1284:15, 1323:21, 1323:22, 1331:21, 1331:23, 1335:7, 1335:24, 1336:3, 1337:25, 1379:1

**naming** [1] - 1298:18

**near** [1] - 1282:23

**necessarily** [2] -

1331:16, 1363:13

**necessary** [2] - 1239:2, 1348:15

**need** [22] - 1252:13, 1271:15, 1289:23, 1289:25, 1290:23, 1316:16, 1340:15, 1348:24, 1362:3, 1362:13, 1363:2, 1363:8, 1364:14, 1372:21, 1373:4, 1374:6, 1374:11, 1375:1, 1382:13, 1382:17, 1382:18

**needing** [2] - 1338:25, 1362:8

**needs** [8] - 1237:24, 1283:12, 1362:15, 1362:23, 1363:16, 1370:4, 1372:16, 1382:25

**negotiate** [1] - 1361:3

**negotiations** [1] - 1327:6

**new** [10] - 1238:24, 1242:13, 1242:15, 1242:25, 1351:16, 1351:17, 1351:19, 1351:21, 1365:18

**next** [20] - 1229:25, 1238:7, 1238:14, 1240:3, 1240:9, 1240:24, 1242:5, 1243:10, 1246:23, 1281:4, 1294:9, 1304:6, 1315:19, 1317:24, 1317:25, 1351:7, 1357:12, 1381:19, 1381:20

**nice** [2] - 1372:6, 1373:1

**night** [1] - 1278:1

**nine** [1] - 1277:1

**nongendered** [1] - 1322:6

**noon** [1] - 1372:11

**normal** [2] - 1277:24, 1380:14

**normally** [2] - 1364:24

**notation** [9] - 1253:23, 1255:21, 1257:15, 1259:15, 1261:8, 1263:13, 1265:18, 1267:11, 1269:15

**note** [3] - 1304:17, 1353:13, 1375:23

**noted** [2] - 1305:4, 1372:5

**notes** [3] - 1270:5, 1317:19, 1385:5

**Notes** [11] - 1251:15, 1251:18, 1253:23, 1255:21, 1257:16, 1259:16, 1261:9, 1263:14, 1265:19, 1267:12, 1269:16
**nothing** [4] - 1282:10, 1283:5, 1341:18, 1383:25
**notification** [1] - 1375:2
**notwithstanding** [1] - 1383:22
**Nova** [1] - 1285:10
**November** [24] - 1243:16, 1245:19, 1245:25, 1246:15, 1249:16, 1252:6, 1254:10, 1256:8, 1258:2, 1260:3, 1261:21, 1264:12, 1266:4, 1268:6, 1271:23, 1277:21, 1280:25, 1281:1, 1282:5, 1343:22, 1345:9, 1354:16, 1354:25, 1356:12
**number** [63] - 1230:23, 1245:8, 1246:11, 1249:4, 1249:12, 1249:15, 1249:23, 1250:11, 1250:19, 1250:22, 1252:2, 1252:4, 1252:12, 1252:18, 1253:8, 1253:13, 1254:9, 1254:19, 1255:7, 1255:12, 1256:7, 1256:14, 1257:4, 1257:7, 1258:1, 1258:8, 1259:5, 1259:8, 1260:2, 1260:9, 1260:24, 1261:2, 1261:20, 1262:1, 1263:3, 1263:6, 1264:11, 1264:18, 1265:8, 1265:11, 1266:1, 1266:3, 1266:10, 1267:1, 1267:4, 1268:4, 1268:13, 1268:14, 1269:4, 1269:7, 1270:8, 1273:6, 1273:17, 1276:4, 1316:6, 1325:21, 1347:13, 1348:18, 1361:2, 1382:2, 1382:3, 1382:9
**Number** [1] - 1245:7

**numbered** [1] - 1334:7
**numbers** [4] - 1239:8, 1264:6, 1334:4, 1334:9
**NW** [4] - 1227:13, 1227:16, 1227:23, 1385:12

# O

**object** [4] - 1344:8, 1344:12, 1380:6, 1380:24
**objection** [61] - 1239:24, 1239:25, 1240:1, 1240:21, 1240:22, 1246:20, 1247:11, 1248:10, 1249:20, 1252:10, 1254:14, 1256:12, 1258:6, 1260:7, 1261:24, 1264:16, 1266:8, 1268:10, 1270:3, 1270:4, 1272:7, 1273:2, 1274:18, 1275:15, 1277:2, 1290:8, 1290:24, 1291:1, 1291:2, 1291:4, 1291:12, 1292:25, 1293:8, 1296:5, 1296:8, 1297:20, 1297:21, 1300:8, 1301:20, 1301:21, 1302:22, 1304:24, 1305:10, 1306:12, 1308:12, 1309:23, 1311:3, 1312:11, 1314:15, 1316:23, 1316:24, 1318:10, 1325:3, 1325:4, 1325:11, 1344:18, 1348:9, 1355:10, 1355:16, 1360:12, 1360:13
**objection's** [1] - 1350:12
**objections** [1] - 1313:15
**observed** [1] - 1383:2
**observing** [1] - 1380:7
**obtain** [1] - 1281:13
**obtained** [4] - 1242:20, 1280:25, 1281:7, 1281:8
**obvious** [1] - 1360:5
**obviously** [5] - 1244:2, 1247:18, 1302:24, 1372:4, 1372:22
**occasion** [1] - 1280:19
**Occupant** [2] - 1245:2,

1245:3
**occur** [1] - 1382:3
**occurring** [1] - 1329:2
**October** [2] - 1245:18, 1362:1
**OF** [5] - 1227:1, 1227:2, 1227:8, 1227:15, 1385:1
**offering** [1] - 1367:16
**office** [6] - 1278:1, 1279:20, 1281:25, 1285:16, 1288:16, 1292:18
**OFFICE** [1] - 1227:13
**office-wide** [1] - 1278:1
**Officer** [1] - 1359:23
**officers** [3] - 1383:2, 1383:3, 1383:16
**Official** [1] - 1227:22
**OFFICIAL** [1] - 1385:1
**official** [1] - 1385:11
**often** [1] - 1333:2
**old** [4] - 1329:19, 1329:21, 1330:20, 1332:25
**once** [18] - 1257:11, 1259:11, 1261:5, 1261:12, 1263:9, 1264:21, 1265:14, 1267:7, 1271:19, 1317:24, 1318:2, 1319:5, 1319:7, 1321:17, 1327:9, 1342:19, 1343:10, 1380:15
**one** [103] - 1229:21, 1235:25, 1236:11, 1238:9, 1240:3, 1240:12, 1243:1, 1245:24, 1247:15, 1248:18, 1249:15, 1250:6, 1252:5, 1254:9, 1255:1, 1256:7, 1256:23, 1258:1, 1258:24, 1260:2, 1260:18, 1261:20, 1262:11, 1262:22, 1264:4, 1264:11, 1265:2, 1266:3, 1266:19, 1267:25, 1268:5, 1268:22, 1268:23, 1269:7, 1269:10, 1269:15, 1272:19, 1273:20, 1275:2, 1275:22, 1276:25, 1282:17, 1282:18, 1290:16, 1295:17, 1295:19, 1296:20,

1296:22, 1297:16, 1298:14, 1299:11, 1301:17, 1301:18, 1306:24, 1307:2, 1310:5, 1313:22, 1316:12, 1321:6, 1324:24, 1328:1, 1330:19, 1331:10, 1331:20, 1331:21, 1333:17, 1334:11, 1334:23, 1335:2, 1336:6, 1336:9, 1336:10, 1336:25, 1338:1, 1339:24, 1340:9, 1340:15, 1340:25, 1344:15, 1346:20, 1347:13, 1349:18, 1349:20, 1350:24, 1355:23, 1356:1, 1356:4, 1356:25, 1358:11, 1358:13, 1360:7, 1360:25, 1363:24, 1376:8, 1377:4, 1379:4, 1382:3, 1382:12, 1384:10
**ones** [1] - 1326:3
**online** [9] - 1337:18, 1337:19, 1337:22, 1337:24, 1337:25, 1338:3, 1339:18, 1351:23
**open** [16] - 1271:13, 1272:16, 1274:3, 1274:25, 1280:2, 1289:19, 1289:24, 1289:25, 1290:2, 1293:11, 1293:18, 1307:20, 1312:22, 1313:19, 1313:22, 1376:24
**opened** [4] - 1247:2, 1247:3, 1271:2, 1282:17
**opening** [4] - 1280:6, 1297:3, 1305:20, 1306:20
**opens** [1] - 1271:9
**operation** [1] - 1381:23
**opportunity** [2] - 1366:10, 1384:5
**order** [12] - 1231:19, 1286:7, 1286:14, 1286:18, 1300:19, 1347:2, 1348:12, 1350:8, 1371:7, 1374:20, 1378:18, 1380:14
**ordering** [1] - 1382:25

**orders** [1] - 1371:11
**Orenberg** [5] - 1229:16, 1277:8, 1350:24, 1363:8, 1372:12
**ORENBERG** [47] - 1227:17, 1227:18, 1229:15, 1229:24, 1233:3, 1233:7, 1235:1, 1235:3, 1235:5, 1235:21, 1238:8, 1238:12, 1239:25, 1240:21, 1246:20, 1247:11, 1248:10, 1249:20, 1252:10, 1254:14, 1256:12, 1258:6, 1260:7, 1261:24, 1264:16, 1266:8, 1268:10, 1270:3, 1270:24, 1271:4, 1271:8, 1271:11, 1272:7, 1273:2, 1274:18, 1275:15, 1276:3, 1276:21, 1277:2, 1277:9, 1277:11, 1283:3, 1283:5, 1349:4, 1349:11, 1351:1, 1360:12
**Orenberg's** [1] - 1349:23
**Orenberg)................1233** [1] - 1228:4
**Orenberg)................1277** [1] - 1228:7
**organization** [1] - 1383:18
**original** [3] - 1238:25, 1321:25, 1335:10
**originally** [1] - 1287:23
**Orlando** [9] - 1245:5, 1246:1, 1278:5, 1278:9, 1278:11, 1278:14, 1278:15, 1279:12, 1279:14
**otherwise** [6] - 1322:20, 1355:10, 1367:13, 1369:8, 1380:20, 1384:7
**outset** [1] - 1363:13
**outside** [7] - 1237:13, 1246:9, 1247:25, 1286:13, 1331:18, 1346:16, 1346:22
**outskirts** [1] - 1354:7
**outstanding** [1] -

1384:6
**overlapping** [1] - 1382:4
**overnight** [1] - 1365:8
**overrule** [1] - 1325:11
**overruled** [2] - 1291:12, 1350:12
**overseas** [1] - 1242:19
**own** [2] - 1336:8, 1374:13

## P

**p.m** [8] - 1363:21, 1364:18, 1365:18, 1373:10, 1374:23, 1375:1, 1375:4, 1384:15
**Pacifique** [1] - 1359:21
**page** [10] - 1240:12, 1297:11, 1306:2, 1307:25, 1308:2, 1321:12, 1358:18, 1358:20, 1360:6, 1360:14
**Page** [5] - 1245:13, 1245:20, 1359:2, 1359:3, 1359:7
**PAGE** [1] - 1228:2
**pages** [10] - 1240:14, 1240:15, 1240:17, 1348:18, 1358:16, 1366:1, 1369:24, 1369:25, 1370:7, 1370:12
**paper** [4] - 1267:7, 1269:11, 1317:18, 1341:17
**paragraph** [1] - 1343:7
**paragraphs** [1] - 1365:24
**pardon** [1] - 1355:13
**parents** [1] - 1359:18
**Park** [1] - 1227:18
**parole** [2] - 1231:10, 1231:12
**Parole** [1] - 1231:24
**Part** [1] - 1379:6
**part** [31] - 1230:16, 1242:25, 1243:11, 1243:15, 1243:21, 1244:4, 1277:22, 1277:25, 1278:2, 1278:14, 1287:13, 1290:20, 1291:14, 1291:17, 1291:23, 1293:4, 1294:25, 1298:21, 1300:2, 1302:5, 1302:7,

1302:23, 1302:25, 1328:3, 1329:15, 1331:4, 1333:22, 1343:6, 1375:16, 1376:14, 1382:22
**parte** [4] - 1376:25, 1377:3, 1377:8, 1377:10
**participate** [2] - 1243:15, 1243:18
**participated** [1] - 1244:2
**particular** [4] - 1236:23, 1241:15, 1338:1, 1370:7
**particularly** [1] - 1381:3
**parties** [6] - 1357:17, 1358:9, 1358:19, 1358:21, 1361:18, 1362:12
**parts** [6] - 1267:24, 1288:6, 1293:15, 1316:4, 1333:17, 1365:23
**PASCHALL** [111] - 1227:12, 1283:14, 1283:18, 1284:5, 1284:9, 1284:12, 1288:19, 1289:7, 1289:11, 1290:12, 1290:16, 1290:22, 1291:16, 1292:1, 1292:3, 1292:6, 1292:8, 1292:10, 1292:21, 1293:7, 1293:10, 1295:8, 1295:15, 1295:21, 1296:2, 1296:11, 1296:23, 1296:24, 1297:18, 1297:24, 1298:21, 1299:1, 1299:4, 1299:15, 1299:17, 1299:19, 1300:5, 1301:12, 1302:19, 1303:3, 1303:5, 1303:9, 1303:10, 1304:14, 1305:6, 1305:13, 1306:10, 1307:3, 1307:7, 1308:9, 1309:20, 1310:25, 1312:7, 1313:12, 1314:13, 1316:2, 1316:8, 1316:10, 1316:12, 1316:15, 1316:18, 1316:21, 1317:3, 1317:6, 1323:13, 1323:25, 1325:8, 1326:8,

1341:22, 1342:18, 1343:13, 1344:1, 1344:5, 1344:15, 1344:23, 1345:13, 1345:16, 1345:20, 1346:1, 1346:3, 1346:15, 1346:24, 1348:14, 1349:9, 1349:14, 1349:23, 1350:16, 1350:20, 1351:4, 1351:8, 1353:11, 1354:10, 1355:2, 1355:4, 1355:17, 1355:22, 1356:1, 1357:1, 1357:4, 1357:14, 1358:8, 1358:13, 1358:16, 1359:3, 1359:7, 1359:17, 1360:7, 1360:14, 1361:11, 1378:21, 1379:1
**Paschall** [10] - 1229:13, 1283:13, 1284:4, 1284:8, 1296:22, 1341:20, 1346:23, 1349:8, 1351:3, 1358:7
**Paschall)..................
..............1284** [1] - 1228:8
**Paschall)..................
..............1341** [1] - 1228:9
**pass** [3] - 1272:10, 1347:1, 1348:24
**Pause** [11] - 1233:5, 1235:2, 1238:11, 1251:1, 1277:5, 1323:15, 1324:1, 1344:4, 1349:10, 1356:2, 1357:3
**pause** [1] - 1263:21
**pay** [2] - 1232:6, 1359:15
**PC** [1] - 1227:18
**Pelice** [6] - 1378:20, 1382:14, 1382:17, 1382:18, 1383:1, 1383:6
**Pennsylvania** [1] - 1227:16
**people** [4] - 1288:8, 1322:1, 1340:12, 1351:22
**percent** [2] - 1332:6, 1383:12
**percentage** [2] - 1327:19, 1332:5
**period** [7] - 1285:6,

1328:22, 1329:2, 1329:18, 1330:6, 1330:11, 1330:12
**periodically** [1] - 1351:17
**permission** [1] - 1251:3
**permit** [1] - 1355:8
**permitted** [3] - 1236:2, 1379:17, 1380:2
**person** [13] - 1234:4, 1270:17, 1298:23, 1318:7, 1318:11, 1318:16, 1319:10, 1320:15, 1322:14, 1323:23, 1326:23, 1378:23, 1378:25
**personal** [2] - 1322:1, 1335:9
**phone** [2] - 1230:23, 1291:7
**phones** [1] - 1325:16
**phonetic** [3] - 1320:20, 1320:22, 1320:24
**phonetical** [1] - 1340:9
**phonetics** [1] - 1340:13
**photo** [5] - 1247:24, 1250:11, 1252:2, 1253:4, 1259:24
**photograph** [1] - 1361:5
**photographs** [2] - 1248:25, 1249:1
**photos** [1] - 1282:12
**physical** [2] - 1250:19, 1375:11
**picture** [20] - 1246:9, 1246:14, 1247:5, 1248:4, 1249:12, 1249:14, 1249:23, 1252:4, 1252:17, 1254:8, 1254:19, 1256:6, 1256:15, 1260:10, 1261:19, 1264:10, 1265:25, 1268:2, 1280:14, 1280:15
**pictures** [3] - 1244:12, 1249:3, 1249:4
**piece** [8] - 1237:16, 1239:5, 1272:12, 1287:8, 1305:24, 1317:18, 1317:21
**pieces** [3] - 1247:16, 1248:18, 1248:21
**Pierre** [6] - 1283:15, 1284:6, 1284:15,

1289:14, 1295:17, 1299:6
**PIERRE** [3] - 1228:8, 1284:10, 1284:15
**place** [5] - 1287:25, 1288:1, 1347:10, 1354:21, 1368:14
**Plaintiff** [1] - 1227:3
**plan** [1] - 1348:22
**platform** [1] - 1337:24
**play** [9] - 1345:7, 1345:11, 1345:18, 1346:2, 1347:7, 1349:15, 1350:7, 1355:8, 1355:11
**played** [1] - 1355:21
**playing** [2] - 1355:19, 1372:3
**pled** [1] - 1230:18
**plenty** [1] - 1286:9
**podium** [1] - 1229:9
**point** [14] - 1278:9, 1288:3, 1330:20, 1355:5, 1355:15, 1356:18, 1357:15, 1366:17, 1367:2, 1367:5, 1368:18, 1373:5, 1374:17, 1381:6
**Pompano** [2] - 1241:25, 1242:5
**poorly** [2] - 1320:4, 1321:17
**Port** [5] - 1333:24, 1353:1, 1353:4, 1353:23, 1354:7
**Port-au-Prince** [4] - 1333:24, 1353:4, 1353:23, 1354:7
**portion** [19] - 1292:15, 1302:5, 1303:16, 1308:4, 1308:21, 1309:5, 1310:14, 1310:15, 1314:5, 1315:3, 1319:23, 1319:24, 1343:5, 1345:7, 1345:11, 1345:19, 1350:17, 1354:19
**portions** [17] - 1290:13, 1303:6, 1325:15, 1347:7, 1362:7, 1365:13, 1365:15, 1366:5, 1367:20, 1367:25, 1369:3, 1369:6, 1370:17, 1370:25, 1371:9, 1372:24, 1374:19
**position** [4] - 1291:6,

1311:5, 1363:1, 1376:5

**possession** [2] - 1280:1, 1280:10

**possessions** [1] - 1360:25

**possibility** [2] - 1381:25, 1383:22

**possible** [2] - 1373:11, 1383:18

**possibly** [2] - 1376:15, 1378:20

**post** [2] - 1243:20, 1278:2, 1380:1

**potentially** [3] - 1364:10, 1369:10, 1379:6

**Potomac** [2] - 1227:18, 1227:19

**practice** [1] - 1352:4

**precaution** [1] - 1322:2

**precisely** [1] - 1354:15

**preliminarily** [2] - 1229:22, 1369:2

**preparation** [3] - 1288:25, 1289:17, 1296:12

**prepared** [1] - 1339:10

**presence** [2] - 1346:16, 1347:4

**present** [6] - 1229:16, 1234:20, 1235:13, 1237:14, 1280:16, 1322:12

**pretty** [1] - 1242:5

**prevent** [1] - 1383:15

**previous** [3] - 1276:22, 1326:2, 1353:14

**previously** [9] - 1251:5, 1253:18, 1255:16, 1259:15, 1261:9, 1265:19, 1275:19, 1276:5, 1343:19

**primarily** [1] - 1338:5

**primary** [1] - 1230:17

**Prince** [5] - 1333:24, 1353:2, 1353:4, 1353:23, 1354:7

**Probationary** [1] - 1231:22

**probationary** [1] - 1242:16

**problem** [6] - 1289:11, 1366:14, 1366:20, 1367:12, 1371:13, 1375:17

**problems** [2] - 1384:6,

1384:9

**procedure** [1] - 1362:5

**proceed** [6] - 1291:23, 1318:18, 1350:12, 1350:13, 1350:21, 1361:20

**proceedings** [2] - 1235:18, 1385:6

**process** [4] - 1317:9, 1318:21, 1318:22, 1381:23

**produced** [3] - 1300:2, 1335:24, 1339:13

**producing** [1] - 1375:10

**product** [1] - 1319:3

**professors** [3] - 1335:25, 1336:5, 1339:13

**proficiency** [1] - 1286:21

**program** [1] - 1332:22

**pronounce** [1] - 1321:6

**pronouns** [2] - 1322:5, 1322:21

**pronunciation** [2] - 1320:19, 1321:4

**proper** [2] - 1365:21, 1368:1

**properly** [1] - 1374:12

**proposed** [1] - 1381:22

**prosecution** [1] - 1334:3

**provide** [14] - 1285:21, 1286:13, 1286:14, 1288:2, 1288:11, 1288:14, 1288:23, 1323:1, 1366:4, 1367:2, 1372:23, 1374:16, 1375:1, 1379:2

**provided** [8] - 1230:22, 1281:10, 1289:2, 1291:6, 1325:6, 1325:16, 1364:11, 1373:10

**provides** [1] - 1331:17

**providing** [4] - 1281:9, 1287:9, 1325:13, 1363:4

**public** [1] - 1380:16

**pull** [20] - 1238:19, 1240:10, 1245:11, 1247:19, 1259:20, 1291:17, 1299:11, 1307:9, 1308:14, 1309:1, 1310:5, 1310:10, 1311:17,

1314:17, 1314:23, 1315:14, 1319:17, 1321:7, 1339:25, 1342:18

**pulled** [10] - 1289:14, 1294:18, 1296:25, 1299:15, 1300:22, 1307:15, 1307:18, 1313:24, 1323:16, 1324:2

**pulling** [16] - 1294:4, 1298:3, 1299:7, 1299:19, 1300:12, 1301:23, 1302:4, 1303:11, 1303:15, 1303:21, 1304:2, 1305:14, 1306:16, 1310:2, 1311:11, 1312:15

**purchase** [1] - 1245:25

**purports** [1] - 1276:23

**purpose** [1] - 1355:15

**purposes** [3] - 1342:21, 1344:6, 1358:25

**pursuing** [1] - 1376:21

**put** [22] - 1267:25, 1285:24, 1298:5, 1322:17, 1322:20, 1324:8, 1324:13, 1325:21, 1334:19, 1339:10, 1341:4, 1348:10, 1348:17, 1358:23, 1362:15, 1372:18, 1379:3, 1379:5, 1382:8, 1382:18, 1382:19, 1383:7

## Q

**Q-U-I-N** [1] - 1284:16

**Quantico** [1] - 1242:13

**questioning** [5] - 1341:25, 1345:2, 1351:12, 1352:24, 1354:14

**questions** [21] - 1233:2, 1234:23, 1235:21, 1236:10, 1277:6, 1283:7, 1297:25, 1304:20, 1326:9, 1326:20, 1328:1, 1328:4, 1328:7, 1328:11, 1344:15, 1344:23, 1350:16, 1351:7, 1351:9, 1354:17, 1357:5

**quick** [1] - 1377:4

**quite** [3] - 1252:16, 1350:17, 1361:14

## R

**R-H-O-D-E-S** [1] - 1278:23

**RA** [1] - 1279:13

**RAK-47** [2] - 1256:5, 1256:7

**ransom** [2] - 1359:15, 1359:18

**rather** [2] - 1275:6, 1321:17

**RDR** [3] - 1227:22, 1385:3, 1385:10

**read** [30] - 1245:1, 1245:6, 1245:21, 1246:11, 1249:23, 1250:11, 1250:18, 1252:11, 1252:18, 1253:11, 1255:10, 1256:14, 1258:8, 1260:9, 1262:1, 1264:18, 1266:10, 1268:14, 1283:19, 1287:5, 1318:23, 1340:20, 1343:8, 1343:9, 1343:11, 1348:7, 1358:24, 1360:14, 1361:18

**reading** [6] - 1254:18, 1270:24, 1271:3, 1290:10, 1343:10, 1359:7

**reads** [2] - 1359:8, 1360:15

**ready** [1] - 1362:22

**real** [1] - 1358:24

**really** [6] - 1304:22, 1349:13, 1363:25, 1366:14, 1367:3, 1381:21

**reason** [3] - 1304:21, 1340:15, 1373:17

**reasonable** [1] - 1362:24

**recalled** [3] - 1362:19, 1371:17, 1372:1

**recalling** [1] - 1383:16

**receipt** [2] - 1359:20, 1359:24

**receive** [6] - 1286:7, 1286:16, 1304:18, 1317:11, 1317:16, 1318:23

**received** [6] - 1242:11, 1281:2, 1301:18, 1331:12, 1353:13, 1361:19

**receiver** [3] - 1267:19, 1267:22, 1268:23

**recently** [1] - 1288:15

**Recess** [1] - 1284:3

**recognize** [43] - 1246:6, 1246:24, 1247:21, 1247:23, 1249:9, 1250:7, 1250:9, 1250:10, 1251:24, 1252:1, 1252:2, 1252:24, 1253:2, 1253:3, 1254:3, 1254:5, 1254:6, 1254:24, 1256:1, 1256:3, 1256:4, 1256:21, 1257:20, 1257:22, 1257:23, 1258:22, 1259:21, 1260:16, 1261:14, 1261:16, 1261:17, 1262:7, 1262:9, 1262:10, 1262:20, 1263:18, 1264:7, 1264:24, 1265:24, 1266:16, 1267:16, 1267:18, 1268:20

**recognized** [4] - 1324:17, 1324:18, 1324:19, 1325:1

**recollection** [12] - 1342:7, 1342:11, 1343:18, 1344:13, 1345:8, 1348:12, 1348:16, 1348:22, 1354:20, 1355:5, 1356:12, 1356:22

**record** [34] - 1229:3, 1229:7, 1229:10, 1230:9, 1236:1, 1236:14, 1237:25, 1239:19, 1239:22, 1240:11, 1240:18, 1240:20, 1241:9, 1245:15, 1248:12, 1248:20, 1249:24, 1250:18, 1250:22, 1252:19, 1253:11, 1255:10, 1256:16, 1268:15, 1273:20, 1284:14, 1299:14, 1345:25, 1354:24, 1355:18, 1375:24, 1379:5, 1382:9, 1382:13

**record's** [1] - 1382:10

**recording** [11] - 1343:24, 1354:19, 1355:22, 1356:5, 1368:9, 1368:12,

1368:14, 1368:18, 1368:19, 1370:18, 1374:16
**recordings** [1] - 1367:10
**records** [6] - 1238:15, 1239:11, 1240:7, 1280:22, 1281:3, 1281:14
**recourse** [2] - 1321:3, 1336:14
**recover** [7] - 1242:22, 1248:13, 1270:19, 1274:9, 1275:5, 1276:13, 1278:18
**recovered** [18] - 1247:25, 1248:1, 1255:2, 1256:4, 1256:8, 1256:24, 1258:25, 1260:19, 1262:23, 1265:3, 1266:20, 1268:23, 1268:24, 1269:24, 1271:22, 1272:19, 1281:17, 1281:21
**recovering** [1] - 1244:9
**recross** [2] - 1236:25
**red** [3] - 1262:12, 1262:13, 1262:16
**REDIRECT** [2] - 1235:23, 1341:21
**redirect** [1] - 1350:14
**refer** [10] - 1253:17, 1255:15, 1257:11, 1259:11, 1261:5, 1263:9, 1265:14, 1267:7, 1269:10, 1336:12
**reference** [1] - 1349:21
**referred** [1] - 1233:11
**referring** [1] - 1248:20
**refers** [2] - 1230:24, 1323:23
**reflecting** [1] - 1378:14
**refresh** [10] - 1342:6, 1342:11, 1343:18, 1344:13, 1345:8, 1348:12, 1348:16, 1348:22, 1354:20, 1355:8
**refreshed** [1] - 1356:21
**refreshes** [1] - 1356:11
**refreshing** [1] - 1355:5
**Regine** [3] - 1229:5, 1375:9, 1375:22

**regions** [1] - 1354:4
**related** [2] - 1352:18, 1353:15
**relating** [1] - 1381:3
**relay** [1] - 1283:22
**release** [3] - 1359:18, 1361:3, 1361:7
**released** [1] - 1361:4
**relevant** [1] - 1288:13
**rely** [1] - 1341:15
**remain** [2] - 1235:16, 1380:2
**remainder** [1] - 1376:13
**remember** [12] - 1263:23, 1281:7, 1331:23, 1334:5, 1335:4, 1335:24, 1341:25, 1351:11, 1352:9, 1352:24, 1354:17
**remind** [2] - 1348:3, 1348:5
**remove** [1] - 1283:23
**rendition** [1] - 1317:22
**rent** [1] - 1245:8
**rent-at** [1] - 1245:8
**rental** [4] - 1244:23, 1280:8, 1280:9, 1281:13
**rented** [16] - 1255:2, 1256:24, 1258:25, 1260:19, 1262:23, 1264:12, 1265:3, 1266:20, 1268:24, 1270:20, 1271:23, 1272:20, 1274:10, 1275:6, 1276:14, 1281:19
**renting** [1] - 1244:15
**repeat** [4] - 1233:21, 1332:19, 1334:16, 1342:8
**rephrase** [1] - 1232:22
**reported** [1] - 1361:4
**reporter** [3] - 1296:7, 1317:14, 1338:13
**Reporter** [4] - 1227:22, 1227:22, 1359:4, 1385:11
**REPORTER** [2] - 1359:6, 1385:1
**reporting** [1] - 1343:3
**represent** [2] - 1246:14, 1247:6
**representation** [1] - 1345:21
**Republic** [1] - 1360:19
**request** [2] - 1292:18, 1379:23, 1382:6

**requesters** [1] - 1285:22
**requesting** [2] - 1374:22, 1381:21
**require** [1] - 1381:24
**requirement** [1] - 1376:17
**requiring** [1] - 1380:20
**research** [2] - 1337:18, 1337:19
**resident** [1] - 1279:14
**resolve** [1] - 1363:25
**resources** [9] - 1337:25, 1338:3, 1338:18, 1339:4, 1339:18, 1339:21, 1339:23, 1351:10, 1351:15
**respect** [11] - 1281:14, 1290:23, 1291:13, 1311:5, 1325:12, 1349:24, 1362:6, 1373:5, 1381:19, 1382:5, 1384:9
**responding** [2] - 1237:16, 1328:17
**Response** [1] - 1242:22
**responsibilities** [1] - 1230:16
**responsible** [2] - 1230:17, 1231:1
**rest** [1] - 1380:7
**result** [1] - 1305:8
**resume** [1] - 1284:2
**retranslate** [1] - 1371:10
**retranslated** [12] - 1362:1, 1365:14, 1365:15, 1366:6, 1366:8, 1367:22, 1368:25, 1369:3, 1369:5, 1371:1, 1371:10, 1372:13
**retranslation** [3] - 1362:8, 1362:9, 1372:24
**retranslations** [4] - 1365:23, 1373:8, 1373:10, 1375:2
**retrieve** [2] - 1272:9, 1273:5
**returned** [1] - 1232:24
**review** [16] - 1270:12, 1272:12, 1274:1, 1274:23, 1275:24, 1276:8, 1289:1, 1289:4, 1318:1, 1318:4, 1322:25, 1325:15, 1366:11,

1368:18, 1370:17, 1384:5
**reviewed** [12] - 1289:16, 1295:18, 1296:12, 1318:11, 1318:19, 1319:9, 1325:10, 1326:6, 1334:15, 1334:18, 1335:16, 1352:20
**reviewing** [5] - 1300:2, 1319:4, 1342:6, 1343:17, 1356:21
**Rhee** [8] - 1359:9, 1359:11, 1359:12, 1359:13, 1359:19, 1359:21
**Rhee)** [1] - 1359:13
**Rhodes** [9] - 1278:21, 1278:23, 1279:16, 1279:23, 1279:24, 1280:9, 1281:5, 1281:8, 1281:12
**rifle** [3] - 1249:13, 1252:3, 1256:4
**rifles** [1] - 1263:25
**right-hand** [2] - 1314:8, 1320:5
**Rogg** [2] - 1359:20, 1359:23
**role** [4] - 1244:6, 1285:17, 1286:3, 1286:19
**roles** [2] - 1242:24, 1286:25
**Room** [2] - 1227:23, 1385:12
**rotations** [1] - 1242:25
**rounds** [6] - 1247:17, 1275:2, 1275:3, 1276:11, 1276:22, 1276:23
**row** [11] - 1251:10, 1251:17, 1253:18, 1255:16, 1257:12, 1259:12, 1261:6, 1263:10, 1265:15, 1267:8, 1269:12
**rows** [1] - 1269:19
**Rule** [1] - 1381:16
**rule** [10] - 1252:13, 1379:15, 1379:24, 1379:25, 1380:14, 1381:8, 1381:15, 1381:16, 1381:21, 1381:23
**Ryan** [3] - 1359:9, 1359:11

---

**S**

**S-U-A-R-E-Z** [1] - 1230:10
**safety** [2] - 1231:8, 1236:4
**Saturday** [16] - 1365:13, 1366:5, 1367:2, 1367:14, 1367:20, 1367:24, 1368:2, 1368:23, 1369:23, 1370:16, 1370:21, 1370:23, 1370:24, 1371:8, 1372:11, 1374:21
**saw** [7] - 1276:12, 1282:12, 1318:19, 1335:6, 1341:9, 1341:10, 1361:6
**schedule** [2] - 1366:23
**scheduled** [1] - 1380:10
**scheduling** [1] - 1364:15
**school** [11] - 1285:1, 1285:2, 1285:10, 1329:10, 1329:11, 1329:12, 1329:14, 1329:17, 1329:18, 1329:24, 1330:2
**science** [1] - 1285:3
**screen** [69] - 1250:23, 1253:14, 1255:13, 1257:8, 1259:9, 1261:3, 1263:7, 1264:19, 1265:12, 1267:5, 1268:15, 1269:8, 1289:8, 1289:13, 1291:21, 1292:11, 1293:13, 1294:10, 1297:3, 1298:5, 1298:6, 1298:9, 1299:21, 1300:13, 1300:22, 1300:24, 1301:25, 1303:12, 1305:14, 1305:15, 1305:21, 1306:16, 1306:24, 1307:10, 1307:16, 1307:21, 1308:15, 1308:21, 1308:24, 1309:2, 1310:3, 1310:6, 1310:11, 1311:12, 1311:19, 1312:15, 1312:24, 1313:20, 1313:24, 1314:9, 1314:11, 1314:18, 1314:24, 1315:15, 1319:20, 1319:25, 1320:5, 1321:9, 1323:16,

1404

1324:2, 1324:20,
1342:19, 1342:20,
1345:15, 1346:7,
1346:8, 1346:10,
1354:12, 1356:6
**seal** [2] - 1377:1,
1377:4
**sealed** [1] - 1377:10
**search** [23] - 1243:16,
1244:2, 1244:6,
1244:8, 1244:13,
1244:16, 1247:7,
1247:14, 1247:15,
1247:24, 1270:18,
1270:19, 1271:22,
1272:20, 1274:9,
1275:6, 1276:13,
1278:25, 1279:2,
1279:3, 1279:15,
1280:2, 1280:16
**Search** [1] - 1242:21
**searched** [1] - 1246:15
**searches** [1] - 1251:6
**seats** [1] - 1346:20
**second** [29] - 1238:9,
1243:3, 1273:13,
1291:17, 1293:4,
1300:16, 1302:24,
1307:2, 1308:21,
1309:10, 1310:14,
1311:17, 1312:22,
1314:23, 1315:3,
1317:21, 1318:6,
1324:5, 1357:20,
1360:7, 1379:6,
1379:8, 1379:9,
1379:14, 1379:17,
1381:6, 1381:9
**seconds** [3] - 1355:23,
1356:1, 1356:4
**see** [100] - 1237:25,
1245:17, 1245:25,
1247:18, 1248:3,
1248:17, 1251:10,
1251:14, 1253:18,
1255:16, 1257:12,
1259:12, 1263:10,
1265:14, 1267:8,
1269:11, 1282:10,
1286:5, 1289:13,
1289:20, 1290:3,
1291:19, 1292:11,
1292:19, 1293:13,
1293:15, 1293:18,
1293:21, 1294:9,
1295:2, 1297:1,
1297:3, 1298:6,
1299:7, 1299:11,
1299:21, 1300:13,
1300:23, 1301:4,

1301:17, 1301:24,
1302:2, 1302:11,
1303:12, 1303:16,
1303:21, 1304:2,
1305:15, 1305:18,
1305:20, 1306:18,
1307:10, 1307:21,
1308:15, 1309:2,
1310:3, 1310:6,
1310:11, 1311:12,
1311:18, 1312:17,
1312:23, 1313:20,
1313:25, 1314:8,
1314:10, 1314:18,
1314:24, 1315:15,
1319:20, 1319:23,
1320:18, 1321:9,
1321:12, 1321:19,
1321:23, 1323:17,
1324:3, 1324:5,
1324:9, 1324:20,
1334:23, 1336:14,
1338:20, 1341:12,
1342:16, 1342:20,
1342:25, 1344:19,
1348:4, 1356:5,
1356:17, 1359:4,
1366:7, 1369:16,
1376:16, 1378:10,
1380:13, 1384:6,
1384:7
**seeing** [2] - 1296:9,
1342:10
**seek** [3] - 1302:23,
1361:25, 1371:11
**seeking** [3] - 1346:13,
1363:5, 1365:14
**SEIFERT** [53] -
1227:12, 1229:23,
1230:1, 1230:7,
1233:2, 1235:24,
1236:10, 1236:15,
1236:17, 1236:20,
1236:22, 1237:3,
1237:7, 1237:14,
1237:19, 1237:22,
1237:25, 1238:4,
1361:21, 1362:21,
1363:12, 1363:20,
1363:23, 1364:6,
1365:6, 1365:10,
1365:17, 1366:3,
1366:21, 1367:15,
1367:19, 1369:5,
1371:7, 1371:15,
1371:23, 1373:3,
1373:8, 1375:6,
1375:18, 1375:21,
1376:15, 1376:25,
1377:3, 1377:6,
1378:12, 1378:20,

1379:3, 1380:4,
1382:15, 1382:25,
1383:7, 1383:21,
1383:25
**Seifert** [11] - 1229:13,
1235:22, 1236:12,
1283:21, 1361:14,
1364:24, 1367:1,
1369:16, 1370:6,
1370:12, 1373:1
**Seifert)**.....................
...........1230** [1] -
1228:4
**Seifert)**.....................
...........1235** [1] -
1228:5
**seized** [31] - 1248:3,
1248:5, 1249:15,
1251:19, 1252:3,
1252:5, 1253:3,
1253:24, 1254:6,
1254:9, 1255:23,
1257:17, 1257:23,
1258:1, 1259:16,
1259:24, 1260:3,
1261:10, 1261:17,
1261:20, 1262:10,
1263:15, 1263:19,
1263:21, 1264:11,
1265:25, 1266:3,
1267:12, 1267:20,
1268:5, 1269:17
**Seized** [11] - 1251:15,
1251:19, 1253:24,
1255:22, 1257:17,
1259:17, 1261:10,
1263:15, 1265:20,
1267:13, 1269:17
**seizing** [1] - 1269:20
**seizure** [3] - 1265:20,
1269:21, 1269:23
**self** [1] - 1244:23
**self-storage** [1] -
1244:23
**send** [3] - 1281:3,
1286:10, 1378:12
**sender** [2] - 1325:10,
1326:6
**sending** [1] - 1286:12
**sends** [3] - 1318:3,
1319:6, 1319:7
**sense** [1] - 1383:15
**sent** [4] - 1290:6,
1290:9, 1318:25,
1359:21
**sentence** [2] - 1343:9,
1368:3
**separate** [2] - 1282:18,
1292:3
**separately** [1] -

1290:20
**serial** [48] - 1249:4,
1249:12, 1249:15,
1249:23, 1250:11,
1250:18, 1250:22,
1252:2, 1252:4,
1252:11, 1252:18,
1253:8, 1253:13,
1254:9, 1254:19,
1255:7, 1255:12,
1256:7, 1256:14,
1257:4, 1257:7,
1258:1, 1258:8,
1259:5, 1259:8,
1260:1, 1260:9,
1260:24, 1261:2,
1261:20, 1262:1,
1263:3, 1263:6,
1264:6, 1264:11,
1264:18, 1265:8,
1265:11, 1266:1,
1266:2, 1266:10,
1267:1, 1267:4,
1268:4, 1268:13,
1268:14, 1269:4,
1269:7
**serve** [1] - 1286:19
**served** [1] - 1286:23
**service** [2] - 1285:23,
1286:15
**Services** [2] - 1298:10,
1298:23
**services** [1] - 1288:2
**set** [9] - 1243:20,
1351:7, 1353:14,
1358:11, 1358:13,
1362:13, 1366:9,
1371:12, 1380:23
**sets** [1] - 1351:17
**seven** [8] - 1240:15,
1240:16, 1263:24,
1277:1, 1329:12,
1329:16, 1329:17,
1329:18
**seven-year** [1] -
1329:18
**seventh** [1] - 1329:16
**several** [7] - 1288:8,
1298:4, 1317:17,
1336:7, 1351:9,
1362:10, 1365:8
**share** [1] - 1342:15
**shared** [2] - 1346:7,
1346:8
**short** [2] - 1281:20,
1350:17
**show** [22] - 1244:18,
1246:4, 1249:8,
1251:22, 1254:1,
1255:25, 1257:19,

1261:13, 1263:17,
1265:22, 1267:15,
1274:7, 1282:2,
1282:9, 1340:23,
1342:9, 1344:2,
1347:24, 1348:6,
1355:6, 1368:13
**showed** [3] - 1280:9,
1282:6, 1334:4
**showing** [4] - 1244:21,
1305:1, 1348:5,
1379:14
**shown** [10] - 1248:15,
1262:1, 1264:18,
1266:11, 1280:21,
1334:3, 1339:24,
1342:16, 1344:5,
1371:24
**shows** [1] - 1281:25
**sic** [1] - 1255:13
**side** [10] - 1251:14,
1253:22, 1292:16,
1309:13, 1314:9,
1314:10, 1319:25,
1320:5, 1321:23,
1367:4
**sight** [2] - 1262:15,
1262:16
**sights** [1] - 1262:17
**sign** [1] - 1334:15
**signatures** [1] -
1358:20
**signing** [1] - 1280:1
**similar** [6] - 1251:4,
1261:8, 1263:25,
1264:1, 1298:17,
1348:16
**similarly** [2] - 1240:6,
1326:6
**simply** [1] - 1290:16
**sit** [2] - 1335:12,
1379:17
**sitting** [5] - 1343:4,
1345:4, 1353:18,
1354:15, 1373:22
**situations** [1] - 1352:2
**six** [7] - 1233:16,
1263:23, 1270:15,
1271:19, 1271:21,
1271:25, 1277:1
**skip** [2] - 1293:11,
1307:7
**slang** [7] - 1323:2,
1323:9, 1337:11,
1337:13, 1337:17
**slangs** [1] - 1351:17
**slashed** [1] - 1322:21
**slashes** [1] - 1321:19,
1321:22
**slide** [1] - 1246:23

1405

**slightly** [1] - 1321:11
**slip** [1] - 1258:20
**slow** [1] - 1295:24
**snippet** [1] - 1324:21
**snippets** [1] - 1374:13
**so...** [1] - 1362:16
**SOG** [1] - 1243:3
**solution** [1] - 1364:12
**someone** [7] -
1286:24, 1287:10,
1318:8, 1319:10,
1320:14, 1362:3,
1382:23
**sometimes** [2] -
1287:5, 1339:3
**somewhat** [2] -
1371:20, 1371:21
**somewhere** [1] -
1346:25
**soon** [1] - 1247:3
**sorry** [23] - 1233:22,
1236:25, 1262:13,
1263:24, 1273:9,
1278:22, 1288:17,
1296:6, 1299:9,
1300:16, 1304:21,
1316:6, 1320:22,
1324:18, 1336:2,
1343:8, 1345:23,
1357:23, 1363:18,
1368:8, 1368:11,
1377:2
**sort** [5] - 1234:15,
1249:3, 1273:14,
1362:6, 1362:9
**SOS** [1] - 1288:8
**source** [1] - 1289:4
**South** [2] - 1241:19,
1241:20
**south** [1] - 1242:6
**Southeastern** [1] -
1285:10
**Space** [3] - 1245:7,
1280:3, 1281:14
**space** [1] - 1245:8
**spare** [1] - 1276:11
**SPB** [1] - 1231:22
**SPBP** [2] - 1231:19,
1231:21
**speaker** [6] - 1318:8,
1318:16, 1322:19,
1323:23, 1323:24,
1338:11
**speakers** [2] - 1287:3,
1317:23
**speaking** [4] -
1286:20, 1323:24,
1324:25, 1327:24
**SPECIAL** [4] - 1228:3,
1228:6, 1230:5,

1241:4
**special** [9] - 1231:23,
1232:1, 1242:17,
1244:11, 1278:12,
1279:13, 1346:19,
1357:6, 1378:18
**Special** [18] - 1230:1,
1231:22, 1237:8,
1240:24, 1241:2,
1241:7, 1241:12,
1242:8, 1245:15,
1246:3, 1246:6,
1246:24, 1251:10,
1263:17, 1267:15,
1270:5, 1283:8,
1284:7
**specialist** [1] -
1285:18
**specific** [9] - 1236:6,
1297:14, 1322:17,
1324:14, 1332:2,
1332:14, 1368:10,
1368:14, 1372:24
**speculative** [1] -
1382:3
**spell** [5] - 1230:9,
1284:13, 1320:18,
1321:1, 1340:13
**spelled** [1] - 1352:12
**spelling** [4] - 1241:8,
1320:8, 1320:13,
1340:5
**Spencer** [3] - 1278:21,
1278:23, 1281:8
**spend** [1] - 1333:13
**spent** [1] - 1333:14
**spoken** [1] - 1329:5
**spontaneity** [1] -
1372:8
**Springfield** [4] -
1249:13, 1263:24,
1272:18, 1273:20
**squad** [10] - 1230:14,
1230:16, 1241:15,
1241:17, 1243:1,
1243:3, 1243:4,
1244:11, 1277:24,
1278:12
**squads** [1] - 1243:1
**square** [1] - 1353:8
**St** [28] - 1230:18,
1230:20, 1230:21,
1230:22, 1232:13,
1232:19, 1236:1,
1361:23, 1361:25,
1362:11, 1362:14,
1362:19, 1362:23,
1363:3, 1364:10,
1365:2, 1365:11,
1366:15, 1367:21,

1370:3, 1371:16,
1372:1, 1372:17,
1372:25, 1373:5,
1374:7, 1375:3,
1376:10
**stand** [18] - 1251:12,
1325:12, 1362:4,
1362:10, 1365:2,
1365:3, 1366:19,
1372:19, 1373:6,
1375:13, 1375:25,
1376:7, 1376:11,
1376:12, 1382:19,
1384:10
**standard** [1] - 1352:4
**standby** [1] - 1364:5
**start** [11] - 1237:23,
1278:15, 1317:18,
1317:20, 1319:1,
1326:19, 1329:9,
1346:23, 1355:19,
1363:15, 1363:18
**started** [3] - 1278:3,
1286:2, 1329:13
**starting** [1] - 1229:8
**state** [7] - 1229:9,
1284:13, 1359:11,
1359:13, 1359:19,
1360:18, 1360:20
**statement** [3] -
1236:6, 1245:17,
1245:19
**statements** [3] -
1361:25, 1363:21,
1383:2
**STATES** [3] - 1227:1,
1227:2, 1227:9
**States** [16] - 1227:12,
1229:3, 1231:11,
1231:13, 1231:15,
1231:18, 1231:20,
1232:9, 1232:10,
1233:13, 1234:7,
1234:24, 1235:17,
1330:17, 1332:24,
1385:11
**stating** [1] - 1241:8
**stationed** [1] -
1277:19
**stay** [10] - 1231:13,
1231:14, 1231:20,
1232:20, 1234:12,
1234:16, 1234:24,
1236:2, 1333:9,
1383:14
**staying** [1] - 1380:7
**stenographic** [1] -
1385:5
**step** [3] - 1237:9,
1283:8, 1376:8

**still** [4] - 1277:20,
1362:19, 1381:2,
1382:22
**stipulated** [2] -
1359:9, 1360:16
**stipulation** [5] -
1360:1, 1360:4,
1360:6, 1360:10,
1361:17
**stipulations** [10] -
1283:19, 1357:17,
1358:8, 1358:12,
1358:13, 1358:19,
1359:8, 1360:15,
1361:12, 1361:15
**stopped** [3] - 1355:22,
1355:25, 1356:4
**storage** [52] - 1243:16,
1244:3, 1244:7,
1244:15, 1244:23,
1244:24, 1246:9,
1246:11, 1246:15,
1247:2, 1247:3,
1247:6, 1247:25,
1248:5, 1248:13,
1249:16, 1252:3,
1252:5, 1254:7,
1254:10, 1255:2,
1256:5, 1256:8,
1256:24, 1257:24,
1258:2, 1258:25,
1259:25, 1260:3,
1260:19, 1261:18,
1261:21, 1262:11,
1262:23, 1263:20,
1263:22, 1264:12,
1265:3, 1266:1,
1266:3, 1266:20,
1268:6, 1268:24,
1270:20, 1271:22,
1272:20, 1274:10,
1275:6, 1276:14,
1278:4, 1278:18,
1281:11
**Storage** [4] - 1244:25,
1246:1, 1246:10,
1279:8
**straight** [1] - 1279:21
**Street** [1] - 1227:13
**strike** [1] - 1275:22
**studied** [3] - 1285:3,
1285:5, 1285:7
**stuff** [1] - 1366:1
**Suarez** [7] - 1230:2,
1230:8, 1230:10,
1233:8, 1235:25,
1237:9, 1237:15
**SUAREZ** [2] - 1228:3,
1230:5
**subject** [26] - 1236:25,

1239:1, 1271:4,
1292:25, 1293:1,
1293:8, 1295:11,
1297:20, 1297:21,
1300:9, 1301:21,
1302:23, 1304:24,
1305:10, 1306:12,
1308:12, 1309:23,
1311:3, 1311:7,
1312:11, 1313:15,
1314:15, 1316:24,
1379:11, 1380:15
**subjects** [1] - 1243:25
**submission** [1] -
1318:5
**submit** [3] - 1317:25,
1319:2, 1319:8
**submitted** [1] -
1231:19
**subpoena** [4] -
1281:3, 1281:6,
1281:10, 1281:11
**subsequent** [1] -
1320:4
**subsequently** [2] -
1319:19, 1361:3
**substance** [1] - 1360:5
**substantially** [15] -
1250:15, 1253:6,
1255:4, 1257:1,
1259:2, 1260:21,
1262:25, 1265:5,
1266:23, 1269:1,
1272:1, 1272:22,
1274:13, 1275:10,
1276:16
**substantiate** [1] -
1347:3
**substantive** [3] -
1239:5, 1239:19,
1240:11
**sudden** [2] - 1273:16,
1351:21
**suggestion** [6] -
1239:4, 1283:21,
1349:4, 1349:14,
1349:17, 1349:24
**summary** [1] - 1270:4
**Sunday** [1] - 1371:8
**supervisor** [6] -
1317:17, 1318:3,
1318:5, 1319:3,
1319:6, 1319:7
**supervisory** [3] -
1244:11, 1278:12,
1279:13
**supposed** [1] -
1370:11
**surprise** [1] - 1371:18
**surveillance** [8] -

1243:4, 1281:17,
1281:22, 1281:23,
1281:24, 1282:2,
1282:11, 1282:22
**SV7061803** [2] -
1266:12, 1267:3
**SV7062023** [2] -
1252:20, 1253:12
**SV7063271** [2] -
1254:20, 1255:11
**SV7078918** [2] -
1264:20, 1265:10
**SV7078924** [2] -
1262:3, 1263:5
**SV7085042** [2] -
1260:12, 1261:1
**SV7085520** [2] -
1258:10, 1259:7
**switch** [1] - 1273:14
**sworn** [1] - 1229:6
**Sworn** [2] - 1230:5,
1241:4, 1284:10
**system** [1] - 1329:18
**systems** [1] - 1285:8

# T

**T2** [1] - 1241:16
**Tabarre** [1] - 1360:22
**table** [1] - 1238:23
**tag** [1] - 1258:19
**takers** [2] - 1360:24,
1361:1
**target** [1] - 1262:19
**task** [2] - 1243:7,
1277:22
**Tatis** [7] - 1360:16,
1360:18, 1360:20,
1360:24, 1361:1,
1361:3, 1361:4
**Tatis's** [1] - 1360:25
**taught** [3] - 1330:7,
1332:10, 1332:18
**TDYs** [1] - 1243:5
**Team** [1] - 1242:22
**team** [1] - 1278:14
**technology** [1] -
1354:11
**telephone** [1] - 1361:2
**Telephone** [1] -
1350:23
**temporarily** [2] -
1231:13, 1231:20
**temporary** [1] - 1243:6
**ten** [9] - 1247:15,
1248:14, 1269:19,
1269:23, 1276:11,
1276:23, 1277:1,
1327:16, 1357:12
**tend** [1] - 1322:10

**term** [1] - 1288:7
**terms** [13] - 1330:22,
1336:17, 1362:18,
1363:4, 1363:5,
1363:9, 1364:2,
1368:3, 1372:9,
1372:15, 1375:19,
1376:19, 1383:1
**terrain** [1] - 1287:13
**territories** [1] -
1242:19
**test** [1] - 1286:20
**testified** [4] - 1342:2,
1347:18, 1353:1,
1380:7
**testifies** [2] - 1298:23,
1383:16
**testify** [11] - 1236:19,
1291:7, 1299:2,
1304:25, 1325:6,
1359:10, 1359:22,
1360:17, 1379:16,
1380:15, 1380:22
**testifying** [1] -
1364:21
**Testimony** [2] -
1359:9, 1360:16
**testimony** [18] -
1270:11, 1272:11,
1273:25, 1274:22,
1275:24, 1276:7,
1288:25, 1289:17,
1296:12, 1325:12,
1326:2, 1352:11,
1352:15, 1378:24,
1379:18, 1380:1,
1380:3, 1383:19
**testing** [1] - 1286:18
**text** [51] - 1287:5,
1287:6, 1288:21,
1290:6, 1293:21,
1294:15, 1294:19,
1294:22, 1297:8,
1299:12, 1299:24,
1300:2, 1301:2,
1301:3, 1302:11,
1303:20, 1303:24,
1304:1, 1304:3,
1304:6, 1307:1,
1307:17, 1307:19,
1307:24, 1308:23,
1308:25, 1309:12,
1309:18, 1314:3,
1314:5, 1314:10,
1315:4, 1315:19,
1315:24, 1318:20,
1318:21, 1318:24,
1318:25, 1319:10,
1319:22, 1319:25,
1321:13, 1321:24,

1321:25, 1335:2,
1335:4, 1335:6,
1335:10, 1337:7,
1340:20
**texts** [2] - 1294:23,
1352:18
**THE** [262] - 1227:1,
1227:1, 1227:9,
1227:18, 1229:2,
1229:14, 1229:20,
1229:25, 1230:3,
1230:4, 1233:4,
1235:22, 1236:11,
1236:16, 1236:18,
1236:21, 1237:2,
1237:5, 1237:8,
1237:10, 1237:11,
1237:18, 1237:20,
1237:23, 1238:3,
1238:5, 1238:7,
1238:10, 1238:13,
1238:17, 1238:21,
1238:22, 1238:24,
1239:7, 1239:12,
1239:15, 1239:20,
1239:23, 1240:1,
1240:5, 1240:8,
1240:12, 1240:15,
1240:17, 1240:22,
1241:1, 1241:2,
1246:21, 1247:12,
1248:11, 1249:21,
1250:5, 1251:8,
1252:13, 1252:16,
1254:15, 1256:13,
1258:7, 1258:14,
1258:16, 1258:19,
1260:8, 1261:25,
1264:17, 1266:9,
1268:11, 1270:4,
1270:8, 1271:2,
1271:6, 1271:10,
1272:8, 1273:3,
1273:6, 1273:9,
1273:16, 1273:22,
1274:19, 1275:16,
1275:21, 1276:25,
1277:3, 1277:8,
1283:4, 1283:6,
1283:8, 1283:10,
1283:12, 1283:16,
1283:25, 1284:4,
1284:7, 1289:9,
1290:15, 1290:18,
1290:25, 1291:12,
1291:23, 1292:2,
1292:5, 1292:7,
1292:9, 1293:1,
1293:3, 1293:8,
1295:13, 1295:24,
1296:3, 1296:6,

1296:18, 1296:22,
1297:21, 1298:20,
1298:24, 1299:3,
1300:10, 1301:22,
1303:1, 1303:4,
1303:7, 1304:21,
1305:4, 1305:8,
1305:12, 1306:14,
1307:5, 1308:13,
1309:25, 1311:5,
1311:9, 1312:13,
1313:17, 1314:16,
1316:6, 1316:9,
1316:11, 1316:14,
1316:16, 1316:19,
1316:22, 1317:1,
1317:5, 1317:13,
1317:15, 1318:18,
1323:14, 1325:4,
1325:11, 1326:10,
1326:15, 1341:19,
1341:20, 1342:17,
1342:23, 1343:11,
1344:10, 1344:17,
1344:22, 1345:11,
1345:18, 1345:21,
1345:24, 1346:2,
1346:4, 1346:10,
1346:18, 1346:23,
1347:16, 1347:21,
1348:9, 1349:3,
1349:7, 1349:12,
1349:18, 1350:5,
1350:18, 1350:21,
1350:24, 1351:3,
1353:9, 1354:23,
1355:3, 1355:10,
1355:13, 1355:16,
1355:25, 1357:2,
1357:6, 1357:8,
1357:9, 1357:19,
1357:23, 1358:3,
1358:6, 1358:11,
1358:15, 1359:1,
1359:6, 1359:16,
1360:4, 1360:9,
1360:13, 1361:10,
1361:16, 1362:17,
1362:22, 1363:11,
1363:18, 1363:22,
1364:2, 1364:3,
1364:13, 1364:23,
1365:9, 1365:16,
1365:22, 1366:14,
1367:17, 1368:2,
1368:5, 1368:11,
1368:20, 1369:8,
1369:15, 1370:13,
1370:20, 1370:24,
1371:4, 1371:14,
1371:21, 1372:6,

1373:4, 1373:12,
1373:15, 1373:17,
1374:4, 1374:24,
1375:16, 1375:19,
1376:10, 1376:16,
1377:2, 1377:5,
1377:7, 1378:8,
1378:15, 1378:25,
1379:8, 1379:11,
1379:19, 1379:22,
1379:25, 1380:25,
1381:11, 1381:15,
1382:11, 1382:16,
1383:4, 1383:17,
1383:22, 1384:1,
1384:4
**theory** [2] - 1362:2,
1366:9
**thereafter** [1] - 1236:3
**thereby** [6] - 1295:9,
1300:7, 1308:10,
1309:21, 1311:1,
1312:9
**therefore** [5] -
1295:14, 1300:11,
1309:25, 1311:9,
1313:13
**they've** [2] - 1325:6,
1376:7
**thinks** [1] - 1382:18
**third** [3] - 1294:16,
1294:18, 1360:14
**three** [1] - 1242:10,
1242:11, 1243:25,
1276:25, 1277:17,
1286:25, 1306:23,
1355:23, 1356:1,
1356:4, 1360:23
**timeline** [4] - 1348:11,
1350:10, 1369:1,
1376:17
**timelines** [1] - 1362:13
**timestamp** [1] -
1356:6
**timing** [2] - 1365:25,
1369:20
**today** [17] - 1270:11,
1272:11, 1274:1,
1274:22, 1275:24,
1276:7, 1288:25,
1289:17, 1296:12,
1298:1, 1318:7,
1345:4, 1354:15,
1357:11, 1362:9,
1362:17, 1378:14
**together** [3] - 1267:25,
1295:19, 1339:10
**ton** [2] - 1325:22,
1325:23
**tongue** [1] - 1258:21

1407

**tonight's** [1] - 1378:14
**took** [12] - 1280:14,
1280:15, 1287:25,
1288:1, 1347:10,
1347:25, 1348:3,
1348:5, 1350:9,
1354:21, 1360:24,
1360:25
**top** [9] - 1245:18,
1262:12, 1295:2,
1297:10, 1298:9,
1302:5, 1302:7,
1306:2, 1308:2
**topic** [2] - 1231:8,
1360:8
**topics** [1] - 1241:18
**total** [1] - 1275:2
**totally** [5] - 1371:4,
1375:7, 1380:23,
1381:2
**touch** [1] - 1384:11
**towards** [1] - 1282:1
**town** [2] - 1286:10,
1331:1
**traded** [1] - 1378:23
**traditional** [1] - 1355:5
**Trail** [1] - 1245:4
**trained** [1] - 1332:20
**training** [18] - 1242:11,
1242:14, 1286:7,
1286:9, 1286:11,
1286:13, 1286:14,
1286:16, 1323:8,
1330:22, 1331:7,
1331:12, 1331:17,
1331:25, 1332:3,
1332:10, 1332:16,
1332:18
**trainings** [1] - 1242:18
**transaction** [1] -
1245:21
**transcript** [3] - 1296:9,
1385:5, 1385:6
**TRANSCRIPT** [1] -
1227:8
**transcription** [2] -
1346:11, 1348:19
**transcripts** [1] -
1339:25
**transfer** [2] - 1285:24,
1359:25
**transferred** [1] -
1285:6
**translate** [11] -
1285:20, 1285:23,
1295:5, 1300:20,
1317:9, 1320:6,
1322:2, 1332:1,
1335:17, 1340:5,
1375:9

**translated** [17] -
1288:10, 1289:5,
1294:23, 1301:9,
1302:16, 1319:17,
1334:25, 1340:6,
1358:22, 1358:24,
1368:6, 1369:21,
1369:24, 1370:25,
1371:1, 1374:23,
1375:11
**translating** [9] -
1286:21, 1287:4,
1317:20, 1318:21,
1319:1, 1322:15,
1330:23, 1351:10
**translation** [66] -
1288:16, 1288:20,
1292:15, 1292:17,
1294:6, 1294:10,
1295:19, 1296:14,
1297:7, 1297:8,
1297:9, 1297:13,
1298:14, 1299:25,
1301:2, 1302:5,
1302:7, 1304:18,
1305:24, 1306:1,
1306:4, 1306:7,
1307:24, 1308:1,
1308:4, 1308:6,
1309:5, 1309:17,
1310:14, 1310:16,
1310:19, 1310:22,
1311:22, 1311:23,
1312:1, 1312:4,
1313:2, 1313:3,
1313:6, 1313:9,
1315:3, 1315:5,
1315:8, 1315:11,
1319:9, 1320:4,
1321:18, 1321:22,
1322:18, 1322:21,
1323:17, 1324:6,
1324:8, 1324:14,
1336:14, 1338:16,
1338:24, 1340:2,
1341:5, 1341:11,
1341:12, 1341:14,
1365:20, 1373:25,
1374:6, 1374:13
**translations** [41] -
1289:1, 1300:1,
1301:3, 1301:6,
1302:11, 1302:14,
1304:6, 1304:8,
1304:11, 1309:12,
1314:3, 1314:4,
1314:8, 1314:9,
1315:19, 1315:21,
1315:24, 1317:9,
1318:6, 1322:25,
1323:1, 1325:14,

1334:8, 1334:15,
1334:18, 1334:20,
1335:13, 1335:17,
1335:20, 1336:11,
1336:25, 1339:15,
1339:18, 1363:6,
1365:4, 1365:19,
1366:7, 1366:10,
1366:11, 1370:7,
1384:11
**translator** [8] -
1286:24, 1318:4,
1367:7, 1370:17,
1373:14, 1373:22,
1374:9, 1375:14
**translator's** [1] -
1362:10
**translators** [1] -
1352:5
**transportation** [1] -
1243:23
**travel** [1] - 1288:1
**TRIAL** [1] - 1227:8
**trial** [27] - 1231:16,
1232:21, 1234:10,
1234:13, 1234:17,
1236:3, 1239:4,
1358:22, 1359:10,
1360:17, 1378:10,
1379:6, 1379:8,
1379:9, 1379:15,
1380:8, 1380:11,
1380:16, 1380:22,
1381:7, 1381:9,
1381:18, 1381:20,
1382:1, 1383:18
**tried** [1] - 1321:18
**true** [6] - 1298:17,
1326:5, 1364:7,
1365:6, 1385:4,
1385:6
**try** [4] - 1285:23,
1321:1, 1321:5,
1380:12
**trying** [9] - 1238:1,
1317:22, 1347:14,
1347:16, 1347:18,
1347:22, 1362:5,
1370:14, 1376:22
**Ts** [1] - 1295:22
**Tuesday** [11] -
1362:20, 1363:3,
1364:17, 1364:22,
1366:18, 1371:13,
1372:18, 1373:6,
1376:12, 1376:14,
1382:19
**TulAmmo** [1] - 1275:3
**Tunis** [4] - 1290:6,
1290:11, 1290:19,

1291:11
**turn** [5] - 1245:13,
1287:20, 1319:3,
1332:23, 1351:1
**turns** [1] - 1383:11
**two** [36] - 1242:3,
1247:16, 1247:18,
1248:18, 1248:20,
1267:23, 1273:10,
1276:25, 1285:6,
1289:20, 1289:22,
1295:5, 1300:16,
1301:3, 1301:15,
1302:11, 1304:2,
1309:12, 1315:19,
1316:22, 1316:24,
1319:23, 1323:4,
1333:3, 1333:12,
1339:7, 1344:15,
1347:1, 1348:7,
1352:18, 1356:25,
1357:17, 1368:22,
1378:17, 1382:4
**type** [11] - 1293:22,
1299:10, 1300:17,
1306:21, 1307:12,
1307:16, 1308:19,
1308:22, 1310:8,
1311:14, 1312:19
**types** [2] - 1325:18,
1339:7
**typographical** [1] -
1273:14

# U

**U.S** [3] - 1227:13,
1227:15, 1227:23
**under** [7] - 1245:2,
1245:3, 1245:6,
1245:20, 1327:3,
1376:25, 1377:3
**understood** [2] -
1330:3, 1367:19
**Underwater** [1] -
1242:21
**unit** [68] - 1243:16,
1244:3, 1244:7,
1244:15, 1246:9,
1246:11, 1246:15,
1247:2, 1247:4,
1247:6, 1247:25,
1248:6, 1248:13,
1249:16, 1252:3,
1252:5, 1253:4,
1254:7, 1254:10,
1255:2, 1256:5,
1256:8, 1256:24,
1257:24, 1258:2,
1258:25, 1259:25,
1260:3, 1260:19,

1261:18, 1261:21,
1262:11, 1262:23,
1263:20, 1263:22,
1264:12, 1265:3,
1266:1, 1266:4,
1266:20, 1267:20,
1268:6, 1268:24,
1270:20, 1271:23,
1272:20, 1274:10,
1275:6, 1276:14,
1278:4, 1278:19,
1279:21, 1279:22,
1279:23, 1279:25,
1280:2, 1280:5,
1280:6, 1280:17,
1281:17, 1281:19,
1282:1, 1282:2,
1282:7, 1282:13,
1282:18, 1282:20
**Unit** [2] - 1281:14,
1282:20
**UNITED** [3] - 1227:1,
1227:2, 1227:9
**United** [16] - 1227:12,
1229:3, 1231:10,
1231:13, 1231:14,
1231:17, 1231:20,
1232:9, 1232:10,
1233:13, 1234:7,
1234:24, 1235:17,
1330:17, 1332:24,
1385:11
**units** [2] - 1282:18,
1282:19
**university** [7] - 1285:2,
1330:3, 1330:7,
1330:13, 1330:17,
1335:25, 1336:4
**University** [4] -
1285:7, 1285:11,
1336:1, 1336:5
**unless** [2] - 1350:13,
1357:10
**unnecessarily** [1] -
1364:10
**up** [98] - 1235:7,
1237:11, 1238:19,
1240:10, 1243:20,
1245:11, 1245:24,
1247:13, 1247:20,
1249:3, 1249:12,
1250:3, 1252:2,
1252:17, 1252:22,
1254:17, 1254:22,
1256:19, 1257:25,
1258:12, 1259:20,
1260:14, 1262:6,
1264:22, 1266:14,
1268:18, 1270:7,
1272:10, 1274:7,

1274:20, 1281:3, 1282:18, 1289:8, 1289:14, 1289:23, 1291:17, 1293:15, 1294:4, 1294:18, 1296:25, 1298:3, 1299:7, 1299:11, 1299:15, 1299:19, 1300:12, 1300:22, 1301:23, 1302:4, 1303:11, 1303:15, 1303:21, 1304:2, 1305:14, 1306:16, 1306:23, 1307:9, 1307:15, 1307:18, 1308:14, 1309:1, 1310:2, 1310:5, 1310:10, 1311:11, 1311:17, 1312:15, 1313:24, 1314:17, 1314:23, 1315:14, 1319:17, 1321:7, 1322:15, 1323:16, 1324:2, 1336:14, 1339:25, 1342:18, 1343:10, 1343:15, 1347:24, 1354:12, 1355:4, 1357:11, 1358:23, 1362:15, 1362:24, 1364:2, 1364:5, 1367:12, 1379:14, 1382:13, 1382:16, 1382:20, 1383:8, 1383:14, 1383:20
**updated** [1] - 1378:13
**upper** [2] - 1248:18, 1267:24
**ups** [1] - 1364:4
**USERT** [1] - 1242:21

**V**

**VA** [1] - 1227:21
**variety** [1] - 1338:3
**various** [3] - 1242:18, 1324:23, 1353:25
**vehicle** [1] - 1282:1
**verbatim** [2] - 1288:16, 1288:20
**verify** [1] - 1276:24
**vicinity** [1] - 1325:24
**video** [13] - 1281:17, 1281:21, 1281:22, 1281:23, 1281:24, 1282:2, 1282:4, 1282:11, 1282:22, 1347:25, 1348:6, 1355:7
**videos** [1] - 1372:3
**violent** [1] - 1243:7

**visit** [1] - 1353:22
**vocabulary** [1] - 1351:17
**voice** [7] - 1324:17, 1324:18, 1324:19, 1324:25, 1325:1, 1325:6, 1326:2
**Vosphie** [1] - 1229:5
**vs** [1] - 1227:4
**VSKA** [11] - 1252:3, 1253:3, 1254:6, 1257:23, 1259:24, 1260:2, 1261:17, 1262:10, 1263:19, 1264:4, 1265:25
**VSKAs** [5] - 1262:12, 1263:21, 1263:23, 1263:24, 1263:25

**W**

**wait** [3] - 1271:9, 1302:24, 1371:18
**Walder** [12] - 1230:17, 1233:15, 1233:19, 1233:24, 1234:2, 1234:12, 1234:19, 1234:22, 1235:6, 1235:12, 1235:15, 1370:18
**warrant** [2] - 1279:2, 1279:3
**Washington** [5] - 1227:14, 1227:16, 1227:24, 1286:10, 1385:13
**waste** [1] - 1372:2
**watch** [1] - 1380:16
**watching** [1] - 1345:15
**water** [1] - 1242:23
**weapon** [15] - 1248:18, 1248:23, 1250:10, 1250:13, 1251:19, 1253:24, 1255:23, 1257:16, 1261:10, 1262:18, 1263:14, 1267:12, 1267:20, 1268:1, 1269:16
**weapons** [7] - 1244:9, 1247:15, 1247:16, 1248:1, 1267:23, 1269:21, 1278:18
**Wednesday** [1] - 1364:22
**week** [5] - 1232:14, 1331:9, 1331:10, 1333:11, 1333:12
**weekend** [1] - 1384:7
**weeks** [1] - 1333:12

**well..** [1] - 1296:19
**WhatsApp** [1] - 1287:7
**whole** [1] - 1353:6
**wide** [1] - 1278:1
**wife** [4] - 1230:24, 1233:10, 1233:11, 1351:2
**wife/girlfriend** [2] - 1234:6, 1234:16
**Wilson** [1] - 1227:20
**wire** [2] - 1359:20, 1359:24
**wish** [1] - 1372:25
**wishes** [1] - 1372:17
**Withdrawals** [1] - 1245:21
**witness** [66] - 1229:25, 1236:12, 1236:18, 1236:24, 1237:6, 1238:7, 1238:15, 1240:25, 1244:18, 1246:4, 1249:8, 1251:3, 1251:22, 1254:1, 1272:10, 1273:23, 1275:18, 1276:21, 1277:7, 1283:17, 1283:20, 1289:8, 1289:10, 1291:5, 1297:25, 1304:20, 1305:2, 1325:5, 1344:3, 1344:14, 1346:4, 1346:9, 1346:14, 1346:16, 1347:2, 1347:8, 1347:12, 1347:23, 1348:1, 1348:2, 1348:12, 1348:16, 1348:18, 1348:23, 1350:8, 1350:15, 1355:6, 1355:9, 1357:22, 1357:24, 1358:1, 1365:5, 1369:13, 1376:1, 1376:23, 1378:13, 1378:15, 1378:16, 1378:18, 1380:1, 1380:2, 1380:17, 1381:25, 1384:10
**WITNESS** [10] - 1228:2, 1230:4, 1237:10, 1241:1, 1258:19, 1276:25, 1283:10, 1317:15, 1341:19, 1357:8
**Witness** [13] - 1251:20, 1253:25, 1255:24, 1257:18, 1259:18, 1261:11, 1263:16, 1265:21,

1267:14, 1269:18, 1271:15, 1274:5, 1274:8
**witness's** [1] - 1296:11
**witnesses** [13] - 1372:9, 1379:14, 1379:15, 1379:16, 1379:24, 1379:25, 1380:14, 1381:8, 1381:15, 1381:17, 1381:24, 1383:1
**woman** [2] - 1233:12, 1236:2
**Woo** [1] - 1359:13
**word** [28] - 1262:13, 1320:6, 1320:8, 1320:11, 1320:25, 1322:4, 1323:18, 1323:20, 1335:3, 1336:18, 1336:25, 1337:7, 1338:6, 1338:19, 1339:4, 1339:11, 1340:3, 1340:6, 1340:8, 1341:7, 1351:19, 1351:21, 1352:8, 1352:12, 1353:14, 1360:20, 1372:14
**words** [17] - 1319:23, 1320:18, 1321:18, 1321:19, 1321:22, 1323:1, 1334:17, 1337:13, 1337:20, 1340:13, 1340:20, 1341:4, 1351:17, 1351:24, 1352:2, 1373:19, 1380:1
**worker** [2] - 1318:14, 1319:12
**worrisome** [1] - 1374:4
**worth** [1] - 1357:10
**write** [5] - 1251:18, 1257:15, 1320:14, 1320:15, 1340:13
**written** [9] - 1318:25, 1336:4, 1340:8, 1341:7, 1341:9, 1341:17, 1349:20, 1350:1, 1381:21
**wrote** [1] - 1335:10

**Y**

**year** [9] - 1286:17, 1288:15, 1329:18, 1329:24, 1330:1, 1330:18, 1330:19, 1331:13, 1331:25
**years** [18] - 1230:12,

1242:10, 1242:11, 1277:16, 1284:20, 1285:6, 1285:9, 1286:5, 1286:6, 1329:12, 1329:16, 1329:17, 1329:25, 1330:15, 1332:25, 1333:3, 1353:21
**yesterday** [1] - 1376:4
**Yonyon** [12] - 1324:12, 1324:13, 1326:22, 1326:23, 1327:4, 1327:20, 1328:17, 1329:5, 1341:24, 1343:19, 1345:9, 1354:16
**yourself** [4] - 1230:8, 1241:8, 1279:11, 1343:11
**YY** [3] - 1324:9, 1326:20, 1326:21

**Z**

**zero** [2] - 1240:16, 1250:6
**zoom** [2] - 1268:13, 1342:24
**zoomed** [1] - 1249:3, 1343:5