1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA,
                                    CR No. 21-0699-01 (JDB)
4            Plaintiff,

5        vs.                        Washington, D.C.
                                    January 29, 2024
6   JOLY GERMINE,                   1:50 p.m.

7            Defendant.             Pages 1520 through 1820
    _____

8

9                        **P.M. SESSION**
                **TRANSCRIPT OF THE BENCH TRIAL**
10        **BEFORE THE HONORABLE JOHN D. BATES**
                **UNITED STATES DISTRICT JUDGE**
11

12  APPEARANCES:

13  For the Government:

14          KAREN P. SEIFERT, AUSA
            KIMBERLY L. PASCHALL, AUSA
15          U.S. Attorney's Office
            601 D Street NW
16          Washington, DC 20530

17          BEAUDRE D. BARNES, ESQ
            U.S. Department of Justice
18          950 Pennsylvania Avenue NW
            Washington, DC 20530

19
    For the Defendant:
20
            ALLEN HOWARD ORENBERG, ESQ.
21          The Orenberg Law Firm, PC
            12505 Park Potomac Avenue
22          6th Floor
            Potomac, MD 20854

23

24

25

```
1   (APPEARANCES CONTINUED:)

2
            ELITA AMATO, ESQ.
3           2111 Wilson Boulevard
            Suite 8th Floor
4           Arlington, VA 22201

5
    Court Reporter:
6
            Stacy Johns, RPR
7           Official Court Reporter

8           Proceedings recorded by mechanical stenography,
            transcript produced by computer-aided transcription
9

10

11                        I N D E X

12  GOVERNMENT WITNESSES                                PAGE

13  ANA RECIO

14      Direct Examination By Ms. Paschall                8

15      Cross-Examination By Ms. Amato                 1556

16      Redirect Examination By Ms. Paschall           1569

17  SPECIAL AGENT JOHN FRITZ DUGUE

18      Direct Examination By Ms. Seifert                55

19      Cross-Examination By Mr. Orenberg             1598

20      Redirect Examination By Ms. Seifert           1609

21

22                      E X H I B I T S

23  GOVERNMENT EXHIBITS                               ADMIT

24  101T                                                 20

25  101.01, 101.02, 101.03, 101.04, 101.06, 101.08, 101.09   38
```

```
1    (EXHIBITS CONTINUED:)

2

3    GOVERNMENT EXHIBITS                                    ADMIT

4    101.10, 101.11, 101.12, 101.13, 101.14, 101.15, 101.16, 101.17,

5    101.18, 101.19, 101.20, 101.21. 101.22, 101.25, 101.26, 101.28,

6    101.29, 101.33, 101.35, 101.36, 101.37, 101.38, 101.40, 101.41,

7    101.42, 101.45, 101.46, 101.48, 101.49, 101.50, 101.51, 101.52,

8    102.10, 102.11, 102.12, 102.14, 102.16, 102.17, 103.03, 103.05,

9    103.09, 104.01, 104.02, 104.03, 104.05, 104.07, 104.08, 104.10,

10   104.11, 104.12, 105.01, 105.02, 105.03, 105.04, 105.05

11   101.02                                                      26

12   101.06                                                      30

13   101.38                                                      31

14   101.49                                                      32

15   102T                                                        21

16   102.12                                                      27

17   103T                                                        22

18   103.05                                                      27

19   104T                                                        23

20   104.07                                                      28

21   104.08                                                      29

22   104.10                                                      30

23   105T                                                        24

24   108.02                                                      94

25   108.06                                                      94
```

```
1    (EXHIBITS CONTINUED:)

2

3    GOVERNMENT EXHIBITS                          ADMIT

4    108.09                                          94

5    108.10                                          95

6    108.11                                          95

7    108.13                                          95

8    108.15                                          95

9    108.16                                          95

10   108.17                                          95

11   108.18                                          96

12   108.19                                          96

13   108.20                                          96

14   108.27                                          96

15   108.28                                          96

16   108.40                                          96

17   108.76                                          97

18   108.97                                          97

19   108.99                                          98

20   150C                                            19

21

22

23

24

25
```

1    **P R O C E E D I N G S**

2        THE COURT:  All right.  Good afternoon.  And we're

3    waiting for Mr. Germine.

4        MS. AMATO:  Before we -- I just want to put one thing

5    on the record.

6        Your Honor doesn't mind if I stand here, correct?

7        THE COURT:  I'm sorry.

8        MS. AMATO:  Your Honor doesn't mind if I stand here?

9        THE COURT:  I don't mind.

10       MS. AMATO:  I just wanted to let the Court know by the

11   2:00 deadline, I would like for Walder St. Louis to be brought

12   back for tomorrow to testify.

13       THE COURT:  All right.  And have you -- are there

14   further deadlines that need to be met in terms of providing

15   information to the government?

16       MS. AMATO:  Yes.  Yesterday by noon, a couple of

17   minutes before noon, I met that deadline, Your Honor, correct.

18       MR. ORENBERG:  Saturday.

19       MS. AMATO:  Excuse me, I'm corrected.  It was

20   Saturday, not yesterday.

21       THE COURT:  Is there an 8:00 p.m. deadline as well?

22       MS. AMATO:  There is an 8:00 p.m. deadline, yes.

23       THE COURT:  All right.  Ms. Duncan, you're so advised.

24       All right, Ms. Paschall.

25       MS. PASCHALL:  Thank you, Your Honor.  The government

1  calls Ana Recio.

2      (Witness sworn)

3                          ANA RECIO, Sworn

4          THE COURT:  Good afternoon, Ms. Recio.  Please have a

5  seat.  Ms. Paschall.

6                          DIRECT EXAMINATION

7  BY MS. PASCHALL:

8  Q.  Good afternoon.  Could you please state and spell your name

9  for the Court?

10  A.  I am Ana Recio.  That's A-N-A, R-E-C-I-O.

11  Q.  Where do you work?

12  A.  I work at International Language Services.

13  Q.  And do we also refer to that as ILS?

14  A.  Correct.  ILS, ILS-New York, yeah.

15  Q.  How long have you worked there?

16  A.  Almost eight years.  Seven and a half, approximately.

17  Q.  What is your educational background?

18  A.  So I majored in finance and minored in Spanish language

19  translation.

20  Q.  Can you explain for the Court, what is ILS?

21  A.  So we are a company that provides all sorts of linguistic

22  services.  So anything under the sun in terms of

23  transcriptions, translations, interpretations, summaries.  And

24  we provide these services in over 125 languages.

25  Q.  So you mentioned a few different forms of linguistic

Recio - DIRECT

1   services.  I just want to make clear for the Court.  Could you
2   please tell us the difference between the transcription,
3   translation and interpretation services?
4   A.  Yes, of course.
5       So all of those would be linguists.  A linguist is somebody
6   who works in the field of linguistics.  However, there are
7   differences.  So an interpreter, for instance, would have a
8   different skill set than a transcriptionist and a different
9   skill set from a translator.  There may be some overlap.  But
10  an interpreter will interpret life in the moment.  Even within
11  interpreters, you have consecutive interpreters, who
12  interpret -- they relay, interpret, so they take a pause.  And
13  they also interpret any questions.
14      The other party may have -- there are simultaneous
15  interpreters, who have specialized equipment.  So they can
16  interpret live as the conference or the trial is happening.
17      Then transcriptionists, they have also a very different
18  skill set.  They also require headphones, software that is
19  specialized so they can play the recordings, rewind, go back
20  and forth.  They also translate but they have more experience
21  listening to the audio, getting into the nitty-gritty of the
22  audios and being able to decipher what's being said.
23      They also translate the content into English or into the
24  language that is requested.
25      A translator may also do all of the above but not

Recio - DIRECT

1    necessarily to the extent that you want.  If you have

2    transcriptions, you want to make sure that you work with a

3    transcriptionist.  The transcriptionist will be able to also

4    translate into English or into the language that you may need,

5    but a translator is just somebody who translates from one

6    language into the other, mostly written documents or anything

7    in written form.

8    Q.  And what is your current role with ILS?

9    A.  I'm a senior project manager.

10   Q.  How long have you been in that role?

11   A.  About two to three years.

12   Q.  And before you were a senior project manager, did you hold

13   other roles with ILS?

14   A.  I did.  I started out as an assistant project manager.

15   Within a year and a half, I moved up to project manager.  I was

16   there for four years, approximately, four or five years.  And

17   then I became a senior project manager.

18   Q.  Please tell the Court what your current duties are in your

19   role as a senior project manager.

20   A.  So I try to understand, take a holistic approach to the

21   client's needs, in terms of the translation.  Monitor the

22   project from beginning to end.  The linguist -- I have an

23   entire team working with me as well.  So I have a support team

24   while doing all of this, to make sure that all of the final

25   transcripts or translations go through a three-tier quality

Recio - DIRECT

1    control process before it goes out to the clients.

2    Q.  And what languages personally do you speak?

3    A.  I speak Spanish.  Spanish is my first language.  English is

4    my second language.

5    Q.  I want to focus your attention on the specific case here

6    today.  Were you contacted by my office to translate audio and

7    text messages from Haitian-Creole into English?

8    A.  Yes.

9    Q.  Approximately how many audio and text messages were you

10   provided for translation by your company?

11   A.  A ton.  So we receive them on a rolling basis.  But there

12   was over 400 files, approximately.

13   Q.  So for a project of that size, what process do you, as the

14   project manager, put in place to handle that order from a

15   client?

16   A.  I'm sorry, can you repeat the question?

17   Q.  Sure.

18       So for a project of that size, what process do you, as the

19   senior project manager, put in place to handle a project of

20   that volume?

21   A.  Okay.  So we hire a ton of translators.  Some of them have

22   worked for us for decades, for many years.  And we ensure that

23   anything that is being produced is going through a three-tier

24   quality control process, as any other project would.

25   Q.  So for this specific project that you did for my office,

Recio - DIRECT

1    were you, as the senior project manager, somebody who vetted

2    the linguists that you hired for this project?

3    A.   Yes.

4    Q.   Can you explain to the Court what are the requirements for

5    those linguists that you hired?

6    A.   They vary.  We take a look at their resume, their

7    experience very closely.  Most of them hold a master's degree

8    in either linguistics or some sort of linguistics field.  But

9    all of them, or at least a great majority, hold a bachelor's

10   degree.

11       We also look at their hands-on experience.  So for

12   instance, if somebody does not have a master's degree or some

13   sort of formal educational background in linguistics but has

14   worked at the courts for the past 30 years and has great

15   cultural background, we would take that into consideration.  We

16   also monitor their work very closely from beginning to end.  So

17   we don't just take their resumes at face value.  We like to

18   take a holistic approach and see who would be a best fit for a

19   different process.

20       So for instance, a translator may be great for text

21   messages.  Another one may be great for MLATS (ph.) or some

22   other type of documents, but this other individual may be great

23   for transcriptions because, perhaps, he has the cultural

24   background that you're required to understand the language.  So

25   it varies.

Recio - DIRECT

1    Q.  And for this project, how many Haitian-Creole linguists did

2    ILS employ in order to finish this project?

3    A.  Between 30 to 40, approximately.

4    Q.  Where are those linguists located?

5    A.  All over the world.  Most of them are located in the U.S.

6    Q.  And specifically for this project, did you ask for

7    additional qualifications or requirements for the people who

8    were going to be reviewing those audio files that we sent you?

9    A.  Yes.

10   Q.  What type of requirements were you looking for in the

11   linguists you hired to look at the audio files in this case?

12   A.  We made sure that they had experience transcribing and

13   translating audio.  So, for instance, somebody who has

14   experience or experience in colloquialisms or slang, as we like

15   to say.  And somebody who knows well the technology to be able

16   to produce quality work.

17       So somebody who has used the pedal to be able to play the

18   recordings seamlessly.  Somebody who has good headphones.

19   Somebody who is prepared and has done this before.  We also

20   tend to ask when the last time was that they did a case like

21   this, and we make sure they are very familiar with

22   transcription work.

23   Q.  So you've mentioned a few times your three-step quality

24   control process.  Can you explain to the Court:  What is the

25   first step in that process?

Recio - DIRECT

1    A.  Yes.  So the first step is what we call the first draft.

2    And I like to call it a draft because I'm aware it's a

3    multi-layer process.  But, of course, we demand the best work

4    they can possibly provide.  That would be the first step.

5    Within transcriptions, the individual would put their

6    headphones on.  They would listen to the audio, transcribe it

7    as verbatim as possible and then translate it into English.

8    Q.  And then what is the second step of that process?

9    A.  So the second step would involve a separate linguist.  So a

10   new set of ears and eyes.  They would also listen to the

11   recording carefully, make sure they fill in the blanks, maybe

12   notes that the previous linguist left that maybe there's

13   something they didn't understand fully.  Or the recording is a

14   little bit iffy, they would also translate that.  Any changes

15   that they make, they would also have to translate them to make

16   sure both columns are matching.

17       They would, of course, look at grammar.  They would look at

18   punctuation, formatting.  So they would do -- everything that

19   was done in the first stage, they would redo it again, but with

20   the existing draft.  So they tend to pick up more details

21   during that process.

22   Q.  And then what is the third step?

23   A.  So the third step would involve either a project manager --

24   so I was involved in this one, for instance.  We also have

25   other project managers who will specialize in translations into

Recio - DIRECT

 1   English.  So we will proofread the English, make sure that it

 2   flows, that it makes sense.

 3       Moreover, we do a lot of research to make sure that, to the

 4   best of our abilities, the names are spelled correctly, that

 5   everything is within context.  And if something doesn't make

 6   sense, we go back to either stage one or stage two, ask

 7   questions, and refer back to the translator -- or sorry, the

 8   second linguist.

 9   Q.  So following up on that, how do you handle changes at that

10   third stage of the process if you've already gone through the

11   first two stages?

12   A.  So changes at the third stage are completely normal.  They

13   tend to be preferential or due to lack of context.  So what we

14   do is we -- well, we ask the reviewers and editors, beginning

15   at stage two onwards, to keep track of their changes, so we can

16   see what is being done.  We can also check the file and see if

17   it was modified without tracking the changes.

18       So we run a red-line version.  If we think something was

19   changed that wasn't recorded.  And then the red-line version

20   would provide a side-by-side comparison of the file the

21   linguist received versus the one that we received from them.

22       So those changes, we would bring them to the attention of

23   another linguist if the first or second linguists are not

24   available.  And we would ask them if that makes sense.  We

25   would provide them a little bit of contextual information and

Recio - DIRECT

1    see if that helps clarify.

2        So we tend to push these questions whenever we have changes

3    until we're satisfied with the answer and it makes sense and we

4    get different opinions on it.  We don't just take their word

5    for it.

6    Q.  So you, as the project manager in this case who doesn't

7    speak Haitian-Creole, when you had questions, would it be fair

8    to say you would go back to a linguist who did speak the

9    language?

10   A.  Of course.  Yeah, when I say linguist, I'm referring to all

11   the linguists who speak Haitian-Creole.

12   Q.  And this process, the three-step process that you

13   described, was that the process that was followed in the

14   translations that you-all provided to the government in this

15   case?

16   A.  Yes.  I'm sorry, if I may go back.  I said linguists who

17   only speak Haitian-Creole.  Of course, I meant Haitian-Creole

18   and English for that, okay.

19   Q.  Thank you.  That's helpful.

20        MS. PASCHALL:  Ms. Duncan, can we please pull up what

21   is on my screen before the witness and the Court.

22        Nope, hold on one second.

23   BY MS. PASCHALL:

24   Q.  Ms. Recio, I have pulled up what we have marked as

25   Government's Exhibit 150C.

1              THE COURT:  150C?

2              MS. PASCHALL:  Yes.  I think that's going to be on the

3    newest exhibit list, Your Honor.

4              THE COURT:  All right.

5    BY MS. PASCHALL:

6    Q.  Ms. Recio, can you see what I've marked as Government's

7    Exhibit 150C on the screen in front of you?

8    A.  Yes.

9    Q.  And what is this?

10   A.  So this is certificate of accuracy that we issued for a set

11   of transcriptions, transcriptions/translations.

12   Q.  And is this 13-page document at Exhibit 150C the

13   certificate of accuracy that your company issued for the

14   transcriptions and translations that you did for the government

15   in this case?

16   A.  Yes.  For the Germine folder.

17   Q.  So I'm going to stop here on Page 5 for a minute.  You

18   mentioned the Germine folder.  Can you see the individual files

19   that are listed here?

20   A.  Yes.

21   Q.  Can you explain to the Court, what was the naming

22   convention here?

23   A.  So because the source files -- source audios had these

24   numbers, we named them based on the folder.  The subset in this

25   case was "Germine."  And we numbered them 1 through 228 to make

Recio - DIRECT

1    sure nothing fell through the cracks.

2    Q.  And on Page 6 of this 13-page document, what do you see on

3    the screen in front of you there?

4    A.  This is another certificate of accuracy.  This time it's

5    for the translation of text messages that is a PDF that we

6    received.

7    Q.  And on Page 7 of this document that's on the screen in

8    front of you, what is this?

9    A.  That is a certificate of accuracy for

10   transcriptions/translations for source files or audios.  This

11   time the subfolder was "Jocelyn" because we labeled them

12   Jocelyn 1 through 20.

13   Q.  The eighth page of this document, what is this?

14   A.  So this is another certificate of accuracy, this time for

15   two PDFs.  I believe those also contained text messages.

16   Q.  And Page 9 of Government's Exhibit 150C, what is here?

17   A.  Also another certificate of accuracy for

18   transcription/translations of the audios from the Walder

19   folder, 1 through 19.

20   Q.  And Page 10 of Government's Exhibit 150C, what do we see

21   here?

22   A.  That is another certificate of accuracy for the translation

23   of that document.  Also PDF that I believe contains text

24   messages.

25   Q.  And Page 11 of Government's 150C, what do we see here?

Recio - DIRECT

1   A.  Certificate of accuracy for the transcription/translations

2   for the Santia folder.

3   Q.  Which numbers?

4   A.  It's 1 through 35.

5   Q.  Finally, what do we have on Page 13?

6   A.  A certificate of accuracy for translations of three PDFs

7   containing text messages from the Santia folder.

8   Q.  Is Government's Exhibit 150C a fair and accurate

9   representation of the certificate of accuracy that your company

10  produced certifying the translation work done between

11  December 4th, 2023, and January 11th of 2024 in this case?

12  A.  Yes.

13          MS. PASCHALL:  At this time, Your Honor, we move the

14  admission of Government's Exhibit 150C.

15          MS. AMATO:  No objection.

16          THE COURT:  Without objection, 150C is admitted.

17      (Government's Exhibit 150C received in evidence.)

18  BY MS. PASCHALL:

19  Q.  In preparation for your testimony today, did I send you

20  several documents to review?

21  A.  Yes.

22  Q.  I've now pulled up on the screen in front of you what we

23  have marked as Government's Exhibit 101T.  Can you see that

24  document?

25  A.  Yes.

Recio - DIRECT

1    Q.  And did you review this document prior to your testimony

2    today?

3    A.  Yes.

4    Q.  What is in this document?

5    A.  So it's a transcription translation from the audio listed

6    as the exhibit.

7    Q.  And are the transcription and translations in 101T the

8    compilation of the items you certified in Government's

9    Exhibit 140C that pertain to the Germine folders?

10   A.  Yes.

11        MS. PASCHALL:  At this time, Your Honor, we move the

12   admission of Government's Exhibit 101T.

13        MS. AMATO:  No objection.

14        THE COURT:  It was conditionally admitted previously.

15   And that condition is now removed and it is admitted in full.

16     (Government's Exhibit 101T received in evidence.)

17   BY MS. PASCHALL:

18   Q.  Ms. Recio, I've pulled up on the screen in front of you

19   what I have marked as Government's Exhibit 102T.  Can you see

20   that?

21   A.  Yes.

22   Q.  Is this another document you reviewed in preparation for

23   your testimony today?

24   A.  Yes.

25   Q.  And what is in Government's Exhibit 102T?

Recio - DIRECT

1   A.   Side-by-side translations of -- I apologize, it's a

2   transcription translation of the audio listed under the exhibit

3   Jocelyn 3.

4   Q.   Does Government's Exhibit 102T contain a compilation of the

5   items you certified as fair and accurate in Government's

6   Exhibit 150C that related to the Jocelyn Dor files?

7   A.   Yes.

8        MS. PASCHALL:  At this time, Your Honor, we'd move the

9   admission of Government's Exhibit 102T.

10       MS. AMATO:  No objection.

11       THE COURT:  Without objection, 102T is admitted in

12  full.  The conditional admission being now removed.

13       (Government's Exhibit 102T received in evidence.)

14  BY MS. PASCHALL:

15  Q.   Ms. Recio, I've pulled up on the screen what is marked as

16  Government's Exhibit 103T.  Can you see that?

17  A.   Yes.

18  Q.   Is this a document I gave to you to review in preparation

19  for your testimony today?

20  A.   Yes.

21  Q.   What is it?

22  A.   It's a transcription/translation of Walder audio.

23  Q.   This 42-page document at Government's Exhibit 103T, is this

24  a compilation of the transcriptions in the Walder files that

25  your company certified as accurate in Government's

Recio - DIRECT

1  Exhibit 150C?

2  A.  Yes.

3       MS. PASCHALL:  At this time, Your Honor, the

4  government would move the admission of Exhibit 103T.

5       MS. AMATO:  No objection.

6       THE COURT:  Without objection, 103T is admitted in

7  full.  The conditional element of admission being removed now.

8    (Government's Exhibit 103T received in evidence.)

9  BY MS. PASCHALL:

10  Q.  Ms. Recio, I've now pulled up on the screen Government's

11  Exhibit 104T.  Can you see that?

12  A.  Yes.

13  Q.  And what is Government's Exhibit 104T?

14  A.  It's translation of the exhibit listed on the cover page

15  from the Santia folder.

16  Q.  Now, if I go down to Page 11 of this document, what is the

17  first exhibit that we see here?

18  A.  Santia 8, followed by the source audio.

19  Q.  Then on Page 67 of Government's Exhibit 104T, what do we

20  see there?

21  A.  A cover page for one of the translations of the PDF.  Yes,

22  so it's the translation of one of the PDFs.

23  Q.  And I've gone back a little bit to Page 64.  What is the

24  last audio translation in Government's Exhibit 140?

25  A.  The one I'm looking at right now, Santia 35.

1   Q.  So is Government's Exhibit 104T a fair and accurate

2   compilation of the two text files you've mentioned and the

3   Santia folders 8 through 35, that you-all certified as accurate

4   in Government's Exhibit 150C?

5   A.  Yes.

6        MS. PASCHALL:  At this time, Your Honor, we'd move the

7   admission of Government's Exhibit 104T.

8        MS. AMATO:  No objection.

9        THE COURT:  104T is admitted in full.  The conditional

10  nature of the earlier admission being removed.

11     (Government's Exhibit 104T received in evidence.)

12  BY MS. PASCHALL:

13  Q.  Ms. Recio, I've put up on the screen in front of you what

14  is marked as Government's Exhibit 105T.  Can you see that on

15  the screen in front of you?

16  A.  Yes.

17  Q.  What is that?

18  A.  That is a transcription of the Santia 1 audio.

19  Q.  And as I scroll through this 17-page document to Page 12,

20  what is the final audio exhibit that is listed in Government's

21  Exhibit 105T?

22  A.  Santia 7.

23  Q.  On Page 14 of Government's Exhibit 105T, what is listed

24  here?

25  A.  The exhibit, the Santia PDF translation.

Recio - DIRECT

1   Q.  So is Government's Exhibit 105T an accurate compilation of

2   the translations your company provided for the folders Santia 1

3   through 7 and the Santia 2871 PDF?

4   A.  Yes.

5           MS. PASCHALL:  Your Honor, at this time we move the

6   admission of Government's Exhibit 105T.

7           MS. AMATO:  No objection.

8           THE COURT:  105T is admitted.  The conditional nature

9   of the earlier admission now being removed.

10      (Government Exhibit 105T received in evidence.)

11  BY MS. PASCHALL:

12  Q.  Ms Recio, did I also send you several subfolders to review?

13  A.  Yes.

14  Q.  Were you able to review all of those before your testimony

15  here today?

16  A.  Yes.

17  Q.  And I'm showing to defense counsel a disc.

18      (Pause in the proceedings.)

19          MS. PASCHALL:  May I approach the witness, Your Honor?

20          THE COURT:  I'm sorry?

21          MS. PASCHALL:  May I approach the witness?

22          THE COURT:  You may.

23  BY MS. PASCHALL:

24  Q.  Ms. Recio, I've handed you a disc that has a lot of numbers

25  on the back of it.  Do you see that?

Recio - DIRECT

1  A.  Yes.

2  Q.  And on the front of that disc, is this a disc that you

3  reviewed prior to your testimony?

4  A.  Yes.

5  Q.  And did you place your initials on it to indicate to the

6  Court that you had reviewed the documents on that disc?

7  A.  Yes, I did.

8          THE COURT:  For the record, do we have it identified

9  by a number?

10         MS. PASCHALL:  So, Your Honor, this contains a lot of

11 numbers that I'm about to read in.

12         THE COURT:  Okay.  Okay.

13         MS. PASCHALL:  But before I do that...

14 BY MS. PASCHALL:

15 Q.  When you were reviewing these, did you actually have a few

16 corrections for me?  Were some of these file folders empty?

17 A.  Yes.

18 Q.  Okay.

19    Ms. Recio, I've pulled up on the screen in front of you

20 several file folders.  And I'll point you to the one that is

21 marked Government's Exhibit 101.02.  Can you see what's on the

22 screen as Government's 101.02?

23 A.  Yes.

24 Q.  Do you see the documents in there, three PDFs, Germine 14,

25 15 and 18?

Recio - DIRECT

1    A.  Yes.

2    Q.  Were you able to review these prior to your testimony to

3    confirm that they are translations that were done by your

4    company and certified as fair and accurate in Government's

5    Exhibit 140C?

6    A.  Yes.

7         MS. PASCHALL:  At this time, Your Honor, we would move

8    the admission of Government's Exhibit 101.02.

9         MS. AMATO:  No objection.

10        THE COURT:  101.02 is admitted.

11   (Government's Exhibit 101.02 received in evidence.)

12   BY MS. PASCHALL:

13   Q.  Ms. Recio, I've now pulled up what is marked as

14   Government's Exhibit 102.12.  Can you see that on the screen in

15   front of you?

16   A.  Yes.

17   Q.  Do you see the three PDFs listed there?

18   A.  Yes.

19   Q.  Those three PDFs, Jocelyn 6, 7 and 8, were you able to

20   review those and confirm those were work product from your

21   company that were certified as fair and accurate in

22   Government's Exhibit 150C?

23   A.  Yes.

24        MS. PASCHALL:  At this time, Your Honor, we'd move the

25   admission of Government's Exhibit 102.12.

Recio - DIRECT

```
 1              MS. AMATO:  No objection.
 2              THE COURT:  102.12 is admitted.
 3         (Government Exhibit 102.12 received in evidence.)
 4    BY MS. PASCHALL:
 5    Q.  Ms. Recio, I've pulled up Government's Exhibit 103.05.  Can
 6    you see that on the screen in front of you?
 7    A.  Yes.
 8    Q.  Can you see there the PDFs Walder 5, 6, 7, 8, 9, 10, 11?
 9    A.  Yes.
10    Q.  Can you also see the final PDF that's Walder 5, 7, 3, 5?
11    A.  Yes.
12    Q.  Were you able to review these before your testimony?
13    A.  Yes.
14    Q.  Are they fair and accurate copies of the translations that
15    your company certified as accurate from Government's
16    Exhibit 150C?
17    A.  Yes.
18              MS. PASCHALL:  At this time, Your Honor, we'd move the
19    admission of Government's Exhibit 103.05.
20              MS. AMATO:  No objection.
21              THE COURT:  Without objection, 103.05 is admitted.
22         (Government's Exhibit 103.05 received in evidence.)
23    BY MS. PASCHALL:
24    Q.  I've now pulled up Government's Exhibit 104.07.  Can you
25    see that file on the screen in front of you?
```

Recio - DIRECT

1    A.  Yes.

2    Q.  And were you able to review the first PDF, Santia 3589

3    native PDF English QC?

4    A.  Yes.

5    Q.  Is that PDF a translation that you-all had certified as

6    fair and accurate in Government's Exhibit 150C?

7    A.  Yes.

8         MS. PASCHALL:  At this time, Your Honor, the

9    government would move the admission of Exhibit 104.07.

10        MS. AMATO:  No objection.

11        THE COURT:  104.07 is admitted.

12   (Government's Exhibit 104.07 received in evidence.)

13   BY MS. PASCHALL:

14   Q.  I've now pulled up on the screen in front of you

15   Government's Exhibit 104.08.  Can you see that?

16   A.  Yes.

17   Q.  Do you see the first PDF with the same name that we just

18   saw in the previous exhibit?

19   A.  Yes.

20   Q.  And were you able to review this before your testimony

21   today?

22   A.  Yes.

23   Q.  And are you able to say that this is a fair and accurate

24   copy of the translation that you-all certified in Government's

25   Exhibit 150C?

Recio - DIRECT

1    A.  Yes.

2         MS. PASCHALL:  At this time, Your Honor, government

3    would move the admission of Exhibit 104.08.

4         MS. AMATO:  No objection.

5         THE COURT:  104.08 is admitted.

6    (Government Exhibit 104.08 received in evidence.)

7    BY MS. PASCHALL:

8    Q.  I'm now pulling up Government's Exhibit 104.10.  Can you

9    see that on the screen in front of you?

10   A.  Yes.

11   Q.  And does this file folder look the same as Government's

12   Exhibit 104.08?

13   A.  Yes.

14   Q.  And that first PDF file there, were you able to review that

15   before your testimony?

16   A.  Yes.

17   Q.  Is it a fair and accurate copy of the translation you-all

18   provided and certified as accurate in Government's

19   Exhibit 150C?

20   A.  Yes.

21        MS. PASCHALL:  At this time, Your Honor, the

22   government would move the admission of 104.10.

23        MS. AMATO:  No objection.

24        THE COURT:  Without objection, 104.10 is admitted.

25   (Government's Exhibit 104.10 received in evidence.)

Recio - DIRECT

 1   BY MS. PASCHALL:

 2   Q.  As you reviewed the disc in preparation for your testimony

 3   today, did you also review some files of other individuals who

 4   were not employed by your company?

 5   A.  Yes.

 6   Q.  Now I'm going to pull up Government's Exhibit 101.06.  Can

 7   you see that on the screen in front of you?

 8   A.  Yes.

 9   Q.  Were you able to review this prior to your testimony?

10   A.  Yes.

11   Q.  Are the final two PDFs in Government's Exhibit 101.06,

12   labeled Germine 61 and Germine 9101, files that you were able

13   to review?

14   A.  Yes.

15   Q.  Are they fair and accurate replicas of translations that

16   your company certified as accurate in Government's

17   Exhibit 150C?

18   A.  Yes.

19         MS. PASCHALL:  At this time, Your Honor, we'd like to

20   complete the admission of Government's Exhibit 101.06.

21         MS. AMATO:  No objection.

22         THE COURT:  101.06 is admitted.

23     (Government's Exhibit 101.06 received in evidence.)

24   BY MS. PASCHALL:

25   Q.  Ms. Recio, I've pulled up on the screen here Government's

Recio - DIRECT

1   Exhibit 1.01.38.
2            THE COURT:  Wait.  1.01 -- I don't understand.
3            MS. PASCHALL:  Nope.  I was doing so well too.
4   101.38, Your Honor.
5            THE COURT:  All right.
6   BY MS. PASCHALL:
7   Q.  Can you see that on the screen in front of you?
8   A.  Yes.
9   Q.  And the final two PDFs in Government's Exhibit 101.38, were
10  you able to review those?
11  A.  Yes.
12  Q.  And are those file folders which are named -- or those
13  PDFs, rather, that are named Germine 195 and Germine 9101, work
14  product that you-all certified as fair and accurate in
15  Government's Exhibit 150C?
16  A.  Yes.
17           MS. PASCHALL:  At this time, Your Honor, the
18  government would like to complete the admission of 101.38.
19           MS. AMATO:  No objection.
20           THE COURT:  101.38 is admitted.
21      (Government's Exhibit 101.38 received in evidence.)
22  BY MS. PASCHALL:
23  Q.  And finally, Ms. Recio, I've pulled up Government's
24  Exhibit 101.49.  Can you see that on the screen in front of
25  you?

Recio - DIRECT

1   A.  Yes.

2   Q.  Were you able to review the final four PDFs in this folder,

3   Germine 208, Germine 210, Germine 211 and Germine 213, in

4   preparation for your testimony?

5   A.  Yes.

6   Q.  Are those all fair and accurate PDFs that you-all had

7   certified in Government's Exhibit 150C?

8   A.  Yes.

9        MS. PASCHALL:  At this time, Your Honor, we would like

10   to complete the admission of 101.49.

11        MS. AMATO:  No objection.

12        THE COURT:  And that does complete the admission of

13   all of 101.49?

14        MS. PASCHALL:  Yes, Your Honor.

15        THE COURT:  All right.  It is admitted.

16     (Government's Exhibit 101.49 received in evidence.)

17        MS. PASCHALL:  And with that, Your Honor, I have shown

18   to defense counsel all of the exhibits that are on this CD that

19   Ms. Recio has reviewed.  And I would like to read them into the

20   record and move them in.  This may be slightly tedious, but I

21   think will be ultimately comprehensive.

22        THE COURT:  How many are there, approximately?

23        MS. PASCHALL:  Twenty-five or so.

24        THE COURT:  This is going to be difficult keeping it

25   straight but I'll do my best.  Because these are all exhibit

Recio - DIRECT

1    numbers, right?

2           MS. PASCHALL:  These are all the exhibit numbers that

3    are on this disc that Ms. Recio has reviewed.

4           THE COURT:  Go ahead.

5           MS. PASCHALL:  At this time, Your Honor, we would move

6    the admission of 101.01.

7           THE COURT:  Go ahead.

8           MS. PASCHALL:  101.02.

9           THE COURT:  101.02, I believe you just admitted into

10   evidence a few moments ago.

11          MS. PASCHALL:  So I think part of the reason was some

12   of the file folders on the disc themselves may have contained

13   other individuals' work or were empty.  So I just wanted to

14   make sure that we talked about all of those.  When she reviewed

15   this disc, I believe she testified that she found some

16   anomalies that I wanted to address.

17          THE COURT:  Okay.  Go ahead.

18          MS. PASCHALL:  101.03.

19          THE COURT:  All right.

20          MS. PASCHALL:  101.04.

21          THE COURT:  All right.

22          MS. PASCHALL:  101.06.

23          THE COURT:  Is already in evidence.

24          MS. PASCHALL:  The entire grouping between 101.08 and

25   101.22.

Recio - DIRECT

```
1              THE COURT:  101.08 through 101.22?

2              MS. PASCHALL:  Yes, Your Honor.

3              THE COURT:  All right.

4              MS. PASCHALL:  101.25.

5              THE COURT:  I'm sorry, I didn't catch the beginning of

6    that.

7              MS. PASCHALL:  101.25.

8              THE COURT:  101.25.  Okay.

9              MS. PASCHALL:  101.26.

10             THE COURT:  Uh-huh.

11             MS. PASCHALL:  101.28.

12             THE COURT:  Okay.

13             MS. PASCHALL:  101.29.

14             THE COURT:  Okay.

15             MS. PASCHALL:  101.33.

16             THE COURT:  Okay.

17             MS. PASCHALL:  101.35 through 101.38.

18             THE COURT:  Eight is -- .38 is already in evidence.

19             MS. PASCHALL:  101.40 through 101.42.

20             THE COURT:  Okay.

21             MS. PASCHALL:  101.45 through 101.46.

22             THE COURT:  I'm sorry, .45 and .46?

23             MS. PASCHALL:  Yes.

24             THE COURT:  All right.

25             MS. PASCHALL:  101.48 through 101.50.
```

Recio - DIRECT

```
1          THE COURT:  Noting that the 101.49 is in evidence.

2          MS. PASCHALL:  101.52.

3          THE COURT:  Okay.

4          MS. PASCHALL:  102.10 through 102.12.

5          THE COURT:  Just a second.  102.10, .11 and then .12?

6          MS. PASCHALL:  Yes, Your Honor.

7          THE COURT:  .12 already being in evidence.

8          MS. PASCHALL:  Yes.

9          102.14.

10         THE COURT:  .14, that is?

11         MS. PASCHALL:  Yes.

12         THE COURT:  All right.

13         MS. PASCHALL:  102.16.

14         THE COURT:  All right.

15         MS. PASCHALL:  102.17.

16         THE COURT:  Okay.

17         MS. PASCHALL:  103.03.

18         THE COURT:  103.03?

19         MS. PASCHALL:  Yes.

20         THE COURT:  All right.

21         MS. PASCHALL:  103.05.

22         THE COURT:  It's in evidence already.

23         MS. PASCHALL:  103.09.

24         THE COURT:  All right.

25         MS. PASCHALL:  104.01 through 104.03.
```

Recio - DIRECT

```
 1              THE COURT:  104.01, .02 and .03.

 2              Just a second.  Okay.

 3              MS. PASCHALL:  104.05.

 4              THE COURT:  Okay.

 5              MS. PASCHALL:  104.07.

 6              THE COURT:  Is in evidence already.

 7              MS. PASCHALL:  104.08.

 8              THE COURT:  In evidence already.

 9              MS. PASCHALL:  104.10.

10              THE COURT:  In evidence already.

11              MS. PASCHALL:  104.11.

12              THE COURT:  Okay.

13              MS. PASCHALL:  104.12.  And from the 105 series,

14      105.01 through 105.05.

15              THE COURT:  So that's 105.01, .02, .03, .04 and .05.

16      Okay.

17              MS. PASCHALL:  With that, Your Honor, we would move

18      all of those exhibits, which are on this disc initialed by

19      Ms. Recio, into evidence.

20              MS. AMATO:  Excuse me, Your Honor.  The government may

21      have done this but -- I think they did, but did they show the

22      witness the exhibit and she admitted that those were her

23      initials on the disc?

24              MS. PASCHALL:  I think so.  I'm happy to do so again,

25      Your Honor.
```

```
 1              THE COURT:  If you want to do it again, do it again.
 2              MS. PASCHALL:  Okay.
 3              THE COURT:  You may not want to, but go ahead and do
 4    it again.
 5              MS. PASCHALL:  Just for the record.
 6    BY MS. PASCHALL:
 7    Q.  Ms. Recio, I've just handed you a disc with all of the
 8    numbers that I've just read for the Court on the back.  Do you
 9    see that disc?
10    A.  Yes.
11    Q.  And is this a disc that you reviewed prior to your
12    testimony?
13    A.  Yes.
14    Q.  And after reviewing to make sure it was fair and accurate,
15    did you place your initials "AR" on the front of that disc?
16    A.  Yes.
17              MS. PASCHALL:  With that, Your Honor, we would move
18    the admission of all of those exhibits that are contained on
19    that disc.
20              MS. AMATO:  Your Honor, excuse me.  In the previous
21    translations that have been admitted, the witness was stating
22    that they were consistent with the certifications.  And so I
23    believe there still needs to be a question as to whether or not
24    these have been certified through her company.
25
```

1  BY MS. PASCHALL:

2  Q.  Have all of the translations that you reviewed on that disc

3  that you have in your hand ones that were certified as a part

4  of Government's Exhibit 150C?

5  A.  Yes, they are.

6         MS. AMATO:  No objection at this time.

7         THE COURT:  All right.  Without objection, all of

8  those exhibits are admitted.

9     (Government's Exhibits 101.01, 101.02, 101.03, 101.04,

10  101.06, 101.08, 101.09, 101.10, 101.11, 101.12, 101.13, 101.14,

11  101.15, 101.16, 101.17, 101.18, 101.19, 101.20, 101.21. 101.22,

12  101.25, 101.26, 101.28, 101.29, 101.33, 101.35, 101.36, 101.37,

13  101.38, 101.40, 101.41, 101.42, 101.45, 101.46, 101.48, 101.49,

14  101.50, 101.51, 101.52, 102.10, 102.11, 102.12, 102.14, 102.16,

15  102.17, 103.03, 103.05, 103.09, 104.01, 104.02, 104.03, 104.05,

16  104.07, 104.08, 104.10, 104.11, 104.12, 105.01, 105.02, 105.03,

17  105.04, 105.05 received in evidence.)

18         MS. PASCHALL:  With that, Your Honor, I will pass the

19  witness.

20         THE COURT:  Ms. Amato.

21         MS. AMATO:  Thank you.

22                    CROSS-EXAMINATION

23  BY MS. AMATO:

24  Q.  Good afternoon.

25  A.  Good afternoon.

Recio - CROSS

1  Q.  So I understand that you are a senior project manager,

2  correct?

3  A.  Correct.

4  Q.  With ILS?

5  A.  Correct.

6  Q.  And you informed us that you minored in Spanish?

7  A.  In Spanish with English translation, yes.

8  Q.  All right.  But you do not speak Creole?

9  A.  I do not.

10  Q.  Nor French?

11  A.  I do not.

12  Q.  So any of the times that you certified the translations,

13  you were not actually, yourself, certifying that what is on the

14  page is the correct Creole that's listed there, correct?

15  A.  No.  They were certified as the company.

16  Q.  By the company?

17  A.  Yes.

18  Q.  Okay.  Now, you said in this -- that in this project, the

19  prosecutor's office contacted you?

20  A.  Yes.

21  Q.  And so you were the main contact between the prosecutors

22  and then your side of the business, correct?

23  A.  Yes.  I did have other project managers who were also in

24  contact, but I was the main contact.

25  Q.  You said in this case, because there were over 400 files,

1    that you needed to obtain about 30 to 40 linguists?

2    A.   Yes.

3    Q.   Would you say, then, that this was a rather large project?

4    A.   Yes.

5    Q.   Larger than most of your projects?

6    A.   We have a lot of projects this size.

7              THE COURT REPORTER:  Can you repeat?

8              THE WITNESS:  We have a lot of projects this size.

9    BY MS. AMATO:

10   Q.   You acknowledge that this is a large project but your

11   company actually does handle other projects of this size?

12   A.   Yes.

13   Q.   And if I understood correctly, then, your company always

14   looks for outside translators; is that correct?

15   A.   Not always.

16   Q.   Not always?

17   A.   We work with both in-house and contracts.

18   Q.   And how many in-house translators do you have that deal

19   with Creole and English?

20   A.   With Creole, we work with our consultants, some of who have

21   been with the company for a little bit over 10 years.

22   Q.   So if I understood correctly, then, you have no in-house

23   Creole translators, correct?

24   A.   That's correct.

25   Q.   All of them for this large project had to come from

Recio - CROSS

1   outside?

2   A.   That's correct.

3   Q.   Do you recall how long it took to find all 30 to 40

4   translators?

5   A.   Not exactly.

6   Q.   Okay.  But it probably took a while?

7   A.   Yes.

8   Q.   And do you recall, as you sit here today, were you part of

9   the team that determined which translators to go with?

10  A.   Yes.

11  Q.   And how many people were on that team?

12  A.   Four.

13  Q.   Four.  Okay.  And were you one of the individuals who

14  actually contacted the translators?

15  A.   Some of them, yes.

16  Q.   And -- all right.  Now, in the ones that you -- well,

17  strike that.

18       You told us that some of the translators that you used in

19  this project, I believe, had previously worked as a consultant

20  for the company, correct?

21  A.   Yes.

22  Q.   Do you recall how many of the 30 to 40 Creole-English

23  translators had worked previously as a consultant?

24  A.   Approximately 10.

25  Q.   Ten.  Okay.  Do you recall the last time that most of these

Recio - CROSS

1  had worked for the company?

2  A.  Within the last year or so.

3  Q.  And to obtain the others, do you have to put out a

4  worldwide advertisement?  How do you find your translators?

5  A.  We already have a database of pre-vetted linguists.  It

6  doesn't happen often that we can't find them.  But normally

7  when we do have to look for extra hands, we go intimately

8  through recommendations and referrals from our trusted

9  linguists.

10  Q.  All right.  And did you have deadlines in this case?

11  A.  Yes.

12  Q.  So even though it took a while to find the translators,

13  you-all were working on a deadline?

14  A.  Yes.  We were always working on a deadline.

15  Q.  So you would agree, then, that you were trying to fill the

16  translator slots pretty quickly?

17  A.  Well, not necessarily.  Because for the first stage of our

18  process we -- that was covered.  We lost some translators due

19  to availability or wanted to bring on board newer translators

20  or bring our translators for the second stage or third stage of

21  the quality control process.  So we don't work with all 40 at

22  the same time.

23  Q.  And do you -- does ILS provide or require any type of

24  examination prior to beginning a project when you need outside

25  consultants?

Recio - CROSS

1    A.  No.  As I mentioned before, we have worked with some of

2    these consultants for many years.  The ones that do come in, of

3    course, they are vetted.  But even after they are vetted, they

4    work -- they normally work during the first stage only.  And we

5    have our more senior linguists review their work, but we

6    believe there is a more accurate result because we were working

7    with the material that we have at hand to test their abilities

8    specifically for this case, as opposed to a standardized test

9    that may not be applicable for this type of work.

10   Q.  So I thought that you said that even though you're working

11   with a deadline you used for the first step the translators

12   that you had already vetted because they had been previously

13   working for ILS?

14   A.  I'm sorry, could you repeat the question?

15   Q.  Certainly.  So I thought that you had stated that you used

16   the translators that you had already -- who had already worked

17   for you before for ILS, for the first phase, so that you could

18   meet your deadlines?

19   A.  Not normally.  We used a combination.  We have a pretty

20   large database.  So, of course, we prefer to work with the

21   people that we've had for -- on board for many years.  We have

22   more rapport with them.  But we didn't feel shorthanded during

23   the first stage.

24   Q.  And for those that you needed to vet, what specifically

25   were you looking at for this project?

1    A.  So it depends on what part of the project we were in.  So

2    if we were working for the audios, for the

3    transcriptions/translations, I wanted to make sure that they

4    had done this type of work before, meaning listening to audios,

5    transcribing and translating.  And that they had experience --

6    cultural background that was relevant, recent.  Also that they

7    were familiar with colloquialisms, slang, as opposed to

8    linguists who may sometimes help us with contracts.  They may

9    be great translators for other types of documents, but not

10   specifically for this type of work.

11       So I was looking for experience that was relevant to this

12   specific case.  That could be maybe a Title III experience or

13   previous work with the DA or specifically

14   transcribing/translating evidence for trials.

15   Q.  And you would agree that you were basically relying on

16   their resumes, correct, what was in their resume?

17   A.  No.  I look at their resume to get a view of who they are.

18   But we interview them over the phone, and their work is

19   thoroughly checked by our senior linguists.

20   Q.  When you say "their work is checked by a senior linguist,"

21   are you talking about the work they do once they're hired, or

22   are you talking about past work that they've done?

23   A.  Work they do once they're hired, which would be at the very

24   first stage.  So there are still other layers that come

25   afterwards.

1   Q.  So when they're hired, you're just basing it on their

2   resume and the interview of what they tell you?

3   A.  Yes, their experience.

4   Q.  But there's nothing done to corroborate what they tell you

5   as the experience they've done?

6   A.  When I'm on the phone with them interviewing them, no.  But

7   as soon as they hit the ground running, we typically request

8   that they submit, say, 30 seconds to a minute of their work, so

9   that we check it.  We make sure that our linguists are

10  satisfied with it -- our more senior linguists.

11      If they're not up to the standards, they should be there no

12  longer in the project.  So we snip it in the bud very quickly,

13  if it happens.

14  Q.  In this case, were there any particular linguists at that

15  first level that were not accepted, did not --

16  A.  No.  Most of them -- the ones who did not continue on the

17  project was mostly due to availability.

18  Q.  Okay.  Now, you said that you came in at the third step,

19  correct?

20  A.  Yes.

21  Q.  So the first step, as you said, is the ones who listen to

22  the -- if it's an audio, they do the initial transcription of

23  the audio in the language that it's in, correct?

24  A.  That's correct.

25  Q.  So in this case, they would do the Creole, correct?

Recio - CROSS

1    A.  Well, in the first step they would do -- sorry, if I may go

2    back to clarify.  I come in at the third step.  When I say

3    that, what I mean is I read through the entire document.  But I

4    am present during all the stages of the quality control process

5    to check, to monitor the project, to go back and forth with the

6    client.

7    Q.  So the first step does the initial work.  The second step

8    reviews what the first step did, correct?

9    A.  Correct.

10   Q.  Now, at the third step, it's just you then, correct?

11   A.  No.  I have a whole support system.  I have other managers

12   and other senior linguists who do a third read.  I usually call

13   it the third-slash-fourth because sometimes it's checked both

14   by me and another linguist.

15   Q.  So this other linguist you're talking about at the third

16   step is someone that has the language capabilities of Creole

17   and English?

18   A.  Sometimes they do but mostly what we're looking for is

19   consistency and accuracy in terms of the English syntax.

20   Q.  So this last step is really focusing on the English and not

21   the original Creole to English?

22   A.  Both.  If I see that there's five to six sentences on the

23   right column but only two on the left column, that is something

24   I can flag without necessarily speaking the language.  So that

25   is something that could reflect at the third stage by a

Recio - CROSS

1    non-Haitian Creole speaker.

2    Q.  But as to the actual content of the words, you, yourself,

3    would not be able to at that point say whether there's an issue

4    with the Creole and the English, besides what you can visually

5    see on the page in terms of the spacing?

6    A.  That's correct.  At the third stage, there wouldn't.

7    Q.  And how many hours did you put in at the third stage?  Not

8    as a project manager, but at the third stage in terms of what

9    you've just explained the third stage entails for this project?

10   A.  I'm not sure.  I don't have an estimate.  But a lot of

11   hours.

12   Q.  Now, you were shown Government's Exhibit 150.  And I'm just

13   going to show you -- you recall the --

14          THE COURT:  150?

15          MS. AMATO:  150C.

16          THE COURT:  Yeah.  That's the only 150.

17   BY MS. AMATO:

18   Q.  In 150C, there were these files with the name "Santia" in

19   front.  Do you see that?

20   A.  Correct, yes.

21   Q.  And your understanding is that the file names were provided

22   to you or to ILS, correct, from the prosecution?

23   A.  Not the first -- the Santia and the number part.  We added

24   that to keep track of the files.  The file names that were

25   provided to us is -- sorry, were the string of numbers and

Recio - CROSS

1    letters.

2    Q.  So that's the larger string that's on the page, the larger

3    string of numbers?  It just has numbers and letters, correct?

4    A.  Yes.  That would be a source file.

5    Q.  All right.  The source file.

6        And so then the Santia 1 through -- on this one, it's 1

7    through 35, that's something that internally ILS used as an

8    identification?

9    A.  That's correct.

10   Q.  And do you recall how you came about using the word

11   "Santia"?

12   A.  That was the name of the folder.

13   Q.  Name of the folder?

14   A.  Uh-huh.

15   Q.  Who provided you that name?

16   A.  The client provided the name.

17   Q.  I see.  Okay.

18       So the same -- looking at the folder where it says

19   "Jocelyn," for example, Jocelyn 1, 2, 3, et cetera, to 20.

20   That is something -- you obtained the name "Jocelyn" through

21   what the client had provided, correct?

22   A.  Correct.  The files that were provided to us had folders

23   and subfolders.  And based on that, we renamed the files.

24   Q.  And then the larger numbers on this page with the numbers

25   and the letters, that was, again, provided by the client?

1    A.   That's correct.

2    Q.   Now, you were asked about certain files that you said your

3    office did not do but that your office certified.  Do you

4    recall that?

5    A.   No.

6    Q.   Certain translations you said were not done by your office

7    but that your office certified the translations?

8    A.   No.

9    Q.   You don't recall that?

10   A.   (Shakes head in the negative.)

11        No.  I don't believe I said that.

12   Q.   Okay.  Let's see.  101.6.

13             MS. AMATO:  The Court's indulgence.

14             THE COURT:  101.06?

15             MS. AMATO:  101.06, thank you, Your Honor.

16   BY MS. AMATO:

17   Q.   Well, let me ask you this, are you saying, then, that every

18   single interpretation that you've certified here today were

19   completed by individuals that your company hired?

20   A.   The ones that we certified as accurate, yes.

21   Q.   And so it is not accurate, then, that certain translations

22   were conducted by people that were not employed through your

23   company?

24             MS. PASCHALL:  Objection, Your Honor.  I'm not really

25   clear on the questions at this point.  I think she has

Recio - CROSS

1    indicated that she can certify what this company did, what's in
2    Exhibit 150C.  We've had other linguists come and certify their
3    own work.  Some of the exhibits that were shown to this witness
4    contained work from other individuals, which is why we did not
5    move them in until this witness was able to complete the
6    authentication of those exhibits.
7            THE COURT:  I'm not sure what the objection is other
8    than the question is not clear.
9            Ms. Amato, take another crack at it.
10   BY MS. AMATO:
11   Q.  You testified about the certifications that were conducted
12   of the translations in this case?
13   A.  Correct, yes.
14   Q.  And you were asked questions about -- do you recall being
15   asked a question about 101.06?
16   A.  Yes.  But I would like to see it, if that's possible.
17           MS. AMATO:  Can you put up 101.06 to make sure we're
18   using the right -- it's on yours?
19       (Pause in the proceedings.)
20   BY MS. AMATO:
21   Q.  Does this mean anything to you, looking at this file?
22   A.  Yes.
23           THE COURT:  Does this mean anything to you?
24   BY MS. AMATO:
25   Q.  And what do you recall occurred regarding the translation

1  here?

2  A.  Okay.  So the ones here that were done uncertified by ILS

3  are Germine 61, with the serial number with the letters QC at

4  the end.  And the one below it, Germine 9101 PDF English QC.

5  Q.  Okay.  And so if -- do you believe that those are the

6  only -- that's the only material pertaining to 101.06?

7  A.  That was certified by ILS, yes.

8         MS. AMATO:  Okay.  That's fine.  I will move on, Your

9  Honor.

10        And I think actually with that, that's the end.  But

11 let me just check.

12 BY MS. AMATO:

13 Q.  So let me ask you this.  You said ILS works with a

14 hundred-plus languages?

15 A.  Yes.

16 Q.  How many projects did you supervise at the same time that

17 you were working on this project?

18 A.  Two.

19 Q.  Two?

20 A.  (Nods head in the affirmative.)

21 Q.  What languages were they in?

22 A.  Spanish.

23 Q.  In Spanish only?

24 A.  Spanish and English.

25 Q.  Right.  It's both?

Recio - REDIRECT

1    A.  Correct, yes.

2    Q.  Was this the first project for you to work on where it was

3    a different language other than Spanish?

4    A.  No.  We get a lot of Arabic, Russian, lots of different

5    languages.  I just happened to have two projects in Spanish at

6    the same time as this one.

7    Q.  So if I heard you correctly, you have worked on other

8    projects with other languages?

9    A.  Yes.

10   Q.  Was this the first time for you to work on a project with

11   Creole?

12   A.  No.

13   Q.  When was the last time that you worked on a Creole-English

14   project?

15   A.  I'm not sure.  But approximately two years ago.

16              MS. AMATO:  All right.  Thank you, Your Honor.

17              THE COURT:  Ms. Paschall.

18                         REDIRECT EXAMINATION

19   BY MS. PASCHALL:

20   Q.  Ms. Recio, defense counsel asked you on cross-examination

21   about Government's Exhibit 101.06.  Do you remember that line

22   of questioning?

23   A.  Yes.

24   Q.  I want to pull that up on the screen in front of you.  Do

25   you see the Word document here that is Exhibit 101.06T?

Recio - REDIRECT

1    A.  Yes.

2         MS. PASCHALL:  And for the record, I am opening

3    Government's Exhibit 101.06T.

4         THE COURT:  Is this document that we are looking at

5    actually 101.06?

6         MS. PASCHALL:  So, Your Honor, I believe 101.06 is the

7    entire file folder.  101.06T, which I've just pulled up on the

8    screen, is --

9         THE COURT:  Is one part of it.  I understand.

10         MS. PASCHALL:  Exactly.

11         THE COURT:  But this page that we were looking at a

12    moment ago that lists some files, that's part of but not the

13    entirety of 101.06.  Or is it the entirety in that if you click

14    on the four items in it, you get the substance of 101.06?

15         MS. PASCHALL:  You would, Your Honor, including the

16    top one that has the file that contains the audio.

17         THE COURT:  All right.  Go ahead.

18    BY MS. PASCHALL:

19    Q.  Can you see on the screen in front of you 101.06T?

20    A.  Yes.

21    Q.  Is this a translation that was done -- is this Word

22    document a translation that was done by your office or somebody

23    else?

24    A.  Somebody else.

25    Q.  So when you were certifying the individual exhibits that I

Recio - REDIRECT

```
1   pulled up for you, you were only certifying the portions that
2   ILS did; is that accurate?
3   A.  That's correct.  I actually didn't see this document until
4   recently.  The certification process was done at the company
5   when we subpoenaed the files to the government.
6          MS. PASCHALL:  Thank you, Your Honor.  No further
7   questions.
8          THE COURT:  All right.  Ms. Recio, thank you very much
9   for coming.  We appreciate it.  You may step down.  You're
10  excused.
11     (Witness steps down.)
12         THE COURT:  Ms. Seifert.
13         MS. SEIFERT:  Thank you, Your Honor.  The government
14  calls FBI Special Agent Fritz Dugue.
15         THE COURT:  While we're waiting for that witness.  I
16  notice that I have two copies of 500A and 500B.  Is there some
17  reason I have two copies that have been left up here for me?
18  Is one for Ms. Duncan?
19         MS. SEIFERT:  I thought one was for the clerk, Your
20  Honor.
21         THE COURT:  Okay.  One was for the clerk.
22         MS. SEIFERT:  But we won't get to that exhibit until
23  tomorrow now.
24     (Witness sworn)
25
```

Dugue - DIRECT

```
1                SPECIAL AGENT JOHN FRITZ DUGUE, Sworn
2              THE COURT:  Good afternoon, Special Agent Dugue.
3              THE WITNESS:  Yes, sir.
4                        DIRECT EXAMINATION
5    BY MS. SEIFERT:
6    Q.  Special Agent Dugue, could you please introduce yourself to
7    the Court and spell your name for the record?
8    A.  My name is John Fritz Dugue, J-O-H-N, F-R-I-T-Z, D-U-G-U-E.
9    Q.  Where were you born?
10   A.  I was born in Port-au-Prince, Haiti.
11   Q.  When did you come to the United States?
12   A.  In 2009.
13   Q.  How old were you at that time?
14   A.  I was 24.
15   Q.  When you lived in Haiti, what languages did you speak?
16   A.  Creole, French.
17   Q.  And how far did you go in school in Haiti?
18   A.  Graduated high school.
19   Q.  Did you do post-graduate studies?
20   A.  Yes, I did.
21   Q.  Can you tell us about those?
22   A.  I did -- I went to Dominican Republic for a couple of
23   years, where I studied telematica, which is telecommunications
24   and electric engineering.  And I got an associate in science
25   from Miami-Dade College.  I also have a bachelor's degree and a
```

Dugue - DIRECT

1   master's degree in aeronautics from Embry-Riddle Aeronautical

2   University.

3   Q.  Let me ask you, the telematica --

4           MR. ORENBERG:  Can we speak up a little bit, please.

5           THE COURT:  Your objection is you didn't hear the

6   answer?

7           MR. ORENBERG:  Correct, the University.

8   BY MS. SEIFERT:

9   Q.  What was the name?

10  A.  Where do I start?

11  Q.  Let me break it down and we'll go over it again.

12  A.  Okay.

13  Q.  Your degree in telematica, where is that from?

14  A.  I went to Pucamaima.  That's PUCMM.  That's Pontificia

15  Universidad Catolica Madre y Maestra.

16  Q.  Where is that university located?

17  A.  It is in Santo Domingo, Dominican Republic.

18  Q.  When you were in Santo Domingo for that degree, what

19  language were you taking your studies in?

20  A.  Primarily Spanish.

21  Q.  And you mentioned you have two other degrees.  I think the

22  first you said was from Miami-Dade College?

23  A.  Yes.

24  Q.  Is that in Miami, Florida?

25  A.  Yes, it is.

Dugue - DIRECT

1  Q.  What language did you study in primarily with respect to
2  that degree?
3  A.  In English.
4  Q.  And you also mentioned that you have a master's.  And
5  what's the field?
6  A.  Aeronautics.
7  Q.  Where is that from?
8  A.  That's from Embry-Riddle Aeronautical University.
9  Q.  Where is that located?
10 A.  I mainly did online classes but it is in Florida.
11 Q.  What language did you study in at Embry-Riddle?
12 A.  English.
13 Q.  Now, you mentioned you came to the United States in 2009?
14 A.  Yes.
15 Q.  What were the circumstances that caused you to come to the
16 United States?
17 A.  I was working for the University of Miami School of
18 Communication as an interpreter.  So I came here working with
19 the University of Miami.
20 Q.  And when you were working with University of Miami, did you
21 start that contract in Florida, or did you start it somewhere
22 else?
23 A.  I started in Dominican Republic.
24 Q.  In the Dominican Republic, what languages were you
25 interpreting for the University of Miami?

Dugue - DIRECT

1  A.  From Creole to Spanish and Creole to English, and Spanish

2  to Creole and English to Creole.

3  Q.  And when you came in 2009, were you still working on that

4  contract?

5  A.  Yes.

6  Q.  And did you continue to work for the University of Miami as

7  an interpreter?

8  A.  Yes.

9  Q.  Again, which languages?  When you were in Florida, which

10  languages?

11  A.  In Florida, I had to continue with the project.  It was the

12  same thing, Creole to Spanish, Spanish to Creole, Creole to

13  English, English to Creole.

14  Q.  Now, what were your civilian or military employment after

15  you were finished with that project as an interpreter?

16  A.  Can you repeat that?

17  Q.  What was your next job?

18  A.  I joined the military.  I was in the U.S. Navy.

19  Q.  Where were you stationed in the Navy?

20  A.  I was stationed in Japan.

21  Q.  What was your job?

22  A.  I was an aircraft mechanic.

23  Q.  How long were you in the Navy for?

24  A.  Active duty, four years, and then Reserves, four years.

25  Q.  When you got out of the Navy, what job did you have then?

Dugue - DIRECT

1   A.   I worked for Lockheed Martin.

2   Q.   What was your job?

3   A.   I was a technician and assembler for the F35 program.

4   Q.   When did you join the FBI?

5   A.   2019.

6   Q.   Why did you join the FBI?

7   A.   Well, I wanted to continue serving the nation, while giving

8   myself a chance to have a stable family.

9   Q.   When did you become a U.S. citizen?

10  A.   2013.

11  Q.   Now, you're speaking to us in English today.  When did you

12  first learn English?

13  A.   In Haiti, in high school, we did have English classes.

14  Q.   Did you take English classes in the Dominican Republic as

15  well?

16  A.   Yes.

17  Q.   Let's talk about how often you speak Creole, since you now

18  live in the United States.  Let's do -- since you joined the

19  FBI in 2019, how often do you speak Creole?

20  A.   Every day.

21  Q.   Who do you speak Creole with?

22  A.   Family, friends.

23  Q.   Who in your family specifically speaks Creole with you?

24  A.   My wife.  She's originally from Haiti.

25  Q.   And do you speak Creole at home?

Dugue - DIRECT

1    A.  Yes.

2    Q.  Do you do any interpretation at home?

3    A.  I do.  Because we primarily speak English to my kids.  And

4    then we are trying to teach them also Creole, which would

5    include interpreting for them.

6    Q.  Now, you mentioned that you were an interpreter for the

7    University of Miami.  Any other times that you have served as

8    an interpreter as your job?

9    A.  Yes.  Right now or --

10   Q.  Yeah, right now.

11   A.  Right now, at work, I do serve as an interpreter for my

12   cases and also for cases of my coworkers, whenever they need

13   it.

14   Q.  How do you -- for yourself, how do you define the

15   difference between a translator and an interpreter?

16   A.  For me, an interpreter would be someone who's dealing with

17   the spoken language in realtime.  And translation would be more

18   dealing with written -- written products or documents.

19   Q.  So since you joined the FBI, what office have you been

20   assigned to?

21   A.  My first office was Miami field office.

22   Q.  What was the first squad you were assigned to in Miami in

23   2019?

24   A.  I was assigned to the counterintelligence squad.

25   Q.  What language were you primarily using on that squad?

Dugue - DIRECT

1    A.  Spanish.

2    Q.  And English?

3    A.  Also.  Because the reports have to be in English.

4    Q.  Did you ever serve as a translator on the squad, the

5    counterintelligence squad?  I'm sorry, let me rephrase.

6        Did you ever serve as an interpreter for Haitian-Creole

7    into English and vice versa while you were serving on the

8    counterintelligence squad?

9    A.  Yes, but not for the counterintelligence squad.  I would be

10   working alongside my other coworkers on different, other

11   squads, whenever they would need help with interpretation or

12   whenever they would need Haitian-Creole speaker.

13   Q.  And did you -- how did the FBI identify that you were able

14   to serve as an interpreter?  What, if anything, did they do to

15   assure themselves that your skills were at a level for you to

16   perform that function?

17   A.  One of them is there's a language test that you can take,

18   which I took.

19   Q.  And who administered that test?

20   A.  I would imagine an FBI linguist.

21   Q.  Do you recall specifically?

22   A.  I recall talking to an FBI linguist, yes.

23   Q.  Do you recall what you scored on the test?

24   A.  Four out of four.

25   Q.  And after you took that test -- sorry.  Did you take that

Dugue - DIRECT

1   test before you served as an interpreter for these other

2   squads?

3   A.   No.

4   Q.   When did you take the test?

5   A.   I took the test roughly a year after joining the FBI, about

6   like 2020.

7   Q.   Now, did there come a time when you moved from your

8   counterintelligence squad to the C5 squad?

9   A.   Yes.

10  Q.   When was that?

11  A.   That was in 2021.

12  Q.   Why were you moved to the other squad, if you know?

13  A.   There was a need for a Haitian-Creole speaker.  During the

14  missionaries' kidnapping, there were 17 missionaries in

15  captivity in Haiti.  So they needed Haitian-Creole speakers to

16  go down there to help facilitate communication between the team

17  and the people down there in Haiti.  So I volunteered to do

18  that.

19  Q.   And did you deploy to Haiti?

20  A.   Yes, I did.

21  Q.   How long were you there?

22  A.   Twenty-nine days.

23  Q.   And have you remained on the C5 squad since you were

24  deployed to Haiti?

25  A.   Yes.

Dugue - DIRECT

1    Q.  Tell me about how you use your Creole skills on the squad

2    over the last, I guess it's been two years.

3    A.  Well, other than the fact that I assist everyone else on

4    the squad with their cases that is relating to Haitian

5    criminals, I also use it on my cases, because primarily my

6    cases are kidnapping cases out of Haiti.  I also use it to

7    communicate with government officials in Haitian National

8    Police officers that are there when I need information, or when

9    I go down the Haiti, to communicate with the rest of the

10   population.

11   Q.  Now, let me ask you, on the squad, how many other

12   Haitian-Creole speakers are there?

13   A.  That I know of, one.

14   Q.  There's one other one?

15   A.  No.  Just me, myself.

16   Q.  You are the one?

17   A.  Yes.

18   Q.  Okay.  Got it.  And what language does the rest of the

19   squad speak, generally?

20   A.  English.  I know some of us speak Spanish as well.

21   Q.  And the cases that the squad investigates, you mentioned

22   kidnappings from Haiti.  Do those all come to you because

23   you're the Creole speaker or are they passed around the squad?

24   A.  No, they're passed around the squad.

25   Q.  So when the other agents have to do interviews in Creole,

Dugue - DIRECT

1   what do they ask you to do?

2   A.  Well, when a linguist is not available, they would come to

3   me and I would help them, and I would do interpretation to

4   communicate with the third-party intermediary, to communicate

5   with the victims, to communicate with anyone and everyone that

6   couldn't express themselves in English.

7   Q.  You used the term third-party intermediary.  What does that

8   mean?

9   A.  That would be the person who is negotiating, for example,

10  with the hostage takers on behalf of a family.

11  Q.  As part of your job, what, if any, sources of news or

12  social media do you review relevant to Haiti?

13  A.  Well, I do listen to the news on a daily basis when it

14  comes to Haiti because what's going down there in Haiti on the

15  ground might affect my cases and the cases of my coworkers.  I

16  do listen to the news every morning.  And I read news articles

17  in French and in Creole to try to get more information that can

18  also help with cases.  And social media as well because a lot

19  of those criminals, they do have social media accounts.  It's

20  useful to review them so that we can have a better

21  understanding of their mindset.

22  Q.  The social media accounts you're reviewing, what language

23  are those in primarily?

24  A.  Primarily, Creole.

25  Q.  The news that you've been mentioning you listen to, what

Dugue - DIRECT

1    language is that in?

2    A.   Primarily in Creole as well, Haitian-Creole.

3    Q.   What about the written news?

4    A.   Written news is primarily in French.

5    Q.   How often have you traveled to Haiti in the last two years

6    since joining the C5 squad?

7    A.   Like more than 10 times.

8    Q.   And who do you meet with when you go down to Haiti?  I know

9    you mentioned official visits.  Can you describe them?

10   A.   Yes.  They do have an anti-kidnapping unit.  I meet with

11   members of the anti-kidnapping unit.  I meet with members of

12   the Haitian National Police, and also government officials.

13   Those also have the U.S. embassy down there in Haiti.

14   Q.   When you have traveled to Haiti, do you travel by yourself,

15   or do you bring one of the other agents in the squad with you?

16   A.   I'm always with a partner, another agent.

17   Q.   If you don't have a linguist -- excuse me, if you don't

18   have a linguist with you, what role do you serve to your

19   partner?

20   A.   I'm the interpreter for my partner when I'm with them.

21   Q.   So you mentioned that these official visits -- let me ask

22   you about a couple other times that you served as an

23   interpreter.

24          THE COURT:  If it's going to be a couple of other

25   times, maybe we should take our afternoon break, if this is a

Dugue - DIRECT

 1    convenient time.

 2              MS. SEIFERT:  This is fine, Your Honor.

 3              THE COURT:  Let's take the afternoon break.  We'll

 4    resume at 3:30.

 5        (A recess was taken at 3:18 PM)

 6              THE COURT:  Welcome back.

 7              Special Agent Dugue, I remind you you're still under

 8    oath.

 9              Proceed.

10              THE WITNESS:  Yes, Judge.

11              MS. SEIFERT:  May I approach?

12              THE COURT:  Yes.

13              MS. SEIFERT:  Thank you, Your Honor.

14    BY MS. SEIFERT:

15    Q.  Agent Dugue, on how many occasions have you served as an

16    interpreter for interviews of defendants while you've worked at

17    the FBI?

18    A.  I'd say more than 10 times.

19    Q.  And on how many occasions have you served as an interpreter

20    for interviews of witnesses who spoke Haitian-Creole?

21    A.  More than 40.

22    Q.  Have you conducted any trainings with respect to Haitian

23    National Police?

24    A.  Yes, as an interpreter.

25    Q.  Tell me more about what you did in that instance.

Dugue - DIRECT

1    A.  It was an FBI-led crisis negotiation course that we did for

2    the Haitian National Police anti-kidnapping unit in 2021 and

3    2022, and I was there both times.  It's a week-long course, and

4    I was there both times as an interpreter.

5    Q.  The trainers, were they from the FBI?

6    A.  Yes.

7    Q.  What language were the trainers speaking?

8    A.  English.

9    Q.  The students, where were they from?

10   A.  They were all from Haiti.

11   Q.  What language were they speaking in?

12   A.  They all speak Creole.

13   Q.  And you were the interpreter?

14   A.  Yes.

15   Q.  Moving on to just a question about Creole pronunciation.

16   As an interpreter, is there anything in the way that Creole is

17   spoken that makes it challenging to sort of interpret that into

18   English language?

19   A.  I would say yes, depending on the pronunciation of the

20   person speaking Haitian-Creole.

21   Q.  Let me ask you a couple of examples.  Are you familiar with

22   the facts of this case?

23   A.  Yes.

24   Q.  Are you familiar with the an individual who goes by the

25   name of Koleg?

Dugue - DIRECT

1   A.   Koleg, yes.

2   Q.   How else, in Creole, have you as an interpreter heard that

3   name stated?

4   A.   It could be Koleg or it could be Koleg.  Right?  And the

5   difference between the two is just the accent mark.  There's an

6   accent mark on the "O" and on the "E" for Koleg, and there's no

7   accent mark when you say Koleg.

8   Q.   When you're then writing that in English, for instance, if

9   you're writing your report, how do you decide what the English

10  equivalent should be?

11  A.   The English equivalent for that would be "colleague."

12  Q.   Can you spell that?

13  A.   That would be C-O-L-L-E-A-G-U-E.

14  Q.   Have you also seen it spelled a different way?

15  A.   In English?

16  Q.   Yes.

17  A.   I don't recall.

18  Q.   And what about, are you familiar from the work in this case

19  with an individual that goes by the name Santia?

20  A.   Yes.

21  Q.   Have you heard any different ways that that's been spoken?

22  A.   Santia, yes.  Sometimes people say Santia. Others say

23  Santia.

24  Q.   How are those spellings different?

25  A.   You have -- like Santia would be S-A-N-T-I-A, and you can

Dugue - DIRECT

1  have Senthia, S-E-N-T-H-I-A, and you can have Cynthia,

2  C-Y-N-T-H-I-A.

3  Q.  Again, in Creole, what's the difference between -- of

4  course, on the transcript you've just spelled it out.  So thank

5  you.  But in Creole, when you're hearing as an interpreter,

6  what's the difference?

7  A.  Well, it depends on the person who is talking, really.  We

8  sometimes ask the person to actually spell it because -- it

9  depends, really, who is speaking.

10 Q.  Now, in this case did you serve as an interpreter on

11 May 3rd, 2021, for the arrest and interview of Joly Germine?

12 A.  Yes.

13 Q.  Do you see Mr. Germine present in the courtroom today?

14 A.  Yes, I do.

15 Q.  Could you point him out and identify a piece of clothing

16 that he's wearing?

17 A.  The gentleman right there with the long hair and blue suit

18 and also baby blue shirt.

19      MS. SEIFERT:  Your Honor, may the record reflect an

20 in-court identification of the defendant, Mr. Germine.

21      THE COURT:  The record will so reflect.

22 BY MS. SEIFERT:

23 Q.  Who was with you on May 3rd, 2021, from the FBI?

24 A.  It was Special Agent Martin Suarez and Zachary Harrison.

25 Q.  Were there any other FBI agents present?

Dugue - DIRECT

1    A.   There were also two SWAT members there, yes.

2    Q.   What was everyone's role that day?

3    A.   I was there mainly as an interpreter.  Zachary Harrison and

4    Martin Suarez were the one leading the interview.  And the SWAT

5    members were supposed to be there for security.

6    Q.   Why, in this instance, were you brought as opposed to a

7    linguist, if you know?

8    A.   Well, at the time I was already a co-case agent on this

9    specific case.  So I know the background of the case.  So it

10   was better to have me as an interpreter, a Haitian-Creole

11   speaker who has the background of the case, where I can -- I

12   know exactly what they are talking about when they mention

13   certain names or certain areas in Haiti.  So -- and I would say

14   I know the colloquialism or the wording of the street, let's

15   say it like that, for the area where that gang was operating.

16   Q.   Had you investigated the gang 400 Mawozo prior to your

17   interview on May 3rd of 2021?

18   A.   On May 3rd of 2021?

19   Q.   I'm sorry, I've been saying the wrong date.  May 3rd of

20   2022.

21   A.   Yes.

22   Q.   Before May 3rd of 2022, had you investigated 400 Mawozo?

23   A.   Yes.

24   Q.   In this chase or in other cases?

25   A.   In this case.

Dugue - DIRECT

1  Q.  What, if anything, did you do to prepare for the interview
2  of Mr. Germine?
3  A.  I was actively investigating the 400 Mawozo gang.  So
4  everything I was doing was in preparation for when we would get
5  a chance to talk to Mr. Germine, including reviewing previous
6  interviews that he had -- he had participated in before that
7  day.
8  Q.  What about any communications between Mr. Germine and
9  others?  Did you review any of those in preparation?
10  A.  Yes.  Only one interview I remember that I reviewed before
11  that time.
12  Q.  What about any messages between Mr. Germine and others?
13  Did you review any of those?
14  A.  That also is part of the investigation.  That's everything
15  that we were doing, we were doing in preparation for that day.
16  So yes, we did review his messages.  Some other defendant on
17  other cases also that mention him, we did review those, knowing
18  that we, at some point, would be able to actually talk to him.
19  Q.  Now, I'd like to have shown to the witness for
20  authentication purposes Government's Exhibit 600.
21      Government's Exhibit 600 is an audio file, and in the
22  bottom corner, it says the audio file is, for the record,
23  two hours and 15 minutes and 49 seconds.
24      Agent Dugue, prior to your testimony today did you,
25  yourself, review Government's Exhibit 600?

Dugue - DIRECT

1    A.    Yes.

2    Q.    What is it?

3    A.    It's the recording interview of Mr. Germine on the plane

4    from Haiti to Virginia.

5    Q.    When you were reviewing it -- let me first ask, when did

6    you review it?

7    A.    When -- I reviewed it a couple of days ago.

8    Q.    And when you were reviewing it, what were you reviewing

9    for?

10   A.    Just for accuracy for, I mean, the job that I did as an

11   interpreter to see if I could have done anything better.

12   Q.    What did you note about your interpretation at the time as

13   it's on the recording?

14   A.    Nothing really that I would change.  But there are certain

15   choices that I made, word choices, that other interpreter could

16   have made different choices.  But that was the main thing that

17   I realized when I was reviewing it.  And there were certain

18   mistakes, also, in the transcript that I saw but --

19   Q.    Let's --

20   A.    That's about it.

21   Q.    I'm only asking you about 600 right now.  I'll get to the

22   transcript in a few minutes.

23   A.    Okay.

24   Q.    So with respect to Government's Exhibit 600, those word

25   choices that you said another interpreter might make

Dugue - DIRECT

1  differently, did you inform my office about those?

2  A.  Yes, I did.

3  Q.  Based on your review of Government's Exhibit 600, did you

4  fairly and accurately interpret from English to Creole and

5  Creole into English the statements of Mr. Germine and the

6  interviewers on the recording?

7  A.  Yes.

8      MS. SEIFERT:  Now, if I could please have shown for

9  authentication purposes Government's Exhibit 600T.

10  BY MS. SEIFERT:

11  Q.  Do you recognize the document that is 600T?

12  A.  Yes, I do.

13  Q.  What is this document?

14  A.  That's the transcript of that interview that was conducted

15  of Mr. Germine on the plane.

16  Q.  So does 600T -- I'm sorry, 600.T --

17      MS. SEIFERT:  Thank you, Your Honor.

18  BY MS. SEIFERT:

19  Q.  -- correspond to 600?

20  A.  Yes.

21  Q.  Did you review this in anticipation for your testimony

22  today?

23  A.  Yes.

24  Q.  When you reviewed this document -- well, let's start, what

25  language is it in?

Dugue - DIRECT

1    A.  The document is in English.

2    Q.  What were you looking for when you reviewed this document?

3    A.  Just making sure what was being said was exactly what was

4    on the document.

5    Q.  Did you note anything about the accuracy of this document?

6    A.  Yes.  There are certain -- in certain occasions I realize

7    other certain words that were missing or something that was

8    written there that wasn't really said or missing words.  But it

9    was not a lot, I would say.

10   Q.  Did you provide my office with a list of the times that you

11   noted that this transcript, which is 600.T, had an error?

12   A.  Yes.

13   Q.  Beyond those discrepancies, did you find the transcript to

14   be fair and accurate?

15   A.  Yes.

16        MS. SEIFERT:  We can take this down, please.

17   BY MS. SEIFERT:

18   Q.  Now, after the flight from Haiti to Virginia -- actually,

19   let me take a step back.

20        You said you interviewed Mr. Germine and that interview was

21   on the airplane.  Where did the plane land?

22   A.  In Manassas, Virginia.

23   Q.  Tell me what happened after the plane landed in Virginia.

24   A.  Well, we stopped at some point -- I mean, before

25   transporting Mr. Germine to detention facility, to ask him to

Dugue - DIRECT

1    do something for us.

2    Q.  What was it that you asked him to do?

3    A.  We asked him to -- I mean, if he was willing to make a

4    phone call for us to the 400 Mawozo gang to ask them to release

5    a Dominican diplomat that was in captivity at the time.

6    Q.  Who placed the call?

7    A.  Mr. Germine did.

8    Q.  Did he agree to do that, what you asked?

9    A.  Yes.

10   Q.  Who did he call?

11   A.  Well, first, he called -- I mean, he wanted to call his

12   cousin, he said, Gaspiyay, but he said he did not have the

13   number.  And since we did not provide him with the number, he

14   decided to call a different phone number that he had memorized.

15   That person give him the number for Gaspiyay.

16   Q.  Could you spell for the record Gaspiyay?

17   A.  Gaspiyay would be G-A-S-P-I-Y-A-Y.

18   Q.  Were you able -- was the call that Mr. Germine placed to

19   this other individual, did he hold the phone up to his ear or

20   was he on speakerphone?

21   A.  The first call, he was just up to his ear.  The second one,

22   it was on speakerphone.

23   Q.  Okay.  So the first call, whose phone did he use, if you

24   recall?

25   A.  He used one of the burner phones that we had with us at the

Dugue - DIRECT

1  time.  I can't recall exactly, like, whose phone it was.

2  Q.  What's a burner phone?

3  A.  It's just a phone that is not -- a non-attributable phone,

4  and we just get rid of it whenever we're done using it.

5  Because you used it for criminals and you can't have that under

6  your name.

7  Q.  And so is this a phone that is registered to the agent

8  personally?

9  A.  No.

10  Q.  On that day in Manassas, how many agents were present?

11  A.  It was -- well, I can't recall exactly the number of agents

12  there because we had support from other -- from another office

13  when we were there.  So it was a few of us.

14  Q.  The agents who were present -- let me ask, did you have

15  your burner phone on you?

16  A.  Yes, I did have mine.

17  Q.  Did any of the other agents have a burner phone?

18  A.  We usually do, yes.

19  Q.  Do you recall which of the agents' phones was used?

20  A.  No.  I remember it wasn't mine, but I don't remember

21  exactly who give the phone to Mr. Germine.

22  Q.  And where is your burner phone from that day, May of 2022?

23  Where is that phone now?

24  A.  I no longer have that one.

25  Q.  Why?

Dugue - DIRECT

1    A.   It was involved in a lot of, you know, calls to criminals.

2    And that phone also decided to reset and I didn't want to lose

3    more data.  So I decided to get a better phone, right.  So I no

4    longer use that phone.

5    Q.   So let's talk about -- you said Mr. Germine obtained a

6    phone number, and then what happened?

7    A.   You said what?  Sorry, can you repeat that?

8    Q.   He made the first call?

9    A.   Uh-huh.

10   Q.   He obtained a phone number?

11   A.   Uh-huh.

12   Q.   What happened next?

13   A.   He called Gaspiyay.

14   Q.   Was that on speakerphone or did he hold that up to his ear?

15   A.   It was on speakerphone.

16   Q.   What did he say?

17   A.   When he called, he identified himself and he asked, is that

18   Gaspiyay I'm talking to?  And Gaspiyay said yes.  Gaspiyay

19   asked him, who are you again?  He ID'ed himself again.  And

20   then he ask Gaspiyay to go to Lanmo San Jou and tell Lanmo San

21   Jou to release the Dominican diplomat because that could help

22   him with his case.

23   Q.   That's what the defendant said?

24   A.   Yes.

25   Q.   What was Gaspiay's response?

Dugue - DIRECT

1   A.  Gaspiyay said, where are you?  He said, you know exactly

2   where I'm at.  He said, just go talk to Lanmo San Jou and I'll

3   call you back.

4   Q.  Was that conversation in English or in Creole?

5   A.  It was in Creole.

6   Q.  Was there any other calls between the defendant and the

7   individual he identified as Gaspiyay?

8   A.  Yes.  He did call him back a few -- I would say roughly

9   10 minutes later.

10  Q.  And who called who?

11  A.  Yonyon called.

12  Q.  Mr. Germine?

13  A.  Or Mr. Germine.

14  Q.  Called Mr. Gaspiyay?

15  A.  Yes.

16  Q.  What happened on that call?

17  A.  He called Gaspiyay, asking him, did you talk to Lanmo San

18  Jou?  And Gaspiyay said yes.  And he agreed that he is going to

19  do it.  He was like, well, go to him.  Don't just call him.  Go

20  to him.  Tell him that I need this to be done.  And then he

21  said, I'll call you back.  And then hung up.

22  Q.  And when -- let me just clarify the record.  Who said, "Go

23  to him and tell him"?

24  A.  Mr. Germine told Gaspiyay to go to Lanmo San Jou and make

25  sure that Lanmo San Jou does what he was saying.

Dugue - DIRECT

1    Q.  Again, this conversation, what language was it in?

2    A.  In Creole, Haitian-Creole.

3    Q.  Were there any more calls that day?

4    A.  Yes.

5    Q.  Tell me about that call.

6    A.  Then the last call was, again, on our way to the detention

7    facility.  Yonyon called -- I mean, Mr. Germine, sorry, called

8    again, where he told them, okay, did you find him.  He was

9    like -- I mean, he told -- Mr. Germine told Gaspiyay, did you

10   find him?  And then Gaspiyay said yes, I found him.  He agreed.

11   He said he's going to let him go.  All right.  And Yonyon said,

12   are you sure?  He said yes, if he doesn't let him go, I will

13   just kill him.

14   Q.  Let me try to clarify who's talking.  So who said, "Did you

15   find him?"

16   A.  Mr. Germine asked Gaspiyay, "Did you find him?"

17   Q.  And what did --

18   A.  Gaspiyay answered yes, I found him.  And he agreed to let

19   the diplomat go, the Dominican diplomat.

20   Q.  Who said, "I'll kill him"?

21   A.  Mr. Germine said, "Are you sure?"  And then Gaspiyay

22   answered, "if he doesn't -- "if Lanmo San Jou doesn't do it, I

23   will just kill him."

24           MS. SEIFERT:  No other questions.

25           MR. ORENBERG:  The Court's indulgence.

1          THE COURT:  Certainly.  Mr. Orenberg.

2          MR. ORENBERG:  Yes, Your Honor.

3                    CROSS-EXAMINATION

4   BY MR. ORENBERG:

5   Q.  Good afternoon, Agent Dugue.

6   A.  Good afternoon, sir.

7   Q.  Ms. Seifert asked you a number of questions about

8   May 3rd 2022, when you and the other agents, Agents Suarez and

9   Harrison and two SWAT team members went down to Haiti, right?

10  A.  Yes.

11  Q.  And you told the Court that, on the plane on the way back,

12  there was an interview of Mr. Germine?

13  A.  Yes.

14  Q.  And that your role there that day was to serve as a

15  translator?

16  A.  As an interpreter, yes.

17  Q.  Excuse me.  Interpreter, yes.  Translators are for

18  documents.  Interpreter?

19  A.  Yes.

20  Q.  Now, you would agree with me this wasn't the first time you

21  met Mr. Germine, was it?

22  A.  That was my first time, yes, meeting with him, yes.

23  Q.  You never met with him before in the Haitian National

24  Prison?

25  A.  No.

Dugue - CROSS

1    Q.  Did you ever -- prior to May 3rd, 2022, did you ever serve

2    as an interpreter or translator in connection with this

3    investigation -- I think you said you were the co-case agent --

4    which involved communications involving Mr. Germine?

5    A.  No.

6    Q.  So you're on the plane coming back -- or going from

7    Port-au-Prince to Manassas, Virginia.  And the agents are

8    talking to Mr. Germine.

9    A.  Yes.

10   Q.  You have to say -- okay.

11       And you would agree with me that he was cooperative with

12   the agents?

13   A.  If by "cooperative," you mean did he answer the questions,

14   yes, he did answer the questions.

15   Q.  Okay.  And you would agree with me that the interview --

16   well, I think we already heard -- was some two hours?

17   A.  Yes.

18   Q.  And that Mr. Germine was, I guess, voluntarily answering

19   questions the entire time?

20   A.  Yes.

21   Q.  Okay.  And do you remember -- you remember that interview?

22   A.  Yes, I remember the interview.

23   Q.  Because you said just a few days ago you went back and

24   listened to the audio file?

25   A.  Yes.

Dugue - CROSS

1    Q.  Let me ask you this:  Prior to just a few days ago, when
2    was the last time that you went back and listened to that audio
3    file, the May 3rd, 2022, interview on the plane?
4    A.  I can't recall.
5    Q.  After the flight on May 3rd, 2022, and the interview, when
6    was the first time you went back and listened to it?
7    A.  I can't recall that.
8    Q.  And you would agree with me that at some point in time a
9    transcript of that interview was produced?
10   A.  Yes.
11   Q.  And do you remember the first time you went and looked at
12   that transcript?
13   A.  No.
14   Q.  Okay.
15   A.  I did look at it but I don't remember exactly the first
16   time that I tried to.
17   Q.  Was it closer to May in 2022 than -- I know it's almost
18   four years -- excuse me, two years.  But was it back in the
19   late spring or summer of 2022?
20   A.  I can't confirm that.
21   Q.  But you do remember going back a few days ago and listening
22   to the audio file?
23   A.  Yes.
24   Q.  And you also looked at the paper transcript?
25   A.  Yes.

Dugue - CROSS

1          MR. ORENBERG:  The Court's indulgence.  I need my

2     computer.

3          THE COURT:  Certainly.

4     BY MR. ORENBERG:

5     Q.  And when you went back and reviewed the audio file and the

6     transcript a few days ago, you noticed some discrepancies?

7     A.  Yes.  But nothing that would change the context of the

8     message that was being conveyed.

9     Q.  I'm sorry, nothing that would change the context --

10    A.  The context of the message.

11    Q.  That's fair.  I just want to ask you a couple of questions

12    about what you -- well, you sent an email or you talked to

13    Ms. Seifert about these discrepancies?

14    A.  Yes.

15    Q.  How did you communicate the discrepancies to her?

16    A.  I was in her office and I told her about it.  Then I

17    emailed them to her.

18    Q.  And for example, do you remember you pointed out a

19    discrepancy that on the audio you heard "Senatus" but the

20    transcription said "senators"?

21    A.  Yes.

22    Q.  You're standing by your interpretation of what you heard on

23    Page 8, Line 18.  I'm not asking you to remember the exact page

24    or exact line, but for purposes of the record, Page 8, Line 18,

25    that you heard "Senatus," not "senators"?

Dugue - CROSS

1          THE COURT:  Ms. Seifert?

2          MS. SEIFERT:  I think we're confusing -- I'm not sure

3    what counsel is talking about.  Are we talking about the

4    transcription or the audio?  And if he could clarify.

5          MR. ORENBERG:  I'm talking about the audio.

6          THE COURT:  So there's a page of the audio?

7          MR. ORENBERG:  I'm sorry.  Forget about the page

8    numbers.

9    BY MR. ORENBERG:

10   Q.  Just to be clear, what discrepancy did you hear?

11   A.  Regarding "Senatus" or "senators," can you please rephrase

12   your question.

13   Q.  When you went back and reviewed the audio a few days ago,

14   what did you hear on the transcription -- I mean, on the audio

15   about "Senatus"?

16   A.  What did I hear on the audio about "Senatus"?  I'm not sure

17   I even understand.

18   Q.  I'm sorry.  Did you hear "Senatus" or "senators"?

19   A.  Sorry, can it be played?

20   Q.  Just a few days ago, you told Ms. Seifert that there was a

21   discrepancy between the interpretation of "Senatus" and

22   "senators."

23   A.  Yes.  But right now, I'm not sure that I understand the

24   question about the "Senatus" or "senators."

25   Q.  That is my question.  There is a discrepancy between

Dugue - CROSS

1  "Senatus" or "senators"?

2  A.  Okay.  So I wrote down exactly the discrepancy that I

3  found.  I believe I told Ms. Seifert that it was supposed to be

4  "Senatus" and what was on the transcript was "senators."

5  Q.  Okay.  And do you also remember that you informed --

6        THE COURT:  This is going into the transcript now,

7  rather than just the audio?

8        MR. ORENBERG:  Yes, Your Honor.

9  BY MR. ORENBERG:

10  Q.  And just to point out another discrepancy that you

11  mentioned to Ms. Seifert, a little later on in the audio

12  recording you heard something "invest in farming" instead of

13  "invested in farming"?

14  A.  It could be translated as that yes, or interpreted as that.

15  Q.  Now, when you were on the plane with Mr. Germine back on

16  May 3rd of 2022, do you remember the agent's --

17      Where did it go?

18        MR. ORENBERG:  The Court's indulgence.

19        THE COURT:  Certainly.

20  BY MR. ORENBERG:

21  Q.  Do you remember the agents asking Mr. Germine about who

22  manages his money?

23  A.  Yes.

24  Q.  Do you remember what his answer is -- was, excuse me?

25  A.  I'm not sure.

Dugue - CROSS

```
 1                MS. SEIFERT:  Objection, hearsay.
 2   BY MR. ORENBERG:
 3   Q.  Do you remember --
 4                THE COURT:  He wasn't sure anyway.  So we won't rule
 5   on the objection yet.
 6                MR. ORENBERG:  Okay.
 7   BY MR. ORENBERG:
 8   Q.  Do you remember Mr. Germine telling the agents that the
 9   farmers were doing that for him, managing his money?
10                MS. SEIFERT:  Objection, hearsay.
11                THE COURT:  Sustained.
12   BY MR. ORENBERG:
13   Q.  Do you remember Mr. Germine talking about farming?
14                MS. SEIFERT:  Objection.  Hearsay and outside the
15   scope.  This witness has not testified to the content of the
16   interview.  So it is outside the scope.
17                THE COURT:  That is correct.  But it is also hearsay.
18                MR. ORENBERG:  Yes, Your Honor.
19                All right.  Let me move on.
20   BY MR. ORENBERG:
21   Q.  Ms. Seifert asked you some questions about what happened at
22   the Manassas airport on May 3rd, 2022, regarding the agents
23   asking Mr. Germine if he was willing to make a phone call.
24   A.  Yes.
25   Q.  And he did make that phone call?
```

Dugue - CROSS

1   A.  Yes.

2   Q.  And he did, after a series of one or two phone calls, was

3   able to make a connection to someone down in Haiti?

4   A.  Yes.

5   Q.  And Mr. Germine did ask or did instruct that person to ask

6   Mr. Lanmo San Jou to take whatever action was necessary for the

7   release of the kidnapped Dominican diplomat?

8   A.  Yes.  He told Gaspiyay that, yes.

9   Q.  Are you aware of the relationship between my client,

10  Mr. Germine, and Gaspiyay?

11  A.  Yes.

12  Q.  What is that relationship?

13          MS. SEIFERT:  Objection.  Hearsay.

14          MS. AMATO:  Your Honor, he already testified -- oops.

15          THE COURT:  Ms. Amato, I don't think you have the

16  floor.

17          MS. SEIFERT:  If he testified to it on direct, I

18  apologize.  I'll withdraw.

19          THE COURT:  I don't think he did testify to it on

20  direct.  You can consult.

21          MR. ORENBERG:  Can I ask it a different way?

22          THE COURT:  Go ahead.

23  BY MR. ORENBERG:

24  Q.  Are Mr. Germine and Mr. Gaspiyay cousins?

25          MS. SEIFERT:  Objection.  Hearsay.

```
 1            THE COURT:  I'll allow you to ask a foundational
 2   question to see where he might have such knowledge.  I mean,
 3   he's got knowledge from his role as part of the investigation.
 4            MR. ORENBERG:  Of course.
 5            THE COURT:  Ms. Seifert wants to say something.
 6            MS. SEIFERT:  I believe his knowledge comes from the
 7   defendant's statement on this topic, which was in the interview
 8   of the defendant, which at this point is unadmitted hearsay.
 9            THE COURT:  Right.  If you're representing to me that
10   it comes from the interview -- excuse me -- of the defendant,
11   that is hearsay.  That is inadmissible.
12            MR. ORENBERG:  I understand that, Your Honor.
13            It's my recollection that during his direct testimony
14   he mentioned that he was going to call his cousin Gaspiyay.  We
15   can ask the court reporter to go back to that to verify that if
16   it's correct or not.  But in any event -- well, why don't I
17   approach it from this way.
18            THE COURT:  I tell you what.  We don't have a jury.
19   We just have a judge.  So I'll let you ask that question and
20   get the answer to that question, but that's not an invitation
21   to go further.  On the assumption that it was mentioned on
22   direct, if it was mentioned on direct, then you're only
23   repeating what was mentioned on direct anyway.  I will allow
24   you to ask him that question.
25   BY MR. ORENBERG:
```

Dugue - CROSS

1    Q.  You've identified yourself as the co-case agent for the

2    investigation of the kidnapping in the fall of 2021 of the

3    missionaries?

4    A.  Yes.

5    Q.  During the course of your investigation, did you identify a

6    person named Gaspiyay?

7    A.  Yes.

8    Q.  And during the course of your investigation, were you able

9    to identify the relationship between Mr. Gaspiyay and

10   Mr. Germine?

11        THE COURT:  Assuming that it came from other than the

12   interview of Mr. Germine on May 3rd, 2022.

13        THE WITNESS:  What was the question again, please?

14   BY MR. ORENBERG:

15   Q.  Were you able to determine or establish the relationship

16   between Mr. Germine and Mr. Gaspiyay other than from the

17   interview on May 3rd of 2022?

18   A.  Before his arrest or after?

19   Q.  Before the arrest.  Let's start with that.

20   A.  Yes.

21   Q.  And what was that relationship?

22   A.  That they were cousins.

23        MS. SEIFERT:  The source of how he identified that, I

24   believe, is also hearsay.  But I ask for a foundational

25   question, which is how did you identify.

1          THE COURT:  The way the question was asked, it was

2     asked in a way that the witness would be answering based on

3     something other than the interview of May 3rd, 2022, and he's

4     confirming that.

5          MS. SEIFERT:  I believe it's also based on hearsay

6     statements of other witnesses.  But at this point, Your Honor,

7     I think we can move on.

8          THE COURT:  I think so too.

9     BY MR. ORENBERG:

10    Q.  You told, in response to Ms. Seifert's questions about that

11    series of phone calls at the airport on May 3rd, 2022, that

12    Gaspiyay informed Mr. Germine -- and you could hear the phone

13    call because it was on speakerphone, correct?

14    A.  Yes.

15    Q.  That Lanmo San Jou agreed to release the Dominican

16    diplomat?

17    A.  Yes.

18    Q.  Now, earlier you told -- Ms. Seifert asked you some

19    questions about your role as an interpreter as an FBI agent?

20    A.  Yes.

21    Q.  You would agree with me that you told her that you had

22    worked as an interpreter for your own investigations or I guess

23    for other agents in the Miami field office --

24    A.  Yes.

25    Q.  -- for over 40-plus witnesses?

Dugue - REDIRECT

1    A.  Yes.

2    Q.  And for over 10-plus defendants?

3    A.  Yes.  In the Miami field office or when I'm in Haiti.

4    Q.  Have you worked as an interpreter or done interpreting

5    involving a person named -- a person known as Jean Pelice?

6    A.  Yes.

7    Q.  In fact, you would agree with me that you served as an

8    interpreter earlier today for Mr. Pelice when he was being

9    interviewed by Ms. Seifert?

10   A.  Yes, I did.

11   Q.  You would agree with me that during that interview --

12            MS. SEIFERT:  Objection.  Outside the scope.

13            THE COURT:  It is outside the scope, Mr. Orenberg.

14            MR. ORENBERG:  Yes, Your Honor.

15            THE COURT:  So we're not going to pursue it if it's

16   outside the scope.

17            MR. ORENBERG:  Okay.  The Court's indulgence.

18            THE COURT:  Certainly.

19      (Pause in the proceedings.)

20            MR. ORENBERG:  Thank you, Your Honor.  I have no

21   further questions.

22            THE COURT:  Ms. Seifert.

23                      REDIRECT EXAMINATION

24   BY MS. SEIFERT:

25   Q.  Agent Dugue, who is Senatus or "Senatus"?

Dugue - REDIRECT

1    A.  Senatus, he's a former government official in Haiti.

2    Q.  And that's his name?

3    A.  Senatus, yes.

4    Q.  When you listen to the audio file and you heard that name

5    and then you looked at the transcription, what did you see?

6    A.  Senators.

7    Q.  So what you informed my office was what?

8    A.  That it should have been "Senatus" and not "senators."

9    Q.  And that was a problem with the audio file or a problem

10   with the transcription of the audio file?

11   A.  It was with the transcription.

12   Q.  And defense counsel mentioned something about "invest in

13   farming"?

14   A.  Yes.

15   Q.  Do you recall what the discrepancy was with respect to the

16   transcription for "invest in farming"?

17   A.  I vaguely recall that it was supposed to be in past tense

18   and it was "invest" as opposed to "invested."

19   Q.  So the audio file had "invest in farming"?

20   A.  Yes.

21   Q.  And the transcription said "invested"?

22   A.  I think it's the other way around.

23   Q.  But in any event, it was a tense issue?

24   A.  Yes.  It was just the past tense.

25   Q.  Is that another discrepancy with the transcription that you

Dugue - REDIRECT

1    provided to my office?

2    A.   Yes.

3    Q.   Why were you providing those discrepancies?

4    A.   As I previously stated, I just wanted to check for accuracy

5    in everything that was written and everything also that was

6    being said.

7            MS. SEIFERT:   No other questions.

8            THE COURT:   All right.   Thank you.   Special Agent, you

9    may step down.

10           THE WITNESS:   Thank you, Your Honor.

11      (Witness steps down.)

12           MS. PASCHALL:   Your Honor, as we previously mentioned,

13   we don't have any more witnesses for the day, but I think there

14   are a few things we can accomplish in our remaining 45 minutes.

15   I have sent defense counsel what I believe is the evidentiary

16   copy of Government's Exhibit 140.   I believe 140 is already in

17   evidence, but we were waiting --

18           THE COURT:   I believe 140 is in evidence, but let me

19   check to make sure.   It is in evidence.

20           MS. PASCHALL:   We were just waiting for the

21   translators to marry up some of those subexhibits.   I believe

22   all of the subexhibits from 140 are now in evidence.   But what

23   has not necessarily been admitted are some of the photographs

24   that we discussed with Analyst Calidonna on the first day of

25   the testimony about Exhibit 140.

1          So I have given that list to defense counsel of what

2     exhibits I would like to now move for admission from the 108

3     series, based on her prior testimony.

4          THE COURT:  All right.  What exhibit numbers are we

5     talking about?

6          MS. PASCHALL:  108.02.

7          THE COURT:  The government is moving 108.02 for

8     admission.

9          MR. ORENBERG:  The Court's indulgence.

10          THE COURT:  Certainly.  I'll let you get acclimated.

11     All I have to do is look at a list.  You need to think about

12     it.

13          MR. ORENBERG:  I just wanted to flag it on my list,

14     Your Honor.  I have no objection.

15          THE COURT:  All right.  108.02 is admitted.

16       (Government's Exhibit 108.02 received in evidence.)

17          MS. PASCHALL:  We would move 108.06.

18          MR. ORENBERG:  No objection.

19          THE COURT:  108.06 is admitted.

20       (Government's Exhibit 108.06 received in evidence.)

21          MS. PASCHALL:  We would move 108.09.

22          MR. ORENBERG:  No objection.

23          THE COURT:  108.09 is admitted.

24       (Government's Exhibit 108.09 received in evidence.)

25          MS. PASCHALL:  We would move 108.10.

```
 1              MR. ORENBERG:  No objection.

 2              THE COURT:  108.10 is admitted.

 3         (Government's Exhibit 108.10 received in evidence.)

 4              MS. PASCHALL:  We would move 108.11.

 5              MR. ORENBERG:  No objection.

 6              THE COURT:  108.11 is admitted.

 7         (Government's Exhibit 108.11 received in evidence.)

 8              MS. PASCHALL:  We would move 108.13.

 9              MR. ORENBERG:  No objection.

10              THE COURT:  108.13 is admitted.

11         (Government's Exhibit 108.13 received in evidence.)

12              MS. PASCHALL:  We would move 108.15.

13              MR. ORENBERG:  No objection.

14              THE COURT:  108.15 is admitted.

15         (Government's Exhibit 108.15 received in evidence.)

16              MS. PASCHALL:  We would move 108.16.

17              MR. ORENBERG:  No objection.

18              THE COURT:  108.16 is admitted.

19         (Government's Exhibit 108.16 received in evidence.)

20              MS. PASCHALL:  We move 108.17.

21              MR. ORENBERG:  No objection.

22              THE COURT:  108.17 is admitted.

23         (Government's Exhibit 108.17 received in evidence.)

24              MS. PASCHALL:  We would move 108.18.

25              MR. ORENBERG:  No objection.
```

```
 1              THE COURT:  108.18 is admitted.

 2        (Government's Exhibit 108.18 received in evidence.)

 3              MS. PASCHALL:  We would move 108.19.

 4              MR. ORENBERG:  No objection.

 5              THE COURT:  108.19 is admitted.

 6        (Government's Exhibit 108.19 received in evidence.)

 7              MS. PASCHALL:  We would move 108.20.

 8              MR. ORENBERG:  No objection.

 9              THE COURT:  108.20 is admitted.

10        (Government's Exhibit 108.20 received in evidence.)

11              MS. PASCHALL:  We would move 108.27.

12              MR. ORENBERG:  No objection.

13              THE COURT:  Admitted.

14        (Government's Exhibit 108.27 received in evidence.)

15              MS. PASCHALL:  We would move 108.28.

16              MR. ORENBERG:  No objection.

17              THE COURT:  108.28 is admitted.

18        (Government's Exhibit 108.28 received in evidence.)

19              MS. PASCHALL:  We would move 108.40.

20              MR. ORENBERG:  No objection.

21              THE COURT:  108.40 is admitted.

22        (Government's Exhibit 108.40 received in evidence.)

23              MS. PASCHALL:  We would move 108.76.

24              MR. ORENBERG:  No objection.

25              THE COURT:  108.76 is admitted.
```

```
 1          (Government's Exhibit 108.76 received in evidence.)

 2               MS. PASCHALL:  We would move 108.97.

 3               MR. ORENBERG:  No objection.

 4               THE COURT:  108.97 is admitted.

 5          (Government's Exhibit 108.97 received in evidence.)

 6               MS. PASCHALL:  We would move 108.98.

 7               MR. ORENBERG:  No objection.

 8               THE COURT:  108.98, which was not -- I don't think

 9     it's been marked for identification previously.

10               MS. PASCHALL:  Okay.  I can check on that one, Your

11     Honor.

12               You think there's a discrepancy there, potentially,

13     Mr. Orenberg?

14               MR. ORENBERG:  I apologize.  I don't have it marked on

15     my manifest as having been marked for ID by any witness.

16               MS. PASCHALL:  Okay.  I will go back and check on that

17     one, Your Honor.

18               THE COURT:  So we'll leave that one alone.

19               MS. PASCHALL:  And 108.99.

20               MR. ORENBERG:  I have a question about that.  What is

21     that exhibit?  Is that a weapon, or is that a photograph?

22               MS. PASCHALL:  All the ones in the 108 series are

23     photographs.

24               THE COURT:  And a SAR9 is probably a weapon, a

25     photograph of it.
```

```
 1            MS. PASCHALL:  Yes.
 2            THE COURT:  So it's a photograph.
 3            MR. ORENBERG:  It's a photograph?
 4            MS. PASCHALL:  Yes.
 5            MR. ORENBERG:  That's fine.  No objection.
 6            THE COURT:  108.99 is admitted.
 7       (Government's Exhibit 108.99 received in evidence.)
 8            MS. PASCHALL:  So I will check on that one
 9   discrepancy.  But with that, I think we have now moved in all
10   of the exhibits that were a part of Exhibit 140.
11            I think our next thing to discuss would be that
12   tomorrow the only witnesses that remain for the government
13   would be Walder St. Louis and Special Agent Harrison.
14            Ms. Amato, consistent with our discussion last week
15   about the translators from ILS, Ms. Recio's company, has
16   identified one translation for which she wanted to speak or
17   examine the translator.  Ms. Recio believes that they have
18   identified the person who worked at the second-tier level that
19   she described today, who could be available.  That person is
20   located in the United States.
21            We have asked defense counsel if they would agree to
22   allow that person to be examined over Webex or Zoom.  Ms. Amato
23   has agreed that that would be appropriate.
24            THE COURT:  And this would be someone that the
25   government would produce in the government's case?
```

1          MS. PASCHALL:  No, Your Honor.  I think we are going

2     to make that person available to defense if they wish to

3     question that person in their case, but Ms. Recio is going to

4     work on making sure that person's schedule tomorrow can

5     accommodate if we get to the defense case tomorrow.

6          THE COURT:  Okay.

7          MS. PASCHALL:  And then, finally, not certain how long

8     the defense case is going to take, the government would request

9     that if we finish the day early tomorrow that we begin the

10    opening statements immediately the next morning, so Wednesday

11    morning -- did I say opening?

12         THE COURT:  Maybe, maybe not.

13         MS. PASCHALL:  Closings.  That we begin the closings

14    immediately the next morning on Wednesday morning.  I don't

15    think I have discussed this with defense counsel.  So they may

16    be hearing that for the first time and may need to think about

17    their own opinions with respect to that, but that would be the

18    government's request.

19         Did I miss anything?

20         MS. SEIFERT:  No.

21         MR. ORENBERG:  Your Honor, I would just like to put on

22    the record that, given what the Court sort of indicated to us

23    last week about maybe taking a little bit of time between the

24    close of all the evidence in this case and the beginning of

25    closing arguments, that we ask for at least a full day or day

```
 1    and a half.  If we finish at 3:00 or 4:00 tomorrow, I don't
 2    know if we are, but we would ask that we come back on Thursday
 3    or even Thursday afternoon to begin closing arguments.
 4            THE COURT:  All right.  Each side's request is noted.
 5            MR. ORENBERG:  Thank you, Your Honor.  I mean,
 6    given -- it's a bench trial, so -- I don't know what the
 7    Court's schedule is but, still, I would ask for at least 24,
 8    36 hours before we begin closing arguments.
 9            THE COURT:  All right.  Well, we don't know when the
10    evidence is going to be completed.  So I can't say for sure.
11    And I don't know what the rationale -- full rationale for
12    either side is.  But I certainly am amenable -- if the case is
13    completed tomorrow sometime, I'm amenable to waiting and having
14    the closings on Thursday.  If the government wants to argue
15    strenuously against that, I will certainly hear them.
16            But I'm just saying I'm amenable.  So I haven't made a
17    decision because I haven't heard fully from each side and I
18    don't know when the case is going to end.
19            MR. ORENBERG:  We may be putting the cart before the
20    horse a little bit here.
21            THE COURT:  I put the cart a little bit out there and
22    you're following up on it.  I think that's fine.  It's a bench
23    trial and we're trying to schedule it to make sense for all
24    aspects of the case, fairness to each side and scheduling for
25    each side and the Court.
```

```
 1              MR. ORENBERG:  Thank you, Your Honor.

 2              THE COURT:  All right.  So anything else for today

 3   from the defense?

 4              MR. ORENBERG:  No, Your Honor.

 5              THE COURT:  We're probably going to take five minutes

 6   to raise some questions with respect to exhibits, the ones that

 7   I thought were most in discrepancy between the government's

 8   list and my list.  But other than that, what we'll do is,

 9   tomorrow, start with Mr. St. Louis, or St. Louis, whichever

10   pronunciation one prefers.  And that will start at 9:30,

11   Ms. Amato and Mr. Orenberg.

12              You're ready for that, right?

13              MS. AMATO:  Yes.

14              THE COURT:  How long do you anticipate the continuance

15   of your cross-examination to take, or don't you know yet?

16              MS. AMATO:  Well, Your Honor, it really depends on

17   Mr. St. Louis.

18              THE COURT:  That's a lawyer's answer.

19              MS. AMATO:  To be frank --

20              THE COURT:  I don't know whether you have one question

21   for him or 1,000 questions.

22              MS. AMATO:  So I have really only two areas -- having

23   looked at the translations, and I'm going to look again at

24   them, but I think there's only two areas where I would seek to

25   impeach.  And it could be very quick.  But if he fights me,
```

```
 1   then it might take longer.  So --
 2           THE COURT:  It might take longer, but it's not likely
 3   to take hours?
 4           MS. AMATO:  No.  Not at all, Your Honor.  Not at all.
 5           THE COURT:  And I can't remember:  Did we complete the
 6   redirect -- the redirect of everything else with respect to
 7   Mr. St. Louis?
 8           MS. SEIFERT:  Yes, Your Honor.
 9           THE COURT:  So we only have this limited
10   cross-examination and any limited redirect on that.
11           MS. SEIFERT:  I wanted to just clarify.  My
12   understanding -- and the Court, of course, will correct me --
13   was that the purpose of the recall was to prove up the
14   impeachment for statements defense had already elicited, not to
15   try to elicit new fodder to then prove up in the interview.
16   I'm not sure if we're all saying the same thing or not.
17           THE COURT:  I think you're not because Ms. Amato stood
18   up quickly.
19           MS. AMATO:  So it's to elicit impeachment of
20   information, obviously, he's already testified to, but I
21   stopped from trying to go through and use the recording and the
22   transcription after we realized that there was an error.  So we
23   all agreed that I could stop at that point and then come back.
24           So that's -- my understanding is that there are two
25   other areas, I believe, in which there is potential impeachment
```

1    based on what he has already testified to.

2         MS. SEIFERT:  Okay.  I think we are saying the same

3    thing.

4         THE COURT:  Yeah.  Exactly.  I thought there wasn't

5    much difference between where the two sides are on that.

6         MS. SEIFERT:  Okay.  Thank you.

7         I anticipate that the government, in response to the

8    impeachment, may move in prior consistent statements of the

9    witness.  And so I might need a little bit of time to identify

10   that.  But I think we can get that done in the morning, and I

11   think we can move that into the government's last witness.

12        THE COURT:  All right.

13        MS. SEIFERT:  Thank you.

14        THE COURT:  Thank you.

15        All right.  With that, anything else we can benefit

16   from discussing, other than -- let me just point out some of

17   the exhibit issues I have.  Hold on a second because I've had

18   many copies of exhibits.  Exhibit lists, that is.

19        I need to refresh myself, so I apologize.

20        102.02.  And, Ms. Duncan, you can help me out on this

21   as well.

22        The government has listed 102.02A, which I also have

23   in evidence.  And they have listed 102.02B and 102.02C.  And I

24   have a 102.02D.

25        COURTROOM DEPUTY:  That's also what I have, Your

1    Honor.

2            THE COURT:  Do you have just D or do you have a B and

3    a C?

4            COURTROOM DEPUTY:  I have 102.02A and 102.02D.

5            THE COURT:  That's what I have.  So I don't know about

6    the 102.02A and the 102.02B that is on the government's list.

7    And I don't know if one of those is actually 102.02D, as

8    Ms. Calidonna ultimately identified it, or the government

9    lawyer identified it in the examination of Ms. Calidonna.

10           MS. PASCHALL:  So, Your Honor, I believe that

11   Exhibit 102.02 is just components A and D.  We did not move in

12   the other components.

13           THE COURT:  The other two components are marked as

14   admitted on your list, though.  But I don't think that's

15   correct.

16           MS. PASCHALL:  That is incorrect.  Your Honor is

17   right.  It should just be 102.02A and 102.02D.

18           THE COURT:  All right.  That's the first one

19   clarified.  There are several other discrepancies but I just

20   wanted to focus on the ones that were more significant.

21           302.02.

22           MS. PASCHALL:  I'm sorry, which one, Your Honor?

23           THE COURT:  302.02.  I do not have that as being

24   admitted.

25           Ms. Duncan?

```
1              COURTROOM DEPUTY:  I do not have that either, Your
2    Honor.
3              THE COURT:  I have 302.0 -- I'm sorry, I have 301.02
4    and 302.01, but I do not have 302.02 as admitted.  Indeed, I
5    don't even have it as being identified.
6              MS. PASCHALL:  We're looking at the transcript now,
7    Your Honor, to confirm.  We have it marked on our list, but
8    we'll confer with the transcript.
9              THE COURT:  All right.  Just let me know at some
10   point.  You don't have to let me know this moment.  I'll go on
11   to the other one that I wanted to identify to you -- or two
12   more, I guess.  302.13 and 302.14.  On your list you have .13
13   in evidence and .14 not in evidence.  On my list, I have .14 in
14   evidence and .13 not in evidence.
15             Ms. Duncan?
16             COURTROOM DEPUTY:  I have the same thing, Your Honor.
17             THE COURT:  So you need to check on that as well.
18             MS. PASCHALL:  We will check, Your Honor.  Thank you.
19             THE COURT:  And then lastly, 970.05, I do not have it
20   in evidence.  You have it marked as in evidence.
21             MS. PASCHALL:  I think 970.05, we simply should have
22   marked for ID but should not have been received into evidence.
23             THE COURT:  That is what I have.
24             COURTROOM DEPUTY:  Same here, Your Honor.
25             THE COURT:  All right.  I just want to point out those
```

1    four.  That's not to say that there's a perfect match in every

2    other respect, but those were the four that I wanted to focus

3    you on initially.

4            MS. SEIFERT:  Okay.  Thank you, Your Honor.

5            THE COURT:  Thank you.

6            With that, I'll wish you a pleasant evening and see

7    you again tomorrow at 9:30 with Mr. St. Louis here ready to

8    proceed with the continuance of his cross-examination, which

9    should be brief, Ms. Amato.

10           Ms. Seifert doesn't want to let me go.

11           MS. SEIFERT:  I just was going to request that when --

12   obviously, Mr. St. Louis might not understand why he's being

13   called back, and the government, of course, is not going to

14   inform him of that.  Would the Court, though, inform him about

15   why he's being called back in the beginning?  Because he might

16   be confused about why he's here again.

17           THE COURT:  What would you be comfortable of me

18   informing him of that the defense would also be comfortable

19   with?

20           MS. SEIFERT:  Just that the lawyers had some more

21   questions, so you asked him to be brought back over from the

22   jail.

23           THE COURT:  That's easy enough.

24           MS. SEIFERT:  Thank you, Your Honor.

25           THE COURT:  Any problem with that?

```
 1              MS. AMATO:  No.  That's fine.

 2              THE COURT:  All right.  We'll do that.

 3              All right.  Thank you all and good evening.

 4              Before I walk out, I thought there was one thing on

 5      the defense list that I might have wanted to point out as well.

 6              Defense Exhibit 10 you have marked as in evidence.  I

 7      don't know that it actually ever got in evidence.  It was

 8      identified but I'm not sure that it's been admitted.

 9              MS. AMATO:  That's fine, Your Honor.  I mean, I put it

10      down there.  I thought it was admitted.  But, I mean, I think

11      it should be, though, Your Honor, for the record.

12              THE COURT:  You think it should be.

13              MS. AMATO:  Yes.

14              THE COURT:  I'm dealing with what happened, not what

15      should have happened.

16              MS. AMATO:  Well, I would move to admit it at this

17      point, Your Honor.

18              MS. SEIFERT:  Is there a proffer as to what 10 is?

19              THE COURT:  I'm sorry, you don't remember what 10 is?

20      My apologies, Ms. Seifert.  It's listed as "Walder recorded

21      10/31/2021 interview, folder one, number two, 11:17:14 through

22      11:17:26."

23              MS. SEIFERT:  So my recollection of our time together

24      on -- with Mr. St. Louis was that defense counsel was playing

25      that clip to impeach Mr. St. Louis, and that upon
```

1  retranslation, it was determined that the clip maybe wasn't

2  impeachment.  So I do not think it should be admitted at this

3  time.  If defense thinks it still is impeachment, it can

4  address that tomorrow and properly move it in as impeachment.

5          THE COURT:  You can try to admit it tomorrow.  But as

6  things stand right now, it is not admitted.

7          MS. AMATO:  Okay.  That's fine.

8          THE COURT:  Thank you, all.

9      (Proceedings concluded at 4:36 PM)

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.


/s/ Stacy Johns                    Date: January 29, 2024

Stacy Johns, RPR
Official Court Reporter

BY MR. ORENBERG: [13] 1597/4 1600/4 1601/9 1602/9 1602/20 1603/2 1603/7 1603/12 1603/20 1604/23 1605/25 1606/14 1607/9

BY MS. AMATO: [8] 1555/23 1557/9 1564/17 1566/16 1567/10 1567/20 1567/24 1568/12

BY MS. PASCHALL: [24] 1525/7 1533/23 1534/5 1536/18 1537/17 1538/14 1539/9 1540/12 1541/11 1541/23 1542/14 1543/12 1544/4 1544/23 1545/13 1546/7 1547/1 1547/24 1548/6 1548/22 1554/6 1554/25 1569/19 1570/18

BY MS. SEIFERT: [8] 1572/5 1573/8 1583/14 1586/22 1590/10 1590/18 1591/17 1608/24

COURTROOM DEPUTY: [5] 1620/25 1621/4 1622/1 1622/16 1622/24

MR. ORENBERG: [46] 1524/18 1573/4 1573/7 1596/25 1597/2 1600/1 1601/5 1601/7 1602/8 1602/18 1603/6 1603/18 1604/21 1605/4 1605/12 1608/14 1608/17 1608/20 1611/9 1611/13 1611/18 1611/22 1612/1 1612/5 1612/9 1612/13 1612/17 1612/21 1612/25 1613/4 1613/8 1613/12 1613/16 1613/20 1613/24 1614/3 1614/7 1614/14 1614/20 1615/3 1615/5 1616/21 1617/5 1617/19 1618/1 1618/4

MS. AMATO: [43] 1524/4 1524/8 1524/10 1524/16 1524/19 1524/22 1536/15 1537/13 1538/10 1539/5 1540/8 1541/7 1543/9 1544/1 1544/20 1545/10 1546/4 1546/23 1547/21 1548/19 1549/11 1553/20 1554/20 1555/6 1555/21

1564/15 1566/15 1566/19 1566/25 1567/12 1567/18 1568/8 1569/16 1604/14 1618/13 1618/16 1618/19 1618/22 1619/4 1619/19 1624/1 1624/9 1624/13 1624/16 1625/7

MS. PASCHALL: [112]
MS. SEIFERT: [35] 1571/13 1571/19 1571/22 1583/2 1583/11 1583/13 1586/19 1590/8 1590/17 1591/16 1596/24 1601/2 1603/1 1603/10 1603/14 1604/13 1604/17 1604/25 1605/6 1606/23 1607/5 1608/12 1610/7 1616/20 1619/8 1619/11 1620/2 1620/6 1620/13 1623/4 1623/11 1623/20 1623/24 1624/18 1624/23

THE COURT REPORTER: [1] 1557/7

THE COURT: [185]
THE WITNESS: [5] 1557/8 1572/3 1583/10 1606/13 1610/10

.
.02 [2] 1553/1 1553/15
.03 [2] 1553/1 1553/15
.04 [1] 1553/15
.05 [1] 1553/15
.11 [1] 1552/5
.12 [2] 1552/5 1552/7
.13 [2] 1622/12 1622/14
.14 [3] 1552/10 1622/13 1622/13
.38 [1] 1551/18
.45 [1] 1551/22
.46 [1] 1551/22

/
/s [1] 1626/8

0
01 [1] 1520/3

1
1,000 [1] 1618/21
1.01 [1] 1548/2
1.01.38 [1] 1548/1
10 [8] 1535/20 1544/8 1558/24 1582/7 1583/18 1624/6 1624/18 1624/19
10 minutes [1] 1595/9
10 years [1] 1557/21
10-plus [1] 1608/2
10/31/2021 [1] 1624/21

101.01 [3] 1521/25 1550/6 1555/9
101.02 [10] 1521/25 1522/11 1542/21 1542/22 1543/8 1543/10 1543/11 1550/8 1550/9 1555/9
101.03 [3] 1521/25 1550/18 1555/9
101.04 [3] 1521/25 1550/20 1555/9
101.06 [19] 1521/25 1522/12 1547/6 1547/11 1547/20 1547/22 1547/23 1550/22 1555/10 1566/14 1566/15 1567/15 1567/17 1568/6 1569/21 1570/5 1570/6 1570/13 1570/14
101.06T [4] 1569/25 1570/3 1570/7 1570/19
101.08 [4] 1521/25 1550/24 1551/1 1555/10
101.09 [2] 1521/25 1555/10
101.10 [2] 1522/4 1555/10
101.11 [2] 1522/4 1555/10
101.12 [2] 1522/4 1555/10
101.13 [2] 1522/4 1555/10
101.14 [2] 1522/4 1555/10
101.15 [2] 1522/4 1555/11
101.16 [2] 1522/4 1555/11
101.17 [2] 1522/5 1555/11
101.18 [2] 1522/5 1555/11
101.19 [2] 1522/5 1555/11
101.20 [2] 1522/5 1555/11
101.21 [2] 1522/5 1555/11
101.22 [4] 1522/5 1550/25 1551/1 1555/11
101.25 [5] 1522/5 1551/4 1551/7 1551/8 1555/12
101.26 [3] 1522/5 1551/9 1555/12
101.28 [3] 1522/5 1551/11 1555/12
101.29 [3] 1522/6 1551/13 1555/12
101.33 [3] 1522/6 1551/15 1555/12
101.35 [3] 1522/6 1551/17 1555/12

101.36 [2] 1522/6 1555/12
101.37 [2] 1522/6 1555/12
101.38 [9] 1522/6 1522/13 1548/4 1548/9 1548/18 1548/20 1548/21 1551/17 1555/13
101.40 [3] 1522/6 1551/19 1555/13
101.41 [2] 1522/6 1555/13
101.42 [3] 1522/7 1551/19 1555/13
101.45 [3] 1522/7 1551/21 1555/13
101.46 [3] 1522/7 1551/21 1555/13
101.48 [3] 1522/7 1551/25 1555/13
101.49 [8] 1522/7 1522/14 1548/24 1549/10 1549/13 1549/16 1552/1 1555/13
101.50 [3] 1522/7 1551/25 1555/14
101.51 [2] 1522/7 1555/14
101.52 [3] 1522/7 1552/2 1555/14
101.6 [1] 1566/12
101T [5] 1521/24 1536/23 1537/7 1537/12 1537/16
102.02 [2] 1620/20 1621/11
102.02A [4] 1620/22 1621/4 1621/6 1621/17
102.02B [2] 1620/23 1621/6
102.02C [1] 1620/23
102.02D [4] 1620/24 1621/4 1621/7 1621/17
102.10 [4] 1522/8 1552/4 1552/5 1555/14
102.11 [2] 1522/8 1555/14
102.12 [8] 1522/8 1522/16 1543/14 1543/25 1544/2 1544/3 1552/4 1555/14
102.14 [3] 1522/8 1552/9 1555/14
102.16 [3] 1522/8 1552/13 1555/14
102.17 [3] 1522/8 1552/15 1555/15
102T [7] 1522/15 1537/19 1537/25 1538/4 1538/9 1538/11 1538/13
103.03 [4] 1522/8 1552/17 1552/18 1555/15
103.05 [3] 1522/8 1522/18 1544/5

104.19 [1] 1544/21 1544/22 1552/21 1555/15
103.09 [3] 1522/9 1552/23 1555/15
103T [6] 1522/17 1538/16 1538/23 1539/4 1539/6 1539/8
104.01 [4] 1522/9 1552/25 1553/1 1555/15
104.02 [2] 1522/9 1555/15
104.03 [3] 1522/9 1552/25 1555/15
104.05 [3] 1522/9 1553/3 1555/15
104.07 [8] 1522/9 1522/20 1544/24 1545/9 1545/11 1545/12 1553/5 1555/16
104.08 [9] 1522/9 1522/21 1545/15 1546/3 1546/5 1546/6 1546/12 1553/7 1555/16
104.10 [8] 1522/9 1522/22 1546/8 1546/22 1546/24 1546/25 1553/9 1555/16
104.11 [3] 1522/10 1553/11 1555/16
104.12 [3] 1522/10 1553/13 1555/16
104T [8] 1522/19 1539/11 1539/13 1539/19 1540/1 1540/7 1540/9 1540/11
105 [1] 1553/13
105.01 [4] 1522/10 1553/14 1553/15 1555/16
105.02 [2] 1522/10 1555/16
105.03 [2] 1522/10 1555/16
105.04 [2] 1522/10 1555/17
105.05 [3] 1522/10 1553/14 1555/17
105T [8] 1522/23 1540/14 1540/21 1540/23 1541/1 1541/6 1541/8 1541/10
108 [2] 1611/2 1614/22
108.02 [5] 1522/24 1611/6 1611/7 1611/15 1611/16
108.06 [4] 1522/25 1611/17 1611/19 1611/20
108.09 [4] 1523/4 1611/21 1611/23 1611/24
108.10 [4] 1523/5 1611/25 1612/2 1612/3

**1**

**108.11 [4]** 1523/6
1612/4 1612/6 1612/7
**108.13 [4]** 1523/7
1612/8 1612/10
1612/11
**108.15 [4]** 1523/8
1612/12 1612/14
1612/15
**108.16 [4]** 1523/9
1612/16 1612/18
1612/19
**108.17 [4]** 1523/10
1612/20 1612/22
1612/23
**108.18 [4]** 1523/11
1612/24 1613/1 1613/2
**108.19 [4]** 1523/12
1613/3 1613/5 1613/6
**108.20 [4]** 1523/13
1613/7 1613/9 1613/10
**108.27 [3]** 1523/14
1613/11 1613/14
**108.28 [4]** 1523/15
1613/15 1613/17
1613/18
**108.40 [4]** 1523/16
1613/19 1613/21
1613/22
**108.76 [4]** 1523/17
1613/23 1613/25
1614/1
**108.97 [4]** 1523/18
1614/2 1614/4 1614/5
**108.98 [2]** 1614/6
1614/8
**108.99 [4]** 1523/19
1614/19 1615/6 1615/7
**11 [3]** 1535/25 1539/16
1544/8
**11:17:14 [1]** 1624/21
**11:17:26 [1]** 1624/22
**12 [1]** 1540/19
**125 [1]** 1525/24
**12505 [1]** 1520/21
**13 [1]** 1536/5
**13-page [2]** 1534/12
1535/2
**14 [2]** 1540/23 1542/24
**140 [7]** 1539/24
1610/16 1610/16
1610/18 1610/22
1610/25 1615/10
**140C [2]** 1537/9 1543/5
**15 [1]** 1542/25
**15 minutes [1]** 1588/23
**150 [3]** 1564/12
1564/14 1564/16
**150C [27]** 1523/20
1533/25 1534/1 1534/7
1534/12 1535/16
1535/20 1535/25
1536/8 1536/14
1536/16 1536/17
1538/6 1539/1 1540/4
1543/22 1544/16
1545/6 1545/25

1546/19 1547/17
1548/15 1549/7 1555/4
1564/15 1564/18
1567/2
**1520 [1]** 1520/7
**1556 [1]** 1521/15
**1569 [1]** 1521/16
**1598 [1]** 1521/19
**1609 [1]** 1521/20
**17 [1]** 1579/14
**17-page [1]** 1540/19
**18 [3]** 1542/25 1600/23
1600/24
**1820 [1]** 1520/7
**19 [1]** 1535/19
**195 [1]** 1548/13
**1:50 [1]** 1520/6

**2**

**20 [2]** 1535/12 1565/19
**2009 [3]** 1572/12
1574/13 1575/3
**2013 [1]** 1576/10
**2019 [3]** 1576/5
1576/19 1577/23
**2020 [1]** 1579/6
**2021 [8]** 1579/11
1584/2 1586/11
1586/23 1587/17
1587/18 1606/2
1624/21
**2022 [16]** 1584/3
1587/20 1587/22
1593/22 1597/8 1598/1
1599/3 1599/5 1599/17
1599/19 1602/16
1603/22 1606/12
1606/17 1607/3
1607/11
**2023 [1]** 1536/11
**2024 [3]** 1520/5
1536/11 1626/8
**20530 [2]** 1520/16
1520/18
**208 [1]** 1549/3
**20854 [1]** 1520/22
**21-0699-01 [1]** 1520/3
**210 [1]** 1549/3
**211 [1]** 1549/3
**2111 [1]** 1521/3
**213 [1]** 1549/3
**22201 [1]** 1521/4
**228 [1]** 1534/25
**24 [2]** 1572/14 1617/7
**2871 [1]** 1541/3
**29 [2]** 1520/5 1626/8
**2:00 deadline [1]**
1524/11

**3**

**30 [4]** 1530/3 1557/1
1558/3 1558/22
**30 seconds [1]** 1562/8
**30 years [1]** 1529/14
**301.02 [1]** 1622/3
**302.0 [1]** 1622/3
**302.01 [1]** 1622/4
**302.02 [3]** 1621/21

1621/23 1622/4
**302.13 [1]** 1622/12
**302.14 [1]** 1622/12
**35 [4]** 1536/4 1539/25
1540/3 1565/7
**3589 [1]** 1545/2
**36 hours [1]** 1617/8
**3:00 [1]** 1617/1
**3:18 [1]** 1583/5
**3:30 [1]** 1583/4
**3rd [10]** 1586/11
1586/23 1587/19
1598/1 1599/3 1599/5
1603/22 1606/12
1607/3 1607/11

**4**

**40 [6]** 1530/3 1557/1
1558/3 1558/22
1559/21 1583/21
**40-plus [1]** 1607/25
**400 [6]** 1528/12
1556/25 1587/16
1587/22 1588/3 1592/4
**42-page [1]** 1538/23
**45 minutes [1]** 1610/14
**49 seconds [1]**
1588/23
**4:00 tomorrow [1]**
1617/1
**4:36 [1]** 1625/9
**4th [1]** 1536/11

**5**

**500A [1]** 1571/16
**500B [1]** 1571/16

**6**

**600 [7]** 1588/20
1588/21 1588/25
1589/21 1589/24
1590/3 1590/19
**600.T [2]** 1590/16
1591/11
**600T [3]** 1590/9
1590/11 1590/16
**601 [1]** 1520/15
**61 [2]** 1547/12 1568/3
**64 [1]** 1539/23
**67 [1]** 1539/19
**6th [1]** 1520/22

**8**

**8:00 p.m [2]** 1524/21
1524/22
**8th [1]** 1521/3

**9**

**9101 [3]** 1547/12
1548/13 1568/4
**950 [1]** 1520/18
**970.05 [2]** 1622/19
1622/21
**9:30 [2]** 1618/10
1623/7

**A**

**abilities [2]** 1532/4

1560/7

**able [24]** 1526/22
1527/3 1530/15
1530/17 1541/14
1543/2 1543/19
1544/12 1545/2
1545/20 1545/23
1546/14 1547/9
1547/12 1548/10
1549/2 1564/3 1567/5
1578/13 1588/18
1592/18 1604/3 1606/8
1606/15
**about [59]** 1527/11
1542/11 1550/14
1557/1 1561/21
1561/22 1563/15
1565/10 1566/2
1567/11 1567/14
1567/15 1569/21
1572/21 1576/17
1579/5 1580/1 1582/3
1582/22 1583/25
1584/15 1585/18
1587/12 1588/8
1588/12 1589/12
1589/20 1589/21
1590/1 1591/5 1594/5
1596/5 1597/7 1600/12
1600/13 1600/16
1601/3 1601/3 1601/5
1601/7 1601/15
1601/16 1601/24
1602/21 1603/13
1603/21 1607/10
1607/19 1609/12
1610/25 1611/5
1611/11 1614/20
1615/15 1616/16
1616/23 1621/5
1623/14 1623/16
**above [2]** 1526/25
1626/5
**above-entitled [1]**
1626/5
**accent [3]** 1585/5
1585/6 1585/7
**accepted [1]** 1562/15
**acclimated [1]** 1611/10
**accommodate [1]**
1616/5
**accomplish [1]**
1610/14
**accounts [2]** 1581/19
1581/22
**accuracy [14]** 1534/10
1534/13 1535/4 1535/9
1535/14 1535/17
1535/22 1536/1 1536/6
1536/9 1563/19
1589/10 1591/5 1610/4
**accurate [25]** 1536/3
1538/5 1538/25 1540/1
1540/3 1541/1 1543/4
1543/21 1544/14
1544/15 1545/6
1545/23 1546/17
1546/18 1547/15

1547/16 1548/14
1549/6 1554/14 1560/6
1566/20 1566/21
1571/2 1591/14 1626/4
**accurately [1]** 1590/4
**acknowledge [1]**
1557/10
**action [1]** 1604/6
**Active [1]** 1575/24
**actively [1]** 1588/3
**actual [1]** 1564/2
**actually [12]** 1542/15
1556/13 1557/11
1558/14 1568/10
1570/5 1571/3 1586/8
1588/18 1591/18
1621/7 1624/7
**added [1]** 1564/23
**additional [1]** 1530/7
**address [2]** 1550/16
1625/4
**administered [1]**
1578/19
**admission [24]**
1536/14 1537/12
1538/9 1538/12 1539/4
1539/7 1540/7 1540/10
1541/6 1541/9 1543/8
1543/25 1544/19
1545/9 1546/3 1546/22
1547/20 1548/18
1549/10 1549/12
1550/6 1554/18 1611/2
1611/8
**admit [5]** 1521/23
1522/3 1523/3 1624/16
1625/5
**admitted [46]** 1536/16
1537/14 1537/15
1538/11 1539/6 1540/9
1541/8 1543/10 1544/2
1544/21 1545/11
1546/5 1546/24
1547/22 1548/20
1549/15 1550/9
1553/22 1554/21
1555/8 1610/23
1611/15 1611/19
1611/23 1612/2 1612/6
1612/10 1612/14
1612/18 1612/22
1613/1 1613/5 1613/9
1613/13 1613/17
1613/21 1613/25
1614/4 1615/6 1621/14
1621/24 1622/4 1624/8
1624/10 1625/2 1625/6
**advertisement [1]**
1559/4
**advised [1]** 1524/23
**Aeronautical [2]**
1573/1 1574/8
**aeronautics [2]** 1573/1
1574/6
**affect [1]** 1581/15
**affirmative [1]** 1568/20
**after [11]** 1554/14
1560/3 1575/14

**after... [8]** 1578/25
1579/5 1591/18
1591/23 1599/5 1604/2
1606/18 1619/22
**afternoon [11]** 1524/2
1525/4 1525/8 1555/24
1555/25 1572/2
1582/25 1583/3 1597/5
1597/6 1617/3
**afterwards [1]** 1561/25
**again [18]** 1531/19
1553/24 1554/1 1554/1
1554/4 1565/25
1573/11 1575/9 1586/3
1594/19 1594/19
1596/1 1596/6 1596/8
1606/13 1618/23
1623/7 1623/16
**against [1]** 1617/15
**agent [19]** 1521/17
1571/14 1572/1 1572/2
1572/6 1582/16 1583/7
1583/15 1586/24
1587/8 1588/24 1593/7
1597/5 1598/3 1606/1
1607/19 1608/25
1610/8 1615/13
**agent's [1]** 1602/16
**agents [15]** 1580/25
1582/15 1586/25
1593/10 1593/11
1593/14 1593/17
1597/8 1597/8 1598/7
1598/12 1602/21
1603/8 1603/22
1607/23
**agents' [1]** 1593/19
**ago [10]** 1550/10
1569/15 1570/12
1589/7 1598/23 1599/1
1599/21 1600/6
1601/13 1601/20
**agree [11]** 1559/15
1561/15 1592/8
1597/20 1598/11
1598/15 1599/8
1607/21 1608/7
1608/11 1615/21
**agreed [6]** 1595/18
1596/10 1596/18
1607/15 1615/23
1619/23
**ahead [6]** 1550/4
1550/7 1550/17 1554/3
1570/17 1604/22
**aided [1]** 1521/8
**aircraft [1]** 1575/22
**airplane [1]** 1591/21
**airport [2]** 1603/22
1607/11
**all [85]** 1524/2 1524/13
1524/23 1524/24
1525/21 1526/5
1526/25 1527/24
1527/24 1529/9 1530/5
1533/10 1533/14

1534/1 1540/3 1541/11
1545/5 1545/24
1546/17 1548/5
1548/14 1549/6 1549/6
1549/13 1549/15
1549/18 1549/25
1550/2 1550/14
1550/19 1550/21
1551/3 1551/24
1552/12 1552/14
1552/20 1552/24
1553/18 1554/7
1554/18 1555/2 1555/7
1555/7 1556/8 1557/25
1558/3 1558/16
1559/10 1559/13
1559/21 1563/4 1565/5
1569/16 1570/17
1571/8 1580/22
1584/10 1584/12
1596/11 1603/19
1610/8 1610/22 1611/4
1611/11 1611/15
1614/22 1615/9
1616/24 1617/4 1617/9
1617/23 1618/2 1619/4
1619/4 1619/16
1619/23 1620/12
1620/15 1621/18
1622/9 1622/25 1624/2
1624/3 1624/3 1625/8
**ALLEN [1]** 1520/20
**allow [3]** 1605/1
1605/23 1615/22
**almost [2]** 1525/16
1599/17
**alone [1]** 1614/18
**alongside [1]** 1578/10
**already [19]** 1532/10
1550/23 1551/18
1552/7 1552/22 1553/6
1553/8 1553/10 1559/5
1560/12 1560/16
1560/16 1587/8
1598/16 1604/14
1610/16 1619/14
1619/20 1620/1
**also [50]** 1525/13
1526/13 1526/17
1526/18 1526/20
1526/23 1526/25
1527/3 1529/11
1529/16 1530/19
1531/10 1531/14
1531/15 1531/24
1532/16 1535/15
1535/17 1535/23
1541/12 1544/10
1547/3 1556/23 1561/6
1572/25 1574/4 1577/14
1577/12 1578/3 1580/5
1580/6 1581/18
1582/12 1582/13
1585/14 1586/18
1587/1 1588/14
1588/17 1589/18
1594/2 1599/24 1602/5
1603/17 1606/24

1607/5 1610/5 1620/22
1620/25 1623/18
**always [5]** 1557/13
1557/15 1557/16
1559/14 1582/16
**am [4]** 1525/10 1563/4
1570/2 1617/12
**AMATO [10]** 1521/2
1521/15 1555/20
1567/9 1604/15
1615/14 1615/22
1618/11 1619/17
1623/9
**amenable [3]** 1617/12
1617/13 1617/16
**AMERICA [1]** 1520/3
**ANA [4]** 1521/13
1525/1 1525/3 1525/10
**Analyst [1]** 1610/24
**anomalies [1]** 1550/16
**another [14]** 1529/21
1532/23 1535/4
1535/14 1535/17
1535/22 1537/22
1563/14 1567/9
1582/16 1589/25
1593/12 1602/10
1609/25
**answer [7]** 1533/3
1573/6 1598/13
1598/14 1602/24
1605/20 1618/18
**answered [2]** 1596/18
1596/22
**answering [2]** 1598/18
1607/2
**anti [3]** 1582/10
1582/11 1584/2
**anti-kidnapping [3]**
1582/10 1582/11
1584/2
**anticipate [2]** 1618/14
1620/7
**anticipation [1]**
1590/21
**any [25]** 1526/13
1528/24 1531/14
1556/12 1559/23
1562/14 1577/2 1577/7
1581/11 1583/22
1585/21 1586/25
1588/8 1588/9 1588/12
1588/13 1593/17
1595/6 1596/3 1605/16
1609/23 1610/13
1614/15 1619/10
1623/25
**anyone [1]** 1581/5
**anything [3]** 1525/22
1527/6 1528/23
1567/21 1567/23
1578/14 1584/16
1588/1 1589/11 1591/5
1616/19 1618/2
1620/15
**anyway [2]** 1603/4
1605/23
**apologies [1]** 1624/20

**apologize [4]** 1530/7
1604/18 1614/14
1620/19
**APPEARANCES [2]**
1520/12 1521/1
**applicable [1]** 1560/9
**appreciate [1]** 1571/9
**approach [6]** 1527/20
1529/18 1541/19
1541/21 1583/11
1605/17
**appropriate [1]**
1615/23
**approximately [8]**
1525/16 1527/16
1528/9 1528/12 1530/3
1549/22 1558/24
1569/15
**AR [1]** 1554/15
**Arabic [1]** 1569/4
**are [80]** 1524/13
1525/21 1526/6
1526/14 1527/18
1529/4 1530/4 1530/5
1530/21 1531/16
1532/4 1532/12
1532/23 1534/19
1537/7 1543/3 1544/14
1545/23 1547/11
1547/15 1548/12
1548/12 1548/13
1549/6 1549/18
1549/22 1549/25
1550/2 1550/3 1553/18
1554/18 1555/5 1555/8
1556/1 1560/3 1560/3
1561/17 1561/21
1561/22 1561/24
1562/9 1566/17 1568/3
1568/5 1570/4 1577/4
1580/6 1580/8 1580/12
1580/16 1580/23
1581/23 1584/21
1584/24 1585/18
1585/24 1587/12
1589/14 1591/6
1594/19 1595/1
1596/12 1596/21
1597/17 1598/7 1601/3
1604/9 1604/24
1610/14 1610/22
1610/23 1611/4
1614/22 1616/1 1617/2
1619/24 1620/2 1620/5
1621/13 1621/19
**area [1]** 1587/15
**areas [4]** 1587/13
1618/22 1618/24
1619/25
**argue [1]** 1617/14
**arguments [3]** 1616/25
1617/3 1617/8
**Arlington [1]** 1521/4
**around [3]** 1580/23
1580/24 1609/22
**arrest [3]** 1586/11
1606/18 1606/19
**articles [1]** 1581/16

**ask [31]** 1530/6
1530/20 1532/6
1532/14 1532/24
1566/17 1568/13
1573/3 1580/11 1581/1
1582/21 1584/21
1586/8 1589/5 1591/25
1592/4 1593/14
1594/20 1599/1
1600/11 1604/5 1604/5
1604/21 1605/1
1605/15 1605/19
1605/24 1606/24
1616/25 1617/2 1617/7
**asked [17]** 1566/2
1567/14 1567/15
1569/20 1592/2 1592/3
1592/8 1594/17
1594/19 1596/16
1597/7 1603/21 1607/1
1607/2 1607/18
1615/21 1623/21
**asking [5]** 1589/21
1595/17 1600/23
1602/21 1603/23
**aspects [1]** 1617/24
**assembler [1]** 1576/3
**assigned [3]** 1577/20
1577/22 1577/24
**assist [1]** 1580/3
**assistant [1]** 1527/14
**associate [1]** 1572/24
**Assuming [1]** 1606/11
**assumption [1]**
1605/21
**assure [1]** 1578/15
**attention [2]** 1528/5
1532/22
**Attorney's [1]** 1520/15
**attributable [1]** 1593/3
**au [2]** 1572/10 1598/7
**audio [36]** 1526/21
1528/6 1528/9 1530/8
1530/11 1530/13
1531/6 1537/5 1538/2
1538/22 1539/18
1539/24 1540/18
1540/20 1562/22
1562/23 1570/16
1588/21 1588/22
1598/24 1599/2
1599/22 1600/5
1600/19 1601/4 1601/5
1601/6 1601/13
1601/14 1601/16
1602/7 1602/11 1609/4
1609/9 1609/10
1609/19
**audios [6]** 1526/22
1534/23 1535/10
1535/18 1561/2 1561/4
**AUSA [2]** 1520/14
1520/14
**authentication [3]**
1567/6 1588/20 1590/9
**availability [2]** 1559/19
1562/17

**A**

**available [4]** 1532/24
1581/2 1615/19 1616/2
**Avenue [2]** 1520/18
1520/21
**aware [2]** 1531/2
1604/9

**B**

**baby [1]** 1586/18
**bachelor's [2]** 1529/9
1572/25
**back [33]** 1524/12
1526/19 1532/6 1532/7
1533/8 1533/16
1539/23 1541/25
1554/8 1563/2 1563/5
1583/6 1591/19 1595/3
1595/8 1595/21
1597/11 1598/6
1598/23 1599/2 1599/6
1599/18 1599/21
1600/5 1601/13
1602/15 1605/15
1614/16 1617/2
1619/23 1623/13
1623/15 1623/21
**background [7]**
1525/17 1529/13
1529/15 1529/24
1561/6 1587/9 1587/11
**BARNES [1]** 1520/17
**based [7]** 1534/24
1565/23 1590/3 1607/2
1607/5 1611/3 1620/1
**basically [1]** 1561/15
**basing [1]** 1562/1
**basis [2]** 1528/11
1581/13
**BATES [1]** 1520/10
**be [71]** 1524/11
1524/14 1526/5 1526/9
1527/3 1529/18
1529/20 1529/21
1529/22 1530/8
1530/15 1530/17
1531/4 1532/13 1533/7
1534/2 1549/20
1549/21 1549/24
1554/23 1560/9 1561/9
1561/12 1561/23
1562/11 1564/3 1565/4
1577/16 1577/17
1578/3 1578/9 1581/9
1582/24 1585/4 1585/4
1585/10 1585/11
1585/13 1585/25
1587/5 1588/18
1591/14 1592/17
1595/20 1601/10
1601/19 1602/3
1602/14 1607/2
1609/17 1615/11
1615/13 1615/19
1615/22 1616/23
1615/24 1616/16
1616/17 1617/10

**born [18]** 1617/19
1618/25 1621/17
1623/9 1623/16
1623/17 1623/18
1623/21 1624/11
1624/12 1625/2
**BEAUDRE [1]** 1520/17
**became [1]** 1527/17
**because [26]** 1529/23
1531/2 1534/23
1535/11 1549/25
1556/25 1559/17
1560/6 1560/12
1563/13 1577/3 1578/3
1580/5 1580/22
1581/14 1581/18
1586/8 1593/5 1593/12
1594/21 1598/23
1607/13 1617/17
1619/17 1620/17
1623/15
**become [1]** 1576/9
**been [17]** 1527/10
1554/21 1554/24
1557/21 1560/12
1571/17 1577/17
1580/2 1581/25
1585/21 1587/19
1609/8 1610/23 1614/9
1614/15 1622/22
1624/8
**before [26]** 1520/10
1524/4 1524/17
1527/12 1528/1
1530/19 1533/21
1541/14 1542/13
1544/12 1545/20
1546/15 1560/1
1560/17 1561/4 1579/1
1587/22 1588/6
1588/10 1591/24
1597/23 1606/18
1606/19 1617/8
1617/19 1624/4
**begin [4]** 1616/9
1616/13 1617/3 1617/8
**beginning [7]** 1527/22
1529/16 1532/14
1551/5 1559/24
1616/24 1623/15
**behalf [1]** 1581/10
**being [18]** 1526/22
1526/22 1528/23
1532/16 1538/12
1539/7 1540/10 1541/9
1552/7 1567/14 1591/3
1600/8 1608/8 1610/6
1621/23 1622/5
1623/12 1623/15
**believe [20]** 1535/15
1535/23 1550/9
1550/15 1554/23
1558/19 1560/6
1566/11 1568/5 1570/6
1602/3 1605/6 1606/24
1607/5 1610/15
1610/16 1610/18
1610/21 1619/25

**believes [1]** 1615/17
**below [1]** 1568/4
**bench [3]** 1520/9
1617/6 1617/22
**benefit [1]** 1620/15
**besides [1]** 1564/4
**best [4]** 1529/18
1531/3 1532/4 1549/25
**better [4]** 1581/20
1587/10 1589/11
1594/3
**between [20]** 1526/2
1530/3 1536/10
1550/24 1556/21
1577/15 1579/16
1585/5 1586/3 1588/8
1588/12 1595/6
1601/21 1601/25
1604/9 1606/9 1606/16
1616/23 1618/7 1620/5
**Beyond [1]** 1591/13
**bit [9]** 1531/14 1532/25
1539/23 1557/21
1573/4 1616/23
1617/20 1617/21
1620/9
**blanks [1]** 1531/11
**blue [2]** 1586/17
1586/18
**board [2]** 1559/19
1560/21
**born [2]** 1572/9
1572/10
**both [7]** 1531/16
1557/17 1563/13
1563/22 1568/25
1584/3 1584/4
**bottom [1]** 1588/22
**Boulevard [1]** 1521/3
**break [3]** 1573/11
1582/25 1583/3
**brief [1]** 1623/9
**bring [4]** 1532/22
1559/19 1559/20
1582/15
**brought [3]** 1524/11
1587/6 1623/21
**bud [1]** 1562/12
**burner [5]** 1592/25
1593/2 1593/15
1593/17 1593/22
**business [1]** 1556/22

**C**

**C-O-L-L-E-A-G-U-E [1]**
1585/13
**C-Y-N-T-H-I-A [1]**
1586/2
**C5 [3]** 1579/8 1579/23
1582/6
**Calidonna [3]** 1610/24
1621/8 1621/9
**call [23]** 1531/1 1531/2
1563/12 1592/4 1592/6
1592/10 1592/11
1592/14 1592/18
1592/21 1592/23

1594/8 1595/7 1595/8
1595/16 1595/19
1595/21 1596/5 1596/6
1603/23 1603/25
1605/14 1607/13
**called [11]** 1592/11
1594/13 1594/17
1595/10 1595/11
1595/14 1595/17
1596/7 1596/7 1623/13
1623/15
**calls [7]** 1525/1
1571/14 1594/1 1595/6
1596/3 1604/2 1607/11
**came [6]** 1562/18
1565/10 1574/13
1574/18 1575/3
1606/11
**can [63]** 1525/20
1526/15 1526/19
1528/16 1529/4
1530/24 1531/4
1532/15 1532/16
1533/20 1534/6
1534/18 1534/21
1536/23 1537/19
1538/16 1539/11
1540/14 1542/21
1543/14 1544/5 1544/8
1544/10 1544/24
1545/15 1546/8 1547/8
1548/7 1548/24 1557/7
1563/24 1564/4 1567/1
1567/17 1570/19
1572/21 1573/4
1575/16 1578/17
1581/17 1581/20
1582/9 1585/12
1585/25 1586/1
1587/11 1591/16
1594/7 1601/11
1601/19 1604/20
1604/21 1605/15
1607/7 1610/14
1614/10 1616/4
1620/10 1620/11
1620/15 1620/20
1625/3 1625/5
**can't [9]** 1559/6 1593/1
1593/5 1593/11 1599/4
1599/7 1599/20
1617/10 1619/5
**capabilities [1]**
1563/16
**captivity [2]** 1579/15
1592/5
**carefully [1]** 1531/11
**cart [2]** 1617/19
1617/21
**case [34]** 1528/5
1530/11 1530/20
1533/6 1533/15
1534/15 1534/25
1536/11 1556/25
1559/10 1560/8
1561/12 1562/14
1562/25 1567/12
1584/22 1585/18

**born [10]** 1587/8 1587/9
1587/9 1587/11
1587/25 1594/22
1598/3 1606/1 1615/25
1616/3 1616/5 1616/8
1616/24 1617/12
1617/18 1617/24
**cases [12]** 1577/12
1577/12 1580/4 1580/5
1580/6 1580/6 1580/21
1581/15 1581/15
1581/18 1587/24
1588/17
**catch [1]** 1551/5
**Catolica [1]** 1573/15
**caused [1]** 1574/15
**CD [1]** 1549/18
**certain [11]** 1566/2
1566/6 1566/21
1587/13 1587/13
1589/14 1589/17
1591/6 1591/6 1591/7
1616/7
**certainly [8]** 1560/15
1597/1 1600/3 1602/19
1608/18 1611/10
1617/12 1617/15
**certificate [10]** 1534/10
1534/13 1535/4 1535/9
1535/14 1535/17
1535/22 1536/1 1536/6
1536/9
**certification [1]** 1571/4
**certifications [2]**
1554/22 1567/11
**certified [22]** 1537/8
1538/5 1538/25 1540/3
1543/4 1543/21
1544/15 1545/5
1545/24 1546/18
1547/16 1548/14
1549/7 1554/24 1555/3
1556/12 1556/15
1566/3 1566/7 1566/18
1566/20 1568/7
**certify [3]** 1567/1
1567/2 1626/3
**certifying [4]** 1536/10
1556/13 1570/25
1571/1
**cetera [1]** 1565/19
**challenging [1]**
1584/17
**chance [2]** 1576/8
1588/5
**change [3]** 1589/14
1600/7 1600/9
**changed [1]** 1532/19
**changes [7]** 1531/14
1532/9 1532/12
1532/15 1532/17
1532/22 1533/2
**chase [1]** 1587/24
**check [11]** 1532/16
1562/9 1563/5 1568/11
1610/4 1610/19
1614/10 1614/16
1615/8 1622/17

**C**

**check... [1]** 1622/18
**checked [3]** 1561/19
1561/20 1563/13
**choices [4]** 1589/15
1589/15 1589/16
1589/25
**circumstances [1]**
1574/15
**citizen [1]** 1576/9
**civilian [1]** 1575/14
**clarified [1]** 1621/19
**clarify [6]** 1533/1
1563/2 1595/22
1596/14 1601/4
1619/11
**classes [3]** 1574/10
1576/13 1576/14
**clear [4]** 1526/1
1566/25 1567/8
1601/10
**clerk [2]** 1571/19
1571/21
**click [1]** 1570/13
**client [6]** 1528/15
1563/6 1565/16
1565/21 1565/25
1604/9
**client's [1]** 1527/21
**clients [1]** 1528/1
**clip [2]** 1624/25 1625/1
**close [1]** 1616/24
**closely [2]** 1529/7
1529/16
**closer [1]** 1599/17
**closing [3]** 1616/25
1617/3 1617/8
**closings [3]** 1616/13
1616/13 1617/14
**clothing [1]** 1586/15
**co [3]** 1587/8 1598/3
1606/1
**co-case [3]** 1587/8
1598/3 1606/1
**colleague [1]** 1585/11
**College [2]** 1572/25
1573/22
**colloquialism [1]**
1587/14
**colloquialisms [2]**
1530/14 1561/7
**COLUMBIA [1]** 1520/1
**column [2]** 1563/23
1563/23
**columns [2]** 1531/16
**combination [1]**
1560/19
**come [12]** 1557/25
1560/2 1561/24 1563/2
1567/2 1572/11
1574/15 1579/7
1580/22 1581/2 1617/22
1619/23
**comes [3]** 1581/14
1605/6 1605/10
**comfortable [2]**
1623/17 1623/18

**coming [2]** 1571/9
1598/6
**communicate [6]**
1580/7 1580/9 1581/4
1581/4 1581/5 1600/15
**communication [2]**
1574/18 1579/16
**communications [2]**
1588/8 1598/4
**company [24]** 1525/21
1528/10 1534/13
1536/9 1538/25 1541/2
1543/4 1543/21
1544/15 1547/4
1547/16 1554/24
1556/15 1556/16
1557/11 1557/13
1557/21 1558/20
1559/1 1566/19
1566/23 1567/1 1571/4
1615/15
**comparison [1]**
1532/20
**compilation [5]** 1537/8
1538/4 1538/24 1540/2
1541/1
**complete [6]** 1547/20
1548/18 1549/10
1549/12 1567/5 1619/5
**completed [3]** 1566/19
1617/10 1617/13
**completely [1]** 1532/12
**components [3]**
1621/11 1621/12
1621/13
**comprehensive [1]**
1549/21
**computer [2]** 1521/8
1600/2
**computer-aided [1]**
1521/8
**concluded [1]** 1625/9
**condition [1]** 1537/15
**conditional [4]**
1538/12 1539/7 1540/9
1541/8
**conditionally [1]**
1537/14
**conducted [4]** 1566/22
1567/11 1583/22
1590/14
**confer [1]** 1622/8
**conference [1]**
1526/16
**confirm [4]** 1543/3
1543/20 1599/20
1622/7
**confirming [1]** 1607/4
**confused [1]** 1623/16
**confusing [1]** 1601/2
**connection [2]** 1598/2
1604/3
**consecutive [1]**
1526/11
**consideration [1]**
1529/15
**consistency [1]**
1563/19

**consistent [3]** 1554/22
1615/14 1620/8
**consult [1]** 1604/20
**consultant [2]** 1558/19
1558/23
**consultants [3]**
1557/20 1559/25
1560/2
**contact [3]** 1556/21
1556/24 1556/24
**contacted [3]** 1528/6
1556/19 1558/14
**contain [1]** 1538/4
**contained [4]** 1535/15
1550/12 1554/18
1567/4
**containing [1]** 1536/7
**contains [3]** 1535/23
1542/10 1570/16
**content [3]** 1526/23
1564/2 1603/15
**context [5]** 1532/5
1532/13 1600/7 1600/9
1600/10
**contextual [1]** 1532/25
**continuance [2]**
1618/14 1623/8
**continue [4]** 1562/16
1575/6 1575/11 1576/7
**CONTINUED [3]**
1521/1 1522/1 1523/1
**contract [2]** 1574/21
1575/4
**contracts [2]** 1557/17
1561/8
**control [5]** 1528/1
1528/24 1530/24
1559/21 1563/4
**convenient [1]** 1583/1
**convention [1]**
1534/22
**conversation [2]**
1595/4 1596/1
**conveyed [1]** 1600/8
**cooperative [2]**
1598/11 1598/13
**copies [4]** 1544/14
1571/16 1571/17
1620/18
**copy [3]** 1545/24
1546/17 1610/16
**corner [1]** 1588/22
**correct [39]** 1524/6
1524/17 1525/14
1556/2 1556/3 1556/5
1556/14 1556/14
1556/22 1557/14
1557/23 1557/24
1558/2 1558/20
1561/16 1562/19
1562/23 1562/24
1562/25 1563/8 1563/9
1563/10 1564/6
1564/20 1564/22
1565/3 1565/9 1565/21
1565/22 1566/1
1567/13 1569/1 1571/3
1573/7 1603/17

**corrected [3]** 1605/16 1607/3
1619/12 1621/15
**corrected [1]** 1524/19
**corrections [1]**
1542/16
**correctly [4]** 1532/4
1557/13 1557/22
1569/7
**correspond [1]**
1590/19
**corroborate [1]** 1562/4
**could [21]** 1525/8
1526/1 1560/14
1560/17 1561/12
1563/25 1572/6 1585/4
1585/4 1586/15
1589/11 1589/15
1590/8 1592/16
1594/21 1601/4
1602/14 1607/12
1615/19 1618/25
1619/23
**couldn't [1]** 1581/6
**counsel [10]** 1541/17
1549/18 1569/20
1601/3 1609/12
1610/15 1611/1
1615/21 1616/15
1624/24
**counterintelligence [5]**
1577/24 1578/5 1578/8
1578/9 1579/8
**couple [7]** 1524/16
1572/22 1582/22
1582/24 1584/21
1589/7 1600/11
**course [15]** 1526/4
1531/3 1531/17
1533/10 1533/17
1560/3 1560/20 1584/1
1584/3 1586/4 1605/4
1606/5 1606/8 1619/12
1623/13
**court [23]** 1520/1
1521/5 1521/7 1524/10
1525/9 1525/20 1526/1
1527/18 1529/4
1530/24 1533/21
1534/21 1542/6 1554/8
1572/7 1586/20
1597/11 1605/15
1616/22 1617/25
1619/12 1623/14
1626/9
**Court's [7]** 1566/13
1596/25 1600/1
1602/18 1608/17
1611/9 1617/7
**courtroom [1]** 1586/13
**courts [1]** 1529/14
**cousin [2]** 1592/12
1605/14
**cousins [2]** 1604/24
1606/22
**cover [2]** 1539/14
1539/21
**covered [1]** 1559/18
**coworkers [3]** 1577/12

**CR [1]** 1581/15
**CR [1]** 1520/3
**crack [1]** 1567/9
**cracks [1]** 1535/1
**Creole [61]** 1528/7
1530/1 1533/7 1533/11
1533/17 1533/17
1556/8 1556/14
1557/19 1557/20
1557/23 1558/22
1562/25 1563/16
1563/21 1564/1 1564/4
1569/11 1569/13
1572/16 1575/1 1575/1
1575/2 1575/2 1575/12
1575/12 1575/12
1575/13 1576/17
1576/19 1576/21
1576/23 1576/25
1577/4 1578/6 1578/12
1579/13 1579/15
1580/1 1580/12
1580/23 1580/25
1581/17 1581/24
1582/2 1582/2 1583/20
1584/12 1584/15
1584/16 1584/20
1585/2 1586/3 1586/5
1587/10 1590/4 1590/5
1595/4 1595/5 1596/2
1596/2
**Creole-English [2]**
1558/22 1569/13
**criminals [4]** 1580/5
1581/19 1593/5 1594/1
**crisis [1]** 1584/1
**cross [8]** 1521/15
1521/19 1555/22
1569/20 1597/3
1618/15 1619/10
1623/8
**cross-examination [8]**
1521/15 1521/19
1555/22 1569/20
1597/3 1618/15
1619/10 1623/8
**cultural [3]** 1529/15
1529/23 1561/6
**current [2]** 1527/8
1527/18
**Cynthia [1]** 1586/1

**D**

**D-U-G-U-E [1]** 1572/8
**D.C [1]** 1520/5
**DA [1]** 1561/13
**Dade [2]** 1572/25
1573/22
**daily [1]** 1531/13
**data [1]** 1594/3
**database [2]** 1559/5
1560/20
**date [2]** 1587/19
1626/8
**day [13]** 1576/20
1587/2 1588/7 1588/15
1593/10 1593/22
1596/3 1597/14

**D**

**day... [5]**  1610/13
1610/24 1616/9
1616/25 1616/25
**days [8]**  1579/22
1589/7 1598/23 1599/1
1599/21 1600/6
1601/13 1601/20
**DC [2]**  1520/16 1520/18
**deadline [7]**  1524/11
1524/17 1524/21
1524/22 1559/13
1559/14 1560/11
**deadlines [3]**  1524/14
1559/10 1560/18
**deal [1]**  1557/18
**dealing [3]**  1577/16
1577/18 1624/14
**decades [1]**  1528/22
**December [1]**  1536/11
**December 4th [1]**
1536/11
**decide [1]**  1585/9
**decided [3]**  1592/14
1594/2 1594/3
**decipher [1]**  1526/22
**decision [1]**  1617/17
**defendant [8]**  1520/7
1520/19 1586/20
1588/16 1594/23
1595/6 1605/8 1605/10
**defendant's [1]**  1605/7
**defendants [2]**
1583/16 1608/2
**defense [18]**  1541/17
1549/18 1569/20
1609/12 1610/15
1611/1 1615/21 1616/2
1616/5 1616/8 1616/15
1618/3 1619/14
1623/18 1624/5 1624/6
1624/24 1625/3
**define [1]**  1577/14
**degree [8]**  1529/7
1529/10 1529/12
1572/25 1573/1
1573/13 1573/18
1574/2
**degrees [1]**  1573/21
**demand [1]**  1531/3
**Department [1]**
1520/17
**depending [1]**  1584/19
**depends [4]**  1561/1
1586/7 1586/9 1618/16
**deploy [1]**  1579/19
**deployed [1]**  1579/24
**describe [1]**  1582/9
**described [2]**  1533/14
1615/19
**details [1]**  1531/20
**detention [2]**  1591/25
1596/6
**determine [1]**  1606/10
**determined [2]**  1558/9
1625/1
**did [121]**

**didn't [6]**  1531/15
1551/5 1560/22 1571/3
1573/5 1594/2
**difference [1]**  1526/2
1577/15 1585/5 1586/3
1586/6 1620/5
**differences [1]**  1526/7
**different [15]**  1525/25
1526/8 1526/8 1526/17
1529/19 1533/4 1569/3
1569/4 1578/10
1585/14 1585/21
1585/24 1589/16
1592/14 1604/21
**differently [1]**  1590/1
**difficult [1]**  1549/24
**diplomat [6]**  1592/5
1594/21 1596/19
1596/19 1604/7
1607/16
**direct [8]**  1525/6
1572/4 1604/17
1604/20 1605/13
1605/22 1605/22
1605/23
**disc [17]**  1541/17
1541/24 1542/2 1542/2
1542/6 1547/2 1550/3
1550/12 1550/15
1553/18 1553/23
1554/7 1554/9 1554/11
1554/15 1554/19
1555/2
**discrepancies [6]**
1591/13 1600/6
1600/13 1600/15
1610/3 1621/19
**discrepancy [11]**
1600/19 1601/10
1601/21 1601/25
1602/2 1602/10
1609/15 1609/25
1614/12 1615/9 1618/7
**discuss [1]**  1615/11
**discussed [2]**  1610/24
1616/15
**discussing [1]**  1620/16
**discussion [1]**  1615/14
**DISTRICT [3]**  1520/1
1520/1 1520/10
**do [122]**
**document [25]**
1534/12 1535/2 1535/7
1535/13 1535/23
1536/24 1537/1 1537/4
1537/22 1538/18
1538/23 1539/16
1540/19 1563/3
1569/25 1570/4
1570/22 1571/3
1590/11 1590/13
1590/24 1591/1 1591/2
1591/4 1591/5
**documents [8]**  1527/6
1529/22 1536/20
1542/6 1542/24 1561/9
1577/18 1597/18
**does [13]**  1529/12

**1558/4 1546/1
**didn't [6]**  1531/15
1549/12 1557/11
1559/23 1563/7
1567/21 1567/23
1580/18 1581/7
1590/16 1595/25
**doesn't [9]**  1524/6
1524/8 1532/5 1533/6
1559/6 1596/12
1596/22 1596/22
1623/10
**doing [6]**  1527/24
1548/3 1588/4 1588/15
1588/15 1603/9
**Domingo [2]**  1573/17
1573/18
**Dominican [10]**
1572/22 1573/17
1574/23 1574/24
1576/14 1592/5
1594/21 1596/19
1604/7 1607/15
**don't [36]**  1524/9
1529/17 1533/4 1548/2
1559/21 1564/10
1566/9 1566/11
1582/17 1582/17
1585/17 1593/20
1595/19 1599/15
1604/15 1604/19
1605/16 1605/18
1610/13 1614/8
1614/14 1616/14
1617/1 1617/6 1617/9
1617/11 1617/18
1618/15 1618/20
1621/5 1621/7 1621/14
1622/5 1622/10 1624/7
1624/19
**done [20]**  1530/19
1531/19 1532/16
1536/10 1543/3
1553/21 1561/4
1561/22 1562/4 1562/5
1566/6 1568/2 1570/21
1570/22 1571/4
1589/11 1593/4
1595/20 1608/4
1620/10
**Dor [1]**  1538/6
**down [17]**  1539/16
1571/9 1571/11
1573/11 1579/16
1579/17 1580/9
1581/14 1582/8
1582/13 1591/16
1597/9 1602/2 1604/3
1610/9 1610/11
1624/10
**draft [3]**  1531/1 1531/2
1531/20
**due [3]**  1532/13
1559/18 1562/17
**DUGUE [1]**  1521/17
1571/14 1572/1 1572/2
1572/6 1572/8 1583/7
1583/15 1588/24
1597/5 1608/25

**Duncan [6]**  1524/23
1533/20 1571/18
1620/20 1621/25
1622/15
**during [9]**  1531/21
1560/4 1560/22 1563/4
1579/13 1605/13
1606/5 1606/8 1608/11
**duties [1]**  1527/18
**duty [1]**  1575/24

**E**

**each [4]**  1617/4
1617/17 1617/24
1617/25
**ear [3]**  1592/19
1592/21 1594/14
**earlier [4]**  1540/10
1541/9 1607/18 1608/8
**early [1]**  1616/9
**ears [1]**  1531/10
**easy [1]**  1623/23
**editors [1]**  1532/14
**educational [2]**
1525/17 1529/13
**eight [2]**  1525/16
1551/18
**eighth [1]**  1535/13
**eighth page [1]**
1535/13
**either [5]**  1529/8
1531/23 1532/6
1617/12 1622/1
**electric [1]**  1572/24
**element [1]**  1539/7
**elicit [2]**  1619/15
1619/19
**elicited [1]**  1619/14
**ELITA [1]**  1521/2
**else [8]**  1570/23
1570/24 1574/22
1580/3 1585/2 1618/2
1619/6 1620/15
**email [1]**  1600/12
**emailed [1]**  1600/17
**embassy [1]**  1582/13
**Embry [3]**  1573/1
1574/8 1574/11
**Embry-Riddle [3]**
1573/1 1574/8 1574/11
**employ [1]**  1530/2
**employed [2]**  1547/4
1566/22
**employment [1]**
1575/14
**empty [2]**  1542/16
1550/13
**end [5]**  1527/22
1529/16 1568/4
1568/10 1617/18
**engineering [1]**
1572/24
**English [46]**  1526/23
1527/4 1528/3 1528/7
1531/7 1532/1 1532/1
1533/18 1545/3 1556/7
1557/19 1558/22
1563/17 1563/19

**1564/20 1563/21
1564/4 1568/4 1568/24
1569/13 1574/3
1574/12 1575/1 1575/2
1575/3 1575/13
1576/11 1576/12
1576/13 1576/14
1577/3 1578/2 1578/3
1578/7 1580/20 1581/6
1584/8 1584/18 1585/8
1585/9 1585/11
1585/15 1590/4 1590/5
1591/1 1595/4
**enough [1]**  1623/23
**ensure [1]**  1528/22
**entails [1]**  1564/9
**entire [5]**  1527/23
1550/24 1563/3 1570/7
1598/19
**entirety [2]**  1570/13
1570/13
**entitled [1]**  1626/5
**equipment [1]**  1526/15
**equivalent [2]**  1585/10
1585/11
**error [1]**  1591/11
1619/22
**ESQ [3]**  1520/17
1520/20 1521/2
**establish [1]**  1606/15
**estimate [1]**  1564/10
**et [1]**  1565/19
**even [7]**  1526/10
1559/12 1560/3
1560/10 1601/17
1617/3 1622/5
**evening [2]**  1623/6
1624/3
**event [2]**  1605/16
1609/23
**ever [5]**  1578/4 1578/6
1598/1 1598/1 1624/7
**every [4]**  1566/17
1576/20 1581/16
1623/1
**everyone [3]**  1580/3
1581/5
**everyone's [1]**  1587/2
**everything [7]**  1531/18
1532/5 1588/4 1588/14
1610/5 1610/5 1619/6
**evidence [61]**  1536/17
1537/16 1538/13
1539/8 1540/11
1541/10 1543/11
1544/3 1544/22
1545/12 1546/6
1546/25 1547/23
1548/21 1549/16
1550/10 1550/23
1551/18 1552/1 1552/7
1552/22 1553/6 1553/8
1553/10 1553/19
1555/17 1561/14
1610/17 1610/18
1610/19 1610/22
1611/16 1611/20
1611/24 1612/3 1612/7

**E**

**evidence... [25]**
1612/11 1612/15
1612/19 1612/23
1613/2 1613/6 1613/10
1613/14 1613/18
1613/22 1614/1 1614/5
1615/7 1616/24
1617/10 1620/23
1622/13 1622/13
1622/14 1622/14
1622/20 1622/20
1622/22 1624/6 1624/7
**evidentiary [1]** 1610/15
**exact [2]** 1600/23
1600/24
**exactly [11]** 1558/5
1570/10 1587/12
1591/3 1593/1 1593/11
1593/21 1595/1
1599/15 1602/2 1620/4
**examination [16]**
1521/15 1521/16
1521/19 1521/20
1525/6 1555/22
1559/24 1569/18
1569/20 1572/4 1597/3
1608/23 1618/15
1619/10 1621/9 1623/8
**examine [1]** 1615/17
**examined [1]** 1615/22
**example [3]** 1565/19
1581/9 1600/18
**examples [1]** 1584/21
**excuse [8]** 1524/19
1553/20 1554/20
1582/17 1597/17
1599/18 1602/24
1605/10
**excused [1]** 1571/10
**exhibit [124]**
**Exhibit 1.01.38 [1]**
1548/1
**Exhibit 10 [1]** 1624/6
**Exhibit 101.02 [2]**
1542/21 1543/8
**Exhibit 101.06 [4]**
1547/6 1547/11
1547/20 1569/21
**Exhibit 101.06T [2]**
1569/25 1570/3
**Exhibit 101.38 [1]**
1548/9
**Exhibit 101.49 [1]**
1548/24
**Exhibit 101T [2]**
1536/23 1537/12
**Exhibit 102.02 [1]**
1621/11
**Exhibit 102.12 [2]**
1543/14 1543/25
**Exhibit 102T [4]**
1537/19 1537/25
1538/4 1538/9
**Exhibit 103.05 [2]**
1544/5 1544/19
**Exhibit 103T [3]**

1538/16 1538/25
1539/4
**Exhibit 104.07 [2]**
1544/24 1545/9
**Exhibit 104.08 [3]**
1545/15 1546/3
1546/12
**Exhibit 104.10 [1]**
1546/8
**Exhibit 104T [5]**
1539/11 1539/13
1539/19 1540/1 1540/7
**Exhibit 105T [4]**
1540/21 1540/23
1541/1 1541/6
**Exhibit 140 [4]** 1539/24
1610/16 1610/25
1615/10
**Exhibit 140C [2]**
1537/9 1543/5
**Exhibit 150 [1]** 1564/12
**Exhibit 150C [20]**
1533/25 1534/7
1534/12 1535/16
1535/20 1536/8
1536/14 1538/6 1539/1
1540/4 1543/22
1544/16 1545/6
1545/25 1546/19
1547/17 1548/15
1549/7 1555/4 1567/2
**Exhibit 600 [5]** 1588/20
1588/21 1588/25
1589/24 1590/3
**Exhibit 600T [1]**
1590/9
**exhibits [17]** 1521/23
1522/1 1522/3 1523/1
1523/3 1549/18
1553/18 1554/18
1555/8 1555/9 1567/3
1567/6 1570/25 1611/2
1615/10 1618/6
1620/18
**existing [1]** 1531/20
**experience [11]**
1526/20 1529/7
1529/11 1530/12
1530/14 1530/14
1561/5 1561/11
1561/12 1562/3 1562/5
**explain [4]** 1525/20
1529/4 1530/24
1534/21
**explained [1]** 1564/9
**express [1]** 1581/6
**extent [1]** 1527/1
**extra [1]** 1559/7
**eyes [1]** 1531/10

**F**

**F-R-I-T-Z [1]** 1572/8
**F35 [1]** 1576/3
**face [1]** 1529/17
**facilitate [1]** 1579/16
**facility [2]** 1591/25
1596/7
**fact [2]** 1580/3 1608/7

**facts [1]** 1584/22
**fair [16]** 1533/7 1536/8
1538/5 1540/1 1543/4
1543/21 1544/14
1545/6 1545/23
1546/17 1547/15
1548/14 1549/6
1554/14 1591/14
1600/11
**fairly [1]** 1590/4
**fairness [1]** 1617/24
**fall [1]** 1606/2
**familiar [5]** 1530/21
1561/7 1584/21
1584/24 1585/18
**family [4]** 1576/8
1576/22 1576/23
1581/10
**far [1]** 1572/17
**farmers [1]** 1603/9
**farming [6]** 1602/12
1602/13 1603/13
1609/13 1609/16
1609/19
**FBI [15]** 1571/14
1576/4 1576/6 1576/19
1577/19 1578/13
1578/20 1578/22
1579/5 1583/17 1584/1
1584/5 1586/23
1586/25 1607/19
**FBI-led [1]** 1584/1
**feel [1]** 1560/22
**fell [1]** 1535/1
**few [14]** 1525/25
1530/23 1542/15
1550/10 1589/22
1593/13 1595/8
1598/23 1599/1
1599/21 1600/6
1601/13 1601/20
1610/14
**field [6]** 1526/6 1529/8
1574/5 1577/21
1607/23 1608/3
**fights [1]** 1618/25
**file [26]** 1532/16
1532/20 1542/16
1542/20 1544/25
1546/11 1546/14
1548/12 1550/12
1564/21 1564/24
1565/4 1565/5 1567/21
1570/7 1570/16
1588/21 1588/22
1598/24 1599/3
1599/22 1600/5 1609/4
1609/9 1609/10
1609/19
**files [19]** 1528/12
1530/8 1530/11
1534/18 1534/23
1535/10 1538/6
1538/24 1540/2 1547/3
1547/12 1556/25
1564/18 1564/24
1565/22 1565/23
1566/2 1570/12 1571/5

**fill [2]** 1531/14 1559/15
**final [6]** 1527/24
1540/20 1544/10
1547/11 1548/9 1549/2
**finally [3]** 1536/5
1548/23 1616/7
**finance [1]** 1525/18
**find [9]** 1558/3 1559/4
1559/6 1559/12
1591/13 1596/8
1596/10 1596/15
1596/16
**fine [7]** 1568/8 1583/2
1615/5 1617/22 1624/1
1624/9 1625/7
**finish [3]** 1530/2
1616/9 1617/1
**finished [1]** 1575/15
**Firm [1]** 1520/21
**first [43]** 1528/3
1530/25 1531/1 1531/1
1531/4 1531/19
1532/11 1532/23
1539/17 1545/2
1545/17 1546/14
1559/17 1560/4
1560/11 1560/17
1560/23 1561/24
1562/15 1562/21
1563/1 1563/7 1563/8
1564/23 1569/2
1569/10 1573/22
1576/12 1577/21
1577/22 1589/5
1592/11 1592/21
1592/23 1594/8
1597/20 1597/22
1599/6 1599/11
1599/15 1610/24
1616/16 1621/18
**fit [1]** 1529/18
**five [4]** 1527/16
1549/23 1563/22
1618/5
**five minutes [1]** 1618/5
**five years [1]** 1527/16
**flag [2]** 1563/24
1611/13
**flight [2]** 1591/18
1599/5
**floor [3]** 1520/22
1521/3 1604/16
**Florida [5]** 1573/24
1574/10 1574/21
1575/9 1575/11
**flows [1]** 1532/2
**focus [3]** 1528/5
1621/20 1623/2
**focusing [1]** 1563/20
**fodder [1]** 1619/15
**folder [14]** 1534/16
1534/18 1534/24
1535/19 1536/2 1536/7
1539/15 1546/11
1549/2 1565/12
1565/13 1565/18
1570/7 1624/21
**folders [8]** 1537/9

1540/3 1541/2 1542/16
1542/20 1548/12
1550/12 1565/22
**followed [2]** 1533/13
1539/18
**following [3]** 1532/9
1617/22
**foregoing [1]** 1626/3
**Forget [1]** 1601/7
**form [1]** 1527/7
**formal [1]** 1529/13
**formatting [1]** 1531/18
**former [1]** 1609/1
**forms [1]** 1525/25
**forth [2]** 1526/20
1563/5
**found [4]** 1550/15
1596/10 1596/18
1602/3
**foundational [2]**
1605/1 1606/24
**four [13]** 1527/16
1527/16 1549/2
1558/12 1558/13
1570/14 1575/24
1575/24 1578/24
1578/24 1599/18
1623/1 1623/2
**four years [1]** 1527/16
1599/18
**fourth [1]** 1563/13
**frank [1]** 1618/19
**French [4]** 1556/10
1572/16 1581/17
1582/4
**friends [1]** 1576/22
**FRITZ [4]** 1521/17
1571/14 1572/1 1572/8
**front [21]** 1534/7
1535/3 1535/8 1536/22
1537/18 1540/13
1540/15 1542/2
1542/19 1543/15
1544/6 1544/25
1545/14 1546/9 1547/7
1548/7 1548/24
1554/15 1564/19
1569/24 1570/19
**full [6]** 1537/15
1538/12 1539/7 1540/9
1616/25 1617/11
**fully [2]** 1531/13
1617/17
**function [1]** 1578/16
**further [4]** 1524/14
1571/6 1605/21
1608/21

**G**

**gang [4]** 1587/15
1587/16 1588/3 1592/4
**Gaspiay's [1]** 1594/25
**Gaspiyay [28]** 1592/12
1592/15 1592/16
1592/17 1594/13
1594/18 1594/18
1594/18 1594/20
1595/1 1595/7 1595/14

**G**

**Gaspiyay... [16]** 1595/17 1595/18 1595/24 1596/9 1596/10 1596/18 1596/18 1596/21 1604/8 1604/10 1604/24 1605/14 1606/6 1606/9 1606/16 1607/12
**gave [1]** 1538/18
**generally [1]** 1580/19
**gentleman [1]** 1586/17
**GERMINE [57]** 1520/6 1524/3 1534/16 1534/18 1534/25 1537/9 1542/24 1547/12 1547/12 1548/13 1548/13 1549/3 1549/3 1549/3 1549/3 1568/3 1568/4 1586/11 1586/13 1586/20 1588/2 1588/5 1588/8 1588/12 1589/3 1590/5 1590/15 1591/20 1591/25 1592/7 1592/18 1593/21 1594/5 1595/12 1595/13 1595/24 1596/7 1596/9 1596/16 1596/21 1597/12 1597/21 1598/4 1598/8 1598/18 1602/15 1602/21 1603/8 1603/13 1603/23 1604/5 1604/10 1604/24 1606/10 1606/12 1606/16 1607/12
**Germine 195 [1]** 1548/13
**Germine 208 [1]** 1549/3
**Germine 210 [1]** 1549/3
**Germine 211 [1]** 1549/3
**Germine 213 [1]** 1549/3
**Germine 61 [2]** 1547/12 1568/3
**Germine 9101 [3]** 1547/12 1548/13 1568/4
**get [14]** 1533/4 1561/17 1569/4 1570/14 1571/22 1581/17 1588/4 1589/21 1593/4 1594/3 1605/20 1611/10 1616/5 1620/10
**getting [1]** 1526/21
**give [2]** 1592/15 1593/21
**given [1]** 1611/1 1616/22 1617/6
**giving [1]** 1576/7

**go [37]** 1526/19 1527/25 1532/6 1533/8 1533/16 1539/16 1550/4 1550/7 1550/17 1554/3 1558/9 1559/7 1563/1 1563/5 1570/17 1572/17 1573/11 1579/16 1580/9 1582/8 1594/20 1595/2 1595/19 1595/19 1595/22 1595/24 1596/11 1596/17 1596/19 1602/17 1604/22 1605/15 1605/21 1614/16 1619/21 1622/10 1623/10
**goes [3]** 1528/1 1584/24 1585/19
**going [25]** 1528/23 1530/8 1534/2 1534/17 1547/6 1549/24 1564/13 1581/14 1582/24 1595/18 1596/11 1598/6 1599/21 1602/6 1605/14 1608/15 1616/1 1616/3 1616/8 1617/10 1617/18 1618/5 1618/23 1623/11 1623/13
**gone [2]** 1532/10 1539/23
**good [10]** 1524/2 1525/4 1525/8 1530/18 1555/24 1555/25 1572/2 1597/5 1597/6 1624/3
**got [5]** 1572/24 1575/25 1580/18 1605/3 1624/7
**government [32]** 1520/13 1521/12 1521/23 1522/3 1523/3 1524/15 1524/25 1533/14 1534/14 1539/4 1541/10 1544/3 1545/9 1546/2 1546/6 1546/22 1548/18 1553/20 1571/5 1571/13 1580/7 1582/12 1609/1 1611/7 1615/12 1615/25 1616/8 1617/14 1620/7 1620/22 1621/8 1623/13
**government's [103]** 1533/25 1534/6 1535/16 1535/20 1535/25 1536/8 1536/14 1536/17 1536/23 1537/8 1537/12 1537/16 1537/19 1537/25 1538/4 1538/5 1538/9 1538/13 1538/16 1538/23 1538/25 1539/8 1539/10

1539/19 1539/19 1539/24 1540/1 1540/4 1540/7 1540/11 1540/14 1540/20 1540/23 1541/1 1541/6 1542/21 1542/22 1543/4 1543/8 1543/11 1543/14 1543/22 1543/25 1544/5 1544/15 1544/19 1544/22 1544/24 1545/6 1545/12 1545/15 1545/24 1546/8 1546/11 1546/18 1546/25 1547/6 1547/11 1547/16 1547/20 1547/23 1547/25 1548/9 1548/15 1548/21 1548/23 1549/7 1549/16 1555/4 1555/9 1564/12 1569/21 1570/3 1588/20 1588/21 1588/25 1589/24 1590/3 1590/9 1610/16 1611/16 1611/20 1611/24 1612/3 1612/7 1612/11 1612/15 1612/19 1612/23 1613/2 1613/6 1613/10 1613/14 1613/18 1613/22 1614/1 1614/5 1615/7 1615/25 1616/18 1618/7 1620/11 1621/6
**Government's 101.02 [1]** 1542/22
**graduate [1]** 1572/19
**Graduated [1]** 1572/18
**grammar [1]** 1531/17
**great [6]** 1529/9 1529/14 1529/20 1529/21 1529/22 1561/9
**gritty [1]** 1526/21
**ground [2]** 1562/7 1581/15
**grouping [1]** 1550/24
**guess [4]** 1580/2 1598/18 1607/22 1622/12

**H**

**had [35]** 1530/12 1533/7 1534/23 1542/6 1545/5 1549/6 1557/25 1558/19 1558/23 1559/1 1560/12 1560/15 1560/16 1560/16 1560/21 1561/4 1561/5 1565/21 1565/22 1567/2 1575/11 1587/16 1587/22 1588/6 1588/6 1591/11 1592/14 1592/25 1593/12 1607/21

1609/19 1619/24 1620/17 1623/20
**hair [1]** 1586/17
**Haiti [27]** 1572/10 1572/15 1572/17 1576/13 1576/24 1579/15 1579/17 1579/19 1579/24 1580/6 1580/9 1580/22 1581/12 1581/14 1581/14 1582/5 1582/8 1582/12 1582/14 1584/10 1587/13 1589/4 1591/18 1597/9 1604/3 1608/3 1609/1
**Haitian [23]** 1528/7 1530/1 1533/7 1533/11 1533/17 1533/17 1564/1 1578/6 1578/12 1579/13 1579/15 1580/4 1580/7 1580/12 1582/2 1582/12 1583/20 1583/22 1584/2 1584/20 1587/10 1596/2 1597/23
**Haitian-Creole [16]** 1528/7 1530/1 1533/7 1533/11 1533/17 1533/17 1578/6 1578/12 1579/15 1580/12 1582/2 1583/20 1584/20 1587/10 1596/2
**half [3]** 1525/16 1527/15 1617/1
**hand [2]** 1555/3 1560/7
**handed [2]** 1541/24 1554/7
**handle [4]** 1528/14 1528/19 1532/9 1557/11
**hands [2]** 1529/11 1559/7
**hands-on [1]** 1529/11
**happen [1]** 1559/6
**happened [8]** 1569/5 1591/23 1594/6 1594/12 1595/16 1603/21 1624/14 1624/15
**happening [1]** 1526/16
**happens [1]** 1562/13
**happy [1]** 1553/24
**Harrison [4]** 1586/24 1587/3 1597/9 1615/13
**has [21]** 1529/13 1529/14 1529/23 1530/13 1530/17 1530/18 1530/19 1541/24 1549/19 1550/3 1563/16 1565/3 1566/25 1570/16 1587/11 1603/15 1610/23 1615/15 1615/23 1620/1 1620/22

**have [144]** 1617/16 1617/17
**haven't [4]** 1617/16 1617/17
**having [3]** 1614/15 1617/13 1618/22
**he [67]** 1529/23 1588/6 1592/8 1592/3 1592/10 1592/11 1592/11 1592/12 1592/12 1592/12 1592/13 1592/14 1592/19 1592/20 1592/21 1592/23 1592/25 1594/8 1594/10 1594/13 1594/14 1594/16 1594/17 1594/17 1594/19 1594/20 1594/21 1595/1 1595/2 1595/7 1595/8 1595/17 1595/18 1595/19 1595/20 1595/25 1596/8 1596/8 1596/9 1596/10 1596/11 1596/12 1596/12 1596/18 1596/22 1598/11 1598/13 1598/14 1601/4 1603/4 1603/23 1603/25 1604/2 1604/8 1604/14 1604/17 1604/19 1605/2 1605/14 1605/14 1606/23 1608/8 1618/25 1620/1 1623/15
**he's [9]** 1586/16 1596/11 1605/3 1607/3 1609/1 1619/20 1623/12 1623/15 1623/16
**head [2]** 1566/10 1568/20
**headphones [3]** 1526/18 1530/18 1531/6
**hear [7]** 1573/5 1601/10 1601/14 1601/16 1601/18 1607/12 1617/15
**heard [10]** 1569/7 1585/2 1585/21 1598/16 1600/19 1600/22 1600/25 1602/12 1609/4 1617/17
**hearing [2]** 1586/5 1616/16
**hearsay [10]** 1603/1 1603/10 1603/14 1603/17 1604/13 1604/25 1605/11 1606/24 1607/5
**help [7]** 1561/8 1578/11 1579/16 1581/3 1581/18 1591/24 1620/20

**H**

**helpful [1]**  1533/19
**helps [1]**  1533/1
**her [8]**  1553/22
1554/24 1600/15
1600/16 1600/16
1600/17 1607/21
1611/3
**here [24]**  1524/6
1524/18 1528/5 1534/17
1534/19 1534/22
1535/16 1535/21
1535/25 1539/17
1540/24 1541/15
1547/25 1558/8
1566/18 1568/1 1568/2
1569/25 1571/17
1574/18 1617/20
1622/24 1623/7
1623/16
**high [2]**  1572/18
1576/13
**him [38]**  1586/15
1588/17 1588/18
1591/25 1592/2 1592/3
1592/13 1592/15
1594/19 1594/22
1595/8 1595/17
1595/19 1595/19
1595/20 1595/20
1595/23 1595/23
1596/8 1596/10
1596/10 1596/11
1596/12 1596/13
1596/15 1596/16
1596/18 1596/20
1596/23 1597/22
1597/23 1603/9
1605/24 1618/21
1623/14 1623/14
1623/18 1623/21
**himself [2]**  1594/17
1594/19
**hire [1]**  1528/21
**hired [7]**  1529/2 1529/5
1530/11 1561/21
1561/23 1562/1
1566/19
**his [16]**  1588/16
1592/11 1592/19
1592/21 1594/14
1594/22 1602/22
1602/24 1603/9 1605/3
1605/6 1605/13
1605/14 1606/18
1609/2 1623/8
**hit [1]**  1562/7
**hold [7]**  1527/12
1529/7 1529/9 1533/22
1592/19 1594/14
1620/17
**holistic [2]**  1527/20
1529/18
**home [2]**  1576/25
1577/2
**Honor [82]**  1524/6
1524/8 1524/17

1524/25 1534/3
1536/13 1537/10
1538/8 1539/3 1540/6
1541/5 1541/19
1542/10 1543/7
1543/24 1544/18
1545/8 1546/2 1546/21
1547/19 1548/4
1548/17 1549/9
1549/14 1549/17
1550/5 1551/2 1552/6
1553/17 1553/20
1553/25 1554/17
1554/20 1555/18
1566/15 1566/24
1568/9 1569/16 1570/6
1570/15 1571/6
1571/13 1571/20
1583/2 1583/13
1586/19 1590/17
1597/2 1602/8 1603/18
1604/14 1605/12
1607/6 1608/14
1608/20 1610/10
1610/12 1611/14
1614/11 1614/17
1616/1 1616/21 1617/5
1618/1 1618/4 1618/16
1619/4 1619/8 1621/1
1621/10 1621/16
1621/22 1622/2 1622/7
1622/16 1622/18
1622/24 1623/4
1623/24 1624/9
1624/11 1624/17
**HONORABLE [1]**
1520/10
**horse [1]**  1617/20
**hostage [1]**  1581/10
**hours [6]**  1564/7
1564/11 1588/23
1598/16 1617/8 1619/3
**house [3]**  1557/17
1557/18 1557/22
**how [37]**  1525/15
1527/10 1528/9 1530/1
1532/9 1549/22
1557/18 1558/3
1558/11 1558/22
1559/4 1564/7 1565/10
1568/16 1572/13
1572/17 1575/23
1576/17 1576/19
1577/14 1577/14
1578/13 1579/21
1580/1 1580/11 1582/5
1583/15 1583/19
1585/2 1585/9 1585/24
1593/10 1600/15
1606/23 1606/25
1616/7 1618/14
**HOWARD [1]**  1520/20
**However [1]**  1526/6
**huh [4]**  1551/10
1565/14 1594/9
1594/11
**hundred [1]**  1568/14
**hundred-plus [1]**

1568/14
1615/15

**I**

**I'd [2]**  1583/18 1588/19
**I'll [12]**  1542/20
1549/25 1589/21
1595/2 1595/21
1596/20 1604/18
1605/1 1605/19
1611/10 1622/10
1623/6
**I'm [53]**  1524/7 1524/19
1527/9 1528/16 1531/2
1533/10 1533/16
1534/17 1539/25
1541/17 1541/20
1542/11 1546/8 1547/6
1551/5 1551/22
1553/24 1560/14
1562/6 1564/10
1564/12 1566/24
1567/7 1569/15 1578/5
1582/16 1582/20
1582/20 1587/19
1589/21 1590/16
1594/18 1595/2 1600/9
1600/23 1601/2 1601/5
1601/7 1601/16
1601/18 1601/23
1602/25 1608/3
1617/13 1617/16
1617/16 1618/23
1621/10 1621/22
1622/3 1624/8 1624/14
1624/19
**I've [20]**  1534/6
1536/22 1537/18
1538/15 1539/10
1539/23 1540/13
1541/24 1542/19
1543/13 1544/5
1544/24 1545/14
1547/25 1548/23
1554/7 1554/8 1570/7
1587/19 1620/17
**ID [2]**  1614/15 1622/22
**ID'ed [1]**  1594/19
**identification [3]**
1565/8 1586/20 1614/9
**identified [11]**  1542/8
1594/17 1595/7 1606/1
1606/23 1615/16
1615/18 1621/8 1621/9
1622/5 1624/8
**identify [7]**  1578/13
1586/15 1606/5 1606/9
1606/25 1620/9
1622/11
**iffy [1]**  1531/14
**III [1]**  1561/12
**ILS [18]**  1525/13
1525/14 1525/14
1525/20 1527/8
1527/13 1530/2 1556/4
1559/23 1560/13
1560/17 1564/22
1567/7 1568/2 1568/7

1568/13 1574/2
1615/15
**ILS-New [1]**  1525/14
**imagine [1]**  1578/20
**immediately [2]**
1616/10 1616/14
**impeach [2]**  1618/25
1624/25
**impeachment [7]**
1619/14 1619/19
1619/25 1620/8 1625/2
1625/3 1625/4
**inadmissible [1]**
1605/11
**include [1]**  1577/5
**including [2]**  1570/15
1588/5
**incorrect [1]**  1621/16
**Indeed [1]**  1622/4
**indicate [1]**  1542/5
**indicated [2]**  1567/1
1616/22
**individual [8]**  1529/22
1531/5 1534/18
1570/25 1584/24
1585/19 1592/19
1595/7
**individuals [4]**  1547/3
1558/13 1566/19
1567/4
**individuals' [1]**
1550/13
**indulgence [6]**  1566/13
1596/25 1600/1
1602/18 1608/17
1611/9
**inform [3]**  1590/1
1623/14 1623/14
**information [4]**
1524/15 1532/25
1580/8 1581/17
1619/20
**informed [4]**  1556/6
1602/5 1607/12 1609/7
**informing [1]**  1623/18
**initial [2]**  1562/22
1563/7
**initialed [1]**  1553/18
**initially [1]**  1623/3
**initials [3]**  1542/5
1553/23 1554/15
**instance [8]**  1526/7
1529/12 1529/20
1530/13 1531/24
1583/25 1585/8 1587/6
**instead [1]**  1602/12
**instruct [1]**  1604/5
**intermediary [2]**
1581/4 1581/7
**internally [1]**  1565/7
**International [1]**
1525/12
**interpret [7]**  1526/10
1526/12 1526/12
1526/13 1526/16
1584/17 1590/4
**interpretation [8]**
1526/3 1566/18 1577/2

1568/13 1574/2
**interpretations [1]**
1525/23
**interpreted [1]**  1602/14
**interpreter [37]**  1526/7
1526/10 1574/18
1577/7 1575/15 1577/6
1577/8 1577/11
1577/15 1577/16
1578/6 1578/14 1579/1
1582/20 1582/23
1583/16 1583/19
1583/24 1584/4
1584/13 1584/16
1585/2 1586/5 1586/10
1587/3 1587/10
1589/11 1589/15
1589/25 1597/16
1597/17 1597/18
1598/2 1607/19
1607/22 1608/4 1608/8
**interpreters [3]**
1526/11 1526/11
1526/15
**interpreting [3]**
1574/25 1577/5 1608/4
**interview [26]**  1561/18
1562/2 1586/11 1587/4
1587/17 1588/1
1588/10 1589/3
1590/14 1591/20
1597/12 1598/15
1598/21 1598/22
1599/3 1599/5 1599/9
1603/16 1605/7
1605/10 1606/12
1606/17 1607/3
1608/11 1619/15
1624/21
**interviewed [2]**
1591/20 1608/9
**interviewers [1]**  1590/6
**interviewing [1]**  1562/6
**interviews [4]**  1580/25
1583/16 1583/20
1588/6
**intimately [1]**  1559/7
**introduce [1]**  1572/6
**invest [5]**  1602/12
1609/12 1609/16
1609/18 1609/19
**invested [3]**  1602/13
1609/18 1609/21
**investigated [2]**
1587/16 1587/22
**investigates [1]**
1580/21
**investigating [1]**
1588/3
**investigation [6]**
1588/14 1598/3 1605/3
1606/2 1606/5 1606/8
**investigations [1]**
1607/22
**invitation [1]**  1605/20
**involve [2]**  1531/9

**I**

**involve... [1]** 1531/23
**involved [3]** 1531/24
1594/1 1598/4
**involving [2]** 1598/4
1608/5
**is [226]**
**issue [2]** 1564/3
1609/23
**issued [2]** 1534/10
1534/13
**issues [1]** 1620/17
**it [160]**
**it's [38]** 1531/2 1535/4
1536/4 1537/5 1538/1
1538/22 1539/14
1539/22 1552/22
1562/22 1562/23
1563/10 1563/13
1565/6 1567/18
1568/25 1580/2
1581/19 1582/24
1584/3 1589/3 1589/13
1593/3 1599/17
1605/13 1605/16
1607/5 1608/15
1609/22 1614/9 1615/2
1615/3 1617/6 1617/22
1619/2 1619/19 1624/8
1624/20
**items [3]** 1537/8
1538/5 1570/14

**J**

**J-O-H-N [1]** 1572/8
**jail [1]** 1623/22
**January [3]** 1520/5
1536/11 1626/8
**January 11th of [1]**
1536/11
**Japan [1]** 1575/20
**JDB [1]** 1520/3
**Jean [1]** 1608/5
**job [7]** 1575/17
1575/21 1575/25
1576/2 1577/8 1581/11
1589/10
**Jocelyn [8]** 1535/11
1535/12 1538/3 1538/6
1543/19 1565/19
1565/19 1565/20
**Jocelyn 3 [1]** 1538/3
**JOHN [4]** 1520/10
1521/17 1572/1 1572/8
**Johns [4]** 1521/6
1626/3 1626/8 1626/9
**join [2]** 1576/4 1576/6
**joined [3]** 1575/18
1576/18 1577/19
**joining [2]** 1579/5
1582/6
**JOLY [2]** 1520/6
1586/11
**Jou [9]** 1594/20
1594/21 1595/2
1595/18 1595/24
1595/25 1596/22

**judge [3]** 1520/10
1583/10 1605/19
**jury [1]** 1605/18
**just [60]** 1524/4
1524/10 1526/1 1527/5
1529/17 1533/4
1545/17 1550/9
1550/13 1552/5 1553/2
1554/5 1554/7 1554/8
1562/1 1563/10 1564/9
1564/12 1565/3
1568/11 1569/5 1570/7
1580/15 1584/15
1585/5 1586/4 1589/10
1591/3 1592/21 1593/3
1593/4 1595/2 1595/19
1595/22 1596/13
1596/23 1598/23
1599/1 1600/11
1601/10 1601/20
1602/7 1602/10
1605/19 1609/24
1610/4 1610/20
1611/13 1616/21
1617/16 1619/11
1620/16 1621/2
1621/11 1621/17
1621/19 1622/9
1622/25 1623/11
1623/20
**Justice [1]** 1520/17

**K**

**KAREN [1]** 1520/14
**keep [2]** 1532/15
1564/24
**keeping [1]** 1549/24
**kidnapped [1]** 1604/7
**kidnapping [6]**
1579/14 1580/6
1582/10 1582/11
1584/2 1606/2
**kidnappings [1]**
1580/22
**kids [1]** 1577/3
**kill [3]** 1596/13 1596/20
1596/23
**KIMBERLY [1]** 1520/14
**know [24]** 1524/10
1579/12 1580/13
1580/20 1582/8 1587/7
1587/9 1587/12
1587/14 1594/1 1595/1
1599/17 1617/2 1617/6
1617/9 1617/11
1617/18 1618/15
1618/20 1621/5 1621/7
1622/9 1622/10 1624/7
**knowing [1]** 1588/17
**knowledge [3]** 1605/2
1605/3 1605/6
**known [1]** 1608/5
**knows [1]** 1530/15
**Koleg [6]** 1584/25
1585/1 1585/4 1585/4
1585/6 1585/7

**L**

**labeled [2]** 1535/11
1547/12
**lack [1]** 1532/13
**land [1]** 1591/21
**landed [1]** 1591/23
**language [2]** 1525/12
1525/18 1526/24
1527/4 1527/6 1528/3
1528/4 1529/24 1533/9
1562/23 1563/16
1563/24 1569/3
1573/19 1574/1
1574/11 1577/17
1577/25 1578/17
1580/18 1581/22
1582/1 1584/7 1584/11
1584/18 1590/25
1596/1
**languages [10]**
1525/24 1528/2
1568/14 1568/25
1569/5 1569/8 1572/15
1574/24 1575/9
1575/10
**Lanmo [9]** 1594/20
1594/20 1595/2
1595/17 1595/24
1595/25 1596/22
1604/6 1607/15
**large [4]** 1557/3
1557/10 1557/25
1560/20
**larger [4]** 1557/5
1565/2 1565/2 1565/24
**last [13]** 1530/20
1539/24 1558/25
1559/2 1563/20
1569/13 1580/2 1582/5
1596/6 1599/2 1615/14
1616/23 1620/11
**lastly [1]** 1622/19
**late [1]** 1599/19
**later [2]** 1595/9
1602/11
**Law [1]** 1520/21
**lawyer [1]** 1621/9
**lawyer's [1]** 1618/18
**lawyers [1]** 1623/20
**layer [1]** 1531/3
**layers [1]** 1561/24
**leading [1]** 1587/4
**learn [1]** 1576/12
**least [3]** 1529/9
1616/25 1617/7
**leave [1]** 1614/18
**led [1]** 1584/1
**left [3]** 1531/12
1563/23 1571/17
**let [27]** 1524/10
1566/17 1568/11
1568/13 1573/3
1573/11 1578/5
1580/11 1582/21
1584/21 1589/5
1591/19 1593/14
1595/22 1596/11

1596/12 1596/14
1596/18 1599/1
1603/19 1605/19
1610/18 1611/10
1620/16 1622/9
1622/10 1623/10
**let's [9]** 1566/12
1576/17 1576/18
1583/3 1587/14
1589/19 1590/24
1594/5 1606/19
**letters [4]** 1565/1
1565/3 1565/25 1568/3
**level [3]** 1562/15
1578/15 1615/18
**life [1]** 1526/10
**like [20]** 1524/11
1529/17 1530/14
1530/20 1531/2
1547/19 1548/18
1549/9 1549/19
1567/16 1579/6 1582/7
1585/25 1587/15
1588/19 1593/1
1595/19 1596/9 1611/2
1616/21
**likely [1]** 1619/2
**limited [2]** 1619/9
1619/10
**line [6]** 1532/18
1532/19 1569/21
1600/23 1600/24
1600/24
**Line 18 [2]** 1600/23
1600/24
**linguist [18]** 1526/5
1527/22 1531/9
1531/12 1532/8
1532/21 1532/23
1533/8 1533/10
1561/20 1563/14
1563/15 1578/20
1578/22 1581/2
1582/17 1582/18
1587/7
**linguistic [2]** 1525/21
1525/25
**linguistics [4]** 1526/6
1529/8 1529/8 1529/13
**linguists [20]** 1526/5
1529/2 1529/5 1530/1
1530/4 1530/11
1532/23 1533/11
1533/16 1557/1 1559/5
1559/9 1560/5 1561/8
1561/19 1562/9
1562/10 1562/14
1563/12 1567/2
**list [13]** 1534/3
1591/10 1611/1
1611/11 1611/13
1618/8 1618/8 1621/6
1621/14 1622/7
1622/12 1622/13
1624/5
**listed [11]** 1534/19
1537/5 1538/2 1539/14
1540/20 1540/23

1543/17 1556/14
1620/22 1620/23
1624/20
**listen [7]** 1531/6
1531/10 1562/21
1581/13 1581/16
1581/25 1609/4
**listened [3]** 1598/24
1599/2 1599/6
**listening [3]** 1526/21
1561/4 1599/21
**lists [2]** 1570/12
1620/18
**little [10]** 1531/14
1532/25 1539/23
1557/21 1573/4
1602/11 1616/23
1617/20 1617/21
1620/9
**live [2]** 1526/16
1576/18
**lived [1]** 1572/15
**located [5]** 1530/4
1530/5 1573/16 1574/9
1615/20
**Lockheed [1]** 1576/1
**long [9]** 1525/15
1527/10 1558/3
1575/23 1579/21
1584/3 1586/17 1616/7
1618/14
**longer [5]** 1562/12
1593/24 1594/4 1619/1
1619/2
**look [11]** 1529/6
1529/11 1530/11
1531/17 1531/17
1546/11 1559/7
1561/17 1599/15
1611/11 1618/23
**looked [4]** 1599/11
1599/24 1609/5
1618/23
**looking [11]** 1530/10
1539/25 1560/25
1561/11 1563/18
1565/18 1567/21
1570/4 1570/11 1591/2
1622/6
**looks [1]** 1557/14
**lose [1]** 1594/2
**lost [1]** 1559/18
**lot [10]** 1532/3 1541/24
1542/10 1557/6 1557/8
1564/10 1569/4
1581/18 1591/9 1594/1
**lots [1]** 1569/4
**Louis [10]** 1524/11
1615/13 1618/9 1618/9
1618/17 1619/7 1623/7
1623/12 1624/24
1624/25

**M**

**made [5]** 1530/12
1589/15 1589/16
1594/8 1617/16
**Madre [1]** 1573/15

**M**

**Maestra [1]** 1573/15
**main [3]** 1556/21
1556/24 1589/16
**mainly [2]** 1574/10
1587/3
**majored [1]** 1525/18
**majority [1]** 1529/9
**make [25]** 1526/1
1527/2 1527/24
1530/21 1531/11
1531/15 1531/15
1532/1 1532/3 1532/5
1534/25 1550/14
1554/14 1561/3 1562/9
1567/17 1589/25
1592/3 1595/24
1603/23 1603/25
1604/3 1610/19 1616/2
1617/23
**makes [4]** 1532/2
1532/24 1533/3
1584/17
**making [2]** 1591/3
1616/4
**manager [13]** 1527/9
1527/12 1527/14
1527/15 1527/17
1527/19 1528/14
1528/19 1529/1
1531/23 1533/6 1556/1
1564/8
**managers [3]** 1531/25
1556/23 1563/11
**manages [1]** 1602/22
**managing [1]** 1603/9
**Manassas [4]** 1591/22
1593/10 1598/7
1603/22
**manifest [1]** 1614/15
**many [16]** 1528/9
1528/22 1530/1
1549/22 1557/18
1558/11 1558/22
1560/2 1560/21 1564/7
1568/16 1580/11
1583/15 1583/19
1593/10 1620/18
**mark [3]** 1585/5 1585/6
1585/7
**marked [16]** 1533/24
1534/6 1536/23
1537/19 1538/15
1540/14 1542/21
1543/13 1614/9
1621/13 1622/7
1622/20 1622/22
1624/6
**marry [1]** 1610/21
**Martin [3]** 1576/1
1586/24 1587/4
**master's [1]** 1529/7
1529/12 1573/1 1574/4
**match [1]** 1623/1
**matching [1]** 1531/16
**material [2]** 1560/7

1568/6
**matter [1]** 1626/5
**Mawozo [4]** 1587/16
1587/22 1588/3 1592/4
**may [45]** 1526/9
1526/14 1526/25
1527/4 1529/20
1529/21 1529/22
1533/16 1541/19
1541/21 1541/22
1549/20 1550/12
1553/20 1554/3 1560/9
1561/8 1561/8 1563/1
1571/9 1583/11
1586/11 1586/19
1586/23 1587/17
1587/18 1587/19
1587/22 1593/22
1597/8 1598/1 1599/3
1599/5 1599/17
1602/16 1603/22
1606/12 1606/17
1607/3 1607/11 1610/9
1616/15 1616/16
1617/19 1620/8
**May 3rd [10]** 1586/11
1586/23 1587/19
1598/1 1599/3 1599/5
1603/22 1606/12
1607/3 1607/11
**May 3rd 2022 [1]**
1597/8
**May 3rd of [5]** 1587/17
1587/18 1587/22
1602/16 1606/17
**maybe [8]** 1531/11
1531/12 1561/12
1582/25 1616/12
1616/12 1616/23
1625/1
**MD [1]** 1520/22
**me [53]** 1524/19
1527/23 1542/16
1553/20 1554/20
1563/14 1566/17
1568/11 1568/13
1571/17 1573/3
1573/11 1577/16
1578/5 1580/1 1580/11
1580/15 1581/3
1582/17 1582/21
1583/25 1584/21
1587/10 1589/5
1591/19 1591/23
1593/14 1595/22
1596/5 1596/14
1597/17 1597/20
1598/11 1598/15
1599/1 1599/8 1599/18
1602/24 1603/19
1605/9 1605/10
1607/21 1608/7
1608/11 1610/18
1618/25 1619/12
1620/16 1620/20
1622/9 1622/10
1623/10 1623/17
**mean [16]** 1563/3

1567/23
1581/8 1589/10
1591/24 1592/3
1592/11 1596/7 1596/9
1598/13 1601/14
1605/2 1617/5 1624/9
1624/10
**meaning [1]** 1561/4
**meant [1]** 1533/17
**mechanic [1]** 1575/22
**mechanical [1]** 1521/8
**media [4]** 1581/2
1581/18 1581/19
1581/22
**meet [4]** 1560/18
1582/8 1582/10
1582/11
**meeting [1]** 1597/22
**members [5]** 1582/11
1582/11 1587/1 1587/5
1597/9
**memorized [1]** 1592/14
**mention [2]** 1587/12
1588/17
**mentioned [19]**
1525/25 1530/23
1534/18 1540/2 1560/1
1573/21 1574/4
1574/13 1577/6
1580/21 1582/9
1582/21 1602/11
1605/14 1605/21
1605/22 1605/23
1609/12 1610/12
**mentioning [1]**
1581/25
**message [2]** 1600/8
1600/10
**messages [9]** 1528/7
1528/9 1529/21 1535/5
1535/15 1535/24
1536/7 1588/12
1588/16
**met [4]** 1524/14
1524/17 1597/21
1597/23
**Miami [13]** 1572/25
1573/22 1573/24
1574/17 1574/19
1574/20 1574/25
1575/6 1577/7 1577/21
1577/22 1607/23
1608/3
**Miami-Dade [2]**
1572/25 1573/22
**might [9]** 1581/15
1589/25 1605/2 1619/1
1619/2 1620/9 1623/12
1623/15 1624/5
**military [2]** 1575/14
1575/18
**mind [3]** 1524/6 1524/8
1524/9
**mindset [1]** 1581/21
**mine [2]** 1593/16
1593/20
**minored [1]** 1525/18
1556/6

**minute [2]** 1534/11
1562/8
**minutes [6]** 1524/17
1588/23 1589/22
1595/9 1610/14 1618/5
**miss [1]** 1616/19
**missing [2]** 1591/7
1591/8
**missionaries [2]**
1579/14 1606/3
**missionaries' [1]**
1579/14
**mistakes [1]** 1589/18
**MLATS [1]** 1529/21
**modified [1]** 1532/17
**moment [3]** 1526/10
1570/12 1622/10
**moments [1]** 1550/10
**money [2]** 1602/22
1603/9
**monitor [3]** 1527/21
1529/16 1563/5
**more [18]** 1526/20
1531/20 1560/5 1560/6
1560/22 1562/10
1577/17 1581/17
1582/7 1583/18
1583/21 1583/25
1594/3 1596/3 1610/13
1621/20 1622/12
1623/20
**Moreover [1]** 1532/3
**morning [6]** 1581/16
1616/10 1616/11
1616/14 1616/14
1620/10
**most [6]** 1529/7 1530/5
1557/5 1558/25
1562/16 1618/7
**mostly [3]** 1527/6
1562/17 1563/18
**move [43]** 1536/13
1537/11 1538/8 1539/4
1540/6 1541/5 1543/7
1543/24 1544/18
1545/9 1546/3 1546/22
1549/20 1550/5
1553/17 1554/17
1567/5 1568/8 1603/19
1607/7 1611/2 1611/17
1611/21 1611/25
1612/4 1612/8 1612/12
1612/16 1612/20
1612/24 1613/3 1613/7
1613/11 1613/15
1613/19 1613/23
1614/2 1614/6 1620/8
1620/11 1621/11
1624/16 1625/4
**moved [4]** 1527/15
1579/7 1579/12 1615/9
**moving [2]** 1584/15
1611/7
**Mr [1]** 1521/19
**Mr. [57]** 1524/3
1586/13 1586/20
1588/2 1588/5 1588/8
1588/12 1589/3 1590/5

1591/15 1591/20
1591/25 1592/7
1592/18 1593/21
1594/5 1595/12
1595/13 1595/14
1595/24 1596/7 1596/9
1596/16 1596/21
1597/1 1597/12
1597/21 1598/4 1598/8
1598/18 1602/15
1602/21 1603/8
1603/13 1603/23
1604/5 1604/6 1604/10
1604/24 1604/24
1606/9 1606/10
1606/12 1606/16
1606/16 1607/12
1608/8 1608/13
1614/13 1618/9
1618/11 1618/17
1619/7 1623/7 1623/12
1624/24 1624/25
**Mr. Gaspiyay [4]**
1595/14 1604/24
1606/9 1606/16
**Mr. Germine [40]**
1524/3 1586/13
1586/20 1588/2 1588/5
1588/8 1588/12 1589/3
1590/5 1590/15
1591/20 1591/25
1592/7 1592/18
1593/21 1594/5
1595/12 1595/13
1595/24 1596/7 1596/9
1596/16 1596/21
1597/12 1597/21
1598/4 1598/8 1598/18
1602/15 1602/21
1603/8 1603/13
1603/23 1604/5
1604/10 1604/24
1606/10 1606/12
1606/16 1606/16
**Mr. Lanmo [1]** 1604/6
**Mr. Orenberg [4]**
1597/1 1608/13
1614/13 1618/11
**Mr. Pelice [1]** 1608/8
**Mr. St. Louis [7]**
1618/9 1618/17 1619/7
1623/7 1623/12
1624/24 1624/25
**Ms [6]** 1521/15 1521/16
1521/20 1540/13
1541/12 1542/19
**Ms. [54]** 1524/3
1524/24 1525/4 1525/5
1533/20 1533/24
1534/6 1537/18
1538/15 1539/10
1541/24 1543/13
1544/5 1547/25
1548/23 1549/19
1550/3 1553/19 1554/7
1555/20 1567/9
1569/17 1569/20
1571/8 1571/12

**M**

**Ms.... [29]** 1571/18
1597/7 1600/13 1601/1
1601/20 1602/3
1602/11 1603/21
1604/15 1605/5
1607/10 1607/18
1608/9 1608/22
1615/14 1615/15
1615/17 1615/22
1616/3 1618/11
1619/17 1620/20
1621/8 1621/9 1621/25
1622/15 1623/9
1623/10 1624/20
**Ms. Amato [8]** 1555/20
1567/9 1604/15
1615/14 1615/22
1618/11 1619/17
1623/9
**Ms. Calidonna [2]**
1621/8 1621/9
**Ms. Duncan [6]**
1524/23 1533/20
1571/18 1620/20
1621/25 1622/15
**Ms. Paschall [3]**
1524/24 1525/5
1569/17
**Ms. Recio [19]** 1525/4
1533/24 1534/6
1537/18 1538/15
1539/10 1541/24
1543/13 1544/5
1547/25 1548/23
1549/19 1550/3
1553/19 1554/7
1569/20 1571/8
1615/17 1616/3
**Ms. Recio's [1]**
1615/15
**Ms. Seifert [14]**
1571/12 1597/7
1600/13 1601/1
1601/20 1602/3
1602/11 1603/21
1605/5 1607/18 1608/9
1608/22 1623/10
1624/20
**Ms. Seifert's [1]**
1607/10
**much [2]** 1571/8
1620/5
**multi [1]** 1531/3
**multi-layer [1]** 1531/3
**my [35]** 1528/3 1528/4
1528/6 1528/25
1533/21 1549/25
1572/8 1576/24 1577/3
1577/11 1577/12
1577/21 1578/10
1580/5 1580/5 1581/15
1581/15 1582/20
1590/1 1591/10
1597/22 1600/1
1601/25 1604/9
1605/13 1609/7 1610/1

1611/13 1614/15
1618/8 1619/11
1619/24 1622/13
1624/20 1624/23
**myself [3]** 1576/8
1580/15 1620/19

**N**

**name [17]** 1525/8
1545/17 1564/18
1565/12 1565/15
1565/15 1565/16
1565/20 1572/7 1572/8
1573/9 1584/25 1585/3
1585/19 1593/6 1609/2
1609/4
**named [5]** 1534/24
1548/12 1548/13
1606/6 1608/5
**names [4]** 1532/4
1564/21 1564/24
1587/13
**naming [1]** 1534/21
**nation [1]** 1576/7
**National [5]** 1580/7
1582/12 1583/23
1584/2 1597/23
**native [1]** 1545/3
**nature [2]** 1540/10
1541/8
**Navy [4]** 1575/18
1575/19 1575/23
1575/25
**necessarily [4]** 1527/1
1559/17 1563/24
1610/23
**necessary [1]** 1604/6
**need [15]** 1524/14
1527/4 1559/24
1577/12 1578/11
1578/12 1579/13
1580/8 1595/20 1600/1
1611/11 1616/16
1620/9 1620/19
1622/17
**needed [3]** 1557/1
1560/24 1579/15
**needs [2]** 1527/21
1554/23
**negative [1]** 1566/10
**negotiating [1]** 1581/9
**negotiation [1]** 1584/1
**never [1]** 1597/23
**new [3]** 1525/14
1531/10 1619/15
**newer [1]** 1559/19
**newest [1]** 1534/3
**news [7]** 1581/11
1581/13 1581/16
1581/16 1581/25
1582/3 1582/4
**next [5]** 1575/17
1594/12 1615/11
1616/10 1616/14
**nine [1]** 1579/22
**nitty [1]** 1526/21
**nitty-gritty [1]** 1526/21
**no [69]** 1520/3 1536/15

1539/5 1540/8 1541/7
1543/9 1544/1 1544/20
1545/10 1546/4
1546/23 1547/21
1548/19 1549/11
1555/6 1556/15
1557/22 1560/1
1561/17 1562/6
1562/11 1562/16
1563/11 1566/5 1566/8
1566/11 1569/4
1569/12 1571/6 1579/3
1580/15 1580/24
1585/6 1593/9 1593/20
1593/24 1594/3
1596/24 1597/25
1598/5 1599/13
1608/20 1610/7
1611/14 1611/18
1611/22 1612/1 1612/5
1612/9 1612/13
1612/17 1612/21
1612/25 1613/4 1613/8
1613/12 1613/16
1613/20 1613/24
1614/3 1614/7 1615/5
1616/1 1616/20 1618/4
1619/4 1624/1
**Nods [1]** 1568/20
**non [2]** 1564/1 1593/3
**non-attributable [1]**
1593/3
**non-Haitian [1]** 1564/1
**noon [2]** 1524/16
1524/17
**Nope [2]** 1533/22
1548/3
**normal [1]** 1532/12
**normally [3]** 1559/6
1560/4 1560/19
**not [80]** 1524/20
1526/25 1529/12
1532/23 1547/4 1554/3
1554/23 1556/8 1556/9
1556/11 1556/13
1557/15 1557/16
1558/5 1559/17 1560/9
1560/19 1561/9
1562/11 1562/15
1562/15 1562/16
1563/20 1564/3 1564/7
1564/10 1564/23
1566/3 1566/6 1566/21
1566/22 1566/24
1567/4 1567/7 1567/8
1569/15 1570/12
1578/9 1581/2 1591/9
1592/12 1592/13
1593/3 1600/23
1600/25 1601/2
1601/16 1601/23
1602/25 1603/15
1605/16 1605/20
1608/15 1609/8
1610/23 1614/8 1616/7
1616/12 1619/2 1619/4
1619/4 1619/14

1619/16 1619/16
1619/17 1621/11
1621/23 1622/1 1622/4
1622/13 1622/14
1622/19 1622/22
1623/1 1623/12
1623/13 1624/8
1624/14 1625/2 1625/6
**note [2]** 1589/12
1591/5
**noted [2]** 1591/11
1617/4
**notes [1]** 1531/12
**nothing [5]** 1535/1
1562/4 1589/14 1600/7
1600/9
**notice [1]** 1571/16
**noticed [1]** 1600/6
**Noting [1]** 1552/1
**now [46]** 1536/22
1537/15 1538/12
1539/7 1539/10
1539/16 1539/25
1541/9 1543/13
1544/24 1545/14
1546/8 1547/6 1556/18
1558/16 1562/18
1563/10 1564/12
1566/2 1571/23
1574/13 1575/14
1576/11 1576/17
1577/6 1577/9 1577/10
1577/11 1579/7
1580/11 1586/10
1588/19 1589/21
1590/8 1591/18
1593/23 1597/20
1601/23 1602/6
1602/15 1607/18
1610/22 1611/2 1615/9
1622/6 1625/6
**number [12]** 1542/9
1564/23 1568/3
1592/13 1592/13
1592/14 1592/15
1593/11 1594/6
1594/10 1597/7
1624/21
**number two [1]**
1624/21
**numbered [1]** 1534/25
**numbers [14]** 1534/24
1536/3 1541/24
1542/11 1550/1 1550/2
1554/8 1564/25 1565/3
1565/3 1565/24
1565/24 1601/8 1611/4
**NW [2]** 1520/15
1520/18

**O**

**oath [1]** 1583/8
**objection [51]** 1536/15
1536/16 1537/13
1538/10 1538/11
1539/5 1539/6 1540/8
1541/7 1543/9 1544/1
1544/20 1544/21

1545/10 1546/4
1546/23 1546/24
1547/21 1548/19
1549/11 1555/6 1555/7
1566/24 1567/7 1573/5
1603/1 1603/5 1603/10
1603/14 1604/13
1604/25 1608/12
1611/14 1611/18
1611/22 1612/1 1612/5
1612/9 1612/13
1612/17 1612/21
1612/25 1613/4 1613/8
1613/12 1613/16
1613/20 1613/24
1614/3 1614/7 1615/5
**obtain [1]** 1557/1
1559/3
**obtained [3]** 1565/20
1594/5 1594/10
**obviously [2]** 1619/20
1623/12
**occasions [3]** 1583/15
1583/19 1591/6
**occurred [1]** 1567/25
**office [20]** 1520/15
1528/6 1528/25
1556/19 1566/3 1566/3
1566/6 1566/7 1570/22
1577/19 1577/21
1577/21 1590/1
1591/10 1593/12
1600/16 1607/23
1608/3 1609/7 1610/1
**officers [1]** 1580/8
**official [5]** 1521/7
1582/9 1582/21 1609/1
1626/9
**officials [2]** 1580/7
1582/12
**often [4]** 1559/6
1576/17 1576/19
1582/5
**okay [49]** 1528/21
1533/18 1542/12
1542/12 1542/18
1550/17 1551/8
1551/12 1551/14
1551/16 1551/20
1552/3 1552/16 1553/2
1553/4 1553/12
1553/16 1554/2
1556/18 1558/6
1558/13 1558/25
1562/18 1565/17
1566/12 1568/2 1568/5
1568/8 1571/21
1573/12 1580/18
1589/23 1592/23
1596/8 1598/10
1598/15 1598/21
1599/14 1602/2 1602/5
1603/6 1608/17
1614/10 1614/16
1616/6 1620/2 1620/6
1623/4 1625/7
**old [1]** 1572/13
**once [2]** 1561/21

**O**

once... [1] 1561/23
one [45] 1524/4 1527/5
1529/21 1531/24
1532/6 1532/21
1533/22 1539/21
1539/22 1539/25
1542/20 1558/13
1565/6 1568/4 1569/6
1570/9 1570/16
1571/18 1571/19
1571/21 1578/17
1580/13 1580/14
1580/14 1580/16
1582/15 1587/4
1588/10 1592/21
1592/25 1593/24
1604/2 1614/10
1614/17 1614/18
1615/8 1615/16
1618/10 1618/20
1621/7 1621/18
1621/22 1622/11
1624/4 1624/21
ones [10] 1555/3
1558/16 1560/2
1562/16 1562/21
1566/20 1568/2
1614/22 1618/6
1621/20
online [1] 1574/10
only [15] 1533/17
1560/4 1563/23
1564/16 1568/6 1568/6
1568/23 1571/1
1588/10 1588/19
1605/22 1615/12
1618/22 1618/24
1619/9
onwards [1] 1532/15
oops [1] 1604/14
opening [3] 1570/2
1616/10 1616/11
operating [1] 1587/16
opinions [2] 1533/4
1616/17
opposed [4] 1560/8
1561/7 1587/6 1609/18
order [2] 1528/14
1530/2
ORENBERG [7]
1520/20 1520/21
1521/19 1597/1
1608/13 1614/13
1618/11
original [1] 1563/21
originally [1] 1576/24
other [62] 1526/14
1527/6 1527/13
1528/24 1529/22
1529/22 1531/25
1547/3 1550/13
1556/23 1557/11
1561/9 1561/24
1563/11 1563/12
1563/15 1567/2 1567/4
1567/7 1569/3 1569/7

1569/8 1573/21 1577/7
1578/10 1578/10
1579/1 1579/12 1580/3
1580/11 1580/14
1580/25 1582/15
1582/22 1582/24
1586/25 1587/24
1588/16 1588/17
1589/15 1591/7
1592/19 1593/12
1593/17 1595/6
1596/24 1597/8
1606/11 1606/16
1607/13 1607/6 1607/23
1609/22 1610/7 1618/8
1619/25 1620/16
1621/12 1621/13
1621/19 1622/11
1623/2
others [4] 1559/3
1585/22 1588/9
1588/12
our [16] 1532/4
1557/20 1559/8
1559/17 1559/20
1560/5 1561/19 1562/9
1562/10 1582/25
1596/6 1610/14
1615/11 1615/14
1622/7 1624/23
out [16] 1527/14
1528/1 1559/3 1575/25
1578/24 1580/6 1586/4
1586/15 1600/18
1602/10 1617/21
1620/16 1620/20
1622/25 1624/4 1624/5
outside [8] 1557/14
1558/1 1559/24
1603/14 1603/16
1608/12 1608/13
1608/16
over [12] 1525/24
1528/12 1530/5
1556/25 1557/21
1561/18 1573/11
1580/2 1607/25 1608/2
1615/22 1623/21
overlap [1] 1526/9
own [3] 1567/3
1607/22 1616/17

**P**

p.m [4] 1520/6 1520/9
1524/21 1524/22
page [30] 1521/12
1534/12 1534/17
1535/2 1535/2 1535/7
1535/15 1535/16
1535/20 1535/25
1536/5 1538/23
1539/14 1539/16
1539/19 1539/21
1539/23 1540/19
1540/19 1540/23
1556/14 1564/5 1565/2
1565/24 1570/11
1600/23 1600/23

Page 10 [1] 1535/20
Page 11 [2] 1535/25
1539/16
Page 12 [1] 1540/19
Page 13 [1] 1536/5
Page 14 [1] 1540/23
Page 5 [1] 1534/17
Page 6 [1] 1535/2
Page 64 [1] 1539/23
Page 67 [1] 1539/19
Page 7 [1] 1535/7
Page 8 [2] 1600/23
1600/24
Page 9 [1] 1535/16
Pages [1] 1520/7
paper [1] 1599/24
Park [1] 1520/21
part [11] 1550/11
1555/3 1558/8 1561/1
1564/23 1570/9
1570/12 1581/11
1588/14 1605/3
1615/10
participated [1] 1588/6
particular [1] 1562/14
partner [3] 1582/16
1582/19 1582/20
party [3] 1526/14
1581/4 1581/7
PASCHALL [5]
1520/14 1521/16
1524/24 1525/5
1569/17
pass [1] 1555/18
passed [2] 1580/23
1580/24
past [4] 1529/14
1561/22 1609/17
1609/24
pause [4] 1526/12
1541/18 1567/19
1608/19
PC [1] 1520/21
PDF [12] 1535/5
1535/23 1539/21
1540/25 1541/3
1544/10 1545/2 1545/3
1545/5 1545/17
1546/14 1568/4
PDFs [12] 1535/15
1536/6 1539/22
1542/24 1543/17
1543/19 1544/8
1547/11 1548/9
1548/13 1549/2 1549/6
pedal [1] 1530/17
Pelice [2] 1608/5
1608/8
Pennsylvania [1]
1520/18
people [6] 1530/7
1558/11 1560/21
1566/22 1579/17
1585/22
perfect [1] 1623/1
perform [1] 1578/16
perhaps [1] 1529/23

person [14] 1581/9
1584/20 1586/7 1586/8
1592/15 1604/5 1606/6
1608/5 1608/5 1615/18
1615/19 1615/22
1616/2 1616/3
person's [1] 1616/4
personally [2] 1528/2
1593/8
pertain [1] 1537/9
pertaining [1] 1568/6
ph [1] 1529/21
phase [1] 1560/17
phone [26] 1561/18
1562/6 1592/4 1592/14
1592/19 1592/23
1593/1 1593/2 1593/3
1593/6 1593/7 1593/15
1593/17 1593/21
1593/22 1593/23
1594/2 1594/3 1594/4
1594/6 1594/10
1603/23 1603/25
1604/2 1607/11
1607/12
phones [2] 1592/25
1593/19
photograph [4]
1614/21 1614/25
1615/2 1615/3
photographs [2]
1610/23 1614/23
pick [1] 1531/20
piece [1] 1586/15
place [4] 1528/14
1528/19 1542/5
1554/15
placed [2] 1592/6
1592/18
Plaintiff [1] 1520/4
plane [8] 1589/3
1590/15 1591/21
1591/23 1597/11
1598/6 1599/3 1602/15
play [2] 1526/19
1530/17
played [1] 1601/19
playing [1] 1624/24
pleasant [1] 1623/6
please [11] 1525/4
1525/8 1526/2 1527/18
1533/20 1572/6 1573/4
1590/8 1591/16
1601/11 1606/13
1607/25 1608/2
plus [3] 1568/14
1607/25 1608/2
PM [2] 1583/5 1625/9
point [16] 1542/20
1564/3 1566/25
1586/15 1588/18
1591/24 1599/8
1602/10 1605/8 1607/6
1619/23 1620/16
1622/10 1622/25
1624/5 1624/17
pointed [1] 1600/18
Police [4] 1580/8
1582/12 1583/23

1581/9 1583/2
Pontificia [1] 1573/14
population [1] 1580/10
Port [2] 1572/10
1598/7
Port-au-Prince [2]
1572/10 1598/7
portions [1] 1571/1
possible [2] 1531/7
1567/16
possibly [1] 1531/4
post [1] 1572/19
post-graduate [1]
1572/19
potential [1] 1619/25
potentially [1] 1614/12
Potomac [2] 1520/21
1520/22
pre [1] 1559/5
pre-vetted [1] 1559/5
prefer [1] 1560/20
preferential [1]
1532/13
prefers [1] 1618/10
preparation [8]
1536/19 1537/22
1538/18 1547/2 1549/4
1588/4 1588/9 1588/15
prepare [1] 1588/1
prepared [1] 1530/19
present [5] 1563/4
1586/13 1586/25
1593/10 1593/14
pretty [1] 1559/16
previous [5] 1531/12
1545/18 1554/20
1561/13 1588/5
previously [1] 1537/14
1558/19 1558/23
1560/12 1610/4
1610/12 1614/9
primarily [9] 1573/20
1574/1 1577/3 1577/25
1580/5 1581/23
1581/24 1582/2 1582/4
Prince [2] 1572/10
1598/7
prior [12] 1537/1
1542/3 1543/2 1547/9
1554/11 1559/24
1587/16 1588/24
1598/1 1599/1 1611/3
1620/8
Prison [1] 1597/24
probably [3] 1558/6
1614/24 1618/5
problem [3] 1609/9
1609/9 1623/25
proceed [2] 1583/9
1623/8
proceedings [6]
1521/8 1541/18
1567/19 1608/19
1625/9 1626/4
process [18] 1528/1
1528/13 1528/18
1528/24 1529/19

**P**

process... [13] 1530/24
1530/25 1531/3 1531/8
1531/21 1532/10
1533/12 1533/12
1533/13 1559/18
1559/21 1563/4 1571/4
produce [2] 1530/16
1615/25
produced [4] 1521/8
1528/23 1536/10
1599/9
product [2] 1543/20
1548/14
products [1] 1577/14
proffer [1] 1624/18
program [1] 1576/3
project [43] 1527/9
1527/12 1527/14
1527/15 1527/17
1527/19 1527/22
1528/13 1528/14
1528/18 1528/19
1528/19 1528/24
1528/25 1529/1 1529/2
1530/1 1530/2 1530/6
1531/23 1531/25
1533/6 1556/1 1556/18
1556/23 1557/3
1557/10 1557/25
1558/19 1559/24
1560/25 1561/1
1562/12 1562/17
1563/5 1564/8 1564/9
1568/17 1569/2
1569/10 1569/14
1575/11 1575/15
projects [7] 1557/5
1557/6 1557/8 1557/11
1568/16 1569/5 1569/8
pronunciation [3]
1584/15 1584/19
1618/10
proofread [1] 1532/1
properly [1] 1625/4
prosecution [1]
1564/22
prosecutor's [1]
1556/19
prosecutors [1]
1556/21
prove [2] 1619/13
1619/15
provide [7] 1525/24
1531/4 1532/20
1532/25 1559/23
1591/10 1592/13
provided [12] 1528/10
1533/14 1541/2
1546/18 1564/21
1564/25 1565/15
1565/16 1565/21
1565/22 1565/25
1610/1
provides [1] 1525/21
providing [2] 1524/14
1610/3

Pucamama [1]
1573/14
PUCMM [1] 1573/14
pull [3] 1533/20 1547/6
1569/24
pulled [14] 1533/24
1536/22 1537/18
1538/15 1539/10
1542/19 1543/13
1544/5 1544/24
1545/14 1547/25
1548/23 1570/7 1571/1
pulling [1] 1546/8
punctuation [1]
1531/18
purpose [1] 1619/13
purposes [3] 1588/20
1590/9 1600/24
pursue [1] 1608/15
push [1] 1533/2
put [11] 1524/4
1528/14 1528/19
1531/5 1540/13 1559/3
1564/7 1567/17
1616/21 1617/21
1624/9
putting [1] 1617/19

**Q**

QC [3] 1545/3 1568/3
1568/4
qualifications [1]
1530/7
quality [6] 1527/25
1528/24 1530/16
1530/23 1559/21
1563/4
question [19] 1528/16
1554/23 1560/14
1567/8 1567/15
1584/15 1601/12
1601/24 1601/25
1605/2 1605/19
1605/20 1605/24
1606/13 1606/25
1607/1 1614/20 1616/3
1618/20
questioning [1]
1569/22
questions [21] 1526/13
1532/7 1533/2 1533/7
1566/25 1567/14
1571/7 1596/24 1597/7
1598/13 1598/14
1598/19 1600/11
1603/21 1607/10
1607/19 1608/21
1610/7 1618/6 1618/21
1623/21
quick [1] 1618/25
quickly [3] 1559/16
1562/12 1619/18

**R**

R-E-C-I-O [1] 1525/10
raise [1] 1618/6
rapport [1] 1560/22
rather [3] 1548/13

1557/3 1602/1
rationale [2] 1617/11
1617/11
read [6] 1542/11
1549/19 1554/8 1563/3
1563/12 1581/16
ready [2] 1618/12
1623/7
realize [1] 1591/6
realized [2] 1589/17
1619/22
really [8] 1563/20
1566/24 1586/7 1586/9
1589/14 1591/8
1618/16 1618/22
realtime [1] 1577/17
reason [2] 1550/11
1571/17
recall [23] 1558/3
1558/8 1558/22
1558/25 1564/13
1565/10 1566/4 1566/9
1567/14 1567/25
1578/21 1578/22
1578/23 1585/17
1592/24 1593/1
1593/11 1593/19
1599/4 1599/7 1609/15
1609/17 1619/13
receive [1] 1528/11
received [38] 1532/21
1532/21 1535/6
1536/17 1537/16
1538/13 1539/8
1540/11 1541/10
1543/11 1544/3
1544/22 1545/12
1546/6 1546/25
1547/23 1548/17
1549/16 1555/17
1611/16 1611/20
1611/24 1612/3 1612/7
1612/11 1612/15
1612/19 1612/23
1613/2 1613/6 1613/10
1613/14 1613/18
1613/22 1614/1 1614/5
1615/7 1622/22
recent [1] 1561/6
recently [1] 1571/4
recess [1] 1583/5
RECIO [26] 1521/13
1525/1 1525/3 1525/4
1525/10 1533/24
1534/6 1537/18
1538/15 1539/10
1540/13 1541/12
1541/24 1542/19
1543/13 1544/5
1547/25 1548/23
1549/19 1550/3
1553/19 1554/7
1569/20 1571/8
1615/17 1616/3
Recio's [1] 1615/15
recognize [1] 1590/11
recollection [2]
1605/13 1624/23

recommendations [1]
1559/8
record [14] 1524/5
1542/8 1549/20 1554/5
1570/2 1572/7 1586/19
1586/21 1588/22
1592/16 1595/22
1600/24 1616/22
1624/11
recorded [3] 1521/8
1532/19 1624/20
recording [7] 1531/11
1531/13 1589/3
1589/13 1590/6
1602/12 1619/21
recordings [2] 1526/19
1530/18
red [2] 1532/18
1532/19
red-line [2] 1532/18
1532/19
redirect [7] 1521/16
1521/20 1569/18
1608/23 1619/6 1619/6
1619/10
redo [1] 1531/19
refer [2] 1525/13
1532/7
referrals [1] 1559/8
referring [1] 1533/10
reflect [3] 1563/25
1586/19 1586/21
refresh [1] 1620/19
regarding [3] 1567/25
1601/11 1603/22
registered [1] 1593/7
related [1] 1538/6
relating [1] 1580/4
relationship [5] 1604/9
1604/12 1606/9
1606/15 1606/21
relay [1] 1526/12
release [4] 1592/4
1594/21 1604/7
1607/15
relevant [3] 1561/6
1561/11 1581/12
relying [1] 1561/15
remain [1] 1615/12
remained [1] 1579/23
remaining [1] 1610/14
remember [2]
1569/21 1588/10
1593/20 1593/20
1598/21 1598/21
1598/22 1599/11
1599/15 1599/21
1600/18 1600/23
1602/5 1602/16
1602/21 1602/24
1603/2 1603/8 1603/13
1619/5 1624/19
remind [1] 1583/7
removed [5] 1537/15
1538/12 1539/7
1540/10 1541/9
renamed [1] 1565/23
repeat [5] 1528/16

1557/7 1560/14
1575/16 1594/7
repeating [1] 1605/23
rephrase [2] 1578/5
1601/11
replicas [1] 1547/15
report [1] 1585/9
reporter [4] 1521/5
1521/7 1605/15 1626/9
reports [1] 1578/3
representation [1]
1536/9
representing [1]
1605/9
Republic [5] 1572/22
1573/17 1574/23
1574/24 1576/14
request [5] 1562/7
1616/8 1616/18 1617/4
1623/11
requested [1] 1526/24
require [2] 1526/19
1559/23
required [1] 1529/24
requirements [3]
1529/4 1530/7 1530/10
research [1] 1532/3
Reserves [1] 1575/24
reset [1] 1594/2
respect [8] 1574/1
1583/22 1589/24
1609/15 1616/17
1618/6 1619/6 1623/2
response [3] 1594/25
1607/10 1620/7
rest [2] 1580/9 1580/18
result [1] 1560/6
resume [5] 1529/6
1561/16 1561/17
1562/2 1583/4
resumes [2] 1529/17
1561/16
retranslation [1]
1625/1
review [27] 1536/20
1537/1 1538/18
1541/12 1541/14
1543/2 1543/20
1544/12 1545/2
1545/20 1546/14
1547/3 1547/9 1547/13
1548/10 1549/2 1560/5
1581/12 1581/20
1588/9 1588/13
1588/16 1588/17
1588/25 1589/6 1590/3
1590/21
reviewed [15] 1537/22
1542/3 1542/6 1547/2
1549/19 1550/3
1550/14 1554/11
1555/2 1588/10 1589/7
1590/24 1591/2 1600/5
1601/13
reviewers [1] 1532/14
reviewing [9] 1530/8
1542/15 1554/14
1581/22 1588/5 1589/5

**R**

reviewing... [3] 1589/8
1589/8 1589/17
reviews [1] 1563/8
rewind [1] 1526/19
rid [1] 1593/4
Riddle [3] 1573/1
1574/8 1574/11
right [56] 1524/2
1524/13 1524/23
1524/24 1534/4
1539/25 1548/5
1549/15 1550/1
1550/19 1550/21
1551/3 1551/24
1552/12 1552/14
1552/20 1552/24
1555/7 1556/8 1558/16
1559/10 1563/23
1565/5 1567/18
1568/25 1569/16
1570/17 1571/8 1577/9
1577/10 1577/11
1585/4 1586/17
1589/21 1594/3
1596/11 1597/9
1601/23 1603/19
1605/9 1610/8 1611/4
1611/15 1617/4 1617/9
1618/2 1618/12
1620/12 1620/15
1621/17 1621/18
1622/9 1622/25 1624/2
1624/3 1625/6
role [8] 1527/8 1527/10
1527/19 1582/18
1587/2 1597/14 1605/3
1607/19
roles [1] 1527/13
rolling [1] 1528/17
roughly [2] 1579/5
1595/8
RPR [2] 1521/6 1626/9
rule [1] 1532/18
run [1] 1532/18
running [1] 1562/7
Russian [1] 1569/4

**S**

S-A-N-T-I-A [1] 1585/25
S-E-N-T-H-I-A [1]
1586/1
said [40] 1526/22
1533/16 1556/18
1556/25 1560/10
1562/18 1562/21
1566/2 1566/6 1566/11
1568/13 1573/22
1589/25 1591/3 1591/8
1591/20 1592/12
1592/12 1594/5 1594/7
1594/18 1594/23
1595/1 1595/1 1595/2
1595/18 1595/21
1595/22 1596/10
1596/11 1596/11
1596/12 1596/14

1596/20 1596/21
1598/3 1598/23
1600/20 1609/21
1610/6
same [11] 1545/17
1546/11 1559/22
1565/18 1568/16
1569/6 1575/12
1619/16 1620/2
1622/16 1622/24
San [9] 1594/20
1594/20 1595/22
1595/17 1595/24
1595/25 1596/22
1604/6 1607/15
Santia [21] 1536/2
1536/7 1539/15
1539/18 1539/25
1540/3 1540/18
1540/22 1540/25
1541/2 1541/3 1545/2
1564/18 1564/23
1565/6 1565/11
1585/19 1585/22
1585/22 1585/23
1585/25
Santia 1 [2] 1540/18
1541/2
Santia 35 [1] 1539/25
Santo [2] 1573/17
1573/18
SAR9 [1] 1614/24
satisfied [2] 1533/3
1562/10
Saturday [2] 1524/18
1524/20
saw [2] 1545/18
1589/18
say [24] 1530/15
1533/8 1533/10
1545/23 1557/3
1561/20 1562/8 1563/2
1564/3 1583/18
1584/19 1585/7
1585/22 1585/22
1587/13 1587/15
1591/9 1594/16 1595/8
1598/10 1605/5
1616/11 1617/10
1623/1
saying [6] 1566/17
1587/19 1595/25
1617/16 1619/16
1620/2
says [1] 1565/18
1588/22
schedule [3] 1616/4
1617/7 1617/23
scheduling [1] 1617/24
school [4] 1572/17
1572/18 1574/17
1576/13
science [1] 1572/24
scope [5] 1603/15
1603/16 1608/12
1608/13 1608/16
scored [1] 1578/23
screen [24] 1533/21

1534/7 1535/3 1535/7
1536/22 1537/18
1538/15 1539/10
1540/13 1540/15
1542/19 1542/22
1543/14 1544/6
1544/25 1545/14
1546/9 1547/7 1547/25
1548/7 1548/24
1569/24 1570/8
1570/19
scroll [1] 1540/19
seamlessly [1] 1530/18
seat [1] 1525/5
second [13] 1528/4
1531/8 1531/9 1532/8
1532/23 1533/22
1552/5 1553/2 1559/20
1563/7 1592/21
1615/18 1620/17
second-tier [1]
1615/18
seconds [2] 1562/8
1588/23
security [1] 1587/5
see [46] 1529/18
1532/16 1532/16
1533/1 1534/6 1534/18
1535/2 1535/20
1535/25 1536/23
1537/19 1538/16
1539/11 1539/17
1539/20 1540/14
1541/25 1542/21
1542/24 1543/14
1543/17 1544/6 1544/8
1544/10 1544/25
1545/15 1545/17
1546/9 1547/7 1548/7
1548/24 1554/9
1563/22 1564/5
1564/19 1565/17
1566/12 1567/16
1569/25 1570/19
1571/3 1586/13
1589/11 1605/2 1609/5
1623/6
seek [1] 1618/24
seen [1] 1585/14
SEIFERT [16] 1520/14
1521/20 1571/12
1597/7 1600/13 1601/1
1601/20 1602/3
1602/11 1603/21
1605/5 1607/18 1608/9
1608/22 1623/10
Seifert's [1] 1607/10
senators [10] 1600/20
1600/25 1601/11
1601/18 1601/22
1601/24 1602/1 1602/4
1609/6 1609/8
Senatus [15] 1600/19
1600/25 1601/11
1601/15 1601/16
1601/18 1601/21
1601/24 1602/1 1602/4

1606/25 1608/25
1609/1 1609/3 1609/8
send [2] 1536/19
1541/12
senior [12] 1527/9
1527/12 1527/17
1527/19 1528/19
1529/1 1556/1 1560/5
1561/19 1561/20
1562/10 1563/12
sense [5] 1532/2
1532/6 1532/24 1533/3
1617/23
sent [3] 1530/8
1600/12 1610/15
sentences [1] 1563/22
Senthia [1] 1586/1
separate [1] 1531/9
serial [1] 1568/3
series [5] 1553/13
1604/2 1607/11 1611/3
1614/22
serve [8] 1577/11
1578/4 1578/6 1578/14
1582/18 1586/10
1597/14 1598/1
served [6] 1577/7
1579/1 1582/22
1583/15 1583/19
1608/7
services [5] 1525/12
1525/22 1525/24
1526/1 1526/3
serving [2] 1576/7
1578/7
SESSION [1] 1520/9
set [2] 1526/8 1526/9
1526/18 1531/10
1534/10
Seven [1] 1525/16
several [4] 1536/20
1541/12 1542/20
1621/19
Shakes [1] 1566/10
she [8] 1550/14
1550/15 1550/15
1553/22 1566/25
1567/1 1615/16
1615/19
She's [1] 1576/24
shirt [1] 1586/18
shorthanded [1]
1560/22
should [12] 1562/11
1582/25 1585/10
1609/8 1621/17
1622/21 1622/22
1623/9 1624/11
1624/12 1624/15
1625/2
show [2] 1553/21
1564/13
showing [1] 1541/17
shown [5] 1549/17
1564/12 1567/3
1588/19 1590/8
side [9] 1532/20
1532/20 1538/1 1538/1

1550/22 1617/12
1617/17 1617/24
1617/25
side's [1] 1617/4
sides [1] 1620/5
significant [1] 1621/20
simply [1] 1622/21
simultaneous [1]
1526/14
since [6] 1576/17
1576/18 1577/19
1579/23 1582/6
1592/13
single [1] 1566/18
sir [2] 1572/3 1597/6
sit [1] 1558/8
six [1] 1563/22
size [5] 1528/13
1528/18 1557/6 1557/8
1557/11
skill [3] 1526/8 1526/9
1526/18
skills [2] 1578/15
1580/1
slang [1] 1530/14
1561/7
slash [1] 1563/13
slightly [1] 1549/20
slots [1] 1559/16
snip [1] 1562/12
so [149]
social [1] 1581/12
1581/18 1581/19
1581/22
software [1] 1526/18
some [32] 1526/9
1528/21 1529/8
1529/12 1529/21
1542/16 1547/3
1550/11 1550/15
1557/20 1558/15
1558/18 1559/18
1560/1 1567/3 1570/12
1571/16 1580/20
1588/16 1588/18
1591/24 1598/16
1599/8 1600/6 1603/21
1607/18 1610/21
1610/23 1618/6
1620/16 1622/9
1623/20
somebody [11] 1526/5
1527/5 1529/1 1529/12
1530/13 1530/15
1530/17 1530/18
1530/19 1570/22
1570/24
someone [4] 1563/16
1577/16 1604/3
1615/24
something [13]
1531/13 1532/5
1532/18 1563/23
1563/25 1565/7
1565/20 1591/7 1592/1
1602/12 1605/5 1607/3
1609/12
sometime [1] 1617/13

**S**

**sometimes [5]** 1561/8
1563/13 1563/18
1585/22 1586/8
**somewhere [1]**
1574/21
**soon [1]** 1562/7
**sorry [23]** 1524/7
1528/16 1532/7
1533/16 1541/20
1551/5 1551/22
1560/14 1563/1
1564/25 1578/5
1578/25 1587/19
1590/16 1594/7 1596/7
1600/9 1601/7 1601/18
1601/19 1621/22
1622/3 1624/19
**sort [4]** 1529/8 1529/13
1584/17 1616/22
**sorts [1]** 1525/21
**source [7]** 1534/23
1534/23 1535/10
1539/18 1565/4 1565/5
1606/23
**sources [1]** 1581/11
**spacing [1]** 1564/5
**Spanish [17]** 1525/18
1528/3 1528/3 1556/6
1556/7 1568/22
1568/23 1568/24
1569/3 1569/5 1573/20
1575/1 1575/1 1575/12
1575/12 1578/1
1580/20
**speak [18]** 1528/2
1528/3 1533/7 1533/8
1533/11 1533/17
1556/8 1572/15 1573/4
1576/17 1576/19
1576/21 1576/25
1577/3 1580/19
1580/20 1584/12
1615/16
**speaker [5]** 1564/1
1578/12 1579/13
1580/23 1587/11
**speakerphone [5]**
1592/20 1592/22
1594/14 1594/15
1607/13
**speakers [2]** 1579/15
1580/12
**speaking [6]** 1563/24
1576/11 1584/7
1584/11 1584/20
1586/9
**speaks [1]** 1576/23
**SPECIAL [9]** 1521/17
1571/14 1571/25
1572/2 1572/6 1583/7
1586/24 1610/8
1615/13
**specialize [1]** 1531/25
**specialized [2]**
1526/15 1526/19
**specific [4]** 1528/5

1528/25 1561/12
1587/9
**specifically [7]** 1530/6
1560/8 1560/24
1561/10 1561/13
1576/23 1578/21
**spell [5]** 1525/8 1572/7
1585/12 1586/8
1592/16
**spelled [3]** 1532/4
1585/14 1586/4
**spellings [1]** 1585/24
**spoke [1]** 1583/20
**spoken [3]** 1577/17
1584/17 1585/21
**spring [1]** 1599/19
**squad [20]** 1577/22
1577/24 1577/25
1578/4 1578/5 1578/8
1578/9 1579/8 1579/8
1579/12 1579/23
1580/1 1580/4 1580/11
1580/19 1580/21
1580/23 1580/24
1582/6 1582/15
**squads [2]** 1578/11
1579/2
**St. [10]** 1524/11
1615/13 1618/9 1618/9
1618/17 1619/7 1623/7
1623/12 1624/24
1624/25
**St. Louis [1]** 1618/9
**stable [1]** 1576/8
**Stacy [4]** 1521/6
1626/3 1626/8 1626/9
**stage [17]** 1531/19
1532/6 1532/6 1532/10
1532/12 1532/15
1559/17 1559/20
1559/20 1560/4
1560/23 1561/24
1563/25 1564/6 1564/7
1564/8 1564/9
**stages [2]** 1532/11
1563/4
**stand [3]** 1524/6
1524/8 1625/6
**standardized [1]**
1560/8
**standards [1]** 1562/11
**standing [1]** 1600/22
**start [7]** 1573/10
1574/21 1574/21
1590/24 1606/19
1618/9 1618/10
**started [2]** 1527/14
1574/23
**state [1]** 1525/8
**stated [3]** 1560/15
1585/3 1610/4
**statement [1]** 1605/7
**statements [5]** 1590/5
1607/6 1616/10
1619/14 1620/8
**STATES [8]** 1520/1
1520/3 1520/10
1572/11 1574/13

1574/16 1576/16
1615/20
**stating [1]** 1554/21
**stationed [2]** 1575/19
1575/20
**stenography [1]**
1521/8
**step [23]** 1530/23
1530/25 1531/1 1531/4
1531/8 1531/9 1531/22
1531/23 1533/12
1560/11 1562/18
1562/21 1563/1 1563/2
1563/7 1563/7 1563/8
1563/10 1563/16
1563/20 1571/9
1591/19 1610/9
**steps [2]** 1571/11
1610/11
**still [6]** 1554/23
1561/24 1575/3 1583/7
1617/7 1625/3
**stood [1]** 1619/17
**stop [2]** 1534/17
1619/23
**stopped [2]** 1591/24
1619/21
**straight [1]** 1549/25
**street [2]** 1520/15
1587/14
**strenuously [1]**
1617/15
**strike [1]** 1558/17
**string [3]** 1564/25
1565/2 1565/3
**students [1]** 1584/9
**studied [1]** 1572/23
**studies [2]** 1572/19
1573/19
**study [2]** 1574/1
1574/11
**Suarez [3]** 1586/24
1587/4 1597/8
**subexhibits [2]**
1610/21 1610/22
**subfolder [1]** 1535/11
**subfolders [2]** 1541/12
1565/23
**submit [1]** 1562/8
**subpoenaed [1]**
1571/5
**subset [1]** 1534/24
**substance [1]** 1570/14
**such [1]** 1605/2
**suit [1]** 1586/17
**Suite [1]** 1521/3
**summaries [1]** 1525/23
**summer [1]** 1599/19
**sun [1]** 1525/22
**supervise [1]** 1568/16
**support [3]** 1527/23
1563/11 1593/12
**supposed [1]** 1587/5
1602/3 1609/17
**sure [32]** 1527/2
1527/24 1528/17
1530/12 1530/21
1531/1 1531/16

1531/21 1532/9 1535/7
1550/14 1554/14
1561/3 1562/9 1564/10
1567/7 1567/17
1569/15 1591/3
1595/25 1596/12
1596/21 1601/2
1601/16 1601/23
1602/25 1603/4
1610/19 1616/4
1617/10 1619/16
1624/8
**Sustained [1]** 1603/11
**SWAT [3]** 1587/1
1587/4 1597/9
**sworn [4]** 1525/2
1525/3 1571/24 1572/1
**syntax [1]** 1563/19
**system [1]** 1563/11

**T**

**take [23]** 1526/12
1527/20 1529/6
1529/15 1529/17
1529/18 1533/4 1567/9
1576/14 1578/17
1578/25 1579/4
1582/25 1583/3
1591/16 1591/19
1604/6 1616/8 1618/5
1618/15 1619/1 1619/2
1619/3
**taken [1]** 1583/5
**takers [1]** 1581/10
**taking [2]** 1573/19
1616/23
**talk [6]** 1576/17 1588/5
1588/18 1594/5 1595/2
1595/17
**talked [2]** 1550/14
1600/12
**talking [14]** 1561/21
1561/22 1563/15
1578/22 1586/7
1587/12 1594/18
1596/14 1598/8 1601/3
1601/3 1601/5 1603/13
1611/5
**teach [1]** 1577/4
**team [6]** 1527/23
1527/23 1558/9
1558/11 1579/16
1597/9
**technician [1]** 1576/3
**technology [1]**
1530/15
**tedious [1]** 1549/20
**telecommunications**
**[1]** 1572/23
**telematica [3]** 1572/23
1573/3 1573/13
**tell [13]** 1526/2
1527/18 1562/2 1562/4
1572/21 1580/1
1583/25 1591/23
1594/20 1595/20
1595/23 1596/5
1605/18

**telling [1]** 1603/8
**Ten [1]** 1558/25
**tend [4]** 1530/20
1531/20 1532/13
1533/2
**tense [3]** 1609/17
1609/23 1609/24
**term [1]** 1581/7
**terms [6]** 1524/14
1525/22 1527/21
1563/19 1564/5 1564/8
**test [9]** 1560/7 1560/8
1578/17 1578/19
1578/23 1578/25
1579/1 1579/4 1579/5
**testified [7]** 1550/15
1567/11 1603/15
1604/14 1604/17
1606/12 1620/1
**testify [2]** 1524/12
1604/19
**testimony [19]** 1536/19
1537/1 1537/23
1538/19 1541/14
1542/3 1543/2 1544/12
1545/20 1546/15
1547/2 1547/9 1549/4
1554/12 1588/24
1590/21 1605/13
1610/25 1611/3
**text [8]** 1528/7 1528/9
1529/20 1535/5
1535/15 1535/23
1536/7 1540/2
**than [15]** 1526/8
1557/5 1567/8 1569/3
1580/3 1582/7 1583/18
1583/21 1599/17
1602/7 1606/11
1606/16 1607/3 1618/8
1620/16
**thank [25]** 1524/25
1533/19 1555/21
1566/15 1569/16
1571/6 1571/8 1571/13
1583/13 1586/4
1590/17 1608/20
1610/8 1610/10 1617/5
1618/1 1620/6 1620/13
1620/14 1622/18
1623/4 1623/5 1623/24
1624/3 1625/8
**that [502]**
**that's [47]** 1525/10
1533/19 1534/2 1535/7
1544/10 1553/15
1556/14 1557/24
1558/2 1562/24 1564/6
1564/16 1565/2 1565/2
1565/7 1565/9 1566/1
1567/16 1568/6 1568/8
1568/10 1570/12
1571/3 1573/14
1573/14 1574/8
1585/21 1588/14
1589/20 1590/14
1594/23 1600/11
1605/20 1609/2 1615/5

**that's... [12]** 1617/22
1618/18 1619/24
1620/25 1621/5
1621/14 1621/18
1623/1 1623/23 1624/1
1624/9 1625/7
**their [23]** 1529/6
1529/6 1529/11
1529/16 1529/17
1531/5 1532/15 1533/4
1560/5 1560/7 1561/16
1561/16 1561/17
1561/18 1561/20
1562/1 1562/3 1562/8
1567/2 1580/4 1581/21
1616/3 1616/17
**them [36]** 1528/11
1528/21 1529/7 1529/9
1530/5 1531/15
1532/21 1532/22
1532/24 1532/25
1534/24 1534/25
1535/11 1549/19
1549/20 1557/25
1558/15 1559/6
1560/22 1561/18
1562/6 1562/6 1562/16
1567/5 1577/4 1577/5
1578/17 1581/3
1581/20 1582/9
1582/20 1592/4 1596/8
1600/17 1617/15
1618/24
**themselves [3]**
1550/12 1578/15
1581/6
**then [37]** 1526/17
1527/17 1531/7 1531/8
1531/22 1532/19
1539/19 1552/5
1556/22 1557/3
1557/13 1557/12
1559/15 1563/10
1565/6 1565/24
1566/17 1566/21
1575/24 1575/25
1577/4 1585/8 1594/6
1594/20 1595/20
1595/21 1596/6
1596/10 1605/22
1600/16 1605/22
1609/5 1616/7 1619/1
1619/15 1619/23
1622/19
**there [68]** 1524/13
1524/21 1524/22
1525/15 1526/6 1526/9
1526/14 1527/16
1528/11 1535/3
1539/20 1542/24
1543/17 1544/8
1546/14 1549/22
1554/23 1556/14
1556/25 1560/6
1561/24 1562/11
1562/14 1564/6

1564/18 1571/16
1579/7 1579/13
1579/14 1579/16
1579/17 1579/21
1580/8 1580/12
1581/14 1582/13
1584/3 1584/4 1584/16
1586/17 1586/25
1587/1 1587/1 1587/3
1587/5 1589/14
1589/17 1591/6 1591/8
1593/12 1593/13
1595/6 1596/3 1597/12
1597/14 1601/20
1601/25 1610/13
1614/12 1617/21
1619/22 1619/24
1619/25 1620/4
1621/19 1624/4
1624/10 1624/18
**there's [12]** 1531/12
1562/4 1563/22 1564/3
1578/17 1580/14
1585/5 1585/6 1601/6
1614/12 1618/24
1623/1
**these [16]** 1525/24
1533/2 1534/23
1542/15 1542/16
1543/2 1544/12
1549/25 1550/2
1554/24 1558/25
1560/2 1564/18 1579/1
1582/21 1600/13
**they [81]** 1526/12
1526/12 1526/13
1526/15 1526/17
1526/18 1526/19
1526/20 1526/20
1526/23 1529/6
1530/12 1530/20
1530/21 1531/4 1531/6
1531/10 1531/11
1531/13 1531/14
1531/15 1531/15
1531/17 1531/17
1531/18 1531/19
1531/20 1532/12
1543/3 1544/14
1547/15 1553/21
1553/21 1554/22
1555/5 1556/15 1560/3
1560/3 1560/3 1560/4
1560/12 1561/3 1561/5
1561/6 1561/8 1561/17
1561/21 1561/23
1562/2 1562/4 1562/7
1562/8 1562/11
1562/22 1562/25
1563/1 1563/18
1568/21 1577/12
1578/11 1578/12
1578/14 1579/15
1580/23 1581/1 1581/2
1581/19 1582/10
1584/5 1584/9 1584/10
1584/11 1584/12
1587/12 1587/12

1600/22 1615/17
1615/21 1616/2
1616/15 1620/23
**they're [5]** 1561/21
1561/23 1562/1
1562/11 1580/24
**they've [2]** 1561/2
1562/5
**thing [8]** 1524/4
1575/12 1589/16
1615/11 1619/16
1620/3 1622/16 1624/4
**things [2]** 1610/14
1625/6
**think [37]** 1532/18
1534/2 1549/21
1550/11 1553/21
1553/24 1566/25
1568/10 1573/21
1598/3 1598/16 1601/2
1604/15 1604/19
1607/7 1607/8 1609/22
1610/13 1611/11
1614/8 1614/12 1615/9
1615/11 1616/1
1616/15 1616/16
1617/22 1618/24
1619/17 1620/2
1620/10 1620/11
1621/14 1622/21
1624/10 1624/12
1625/2
**thinks [1]** 1625/3
**third [18]** 1531/22
1531/23 1532/10
1532/12 1559/20
1562/18 1563/2
1563/10 1563/12
1563/13 1563/15
1563/25 1564/6 1564/7
1564/8 1564/9 1581/4
1581/7
**third-party [2]** 1581/4
1581/7
**third-slash-fourth [1]**
1563/13
**this [150]**
**thoroughly [1]** 1561/19
**those [39]** 1526/5
1529/5 1530/4 1530/8
1532/22 1535/15
1541/14 1543/19
1543/20 1543/20
1548/10 1548/12
1548/12 1549/6
1550/14 1553/18
1553/22 1554/18
1555/8 1560/24 1567/6
1568/5 1572/21
1580/22 1581/19
1581/23 1582/13
1585/24 1588/9
1588/13 1588/17
1589/24 1590/1
1591/13 1610/3
1610/21 1621/7
1622/25 1623/2
**though [5]** 1559/12

1560/10 1621/11
1623/14 1624/11
**thought [7]** 1560/10
1560/15 1571/19
1618/7 1620/4 1624/4
1624/10
**three [9]** 1527/11
1527/25 1528/23
1530/23 1533/12
1536/6 1542/24
1543/17 1543/19
**three years [1]** 1527/11
**three-step [2]** 1530/23
1533/12
**three-tier [2]** 1527/25
1528/23
**through [29]** 1520/7
1527/25 1528/23
1532/10 1534/25
1535/1 1535/12
1535/19 1536/4 1540/3
1540/19 1541/3 1551/1
1551/17 1551/19
1551/21 1551/25
1552/4 1552/25
1553/14 1554/24
1559/8 1563/3 1565/6
1565/7 1565/20
1566/22 1619/21
1624/21
**Thursday [3]** 1617/2
1617/3 1617/14
**tier [3]** 1527/25
1528/23 1615/18
**time [48]** 1530/20
1535/4 1535/11
1535/14 1536/13
1537/11 1538/8 1539/3
1540/6 1541/5 1543/7
1543/24 1544/18
1545/8 1546/2 1546/21
1547/19 1548/17
1549/9 1550/5 1555/6
1558/25 1559/22
1568/16 1569/6
1569/10 1569/13
1572/13 1579/7 1583/1
1587/8 1588/11
1589/12 1592/5 1593/1
1597/20 1597/22
1598/19 1599/2 1599/6
1599/8 1599/11
1599/16 1616/16
1616/23 1620/9
1624/23 1625/3
**times [10]** 1530/23
1556/12 1577/7 1582/7
1582/22 1582/25
1583/18 1584/3 1584/4
1591/10
**Title [1]** 1561/12
**Title III [1]** 1561/12
**today [17]** 1528/6
1536/19 1537/2
1537/23 1538/19
1541/15 1545/21
1547/3 1558/8 1566/18
1576/11 1586/13

1589/24 1590/22
1608/8 1615/19 1618/2
**together [1]** 1624/23
**told [13]** 1558/18
1595/24 1596/8 1596/9
1596/9 1597/11
1600/16 1601/20
1602/3 1604/8 1607/10
1607/18 1607/21
**tomorrow [12]** 1524/12
1571/23 1615/12
1616/4 1616/5 1616/9
1617/1 1617/13 1618/2
1623/7 1625/4 1625/5
**ton [2]** 1528/11
1528/21
**too [2]** 1548/3 1607/8
**took [6]** 1558/3 1558/6
1559/12 1578/18
1578/25 1579/5
**top [1]** 1570/16
**topic [1]** 1605/7
**track [2]** 1532/15
1564/24
**tracking [1]** 1532/17
**trainers [2]** 1584/5
1584/7
**trainings [1]** 1583/22
**transcribe [1]** 1531/6
**transcribing [3]**
1530/12 1561/5
1561/14
**transcribing/translatin
g [1]** 1561/14
**transcript [16]** 1520/9
1521/8 1586/4 1589/18
1589/22 1590/14
1591/11 1591/13
1599/9 1599/12
1599/24 1600/6 1602/4
1602/6 1622/6 1622/8
**transcription [22]**
1521/8 1526/2 1530/22
1535/18 1536/1 1537/5
1537/7 1538/2 1538/22
1540/18 1562/22
1600/20 1601/4
1601/14 1609/5
1609/10 1609/11
1609/16 1609/21
1609/25 1619/22
1626/4
**transcription/translatio
n [1]** 1538/22
**transcription/translatio
ns [2]** 1535/18 1536/1
**transcriptionist [3]**
1526/8 1527/3 1527/3
**transcriptionists [1]**
1526/17
**transcriptions [10]**
1525/23 1527/2
1529/23 1531/5
1534/11 1534/11
1534/14 1535/10
1538/24 1561/3
**transcriptions/translati
ons [3]** 1534/11

**T**

**transcriptions/translati
ons... [2]** 1535/10
1561/3
**transcripts [1]** 1527/25
**translate [7]** 1526/20
1526/23 1527/4 1528/6
1531/7 1531/14
1531/15
**translated [1]** 1602/14
**translates [1]** 1527/5
**translating [3]** 1530/13
1561/5 1561/14
**translation [23]**
1525/19 1526/3
1527/21 1528/10
1535/5 1535/22
1536/10 1537/5 1538/2
1538/22 1539/14
1539/22 1539/24
1540/25 1545/5
1545/24 1546/17
1556/7 1567/25
1570/21 1570/22
1577/17 1615/16
**translations [26]**
1525/23 1527/25
1531/25 1533/14
1534/11 1534/14
1535/10 1535/18
1536/1 1536/6 1537/7
1538/1 1539/21 1541/2
1543/3 1544/14
1547/15 1554/21
1555/2 1556/12 1561/3
1566/6 1566/7 1566/21
1567/12 1618/23
**translator [11]** 1526/9
1526/25 1527/5
1529/20 1532/7
1559/16 1577/15
1578/4 1597/15 1598/2
1615/17
**translators [20]**
1528/21 1557/14
1557/18 1557/23
1558/4 1558/9 1558/14
1558/18 1558/23
1559/4 1559/12
1559/18 1559/19
1559/20 1560/11
1560/16 1561/9
1597/17 1610/21
1615/15
**transporting [1]**
1591/25
**travel [1]** 1582/14
**traveled [2]** 1582/5
1582/14
**trial [4]** 1520/9 1526/16
1617/6 1617/23
**trials [1]** 1561/14
**tried [1]** 1599/16
**trusted [1]** 1559/8
**try [5]** 1527/20 1581/17
1596/14 1619/15
1625/5

**trying [4]** 1559/15
1577/4 1617/23
1619/21
**Twenty [2]** 1549/23
1579/22
**Twenty-five [1]**
1549/23
**Twenty-nine [1]**
1579/22
**two [32]** 1527/11
1532/6 1532/11
1532/15 1535/15
1540/2 1547/11 1548/9
1563/23 1568/18
1568/19 1569/5
1569/15 1571/16
1571/17 1573/21
1580/2 1582/5 1585/5
1587/1 1588/23 1597/9
1598/16 1599/18
1604/2 1618/22
1618/24 1619/24
1620/5 1621/13
1622/11 1624/21
**two hours [2]** 1588/23
1598/16
**two years [4]** 1569/15
1580/2 1582/5 1599/18
**type [6]** 1529/22
1530/10 1559/23
1560/9 1561/4 1561/10
**types [1]** 1561/9
**typically [1]** 1562/7

**U**

**U.S [6]** 1520/15
1520/17 1530/5
1575/18 1576/9
1582/13
**Uh [4]** 1551/10 1565/14
1594/9 1594/11
**Uh-huh [4]** 1551/10
1565/14 1594/9
1594/11
**ultimately [2]** 1549/21
1621/8
**unadmitted [1]** 1605/8
**uncertified [1]** 1568/2
**under [4]** 1525/22
1538/2 1583/7 1593/5
**understand [10]**
1527/20 1529/24
1531/13 1548/2 1556/1
1570/9 1601/17
1601/23 1605/12
1623/12
**understanding [4]**
1564/21 1581/21
1619/12 1619/24
**understood [2]**
1557/13 1557/22
**unit [3]** 1582/10
1582/11 1584/2
**UNITED [8]** 1520/1
1520/3 1520/10
1572/11 1574/13
1574/16 1576/18
1615/20

**Universidad [1]**
1573/15
**university [10]** 1573/2
1573/7 1573/16 1574/8
1574/17 1574/19
1574/20 1574/25
1575/6 1577/7
**until [4]** 1533/3 1567/5
1571/3 1571/22
**up [35]** 1527/15
1531/20 1532/9
1533/20 1533/24
1536/22 1537/18
1538/15 1539/10
1540/13 1542/19
1543/13 1544/5
1544/24 1545/14
1546/8 1547/6 1547/25
1548/23 1562/11
1567/17 1569/24
1570/7 1571/1 1571/17
1573/4 1592/19
1592/21 1594/14
1595/21 1610/21
1617/22 1619/13
1619/15 1619/18
**upon [1]** 1624/25
**us [15]** 1526/2 1528/22
1556/6 1558/18 1561/8
1564/25 1565/22
1572/21 1576/11
1580/20 1592/1 1592/4
1592/25 1593/13
1616/22
**use [6]** 1580/1 1580/5
1580/6 1592/23 1594/4
1619/21
**used [10]** 1530/17
1558/18 1560/11
1560/15 1560/19
1565/7 1581/7 1592/25
1593/5 1593/19
**useful [1]** 1581/20
**using [4]** 1565/10
1567/18 1577/25
1593/4
**usually [2]** 1563/12
1593/18

**V**

**VA [1]** 1521/4
**vaguely [1]** 1609/17
**value [1]** 1529/17
**varies [1]** 1529/25
**vary [1]** 1529/6
**verbatim [1]** 1531/7
**verify [1]** 1605/15
**versa [1]** 1578/7
**version [2]** 1532/18
1532/19
**versus [1]** 1532/21
**very [8]** 1526/17
1529/7 1529/16
1530/21 1561/23
1562/12 1571/8
1618/25
**vet [1]** 1560/24
**vetted [5]** 1529/1

**1559/5 1560/1 1560/3
1560/12
**vice [1]** 1578/7
**victims [1]** 1581/5
**view [1]** 1561/17
**Virginia [5]** 1589/4
1591/18 1591/22
1591/23 1598/7
**visits [2]** 1582/9
1582/21
**visually [1]** 1564/4
**volume [1]** 1528/20
**voluntarily [1]** 1598/18
**volunteered [1]**
1579/17
**vs [1]** 1520/5

**W**

**Wait [1]** 1548/2
**waiting [5]** 1524/3
1571/15 1610/17
1610/20 1617/13
**Walder [8]** 1524/11
1535/18 1538/22
1538/24 1544/8
1544/10 1615/13
1624/20
**Walder St. Louis [2]**
1524/11 1615/13
**walk [1]** 1624/4
**want [12]** 1524/4
1526/1 1527/1 1527/2
1528/5 1554/1 1554/3
1569/24 1594/2
1600/11 1622/25
1623/10
**wanted [15]** 1524/10
1550/13 1550/16
1559/19 1563/1 1576/7
1592/11 1610/4
1611/13 1615/16
1619/11 1621/20
1622/11 1623/2 1624/5
**wants [2]** 1605/5
1617/14
**was [158]
**Washington [3]** 1520/5
1520/16 1520/18
**wasn't [7]** 1532/19
1591/8 1593/20
1597/20 1603/4 1620/4
1625/1
**way [9]** 1584/16
1585/14 1596/6
1597/11 1604/21
1605/17 1607/1 1607/2
1609/22
**ways [1]** 1585/21
**we [183]
**we'd [5]** 1538/8 1540/6
1543/24 1544/18
1547/19
**we'll [6]** 1573/11
1583/3 1614/18 1618/8
1622/8 1624/2
**we're [12]** 1524/2
1533/3 1563/18
1567/17 1571/15

**1595/4 1601/2 1608/15
1617/23 1618/5
1619/16 1622/6
**we've [2]** 1560/21
1567/2
**weapon [2]** 1614/21
1614/24
**wearing [1]** 1586/16
**Webex [1]** 1615/22
**Wednesday [2]**
1616/10 1616/14
**week [3]** 1584/3
1615/14 1616/23
**week-long [1]** 1584/3
**Welcome [1]** 1583/6
**well [33]** 1524/21
1527/23 1530/15
1532/14 1548/3
1558/16 1559/7
1563/1 1566/17 1576/7
1576/15 1580/3
1580/20 1581/2
1581/13 1581/18
1582/2 1586/7 1587/8
1590/24 1591/24
1592/11 1593/11
1595/19 1598/16
1600/12 1605/16
1617/9 1618/16
1620/21 1622/17
1624/5 1624/16
**went [9]** 1572/22
1573/14 1597/9
1598/23 1599/2 1599/6
1599/11 1600/5
1601/13
**were [126]
**what [150]
**what's [8]** 1526/22
1542/21 1567/1 1574/5
1581/14 1586/3 1586/6
1593/2
**whatever [1]** 1604/6
**when [62]** 1530/20
1533/7 1533/10
1542/15 1550/14
1559/7 1559/24
1561/20 1562/1 1562/6
1563/2 1569/13
1570/25 1571/5
1572/11 1572/15
1573/18 1574/20
1575/3 1575/9 1575/25
1576/4 1576/9 1576/11
1579/4 1579/7 1579/10
1580/8 1580/8 1580/25
1581/2 1581/13 1582/8
1582/14 1582/20
1585/7 1585/8 1586/5
1587/12 1588/4 1589/5
1589/5 1589/7 1589/8
1589/17 1590/24
1591/2 1593/13
1594/17 1595/22
1597/8 1599/1 1599/5
1600/5 1601/13
1602/15 1608/3 1608/8
1609/4 1617/9 1617/18

| W | | |
|---|---|---|
| | 1618/3 1623/12 | 1559/7 1560/7 1560/18 |
| **when... [1]** 1623/11 | 1623/15 1623/16 | 1569/7 1569/13 1576/1 |
| **whenever [5]** 1533/2 | **wife [1]** 1576/24 | 1583/16 1607/22 |
| 1577/12 1578/11 | **will [17]** 1526/10 | 1608/4 1615/18 |
| 1578/12 1593/4 | 1527/3 1531/25 1532/1 | **working [13]** 1527/23 |
| **where [25]** 1525/11 | 1549/21 1555/18 | 1559/13 1559/14 |
| 1530/4 1565/18 1569/2 | 1568/8 1586/21 | 1560/6 1560/10 |
| 1572/9 1572/23 | 1596/12 1596/23 | 1560/13 1561/2 |
| 1573/10 1573/13 | 1605/23 1614/16 | 1568/17 1574/17 |
| 1573/16 1574/7 1574/9 | 1615/8 1617/15 | 1574/18 1574/20 |
| 1575/19 1584/9 | 1618/10 1619/12 | 1575/3 1578/10 |
| 1587/11 1587/15 | 1622/18 | **works [2]** 1526/6 |
| 1591/21 1593/22 | **willing [2]** 1592/3 | 1568/13 |
| 1593/23 1595/1 1595/2 | 1603/23 | **world [1]** 1530/5 |
| 1596/8 1602/17 1605/2 | **Wilson [1]** 1521/3 | **worldwide [1]** 1559/4 |
| 1618/24 1620/5 | **wish [2]** 1616/2 1623/6 | **would [110]** |
| **whether [3]** 1554/23 | **withdraw [1]** 1604/18 | **wouldn't [1]** 1564/6 |
| 1564/3 1618/20 | **within [5]** 1526/10 | **writing [2]** 1585/8 |
| **which [24]** 1536/3 | 1527/15 1531/5 1532/5 | 1585/9 |
| 1548/12 1553/18 | 1559/2 | **written [8]** 1527/6 |
| 1558/9 1561/23 1567/4 | **without [8]** 1532/17 | 1527/7 1577/18 |
| 1570/7 1572/23 1575/9 | 1536/16 1538/11 | 1577/18 1582/3 1582/4 |
| 1575/9 1577/4 1578/18 | 1539/6 1544/21 | 1591/8 1610/5 |
| 1591/11 1593/19 | 1546/24 1555/7 | **wrong [1]** 1587/19 |
| 1598/4 1605/7 1605/8 | 1563/24 | **wrote [1]** 1602/2 |
| 1606/25 1614/8 | **witness [19]** 1525/2 | |
| 1615/16 1619/25 | 1533/21 1541/19 | **Y** |
| 1620/22 1621/21 | 1541/21 1553/22 | |
| 1623/8 | 1554/21 1555/19 | **yeah [5]** 1525/14 |
| **whichever [1]** 1618/9 | 1567/3 1567/5 1571/11 | 1533/10 1564/16 |
| **while [7]** 1527/24 | 1571/15 1571/24 | 1577/10 1620/4 |
| 1558/6 1559/12 | 1588/19 1603/15 | **year [3]** 1527/15 |
| 1571/15 1576/7 1578/7 | 1607/2 1610/11 | 1559/2 1579/5 |
| 1583/16 | 1614/15 1620/9 | **years [17]** 1525/16 |
| **who [53]** 1526/6 | 1620/11 | 1527/11 1527/16 |
| 1526/11 1526/15 | **witnesses [6]** 1521/12 | 1527/16 1528/22 |
| 1527/5 1529/1 1529/18 | 1583/20 1607/6 | 1529/14 1557/21 |
| 1530/7 1530/13 | 1607/25 1610/13 | 1560/2 1560/21 |
| 1530/15 1530/17 | 1615/12 | 1569/15 1572/23 |
| 1530/18 1530/19 | **won't [2]** 1571/22 | 1575/24 1575/24 |
| 1531/25 1533/6 1533/8 | 1603/4 | 1580/2 1582/5 1599/18 |
| 1533/11 1533/16 | **word [6]** 1533/4 | 1599/18 |
| 1547/3 1556/23 | 1565/10 1569/25 | **yes [215]** |
| 1557/20 1558/13 | 1570/21 1589/15 | **yesterday [2]** 1524/16 |
| 1560/16 1561/8 | 1589/24 | 1524/20 |
| 1561/17 1562/16 | **wording [1]** 1587/14 | **yet [2]** 1603/5 1618/15 |
| 1562/21 1563/21 | **words [3]** 1564/2 | **Yonyon [3]** 1595/11 |
| 1565/15 1576/21 | 1591/7 1591/8 | 1596/7 1596/11 |
| 1576/23 1578/19 | **work [37]** 1525/11 | **York [1]** 1525/14 |
| 1581/9 1582/8 1583/20 | 1525/12 1527/2 | **you [547]** |
| 1584/24 1586/7 1586/9 | 1529/16 1530/16 | **you're [20]** 1524/23 |
| 1586/23 1587/11 | 1530/22 1531/3 | 1529/24 1560/10 |
| 1592/6 1592/10 | 1536/10 1543/20 | 1562/1 1563/15 1571/9 |
| 1593/14 1593/21 | 1548/13 1550/13 | 1576/11 1580/23 |
| 1594/19 1595/10 | 1557/17 1557/20 | 1581/22 1583/7 1585/8 |
| 1595/10 1595/22 | 1559/21 1560/4 1560/4 | 1585/9 1586/5 1598/6 |
| 1596/14 1596/20 | 1560/5 1560/9 1560/20 | 1600/22 1605/9 |
| 1602/21 1608/25 | 1561/4 1561/10 | 1618/12 1619/17 |
| 1615/18 1615/19 | 1561/13 1561/18 | **you've [9]** 1530/23 |
| **who's [2]** 1577/16 | 1561/20 1561/21 | 1532/10 1540/2 1564/9 |
| 1596/14 | 1561/22 1561/23 | 1566/18 1581/25 |
| **whole [1]** 1563/11 | 1562/8 1563/7 1567/3 | 1583/16 1586/4 1606/11 |
| **whose [2]** 1592/23 | 1567/4 1569/2 1569/10 | **you-all [8]** 1533/14 |
| 1593/1 | 1575/6 1577/11 | 1540/3 1545/5 1545/24 |
| **why [10]** 1567/4 1576/6 | 1585/18 1616/4 | 1546/17 1548/14 |
| 1579/12 1587/6 | **worked [15]** 1525/15 | 1549/6 1559/13 |
| 1593/25 1605/16 | 1528/22 1529/14 | **your [164]** |
| | 1558/19 1558/23 | **yours [1]** 1567/18 |

| | |
|---|---|
| **yourself [7]** 1536/15 | |
| 1564/2 1572/6 1577/14 | |
| 1582/14 1588/25 | |
| 1606/1 | |
| | |
| **Z** | |
| | |
| **Zachary [2]** 1586/24 | |
| 1587/3 | |
| **Zoom [1]** 1615/22 | |